**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. _17-80102-CR-ROSENBERG/HOPKINS_

IN RE: SEALED INDICTMENT

_____/

FILED by _____ D.C.

JUN 0 8 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### SEALED ORDER

The United States of America, having applied to this Court for an Order sealing the indictment, arrest warrant, and this order, and the Court finding good cause:

IT IS HEREBY ORDERED that the indictment, arrest warrants, and this order shall be filed under seal until the arrest of the first defendant or until further order of this Court, however, the United States Attorney's Office may obtain copies of any indictment, arrest warrants, or other sealed document for purposes of arrest, extradition, or any other necessary cause.

DONE AND ORDERED in chambers at West Palm Beach, Florida, this _8th_ day of June, 2017.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

cc: AUSA Susan Osborne