**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.   17-80102-CR-ROSENBERG**

IN RE:
**SEALED INDICTMENT**
_____/

FILED BY _____ D.C.

JUN 0 9 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER TO UNSEAL

This cause came before this Court on the Government's Motion to Unseal.   The Court being fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the Government's Motion is hereby granted, and the Clerk of the Court is directed to unseal the Indictment and Warrants filed under the above-referenced case number.

**DONE AND ORDERED** at West Palm Beach, Florida, this ____9th____ day of June, 2017.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE