UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-80102-CR-ROSENBERG/HOPKINS

UNITED STATES OF AMERICA

v.

MICHAEL C. BROWN,
JUSTIN R. HARRIS,
RONALD F. RYAN, Jr.,
PHILIP N. ANTICO,

        Defendants.
_____/

## PROTECTIVE ORDER REGULATING DISCLOSURE OF DISCOVERY AND SENSITIVE INFORMATION CONTAINED THEREIN

The United States of America, having applied to this Court for a protective order regulating disclosure of the discovery materials and the sensitive information contained therein (the "Discovery") to counsel for the defendants in connection with the government's discovery obligations, and the Court finding good cause therefore:

**IT IS HEREBY ORDERED** that the government's Motion for Protective Order Regulating Disclosure of Discovery Information is **GRANTED**;

**IT IS FURTHER ORDERED** that the government is authorized to disclose the Discovery in its possession, which the government believes is necessary to comply with the discovery obligations imposed by this Court;

**IT IS FURTHER ORDERED** that counsel for the defendants shall hold the discovery materials in strict confidence, disclosing this information to their clients, office staff, investigators, and witnesses (including any experts) only to the extent necessary to assist in the defense of this matter;

**IT IS FURTHER ORDERED** that counsel for the defendants shall advise any

person to whom the discovery materials are disclosed that, pursuant to this Protective Order, the information must be held in strict confidence and the recipient may not further disclose or disseminate the information;

**IT IS FURTHER ORDERED** that counsel for the defendants shall obtain a certification from each person to whom the discovery materials are disclosed, in which the recipient (a) acknowledges the restrictions set forth in the Protective Order, and (b) agrees that he/she will not disclose or disseminate the information without the express consent of defense counsel (who will also obtain a certification from such a third party receiving the materials). Counsel for the defendants shall keep a copy of each certification to identify the individuals who received the discovery materials and the date on which such information was first disclosed;[1] and

**IT IS FURTHER ORDERED** that at the conclusion of the litigation of this case, that is, after trial, sentencing, and appeal, if any, counsel for the defendants shall return to the government all the discovery materials previously provided in this case and any copies generated.

**DONE AND ORDERED** in chambers at West Palm Beach, Florida, this 27th day of June, 2017.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Cc: All Counsel of Record

---

[1] A certification to be used is attached hereto as Attachment A.

2

# Attachment A

## CERTIFICATION

I, _____, acknowledge that I have read the Court's Protective
    (Name of Recipient)

Order in the case of *United States v. Michael C. Brown, et al.,* case no. **17-80102-CR-ROSENBERG/HOPKINS**. I also have been advised by _____ that I
                                                  (Name of Counsel)

will be viewing materials that contain sensitive information, and that such information should be held in strict confidence, should only be used in connection with the investigation and trial preparation of this case, and that further disclosure, dissemination, or use is prohibited without defense counsel's express consent.

_____      _____
Signature                                              Date

---------------------------------------------

I, _____, have provided _____ with a copy of the
  (Name of Counsel)                        (Name of Recipient)

Court's Protective Order, and have advised _____ of his/her obligations
                                                 (Name of Recipient)

under this Order.

_____      _____
Signature                                              Date