UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>17-80102-CR-ROSENBERG/HOPKINS(s)</u>
18 U.S.C. § 242
18 U.S.C. § 924(c)(1)(A)(i))
18 U.S.C. § 1519
18 U.S.C. § 1512(b)(3)

**UNITED STATES OF AMERICA**

v.

**MICHAEL C. BROWN,
JUSTIN R. HARRIS,
RONALD F. RYAN, Jr.,**
and
**PHILIP N. ANTICO,**

       **Defendants.**
_____/

## PROPOSED VOIR DIRE QUESTIONS

The United States, by and through the undersigned attorney, hereby files its proposed voir dire questions for the Court to consider including with its standard jury questionnaire.

1. Do you or any members of your immediate family or close personal friends belong to any organizations devoted to crime prevention or support of law enforcement, such as the Fraternal Order of Police?

2. Have you ever worked as an investigator or performed any investigatory work at your employment or otherwise?
   - If yes, name the organization you investigate for and the type of investigation.

3. There will be witnesses called during this trial who are members of law enforcement and who may have been in that profession for a number of years.
   - Is there anything about the law enforcement profession and/or about the witness having been engaged in such profession for a number of years that would cause you to either give greater or lesser weight or credibility to their testimony solely by virtue of their employment in law enforcement?

4. Is there anyone here who has strong feelings about criminal suspects or convicted criminals that might in any way affect your ability to be a fair and impartial juror in a case in which a suspect or convicted person is alleged to be a victim of a crime?

5. Is there anyone who believes that the federal government has gone too far in protecting the constitutional rights of criminal suspects, or people convicted of criminal offenses?

6. Do any of you feel that the federal government should not be involved in prosecuting state or local law enforcement officers?

7. Have any of you seen media coverage of allegations that one or more law enforcement officers used excessive force against a citizen?
   - Has the media coverage caused any of you to form a general opinion about whether or not such allegations of law enforcement use of excessive force are usually true or untrue?

8. If the government proved beyond a reasonable doubt that a police officer committed a crime, would any of you have reservations about returning a verdict of guilty against that officer?

Defendants Brown, Harris, and Antico have no objection to the proposed questions. Defendant Ryan has not had an opportunity to respond.

Respectfully submitted,

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

By:   s/Susan Osborne
SUSAN OSBORNE
Court Identification No. A5500797
Assistant United States Attorney
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I caused a true and correct copy of the foregoing to be filed using CM/ECF on October 25, 2017.

s/Susan Osborne
Assistant United States Attorney