UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-80102-CR-ROSENBERG/HOPKINS(s)

UNITED STATES OF AMERICA

v.

PHILIP N. ANTICO,

Defendant.
_____/

We, the Jury, find the defendant, Philip N. Antico:

As to Count One, Falsification of Records:

__X__ Not Guilty        _____ Guilty

We, the Jury, find the defendant, Philip N. Antico:

As to Count Two, Falsification of Records:

__X__ Not Guilty        _____ Guilty

We, the Jury, find the defendant, Philip N. Antico:

As to Count Three, Obstruction of Justice:

_____ Not Guilty        __X__ Guilty

_11-17-17_
DATE

FOREPERSON

SCANNED