```
 1                  UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
 2                    WEST PALM BEACH DIVISION

 3               CASE NO. 17-CR-80102-ROSENBERG

 4     UNITED STATES OF AMERICA,     .
                                     .
 5     Plaintiff,                    .
                                     .
 6          vs.                      .
                                     .
 7                                   .  West Palm Beach, FL
       PHILLIP N. ANTICO,            .  November 8, 2017
 8                                   .

 9     Defendant.                    .

10                         VOLUME 1
                     JURY TRIAL PROCEEDINGS
11          BEFORE THE HONORABLE ROBIN L. ROSENBERG
                 UNITED STATES DISTRICT JUDGE
12
       APPEARANCES:
13
       FOR THE PLAINTIFF:     SUSAN R. OSBORNE
14                            United States Attorney's Office
                              500 Australian Avenue
15                            Suite 400
                              West Palm Beach, FL 33401
16                            561-209-1003

17                            DONALD W. TUNNAGE
                              U.S. Department of Justice
18                            Civil Rights Division
                              950 Pennsylvania Avenue NW
19                            Washington, D.C. 20530
                              202-305-2789
20
       FOR THE DEFENDANT:     GREG S. LERMAN, ESQ.
21                            330 Clematis Street
                              West Palm Beach, FL 33401
22                            561-832-5770

23     Official Court Reporter:  Pauline A. Stipes
                                 Official Federal Reporter
24                               HON. ROBIN L. ROSENBERG
                                 Fort Pierce/West Palm Beach
25                               772-467-2337
```

```
 1              THE COURT:  All right.  If we could have all counsel
 2    and anyone else at counsel table announce your appearance in
 3    17-CR-80102, United States versus Philip Antico.
 4              MS. OSBORNE:  Good afternoon, Susan Osborne, Donald
 5    Tunnage and Ellen Thomas.
 6              MR. LERMAN:  Good afternoon, Greg Lerman and Sergeant
 7    Phil Antico.
 8              THE COURT:  You may be seated.
 9              You have been provided approximately -- or actually 80
10    completed questionnaires.  You may not have had time to go
11    through all of them.  I have, and I am trying to think
12    through -- 80 people filled out the questionnaires -- kind of
13    initially go through this.
14              I thought what we might do, and take a few moments, is
15    point your attention to some of the questionnaires that I
16    noted, and it is possible, based on what they have said in the
17    questionnaire, there may be an agreement that they shouldn't be
18    called up at all.  I think we can do that very quickly.
19              Some things I noted, I don't think there is enough
20    information, if someone has law enforcement in their family, I
21    put a tab by it, but that doesn't mean that they can't sit on
22    this jury.
23              Other things we might think differently about.
24              So I have a heads up because I probably got the
25    questionnaires before you did.
```

1              You know, as to those ones who have law enforcement in

2    their family, one thought is that I question them individually.

3    There could be a group I bring up that may fall into that

4    category, and we have a lot of people in this packet that do.

5              So, we can discuss it.

6              So, juror number 1 has law enforcement in the family,

7    and so I made a note of that.  I don't think there is anything

8    from that.  The statement will apply to anyone who has law

9    enforcement, just because they have law enforcement does not

10   mean they can't sit on the trial.

11             The next one, my religion, judge not, lest ye be

12   judged.  That caught my attention.  It could be explored by

13   bringing the person in and asking more questions or that person

14   should be eliminated based on that statement.

15             *MR. LERMAN:*  I noted that as well, and it appears to

16   me on that she is the type that could not sit in judgment of

17   another person.  It might save some time.

18             *MS. OSBORNE:*  I think that is fine, Judge.

19             *MR. LERMAN:*  I don't think we need the opinion just

20   yet.

21             *THE COURT:*  It is just us, we can talk.

22             Number 2 is going to be stricken for cause.

23             I am taking two out of my packet, so we remove two

24   like that.

25             Juror 3, law enforcement, and question number 12.

```
 1            MR. LERMAN:  His father is a friend of mine, he
 2    probably doesn't know that.  He helped me to some extent when I
 3    ran for County Court Judge.
 4            THE COURT:  So, do we think he should be stricken for
 5    cause?
 6            MS. OSBORNE:  Yes.
 7            THE COURT:  3 is stricken for cause.
 8            Number 6 -- if I missed something, let me know.
 9    Number 6, I was an attorney for police unions for 25 years.
10    Question 14, my personal experiences may affect my abilities
11    until I know the nature of the case and person involved.
12            That is -- I was an attorney for police unions for 25
13    plus years, I don't know if you know him or not.
14            MR. LERMAN:  I do not.
15            THE COURT:  Does anyone have reason to believe he
16    should be stricken for cause?
17            MR. TUNNAGE:  He stated his personal experience may
18    affect him.  If he volunteers that that soon, we could accept
19    that as a true indication.
20            THE COURT:  Defense.
21            MR. LERMAN:  No objection.
22            THE COURT:  Stricken for cause.
23            Number 7, I noted a couple of things.  Question number
24    seven, serving on a jury a few times and police hurting
25    innocent people, and then, 14, I'm honestly not a fan of the
```

1    system.   I believe -- I think it says a hundred percent of law

2    enforcement look out for their own best interest.

3         *MR. LERMAN:*  We would move for cause.

4         *MS. OSBORNE:*  I agree.

5         *THE COURT:*  7 is stricken for cause.  Let's go to the

6    next one.  Number 12 -- I just saw law enforcement in the

7    background there -- father is a retired D.C. policeman.

8         I will note, and I looked up the name, I know Robert

9    Kanjian, I am not a personal friend, he used to be a neighbor,

10   kids went to school at one point together.  It wouldn't affect

11   me.  He could speak to whether it will affect him.  I tabbed it

12   because of retired law enforcement.  I put it aside.  If

13   somebody believes because I know him, he shouldn't be on the

14   jury --

15        *MR. LERMAN:*  I think I know him.

16        *THE COURT:*  He used to be Palm Beach County

17   Commissioner.

18        *MR. LERMAN:*  I don't know if I ran into him during the

19   campaign or something like that.

20        *THE COURT:*  So keep him in for now.

21        13, I just noted, in response to question number 14

22   about anything about not being impartial, girlfriend murdered

23   in 1988.  We don't know more than that, I would keep 13 in.

24        14, I noted that in question number 14, my religion, I

25   am Catholic, my faith.  So it doesn't say, like the other

1    person, that the person couldn't judge.  I just noted it, I was

2    going to keep that person in.  If anyone feels differently, let

3    me know.

4         Number 15 spoke about law enforcement connections.  I

5    made a note of that, keeping that person in.  Then same thing

6    with -- well, number 17, we have ex-son-in-law, Boca Raton

7    Police Department, and question number 14, I have a personal

8    feeling regarding my ex-son-in-law and his personal behavior

9    with another police officer.

10        *MR. LERMAN:*  Let's leave that now.  It sounds like it

11   would be something privately.

12        *THE COURT:*  Yes.  Number 18, uncle was a criminal

13   defense attorney.

14        Number 19, in response to 14, I am very sensitive.  I

15   can't be objective.  I thought we could flush that out, but I

16   noted it.

17        20, husband is an attorney, I noted that, didn't see

18   anything else.

19        Moving along to number 24, I noted, in response to

20   question number 14, very anti-gun, so it would be something I

21   will explore, I didn't think that would be something to exclude

22   somebody at this point.

23        Number 27, grandpa is a New York City cop.  We'll

24   explore that.  Number 28, father-in-law, retired police, also

25   the uncle, and in question number 14, yes, I have personal

1    feelings that would tend to favor law enforcement if that is

2    what this is about, above context, or something, it says.

3              MR. TUNNAGE:  Move for cause.

4              MS. OSBORNE:  Sounds like he should be on a different

5    jury.

6              MR. LERMAN:  No objection.

7              THE COURT:  Challenge accepted to 28.

8              Let me confirm I am marking mine right, 2, 3, 6, 7,

9    and 28.

10             MS. OSBORNE:  That is what I have.

11             THE COURT:  Then we have 29, and I noticed in question

12   14, Obama, not fan.  I'm not sure what is meant by that, I will

13   explore.

14             Number 30, law enforcement, husband was Chief of

15   Police, or is Chief of Police for Pahokee, 31 years, a brother

16   who is a judge, niece who is a judge, I will explore that.

17             Then we get to 31.  I won't find anybody guilty, that

18   is question number 14.  I thought that was fairly clear.

19             MR. TUNNAGE:  Cause, your Honor.

20             THE COURT:  Defense agrees?

21             MR. LERMAN:  Yes.

22             THE COURT:  31 is excused for cause.

23             Then we get to number 38.  We have in question number

24   14, religious beliefs, but doesn't say specifically what the

25   religious beliefs are, so I thought at that point 38 will stay

1    in, so I will explore that.

2         Number 39, we have some law enforcement relationships,

3    I will explore that, keep that person in.

4         Number 42, we have law enforcement relations, and we

5    have in response to question number 14, if they are here, they

6    are probably guilty.

7         MR. LERMAN:  I move for cause.

8         THE COURT:  Government agrees?

9         MS. OSBORNE:  Yes.

10        THE COURT:  42 is stricken for cause.

11        Moving along to number 44, in response to question 14,

12   I am a little jaded from the Court system, how it works harder

13   to take people's freedom instead of working to help the

14   convicted on trial, has some law enforcement relationships, has

15   an older brother who was accused, arrested, convicted multiple

16   times.  I can explore that further unless you --

17        MR. LERMAN:  I move for cause.

18        THE COURT:  Okay.

19        MR. LERMAN:  I think it cuts both ways.

20        MS. OSBORNE:  That is fine, your Honor.

21        THE COURT:  44 is stricken for cause.

22        Moving on to 46, question number 14, I don't care

23   about law enforcement, no disrespect.

24        MR. LERMAN:  I move for cause.

25        THE COURT:  No objection?

1              MS. OSBORNE:  No objection.

2              THE COURT:  46 is stricken for cause.

3              47, question 12, we have law enforcement in the

4    family, and -- just noting law enforcement in the family, so I

5    will explore on that.  And was considering a career in law

6    enforcement as well.  I will explore that further.

7              If we jump ahead to 52, former father-in-law was law

8    enforcement and then, you know, just indicates that the person,

9    in question number 14, has very conservative political views.

10   I thought I would follow up on some of the issues.  I didn't

11   see any cause.

12             Number 53, law enforcement relationships with number

13   12, the same with juror 54 --

14             MR. LERMAN:  53 also looks like they might have a

15   scheduling issue regarding an elderly parent.

16             THE COURT:  My 83 year old dad flying to Florida

17   Thursday.

18             MR. LERMAN:  Talking about tomorrow.

19             THE COURT:  Not sure, possible.  I'll explore further.

20             MR. LERMAN:  Sure.

21             THE COURT:  Okay.  54, law enforcement relationships.

22   Going to 60, has some law enforcement relationships.  In answer

23   to number 14, is there anything in your background which might

24   affect your ability to be fair and impartial, probably

25   shouldn't, do not want to offend anyone.  So, I don't know what

```
 1    that means.  I can explore that further.

 2              62, we have some law enforcement relationships.  I

 3    will explore that.

 4              64, law enforcement relationships, and we have an

 5    income issue.  Being here, answer number 14, I am a single

 6    income family and I provide income and rely on overtime to help

 7    support my family which I cannot get while sitting here.  I

 8    work for a law enforcement agency, I come from a family of

 9    police, my dad, uncle, and I guess she works for the

10    communications office, Palm Beach County Sheriff's Office.

11              MR. LERMAN:  And she went to the Police Academy.

12              MS. OSBORNE:  I move for cause based on her income.

13              MR. LERMAN:  I don't have an issue.

14              THE COURT:  64 removed for cause.

15              MR. TUNNAGE:  Your Honor, 62, could we highlight

16    number 14 for 62?  I'm not quite sure what that means.

17              THE COURT:  I like to watch cases on TV.  I admire the

18    skill of a good lawyer defending the Plaintiff.  Yes, I would

19    definitely explore that.

20              Number 67, answer number 14, cannot judge anyone.  Do

21    you believe --

22              MR. TUNNAGE:  We move for cause, your Honor.

23              MS. OSBORNE:  Can we go back to 66?

24              THE COURT:  Does Defense agree with 67?

25              MR. LERMAN:  Fine.
```

 1           MS. OSBORNE:  66 appears to have written under 14,

 2    yes, being falsely accused and not being able to tell my side

 3    of my arrest, but scribbled it out.

 4           THE COURT:  So I will explore that, or are you

 5    saying --

 6           MR. LERMAN:  I would explore.

 7           THE COURT:  Okay.  68, I have had bad experiences with

 8    police or law enforcement where I don't think they are fair.

 9           MR. LERMAN:  I move for cause.

10           MR. TUNNAGE:  No objection.

11           THE COURT:  68 is stricken for cause.

12           69, I noted -- just noted anything in the background,

13    not sure.  They don't know what the case is about.

14           70 has law enforcement relationships.  71, no, fine.

15    72, law enforcement relationships.  73 has law enforcement

16    relationships.

17           I am looking at 75.  What do we think about 75?

18    Answered, I hate alcoholics, abusers, drug addicts.  I am

19    furious that I have to be here and not providing for my family

20    and caring for my two year old with diabetes.

21           MS. OSBORNE:  We move for cause.  We don't want a

22    furious juror already.

23           MR. LERMAN:  I agree, without further comment.

24           THE COURT:  And there will be a record.  Melanie, on

25    the record the numbers are associated with the individuals.  So

1    the record will be clear, these people are who are being

2    excused for cause, I am not saying their names.

3          Does something get added with the clerk?

4          THE COURTROOM DEPUTY:  For the jury selection, I am

5    marking those.  On the docket there typically isn't either way,

6    the only thing would be the transcript.

7          THE COURT:  76, we have some law enforcement

8    relationships and bad experience with attorney.  That could go

9    both ways.

10         MR. LERMAN:  Probably civil lawyers.

11         THE COURT:  Probably.  Certainly not any one of you.

12   76 we keep in for now, I will explore that.  And the last one,

13   80, law enforcement relationships.

14         Did I miss any?

15         MR. LERMAN:  No.

16         THE COURT:  Let me go over who we struck for cause.

17   2, Wester; 3, Sobrino; 6, Feldman; 7, Glynn; 28, Kidwell; 31,

18   Jones; 46, Pitt; 42, Barton.

19         THE COURTROOM DEPUTY:  After Jones I have 42.

20         THE COURT:  Right 42, Barton; 44; Clancy; 46, Pitt;

21   64, Brown; 67, Patel; 68, Fierro; and 75, Kuypers.

22         Everybody agree with that?

23         MR. LERMAN:  Yes.

24         THE COURT:  How many is that, 13?

25         THE COURTROOM DEPUTY:  13.

```
 1              THE COURT:  So, then, we have 80 minus 13, which gives
 2     us 67.
 3              MR. TUNNAGE:  67.
 4              THE COURT:  All right.  So, now the question is -- we
 5     are down to 67.  I can bring all 67 in and do as I said, which
 6     is to talk about mainly who you all are, what the case is
 7     about, and how long the case is, and get raised hands, and
 8     bring them in individually to talk about each of those issues.
 9     Or I could bring anybody that -- I could bring anybody I have
10     tabbed that has law enforcement relationships, explore that.
11              I guess I could read the statement of the case, I have
12     been reading it a lot, but I could read the statement of the
13     case and ask them the series of questions that I asked in the
14     other trial about what they know about the case, whether they
15     could put those -- anything they have learned aside, could they
16     be fair and impartial, and I could add, is there anything about
17     law enforcement relationships that would affect your ability to
18     be fair and impartial.
19              So, what do you think, bring all 67 up and do the
20     whole group or focus on the ones where I tabbed that have law
21     enforcement relationships?
22              MR. TUNNAGE:  Your Honor, on past experience with the
23     last jury, the press question actually causes a problem.  Once
24     one person said it, a lot of people -- I don't know how we
25     would address that issue given the media attention every day.
```

14

```
 1    That is a bigger issue.
 2            THE COURT:  A bigger issue than law enforcement
 3    relations?
 4            What about if I handle it this way, does anybody know
 5    anything about the case, and I see the hands raised and don't
 6    ask how, and then we break and bring each one in individually?
 7            MR. TUNNAGE:  Yes.  Once one person starts talking --
 8            THE COURT:  Do I take that to mean that you would be
 9    proposing that I now bring up all 67, and get right to the kind
10    of the hardship and do you know anything about the lawyers,
11    parties or case, just get a show of hands, and I will excuse
12    everybody, have the people who raised their hands outside, the
13    rest go down to the jury office, I will not excuse them, and
14    see how long the process goes.
15            MR. TUNNAGE:  Yes, that is our preference.
16            THE COURT:  How about Defense?
17            MR. LERMAN:  That is fine.
18            THE COURT:  We won't get through all of the
19    ministerial matters right now.  All sides agree on the
20    statement?
21            MR. LERMAN:  Yes.
22            MR. TUNNAGE:  Yes.
23            THE COURT:  I do have a Government potential witness
24    list.  Did Defense --
25            MR. LERMAN:  Their witness list encompasses anybody we
```

```
 1    would --

 2            THE COURT:  There is page one.  Is it both of these?

 3            MS. OSBORNE:  The second list is any names that might

 4    come up, and one person, Kelly Harris, we might call her.  I

 5    might move her to the witness list.

 6            THE COURT:  I will mention all of these names, and I

 7    for the record note somebody has listed Jo Barone.  Is that

 8    Joanne Barone?

 9            MS. OSBORNE:  Yes.

10            THE COURT:  That won't affect anything from my end.

11            MS. OSBORNE:  She is a PBA attorney for one of the

12    officers.

13            THE COURT:  For the officer who may testify?

14            MS. OSBORNE:  Right.  Her name might come up.

15            THE COURT:  She has a son, my son is a very good

16    friend, in elementary school.

17            Okay.  And then sidebar.  Mr. Lerman, have you

18    discussed with your client about waiving sidebar?

19            MR. LERMAN:  I have not, but I can do that real quick.

20            THE COURT:  In case it comes up.

21            THE COURTROOM DEPUTY:  When we bring in the jury --

22            THE COURT:  We should seat them the way they are on

23    the chart.

24            THE COURTROOM DEPUTY:  Do you want me to excuse the

25    ones down there and not bring them up?
```

Pauline A. Stipes, Official Federal Reporter

1          *THE COURT:*  Skip a seat in the chart, otherwise it
2     would be very confusing.
3          *MR. LERMAN:*  We'll waive sidebar.
4          *THE COURT:*  Okay.  We will get a form for your client
5     to sign.  And also, we have six peremptories for the Government
6     and ten for the Defendant.  We all agree with that?
7          *MR. LERMAN:*  Yes.
8          *THE COURT:*  How many alternates, two like we did last
9     time?
10         *MR. TUNNAGE:*  Yes, your Honor.
11         *MR. LERMAN:*  That is fine.
12         *THE COURT:*  One additional peremptory for each side
13    for the two alternates.
14         And is ten minutes enough each side for voir dire,
15    followup questions after my questions, since we will have
16    exhausted quite a bit?
17         *MR. TUNNAGE:*  15 to be safe.  I can't see using more
18    than 15 minutes.
19         *THE COURT:*  Defense?
20         *MR. LERMAN:*  That is fine.
21         *THE COURT:*  Those are the immediate matters I need to
22    take up.  Make sure we have an exhibit list for tomorrow on the
23    AO form, okay.
24         On the individual questions, again, I will pull people
25    in individually if they raise their hand about a hardship or if

1    they raise their hand about knowing anything about the case,

2    and I will not go into any of that in the courtroom.

3         We may have a lot of people we are talking to

4    individually.  With the hardship, I will find out what it is

5    about, and I may not need to get into the first issue.  With

6    your pens up, you agree that that person is excused.

7         If we get through the hardship, anybody that knows

8    about the case, I will ask what do you know about the case,

9    give me the details, when did you learn it, what did you learn,

10   are you able to put what you learned aside, and talk to them

11   about they need to rely just upon the evidence presented in the

12   courtroom and do they feel they can be fair and impartial

13   jurors.

14        If I happen to notice that person also has law

15   enforcement or anything else on the questionnaire that should

16   be asked separately, and I will do that, too.

17        At any point, if there is any answer that gives rise

18   to both sides at any point in my questioning that there is no

19   reason to go the whole length, if I see both sides are agreeing

20   at an earlier point, could I see you do your pens up.

21        It will be individual.  I will have them come up to

22   the podium so their backs will be to you.

23        *MR. LERMAN:*  Can my client use the restroom?

24        *THE COURT:*  Yes.

25        *MS. OSBORNE:*  What we were hoping to do is pick the

1   jury today and tomorrow.  Because we have been in trial, we
2   haven't had time to speak to some of our witnesses.
3        THE COURT:  You know Friday we don't have court.
4        MS. OSBORNE:  Also, depending on what happens with the
5   other jury, it is the same evidence.
6        THE COURT:  Let's think about that.
7        We pick the jury today and tomorrow and we can do
8   everything except put evidence on.  Can we do preliminary
9   statements and opening?
10       MS. OSBORNE:  I would prefer not to open and have two
11  days.  My opening will be 20 minutes.
12       MR. LERMAN:  My opening will be five.
13       THE COURT:  You are pretty confident, if all goes well
14  with jury selection and we get a jury by tomorrow, we'll not
15  have a problem finishing the case by next Friday?
16       MS. OSBORNE:  I am very confident.  For the first day
17  I will have six or seven witnesses lined up.  I don't know how
18  fast Mr. Lerman will go, but it will be pretty quick.
19       THE COURT:  I will tell the jury the case will go no
20  longer than the 17th.  You have a problem with losing Pauline,
21  that is why I was wanting to get under way.
22       I think that sounds reasonable, we pick our jury today
23  and tomorrow and start off on Monday, okay.  I think that is --
24  let me mention this.
25       On the 15th, I need to be in Fort Lauderdale at noon

Pauline A. Stipes, Official Federal Reporter

1  for a speaking event that I agreed to and it is longstanding,

2  Federal Bar Association, so I am going to have to break a

3  little early, like 11:00, I have to be out the door probably by

4  11:00.  So, 11:00 to 2:00 we are out-of-pocket on the 15th.

5  Even under that circumstance, you think we are fine?

6       MS. OSBORNE:  I believe so, and I will meet with Mr.

7  Lerman to go through the exhibits to make sure the trial will

8  run smoothly.

9       THE COURT:  All right.  Okay.

10       If things did go smoothly, I was also committed --

11  Judge Rosenbaum is speaking at the Federal Bar Association on

12  Thursday, the 9th, and so -- but that is a regular lunch break.

13  So, if I can attend that, I will try to do that.  That really

14  wouldn't require -- might require longer than the usual one

15  hour, it might be an hour and a half.

16       MS. OSBORNE:  Is that tomorrow?

17       THE COURT:  Yes.  Again, if that has to go by the

18  wayside, it is just the 15th, and they asked me six months ago,

19  so it has been on the books for a long time.  That is the only

20  thing that stands out.

21       I will mention this, on the 17th, there is a

22  Naturalization Ceremony and they use this courtroom.  If for

23  some reason we are in trial, we will have to work around that.

24  We can go to another courtroom, which I don't think is a

25  problem.

1          MR. LERMAN:  I assumed that after jury selection we
2     were moving back to your courtroom.
3          THE COURT:  Not necessarily.  I don't know that we
4     made a specific decision.  We could.  We could.
5          I think we were planning on staying here, but
6     certainly on the 17th, we would have to move.  I think it would
7     be easier to move for the whole day as opposed to breaking,
8     because the ceremony starts earlier than the noon hour or
9     12:30, whenever that goes on.
10         MR. TUNNAGE:  Which day is that?
11         THE COURT:  The 17 that takes place in the courtroom.
12         MR. LERMAN:  I need to be out of here by 5:00 today.
13         THE COURT:  5:00 today.  You have to remind me of
14    that.  And there were no motions in limine, the rulings of
15    which apply in this case in light of the severance, is there?
16         MR. TUNNAGE:  I think there is, there was the
17    discussion about the second interview.
18         THE COURT:  I think that was actually withdrawn.
19         MR. TUNNAGE:  Right.  We may just visit -- revisit the
20    issue with respect to admissions that may be admissible even if
21    the entire interview is not.
22         MR. LERMAN:  They made a representation that nothing
23    from the April 2nd interview was coming in, period.
24         First they said it was, then they said they are
25    excluding the entire statement, and I said, okay, I am

1   withdrawing my request to play the entire statement subject to

2   if Mr. -- Sergeant Antico testified or not as far as prior

3   inconsistent statements go.

4          MR. TUNNAGE:  There is no change with respect to that.

5          THE COURT:  You could look back at the orders, that is

6   precisely what I recall happening.  The Government clarified

7   they were going to play nothing, and then Sergeant Antico

8   withdrew his request to have that second interview in April

9   come in.

10          It is just the first interview and we took care of the

11   issue with Brown by a severance.

12          MR. TUNNAGE:  As far as being unavailable for

13   impeachment --

14          THE COURT:  We will take that up, I don't think it

15   will come up at this point.  Nothing is to be said, you know,

16   before the Court takes it up, in front of the jurors, whether

17   it is during jury selection or anything of that nature.

18          MR. TUNNAGE:  Okay.

19          (Thereupon, the jury venire entered the courtroom.)

20          THE COURT:  Okay, welcome, everyone.

21          I have one matter I need to tend to.  Let me first

22   welcome you.  My name is Judge Rosenberg and you have been

23   called up as potential jurors in the case.  The case is United

24   States of America versus Philip N. Antico, case number

25   17-CR-80102.

1          So, I am going to stop right there for a moment before

2     I go further because we need to take up one matter.

3          (Pause).

4          *THE COURT:*  Okay, sorry about that.

5          So, welcome.  One of the first things I would like to

6     do is to explain who we have here in the courtroom, and what

7     everyone's role is.

8          So, we have Melanie Richardson, who just walked out

9     because she does a thousand different things.  She is the

10    courtroom deputy, she is in and out.  Often times she will be

11    escorting you in and out of the courtroom.

12         We have Mrs. Stipes who is in front of me, she is our

13    court reporter, she takes down everything that is said in the

14    courtroom.  We want to make sure we speak loudly, and

15    articulate answers.  So, if I ask you to speak up or is that a

16    yes or a no, I am not trying to be rude, I want to make sure I

17    get your answer.  When we ask you questions we'll pass around

18    the microphone to make sure everybody hears your answer.

19         Is anybody having any trouble hearing me right now?

20    If so, raise your hand.

21         I am seeing no hands.

22         We have Rita Wilson, our court security officer, and

23    she is here to make sure we are safe and everything runs

24    orderly and smoothly, and she always does that.

25         So, we do need to administer the oath to you.

1            Melanie did step out.

2            Let me continue with the introductions and when Mrs.

3    Richardson comes back, she administers an oath to you.

4            If I could have counsel representing the United States

5    introduce yourselves.

6            *MS. OSBORNE:*  Good afternoon, everyone, my name is

7    Susan Osborne, Assistant United States Attorney, and with me is

8    co-counsel Donald Tunnage.  With us is Special Agent Ellen

9    Thomas from the Federal Bureau of Investigation.

10           *THE COURT:*  Is there anyone in the room who knows

11   anyone from counsel table for the Government?  If so, raise

12   your hand.

13           Keep your hand up because we need to identify who you

14   are.

15           You all have names, but juror numbers -- sometimes we

16   refer to you by the juror number initially because it places

17   you in the seating chart.

18           Who is raising their hand?

19           *THE JUROR:*  Juror 52.

20           *THE COURT:*  52, Judy Steedly?

21           *THE JUROR:*  Right.

22           *THE COURT:*  You raised your hand.  Do you know anybody

23   at counsel's table.

24           *THE JUROR:*  Yes.

25           *THE COURT:*  So we will leave it at that right now.

```
 1            Okay, seeing no other hands.

 2            I will now ask the attorney, I am pointing to my

 3    right, for Defense counsel to introduce yourself and anyone at

 4    your table.

 5            MR. LERMAN:  Greg Lerman, and I represent Sergeant

 6    Philip Antico.

 7            THE COURT:  Thank you.  Anyone who knows anyone at

 8    Defense table?  If so, raise your hand.

 9            Okay, that is juror number 12, and you know someone at

10    the Defense table?

11            THE JUROR:  The Defense counsel.

12            THE COURT:  Okay.

13            I saw your name on the list, so I'll disclose that I

14    know you as well, and I disclosed that to the parties and

15    counsel.

16            Okay.  Now, what I am going to do next, I am going to

17    lists some names, these are persons who may be called as

18    witnesses or they may come up during the trial.  Listen

19    carefully.  I will pause after each name.  Raise your hand if

20    you know any of the individuals.

21            Rita, if you could keep an eye on that, I will read

22    the names, and tell me if you see a hand go up.

23            Sedrick Aiken, Elizabeth Clowes, Joseph DeGiulio,

24    Jeffrey Katz, Jason Llopis, Patrick Monteith, Michael Musto,

25    Stuart Robinson, Douglas Solomon, Ellen Thomas, Jo Barone,
```

```
 1    Jeffrey Braswell, Michael Brown, Robin Eichorst.
 2              All right.
 3              THE JUROR:  Juror number 80.
 4              THE COURT:  Okay, just a moment.  Juror number 80, you
 5    raised your hand because you know?
 6              THE JUROR:  Michael Brown.
 7              THE COURT:  All right.  We will leave that at this
 8    time for a moment.  Thank you.
 9              Robin Eichorst, Byron Harris, Justin Harris, Kelly
10    Harris, Cory Herny, Ashley Hill, Kelly Landers, Stephen
11    Maiorino, Al Martinez, Matt Madeiros.  I mentioned Patrick
12    Monteith.  Charlie Ramos, Cynthia Rivera, Ron Ryan, Alka
13    Sharma, Jeff Williams.
14              Okay, seeing no hands.
15              Now, the next thing I want to go over is the length of
16    the trial.
17              The lawyers always try to give their best estimate,
18    and they are usually very good at it.  They know their cases
19    well and they are experienced in having to get a sense of how
20    long a trial will last.
21              So, it is the best estimate that the trial will go no
22    later than next Friday, the 17th of November, but likely will
23    end before then.  I always like to give the last date to be
24    sure.
25              I will tell you that there is no trial this Friday, it
```

```
 1    is a Federal holiday, Veterans Day.  So, what that means is
 2    that we will be here for just a few more hours today, we will
 3    be here tomorrow, we'll return on Monday, and it would go no
 4    later than Friday, but the attorneys believe in all probability
 5    it will end earlier than Friday.
 6             I will say this before I ask the question about
 7    whether that schedule poses a problem for anybody in that I
 8    hope that all of you recognize that jury service is a very
 9    important part of citizenship.  It is an opportunity for you,
10    the citizens, to participate in the judicial process by which
11    you decide on the rights and liberties of your fellow citizens.
12    It is a high calling, and I hope you want to serve.  If you do,
13    I know your time is valuable and we will do everything to make
14    sure your time is not wasted.
15             What I want to add to that, I am sure there is
16    something everyone in the room could do if you are not here,
17    job, family, travel, fun, exercise, any number of things.  But
18    this is your calling today on this trial.  This is your civic
19    duty.  So I don't excuse people just because it is
20    inconvenient, just because it doesn't fit in your schedule
21    perfectly, just because you'd rather not be here, just because
22    it may cause some inconvenience.
23             The reason has to be so difficult, so insurmountable
24    that it actually poses such a hardship on you that you can't
25    serve, and some people fall into that category, but I want you
```

```
 1    to understand that is the threshold by which the Court
 2    determines not only for other reasons that you can't sit on the
 3    jury, but a minor inconvenience or something short of a
 4    significant hardship is not something that, under the law and
 5    consistent with your civic duty, I would be looking to excuse
 6    you.
 7              So, with that backdrop, let me see a show of hands if
 8    there are any, of those who feel that your circumstances are
 9    such that it rises to the level of such an insurmountable
10    obstacle or hardship that you cannot serve during the days and
11    hours I have indicated.
12              If so, raise your hand.
13              Just keep your hand up until I go through the names
14    and juror numbers.  Just tell me your juror number, if you
15    would.
16              THE JUROR:  Number 5.
17              THE COURT:  We will go around and we want the juror
18    numbers, that is all.
19              THE JUROR:  Number 11.
20              THE COURT:  Okay.
21              THE JUROR:  Juror number 12 -- 14, I am sorry.
22              THE COURT:  Okay.
23              THE JUROR:  Juror number 16.
24              THE COURT:  Okay, 16.
25              THE JUROR:  Juror number 19.
```

```
 1              THE JUROR:  Juror number 21.

 2              THE JUROR:  29.

 3              THE COURT:  Okay.

 4              THE JUROR:  27.

 5              THE COURT:  Two 27 and 29.

 6              THE JUROR:  32.

 7              THE COURT:  32.

 8              THE JUROR:  36.

 9              THE COURT:  36.

10              THE JUROR:  37.

11              THE COURT:  37.

12              THE JUROR:  38.

13              THE COURT:  38.

14              THE JUROR:  49.

15              THE COURT:  49?

16              THE JUROR:  53.

17              THE COURT:  53.

18              THE JUROR:  54.

19              THE COURT:  54.

20              THE JUROR:  56.

21              THE COURT:  56.

22              THE JUROR:  62.

23              THE JUROR:  76.

24              THE COURT:  76.

25              THE JUROR:  77.
```

1          *THE COURT:* All right.  Thank you.

2          Now, the next thing that I am going to do is to read a

3    brief statement of the case.  The statement I am about to read

4    is not evidence.  The evidence doesn't begin -- I will explain

5    how evidence comes in.  What I am about to read is not

6    evidence, it is a summary of the case.  The purpose of this is

7    so I can get a chance to see if you know anything about the

8    case.  After I read the summary of the case I will ask the same

9    thing, by a show of hands if there is anyone who knows anything

10   about the case.

11         This case is the result of an incident that occurred

12   on August 20, 2014 involving Boynton Beach Police Department

13   officers.  On August 20, 2014, Boynton Beach police officers

14   attempted to perform a traffic stop which resulted in a pursuit

15   of a vehicle occupied by three people.  After the vehicle was

16   stopped, Boynton Beach police officers used force against all

17   three occupants of the car and the Government alleges the use

18   of force was excessive.

19         The officers arrested all three occupants, and

20   following the incident, officers on the scene wrote reports and

21   submitted the reports to the Defendant, Philip Antico, their

22   supervising sergeant on duty.

23         The Government alleges that the reports that many of

24   the officers submitted were not truthful and that Defendant

25   Antico allowed them to make changes to the reports to allow

```
 1    information that was not present in their initial reports.  The
 2    Government alleges that Antico accepted the changed reports.
 3         On February 19, 2015, the Government alleges that the
 4    Defendant Antico misled the FBI regarding the officers'
 5    reports.
 6         So, by a show of hands, and again, we will do the same
 7    procedure.
 8         Melanie, at this point could I have you administer the
 9    oath.
10         THE COURTROOM DEPUTY:  Sure.
11         (Thereupon, the jury venire was duly sworn.)
12         THE COURT:  By a show of hands, is there anybody with
13    any knowledge of the case based on the facts that I read just,
14    a description?  If you'd raise your hand so I could identify
15    you on the record and have you with the microphone.
16         THE JUROR:  24.
17         THE COURT:  24.
18         THE JUROR:  52.
19         THE COURT:  52.
20         THE JUROR:  70.
21         THE COURT:  70.  And there is one more hand over
22    there.
23         THE JUROR:  80.
24         THE COURT:  80, okay.  All right.
25         All right.  What I think I am going to do next is,
```

1    there are certain people that I would like to speak with

2    individually based on the fact that you raised your hand, and I

3    think it may be easier to -- I will list everybody's juror

4    number, who I want to remain outside the courtroom and come in

5    individually so I can speak with you.

6            The others, will they be able to go back down to the

7    jury assembly room?

8            I apologize, the first day of jury selection sometimes

9    can feel a little disorganized.  It is really not, there is a

10   method to the madness.  We do this all the time, and we try to

11   find the most efficient way to go about it.

12           At this point I will have all of the jurors except the

13   numbers I mention right now just go back down to the jury

14   office and wait until your next instruction, but let me tell

15   you this:  At this point you are not permitted to talk about

16   anything that has gone on in the courtroom.

17           You can talk to one another about anything other than

18   why you are here.

19           You can't talk about -- we have only been together a

20   little bit, nonetheless nothing about your impressions about

21   the facts of the case, lawyers, judge, what you feel about jury

22   service, none of that.  You can talk about weekend plans,

23   sports, other things, but you cannot talk about anything to do

24   with the case.

25           Now that I read a little bit about the case, you

Pauline A. Stipes, Official Federal Reporter

1  cannot do any research about the case.  You can't get on your

2  phones, iPads, any devices, and research anything.  You can't

3  look at any media.  If you stumble upon it, if there is media

4  coverage, you look the other way, you turn it off, don't look

5  any further.

6         I will go into greater detail about why that is.  The

7  bottom line, if you are selected as jurors, the only basis upon

8  which you reach a verdict is here in the courtroom with the

9  judge filtering what you can hear and can't hear as presented

10  by the parties through their attorneys.

11         If you hear something whispered in one ear or a

12  conversation with somebody else, you never know how it will

13  taint you.

14         You may bring your phones in, you can say, yes, I am

15  at the courthouse.  If they say what is it about, you can't

16  talk about it.  You don't even know if you are going to be a

17  juror at this point.  Just to answer any question, I can't talk

18  about it.

19         I'm very serious, there are consequences if you don't

20  follow that rule, and I will go into greater detail why.  I

21  hope we don't have to face what the consequences are, but they

22  are not good, but it goes into the integrity of the process.

23         Anybody have any questions about the rules?

24         Here are the jurors who should remain behind out in

25  the hallway, and it's juror 52, 12, 80, 5, 11, 14, 16, 19, 21,

1   27, 29, 32, 36, 37, 38, 49, 53, 54, 56, 62, 76, 77, 24, 52, 70,

2   and 80.

3        All of you should wait outside and we will bring you

4   in individually.  And the other jurors, make yourself

5   comfortable back in the jury assembly room.

6        (Thereupon, the jury venire left the courtroom.)

7        THE COURT:  We are going to go to the courtroom next

8   door to take up the question from the jury.

9        So, I will be right back and we will proceed with

10  bringing in each of the jurors.

11     *(Thereupon, a short recess was taken.)*

12       THE COURT:  Okay.  52 said they knew somebody at the

13  Government table.  Do you know them?

14       MR. TUNNAGE:  Among ourselves, we don't know.

15       THE COURT:  And 12 said he knew someone at Defense

16  counsel table.  That is Robert Kanjian.

17       MR. LERMAN:  Right.

18       THE COURT:  All right.  Let's bring them in.  They

19  will come up to the podium and kind of look at each other.  If

20  I don't see both pens going up, I will send them back to the

21  jury room.  This is the first cut.

22       52.

23       (The prospective juror entered the courtroom.)

24  BY THE COURT:

25  Q.  Okay.  Let's see, let me make sure I have your correct

```
 1   name.
 2        It is Judy Steedly?
 3   A.   Correct.
 4   Q.   You raised your hand that you knew somebody at the
 5   Government's table.  Who do you know?
 6   A.   Personally I do not -- all three of them.  I had a nephew
 7   that was on trial here in maybe 2010, 2011 for Oxycontin,
 8   Timothy Sigman is my nephew, and I attended that trial, so I
 9   recognized them as soon as I walked in the door.
10   Q.   You recognized the attorney --
11   A.   Not from this district, I understand they were from D.C.,
12   the Federal.
13   Q.   So you had a nephew on trial?
14   A.   Yes, I did.
15   Q.   And you believe -- here in Federal Court?
16   A.   Yes.
17   Q.   For oxycodone?
18   A.   Yes.
19   Q.   Looks like you wrote he was acquitted?
20   A.   Yes.
21   Q.   Do you recognize a particular attorney?
22   A.   I recognize all three.
23   Q.   Let me ask you this, Ms. Steedly, in light of your
24   recognition of them and in light of your experience with your
25   nephew in Federal Court, do you believe that you can be a fair
```

```
 1   and impartial juror in this case?  In other words, can you put
 2   aside any experiences that you had with respect to the
 3   experience with your nephew, and would you be able to come to
 4   this case and be fair and impartial?
 5   A.  I would say no simply because -- if you want to hear my
 6   answer, I will get a bad headache from all this because a lot
 7   of the questioning that was involved in the trial was very
 8   hurtful and, you know, my nephew lost everything going through
 9   all this, and his office had been raided through -- you know,
10   it was a horrendous -- and he has yet to recover his practice
11   from being a doctor, so it is hard to overcome something like
12   that when you have been through a case.
13         THE COURT:  Okay, thank you very much for letting me
14   know that.
15         I am going to excuse you from being a juror on this
16   case, and what I would ask, Ms. Steedly, is when you leave, do
17   not speak with anybody.  Do not tell anybody outside what
18   happened inside, whether you are excused, not excused, you just
19   leave.  It is very important that you know that and you abide
20   by that, and you are not required to come back here to this
21   courtroom for this case.
22         I think -- is there one more day of jury service?
23         Call in or whatever the instructions are with respect
24   to the one day, but you are excused from this trial.  Don't
25   speak with anybody as you leave and you will be released.
```

```
 1              THE JUROR:  Thank you.
 2              (The prospective juror left the courtroom.)
 3              THE COURT:  Could we bring in now juror number 12.
 4              (The prospective juror entered the courtroom.)
 5   BY THE COURT:
 6   Q.  Juror number 12, Mr. Kanjian, you knew somebody at Defense
 7   counsel table?
 8   A.  I met Mr. Lerman before, I believe his office is right by
 9   mine, 314 Clematis building.
10   Q.  You have offices next to each other?
11   A.  He must be around there, or else he goes there, close to
12   that.
13   Q.  You see each other walking in the same city?
14   A.  I remember him, but I don't know him well.
15   Q.  In knowing Mr. Lerman in the vicinity, do you believe you
16   could be a fair and impartial juror in this case if you were
17   selected?
18   A.  I would be an impartial juror, that is correct.
19   Q.  You would be fair and impartial?
20   A.  Yes, ma'am.
21   Q.  Okay.  Is there anything about -- I also noted that your
22   father is a retired Washington, D.C. policeman, former
23   narcotics and homicide investigator.  Is there anything about
24   having law enforcement in your family that you believe would
25   interfere with your ability to be fair and impartial in this
```

```
 1   case?
 2   A.  Not that would make me be unfair and impartial.
 3         THE COURT:  Okay.  Let me ask counsel if they have any
 4   questions of Mr. Kanjian on the two areas for now.  He will be
 5   subject to other questioning, but particularly what is
 6   disclosed about Mr. Lerman knowing him and how he answered
 7   number 12 to law enforcement.  First, Government.
 8         MR. TUNNAGE:  No additional questions at this time,
 9   your Honor.
10         THE JUROR:  And from the Defense?
11         MR. LERMAN:  No.
12         THE COURT:  Okay, all right, thank you, Mr. Kanjian.
13   We will ask you to go back down to the jury room.  Thanks so
14   much.
15         (The prospective juror left the courtroom.)
16         THE COURT:  If we could bring in 80.
17         (The prospective juror entered the courtroom.)
18   BY THE COURT:
19   Q.  Okay, juror number 80, you are -- let's see, Shannon
20   Budjinski.
21   A.  Correct.
22   Q.  You raised your hand saying you know Michael Brown.  How do
23   you know -- I guess we might want to figure out which Michael
24   Brown?
25   A.  I am a little more than acquaintances, I'm a family friend
```

1    with the Michael Brown that is a Boynton Beach police officer.

2    My husband coached his son in baseball, I attended his wife's

3    funeral last year, and I happen to have Tots, I am a teacher of

4    his past partner's daughter, I am familiar with the family, the

5    situation and hearsay and aware of it.  I read about it, I

6    didn't know I was going to come here.

7    Q.  Okay.

8         THE COURT:  Okay.  All right.  So, that is what we

9    want to find out.  Thank you for letting us know that.  I am

10   going to excuse you from this case and you are not required to

11   come back.  I know you have one more day of jury duty, follow

12   whatever instructions have been given to you.

13        I ask when you leave here you are not to discuss the

14   fact that I am excusing you with anyone out there.  Go down the

15   elevator and leave.  We have a number of people to talk to, so

16   it is best that you not speak with anybody about that.

17        We have had this discussion and you are being excused.

18   We don't know who is going to be selected as a juror.  That

19   same principle applies.

20        THE JUROR:  Okay.

21        THE COURT:  Thank you very much.

22        (The prospective juror left the courtroom.)

23        THE COURT:  If we could bring in juror number five.

24        (The prospective juror entered the courtroom.)

25

1    *BY THE COURT*:

2    Q.  Hello.

3    A.  How are you?

4    Q.  Okay, good.  Let's pull up your information here.  So --

5    actually, just one moment.

6        Okay, juror number 5, Warner Villaloloos.  You raised your

7    hand when I asked about whether anyone would have difficulty

8    serving during the days and times I indicated.  What did you

9    want to tell me?

10   A.  Answer, I do babysitting at 4:00 o'clock every day.

11   Q.  You are a babysitter every day at 4:00 o'clock?

12   A.  After work, it has to be my daughter and two kids, and they

13   go to two different schools, that is the reason why, I have to

14   be on time.

15   Q.  Okay.  I just -- that is fine.  I want to make sure I

16   understand what you are saying.  Are you saying you are a

17   babysitter or you pick up your children?

18   A.  I have to pick up my kids after work.

19   Q.  There is no one else that you -- who could pick up your

20   kids?

21   A.  My wife work as a driver, and she comes home late, she

22   works late after work.

23   Q.  How old are the children?

24   A.  Three years old, 13 and 17.

25   Q.  Okay.  And let me ask, if you didn't pick them up, who

1  would be able to pick them up?

2  A.  Nobody, I got no relative close by.

3  Q.  Okay.  All right.  Well, then I'll excuse you, and I would

4  ask that you when you leave not to let anybody know that you

5  have been excused, just walk out.  And you don't need to report

6  back to the courtroom, but I ask you not to talk to anybody

7  about that fact.  You have one more day of jury service so make

8  sure you call in and follow the rules required.

9  A.  I have one question.  Is there a chance to pick another

10  time?  I am interested in this for me, right now I am in a

11  position I have to be home with my children.

12  Q.  Yes, you will be back in the system, and you will get

13  pulled up in Federal or State Court probably soon enough.

14  A.  Okay, thank you.

15      (The prospective juror left the courtroom.)

16          THE COURT:  So I want -- I did see the pens go up.

17          I need to explore, you all seemed to come to a

18  conclusion sooner than I did.  What was it that made you --

19          MR. LERMAN:  I was concerned with his language issue

20  and --

21          MS. OSBORNE:  For me, the hardship issue, and Mr.

22  Lerman mouthed that he had a problem as well.

23          THE COURT:  With the hardship, we have to be careful,

24  there is hardship and hardship.  I think on those sorts of

25  things I need to explore.  I understand if you thought language

1    might present a problem.  I thought maybe that is why, because

2    I hadn't gotten beyond babysitter, and I saw both of the hands

3    go up.

4          On hardships, be aware that it is a high standard, it

5    is a high threshold.

6          MR. LERMAN:  Sometimes there are other issues.  The

7    woman that thought she knew the Government, I don't think she

8    was correct --

9          THE COURT:  Well, she may not have been correct, but

10   if she has a view that she is correct and they are the people

11   and she is not happy, it was that rather than whether she knew

12   them or not.

13         That one is a hardship that gets into different

14   category.

15         MR. TUNNAGE:  We take your point, we'll reserve.

16         THE COURT:  If I have it in here, I might take

17   advantage of it.  You can ask other questions.  I will see what

18   is on that person's profile, something about police or -- I

19   should also dovetail it.  Were there any overlaps between

20   hardship and people who knew about the case?

21         Okay, it may be that you both raise your hand with

22   hardship, but I keep them in.

23         Let's bring in number 11.

24         (The prospective juror entered the courtroom.)

25

Pauline A. Stipes, Official Federal Reporter

1   *BY THE COURT*:

2   *Q.*   Good afternoon, Mr. Gomez.

3   *A.*   Good afternoon, your Honor.

4   *Q.*   You raised your hand when I asked if anybody couldn't serve

5   during the days and hours as I indicated?

6   *A.*   I raised my hand because last month my wife had surgery,

7   and she is scheduled to have another surgery on Monday, the

8   13th, and I am taking care of everything, pretty much.  She is

9   not working, and I have to take my daughter to the bus stop

10  every morning before I go to work.

11  *Q.*   What time do you take your daughter to the bus stop?

12  *A.*   I have to drop her off at quarter after 7:00 at the bus

13  stop.

14  *Q.*   And then you work and --

15  *A.*   Then I have to work, I go home and do whatever I can at

16  home before I pick my daughter up at 4:00 o'clock again at the

17  bus stop.

18  *Q.*   And this is because your wife has had surgery, and she is

19  going to have another surgery while you are doing the duties?

20  *A.*   Yes.

21  *Q.*   She is scheduled for surgery Monday, the 13th?

22  *A.*   Yes.

23          *THE COURT:*  Are there any questions counsel may have?

24          *MR. TUNNAGE:*  Yes, your Honor.

25

1    *BY MR. TUNNAGE*:

2    *Q.*  Mr. Gomez.

3    *A.*  Yes.

4    *Q.*  Is the surgery inpatient surgery, without getting into the

5    details?

6    *A.*  It is outpatient surgery.

7    *Q.*  So then she won't have to stay for the -- she won't have a

8    hospital stay associated with the surgery?

9    *A.*  No, just the day of the surgery, and she gets released.  I

10   don't know the time of the surgery yet.

11        *MR. TUNNAGE:*  Okay.

12   *BY THE COURT*:

13   *Q.*  She will go in for surgery and come back out?

14   *A.*  Yes.

15   *Q.*  Okay.  How old are your children?

16   *A.*  My one is 22, and 16.

17   *Q.*  You have a 22 year old and a 16 year old?

18   *A.*  Yes.

19   *Q.*  Who gets dropped off at the bus stop?

20   *A.*  The 16 year old.

21   *Q.*  That is early in the morning, that is before trial begins,

22   and, so, the issue is, the 16 year old needs to be picked up at

23   what time?

24   *A.*  4:00 o'clock.  The reason is, I can't delegate that duty to

25   my daughter because she gets to school early also, and she gets

```
1   out very late in the afternoon, usually after 5:00.

2   Q.  Your 22 year old daughter?

3   A.  Yes.

4   Q.  Have you had a chance to talk to friends or family members

5   or other people who could help you out?

6       It sounds like the issue is the pick up and drop off of the

7   16 year old child.

8   A.  Pretty much.

9           THE COURT:  Any questions from Mr. Lerman?

10  BY MR. LERMAN:

11  Q.  Regarding the surgery, sir, are you planning on taking your

12  wife to the doctor and home, are you going to be present during

13  your wife's surgery?

14  A.  She has been through several surgeries, and I take her and

15  take her back home.  I stay right there with her at all times.

16  Q.  On the 13th, that is your plan?

17  A.  That is my plan.  I told my employer that I am not able to

18  make it in.

19  BY THE COURT:

20  Q.  Okay.  In light of the surgery -- in light of the surgery

21  that you will be at on the 13th, we will excuse you, Mr.  Gomez

22  and -- is it -- yes, Mr. Gomez.  That is your middle name,

23  Herrera?

24  A.  Herrera, middle initial A, Gomez.

25  Q.  Okay, we will excuse you and ask when you leave the
```

Pauline A. Stipes, Official Federal Reporter

1    courtroom to not let anybody know you have been excused, just

2    go out of the courthouse and do not tell anybody you have been

3    excused, and you have one more day jury service, you do not

4    need to return tomorrow.

5    *A.*  I appreciate it.

6    *Q.*  Good luck with the surgery.

7        (The prospective juror left the courtroom.)

8            *THE COURT:*  All right.  Number 14.

9            (The prospective juror entered the courtroom.)

10   *BY THE COURT:*

11   *Q.*  Ms. Baquero, you raised your hand when I asked whether

12   anybody could serve during the days and hours that I indicated.

13   Could you tell me why?

14   *A.*  One of the reasons I cannot serve, well, I have many

15   reasons, health reasons, I have Lupus, and sometimes my health

16   can be an inconvenience, and I have a child eight years old, my

17   husband just have surgery, and sometimes my English can be

18   complicated.

19       I cannot understand a hundred percent certain

20   conversations, so I try to take from whatever I understand.

21   *Q.*  You have concerns about being able to understand testimony

22   and evidence that might come in in the way of written

23   documents?

24   *A.*  Yes.  Obviously, my English can be conversational, nothing

25   major that comes to a case or something like that.

```
 1   Q.  Okay.
 2              THE COURT:  Any questions or -- okay.
 3              So, I want to thank you for coming.  I am going to
 4   excuse you.  I will ask that you not speak with anybody before
 5   you leave, and that you just leave the courthouse without again
 6   speaking with anybody.  It is important that you continue to
 7   not talk with everyone about what is going on in the courtroom.
 8   You don't need to return for this case.  If you have other
 9   obligations, follow those same instructions.  Thank you very
10   much.
11              THE JUROR:  Thank you, your Honor.
12              (The prospective juror left the courtroom.)
13              THE COURT:  So now juror 16.
14              (The prospective juror entered the courtroom.)
15   BY THE COURT:
16   Q.  Good afternoon.
17   A.  Good afternoon.
18   Q.  You raised your hand when I asked if you were having
19   trouble with the days and hours of the trial?
20   A.  Yes.
21   Q.  What do you want to say?
22   A.  I got laid off from my previous job of more than 40 years,
23   and this would reduce my opportunity to have a new opportunity
24   because I am searching for something, so I am getting emails
25   and calls every day.
```

```
1          I'm also hosting Thanksgiving in our house which got some
2     damage from Irma, and I am fixing it by hand.
3     Q.   When did you lose your job?
4     A.   On the 6th of October.
5     Q.   Okay.  So you have been --
6     A.   I have been seeking a job, yes.
7     Q.   So you have been out of work since October 6th?
8     A.   Yes.
9     Q.   You are not employed?
10    A.   Right.
11    Q.   You have time, you are hoping to find another job, so it
12    might interfere with your ability to take phone calls and
13    emails in furtherance of searching for a job?
14    A.   Right, and I am hosting 13 people, and my house has some
15    damages that I am fixing currently.
16    Q.   All right.  Okay, all right, thank you for telling that to
17    us.
18         I am going to -- so, let me think, if you could go back
19    down to the jury room, we will continue the process, with the
20    same instruction, do not discuss anything with anybody.
21    A.   Okay.
22    Q.   Thank you so much.
23         (The prospective juror left the courtroom.)
24              THE COURT:  Bring in juror 19.
25              (The prospective juror entered the courtroom.)
```

48

1    *BY THE COURT:*

2    *Q.*   Okay.  So, let's see, you are Ms. Jo --

3    *A.*   Johanna Antolinez.

4    *Q.*   You raised your hand when I asked whether you could serve

5    during the days and hours that I predicted the trial would

6    last.  I want to know what you had to say.

7    *A.*   Because recently I bought a house and the closing date is

8    on the 17th.  I live here with my son.  He is only 15.

9    *Q.*   Okay.  So you live with your son, and he is 15?

10   *A.*   Uh-hum.

11   *Q.*   And?

12   *A.*   We need to move to our new house.

13   *Q.*   You are going to move to your new house?

14   *A.*   Yes.

15   *Q.*   And so you are going to be closing on November 17th?

16   *A.*   Yes.

17   *Q.*   If this trial were to end before November 17th, would that

18   solve that problem?

19   *A.*   Yes.

20   *Q.*   Okay.  Okay, well, I think we are going to be done before

21   November 17th.

22   *A.*   Okay.

23   *Q.*   That is good with you?

24   *A.*   Yes, perfect.

25   *Q.*   Let me ask you a question.  On your questionnaire you said

```
 1    in question number 14, is there anything in your background or
 2    personal feelings that might affect your ability to be -- you
 3    said you are very sensitive and I can't be objective?
 4    A.   I am a sensitive person, it is not easy to judge people to
 5    see -- because behind everyone is a story full of feelings.
 6    Q.   Well, if you were to sit through a case, would you be able
 7    to listen to the evidence -- and I will explain how the
 8    evidence comes in, we have witnesses, we have documents, and
 9    then I give you the law, and I tell everybody what the law is.
10    I write it down, you take it back with you if you are selected
11    to deliberate, and your goal -- rather, your job as a juror is
12    to listen carefully to the evidence, have an open mind, follow
13    the law that I instruct you on and to reach a verdict, a
14    decision that is fair and impartial.
15         Can you be fair and impartial to all of the parties in this
16    case based on the description I read about the case and can you
17    listen to the evidence and follow the law?
18    A.   Okay.
19    Q.   You can do that?
20    A.   Yes, of course.
21    Q.   Thank you so much.
22         If you'd go back down to the jury room, don't talk to
23    anybody about anything, and we will get you back up in a little
24    bit.
25    A.   Thank you.
```

```
 1   Q.  Thank you very much.

 2        (The prospective juror left the courtroom.)

 3           THE COURT:  21.

 4           (The prospective juror entered the courtroom.)

 5   BY THE COURT:

 6   Q.  Okay, Ms. Kanwar?

 7   A.  Yes.

 8   Q.  If you could come forward, please.

 9        You raised your hand when I asked if there was anybody who

10   would have difficulty serving -- I wanted to find out why you

11   raised your hand when I asked the question if you would have

12   any trouble serving during the days and hours of the trial?

13   A.  Yes, I am going to India.  My mother is 85 years old and

14   she is sick, and I bought the ticket before the jury paper come

15   in my home.

16   Q.  That is okay.  When is your ticket?

17   A.  14, next Tuesday.

18   Q.  You are flying to India on November 14th?

19   A.  Yes.

20   Q.  Okay, no problem.  So we will excuse you, you will be able

21   to go to India.

22   A.  Thank you so much.  Thank you so much.

23   Q.  Of course, of course.  I hope your mother is well and feels

24   better when you are there with her.

25        When you leave, do not talk to anybody about the fact that
```

1  I have released you.  Quietly walk out and you don't have to

2  return to the courtroom.  You have one more day of service.  If

3  it requires you to call in, or whatever the instructions are,

4  follow those instructions.

5       THE COURT:  I want to be clear.  What are they

6  supposed to do?

7       THE COURTROOM DEPUTY:  As they were told many times

8  throughout the day, they continue to call the recorded message.

9       THE COURT:  That would be one more day.  Tonight you

10  call the recorded message -- call the recorded message and see

11  if you are needed tomorrow.

12       THE JUROR:  Call tomorrow?

13       THE COURT:  Just tonight.

14       THE JUROR:  So I am free?

15       THE COURT:  Yes.

16       THE JUROR:  Thank you so much.

17       THE COURT:  Okay.

18       (The prospective juror left the courtroom.)

19       THE COURT:  27.

20       (The prospective juror entered the courtroom.)

21  BY THE COURT:

22  Q.  Mr. Mingerman?

23  A.  Yes.

24  Q.  You came forward when I asked if there was anybody who

25  cannot serve during the days and hours I indicated?

```
 1    A.  Yes, that is correct, your Honor.  I live pretty far --
 2    Q.  Where do you live?
 3    A.  On Boynton and Military.
 4    Q.  Okay.
 5    A.  In order to get here I would have to take two to three
 6    buses, I don't have a license, and the only car that is
 7    available is in use of my father.
 8    Q.  You don't have a driver's license?
 9    A.  Correct.
10    Q.  How long did it take you to get here?
11    A.  This morning he didn't have to go to work until later, so
12    he gave me a lift, but I would have to get up around 5:30 or so
13    in order to get here on time.
14    Q.  Okay.  Meaning -- what time do you think we start?
15    A.  8:00.
16    Q.  No, we start at 9:00, you could sleep another hour.
17        Okay, that is what you wanted to tell me?
18    A.  Yes, ma'am.
19    Q.  I appreciate that.  So, I wanted to ask you also, your
20    grandpa was a New York City cop for about 20 years?
21    A.  Yes.
22    Q.  So, I do want to ask you, in light of that fact -- and I
23    read a brief description of the case, I told you it wasn't
24    evidence, but I gave you an overview.  Do you think there is
25    anything about the fact that your grandfather was a New York
```

1   City cop that would interfere with your ability to be a fair

2   and impartial juror?  In other words, can you listen to the

3   evidence, keep an open mind, follow the law that I will

4   instruct you at the end of the trial if you are chosen as a

5   juror, and could you be fair and impartial and base your

6   decision on the evidence you hear in the courtroom?

7   A.  Yes.

8   Q.  I know you also say your stepbrother was caught with less

9   than 20 grams of marijuana in 2015.  Anything about that

10  experience that would interfere with your ability to be fair

11  and impartial to both sides in this case?

12  A.  No.  Just two dumb young kids getting mixed up in

13  something.

14  Q.  All right.  Thank you so much.  Go back to the jury room,

15  same instruction, don't talk to anybody.  We will get you back

16  up as soon as we can.

17      (The prospective juror left the courtroom.)

18          THE COURT:  Number 29.

19          (The prospective juror entered the courtroom.)

20  BY THE COURT:

21  Q.  All right.  Number 29, Mr. Camburn.

22  A.  Yes, ma'am.

23  Q.  How are you?

24  A.  Good.  I am being treated for cancer at the VA, and I have

25  a rather important appointment tomorrow, and I brought the

Pauline A. Stipes, Official Federal Reporter

1  papers to show.  I would like to not come tomorrow if I could.

2  Q.  Okay.  So, is tomorrow the only appointment you have

3  scheduled right now?

4  A.  I don't know what they will tell me tomorrow.  As of right

5  now, yes.

6  Q.  Okay.  All right.  I will ask, I am sorry to hear about

7  that, but would rescheduling the appointment pose a problem for

8  you?

9  A.  It would, these are the cancer people.  If it was a dentist

10  or something, maybe, but it is kind of hard.

11  Q.  I understand.  Okay, good luck with the appointment

12  tomorrow, we will excuse you.

13  A.  Thank you.

14  Q.  I want to ask you not speak with anybody when you leave,

15  don't tell them you have been excused, quietly walk out of the

16  courtroom.  You have one more day of calling in tonight, do

17  that, and good luck with the appointment tomorrow.  Thank you.

18      (The prospective juror left the courtroom.)

19          THE COURT:  The next person is 32.

20          (The prospective juror entered the courtroom.)

21  BY THE COURT:

22  Q.  Okay.  Ms. Rostad, you raised your hand when I asked if

23  there are any interferences -- I didn't couch it that way, but

24  you raised your hand when I spoke about days and times of the

25  trial?

Pauline A. Stipes, Official Federal Reporter

1    *A.*   Correct.  I want to tell you I am the sole caregiver for my

2    16 month old and six year old.  My husband is out of town today

3    and won't be returning until tomorrow night, and out the 14th

4    through the 16th next week.

5    *Q.*   Do you have any family, friends that you rely upon?  You

6    work, you are a sales representative?

7    *A.*   Correct.

8    *Q.*   You go to a job each day?

9    *A.*   Yes.

10   *Q.*   Who takes care of the children?

11   *A.*   I have a babysitter, and my mom does one day a week, my mom

12   works, too, but her day off is today.

13   *Q.*   I know you probably have not had time to inquire about

14   this, maybe you will be selected.  If you are selected, do you

15   think you would be able to make phone calls to your babysitter

16   and your mother to see if they could help you out so you could

17   fulfill your civic duty in this case?

18   *A.*   Yes, I probably could.

19   *Q.*   Okay, I appreciate that.

20        So, if I could ask you to go back down to the jury room,

21   and we will get you back up as soon as possible, with the same

22   instruction don't talk to anybody.

23   *A.*   Okay.

24   *Q.*   Thanks so much.

25        (The prospective juror left the courtroom.)

1              *THE COURT:*  Juror number 36.

2              (The prospective juror entered the courtroom.)

3    *BY THE COURT*:

4    *Q.*  Okay, Ms. Moore, how are you?  You raised your hand when I

5    asked whether you could serve during the hours and days of the

6    time of the trial I estimated.  What did you want to say?

7    *A.*  I wanted to say about the trial, about the jury stuff going

8    on, me, personally, I don't see any justice in this because

9    when my cousin got killed, Norm Rogers is still out free.  That

10   was no justice for Cory.  Seem like to me they protecting their

11   own.

12   *Q.*  Who is they?

13   *A.*  The police, the department, he got a killing, they are

14   shooting us down like we are dogs, and look at Cory, there is

15   no justice for Cory.  My cousin is dead and this man still

16   free, he is home, Cory in the grave.

17   *Q.*  Okay, I appreciate you sharing your views.  I am sensitive

18   to that.  I think it would be best to excuse you for this case.

19   So, that means you don't need to return back to this case.

20   Okay.  I am sorry, but I want to thank you for your time.

21   Thank you for coming forward.

22   *A.*  I am sorry.

23   *Q.*  You don't need to be sorry about anything.  Thank you for

24   your service.

25   *A.*  They took Cory away from us, and he didn't do anything.

1    *Q.*  I ask when you leave not to speak with anybody as you are

2    walking out, do not let anybody know you are excused, but I

3    will excuse from you this case.  I think you have one more day

4    to call in tonight to see whether they need you for tomorrow.

5    You don't need to return for this case, okay?

6    *A.*  Yes, ma'am.

7    *Q.*  I wish you well.  Thank you.

8         (The prospective juror left the courtroom.)

9              *THE COURT:*  Juror 37.

10             (The prospective juror entered the courtroom.)

11   *BY THE COURT*:

12   *Q.*  Mr. Ticlavilca, you raised your hand about whether anybody

13   would be able to serve during the trial?

14   *A.*  It is more a family issue.

15   *Q.*  What is that?

16   *A.*  Family issue.

17   *Q.*  What is the family issue?

18   *A.*  My son is being, you know, sick since last Friday, Monday,

19   today.  In the morning I have to take him to the hospital,

20   emergency, he is having high fever, he suffered from seizures,

21   so --

22   *Q.*  How old is your son?

23   *A.*  11.

24   *Q.*  11 years old?

25   *A.*  Yes, ma'am.

1   *Q.*  And let's see, you work as a maintenance mechanic?

2   *A.*  Yes, ma'am.

3   *Q.*  Do you take time when you do that?  How do you take your

4   son to the hospital?

5   *A.*  Today, I was taking my time off to come over here, and I

6   check his temperature in the morning, I was going to give

7   Ibuprofen, he started shaking so I have to take him to the

8   hospital.

9   *Q.*  Your wife, your spouse, is a nurse assistant?

10  *A.*  Yes.

11  *Q.*  Is she in a position to help take care of your son?

12  *A.*  Yes, but usually she work as a nursing assistant for other

13  people.  With my son, she gets nervous, and I work night time,

14  she doesn't work because she have to take care of my son.

15  *Q.*  She does not work?

16  *A.*  She doesn't work.

17  *Q.*  And you work when?

18  *A.*  Night shifts.

19  *Q.*  What time?

20  *A.*  11:00 to 7:30 or 11:00 to 9:30 in the morning.

21  *Q.*  Doing mechanical work?

22  *A.*  Yes, ma'am.

23  *Q.*  If you were selected as a juror in this case, would you be

24  working every night and coming in in the morning, or are you

25  able to change your shift so you could work during the day?

```
 1   A.  No, they say about work, they say I don't have problem with
 2   it because they work with me.
 3   Q.  Your work will work with you?
 4   A.  Yes.
 5   Q.  All right.  Okay, thank you so much.  I am going to ask you
 6   go back down to the jury room and not talk with anybody, and we
 7   will call you back in a little bit.  Thanks so much.
 8       (The prospective juror left the courtroom.)
 9            THE COURT:  Number 38.
10            (The prospective juror entered the courtroom.)
11   BY THE COURT:
12   Q.  Mr. Warzybok?
13   A.  Correct.
14   Q.  So, you raised your hand when I asked if there were any
15   issues you wanted to discuss with respect to the schedule of
16   the case?
17   A.  Yes, your Honor.
18   Q.  What is that?
19   A.  One of the reasons is, I just had melanoma cancer and I
20   have four more spots and they want to do it right away, trying
21   to do it next week.  If it puts me out, I have to do it another
22   week.  I am self-employed, if I do this and then that, I am out
23   two weeks, and I have 20 stitches in my neck.
24   Q.  You are scheduled to go back?
25   A.  Next week.  I didn't schedule the other four yet because of
```

1   this, I was waiting to find out what was going to happen with

2   the case.  They want to try to do it as soon as possible.

3   Q.  Okay.  You mentioned -- is there anything in your

4   background that might affect your ability to be fair and

5   impartial?

6   A.  I am a pastor.

7   Q.  Is there anything about that fact that would prevent you

8   from being a fair and impartial juror in the case?

9   A.  Partially that in my beliefs in right and wrong, but back

10  in 2003, I was arrested for possession and at the time of the

11  arrest, to me, I was -- I felt it was unfair so to speak on how

12  the whole thing was really handled.  I'm not going to say that

13  would make me impartial, but that was an instance with me and

14  the officers taking place.

15  Q.  Okay.  Well, I am going to excuse you in light of your

16  medical condition, and so, I hope your appointment goes well

17  tomorrow and your subsequent appointments.

18      I do want to thank you for coming in.  I ask when you

19  leave, do not speak with anybody, tell anyone you have been

20  excused, quietly leave the courthouse.  Do not return to this

21  case.  Under your service, you have one more day to call in.

22  You are released from this case and, again, please don't talk

23  to anybody.

24  A.  Thanks, your Honor.

25      (The prospective juror left the courtroom.)

```
 1              THE COURT:  Okay.  49.

 2              (The prospective juror entered the courtroom.)

 3   BY THE COURT:

 4   Q.  Mr. Powell.

 5   A.  Yes.

 6   Q.  You raised your hand regarding scheduling of the trial?

 7   A.  Yes.  My wife and I are house parents at Joanne's Cottage,

 8   a maternity home for unwed mothers, and we are in charge of

 9   currently four babies and four young ladies.  There is numerous

10   times when my wife has to take off and go to the hospital with

11   the baby or go to an emergency walk-in, so on and so forth, and

12   I have to stay back behind and be with the girls.

13       So, that is the main reason why I asked for this.

14   Q.  Okay.  Are there other people who can fill in should you be

15   required to stay on this case and fulfill your civic duty?  Are

16   there other people you could call on?

17   A.  Place of Hope has made other people available, but I would

18   need to know ahead of time as much as possible.

19   Q.  Sure, we would absolutely do that.  It probably wouldn't

20   been definitive today, tomorrow you will know.  We don't have

21   trial on Friday and the weekend.  Would that work for you?

22   A.  That is fine.

23   Q.  If I could ask you to go back down to the jury room, we

24   will call you up as soon as I get through the rest of the

25   people I need to speak with.
```

1   *A.*  Okay.

2   *Q.*  Thank you so much.

3       (The prospective juror left the courtroom.)

4           *THE COURT:*  53.

5           (The prospective juror entered the courtroom.)

6   *BY THE COURT:*

7   *Q.*  Okay, Ms. Carrano?

8   *A.*  Yes.

9   *Q.*  You raised your hand when I was speaking about scheduling

10  the trial.  What do you want to tell me?

11  *A.*  My dad is flying in tomorrow, he is 84 years old, he is not

12  healthy.  I was going to leave early tomorrow to pick him up,

13  he is leaving family up north to come down to visit me.

14  *Q.*  How long is he going to be here?

15  *A.*  He is going home Tuesday.

16  *Q.*  Okay.  And so, what time is he flying in?

17  *A.*  I think 3:30.

18  *Q.*  Okay.  And if you were not able to pick him up at the

19  airport, how would he get to your house?

20  *A.*  I guess a cab, which is quite pricey from the airport to

21  where I live.

22  *Q.*  Okay.  All right.  And then, of course, we don't have trial

23  on Friday, Saturday, Sunday, you have that time with him.  That

24  was the primary reason you raised your hand?

25  *A.*  Yes.

1    *Q.*  All right.  Now, I want to inquire, I see you have -- when

2    you answered the questionnaire, you have a brother who is a

3    police office in Connecticut?

4    *A.*  Yes.

5    *Q.*  And brother-in-law --

6    *A.*  Port Authority.

7    *Q.*  So, is there anything about those relationships that would

8    interfere with your ability to be a fair and impartial juror in

9    this case if you were selected?

10   *A.*  I don't think so.  I mean, they are police officers in my

11   family, I have nothing against them.

12   *Q.*  Okay.  So, we have a defendant who is in law enforcement,

13   and there will be witnesses, maybe, who will testify from law

14   enforcement.

15       Can you keep an open mind, can you listen carefully to the

16   evidence that comes in, and follow the law that I give you,

17   apply the law to the facts, and come up with a verdict that is

18   fair and impartial and based on the evidence and not any

19   personal feelings that you may have based on relationships with

20   persons in law enforcement?

21   *A.*  I will try very hard to keep that apart.

22   *Q.*  Do you think that you are not able to do that?  Do you have

23   a doubt in your mind?

24   *A.*  I have a little doubt.  I had a situation with my daughter

25   with law enforcement that did not go well.

1   Q.   What was that situation?

2   A.   They came to arrest her and they kept asking her to come

3   off the property so they could arrest her, and her lawyer

4   informed her not to leave the property, and it was obnoxious,

5   you know, come off, come off, don't listen to your parents, and

6   it was just not nice.

7   Q.   Not this law enforcement officer?

8   A.   No.   I don't know this man.

9   Q.   So, are you able to put that experience aside -- so you

10  have that experience, but then again, you have family members

11  who are in law enforcement.

12       So my question is, we know people come to court with

13  experiences, and feelings and opinions and we are not asking

14  that you or expect that you come with clean slates, that you

15  have not had opinions or experiences in the years preceding a

16  trial, but what we do ask and want to make sure, whatever

17  strong views you may have in this instance about law

18  enforcement, do you have any strong views and can you, if you

19  do, put them aside so you are not starting out in a way that is

20  not fair and impartial, that you are already leaning one way or

21  another?

22  A.   It would be hard for me to push that aside after the way

23  they treated my daughter.

24  Q.   Okay, all right.   Well, I want to thank you, and I will

25  excuse you.

1    *A.*   Thank you.

2    *Q.*   What I would ask is that you not speak with anybody you

3    encounter as you are leaving the courtroom.  Do not share

4    anything we discussed in the courtroom.  You may be excused,

5    you don't return to this case, but you have one more day to

6    call in for your jury service.

7    *A.*   Okay.

8    *Q.*   Thank you so much.  (The prospective juror left the

9    courtroom.)

10             *THE COURT:*  Juror number 54.

11             (The prospective juror entered the courtroom.)

12   *BY THE COURT*:

13   *Q.*   Ms. Cardenas?

14   *A.*   Yes.

15   *Q.*   You raised your hand when I asked whether you could serve

16   during the days and hours I indicated regarding the schedule of

17   the trial?

18   *A.*   Yes.

19   *Q.*   What did you want to say?

20   *A.*   I have school.

21   *Q.*   And so you are in high school or college?

22   *A.*   I am just in college.

23   *Q.*   Okay.  So you are in college and where are you in college?

24   *A.*   Palm Beach State.

25   *Q.*   And are you full time?

 1    *A.*   No.

 2    *Q.*   Tell me your schedule.

 3    *A.*   Tuesday at 6:30 to 9:15.

 4    *Q.*   Okay.  This trial won't interfere with that.

 5    *A.*   Okay, I wanted to make sure.

 6    *Q.*   Palm Beach State, which campus?

 7    *A.*   Lake Worth.

 8    *Q.*   What I would ask is that you -- if you are selected, that

 9    you remind me on Tuesday about your 6:30 class.  If you do

10    that, I will do everything I can to make sure you make that

11    class.

12    *A.*   Okay.

13    *Q.*   Let me ask you this.  I see in answer to number 12 whether

14    you have any relatives or family members, friends in law

15    enforcement, you wrote police department?

16    *A.*   My aunt and uncle are in the police department.

17    *Q.*   Which police department?

18    *A.*   I am not sure.

19    *Q.*   Locally or somewhere else?

20    *A.*   Palm Beach.

21    *Q.*   Is there anything about the fact you have an aunt and uncle

22    who work in the police department that would interfere with

23    your ability to be a fair and impartial juror in this case?

24    *A.*   No.

25    *Q.*   You didn't answer this question, do you participate in

1   organizations or groups?

2   A.  No.

3   Q.  Is there anything in your background or personal feelings

4   which might affect your ability to be fair and impartial to

5   both sides?

6   A.  No.

7   Q.  Okay.  If you could go back down to the jury room, we will

8   call you shortly.

9   A.  Okay.

10  Q.  Thanks so much.

11      (The prospective juror left the courtroom.)

12          THE COURT:  56.

13          (The prospective juror entered the courtroom.)

14  BY THE COURT

15  Q.  Ms. Elliott.  So, you raised your hand when I asked about

16  the scheduling of the trial, so I wanted to see what you wanted

17  to say.

18  A.  Yes, I have a flight scheduled to Chicago on Wednesday,

19  November 15th, I am going to see my kids at their house for the

20  holidays.

21  Q.  A flight on the 15th?

22  A.  Yes.

23  Q.  Okay.  I think that is going to be a problem for this

24  trial.  We can't predict we won't be done by then and we don't

25  want to interfere with existing flight plans.  I ask you when

1    you leave, do not discuss the fact I have excused you, walk out

2    of the courthouse and continue to call.  You have one more day

3    to call.

4    *A.*  Yes.

5    *Q.*  Okay.  Thank you so much.

6        (The prospective juror left the courtroom.)

7            *THE COURT:*  Just wait one moment.  62 is next.  Just

8    wait a moment.  Number 62.  Is that right, number 62?

9            *MR. LERMAN:*  I think this is an overlap.

10           (The prospective juror entered the courtroom.)

11   *Q.*  Hi, how are you?  You are Ms. Ayala?

12   *A.*  Yes.

13   *Q.*  You raised your hand when I asked whether there were any

14   scheduling concerns?

15   *A.*  I home school my kids and I have a 16 and 10.  I would not

16   mind leaving the 16 year old alone, but I have a problem with

17   the 16 in charge of a 10.  I have no family around, my closest

18   family is from South America and my husband's family is from

19   D.C.  My husband, for work he travels overseas, he can be

20   called tomorrow and say I am going to Peru for three days, and

21   that would be my only concern.

22       And the other concern is I booked a camping trip for my

23   kids' birthdays next week, Thursday and Friday, and it is

24   already paid for.  They can wait until next year.

25   *Q.*  They can or cannot?

```
1    A.  I guess they could.  Also, I can't say for sure, I have
2    heard the case on TV, the name is familiar, I can't say for
3    sure that I haven't heard.
4    Q.  Okay, let's take one issue at a time.
5        First issue, you have a level of discomfort leaving your 16
6    year old with your 10 year old?
7    A.  Yes.
8    Q.  You have a husband who may be called to travel, but he
9    hasn't been called off to travel, so he is here.
10   A.  He took this week off, he knows I am on duty, he is with
11   them now.
12   Q.  If you were called as a juror and you served through next
13   week --
14   A.  He may not have an excuse, yes, he took this whole week
15   off.
16   Q.  Someone would have to take care of the kids.  What would
17   you do?
18   A.  If I have to come here?
19   Q.  This is your civic duty.  What would you do?
20   A.  I would leave the 16 year old as long as you guys don't
21   call the police on me.  I have a 16 year old that I guess -- I
22   guess --
23   Q.  Any other parents that you home school with, are you in a
24   group where they could be with other families?
25   A.  In our schooling it ends Tuesday, this coming Tuesday, and
```

```
 1   everybody is off until the first week of December.  But not
 2   that I could just leave them for a longer period of time, from
 3   7:00 until, 5:30, 6:00, every day.
 4   Q.  So, is it that you just don't trust the 16 year old with
 5   the ten year old?
 6   A.  Like for a long time, it is okay for leaving for six hours,
 7   the most, I would have to leave my house in Boca, out west.
 8   Today I left at quarter to 7:00, so if I have to be here, I
 9   have to make those arrangements and make it by -- 12 hours
10   alone, I don't know that he can handle that.
11   Q.  Let me ask you a couple more questions.  You indicated you
12   have two friends or acquaintances with the Boca Police
13   Department.
14       Let me begin with the question, what do you think you heard
15   about the case?
16   A.  Abuse of power, and that is the headlines, I think is what
17   it would have said on Fox and Facebook.
18   Q.  So, you learned -- you know something about the case from
19   Facebook and Fox?
20   A.  Yes, on TV.
21   Q.  And what do you know about the case?
22   A.  I can't say for sure that I haven't -- all I can recall was
23   the last name about maybe a month ago, it wasn't recent, maybe
24   a month ago, might have been on the news saying that somebody
25   was in trial, the last name Quantico, that sounds so familiar
```

1  to a city in Virginia, when you said it, I remember.  If

2  something were to come up, I don't know if that would be an

3  issue.

4  Q.  Is there any particular detail about the news reporting you

5  are recalling?

6  A.  Just abuse of power.

7  Q.  Are you able, if you are selected as a juror, to listen to

8  the evidence presented in the courtroom and follow the law?

9  Because that is what you have to do as a juror, you don't

10  listen to what other people say, media, friends, you listen to

11  the evidence presented, the law I instruct you, you be fair,

12  impartial and render a verdict based on the law and evidence.

13  Can you do that?

14  A.  I think I can.

15  Q.  What are your reservations, if any?

16  A.  The thought that I have that it could be abuse of power.

17  We hear so many things about police officers being unfair to

18  people and maybe -- I don't want to be unfair to the police

19  officers.

20  Q.  We don't want you to be unfair to anybody, we know many

21  jurors have heard news reports about many things.  We are not

22  asking --

23  A.  I will definitely try to be as impartial as you need me and

24  go by what you would say.

25  Q.  Right.  But the question is -- you don't have to give me an

Pauline A. Stipes, Official Federal Reporter

```
 1    answer, I am not looking for a particular answer, I am looking
 2    for a truthful answer.
 3        Do you believe you can put aside any feelings you may have
 4    based on news reports, news stories, or anything else, and be
 5    fair and impartial and just base a decision, if you are
 6    selected, on the evidence and on the law in this case to these
 7    parties?  Can you do that?
 8    A.  I hate to bring up the race issue here.  Honestly, I don't
 9    know, because he is a police officer, that would be my only
10    thing.
11    Q.  Okay.  All right.  No, I appreciate it.  This is what this
12    process is for.
13        So we are going to excuse you, and what I would ask is that
14    you don't talk to anybody when you leave, don't let them know
15    you have been excused.  You don't need to return to this case,
16    you have one more day to call in, follow those instructions,
17    but otherwise we want to thank you for your service.
18    A.  I am so sorry.
19    Q.  No, no.  Thank you.
20        (The prospective juror left the courtroom.)
21            THE COURT:  Number 76.
22            (The prospective juror entered the courtroom.)
23    BY THE COURT:
24    Q.  Mr. Jordan Bonnema?
25    A.  Bonnema.
```

1    *Q.*  Bonnema, that is a hard one.  You raised your hand when

2    asked about the scheduling of the case and the concerns that

3    may be presented.  I want you to speak about that.

4    *A.*  My concern is hardship where I work, I work to Florida

5    Power & Light, and we are currently in outage in the Wisconsin

6    plant and Turkey Point unit for -- during a nuclear outage it

7    is all hands on deck.  One day is okay, a week's duration will

8    cause a problem with the outage teams.

9    *Q.*  How many people are in the outage team?

10   *A.*  Hundreds.

11   *Q.*  FP&L is a big company.

12   *A.*  Yes.

13   *Q.*  Number one, in answer to number 12, you said your best

14   friend is a detective with PBSO?

15   *A.*  Correct.

16   *Q.*  I wanted to see whether that would affect your ability to

17   be a fair and impartial juror.  So, in this case, as any other

18   case -- I don't think you have been a juror before -- yes, you

19   have one time.  You know what it is like -- maybe you didn't

20   serve as a juror.

21   *A.*  It was a half day and pled out.

22   *Q.*  So, in essence, I will elaborate on this, you must base

23   your decision, if you are selected as a juror, your verdict is

24   what it is called, on the evidence and the law.

25         The parties present the evidence through witnesses,

1    documents and other means which I will explain, and I give you

2    the law, you apply the law to the facts, and you are fair, you

3    are impartial.  Can you do that?

4    A.   Yes.

5    Q.   Okay.  So if we have witnesses who are from law

6    enforcement, maybe a witness might be from the Palm Beach

7    Sheriff's Office, are you going to look at that witness

8    differently because you have a best friend with PBSO or will

9    you treat that witness the same as any other witness?

10   A.   The same.

11   Q.   You also said in number 14 you had a bad experience with an

12   attorney?

13   A.   Yes.

14   Q.   We have several attorneys sitting in the room.  I am an

15   attorney, too, and now a judge.  Is either side going to have

16   to worry about a bad experience you had with an attorney and

17   you will hold that against that attorney, and more importantly

18   their client because of that bad experience?

19   A.   No.

20   Q.   Do you want to share briefly what that was?

21   A.   Fee billing.

22   Q.   But will it interfere with your ability to be fair and

23   impartial?

24   A.   No.

25   Q.   If I could ask you to go back downstairs to the jury room,

1    I will bring you back as soon as I can.

2        (The prospective juror left the courtroom.)

3            *THE COURT:*  Number 77.

4            (The prospective juror entered the courtroom.)

5    *BY THE COURT:*

6    *Q.*  Okay, Mr. Lin, you raised your hand when I asked about

7    scheduling issues?

8    *A.*  I am a college student at FAU, I have one test going on

9    today at one o'clock, noon.  I didn't take that, my professor

10   let me reschedule that.  I have another one going on right now,

11   my professor said I will get a zero for that.  That is

12   stressing me out.

13   *Q.*  Why?

14   *A.*  I am a full-time student at FAU.

15   *Q.*  You are full time?  You are going to go to school tomorrow,

16   Friday, Monday, Tuesday?

17   *A.*  I am in engineering.

18   *Q.*  All right.  So, you should --

19   *A.*  Me getting zero, right now I have to go back to campus

20   today and talk to the dean about it.

21   *Q.*  If you have a problem with getting a zero because you

22   served your country by coming for jury service -- let's give

23   Mr. Lin my number, and let's have him give the professor my

24   phone number.  And please have the professor call me.

25   *A.*  Okay.

 1  *Q.*  If you need that.

 2  *A.*  Okay.

 3  *Q.*  You will be excused, and make sure when you leave you don't

 4  talk to anybody about being excused, walk out quietly, don't

 5  talk to anybody.  I am sure you can work out this well with

 6  your professor, I am hopeful he will be understanding.  If that

 7  is not the case, ask the professor to give me a call.

 8  *A.*  Okay.  Do I need to call in tonight for tomorrow?

 9  *Q.*  You do.

10  *A.*  If I need to report in --

11  *Q.*  You know what, you will need to report in.  Let me check

12  with Melanie a minute.

13        *THE COURT:*  Melanie, because he is a student, is he

14  supposed to come in tomorrow?  Can I excuse him?

15        *THE COURTROOM DEPUTY:*  You can.

16        *THE COURT:*  You can be excused, you don't need to come

17  in tomorrow.

18        *THE JUROR:*  Thank you.

19        (The prospective juror left the courtroom.)

20        *THE COURT:*  Number 24.

21        (The prospective juror entered the courtroom.)

22  *BY THE COURT*:

23  *Q.*  Okay, let's see, 24, we have Mr. Springer?

24  *A.*  Correct.

25  *Q.*  So, you raised your hand when I asked if anybody knew about

1    the case, so I want to know what you know about the case.

2    A.  Okay, basically, I read the paper every day.

3    Q.  Okay.

4    A.  Virtually every day, so when it happened, I do remember

5    that I read about it, and then I read about the fact that it

6    was coming back as a case.  But when I got called and got my

7    summons for jury duty at work I said, oh, I don't know what is

8    going to be happening, blah, blah, blah, I am going to be on

9    jury duty.  And my assistant goes oh, well, that has to be the

10   case about the police officers, the police officer case from

11   Boynton, and I said, is that the one from a couple years ago

12   where there was one guy that got hit by a car, it was a stop

13   and drugs?  And she said, yeah, let's check it out, and we were

14   like, yeah, I remember that.

15   Q.  What were you checking out?

16   A.  We happened to look up the case.  I said I guess that is

17   going to be the one.  And she said it probably doesn't matter,

18   I think it stopped already, maybe, maybe not, I don't know, but

19   hopefully, you know, I would get not picked, to be honest.

20   Q.  Why do you not want to get picked?

21   A.  I just served on a jury back in April in Palm Beach County

22   on a case with a police officer and it has been, you know --

23   well, it would be nice, I don't mind doing my duty, but, you

24   know.  So, we were going back and forth saying, I got a lot of

25   things I am doing, maybe I don't get picked.  We did review it

1   and talk about it.

2   Q.  Is there a particular paper or news feed or something, what

3   did you review?

4   A.  We have access to the internet.

5   Q.  What on the internet did you look at?

6   A.  Kind of looked up a couple of articles and she was talking

7   about it, she is from Boynton, she was like, this is what I

8   remember, this is what happened.  I go, okay, I don't know in

9   detail as well as you.  We looked back and forth and probably

10  spent 15, 20 minutes over a cup of coffee looking at it.  That

11  is why I answered the way I did.

12  Q.  That is why I brought you in to ask you more questions.

13      Like any case, you would know this better than anyone else

14  in the room of your fellow jurors having just served in April

15  on a jury, coincidentally involving a police officer, was the

16  police officer a witness or party to the case?

17  A.  He was the Defendant in that case.

18  Q.  Okay.

19  A.  It was rather stressful.

20  Q.  Was it a criminal or civil case?

21  A.  I guess it was criminal case, because he –– he could serve

22  jail time and it was involving an attack on a –– I think they

23  called it first responders, medical personnel and officers of

24  the law.

25  Q.  Okay.

```
 1   A.  It was one of the things where I went through it and I
 2   don't think there was a good conclusion to it anyway.
 3   Q.  You served on a jury four or five times?
 4   A.  Yes.
 5   Q.  And on this particular one, did you reach a verdict?
 6   A.  Yes, I was --
 7   Q.  Were you the foreperson?
 8   A.  Yes, I was the foreperson.
 9   Q.  You reached a verdict?
10   A.  We did reach a verdict which left none of us happy.
11   Q.  Okay.
12   A.  And certainly not the officer.
13   Q.  Okay.  Well, my question, as you know probably from all of
14   the experience you had as a juror, is the following:  If you
15   are selected as a juror in this case, can you base your
16   decision, your verdict, on the evidence only that you hear in
17   the courtroom, not anything you've read, not anything you
18   discussed with your assistant, not drawing upon any experience
19   you had in the most recent jury experience in the trial, and
20   follow the law that I give you and be a fair and impartial
21   juror?  Can you do that?
22   A.  I don't know.  If you want the honest answer.
23   Q.  I want the honest answer.
24   A.  I don't know, because I have read about it, and I don't
25   know that I could completely put off my own feelings and say --
```

```
 1   be completely okay, here are the facts.

 2       I had extreme difficulty in the other case doing that

 3   because I found that my own feelings and opinion didn't

 4   coincide with the law, evidently, and it was difficult.

 5   Q.  Did you follow the law?

 6   A.  Well, of course we did.  Is there another answer?

 7   Q.  Okay.

 8   A.  Yes, we did, but I've got to tell you, I wasn't happy, and

 9   it took a lot of time to get there.

10   Q.  So, you are saying to the Court that you have reservations,

11   doubts, concerns about your ability to be fair and impartial in

12   this case?  Is that what you are saying?

13   A.  If you are saying could I completely take everything that I

14   have read and felt and kind of put what is in my head and

15   completely put it on the side, I am telling you that I can't

16   answer that and say absolutely.

17   Q.  Okay.  I appreciate that.  That is important for us to

18   know.  I am going to excuse you, and I would just ask when you

19   leave not to discuss the fact you have been excused or anything

20   we talked about in the courtroom.  You have one more day for

21   service, you are excused from this trial, you don't need to

22   return.  Thank you for your service.  Please don't speak with

23   anybody when you leave.

24   A.  I won't.  Thank you.

25       (The prospective juror left the courtroom.)
```

```
 1              THE COURT:  Juror number 70.

 2              (The prospective juror entered the courtroom.)

 3   BY THE COURT:

 4   Q.  Okay, we have Mr. Eames?

 5   A.  Yes, ma'am.

 6   Q.  You raised your hand that you knew something about the

 7   case.  Tell us what you know and how you know it.

 8   A.  At the time it happened I was a police office in South

 9   Florida, when it happened, I knew people in that agency, it is

10   a topic of discussion.  I have seen it in the news at that time

11   and since then.

12   Q.  How recently have you seen it in the news?

13   A.  As of this morning, or yesterday, I believe.

14   Q.  What did you see in the news?

15   A.  Regarding the other half of the case that jury deliberation

16   was under way.

17   Q.  Okay.  And I see you worked for the Boca Raton Police

18   Department as a police officer for ten years?

19   A.  Yes.

20   Q.  You are a member of the Fraternal Order of Police and

21   Florida Prevention of Crime Association?

22   A.  Yes.

23   Q.  Based on your work in the police department, membership in

24   the organizations, and coupled with what you have come to learn

25   about the case, both the facts when they arose and the news
```

1    coverage since then, do you believe that you can be a fair and

2    impartial juror in this case?

3    *A.*   It would be difficult with that history.  I would like to

4    believe so, but being a police officer is a big part of who I

5    am for a long time.

6    *Q.*   Okay, all right.  I will excuse you.  I do want to thank

7    you for coming in, and you don't need to report back to this

8    case.  I think you have one more day to call in for service.

9    Don't talk with anybody when you leave about the fact that you

10   have been excused, leave the courthouse quietly, but again, no

11   interaction with others.

12   *A.*   Thank you.

13            *THE COURT:*  Let's do a quick count here and see where

14   we stand.  Let's go over everybody who has been excused to make

15   sure we agree.

16            Two, Wester; 3, Sobrino; 5, Villalobos; 6, Feldman; 7,

17   Glynn; 11, Gomez; 14, Baquero; 21, Kanwar; 24, Springer; 28,

18   Kidwell; 29, Camburn; 31, Jones; 36, Moore; 38, Warzybok; 42,

19   Barton; 44, Clancy; 46, Pitt; 52, Steedly; 53, Carrano; 56,

20   Elliott; 62, Ayala; 64, Brown; 67, Patel; 68, Fierro; 70,

21   Eames; 75, Kuypers; 77, Lin; 80, Budjinsky.

22            *MS. OSBORNE:*  Agreed.

23            *THE COURT:*  How many do we have left?  Let's count.  I

24   have 52.

25            *THE COURTROOM DEPUTY:*  Yes.

```
 1              THE COURT:  Okay.  So --
 2              MR. LERMAN:  Can I bring one juror up that we did not
 3      excuse that I suggest that we consider excusing?
 4              THE COURT:  Who is that?
 5              MR. LERMAN:  27, Mr.  Mingerman.
 6              THE COURT:  Did we talk to him?
 7              MR. LERMAN:  We did.  He is the gentleman whose father
 8      brought him today, and has to make three bus transfers on a
 9      good day.
10              THE COURT:  Any objection?
11              MS. OSBORNE:  No objection.
12              THE COURT:  Okay, so 27 will be excused.
13              So that brings us down to 51 -- to, yes, 51.  So I
14      need to remember, he is the only one I didn't excuse, that was
15      number 27, Mingerman.
16              Let's talk through this for a moment.
17              Could I see that note again.  All counsel have copies.
18              Mr. Lerman, you need to leave at 5:00?
19              MR. LERMAN:  Correct.
20              THE COURT:  Let's talk about this.  We have 51 jurors
21      left, and by my count, we need a total of 32 if we were to take
22      into account all peremptories being exercised and two
23      alternates.  You ultimately want 32, which gives us 19 to work
24      with.
25              So, the first question I have is -- I am going to pull
```

```
 1    the jurors up from downstairs and tell them when to return

 2    tomorrow, and we will start at 9:30 rather than 9:00 tomorrow.

 3         Do you think we need more jurors?

 4         MR. TUNNAGE:  Your Honor, I don't, but -- we are not

 5    quite clear.  I am not sure you asked the question about press.

 6    We are surprised there are only four or five people.  I don't

 7    know if they understood the question about press or just from

 8    the case summary that you read, that was the biggest concern we

 9    had about media exposure.  And considering if the jurors' note

10    is correct, I don't expect there would be a verdict tonight.

11    It won't be on the front page tomorrow, we would have the same

12    problem.

13         THE COURT:  The question is whether we call up any

14    more -- they are on standby, we have 28 coming in, and I could

15    clear that up if you want when they come in and kind of almost

16    do it in a recap, so to confirm, nobody here knows anything

17    about the case, and presumably they won't raise their hand

18    because they didn't say they knew something about the case to

19    begin with.

20         Did we keep anybody -- we had 24, 52, 70, 80.  Did we

21    excuse all of them?  We excused 24, 52, 70, 80.

22         So, presumably, I would get no hands, and I could

23    followup and say, okay, so, nobody has, you know, read or

24    heard, you know, anything about the case, just to confirm kind

25    of thing.
```

 1              So, we would be tipped off.  Well, maybe asking it

 2      that way, what we would do is bring them in first thing

 3      tomorrow separately to explore that.

 4              Let's assume for a moment that all of those remaining

 5      51 jurors haven't reviewed any media.

 6              Do you think, based on your review of the

 7      questionnaires -- I guess I didn't hit everybody.  Let's see,

 8      there are still people left who have law enforcement

 9      affiliation, but that hasn't been a major issue.  Well, we do

10      have a number that are still flagged that are still in the

11      pile.

12              I'm trying to think of the most efficient way to do it

13      tomorrow, whether we keep going with this group and only when

14      we realize we are running into a problem we bring up more.  The

15      alternative would be I have them return, let's say in the

16      afternoon, and I go through the whole process with 28 jurors in

17      the morning, so we whittle those 28 down to people who don't

18      have hardships, haven't heard about the case, and then we bring

19      them all together again.

20              And so we go through the 28 in the morning, have the

21      remaining group today come back and in the afternoon I will go

22      through the questionnaire and turn it over to voir dire.  That

23      is the other approach.

24              *MR. TUNNAGE:*  So I could follow, the 28 who have law

25      enforcement --

1           THE COURT:  No.  I have 28 brand new jurors coming in

2      tomorrow.  Right now we have 51 preliminary clear jurors, that

3      is what we have left.  We have excused them for hardship,

4      knowledge of the case, we think it is media.  I am not sure,

5      we'll be clear about that.

6           I have not brought up everybody with law enforcement

7      relatives, I still have all of these stickies left.

8           When I do my followup questions, the question is, are

9      we comfortable relying upon our 51?  Now, I will say in the

10     last case, in this case that is still going on, at the end of

11     the day when I -- well, no, that was -- what did I have, 57

12     when we went into peremptories?  We had 57 jurors left when we

13     started peremptories.

14          Right now we only have 51, and that is even before you

15     have done your peremptories.

16          MR. TUNNAGE:  I think if we don't have any more we

17     will have a better sense of that.

18          THE COURT:  So, I think what we should do is -- I have

19     to decide when to bring them back, though.

20          If we don't have a press issue with these 51, shall we

21     just bring the 51 in tomorrow morning?  We will have the 28

22     coming in, they will sit -- because they have been called up,

23     they will sit in the jury office.  If things don't go well

24     tomorrow, at some point we will have to start the process over

25     again with new jurors.

```
 1          MR. LERMAN:  But not as large a group.

 2          THE COURT:  True.

 3          MR. TUNNAGE:  The last experience, if I recall, it was

 4   a long day, but we were willing to cut off at 44 jurors.

 5          THE COURT:  We did cut off.  Now we have 51 before

 6   peremptories.

 7          MR. TUNNAGE:  If we proceed with this.

 8          THE COURT:  Let's bring those who are downstairs --

 9   with Mingerman are you able --

10          THE COURTROOM DEPUTY:  I will tell him when I bring

11   them up.

12          THE COURT:  I will bring everyone up and tell them to

13   come in at 9:30, see if they haven't heard anything about the

14   case, and if so, we will have them back at 9:30.

15          THE COURTROOM DEPUTY:  Okay.

16          (Thereupon, the jury venire returned to the

17   courtroom.)

18          THE COURT:  All right.  Everybody please be seated.

19   We appreciate you waiting patiently downstairs.  The good news

20   is I am going to excuse you to come back tomorrow morning at

21   9:30.

22          I want to confirm my understanding where we stand in

23   the courtroom.

24          THE JUROR:  Are you talking to us?  We can't hear you.

25          THE COURT:  Let's start over.  I want to thank
```

1    everybody for their patience waiting downstairs and I wanted to

2    bring you back up to go over a few things before I release you

3    to come back tomorrow morning.

4         What I would do is have you come back tomorrow morning

5    at 9:30.  And they would report where, Melanie?  To the jury

6    assembly room, with enough time so you can be brought up here

7    at 9:30.  Arrange for travel and parking so you are back in

8    time to be here by 9:30.

9         Just to make sure I know who we have, because a lot of

10   people, if you noticed, before were raising their hands, and

11   quite frankly, that is why we had you go to one room and I

12   spoke individually with a number of those people because there

13   were things we wanted to followup with.

14        So, for my understanding of everybody who is here, we

15   have gone over a couple of things.  There is nobody here who

16   says they can't serve during the days and hours that I said.

17   Some of you I spoke with and went through it, and you shared a

18   few things with me, but everyone else with whom I didn't speak

19   with one-on-one, as I said the trial could go until next

20   Friday, but the lawyers don't think it will go that long, maybe

21   Thursday, maybe Wednesday.  We don't have trial on Friday of

22   this week, you will be back tomorrow, and then Monday, Tuesday,

23   Wednesday, and whenever it ends next week.

24        I want to confirm that there is -- everybody can serve

25   during those days and hours.  Okay, we have a hand up.

```
 1            That is juror number 8.  You did not raise your hand
 2    before.
 3            THE JUROR:  Yes, because of the reasons why you said
 4    if we couldn't serve, I didn't think mine was very serious.
 5    Recently, I am on a new job where I am a restaurant manager, I
 6    just started this week.  On Tuesday is my birthday.  I don't
 7    know if that is a good excuse.
 8            THE COURT:  We'll wish you a happy birthday.
 9            I didn't mean to suggest that you have nothing to do
10    and you can all be here easily.  What I meant is, the standard
11    hasn't changed, right, it is the same.
12            A birthday is really important, I know that, but --
13    so, everybody -- I will have more questions of you, we haven't
14    begun to go over the questionnaire, but we are all planning on
15    the fact that if called upon, you all can serve during the days
16    and hours I indicated, that is number one.
17            Number two, everybody in the courtroom has said that
18    he or she doesn't know anything about the case.  I read you the
19    facts of the case, it was a summary, not evidence, and I want
20    to make sure nobody knows anything about the case, you don't
21    know anything based on the facts I read, you haven't talked to
22    anybody about it, you haven't heard anything about it, read
23    anything about it, you just don't know anything about it.  I
24    want to the make sure my understanding is correct in that
25    regard as well.  You have been provided with no information
```

 1    from a person, newspaper, radio, from a friend, from a

 2    colleague about the case.

 3         I want to make sure I am correct in my assumption of

 4    that.  If I am incorrect, raise your hand.

 5         There are no hands.  Okay.

 6         So, all I need to say at this point is that we are

 7    very grateful for your service, we are grateful for the time

 8    you have given us today, and we are looking forward to seeing

 9    you back tomorrow all set to be pulled up from the jury room at

10    9:30 in the morning.  Plan accordingly with your travel plans.

11         It is very important you remember the following

12    instructions.  You may not talk about this case with anyone,

13    nothing, nothing, nothing, nothing that has gone on in your

14    experience at the courthouse.  The only thing you are able to

15    say is you are a prospective juror on a case, not even what the

16    case is about, on a case over at the courthouse in West Palm

17    Beach, at the Federal courthouse, and you don't know if you are

18    picked or not.

19         If you are picked you will be here until maybe next

20    Wednesday or Thursday, because your employer might want to

21    know, that is fair.  You might want to answer a question, Mr.

22    So and so, I don't know if I am going to be picked or not.  I

23    will probably know tomorrow.  Oh, really?  Was it an

24    interesting day?  I can't talk about it.  Can you tell me, was

25    it a criminal or civil case?  I can't talk about it.  Those are

1    the kinds of questions you might expect to get and those are

2    the answers you need to give.

3           Can I address your question in a moment.

4           That is number one, very, very important, and it is

5    because when you start to talk about the case, you start to

6    hear things about the case.  I don't know what you are hearing,

7    the parties don't know what you are hearing and not subject to

8    the rules of evidence, and your whole verdict, if you are

9    selected, is to be based only on the evidence you hear in the

10   courtroom, not what your best friend, a television reporter or

11   colleague tells you about anything.

12          That is why -- we have done a lot of work today in

13   terms of your time, our time, so we don't want to compromise

14   that.

15          Number two, in this day of electronic age, and there

16   is one instruction that I want to the read to everybody right

17   now, hopefully I can still pull it up, and my iPad has not

18   died, hold on one moment before you leave us.

19          Let me read you this instruction.  You shouldn't talk

20   about the case with each other until you begin your

21   deliberations.  You want to hear all of the evidence, the

22   lawyers' closing arguments and my instructions on the law.  You

23   should keep an open mind until the end of the trial.  Premature

24   discussions might lead to a premature decision.

25          In this age of technology, I want to emphasize in

1  addition to not talking face-to-face, you must not communicate
2  with anyone about the case by any other means, this includes
3  emails, text messages, internet chat, including social
4  networking websites such as Facebook, My Space and Twitter.
5  You should not search off line about any information about the
6  case, the parties, or the law.
7          Don't read or listen to the news about this case,
8  visit any places related to this case or research any fact, law
9  or issue about this case.  The law forbids you to talk to
10  anyone about the case.
11          It is very important you understand why these rules
12  exist and why they are so important.  You must base your
13  decision only on the testimony and other evidence presented in
14  the courtroom.  It is not fair to the parties if you base your
15  decision on any information you acquire outside the courtroom.
16  For example, the law often uses words and phrases in special
17  ways, so it is important any definitions you hear come from me
18  and not any other source.
19          Only you, jurors, can find a verdict in this case.
20  The law says only you are fair and only you promised to be fair
21  and no one else is so qualified.
22          Now, once the jury panel is selected, the idea is the
23  same rules and same instructions apply.
24          There was a hand that was raised.  Let me identify
25  which juror that is.

1          THE JUROR:  63.

2          THE COURT:  That is Ms. Fox.  Tell me why you are

3     raising your hand.

4          THE JUROR:  I work two jobs and I told my first job

5     that I was not going to be in work today.  I had to tell them I

6     am not going to be there tomorrow.  Do I tell my other job?  I

7     told them I was going to be late today.  Do I tell them --

8          THE COURT:  You won't be in tomorrow, but you'll know

9     by tomorrow when you leave whether you will be a juror next

10    week.

11         THE JUROR:  But it will be after five o'clock.

12         THE COURT:  I think we will have a better idea of that

13    mid day.  If we could revisit that, depends --

14         THE JUROR:  I don't want to miss my second job if I

15    don't have to.  Like today, I am going to go straight to my

16    other job now.

17         THE COURT:  I can't say with certainty what time we

18    will finish up tomorrow.  We will make every effort to try to

19    finish up in a reasonable time so it doesn't interfere, but I

20    can't say for sure.

21         THE JUROR:  Okay.  I want to let them know if I am

22    going to be in or not.

23         THE COURT:  If you want to the be on the safe side, if

24    you say there is a good chance you will be there tomorrow

25    night, I leave that up to you.

```
 1              THE JUROR:  Thank you.
 2              THE COURT:  Is there anyone here who can't follow the
 3    rules and, really, the directives I have given?  Is there
 4    anyone who can't follow those?  If so, raise your hands.  No
 5    hands.
 6              Is there anyone who doesn't understand what I just
 7    said?  No hands.
 8              Any clarification that anybody needs as to what I just
 9    said?
10              Okay, let me give an example of kind of what I mean
11    about the discussion about media.
12              Sometimes cases draw media attention and sometimes
13    they don't, that is the world of journalism, and they decide
14    what cases they want to write about or put on TV.
15              If you are a news watcher or radio listener, and you
16    see something on the screen or television or open up the paper
17    in the morning and see something that sounds familiar to what I
18    told you this case is about, you must close the newspaper,
19    immediately turn the TV off, leave the room.  You can't watch
20    any media.  That is what I mean by no media coverage.
21              I can't forbid you from watching TV or reading
22    newspapers, but what I can tell you, you are not permitted to
23    view or read anything or listen to anything about, or research
24    anything about this case.
25              Research is something you do proactively; you can't do
```

1    it.  If you are sitting and watching the 6:00 o'clock news, if

2    that is what you do and want to do tonight, I can't say don't

3    do it.  I would say it is prudent and easier not to do it, you

4    don't run the risk of seeing anything, if there is anything.  I

5    give the same instruction in every case.  I do know when you

6    get exposed to other sources, including media sources, you are

7    not following the rules as the Court gives you.

8           With that, I thank you.  We will excuse everyone, and

9    we will ask you return tomorrow by 9:30 in the morning.

10          (Thereupon, the jury venire exited the courtroom.)

11          THE COURT:  All right.  We are going to give it five

12   minutes to let the jurors leave, and I will bring the attorneys

13   for the case that is currently in process in so we can discuss

14   the note that we received.

15          Mr. Lerman and Sergeant Antico, you are excused until

16   9:30 tomorrow morning.

17          We will take a quick break if counsel needs to use the

18   restroom or anything like that.

19          MR. TUNNAGE:  Yes, your Honor.

20          (Thereupon, the Court was recessed.)

21                                * * *

22

23

24

25

```
 1              I certify that the foregoing is a correct transcript
 2       from the record of proceedings in the above matter.
 3
 4              Date:  April 2, 2018
 5                          /s/ Pauline A. Stipes, Official Federal Reporter
 6                             Signature of Court Reporter
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

97

**MR. LERMAN: [52]**  2/5 3/14
3/18 3/25 4/13 4/20 5/2 5/14
5/17 6/9 7/5 7/20 8/6 8/16
8/18 8/23 9/13 9/17 9/19
10/10 10/12 10/24 11/5 11/8
11/22 12/9 12/14 12/22 14/16
14/20 14/24 15/18 16/2 16/6
16/10 16/19 17/22 18/11
19/25 20/11 20/21 24/4 33/16
37/10 40/18 41/5 68/8 83/1
83/4 83/6 83/18 86/25
**MR. TUNNAGE: [30]**  4/16 7/2
7/18 10/14 10/21 11/9 13/2
13/21 14/6 14/14 14/21 16/9
16/16 20/9 20/15 20/18 21/3
21/11 21/17 33/13 37/7 41/14
42/23 43/10 84/3 85/23 86/15
87/2 87/6 95/18
**MS. OSBORNE: [27]**  2/3 3/17
4/5 5/3 7/3 7/9 8/8 8/19
8/25 10/11 10/22 10/25 11/20
15/2 15/8 15/10 15/13 17/24
18/3 18/9 18/15 19/5 19/15
23/5 40/20 82/21 83/14
**THE COURT: [171]**
**THE COURTROOM DEPUTY: [11]**
12/3 12/18 12/24 15/20 15/23
30/9 51/6 76/14 82/24 87/9
87/14
**THE JUROR: [45]**  23/18 23/20
23/23 24/10 25/2 25/5 27/15
27/18 27/20 27/22 27/24
27/25 28/1 28/3 28/5 28/7
28/9 28/11 28/13 28/15 28/17
28/19 28/21 28/22 28/24
30/15 30/17 30/19 30/22
35/25 37/9 38/19 46/10 51/11
51/13 51/15 76/17 87/23 89/2
92/25 93/3 93/10 93/13 93/20
93/25

**/**

**/s [1]**  96/5

**1**

**10 [3]**  68/15 68/17 69/6
**1003 [1]**  1/16
**11 [6]**  27/19 32/25 41/23
57/23 57/24 82/17
**11:00 [5]**  19/3 19/4 19/4
58/20 58/20
**12 [14]**  3/25 5/6 9/3 9/13
24/9 27/21 32/25 33/15 36/3
36/6 37/7 66/13 70/9 73/13
**12:30 [1]**  20/9
**13 [7]**  5/21 5/23 12/24 12/25
13/1 39/24 47/14
**13th [4]**  42/8 42/21 44/16
44/21
**14 [28]**  4/10 4/25 5/21 5/24
5/24 6/7 6/14 6/20 6/25 7/12
7/18 7/24 8/5 8/11 8/22 9/9
9/23 10/5 10/16 10/20 11/1
27/21 32/25 45/8 49/1 50/17
74/11 82/17
**14th [2]**  50/18 55/3

**15 [6]**  6/4 16/17 16/18 48/8
48/9 78/10
**15th [5]**  18/25 19/4 19/18
67/19 67/21
**16 [17]**  27/23 27/24 32/25
43/16 43/17 43/20 43/22 44/7
46/13 55/2 68/15 68/16 68/17
69/5 69/20 69/21 70/4
**16th [1]**  55/4
**17 [3]**  6/6 20/11 39/24
**17-CR-80102 [2]**  2/3 21/25
**17-CR-80102-ROSENBERG [1]**
1/3
**17th [8]**  18/20 19/21 20/6
25/22 48/8 48/15 48/17 48/21
**18 [1]**  6/12
**19 [6]**  6/14 27/25 30/3 32/25
47/24 83/23
**1988 [1]**  5/23

**2**

**20 [7]**  6/17 18/11 29/12
29/13 52/20 59/23 78/10
**20 grams [1]**  53/9
**2003 [1]**  60/10
**2010 [1]**  34/7
**2011 [1]**  34/7
**2014 [2]**  29/12 29/13
**2015 [2]**  30/3 53/9
**2017 [1]**  1/7
**2018 [1]**  96/4
**202-305-2789 [1]**  1/19
**20530 [1]**  1/19
**21 [4]**  28/1 32/25 50/3 82/17
**22 [3]**  43/16 43/17 44/2
**2337 [1]**  1/25
**24 [9]**  6/19 30/16 30/17 33/1
76/20 76/23 82/17 84/20
84/21
**25 [2]**  4/9 4/12
**27 [8]**  6/23 28/4 28/5 33/1
51/19 83/5 83/12 83/15
**2789 [1]**  1/19
**28 [12]**  6/24 7/7 7/9 12/17
82/17 84/14 85/16 85/17
85/20 85/24 86/1 86/21
**29 [7]**  7/11 28/2 28/5 33/1
53/18 53/21 82/18
**2:00 [1]**  19/4
**2nd [1]**  20/23

**3**

**30 [1]**  7/14
**31 [5]**  7/15 7/17 7/22 12/17
82/18
**314 [1]**  36/9
**32 [6]**  28/6 28/7 33/1 54/19
83/21 83/23
**330 [1]**  1/21
**33401 [2]**  1/15 1/21
**36 [5]**  28/8 28/9 33/1 56/1
82/18
**37 [4]**  28/10 28/11 33/1 57/9
**38 [7]**  7/23 7/25 28/12 28/13
33/1 59/9 82/18
**39 [1]**  8/2
**3:30 [1]**  62/17

**4**

**40 [1]**  46/22
**400 [1]**  1/15
**42 [6]**  8/4 8/10 12/18 12/19
12/20 82/18
**44 [5]**  8/11 8/21 12/20 82/19
87/4
**46 [5]**  8/22 9/2 12/18 12/20
82/19
**47 [1]**  9/3
**49 [4]**  28/14 28/15 33/1 61/1
**4:00 o'clock [4]**  39/10 39/11
42/16 43/24

**5**

**500 [1]**  1/14
**51 [10]**  83/13 83/13 83/20
85/5 86/2 86/9 86/14 86/20
86/21 87/5
**52 [13]**  9/7 23/19 23/20
30/18 30/19 32/25 33/1 33/12
33/22 82/19 82/24 84/20
84/21
**53 [7]**  9/12 9/14 28/16 28/17
33/1 62/4 82/19
**54 [6]**  9/13 9/21 28/18 28/19
33/1 65/10
**56 [5]**  28/20 28/21 33/1
67/12 82/19
**561-209-1003 [1]**  1/16
**561-832-5770 [1]**  1/22
**57 [2]**  86/11 86/12
**5770 [1]**  1/22
**5:00 [4]**  20/12 20/13 44/1
83/18
**5:30 [2]**  52/12 70/3

**6**

**60 [1]**  9/22
**62 [9]**  10/2 10/15 10/16
28/22 33/1 68/7 68/8 68/8
82/20
**63 [1]**  93/1
**64 [4]**  10/4 10/14 12/21
82/20
**66 [2]**  10/23 11/1
**67 [10]**  10/20 10/24 12/21
13/2 13/3 13/5 13/5 13/19
14/9 82/20
**68 [4]**  11/7 11/11 12/21
82/20
**69 [1]**  11/12
**6:00 [1]**  70/3
**6:00 o'clock [1]**  95/1
**6:30 [2]**  66/3 66/9
**6th [2]**  47/4 47/7

**7**

**70 [8]**  11/14 30/20 30/21
33/1 81/1 82/20 84/20 84/21
**71 [1]**  11/14
**72 [1]**  11/15
**73 [1]**  11/15
**75 [4]**  11/17 11/17 12/21
82/21
**76 [6]**  12/7 12/12 28/23
28/24 33/1 72/21

98

## 7

**77 [4]**   28/25 33/1 75/3 82/21
**772-467-2337 [1]**   1/25
**7:00 [3]**   42/12 70/3 70/8
**7:30 [1]**   58/20

## 8

**80 [15]**   2/9 2/12 12/13 13/1
25/3 25/4 30/23 30/24 32/25
33/2 37/16 37/19 82/21 84/20
84/21
**80102 [2]**   2/3 21/25
**83 [1]**   9/16
**84 [1]**   62/11
**85 [1]**   50/13
**8:00 [1]**   52/15

## 9

**950 [1]**   1/18
**9:00 [2]**   52/16 84/2
**9:15 [1]**   66/3
**9:30 [11]**   58/20 84/2 87/13
87/14 87/21 88/5 88/7 88/8
90/10 95/9 95/16
**9th [1]**   19/12

## A

**abide [1]**   35/19
**abilities [1]**   4/10
**ability [14]**   9/24 13/17
36/25 47/12 49/2 53/1 53/10
60/4 63/8 66/23 67/4 73/16
74/22 80/11
**able [18]**   11/2 17/10 31/6
35/3 40/1 44/17 45/21 49/6
50/20 55/15 57/13 58/25
62/18 63/22 64/9 71/7 87/9
90/14
**about [146]**
**above [2]**   7/2 96/2
**absolutely [2]**   61/19 80/16
**abuse [3]**   70/16 71/6 71/16
**abusers [1]**   11/18
**Academy [1]**   10/11
**accept [1]**   4/18
**accepted [2]**   7/7 30/2
**access [1]**   78/4
**accordingly [1]**   90/10
**account [1]**   83/22
**accused [2]**   8/15 11/2
**acquaintances [2]**   37/25
70/12
**acquire [1]**   92/15
**acquitted [1]**   34/19
**actually [5]**   2/9 13/23 20/18
26/24 39/5
**add [2]**   13/16 26/15
**added [1]**   12/3
**addicts [1]**   11/18
**addition [1]**   92/1
**additional [2]**   16/12 37/8
**address [2]**   13/25 91/3
**administer [2]**   22/25 30/8
**administers [1]**   23/3
**admire [1]**   10/17
**admissible [1]**   20/20
**admissions [1]**   20/20

**advantage [1]**   41/17
**affect [11]**   4/10 4/18 5/10
5/11 9/24 13/17 15/10 49/2
60/4 67/4 73/16
**affiliation [1]**   85/9
**after [13]**   12/19 16/15 20/1
24/19 29/8 29/15 39/12 39/18
39/22 42/12 44/1 64/22 93/11
**afternoon [10]**   2/4 2/6 23/6
42/2 42/3 44/1 46/16 46/17
85/16 85/21
**again [11]**   16/24 19/17 30/6
42/16 46/5 60/22 64/10 82/10
83/17 85/19 86/25
**against [3]**   29/16 63/11
74/17
**age [2]**   91/15 91/25
**agency [2]**   10/8 81/9
**Agent [1]**   23/8
**ago [4]**   19/18 70/23 70/24
77/11
**agree [8]**   5/4 10/24 11/23
12/22 14/19 16/6 17/6 82/15
**agreed [2]**   19/1 82/22
**agreeing [1]**   17/19
**agreement [1]**   2/17
**agrees [2]**   7/20 8/8
**ahead [2]**   9/7 61/18
**Aiken [1]**   24/23
**airport [2]**   62/19 62/20
**Al [1]**   25/11
**alcoholics [1]**   11/18
**Alka [1]**   25/12
**all [70]**   2/1 2/1 2/11 2/18
13/4 13/5 13/6 13/19 14/9
14/18 14/19 15/6 16/6 18/13
19/9 23/15 25/2 25/7 26/4
26/8 27/18 29/1 29/16 29/19
30/24 30/25 31/10 31/12 33/3
33/18 34/6 34/22 35/6 35/9
37/12 38/8 40/3 40/17 44/15
45/8 47/16 47/16 49/15 53/14
53/21 54/6 59/5 62/22 63/1
64/24 70/22 72/11 73/7 75/18
79/13 82/6 83/17 83/22 84/21
85/4 85/19 86/7 87/18 89/10
89/14 89/15 90/6 90/9 91/21
95/11
**alleges [4]**   29/17 29/23 30/2
30/3
**allow [1]**   29/25
**allowed [1]**   29/25
**almost [1]**   84/15
**alone [2]**   68/16 70/10
**along [2]**   6/19 8/11
**already [4]**   11/22 64/20
68/24 77/18
**also [14]**   6/24 9/14 16/5
17/14 18/4 19/10 36/21 41/19
43/25 47/1 52/19 53/8 69/1
74/11
**alternates [3]**   16/8 16/13
83/23
**alternative [1]**   85/15
**always [3]**   22/24 25/17 25/23
**am [90]**   2/11 3/23 5/9 5/25
6/14 7/8 8/12 10/5 11/17
11/18 12/2 12/4 18/16 19/2

20/25 22/1 22/16 22/21 24/2
24/16 24/16 26/15 27/21 29/2
29/3 29/5 30/25 32/14 35/15
37/25 38/3 38/4 38/9 38/14
40/10 40/10 42/8 44/17 46/3
46/24 46/24 47/2 47/14 47/15
47/18 49/4 50/13 51/14 53/24
54/6 55/1 56/17 56/20 56/22
59/5 59/22 59/22 60/6 60/15
65/22 66/18 67/19 68/20
69/10 72/1 72/1 72/18 74/14
75/8 75/14 75/17 76/5 76/6
77/8 77/25 80/15 80/18 82/5
83/25 84/5 86/4 87/20 89/5
89/5 90/3 90/4 90/22 93/6
93/15 93/21
**AMERICA [3]**   1/4 21/24 68/18
**Among [1]**   33/14
**announce [1]**   2/2
**another [13]**   3/17 6/9 19/24
31/17 40/9 42/7 42/19 47/11
52/16 59/21 64/21 75/10 80/6
**answer [20]**   9/22 10/5 10/20
17/17 22/17 22/18 32/17 35/6
39/10 66/13 66/25 72/1 72/1
72/2 73/13 79/22 79/23 80/6
80/16 90/21
**answered [4]**   11/18 37/6 63/2
78/11
**answers [2]**   22/15 91/2
**anti [1]**   6/20
**anti-gun [1]**   6/20
**ANTICO [12]**   1/7 2/3 2/7 21/2
21/7 21/24 24/6 29/21 29/25
30/2 30/4 95/15
**Antolinez [1]**   48/3
**any [55]**   9/11 12/11 12/14
15/3 17/2 17/17 17/17 17/18
22/19 24/20 26/17 27/8 30/13
32/1 32/2 32/3 32/5 32/17
32/23 35/2 37/3 41/19 42/23
44/9 46/2 50/12 54/23 55/5
56/8 59/14 63/18 64/18 66/14
68/13 69/23 71/4 71/15 72/3
73/17 74/9 78/13 79/18 83/10
84/13 85/5 86/16 92/2 92/5
92/8 92/8 92/15 92/17 92/18
94/8 94/20
**anybody [48]**   7/17 13/9 13/9
14/4 14/25 17/7 22/19 23/22
26/7 30/12 32/23 35/17 35/17
35/25 38/16 40/4 40/6 42/4
45/1 45/2 45/12 46/4 46/6
47/20 49/23 50/9 50/25 51/24
53/15 54/14 55/22 57/1 57/2
57/12 59/6 60/19 60/23 65/2
71/20 72/14 76/4 76/5 76/25
80/23 82/9 84/20 89/22 94/8
**anyone [22]**   2/2 3/8 4/15 6/2
9/25 10/20 23/10 23/11 24/3
24/7 24/7 29/9 38/14 39/7
60/19 78/13 90/12 92/2 92/10
94/2 94/4 94/6
**anything [54]**   3/7 5/22 6/18
9/23 11/12 13/15 13/16 14/5
14/10 15/10 17/1 17/15 21/17
29/7 29/9 31/16 31/17 31/23
32/2 36/21 36/23 47/20 49/1

99

**A**

**anything... [31]**   49/23 52/25
53/9 56/23 56/25 60/3 60/7
63/7 65/4 66/21 67/3 72/4
79/17 79/17 80/19 84/16
84/24 87/13 89/8 89/20
89/21 89/22 89/23 89/23
91/11 94/23 94/23 94/24 95/4
95/4 95/18
**anyway [1]**   79/2
**AO [1]**   16/23
**apart [1]**   63/21
**apologize [1]**   31/8
**appearance [1]**   2/2
**APPEARANCES [1]**   1/12
**appears [2]**   3/15 11/1
**applies [1]**   38/19
**apply [5]**   3/8 20/15 63/17
74/2 92/23
**appointment [6]**   53/25 54/2
54/7 54/11 54/17 60/16
**appointments [1]**   60/17
**appreciate [7]**   45/5 52/19
55/19 56/17 72/11 80/17
87/19
**approach [1]**   85/23
**approximately [1]**   2/9
**April [5]**   20/23 21/8 77/21
78/14 96/4
**are [166]**
**areas [1]**   37/4
**arguments [1]**   91/22
**arose [1]**   81/25
**around [6]**   19/23 22/17 27/17
36/11 52/12 68/17
**Arrange [1]**   88/7
**arrangements [1]**   70/9
**arrest [4]**   11/3 60/11 64/2
64/3
**arrested [3]**   8/15 29/19
60/10
**articles [1]**   78/6
**articulate [1]**   22/15
**as [68]**   3/1 3/15 4/19 9/6
13/5 20/7 21/2 21/2 21/12
21/12 21/23 24/14 24/17 32/7
32/9 34/9 34/9 35/25 38/18
39/21 40/22 42/5 49/11 51/7
53/4 53/16 53/16 54/4 55/21
55/21 57/1 58/1 58/12 58/23
60/2 60/2 61/18 61/18 61/24
61/24 65/3 69/12 69/20 69/20
71/7 71/9 71/23 71/23 73/17
73/20 73/23 74/9 75/1 75/1
77/6 78/9 78/9 79/13 79/14
79/15 81/13 81/18 87/1 88/19
89/25 92/4 94/8 95/7
**Ashley [1]**   25/10
**aside [8]**   5/12 13/15 17/10
35/2 64/9 64/19 64/22 72/3
**ask [41]**   13/13 14/6 17/8
22/15 22/17 24/2 26/6 29/8
34/23 35/16 37/3 37/13 38/13
39/25 40/4 40/6 41/17 44/25
46/4 48/25 52/19 52/22 54/6
54/14 55/20 57/1 59/5 60/18
61/23 64/16 65/2 66/8 66/13

67/25 70/11 72/13 74/25 76/7
78/12 80/18 95/9
**asked [22]**   13/13 17/16 19/18
39/7 42/4 45/11 46/18 48/4
50/9 50/11 51/24 54/22 56/5
59/14 61/13 65/15 67/15
68/13 73/2 75/6 76/25 84/5
**asking [5]**   3/13 64/2 64/13
71/22 85/1
**assembly [3]**   31/7 33/5 88/6
**assistant [5]**   23/7 58/9
58/12 77/9 79/18
**associated [2]**   11/25 43/8
**Association [3]**   19/2 19/11
81/21
**assume [1]**   85/4
**assumed [1]**   20/1
**assumption [1]**   90/3
**attack [1]**   78/22
**attempted [1]**   29/14
**attend [1]**   19/13
**attended [2]**   34/8 38/2
**attention [4]**   2/15 3/12
13/25 94/12
**attorney [14]**   4/9 4/12 6/13
6/17 12/8 15/11 23/7 24/2
34/10 34/21 74/12 74/15
74/16 74/17
**Attorney's [1]**   1/14
**attorneys [4]**   26/4 32/10
74/14 95/12
**August [2]**   29/12 29/13
**August 20 [2]**   29/12 29/13
**aunt [2]**   66/16 66/21
**Australian [1]**   1/14
**Authority [1]**   63/6
**available [2]**   52/7 61/17
**Avenue [2]**   1/14 1/18
**aware [2]**   38/5 41/4
**away [2]**   56/25 59/20
**Ayala [2]**   68/11 82/20

**B**

**babies [1]**   61/9
**baby [1]**   61/11
**babysitter [5]**   39/11 39/17
41/2 55/11 55/15
**babysitting [1]**   39/10
**back [50]**   10/23 20/2 21/5
23/3 31/6 31/13 33/5 33/9
33/20 35/20 37/13 38/11 40/6
40/12 43/13 44/15 47/18
49/10 49/22 49/23 53/14
53/15 55/20 55/21 56/19 59/6
59/7 59/24 60/9 61/12 61/23
67/7 74/25 75/1 75/19 77/6
77/21 77/24 78/9 82/7 85/21
86/19 87/14 87/20 88/2 88/3
88/4 88/7 88/22 90/9
**backdrop [1]**   27/7
**background [6]**   5/7 9/23
11/12 49/1 60/4 67/3
**backs [1]**   17/22
**bad [6]**   11/7 12/8 35/6 74/11
74/16 74/18
**Baquero [2]**   45/11 82/17
**Bar [2]**   19/2 19/11
**Barone [3]**   15/7 15/8 24/25

**Barton [3]**   12/18 12/20 82/19
**base [6]**   53/5 72/5 73/22
79/15 92/12 92/14
**baseball [1]**   38/2
**based [14]**   2/16 3/14 10/12
30/13 31/2 49/16 63/18 63/19
71/12 72/4 81/23 85/6 89/21
91/9
**basically [1]**   77/2
**basis [1]**   32/7
**be [168]**
**BEACH [17]**   1/2 1/7 1/15 1/21
1/24 5/16 10/10 29/12 29/13
29/16 38/1 65/24 66/6 66/20
74/6 77/21 90/17
**because [44]**   2/24 3/9 5/12
5/13 18/1 20/8 22/2 22/9
23/13 23/16 25/5 26/19 26/20
26/21 26/21 35/5 35/6 41/1
42/6 42/18 43/25 46/24 48/7
49/5 56/8 58/14 59/2 59/25
71/9 72/9 74/8 74/18 75/21
76/13 78/21 79/24 80/3 84/18
86/22 88/9 88/12 89/3 90/20
91/5
**been [31]**   2/9 13/12 18/1
19/19 21/22 31/19 35/9 35/12
38/12 40/5 41/9 44/14 45/1
45/2 47/5 47/6 47/7 54/15
60/19 61/20 69/9 70/24 72/15
73/18 77/22 80/19 82/10
82/14 85/9 86/22 89/25
**before [21]**   1/11 2/25 21/16
22/1 25/23 26/6 36/8 42/10
42/16 43/21 46/4 48/17 48/20
50/14 73/18 86/14 87/5 88/2
88/10 89/2 91/18
**begin [4]**   29/4 70/14 84/19
91/20
**begins [1]**   43/21
**begun [1]**   89/14
**behavior [1]**   6/8
**behind [3]**   32/24 49/5 61/12
**being [17]**   5/22 10/5 11/2
11/2 12/1 21/12 35/11 35/15
38/17 45/21 53/24 57/18 60/8
71/17 76/4 82/4 83/22
**beliefs [3]**   7/24 7/25 60/9
**believe [14]**   4/15 5/1 10/21
19/6 26/4 34/15 34/25 36/8
36/15 36/24 72/3 81/13 82/1
82/4
**believes [1]**   5/13
**best [8]**   5/2 25/17 25/21
38/16 56/18 73/13 74/8 91/10
**better [4]**   50/24 78/13 86/17
93/12
**between [1]**   41/19
**beyond [1]**   41/2
**big [2]**   73/11 82/4
**bigger [2]**   14/1 14/2
**biggest [1]**   84/8
**billing [1]**   74/21
**birthday [3]**   89/6 89/8 89/12
**birthdays [1]**   68/23
**bit [5]**   16/16 31/20 31/25
49/24 59/7
**blah [3]**   77/8 77/8 77/8

**B**

**Boca [4]**   6/6 70/7 70/12 81/17
**Bonnema [3]**   72/24 72/25 73/1
**booked [1]**   68/22
**books [1]**   19/19
**both [11]**   8/19 12/9 15/2 17/18 17/19 33/20 41/2 41/21 53/11 67/5 81/25
**bottom [1]**   32/7
**bought [2]**   48/7 50/14
**Boynton [7]**   29/12 29/13 29/16 38/1 52/3 77/11 78/7
**brand [1]**   86/1
**Braswell [1]**   25/1
**break [4]**   14/6 19/2 19/12 95/17
**breaking [1]**   20/7
**brief [2]**   29/3 52/23
**briefly [1]**   74/20
**bring [31]**   3/3 13/5 13/8 13/9 13/9 13/19 14/6 14/9 15/21 15/25 32/14 33/3 33/18 36/3 37/16 38/23 41/23 47/24 72/8 75/1 83/2 85/2 85/14 85/18 86/19 86/21 87/8 87/10 87/12 88/2 95/12
**bringing [2]**   3/13 33/10
**brings [1]**   83/13
**brother [4]**   7/15 8/15 63/2 63/5
**brother-in-law [1]**   63/5
**brought [5]**   53/25 78/12 83/8 86/6 88/6
**Brown [8]**   12/21 21/11 25/1 25/6 37/22 37/24 38/1 82/20
**Budjinski [1]**   37/20
**Budjinsky [1]**   82/21
**building [1]**   36/9
**Bureau [1]**   23/9
**bus [6]**   42/9 42/11 42/12 42/17 43/19 83/8
**buses [1]**   52/6
**Byron [1]**   25/9

**C**

**cab [1]**   62/20
**call [24]**   15/4 35/23 40/8 51/3 51/8 51/10 51/10 51/12 57/4 59/7 60/21 61/16 61/24 65/6 67/8 68/2 68/3 69/21 72/16 75/24 76/7 76/8 82/8 84/13
**called [12]**   2/18 21/23 24/17 68/20 69/8 69/9 69/12 73/24 77/6 78/23 86/22 89/15
**calling [3]**   26/12 26/18 54/16
**calls [3]**   46/25 47/12 55/15
**Camburn [2]**   53/21 82/18
**came [2]**   51/24 64/2
**campaign [1]**   5/19
**camping [1]**   68/22
**campus [2]**   66/6 75/19
**can [67]**   2/18 3/5 3/21 8/16 10/1 10/23 13/5 15/19 17/12 17/23 18/7 18/8 19/13 19/24

**29/7 31/5 31/9 31/17 31/22**
**32/9 32/14 34/25 35/1 41/17**
**42/15 45/16 45/17 45/24**
**49/15 49/16 49/19 53/2 53/16**
**61/14 63/15 63/15 64/18**
**66/10 68/19 68/24 68/25**
**70/10 70/22 71/13 71/14 72/3**
**72/7 74/3 75/1 76/5 76/14**
**76/15 76/16 79/15 79/21 82/1**
**83/2 88/6 88/24 89/10 89/15**
**90/24 91/3 91/17 92/19 94/22**
**95/13**
**can't [31]**   2/21 3/10 6/15 16/17 26/24 27/2 31/19 32/1 32/2 32/9 32/15 32/17 43/24 49/3 67/24 69/1 69/2 70/22 80/15 87/24 88/16 90/24 90/25 93/17 93/20 94/2 94/4 94/19 94/21 94/25 95/2
**cancer [3]**   53/24 54/9 59/19
**cannot [9]**   10/7 10/20 27/10 31/23 32/1 45/14 51/19 51/25 68/25
**car [3]**   29/17 52/6 77/12
**Cardenas [1]**   65/13
**care [7]**   8/22 21/10 42/8 55/10 58/11 58/14 69/16
**career [1]**   9/5
**careful [1]**   40/23
**carefully [3]**   24/19 49/12 63/15
**caregiver [1]**   55/1
**caring [1]**   11/20
**Carrano [2]**   62/7 82/19
**case [124]**
**cases [4]**   10/17 25/18 94/12 94/14
**category [3]**   3/4 26/25 41/14
**Catholic [1]**   5/25
**caught [2]**   3/12 53/8
**cause [27]**   3/22 4/5 4/7 4/16 4/22 5/3 5/5 7/3 7/19 7/22 8/7 8/10 8/17 8/21 8/24 9/2 9/11 10/12 10/14 10/22 11/9 11/11 11/21 12/2 12/16 26/22 73/8
**causes [1]**   13/23
**ceremony [2]**   19/22 20/8
**certain [2]**   31/1 45/19
**certainly [3]**   12/11 20/6 79/12
**certainty [1]**   93/17
**certify [1]**   96/1
**Challenge [1]**   7/7
**chance [4]**   29/7 40/9 44/4 93/24
**change [2]**   21/4 58/25
**changed [2]**   30/2 89/11
**changes [1]**   29/25
**charge [2]**   61/8 68/17
**Charlie [1]**   25/12
**chart [3]**   15/23 16/1 23/17
**chat [1]**   92/3
**check [3]**   58/6 76/11 77/13
**checking [1]**   77/15
**Chicago [1]**   67/18
**Chief [2]**   7/14 7/15
**child [2]**   44/7 45/16

**children [5]**   39/17 39/23 40/11 43/15 55/10
**chosen [1]**   53/4
**circumstance [1]**   19/5
**circumstances [1]**   27/8
**citizens [2]**   26/10 26/11
**citizenship [1]**   26/9
**city [5]**   6/23 36/13 52/20 53/1 71/1
**civic [5]**   26/18 27/5 55/17 61/15 69/19
**civil [4]**   1/18 12/10 78/20 90/25
**Clancy [2]**   12/20 82/19
**clarification [1]**   94/8
**clarified [1]**   21/6
**class [2]**   66/9 66/11
**clean [1]**   64/14
**clear [7]**   7/18 12/1 51/5 84/5 84/15 86/2 86/5
**Clematis [2]**   1/21 36/9
**clerk [1]**   12/3
**client [4]**   15/18 16/4 17/23 74/18
**close [3]**   36/11 40/2 94/18
**closest [1]**   68/17
**closing [3]**   48/7 48/15 91/22
**Clowes [1]**   24/23
**co [1]**   23/8
**co-counsel [1]**   23/8
**coached [1]**   38/2
**coffee [1]**   78/10
**coincide [1]**   80/4
**coincidentally [1]**   78/15
**colleague [2]**   90/2 91/11
**college [5]**   65/21 65/22 65/23 65/23 75/8
**come [39]**   10/8 15/4 15/14 17/21 21/9 21/15 24/18 31/4 33/19 35/3 35/20 38/6 38/11 40/17 43/13 45/22 50/8 50/14 54/1 58/5 62/13 63/17 64/2 64/5 64/5 64/12 64/14 64/18 71/2 76/14 76/16 81/24 84/15 85/21 87/13 87/20 88/3 88/4 92/17
**comes [7]**   15/20 23/3 29/5 39/21 45/25 49/8 63/16
**comfortable [2]**   33/5 86/9
**coming [12]**   20/23 46/3 56/21 58/24 60/18 69/25 75/22 77/6 82/7 84/14 86/1 86/22
**comment [1]**   11/23
**Commissioner [1]**   5/17
**committed [1]**   19/10
**communicate [1]**   92/1
**communications [1]**   10/10
**company [1]**   73/11
**completed [1]**   2/10
**completely [4]**   79/25 80/1 80/13 80/15
**complicated [1]**   45/18
**compromise [1]**   91/13
**concern [4]**   68/21 68/22 73/4 84/8
**concerned [1]**   40/19
**concerns [4]**   45/21 68/14 73/2 80/11

**C**

conclusion [2] 40/18 79/2
condition [1] 60/16
confident [2] 18/13 18/16
confirm [5] 7/8 84/16 84/24
87/22 88/24
confusing [1] 16/2
Connecticut [1] 63/3
connections [1] 6/4
consequences [2] 32/19 32/21
conservative [1] 9/9
consider [1] 83/3
considering [2] 9/5 84/9
consistent [1] 27/5
context [1] 7/2
continue [5] 23/2 46/6 47/19
51/8 68/2
conversation [1] 32/12
conversational [1] 45/24
conversations [1] 45/20
convicted [2] 8/14 8/15
cop [3] 6/23 52/20 53/1
copies [1] 83/17
correct [19] 33/25 34/3
36/18 37/21 41/8 41/9 41/10
52/1 52/9 55/1 55/7 59/13
73/15 76/24 83/19 84/10
89/24 90/3 96/1
Cory [6] 25/10 56/10 56/14
56/15 56/16 56/25
Cottage [1] 61/7
couch [1] 54/23
could [64] 2/1 3/3 3/12 3/16
4/18 5/11 6/15 10/15 12/8
13/9 13/9 13/11 13/12 13/15
13/15 13/16 17/20 20/4 20/4
21/5 23/4 24/21 26/16 30/8
30/14 36/3 36/16 37/16 38/23
39/19 44/5 45/12 45/13 47/18
48/4 50/8 52/16 53/5 54/1
55/16 55/16 55/18 55/20 56/5
58/25 61/16 61/23 64/3 65/15
67/7 69/1 69/24 70/2 71/16
74/25 78/21 79/25 80/13
83/17 84/14 84/22 85/24
88/19 93/13
couldn't [3] 6/1 42/4 89/4
counsel [14] 2/1 2/2 23/4
23/8 23/11 24/3 24/11 24/15
33/16 36/7 37/3 42/23 83/17
95/17
counsel's [1] 23/23
count [3] 82/13 82/23 83/21
country [1] 75/22
County [4] 4/3 5/16 10/10
77/21
couple [5] 4/23 70/11 77/11
78/6 88/15
coupled [1] 81/24
course [5] 49/20 50/23 50/23
62/22 80/6
court [17] 1/1 1/23 4/3 8/12
18/3 21/16 22/13 22/22 27/1
34/15 34/25 40/13 64/12
80/10 95/7 95/20 96/6
courthouse [9] 32/15 45/2
46/5 60/20 68/2 82/10 90/14

90/16 90/11
courtroom [82] 17/2 17/12
19/22 19/24 20/2 20/11 21/19
22/6 22/10 22/11 22/14 31/4
31/16 32/8 33/6 33/7 33/23
35/21 36/2 36/4 37/15 37/17
38/22 38/24 40/6 40/15 41/24
45/1 45/7 45/9 46/7 46/12
46/14 47/23 47/25 50/2 50/4
51/2 51/18 51/20 53/6 53/17
53/19 54/16 54/18 54/20
55/25 56/2 57/8 57/10 59/8
59/10 60/25 61/2 62/3 62/5
65/3 65/4 65/9 65/11 67/11
67/13 68/6 68/10 71/8 72/20
72/22 75/2 75/4 76/19 76/21
79/17 80/20 80/25 81/2 87/17
87/23 89/17 91/10 92/14
92/15 95/10
cousin [2] 56/9 56/15
coverage [3] 32/4 82/1 94/20
CR [1] 1/3 2/3 21/25
Crime [1] 81/21
criminal [4] 6/12 78/20
78/21 90/25
cup [1] 78/10
currently [4] 47/15 61/9
73/5 95/13
cut [3] 33/21 87/4 87/5
cuts [1] 8/19
Cynthia [1] 25/12

**D**

D.C [5] 1/19 5/7 34/11 36/22
68/19
dad [3] 9/16 10/9 62/11
damage [1] 47/2
damages [1] 47/15
date [3] 25/23 48/7 96/4
daughter [9] 38/4 39/12 42/9
42/11 42/16 43/25 44/2 63/24
64/23
day [41] 13/25 18/16 20/7
20/10 26/1 31/8 35/22 35/24
38/11 39/10 39/11 40/7 43/9
45/3 46/25 51/2 51/8 51/9
54/16 55/8 55/11 55/12 57/3
58/25 60/21 65/5 68/2 70/3
72/16 73/7 73/21 77/2 77/4
80/20 82/8 83/9 86/11 87/4
90/24 91/15 93/13
days [16] 18/11 27/10 39/8
42/5 45/12 46/19 48/5 52/12
51/25 54/24 56/5 65/16 68/20
88/16 88/25 89/15
dead [1] 56/15
dean [1] 75/20
December [1] 70/1
decide [3] 26/11 86/19 94/13
decision [9] 20/4 49/14 53/6
72/5 73/23 79/16 91/24 92/13
92/15
deck [1] 73/7
defendant [8] 1/9 1/20 16/6
29/21 29/24 30/4 63/12 78/17
defending [1] 10/18
defense [14] 4/20 6/13 7/20
10/24 14/16 14/24 16/19 24/3

24/8 24/10 24/11 33/15 36/6
37/10
definitely [2] 10/19 71/23
definitions [1] 92/17
definitive [1] 61/20
DeGiulio [1] 24/23
delegate [1] 43/24
deliberate [1] 49/11
deliberation [1] 81/15
deliberations [1] 91/21
dentist [1] 54/9
department [11] 1/17 6/7
29/12 56/13 66/15 66/16
66/17 66/22 70/13 81/18
81/23
depending [1] 18/4
depends [1] 93/13
deputy [1] 22/10
description [3] 30/14 49/16
52/23
detail [4] 32/6 32/20 71/4
78/9
details [2] 17/9 43/5
detective [1] 73/14
determines [1] 27/2
devices [1] 32/2
diabetes [1] 11/20
did [35] 2/25 12/14 14/24
16/8 17/9 17/9 19/10 23/1
34/14 39/8 40/16 40/18 47/3
52/10 56/6 63/25 65/19 77/25
78/3 78/5 78/11 79/5 79/10
80/5 80/6 80/8 81/14 83/2
83/6 83/7 84/20 84/20 86/11
87/5 89/1
didn't [19] 6/17 6/21 9/10
38/6 39/25 52/11 54/23 56/25
59/25 66/25 73/19 75/9 80/3
83/14 84/18 85/7 88/18 89/4
89/9
died [1] 91/18
different [4] 7/4 22/9 39/13
41/13
differently [3] 2/23 6/2
74/8
difficult [3] 26/23 80/4
82/3
difficulty [3] 39/7 50/10
80/2
dire [2] 16/14 85/22
directives [1] 94/3
disclose [1] 24/13
disclosed [2] 24/14 37/6
discomfort [1] 69/5
discuss [7] 3/5 38/13 47/20
59/15 68/1 80/19 95/13
discussed [3] 15/18 65/4
79/18
discussion [4] 20/17 38/17
81/10 94/11
discussions [1] 91/24
disorganized [1] 31/9
disrespect [1] 8/23
district [4] 1/1 1/1 1/11
34/11
DIVISION [2] 1/2 1/18
do [127]
docket [1] 12/5

**D**

**doctor [2]**   35/11 44/12
**documents [3]**   45/23 49/8
74/1
**does [9]**   3/9 4/15 10/24 12/3
14/4 22/9 22/24 55/11 58/15
**doesn't [12]**   2/21 4/2 5/25
7/24 26/20 29/4 58/14 58/16
77/17 89/18 93/19 94/6
**dogs [1]**   56/14
**doing [5]**   42/19 58/21 77/23
77/25 80/2
**don't [106]**
**DONALD [3]**   1/17 2/4 23/8
**done [4]**   48/20 67/24 86/15
91/12
**door [3]**   19/3 33/8 34/9
**doubt [2]**   63/23 63/24
**doubts [1]**   80/11
**Douglas [1]**   24/25
**dovetail [1]**   41/19
**down [19]**   13/5 14/13 15/25
22/13 31/6 31/13 37/13 38/14
47/19 49/10 49/22 55/20
56/14 59/6 61/23 62/13 67/7
83/13 85/17
**downstairs [5]**   74/25 84/1
87/8 87/19 88/1
**draw [1]**   94/12
**drawing [1]**   79/18
**driver [1]**   39/21
**driver's [1]**   52/8
**drop [2]**   42/12 44/6
**dropped [1]**   43/19
**drug [1]**   11/18
**drugs [1]**   77/13
**duly [1]**   30/11
**dumb [1]**   53/12
**duration [1]**   73/7
**during [19]**   5/18 21/17 24/18
27/10 39/8 42/5 44/12 45/12
48/5 50/12 51/25 56/5 57/13
58/25 65/16 73/6 88/16 88/25
89/15
**duties [1]**   42/19
**duty [12]**   26/19 27/5 29/22
38/11 43/24 55/17 61/15
69/10 69/19 77/7 77/9 77/23

**E**

**each [11]**   13/8 14/6 16/12
16/14 24/19 33/10 33/19
36/10 36/13 55/8 91/20
**Eames [2]**   81/4 82/21
**ear [1]**   32/11
**earlier [3]**   17/20 20/8 26/5
**early [4]**   19/3 43/21 43/25
62/12
**easier [3]**   20/7 31/3 95/3
**easily [1]**   89/10
**easy [1]**   49/4
**efficient [2]**   31/11 85/12
**effort [1]**   93/18
**Eichorst [2]**   25/1 25/9
**eight [1]**   45/16
**either [2]**   12/5 74/15
**elaborate [1]**   73/22

**elderly [1]**   115/15
**electronic [1]**   91/15
**elementary [1]**   15/16
**elevator [1]**   38/15
**eliminated [1]**   3/14
**Elizabeth [1]**   24/23
**Ellen [3]**   2/5 23/8 24/25
**Elliott [2]**   67/15 82/20
**else [11]**   2/2 6/18 17/15
32/12 36/11 39/19 66/19 72/4
78/13 88/18 92/21
**emails [3]**   46/24 47/13 92/3
**emergency [2]**   57/20 61/11
**emphasize [1]**   91/25
**employed [2]**   47/9 59/22
**employer [2]**   44/17 90/20
**encompasses [1]**   14/25
**encounter [1]**   65/3
**end [7]**   15/10 25/23 26/5
48/17 53/4 86/10 91/23
**ends [2]**   69/25 88/23
**enforcement [51]**   2/20 3/1
3/6 3/9 3/9 3/25 5/2 5/6
5/12 6/4 7/1 7/14 8/2 8/4
8/14 8/23 9/3 9/4 9/6 9/8
9/12 9/21 9/22 10/2 10/4
10/8 11/8 11/14 11/15 11/15
12/7 12/13 13/10 13/17 13/21
14/2 17/15 36/24 37/7 63/12
63/14 63/20 63/25 64/7 64/11
64/18 66/15 74/6 85/8 85/25
86/6
**engineering [1]**   75/17
**English [2]**   45/17 45/24
**enough [4]**   2/19 16/14 40/13
88/6
**entered [25]**   21/19 33/23
36/4 37/17 38/24 41/24 45/9
46/14 47/25 50/4 51/20 53/19
54/20 56/2 57/10 59/10 61/2
62/5 65/11 67/13 68/10 72/22
75/4 76/21 81/2
**entire [3]**   20/21 20/25 21/1
**escorting [1]**   22/11
**ESQ [1]**   1/20
**essence [1]**   73/22
**estimate [2]**   25/17 25/21
**estimated [1]**   56/6
**even [5]**   19/5 20/20 32/16
86/14 90/15
**event [1]**   19/1
**every [11]**   13/25 39/10 39/11
42/10 46/25 58/24 70/3 77/2
77/4 93/18 95/5
**everybody [15]**   12/22 14/12
22/18 49/9 70/1 82/14 85/7
86/6 87/18 88/1 88/14 88/24
89/13 89/17 91/16
**everybody's [1]**   31/3
**everyone [2]**   21/20 23/6
26/16 46/7 49/5 87/12 88/18
95/8
**everyone's [1]**   22/7
**everything [8]**   18/8 22/13
22/23 26/13 35/8 42/8 66/10
80/13
**evidence [29]**   17/11 18/5
18/8 29/4 29/4 29/5 29/6

45/22 49/7 49/8 49/12 49/7
52/24 53/3 53/6 63/16 63/18
71/8 71/11 71/12 72/6 73/24
73/25 79/16 89/19 91/8 91/9
91/21 92/13
**evidently [1]**   80/4
**ex [2]**   6/6 6/8
**ex-son-in-law [2]**   6/6 6/8
**example [2]**   92/16 94/10
**except [2]**   18/8 31/12
**excessive [1]**   29/18
**exclude [1]**   6/21
**excluding [1]**   20/25
**excuse [28]**   14/11 14/13
15/24 26/19 27/5 35/15 38/10
40/3 44/21 44/25 46/4 50/20
54/12 56/18 57/3 60/15 64/25
69/14 72/13 76/14 80/18 82/6
83/3 83/14 84/21 87/20 89/7
95/8
**excused [27]**   7/22 12/2 17/6
35/18 35/18 35/24 38/17 40/5
45/1 45/3 54/15 57/2 60/20
65/4 68/1 72/15 76/3 76/4
76/16 80/19 80/21 82/10
82/14 83/12 84/21 86/3 95/15
**excusing [2]**   38/14 83/3
**exercise [1]**   26/17
**exercised [1]**   83/22
**exhausted [1]**   16/16
**exhibit [1]**   16/22
**exhibits [1]**   19/7
**exist [1]**   92/12
**existing [1]**   67/25
**exited [1]**   95/10
**expect [3]**   64/14 84/10 91/1
**experience [16]**   4/17 12/8
13/22 34/24 35/3 53/10 64/9
64/10 74/11 74/16 74/18
79/14 79/18 79/19 87/3 90/14
**experienced [1]**   25/19
**experiences [5]**   4/10 11/7
35/2 64/13 64/15
**explain [4]**   22/6 29/4 49/7
74/1
**explore [20]**   6/21 6/24 7/13
7/16 8/1 8/3 8/16 9/5 9/6
9/19 10/1 10/3 10/19 11/4
11/6 12/12 13/10 40/17 40/25
85/3
**explored [1]**   3/12
**exposed [1]**   95/6
**exposure [1]**   84/9
**extent [1]**   4/2
**extreme [1]**   80/2
**eye [1]**   24/21

**F**

**face [3]**   32/21 92/1 92/1
**face-to-face [1]**   92/1
**Facebook [3]**   70/17 70/19
92/4
**fact [14]**   31/2 38/14 40/7
50/25 52/22 52/25 60/7 66/21
68/1 77/5 80/19 82/9 89/15
92/8
**facts [8]**   30/13 31/21 63/17
74/2 80/1 81/25 89/19 89/21

103

**F**

**fair [34]**   9/24 11/8 13/16 13/18 17/12 34/25 35/4 36/16 36/19 36/25 49/14 49/15 53/1 53/5 53/10 60/4 60/8 63/8 63/18 64/20 66/23 67/4 71/11 72/5 73/17 74/2 74/22 79/20 80/11 82/1 90/21 92/14 92/20 92/20
**fairly [1]**   7/18
**faith [1]**   5/25
**fall [2]**   3/3 26/25
**falsely [1]**   11/2
**familiar [4]**   38/4 69/2 70/25 94/17
**families [1]**   69/24
**family [25]**   2/20 3/2 3/6 9/4 9/4 10/6 10/7 10/8 11/19 26/17 36/24 37/25 38/4 44/4 55/5 57/14 57/16 57/17 62/13 63/11 64/10 66/14 68/17 68/18 68/18
**fan [2]**   4/25 7/12
**far [3]**   21/2 21/12 52/1
**fast [1]**   18/18
**father [7]**   4/1 5/7 6/24 9/7 36/22 52/7 83/7
**father-in-law [2]**   6/24 9/7
**FAU [2]**   75/8 75/14
**favor [1]**   7/1
**FBI [1]**   30/4
**February [1]**   30/3
**February 19 [1]**   30/3
**Federal [11]**   1/23 19/2 19/11 23/9 26/1 34/12 34/15 34/25 40/13 90/17 96/5
**Fee [1]**   74/21
**feed [1]**   78/2
**feel [4]**   17/12 27/8 31/9 31/21
**feeling [1]**   6/8
**feelings [9]**   7/1 49/2 49/5 63/19 64/13 67/3 72/3 79/25 80/3
**feels [2]**   6/2 50/23
**Feldman [2]**   12/17 82/16
**fellow [2]**   26/11 78/14
**felt [2]**   60/11 80/14
**fever [1]**   57/20
**few [5]**   2/14 4/24 26/2 88/2 88/18
**Fierro [2]**   12/21 82/20
**figure [1]**   37/23
**fill [1]**   61/14
**filled [1]**   2/12
**filtering [1]**   32/9
**find [8]**   7/17 17/4 31/11 38/9 47/11 50/10 60/1 92/19
**fine [10]**   3/18 8/20 10/25 11/14 14/17 16/11 16/20 19/5 39/15 61/22
**finish [2]**   93/18 93/19
**finishing [1]**   18/15
**first [15]**   17/5 18/16 20/24 21/10 21/21 22/5 31/8 33/21 37/7 69/5 70/1 78/23 83/25 85/2 93/4

**fit [1]**   24/15
**five [6]**   18/12 38/23 79/3 84/6 93/11 95/11
**fixing [2]**   47/2 47/15
**FL [3]**   1/7 1/15 1/21
**flagged [1]**   85/10
**flight [3]**   67/18 67/21 67/25
**FLORIDA [5]**   1/1 9/16 73/4 81/9 81/21
**flush [1]**   6/15
**flying [4]**   9/16 50/18 62/11 62/16
**focus [1]**   13/20
**follow [17]**   9/10 32/20 38/11 40/8 46/9 49/12 49/17 51/4 53/3 63/16 71/8 72/16 79/20 80/5 85/24 94/2 94/4
**following [4]**   29/20 79/14 90/11 95/7
**followup [4]**   16/15 84/23 86/8 88/13
**forbid [1]**   94/21
**forbids [1]**   92/9
**force [2]**   29/16 29/18
**foregoing [1]**   96/1
**foreperson [2]**   79/7 79/8
**form [2]**   16/4 16/23
**former [2]**   9/7 36/22
**Fort [2]**   1/24 18/25
**forth [3]**   61/11 77/24 78/9
**forward [4]**   50/8 51/24 56/21 90/8
**found [1]**   80/3
**four [6]**   59/20 59/25 61/9 61/9 79/3 84/6
**Fox [3]**   70/17 70/19 93/2
**FP [1]**   73/11
**frankly [1]**   88/11
**Fraternal [1]**   81/20
**free [3]**   51/14 56/9 56/16
**freedom [1]**   8/13
**Friday [13]**   18/3 18/15 25/22 25/25 26/4 26/5 57/18 61/21 62/23 68/23 75/16 88/20 88/21
**friend [8]**   4/1 5/9 15/16 37/25 73/14 74/8 90/1 91/10
**friends [5]**   44/4 55/5 66/14 70/12 71/10
**front [3]**   21/16 22/12 84/11
**fulfill [2]**   55/17 61/15
**full [4]**   49/5 65/25 75/14 75/15
**full-time [1]**   75/14
**fun [1]**   26/17
**funeral [1]**   38/3
**furious [2]**   11/19 11/22
**further [7]**   8/16 9/6 9/19 10/1 11/23 22/2 32/5
**furtherance [1]**   47/13

**G**

**gave [2]**   52/12 52/24
**gentleman [1]**   83/7
**get [36]**   7/17 7/23 10/7 12/3 13/7 14/9 14/11 14/18 16/4 17/5 17/7 18/14 18/21 22/17 25/19 29/7 32/1 35/6 40/12

49/23 52/5 52/10 52/12 52/13 53/15 55/21 61/24 62/19 75/11 77/19 77/20 77/25 80/9 84/22 91/1 95/6
**gets [6]**   41/13 43/9 43/19 43/25 43/25 58/13
**getting [5]**   43/4 46/24 53/12 75/19 75/21
**girlfriend [1]**   5/22
**girls [1]**   61/12
**give [16]**   17/9 25/17 25/23 49/9 58/6 63/16 71/25 74/1 75/22 75/23 76/7 79/20 91/2 94/10 95/5 95/11
**given [4]**   13/25 38/12 90/8 94/3
**gives [4]**   13/1 17/17 83/23 95/7
**Glynn [2]**   12/17 82/17
**go [68]**   2/10 2/13 5/5 10/23 12/8 12/16 14/13 17/2 17/19 18/18 18/19 19/7 19/10 19/17 19/24 21/3 22/2 24/22 25/15 25/21 26/3 27/13 27/17 31/6 31/11 31/13 32/6 32/20 33/7 37/13 38/14 39/13 40/16 41/3 42/10 42/15 43/13 45/2 47/18 49/22 50/21 52/11 53/14 55/8 55/20 59/6 59/24 61/10 61/11 61/23 63/25 67/7 71/24 74/25 75/15 75/19 78/8 82/14 85/16 85/20 85/21 86/23 88/2 88/11 88/19 88/20 89/14 93/15
**goal [1]**   49/11
**goes [7]**   14/14 18/13 20/9 32/22 36/11 60/16 77/9
**going [61]**   3/22 6/2 9/22 19/2 21/7 22/1 24/16 24/16 29/2 30/25 32/16 33/7 33/20 35/8 35/15 38/6 38/10 38/18 42/19 44/12 46/3 46/7 47/18 48/13 48/15 48/20 50/13 56/7 58/6 59/5 60/1 60/12 60/15 62/12 62/14 62/15 67/19 67/23 68/20 72/13 74/7 74/15 75/8 75/10 75/15 77/8 77/8 77/17 77/24 80/18 83/25 85/13 86/10 87/20 90/22 93/5 93/6 93/7 93/15 93/22 95/11
**Gomez [6]**   42/2 43/2 44/21 44/22 44/24 82/17
**gone [3]**   31/16 88/15 90/13
**good [22]**   2/4 2/6 10/18 15/15 23/6 25/18 32/22 39/4 42/2 42/3 45/6 46/16 46/17 48/23 53/24 54/11 54/17 79/2 83/9 87/19 89/7 93/24
**got [11]**   2/24 40/2 46/22 47/1 56/9 56/13 77/6 77/6 77/12 77/24 80/8
**gotten [1]**   41/2
**Government [12]**   8/8 14/23 16/5 21/6 23/11 29/17 29/23 30/2 30/3 33/13 37/7 41/7
**Government's [1]**   34/5
**grams [1]**   53/9
**grandfather [1]**   52/25
**grandpa [2]**   6/23 52/20

**G**

**grateful [2]**  90/7 90/7
**grave [1]**  56/16
**greater [2]**  32/6 32/20
**GREG [3]**  1/20 2/6 24/5
**group [6]**  3/3 13/20 69/24
85/13 85/21 87/1
**groups [1]**  67/1
**guess [10]**  10/9 13/11 37/23
62/20 69/1 69/21 69/22 77/16
78/21 85/7
**guilty [2]**  7/17 8/6
**gun [1]**  6/20
**guy [1]**  77/12
**guys [1]**  69/20

**H**

**had [27]**  2/10 11/7 18/2 34/6
34/13 35/2 35/9 38/17 40/22
42/6 42/18 44/4 48/6 55/13
59/19 63/24 64/15 74/11
74/16 79/14 79/19 80/2 84/9
84/20 86/12 88/11 93/5
**hadn't [1]**  41/2
**half [3]**  19/15 73/21 81/15
**hallway [1]**  32/25
**hand [49]**  16/25 17/1 22/20
23/12 23/13 23/18 23/22 24/8
24/19 24/22 25/5 27/12 27/13
30/14 30/21 31/2 34/4 37/22
39/7 41/21 42/4 42/6 45/11
46/18 47/2 48/4 50/9 50/11
54/22 54/24 56/4 57/12 59/14
61/6 62/9 62/24 65/15 67/15
68/13 73/1 75/6 76/25 81/6
84/17 88/25 89/1 90/4 92/24
93/3
**handle [2]**  14/4 70/10
**handled [1]**  60/12
**hands [19]**  13/7 14/5 14/11
14/12 22/21 24/1 25/14 27/7
29/9 30/6 30/12 41/2 73/7
84/22 88/10 90/5 94/4 94/5
94/7
**happen [3]**  17/14 38/3 60/1
**happened [6]**  35/18 77/4
77/16 78/8 81/8 81/9
**happening [2]**  21/6 77/8
**happens [1]**  18/4
**happy [4]**  41/11 79/10 80/8
89/8
**hard [5]**  35/11 54/10 63/21
64/22 73/1
**harder [1]**  8/12
**hardship [16]**  14/10 16/25
17/4 17/7 26/24 27/4 27/10
40/21 40/23 40/24 40/24
41/13 41/20 41/22 73/4 86/3
**hardships [2]**  41/4 85/18
**Harris [4]**  15/4 25/9 25/9
25/10
**has [33]**  2/20 3/6 3/8 8/14
8/14 9/9 9/22 11/14 11/15
13/10 15/7 15/15 17/14 19/17
19/19 26/23 31/16 35/10
39/12 41/10 42/18 44/14
47/14 61/10 61/17 77/9 77/22

82/14 83/19 83/25/23 89/17 90/13
91/17
**hasn't [3]**  69/9 85/9 89/11
**hate [2]**  11/18 72/8
**have [258]**
**haven't [9]**  18/2 69/3 70/22
85/5 85/18 87/13 89/13 89/21
89/22
**having [6]**  22/19 25/19 36/24
46/18 57/20 78/14
**he [56]**  4/1 4/2 4/4 4/15
4/17 4/18 5/9 5/11 5/13 5/16
7/4 33/15 34/19 35/10 36/11
36/11 37/4 37/6 40/22 48/8
48/9 52/11 52/12 56/13 56/16
56/25 57/20 57/20 58/7 62/11
62/11 62/13 62/14 62/15
62/16 62/19 68/19 68/19 69/8
69/9 69/10 69/10 69/10 69/14
69/14 70/10 72/9 76/6 76/13
76/13 78/17 78/21 78/21 83/7
83/14 89/18
**head [1]**  80/14
**headache [1]**  35/6
**headlines [1]**  70/16
**heads [1]**  2/24
**health [2]**  45/15 45/15
**healthy [1]**  62/12
**hear [13]**  32/9 32/9 32/11
35/5 53/6 54/6 71/17 79/16
87/24 91/6 91/9 91/21 92/17
**heard [8]**  69/2 69/3 70/14
71/21 84/24 85/18 87/13
89/22
**hearing [3]**  22/19 91/6 91/7
**hears [1]**  22/18
**hearsay [1]**  38/5
**Hello [1]**  39/2
**help [5]**  8/13 10/6 44/5
55/16 58/11
**helped [1]**  4/2
**her [15]**  10/12 15/4 15/5
15/14 42/12 44/14 44/15
44/15 50/24 55/12 64/2 64/2
64/3 64/3 64/4
**here [42]**  8/5 10/5 10/7
11/19 20/5 20/12 22/6 22/23
26/2 26/3 26/16 26/21 31/18
32/8 32/24 34/7 34/15 35/20
38/6 38/13 39/4 41/16 48/8
52/5 52/10 52/13 58/5 62/14
69/9 69/18 70/8 72/8 80/1
82/13 84/16 88/6 88/8 88/14
88/15 89/10 90/19 94/2
**Herny [1]**  25/10
**Herrera [2]**  44/23 44/24
**Hi [1]**  68/11
**high [5]**  26/12 41/4 41/5
57/20 65/21
**highlight [1]**  10/15
**Hill [1]**  25/10
**him [20]**  4/13 4/18 5/11 5/13
5/15 5/18 5/20 36/14 36/14
37/6 57/19 58/7 62/12 62/18
62/23 75/23 76/14 83/6 83/8
87/10
**his [12]**  4/1 4/17 6/8 21/8
35/9 35/10 36/8 38/2 38/2

38/4 40/19 58/6
**history [1]**  82/3
**hit [2]**  77/12 85/7
**hold [2]**  74/17 91/18
**holiday [1]**  26/1
**holidays [1]**  67/20
**home [12]**  39/21 40/11 42/15
42/16 44/12 44/15 50/15
56/16 61/8 62/15 68/15 69/23
**homicide [1]**  36/23
**HON [1]**  1/24
**honest [3]**  77/19 79/22 79/23
**honestly [2]**  4/25 72/8
**Honor [15]**  7/19 8/20 10/15
10/22 13/22 16/10 37/9 42/3
42/24 46/11 52/1 59/17 60/24
84/4 95/19
**HONORABLE [1]**  1/11
**hope [6]**  26/8 26/12 32/21
50/23 60/16 61/17
**hopeful [1]**  76/6
**hopefully [2]**  77/19 91/17
**hoping [2]**  17/25 47/11
**horrendous [1]**  35/10
**hospital [5]**  43/8 57/19 58/4
58/8 61/10
**hosting [2]**  47/1 47/14
**hour [4]**  19/15 19/15 20/8
52/16
**hours [15]**  26/2 27/11 42/5
45/12 46/19 48/5 50/12 51/25
56/5 65/16 70/6 70/9 88/16
88/25 89/16
**house [9]**  47/1 47/14 48/7
48/12 48/13 61/7 62/19 67/19
70/7
**how [31]**  8/12 12/24 13/7
13/24 14/6 14/14 14/16 16/8
18/17 25/19 29/5 32/12 37/6
37/22 39/3 39/23 43/15 49/7
52/10 53/23 56/4 57/22 58/3
60/11 62/14 62/19 68/11 73/9
81/7 81/12 82/23
**hum [1]**  48/10
**hundred [2]**  5/1 45/19
**Hundreds [1]**  73/10
**hurtful [1]**  35/8
**hurting [1]**  4/24
**husband [7]**  6/17 7/14 38/2
45/17 55/2 68/19 69/8
**husband's [1]**  68/18

**I**

**I'll [3]**  9/19 24/13 40/3
**I'm [8]**  4/25 7/12 10/16
32/19 37/25 47/1 60/12 85/12
**I've [1]**  80/8
**Ibuprofen [1]**  58/7
**idea [2]**  92/22 93/12
**identify [3]**  23/13 30/14
92/24
**immediate [1]**  16/21
**immediately [1]**  94/19
**impartial [34]**  5/22 9/24
13/16 13/18 17/12 35/1 35/4
36/16 36/18 36/19 36/25 37/2
49/14 49/15 53/2 53/5 53/11
60/5 60/8 60/13 63/8 63/18

**I**

**impartial... [12]**  64/20 66/23 67/4 71/12 71/23 72/5 73/17 74/3 74/23 79/20 80/11 82/2
**impeachment [1]**  21/13
**important [11]**  26/9 35/19 46/6 53/25 80/17 89/12 90/11 91/4 92/11 92/12 92/17
**importantly [1]**  74/17
**impressions [1]**  31/20
**incident [2]**  29/11 29/20
**includes [1]**  92/2
**including [2]**  92/3 95/6
**income [4]**  10/5 10/6 10/6 10/12
**inconsistent [1]**  21/3
**inconvenience [3]**  26/22 27/3 45/16
**inconvenient [1]**  26/20
**incorrect [1]**  90/4
**India [3]**  50/13 50/18 50/21
**indicated [8]**  27/11 39/8 42/5 45/12 51/25 65/16 70/11 89/16
**indicates [1]**  9/8
**indication [1]**  4/19
**individual [2]**  16/24 17/21
**individually [9]**  3/2 13/8 14/6 16/25 17/4 31/2 31/5 33/4 88/12
**individuals [2]**  11/25 24/20
**information [6]**  2/20 30/1 39/4 89/25 92/5 92/15
**informed [1]**  64/4
**initial [2]**  30/1 44/24
**initially [2]**  2/13 23/16
**innocent [1]**  4/25
**inpatient [1]**  43/4
**inquire [2]**  55/13 63/1
**inside [1]**  35/18
**instance [2]**  60/13 64/17
**instead [1]**  8/13
**instruct [3]**  49/13 53/4 71/11
**instruction [7]**  31/14 47/20 53/15 55/22 91/16 91/19 95/5
**instructions [9]**  35/23 38/12 46/9 51/3 51/4 72/16 90/12 91/22 92/23
**insurmountable [2]**  26/23 27/9
**integrity [1]**  32/22
**interaction [1]**  82/11
**interest [1]**  5/2
**interested [1]**  40/10
**interesting [1]**  90/24
**interfere [10]**  36/25 47/12 53/1 53/10 63/8 66/4 66/22 67/25 74/22 93/19
**interferences [1]**  54/23
**internet [3]**  78/4 78/5 92/3
**interview [5]**  20/17 20/21 20/23 21/8 21/10
**introduce [2]**  23/5 24/3
**introductions [1]**  23/2
**Investigation [1]**  23/9

**investigator [1]**  36/23
**involved [2]**  4/11 35/7
**involving [3]**  29/12 78/15 78/22
**iPad [1]**  91/17
**iPads [1]**  32/2
**Irma [1]**  47/2
**is [351]**
**isn't [1]**  12/5
**issue [23]**  9/15 10/5 10/13 13/25 14/1 14/2 17/5 20/20 21/11 40/19 40/21 43/22 44/6 57/14 57/16 57/17 69/4 69/5 71/3 72/8 85/9 86/20 92/9
**issues [5]**  9/10 13/8 41/6 59/15 75/7
**it [196]**
**it's [1]**  32/25

**J**

**jaded [1]**  8/12
**jail [1]**  78/22
**Jason [1]**  24/24
**Jeff [1]**  25/13
**Jeffrey [2]**  24/24 25/1
**Jo [3]**  15/7 24/25 48/2
**Joanne [1]**  15/8
**Joanne's [1]**  61/7
**job [13]**  26/17 46/22 47/3 47/6 47/11 47/13 49/11 55/8 89/5 93/4 93/6 93/14 93/16
**jobs [1]**  93/4
**Johanna [1]**  48/3
**Jones [3]**  12/18 12/19 82/18
**Jordan [1]**  72/24
**Joseph [1]**  24/23
**journalism [1]**  94/13
**judge [14]**  1/11 3/11 3/18 4/3 6/1 7/16 7/16 10/20 19/11 21/22 31/21 32/9 49/4 74/15
**judged [1]**  3/12
**judgment [1]**  3/16
**judicial [1]**  26/10
**Judy [2]**  23/20 34/2
**jump [1]**  9/7
**juror [106]**
**jurors [22]**  17/13 21/16 21/23 31/12 32/7 32/24 33/4 33/10 71/21 78/14 83/20 84/1 84/3 85/5 85/16 86/1 86/2 86/12 86/25 87/4 92/19 95/12
**jurors' [1]**  84/9
**jury [60]**  1/10 2/22 4/24 5/14 7/5 12/4 13/23 14/13 15/21 18/1 18/5 18/7 18/14 18/14 18/19 18/22 20/1 21/17 21/19 26/8 27/3 30/11 31/7 31/8 31/13 31/21 33/5 33/6 33/8 33/21 35/22 37/13 38/11 40/7 45/3 47/19 49/22 50/14 53/14 55/20 56/7 59/6 61/23 65/6 67/7 74/25 75/22 77/7 77/9 77/21 78/15 79/3 79/19 81/15 86/23 87/16 88/5 90/9 92/22 95/10
**just [56]**  3/9 3/19 3/21 5/6 5/21 6/1 9/4 9/8 11/12 14/11

17/11 19/18 20/19 21/10 22/8 25/4 26/2 26/19 26/20 26/21 26/21 27/13 27/14 30/13 31/13 32/17 35/18 39/5 39/15 40/5 43/9 45/1 45/17 46/5 51/13 53/12 59/19 64/6 65/22 68/7 68/7 70/2 70/4 71/6 72/5 77/21 78/14 80/18 84/7 84/24 86/21 88/9 89/6 89/23 94/6 94/8
**justice [4]**  1/17 56/8 56/10 56/15
**Justin [1]**  25/9

**K**

**Kanjian [5]**  5/9 33/16 36/6 37/4 37/12
**Kanwar [2]**  50/6 82/17
**Katz [1]**  24/24
**keep [15]**  5/20 5/23 6/2 8/3 12/12 23/13 24/21 27/13 41/22 53/3 63/15 63/21 84/20 85/13 91/23
**keeping [1]**  6/5
**Kelly [3]**  15/4 25/9 25/10
**kept [1]**  64/2
**kids [8]**  5/10 39/12 39/18 39/20 53/12 67/19 68/15 69/16
**kids' [1]**  68/23
**Kidwell [2]**  12/17 82/18
**killed [1]**  56/9
**killing [1]**  56/13
**kind [9]**  2/12 14/9 33/19 54/10 78/6 80/14 84/15 84/24 94/10
**kinds [1]**  91/1
**knew [11]**  33/12 33/15 34/4 36/6 41/7 41/11 41/20 76/25 81/6 81/9 84/18
**know [105]**
**knowing [3]**  17/1 36/15 37/6
**knowledge [2]**  30/13 86/4
**knows [7]**  17/7 23/10 24/7 29/9 69/10 84/16 89/20
**Kuypers [2]**  12/21 82/21

**L**

**ladies [1]**  61/9
**laid [1]**  46/22
**Lake [1]**  66/7
**Landers [1]**  25/10
**language [2]**  40/19 40/25
**large [1]**  87/1
**last [13]**  12/12 13/23 16/8 25/20 25/23 38/3 42/6 48/6 57/18 70/23 70/25 86/10 87/3
**late [4]**  39/21 39/22 44/1 93/7
**later [3]**  25/22 26/4 52/11
**Lauderdale [1]**  18/25
**law [81]**  2/20 3/1 3/6 3/8 3/9 3/25 5/1 5/6 5/12 6/4 6/6 6/8 6/24 7/1 7/14 8/2 8/4 8/14 8/23 9/3 9/4 9/5 9/7 9/7 9/12 9/21 9/22 10/2 10/4 10/8 11/8 11/14 11/15 11/15 12/7 12/13 13/10 13/17

## L

**law... [43]**   13/20 14/2 17/14
27/4 36/24 37/7 49/9 49/9
49/13 49/17 53/3 63/5 63/12
63/13 63/16 63/17 63/20
63/25 64/7 64/11 64/17 66/14
71/8 71/11 71/12 72/6 73/24
74/2 74/2 74/5 78/24 79/20
80/4 80/5 85/8 85/24 86/6
91/22 92/6 92/8 92/9 92/16
92/20
**lawyer [2]**   10/18 64/3
**lawyers [5]**   12/10 14/10
25/17 31/21 88/20
**lawyers' [1]**   91/22
**lead [1]**   91/24
**leaning [1]**   64/20
**learn [3]**   17/9 17/9 81/24
**learned [3]**   13/15 17/10
70/18
**leave [35]**   6/10 23/25 25/7
35/16 35/19 35/25 38/13
38/15 40/4 44/25 46/5 46/5
50/25 54/14 57/1 60/19 60/20
62/12 64/4 68/1 69/20 70/2
70/7 72/14 76/3 80/19 80/23
82/9 82/10 83/18 91/18 93/9
93/25 94/19 95/12
**leaving [5]**   62/13 65/3 68/16
69/5 70/6
**left [32]**   33/6 36/2 37/15
38/22 40/15 45/7 46/12 47/23
50/2 51/18 53/17 54/18 55/25
57/8 59/8 60/25 62/3 65/8
67/11 68/6 70/8 72/20 75/2
76/19 79/10 80/25 82/23
83/21 85/8 86/3 86/7 86/12
**length [2]**   17/19 25/15
**LERMAN [13]**   1/20 2/6 15/17
18/18 19/7 24/5 36/8 36/15
37/6 40/22 44/9 83/18 95/15
**less [1]**   53/8
**lest [1]**   3/11
**let [29]**   4/8 6/2 7/8 12/16
18/24 21/21 23/2 27/7 31/14
33/25 34/23 37/3 39/25 40/4
45/1 47/18 48/25 57/2 66/13
70/11 70/14 72/14 75/10
76/11 91/19 92/24 93/21
94/10 95/12
**let's [25]**   5/5 6/10 18/6
33/18 33/25 37/19 39/4 41/23
48/2 58/1 69/4 75/22 75/23
76/23 77/13 82/13 82/14
82/23 83/16 83/20 85/4 85/7
85/15 87/8 87/25
**letting [2]**   35/13 38/9
**level [2]**   27/9 69/5
**liberties [1]**   26/11
**license [2]**   52/6 52/8
**lift [1]**   52/12
**light [8]**   20/15 34/23 34/24
44/20 44/20 52/22 60/15 73/5
**like [27]**   3/24 5/19 5/25
6/10 7/4 9/14 10/17 16/8
19/3 22/5 25/23 31/1 34/19
35/11 44/6 45/25 54/1 56/10

56/14 70/17 75/19 77/14 78/7
78/13 82/3 93/15 95/18
**likely [1]**   25/22
**limine [1]**   20/14
**Lin [3]**   75/6 75/23 82/21
**line [2]**   32/7 92/5
**lined [1]**   18/17
**list [7]**   14/24 14/25 15/3
15/5 16/22 24/13 31/3
**listed [1]**   15/7
**listen [12]**   24/18 49/7 49/12
49/17 53/2 63/15 64/5 71/7
71/10 71/10 92/7 94/23
**listener [1]**   94/15
**lists [1]**   24/17
**little [9]**   8/12 19/3 31/9
31/20 31/25 37/25 49/23 59/7
63/24
**live [5]**   48/8 48/9 52/1 52/2
62/21
**Llopis [1]**   24/24
**Locally [1]**   66/19
**long [11]**   13/7 14/14 19/19
25/20 52/10 62/14 69/20 70/6
82/5 87/4 88/20
**longer [3]**   18/20 19/14 70/2
**longstanding [1]**   19/1
**look [10]**   5/2 21/5 32/3 32/4
32/4 33/19 56/14 74/7 77/16
78/5
**looked [3]**   5/8 78/6 78/9
**looking [6]**   11/17 27/5 72/1
72/1 78/10 90/8
**looks [2]**   9/14 34/19
**lose [1]**   47/3
**losing [1]**   18/20
**lost [1]**   35/8
**lot [9]**   3/4 13/12 13/24 17/3
35/6 77/24 80/9 88/9 91/12
**loudly [1]**   22/14
**luck [3]**   45/6 54/11 54/17
**lunch [1]**   19/12
**Lupus [1]**   45/15

## M

**ma'am [8]**   36/20 52/18 53/22
57/6 57/25 58/2 58/22 81/5
**made [6]**   3/7 6/5 20/4 20/22
40/18 61/17
**Madeiros [1]**   25/11
**madness [1]**   31/10
**main [1]**   61/13
**mainly [1]**   13/6
**maintenance [1]**   58/1
**Maiorino [1]**   25/11
**major [2]**   45/25 85/9
**make [30]**   16/22 19/7 22/14
22/16 22/18 22/23 26/13
29/25 33/4 33/25 37/2 39/15
40/7 44/18 55/15 60/13 64/16
66/5 66/10 66/10 70/9 70/9
76/3 82/14 83/8 88/9 89/20
89/24 90/3 93/18
**man [2]**   56/15 64/8
**manager [1]**   89/5
**many [10]**   12/24 16/8 29/23
45/14 51/7 71/17 71/20 71/21
73/9 82/23

**marijuana [1]**   53/9
**marking [2]**   7/8 12/5
**Martinez [1]**   25/11
**maternity [1]**   61/8
**Matt [1]**   25/11
**matter [4]**   21/21 22/2 77/17
96/2
**matters [2]**   14/19 16/21
**may [27]**   2/8 2/10 2/17 3/3
4/10 4/17 15/13 17/3 17/5
20/19 20/20 24/17 24/18
26/22 31/3 32/14 41/9 41/21
42/23 63/19 64/17 65/4 69/8
69/14 72/3 73/3 90/12
**maybe [17]**   34/7 41/1 54/10
55/14 63/13 70/23 70/23
71/18 73/19 74/6 77/18 77/18
77/25 85/1 88/20 88/21 90/19
**me [67]**   3/16 4/2 4/8 5/11
6/3 7/8 12/16 15/24 17/9
18/24 19/18 20/13 21/21
22/12 22/19 23/2 23/7 24/22
27/7 27/14 31/14 33/25 34/23
35/13 37/2 37/3 39/9 39/25
40/10 40/21 45/13 47/18
48/25 52/12 52/17 54/4 56/8
56/10 59/2 59/21 60/11 60/13
60/13 62/10 62/13 64/22 66/2
66/9 66/13 69/21 70/11 70/14
71/23 71/25 75/10 75/12
75/19 75/24 76/7 76/11 88/18
90/24 91/19 92/17 92/24 93/2
94/10
**mean [7]**   2/21 3/10 14/8
63/10 89/9 94/10 94/20
**Meaning [1]**   52/14
**means [6]**   10/1 10/16 26/1
56/19 74/1 92/2
**meant [2]**   7/12 89/10
**mechanic [1]**   58/1
**mechanical [1]**   58/21
**media [12]**   13/25 32/3 32/3
71/10 84/9 85/5 86/4 94/11
94/12 94/20 94/20 95/6
**medical [2]**   60/16 78/23
**meet [1]**   19/6
**Melanie [7]**   11/24 22/8 23/1
30/8 76/12 76/13 88/5
**melanoma [1]**   59/19
**member [1]**   81/20
**members [3]**   44/4 64/10 66/14
**membership [1]**   81/23
**mention [4]**   15/6 18/24 19/21
31/13
**mentioned [2]**   25/11 60/3
**message [3]**   51/8 51/10 51/10
**messages [1]**   92/3
**met [1]**   36/8
**method [1]**   31/10
**Michael [6]**   24/24 25/1 25/6
37/22 37/23 38/1
**microphone [2]**   22/18 30/15
**mid [1]**   93/13
**middle [2]**   44/22 44/24
**might [25]**   2/14 2/23 3/17
9/14 9/23 15/3 15/4 15/5
15/14 19/14 19/15 37/23 41/1
41/16 45/22 47/12 49/2 60/4

**M**

**might... [7]** 67/4 70/24 74/6 90/20 90/21 91/1 91/24
**Military [1]** 52/3
**mind [7]** 49/12 53/3 63/15 63/23 68/16 77/23 91/23
**mine [4]** 4/1 7/8 36/9 89/4
**Mingerman [4]** 51/22 83/5 83/15 87/9
**ministerial [1]** 14/19
**minor [1]** 27/3
**minus [1]** 13/1
**minute [1]** 76/12
**minutes [5]** 16/14 16/18 18/11 78/10 95/12
**misled [1]** 30/4
**miss [2]** 12/14 93/14
**missed [1]** 4/8
**mixed [1]** 53/12
**mom [2]** 55/11 55/11
**moment [10]** 22/1 25/4 25/8 39/5 68/7 68/8 83/16 85/4 91/3 91/18
**moments [1]** 2/14
**Monday [7]** 18/23 26/3 42/7 42/21 57/18 75/16 88/22
**Monteith [2]** 24/24 25/12
**month [4]** 42/6 55/2 70/23 70/24
**months [1]** 19/18
**Moore [2]** 56/4 82/18
**more [31]** 3/13 5/23 16/17 26/2 30/21 35/22 37/25 38/11 40/7 45/3 46/22 51/2 51/9 54/16 57/3 57/14 59/20 60/21 65/5 68/2 70/11 72/16 74/17 78/12 80/20 82/8 84/3 84/14 85/14 86/16 89/13
**morning [18]** 42/10 43/21 52/11 57/19 58/6 58/20 58/24 81/13 85/17 85/20 86/21 87/20 88/3 88/4 90/10 94/17 95/9 95/16
**most [4]** 31/11 70/7 79/19 85/12
**mother [3]** 50/13 50/23 55/16
**mothers [1]** 61/8
**motions [1]** 20/14
**mouthed [1]** 40/22
**move [14]** 5/3 7/3 8/7 8/17 8/24 10/12 10/22 11/9 11/21 15/5 20/6 20/7 48/12 48/13
**moving [4]** 6/19 8/11 8/22 20/2
**Mr [30]** 15/17 18/18 19/6 21/2 36/6 36/8 36/15 37/4 37/6 37/12 40/21 42/2 43/2 44/9 44/21 44/22 51/22 53/21 57/12 59/12 61/4 72/24 75/6 75/23 76/23 81/4 83/5 83/18 90/21 95/15
**Mrs [1]** 23/2
**Mrs. [1]** 22/12
**Mrs. Stipes [1]** 22/12
**Ms [3]** 45/11 48/2 68/11
**Ms. [9]** 34/23 35/16 50/6 54/22 56/4 62/7 65/13 67/15

93/2
**Ms. Cardenas [1]** 65/13
**Ms. Carrano [1]** 62/7
**Ms. Elliott [1]** 67/15
**Ms. Fox [1]** 93/2
**Ms. Kanwar [1]** 50/6
**Ms. Moore [1]** 56/4
**Ms. Rostad [1]** 54/22
**Ms. Steedly [2]** 34/23 35/16
**much [21]** 35/13 37/14 38/21 42/8 44/8 46/10 47/22 49/21 50/1 50/22 50/22 51/16 53/14 55/24 59/5 59/7 61/18 62/2 65/8 67/10 68/5
**multiple [1]** 8/15
**murdered [1]** 5/22
**must [5]** 36/11 73/22 92/1 92/12 94/18
**Musto [1]** 24/24
**my [108]**

**N**

**name [11]** 5/8 15/14 21/22 23/6 24/13 24/19 34/1 44/22 69/2 70/23 70/25
**names [7]** 12/2 15/3 15/6 23/15 24/17 24/22 27/13
**narcotics [1]** 36/23
**Naturalization [1]** 19/22
**nature [2]** 4/11 21/17
**necessarily [1]** 20/3
**neck [1]** 59/23
**need [37]** 3/19 16/21 17/5 17/11 18/25 20/12 21/21 22/2 22/25 23/13 40/5 40/17 40/25 45/4 46/8 48/12 56/19 56/23 57/4 57/5 61/18 61/25 71/23 72/15 76/1 76/8 76/10 76/11 76/16 80/21 82/7 83/14 83/18 83/21 84/3 90/6 91/2
**needed [1]** 51/11
**needs [3]** 43/22 94/8 95/17
**neighbor [1]** 5/9
**nephew [6]** 34/6 34/8 34/13 34/25 35/3 35/8
**nervous [1]** 58/13
**networking [1]** 92/4
**never [1]** 32/12
**new [9]** 6/23 46/23 48/12 48/13 52/20 52/25 86/1 86/25 89/5
**news [14]** 70/24 71/4 71/21 72/4 72/4 78/2 81/10 81/12 81/14 81/25 87/19 92/7 94/15 95/1
**newspaper [2]** 90/1 94/18
**newspapers [1]** 94/22
**next [24]** 3/11 5/6 18/15 24/16 25/15 25/22 29/2 30/25 31/14 33/7 36/10 50/17 54/19 55/4 59/21 59/25 68/7 68/23 68/24 69/12 88/19 88/23 90/19 93/9
**nice [2]** 64/6 77/23
**niece [1]** 7/16
**night [5]** 55/3 58/13 58/18 58/24 93/25
**no [54]** 1/3 4/21 7/6 8/23

8/25 9/1 11/10 11/14 12/15 17/18 18/19 20/14 21/4 22/16 22/21 24/1 25/14 25/21 25/25 26/3 35/5 37/8 37/11 39/19 40/2 43/9 50/20 52/16 53/12 56/10 56/15 59/1 64/8 66/1 66/24 67/2 67/6 68/17 72/11 72/19 72/19 74/19 74/24 82/10 83/11 84/22 86/1 86/11 89/25 90/5 92/21 94/4 94/7 94/20
**nobody [5]** 40/2 84/16 84/23 88/15 89/20
**none [2]** 31/22 79/10
**nonetheless [1]** 31/20
**noon [3]** 18/25 20/8 75/9
**Norm [1]** 56/9
**north [1]** 62/13
**not [134]**
**note [7]** 3/7 5/8 6/5 15/7 83/17 84/9 95/14
**noted [13]** 2/16 2/19 3/15 4/23 5/21 5/24 6/1 6/16 6/17 6/19 11/12 11/12 36/21
**nothing [11]** 20/22 21/7 21/15 31/20 45/24 63/11 89/9 90/13 90/13 90/13 90/13
**notice [1]** 17/14
**noticed [2]** 7/11 88/10
**noting [1]** 9/4
**November [7]** 1/7 25/22 48/15 48/17 48/21 50/18 67/19
**November 14th [1]** 50/18
**November 15th [1]** 67/19
**November 17th [3]** 48/15 48/17 48/21
**now [32]** 5/20 6/10 12/12 13/4 14/9 14/19 22/19 23/25 24/2 24/16 25/15 29/2 31/13 31/25 36/3 37/4 40/10 46/13 54/3 54/5 63/1 69/11 74/15 75/10 75/19 86/2 86/9 86/14 87/5 91/17 92/22 93/16
**nuclear [1]** 73/6
**number [86]** 3/6 3/22 3/25 4/8 4/9 4/23 4/23 5/6 5/21 5/24 6/4 6/6 6/7 6/12 6/14 6/19 6/20 6/23 6/24 6/25 7/14 7/18 7/23 7/23 8/2 8/4 8/5 8/11 8/22 9/9 9/12 9/12 9/23 10/5 10/16 10/20 10/20 21/24 23/16 24/9 25/3 25/4 26/17 27/14 27/16 27/19 27/21 27/23 27/25 28/1 31/4 36/3 36/6 37/7 37/19 38/15 38/23 39/6 41/23 45/8 49/1 53/18 53/21 56/1 59/9 65/10 66/13 68/8 68/8 72/21 73/13 73/13 74/11 75/3 75/23 75/24 76/20 81/1 83/15 85/10 88/12 89/1 89/16 89/17 91/4 91/15
**numbers [5]** 11/25 23/15 27/14 27/18 31/13
**numerous [1]** 61/9
**nurse [1]** 58/9
**nursing [1]** 58/12
**NW [1]** 1/18

115

**O**

**oath [3]**   22/25 23/3 30/9
**Obama [1]**   7/12
**objection [7]**   4/21 7/6 8/25
9/1 11/10 83/10 83/11
**objective [2]**   6/15 49/3
**obligations [1]**   46/9
**obnoxious [1]**   64/4
**obstacle [1]**   27/10
**Obviously [1]**   45/24
**occupants [2]**   29/17 29/19
**occupied [1]**   29/15
**occurred [1]**   29/11
**October [2]**   47/4 47/7
**October 6th [1]**   47/7
**off [22]**   18/23 32/4 42/12
43/19 44/6 46/22 55/12 58/5
61/10 64/3 64/5 64/5 69/9
69/10 69/15 70/1 79/25 85/1
87/4 87/5 92/5 94/19
**offend [1]**   9/25
**office [11]**   1/14 10/10 10/10
14/13 31/14 35/9 36/8 63/3
74/7 81/8 86/23
**office is [1]**   36/8
**officer [13]**   6/9 15/13 22/22
38/1 64/7 72/9 77/10 77/22
78/15 78/16 79/12 81/18 82/4
**officers [13]**   15/12 29/13
29/13 29/16 29/19 29/20
29/24 60/14 63/10 71/17
71/19 77/10 78/23
**officers' [1]**   30/4
**offices [1]**   36/10
**Official [3]**   1/23 1/23 96/5
**often [2]**   22/10 92/16
**oh [3]**   77/7 77/9 90/23
**okay [124]**
**old [25]**   9/16 11/20 39/23
39/24 43/15 43/17 43/17
43/20 43/22 44/2 44/7 45/16
50/13 55/2 55/2 57/22 57/24
62/11 68/16 69/6 69/6 69/20
69/21 70/4 70/5
**older [1]**   8/15
**once [3]**   13/23 14/7 92/22
**one [68]**   3/2 3/11 5/6 5/10
12/11 12/12 13/24 14/6 14/7
15/2 15/4 15/11 16/12 19/14
21/21 22/2 22/5 30/21 31/17
32/11 35/22 35/24 38/11 39/5
39/19 40/7 40/9 41/13 43/16
45/3 45/14 51/2 51/9 54/16
55/11 57/3 59/19 60/21 64/20
65/5 68/2 68/7 69/4 72/16
73/1 73/7 73/13 73/19 75/8
75/9 75/10 77/11 77/12 77/17
79/1 79/5 80/20 82/8 83/2
83/14 88/11 88/19 88/19
89/16 91/4 91/16 91/18 92/21
**one-on-one [1]**   88/19
**ones [3]**   3/1 13/20 15/25
**only [21]**   12/6 19/19 27/2
31/19 32/7 48/8 52/6 54/2
68/21 72/9 79/16 83/14 84/6
85/13 86/14 90/14 91/9 92/13
92/19 92/20 92/20

**open [6]**   11/5 14/10 49/12 53/3
63/15 91/23 94/16
**opening [3]**   18/9 18/11 18/12
**opinion [2]**   3/19 80/3
**opinions [2]**   64/13 64/15
**opportunity [3]**   26/9 46/23
46/23
**opposed [1]**   20/7
**order [3]**   52/5 52/13 81/20
**orderly [1]**   22/24
**orders [1]**   21/5
**organizations [2]**   67/1 81/24
**OSBORNE [3]**   1/13 2/4 23/7
**other [42]**   2/23 5/25 13/14
18/5 24/1 27/2 31/17 31/23
32/4 33/4 33/19 35/1 36/10
36/13 37/5 41/6 41/17 44/5
46/8 53/2 58/12 59/25 61/14
61/16 61/17 68/22 69/23
69/24 71/10 73/17 74/1 74/9
80/2 81/15 85/23 91/20 92/2
92/13 92/18 93/6 93/16 95/6
**others [2]**   31/6 82/11
**otherwise [2]**   16/1 72/17
**our [10]**   14/15 18/2 18/22
22/12 22/22 47/1 48/12 69/25
86/9 91/13
**ourselves [1]**   33/14
**out [44]**   2/12 3/23 5/2 6/15
11/3 17/4 19/3 19/4 19/20
20/12 22/8 22/10 22/11 23/1
32/24 37/23 38/9 38/14 40/5
43/13 44/1 44/5 45/2 47/7
50/10 51/1 54/15 55/2 55/3
55/16 56/9 57/2 59/21 59/22
60/1 64/19 68/1 70/7 73/21
75/12 76/4 76/5 77/13 77/15
**out-of-pocket [1]**   19/4
**outage [4]**   73/5 73/6 73/8
73/9
**outpatient [1]**   43/6
**outside [5]**   14/12 31/4 33/3
35/17 92/15
**over [13]**   12/16 25/15 30/21
58/5 78/10 82/14 85/22 86/24
87/25 88/2 88/15 89/14 90/16
**overcome [1]**   35/11
**overlap [1]**   68/9
**overlaps [1]**   41/19
**overseas [1]**   68/19
**overtime [1]**   10/6
**overview [1]**   52/24
**own [4]**   5/2 56/11 79/25 80/3
**oxycodone [1]**   34/17
**Oxycontin [1]**   34/7

**P**

**packet [2]**   3/4 3/23
**page [2]**   15/2 84/11
**Pahokee [1]**   7/15
**paid [1]**   68/24
**PALM [13]**   1/2 1/7 1/15 1/21
1/24 5/16 10/10 65/24 66/6
66/20 74/6 77/21 90/16
**panel [1]**   92/22
**paper [4]**   50/14 77/2 78/2
94/16
**papers [1]**   54/1

**parent [1]**   9/15
**parents [3]**   61/7 64/5 69/23
**parking [1]**   88/7
**part [2]**   26/9 82/4
**Partially [1]**   60/9
**participate [2]**   26/10 66/25
**particular [5]**   34/21 71/4
72/1 78/2 79/5
**particularly [1]**   37/5
**parties [9]**   14/11 24/14
32/10 49/15 72/7 73/25 91/7
92/6 92/14
**partner's [1]**   38/4
**party [1]**   78/16
**pass [1]**   22/17
**past [2]**   13/22 38/4
**pastor [1]**   60/6
**Patel [2]**   12/21 82/20
**patience [1]**   88/1
**patiently [1]**   87/19
**Patrick [2]**   24/24 25/11
**Pauline [3]**   1/23 18/20 96/5
**pause [2]**   22/3 24/19
**PBA [1]**   15/11
**PBSO [2]**   73/14 74/8
**Pennsylvania [1]**   1/18
**pens [4]**   17/6 17/20 33/20
40/16
**people [34]**   2/12 3/4 4/25
12/1 13/24 14/12 16/24 17/3
26/19 26/25 29/15 31/1 38/15
41/10 41/20 44/5 47/14 49/4
54/9 58/13 61/14 61/16 61/17
61/25 64/12 71/10 71/18 73/9
81/9 84/6 85/8 85/17 88/10
88/12
**people's [1]**   8/13
**percent [2]**   5/1 45/19
**peremptories [6]**   16/5 83/22
86/12 86/13 86/15 87/6
**peremptory [1]**   16/12
**perfect [1]**   48/24
**perfectly [1]**   26/21
**perform [1]**   29/14
**period [2]**   20/23 70/2
**permitted [2]**   31/15 94/22
**person [18]**   3/13 3/13 3/17
4/11 6/1 6/1 6/2 6/5 8/3 9/8
13/24 14/7 15/4 17/6 17/14
49/4 54/19 90/1
**person's [1]**   41/18
**personal [9]**   4/10 4/17 5/9
6/7 6/8 6/25 49/2 63/19 67/3
**personally [2]**   34/6 56/8
**personnel [1]**   78/23
**persons [2]**   24/17 63/20
**Peru [1]**   68/20
**Phil [1]**   2/7
**Philip [4]**   2/3 21/24 24/6
29/21
**PHILLIP [1]**   1/7
**phone [3]**   47/12 55/15 75/24
**phones [2]**   32/2 32/14
**phrases [1]**   92/16
**pick [13]**   17/25 18/7 18/22
39/17 39/18 39/19 39/25 40/1
40/9 42/16 44/6 62/12 62/18
**picked [7]**   43/22 77/19 77/20

**P**

**picked... [4]**   77/25 90/18 90/19 90/22
**Pierce [1]**   1/24
**Pierce/West [1]**   1/24
**pile [1]**   85/11
**Pitt [3]**   12/18 12/20 82/19
**place [3]**   20/11 60/14 61/17
**places [2]**   23/16 92/8
**Plaintiff [3]**   1/5 1/13 10/18
**plan [3]**   44/16 44/17 90/10
**planning [3]**   20/5 44/11 89/14
**plans [3]**   31/22 67/25 90/10
**plant [1]**   73/6
**play [2]**   21/1 21/7
**please [5]**   50/8 60/22 75/24 80/22 87/18
**pled [1]**   73/21
**plus [1]**   4/13
**pocket [1]**   19/4
**podium [2]**   17/22 33/19
**point [16]**   2/15 5/10 6/22 7/25 17/17 17/18 17/20 21/15 30/8 31/12 31/15 32/17 41/15 73/6 86/24 90/6
**pointing [1]**   24/2
**police [39]**   4/9 4/12 4/24 6/7 6/9 6/24 7/15 7/15 10/9 10/11 11/8 29/12 29/13 29/16 38/1 41/18 56/13 63/3 63/10 66/15 66/16 66/17 66/22 69/21 70/12 71/17 71/18 72/9 77/10 77/10 77/22 78/15 78/16 81/8 81/17 81/18 81/20 81/23 82/4
**policeman [2]**   5/7 36/22
**political [1]**   9/9
**Port [1]**   63/6
**pose [1]**   54/7
**poses [2]**   26/7 26/24
**position [2]**   40/11 58/11
**possession [1]**   60/10
**possible [5]**   2/16 9/19 55/21 60/2 61/18
**potential [2]**   14/23 21/23
**Powell [1]**   61/4
**power [4]**   70/16 71/6 71/16 73/5
**practice [1]**   35/10
**preceding [1]**   64/15
**precisely [1]**   21/6
**predict [1]**   67/24
**predicted [1]**   48/5
**prefer [1]**   18/10
**preference [1]**   14/15
**preliminary [2]**   18/8 86/2
**premature [2]**   91/23 91/24
**present [4]**   30/1 41/1 44/12 73/25
**presented [6]**   17/11 32/9 71/8 71/11 73/3 92/13
**press [4]**   13/23 84/5 84/7 86/20
**presumably [2]**   84/17 84/22
**pretty [5]**   18/13 18/18 42/8 44/8 52/1

**prevent [11]**   115 110/7
**Prevention [1]**   81/21
**previous [1]**   46/22
**pricey [1]**   62/20
**primary [1]**   62/24
**principle [1]**   38/19
**prior [1]**   21/2
**privately [1]**   6/11
**proactively [1]**   94/25
**probability [1]**   26/4
**probably [15]**   2/24 4/2 8/6 9/24 12/10 12/11 19/3 40/13 55/13 55/18 61/19 77/17 78/9 79/13 90/23
**problem [17]**   13/23 18/15 18/20 19/25 26/7 40/22 41/1 48/18 50/20 54/7 59/1 67/23 68/16 73/8 75/21 84/12 85/14
**procedure [1]**   30/7
**proceed [2]**   33/9 87/7
**proceedings [2]**   1/10 96/2
**process [8]**   14/14 26/10 32/22 47/19 72/12 85/16 86/24 95/13
**professor [6]**   75/9 75/11 75/23 75/24 76/6 76/7
**profile [1]**   41/18
**promised [1]**   92/20
**property [2]**   64/3 64/4
**proposing [1]**   14/9
**prospective [48]**   33/23 36/2 36/4 37/15 37/17 38/22 38/24 40/15 41/24 45/7 45/9 46/12 46/14 47/23 47/25 50/2 50/4 51/18 51/20 53/17 53/19 54/18 54/20 55/25 56/2 57/8 57/10 59/8 59/10 60/25 61/2 62/3 62/5 65/8 65/11 67/11 67/13 68/6 68/10 72/20 72/22 75/2 75/4 76/19 76/21 80/25 81/2 90/15
**protecting [1]**   56/10
**provide [1]**   10/6
**provided [2]**   2/9 89/25
**providing [1]**   11/19
**prudent [1]**   95/3
**pull [4]**   16/24 39/4 83/25 91/17
**pulled [2]**   40/13 90/9
**purpose [1]**   29/6
**pursuit [1]**   29/14
**push [1]**   64/22
**put [13]**   2/21 5/12 13/15 17/10 18/8 35/1 64/9 64/19 72/3 79/25 80/14 80/15 94/14
**puts [1]**   59/21

**Q**

**qualified [1]**   92/21
**Quantico [1]**   70/25
**quarter [2]**   42/12 70/8
**question [38]**   3/2 3/25 4/10 4/23 5/21 5/24 6/7 6/20 6/25 7/11 7/18 7/23 8/5 8/11 8/22 9/3 9/9 13/4 13/23 26/6 32/17 33/8 40/9 48/25 49/1 50/11 64/12 66/25 70/14 71/25 79/13 83/25 84/5 84/7

**prevent [1]**   84/13 86/8 90/21 91/3
**questioning [3]**   17/18 35/7 37/5
**questionnaire [6]**   2/17 17/15 48/25 63/2 85/22 89/14
**questionnaires [5]**   2/10 2/12 2/15 2/25 85/7
**questions [18]**   3/13 13/13 16/15 16/15 16/24 22/17 32/23 37/4 37/8 41/17 42/23 44/9 46/2 70/11 78/12 86/8 89/13 91/1
**quick [4]**   15/19 18/18 82/13 95/17
**quickly [1]**   2/18
**quietly [5]**   51/1 54/15 60/20 76/4 82/12
**quite [5]**   10/16 16/16 62/20 84/5 88/11

**R**

**race [1]**   72/8
**radio [2]**   90/1 94/15
**raided [1]**   35/9
**raise [13]**   16/25 17/1 22/20 23/11 24/8 24/19 27/12 30/14 41/21 84/17 89/1 90/4 94/4
**raised [32]**   13/7 14/5 14/12 23/22 25/5 31/2 34/4 37/22 39/6 42/4 42/6 45/11 46/18 48/4 50/9 50/11 54/22 54/24 56/4 57/12 59/14 61/6 62/9 62/24 65/15 67/15 68/13 73/1 75/6 76/25 81/6 92/24
**raising [3]**   23/18 88/10 93/3
**Ramos [1]**   25/12
**ran [2]**   4/3 5/18
**rather [6]**   26/21 41/11 49/11 53/25 78/19 84/2
**Raton [2]**   6/6 81/17
**reach [4]**   32/8 49/13 79/5 79/10
**reached [1]**   79/9
**read [27]**   13/11 13/12 24/21 29/2 29/3 29/5 29/8 30/13 31/25 38/5 49/16 52/23 77/2 77/5 77/5 79/17 79/24 80/14 84/8 84/23 89/18 89/21 89/22 91/16 91/19 92/7 94/23
**reading [2]**   13/12 94/21
**real [1]**   15/19
**realize [1]**   85/14
**really [6]**   19/13 31/9 60/12 89/12 90/23 94/3
**reason [8]**   4/15 17/19 19/23 26/23 39/13 43/24 61/13 62/24
**reasonable [2]**   18/22 93/19
**reasons [6]**   27/2 45/14 45/15 45/15 55/19 89/3
**recall [3]**   21/6 70/22 87/3
**recalling [1]**   71/5
**recap [1]**   84/16
**received [1]**   95/14
**recent [2]**   70/23 79/19
**recently [3]**   48/7 81/12 89/5
**recess [1]**   33/11
**recessed [1]**   95/20

**R**

recognition [1] 34/24
recognize [3] 26/8 34/21
 34/22
recognized [2] 34/9 34/10
record [6] 11/24 11/25 12/1
 15/7 30/15 96/2
recorded [3] 51/8 51/10
 51/10
recover [1] 35/10
reduce [1] 46/23
refer [1] 23/16
regard [1] 89/25
regarding [7] 6/8 9/15 30/4
 44/11 61/6 65/16 81/15
regular [1] 19/12
related [1] 92/8
relations [2] 8/4 14/3
relationships [17] 8/2 8/14
 9/12 9/21 9/22 10/2 10/4
 11/14 11/15 11/16 12/8 12/13
 13/10 13/17 13/21 63/7 63/19
relative [1] 40/2
relatives [2] 66/14 86/7
release [1] 88/2
released [4] 35/25 43/9 51/1
 60/22
religion [2] 3/11 5/24
religious [2] 7/24 7/25
rely [3] 10/6 17/11 55/5
relying [1] 86/9
remain [2] 31/4 32/24
remaining [2] 85/4 85/21
remember [7] 36/14 71/1 77/4
 77/14 78/8 83/14 90/11
remind [2] 20/13 66/9
remove [1] 3/23
removed [1] 10/14
render [1] 71/12
report [5] 40/5 76/10 76/11
 82/7 88/5
reporter [6] 1/23 1/23 22/13
 91/10 96/5 96/6
reporting [1] 71/4
reports [9] 29/20 29/21
 29/23 29/25 30/1 30/2 30/5
 71/21 72/4
represent [1] 24/5
representation [1] 20/22
representative [1] 55/6
representing [1] 23/4
request [2] 21/1 21/8
require [2] 19/14 19/14
required [4] 35/20 38/10
 40/8 61/15
requires [1] 51/3
reschedule [1] 75/10
rescheduling [1] 54/7
research [5] 32/1 32/2 92/8
 94/23 94/25
reservations [2] 71/15 80/10
reserve [1] 41/15
respect [5] 20/20 21/4 35/2
 35/23 59/15
responders [1] 78/23
response [5] 5/21 6/14 6/19
 8/5 8/11

rest [2] 14/3 61/24
restaurant [1] 89/5
restroom [2] 17/23 95/18
result [1] 29/11
resulted [1] 29/14
retired [4] 5/7 5/12 6/24
 36/22
return [13] 26/3 45/4 46/8
 51/2 56/19 57/5 60/20 65/5
 72/15 80/22 84/1 85/15 95/9
returned [1] 87/16
returning [1] 55/3
review [3] 77/25 78/3 85/6
reviewed [1] 85/5
revisit [2] 20/19 93/13
Richardson [2] 22/8 23/3
right [58] 2/1 7/8 12/20
 13/4 14/9 14/19 15/14 19/9
 20/19 22/1 22/19 23/21 23/25
 24/3 25/2 25/7 29/1 30/24
 30/25 31/13 33/9 33/17 33/18
 36/8 37/12 38/8 40/3 40/10
 44/15 45/8 47/10 47/14 47/16
 47/16 53/14 53/21 54/3 54/4
 54/6 59/5 59/20 60/9 62/22
 63/1 64/24 68/8 71/25 72/11
 75/10 75/18 75/19 82/6 86/2
 86/14 87/18 89/11 91/16
 95/11
rights [2] 1/18 26/11
rise [1] 17/17
rises [1] 27/9
risk [1] 95/4
Rita [2] 22/22 24/21
Rivera [1] 25/12
Robert [2] 5/8 33/16
ROBIN [4] 1/11 1/24 25/1
 25/9
Robinson [1] 24/25
Rogers [1] 56/9
role [1] 22/7
Ron [1] 25/12
room [20] 23/10 26/16 31/7
 33/5 33/21 37/13 47/19 49/22
 53/14 55/20 59/6 61/23 67/7
 74/14 74/25 78/14 88/6 88/11
 90/9 94/19
Rosenbaum [1] 19/11
ROSENBERG [4] 1/3 1/11 1/24
 21/22
Rostad [1] 54/22
rude [1] 22/16
rule [1] 32/20
rules [7] 32/23 40/8 91/8
 92/11 92/23 94/3 95/7
rulings [1] 20/14
run [2] 19/8 95/4
running [1] 85/14
runs [1] 22/23
Ryan [1] 25/12

**S**

safe [3] 16/17 22/23 93/23
said [28] 2/16 13/5 13/24
 20/24 20/24 20/25 21/15
 22/13 33/12 33/15 48/25 49/3
 70/17 71/1 73/13 74/11 75/11
 77/7 77/11 77/13 77/16 77/17

88/16 88/19 89/3 89/17 94/7
 94/9
sales [1] 55/6
same [18] 6/5 9/13 18/5 29/8
 30/6 36/13 38/19 46/9 47/20
 53/15 55/21 74/9 74/10 84/11
 89/11 92/23 92/23 95/5
Saturday [1] 62/23
save [1] 3/17
saw [3] 5/6 24/13 41/2
say [35] 5/25 7/24 26/6
 32/14 32/15 35/5 46/21 48/6
 53/8 56/6 56/7 59/1 59/1
 60/12 65/19 67/17 68/20 69/1
 69/2 70/22 71/10 71/24 79/25
 80/16 84/18 84/23 85/15 86/9
 90/6 90/15 93/17 93/20 93/24
 95/2 95/3
saying [10] 11/5 12/2 37/22
 39/16 39/16 70/24 77/24
 80/10 80/12 80/13
says [4] 5/1 7/2 88/16 92/20
scene [1] 29/20
schedule [6] 26/7 26/20
 59/15 59/25 65/16 66/2
scheduled [5] 42/7 42/21
 54/3 59/24 67/18
scheduling [7] 9/15 61/6
 62/9 67/16 68/14 73/2 75/7
school [8] 5/10 15/16 43/25
 65/20 65/21 68/15 69/23
 75/15
schooling [1] 69/25
schools [1] 39/13
screen [1] 94/16
scribbled [1] 11/3
search [1] 92/5
searching [2] 46/24 47/13
seat [2] 15/22 16/1
seated [2] 2/8 87/18
seating [1] 23/17
second [4] 15/3 20/17 21/8
 93/14
security [1] 22/22
Sedrick [1] 24/23
see [37] 6/17 9/11 14/5
 14/14 16/17 17/19 17/20
 24/22 27/7 29/7 33/20 33/25
 36/13 37/19 40/16 41/17 48/2
 49/5 51/10 55/16 56/8 57/4
 58/1 63/1 66/13 67/16 67/19
 73/16 76/23 81/14 81/17
 82/13 83/17 85/7 87/13 94/16
 94/17
see you [1] 81/17
seeing [5] 22/21 24/1 25/14
 90/8 95/4
seeking [1] 47/6
Seem [1] 56/10
seemed [1] 40/17
seen [2] 81/10 81/12
seizures [1] 57/20
selected [15] 32/7 36/17
 38/18 49/10 55/14 55/14
 58/23 63/9 66/8 71/7 72/6
 73/23 79/15 91/9 92/22
selection [5] 12/4 18/14
 20/1 21/17 31/8

**S**

**self [1]** 59/22
**self-employed [1]** 59/22
**send [1]** 33/20
**sense [2]** 25/19 86/17
**sensitive [4]** 6/14 49/3 49/4
56/17
**separately [2]** 17/16 85/3
**sergeant [6]** 2/6 21/2 21/7
24/5 29/22 95/15
**series [1]** 13/13
**serious [2]** 32/19 89/4
**serve [17]** 26/12 26/25 27/10
42/4 45/12 45/14 48/4 51/25
56/5 57/13 65/15 73/20 78/21
88/16 88/24 89/4 89/15
**served [5]** 69/12 75/22 77/21
78/14 79/3
**service [15]** 26/8 31/22
35/22 40/7 45/3 51/2 56/24
60/21 65/6 72/17 75/22 80/21
80/22 82/8 90/7
**serving [4]** 4/24 39/8 50/10
50/12
**set [1]** 90/9
**seven [2]** 4/24 18/17
**several [2]** 44/14 74/14
**severance [2]** 20/15 21/11
**shaking [1]** 58/7
**shall [1]** 86/20
**Shannon [1]** 37/19
**share [2]** 65/3 74/20
**shared [1]** 88/17
**sharing [1]** 56/17
**Sharma [1]** 25/13
**she [48]** 3/16 10/9 10/11
15/11 15/15 22/9 22/9 22/10
22/10 22/12 22/13 22/23
22/24 23/3 39/21 39/21 41/7
41/7 41/9 41/10 41/10 41/11
41/11 42/7 42/8 42/18 42/21
43/7 43/7 43/9 43/13 43/25
43/25 44/14 50/14 58/11
58/12 58/13 58/14 58/14
58/15 58/16 77/13 77/17 78/6
78/7 78/7 89/18
**Sheriff's [2]** 10/10 74/7
**shift [1]** 58/25
**shifts [1]** 58/18
**shooting [1]** 56/14
**short [2]** 27/3 33/11
**shortly [1]** 67/8
**should [14]** 3/14 4/4 4/16
7/4 15/22 17/15 32/24 33/3
41/19 61/14 75/18 86/18
91/23 92/5
**shouldn't [4]** 2/17 5/13 9/25
91/19
**show [6]** 14/11 27/7 29/9
30/6 30/12 54/1
**sick [2]** 50/14 57/18
**side [6]** 11/2 16/12 16/14
74/15 80/15 93/23
**sidebar [3]** 15/17 15/18 16/3
**sides [5]** 14/19 17/18 17/19
53/11 67/5
**Sigman [1]** 34/8

**sign [1]** 16/5 11/5
**Signature [1]** 96/6
**significant [1]** 27/4
**simply [1]** 35/5
**since [5]** 16/15 47/7 57/18
81/11 82/1
**single [1]** 10/5
**sir [1]** 44/11
**sit [7]** 2/21 3/10 3/16 27/2
49/6 86/22 86/23
**sitting [3]** 10/7 74/14 95/1
**situation [3]** 38/5 63/24
64/1
**six [5]** 16/5 18/17 19/18
55/2 70/6
**skill [1]** 10/18
**Skip [1]** 16/1
**slates [1]** 64/14
**sleep [1]** 52/16
**smoothly [3]** 19/8 19/10
22/24
**so [160]**
**Sobrino [2]** 12/17 82/16
**social [1]** 92/3
**sole [1]** 55/1
**Solomon [1]** 24/25
**solve [1]** 48/18
**some [19]** 2/15 2/19 3/17 4/2
8/2 8/14 9/10 9/22 10/2 17/2
18/2 19/23 24/17 26/22 26/25
47/1 47/14 86/24 88/17
**somebody [8]** 5/13 6/22 15/7
32/12 33/12 34/4 36/6 70/24
**someone [4]** 2/20 24/9 33/15
69/16
**something [25]** 4/8 5/19 6/11
6/20 6/21 7/2 12/3 26/16
27/3 27/4 32/11 35/11 41/18
45/25 46/24 53/13 54/10
70/18 71/2 78/2 81/6 84/18
94/16 94/17 94/25
**sometimes [7]** 23/15 31/8
41/6 45/15 45/17 94/12 94/12
**somewhere [1]** 66/19
**son [13]** 6/6 6/8 15/15 15/15
38/2 48/8 48/9 57/18 57/22
58/4 58/11 58/13 58/14
**soon [8]** 4/18 34/9 40/13
53/16 55/21 60/2 61/24 75/1
**sooner [1]** 40/18
**sorry [7]** 22/4 27/21 54/6
56/20 56/22 56/23 72/18
**sorts [1]** 40/24
**sounds [6]** 6/10 7/4 18/22
44/6 70/25 94/17
**source [1]** 92/18
**sources [2]** 95/6 95/6
**South [2]** 68/18 81/8
**SOUTHERN [1]** 1/1
**Space [1]** 92/4
**speak [19]** 5/11 18/2 22/14
22/15 31/1 31/5 35/17 35/25
38/16 46/4 54/14 57/1 60/11
60/19 61/25 65/2 73/3 80/22
88/18
**speaking [4]** 19/1 19/11 46/6
62/9
**special [2]** 23/8 92/16

**specific [1]** 20/4
**specifically [1]** 7/24
**spent [1]** 78/10
**spoke [4]** 6/4 54/24 88/12
88/17
**sports [1]** 31/23
**spots [1]** 59/20
**spouse [1]** 58/9
**Springer [2]** 76/23 82/17
**stand [2]** 82/14 87/22
**standard [2]** 41/4 89/10
**standby [1]** 84/14
**stands [1]** 19/20
**start [8]** 18/23 52/14 52/16
84/2 86/24 87/25 91/5 91/5
**started [3]** 58/7 86/13 89/6
**starting [1]** 64/19
**starts [2]** 14/7 20/8
**State [3]** 40/13 65/24 66/6
**stated [1]** 4/17
**statement [9]** 3/8 3/14 13/11
13/12 14/20 20/25 21/1 29/3
29/3
**statements [2]** 18/9 21/3
**STATES [8]** 1/1 1/4 1/11 1/14
2/3 21/24 23/4 23/7
**stay [6]** 7/25 43/7 43/8
44/15 61/12 61/15
**staying [1]** 20/5
**Steedly [5]** 23/20 34/2 34/23
35/16 82/19
**step [1]** 23/1
**stepbrother [1]** 53/8
**Stephen [1]** 25/10
**stickies [1]** 86/7
**still [8]** 56/9 56/15 85/8
85/10 85/10 86/7 86/10 91/17
**Stipes [3]** 1/23 22/12 96/5
**stitches [1]** 59/23
**stop [8]** 22/1 29/14 42/9
42/11 42/13 42/17 43/19
77/12
**stopped [2]** 29/16 77/18
**stories [1]** 72/4
**story [1]** 49/5
**straight [1]** 93/15
**Street [1]** 1/21
**stressful [1]** 78/19
**stressing [1]** 75/12
**stricken [10]** 3/22 4/4 4/7
4/16 4/22 5/5 8/10 8/21 9/2
11/11
**strong [2]** 64/17 64/18
**struck [1]** 12/16
**Stuart [1]** 24/25
**student [3]** 75/8 75/14 76/13
**stuff [1]** 56/7
**stumble [1]** 32/3
**subject [3]** 21/1 37/5 91/7
**submitted [2]** 29/21 29/24
**subsequent [1]** 60/17
**such [4]** 26/24 27/9 27/9
92/4
**suffered [1]** 57/20
**suggest [2]** 83/3 89/9
**Suite [1]** 1/15
**summary [4]** 29/6 29/8 84/8
89/19

**S**

summons [1]   77/7
Sunday [1]   62/23
supervising [1]   29/22
support [1]   10/7
supposed [2]   51/6 76/14
sure [36]   7/12 9/19 9/20
10/16 11/13 16/22 19/7 22/14
22/16 22/18 22/23 25/24
26/14 26/15 30/10 33/25
39/15 40/8 61/19 64/16 66/5
66/10 66/18 69/1 69/3 70/22
76/3 76/5 82/15 84/5 86/4
88/9 89/20 89/24 90/3 93/20
surgeries [1]   44/14
surgery [18]   42/6 42/7 42/18
42/19 42/21 43/4 43/4 43/6
43/8 43/9 43/10 43/13 44/11
44/13 44/20 44/20 45/6 45/17
surprised [1]   84/6
SUSAN [3]   1/13 2/4 23/7
sworn [1]   30/11
system [3]   5/1 8/12 40/12

**T**

tab [1]   2/21
tabbed [3]   5/11 13/10 13/20
table [10]   2/2 23/11 23/23
24/4 24/8 24/10 33/13 33/16
34/5 36/7
taint [1]   32/13
take [31]   2/14 8/13 14/8
16/22 21/14 22/2 33/8 41/15
41/16 42/9 42/11 44/14 44/15
45/20 47/12 49/10 52/5 52/10
57/19 58/3 58/3 58/7 58/11
58/14 61/10 69/4 69/16 75/9
80/13 83/21 95/17
taken [1]   33/11
takes [4]   20/11 21/16 22/13
55/10
taking [5]   3/23 42/8 44/11
58/5 60/14
talk [36]   3/21 13/6 13/8
17/10 31/15 31/17 31/19
31/22 31/23 32/16 32/17
38/15 40/6 44/4 46/7 49/22
50/25 53/15 55/22 59/6 60/22
72/14 75/20 76/4 76/5 78/1
82/9 83/6 83/16 83/20 90/12
90/24 90/25 91/5 91/19 92/9
talked [2]   80/20 89/21
talking [6]   9/18 14/7 17/3
78/6 87/24 92/1
teacher [1]   38/3
team [1]   73/9
teams [1]   73/8
technology [1]   91/25
television [2]   91/10 94/16
tell [29]   11/2 18/19 24/22
25/25 27/14 31/14 35/17 39/9
45/2 45/13 49/9 52/17 54/4
54/15 55/1 60/19 62/10 66/2
80/8 81/7 84/1 87/10 87/12
90/24 93/2 93/5 93/6 93/7
94/22
telling [2]   47/16 80/15

tells [1]   15/11
temperature [1]   58/6
ten [4]   16/6 16/14 70/5
81/18
tend [2]   7/1 21/21
terms [1]   91/13
test [1]   75/8
testified [1]   21/2
testify [2]   15/13 63/13
testimony [2]   45/21 92/13
text [1]   92/3
than [17]   5/23 14/2 16/18
18/20 19/14 20/8 25/22 26/4
26/5 31/17 37/25 40/18 41/11
46/22 53/9 78/13 84/2
thank [44]   24/7 25/8 29/1
35/13 36/1 37/12 38/9 38/21
40/14 46/3 46/9 46/11 47/16
47/22 49/21 49/25 50/1 50/22
50/22 51/16 53/14 54/13
54/17 56/20 56/21 56/23 57/7
59/5 60/18 62/2 64/24 65/1
65/8 68/5 72/17 72/19 76/18
80/22 80/24 82/6 82/12 87/25
94/1 95/8
Thanks [5]   37/13 55/24 59/7
60/24 67/10
Thanksgiving [1]   47/1
that [424]
their [21]   2/20 3/2 5/2 12/2
14/12 14/25 16/25 17/1 17/22
23/18 25/17 25/18 29/21 30/1
32/10 56/10 67/19 74/18
84/17 88/1 88/10
them [40]   2/11 3/2 13/8
13/13 14/13 15/22 15/25
17/10 17/21 29/25 33/13
33/18 33/20 34/6 34/9 34/24
39/25 40/1 41/12 41/22 54/15
63/11 64/19 69/11 70/2 72/14
84/1 84/21 85/15 85/19
86/3 86/19 87/11 87/12 87/14
93/5 93/7 93/7 93/21
then [26]   4/25 6/5 7/11 7/17
7/23 9/8 13/1 14/6 15/17
20/24 21/7 25/23 40/3 42/14
42/15 43/7 49/9 59/22 62/22
64/10 67/24 77/5 81/11 82/1
85/18 88/22
there [85]   2/17 2/19 3/3 3/7
5/7 9/23 11/24 12/5 13/16
15/2 15/25 17/17 17/18 19/21
20/14 20/15 20/16 20/16 21/4
22/1 23/10 25/25 26/15 27/8
29/9 30/12 30/21 30/22 31/1
31/9 32/3 32/19 35/22 36/11
36/11 36/21 36/23 38/14
39/19 40/9 40/24 41/6 41/19
42/23 44/15 49/1 50/9 50/24
51/24 52/24 54/23 56/14
59/14 60/3 60/7 61/9 61/14
61/16 63/7 63/13 66/21 67/3
68/13 71/4 77/12 78/2 79/2
80/6 80/9 84/6 84/10 85/8
88/12 88/15 88/24 90/5 91/15
92/24 93/6 93/24 93/24 94/2
94/3 94/6 95/4
Thereupon [7]   21/19 30/11

33/6 33/11 87/16 95/10 95/20
these [9]   12/1 15/2 15/6
24/17 54/9 72/6 86/7 86/20
92/11
they [82]   2/16 2/17 2/21 3/9
3/10 8/5 8/5 9/14 11/8 11/13
13/14 13/14 13/15 13/15
15/22 16/25 17/1 17/11 17/12
17/12 19/18 19/22 20/22
20/24 20/24 20/24 21/7 24/18
25/18 25/18 25/19 31/6 32/15
32/21 33/12 33/18 34/11 37/3
39/12 41/10 51/5 51/7 51/8
54/4 55/16 56/10 56/12 56/13
56/25 57/4 59/1 59/1 59/2
59/20 60/2 63/10 64/2 64/2
64/3 64/23 68/24 68/25 69/1
69/24 78/22 81/25 84/7 84/14
84/15 84/17 84/18 84/18
86/22 86/22 86/23 87/13 88/5
88/16 92/12 94/13 94/13
94/14
thing [11]   6/5 12/6 19/20
25/15 29/2 29/9 60/12 72/10
84/25 85/2 90/14
things [19]   2/19 2/23 4/23
19/10 22/5 22/9 26/17 31/23
40/25 71/17 71/21 77/25 79/1
86/23 88/2 88/13 88/15 88/18
91/6
think [59]   2/11 2/18 2/19
2/23 3/7 3/18 3/19 4/4 5/1
5/15 6/21 8/19 11/8 11/17
13/19 18/6 18/22 18/23 19/5
19/24 20/5 20/6 20/16 20/18
21/14 30/25 31/3 35/22 40/24
41/7 47/18 48/20 52/14 52/24
55/15 56/18 57/3 62/17 63/10
63/22 67/23 68/9 70/14 70/16
71/14 73/18 77/18 78/22 79/2
82/8 84/3 85/6 85/12 86/4
86/16 86/18 88/20 89/4 93/12
this [115]
Thomas [3]   2/5 23/9 24/25
those [20]   3/1 12/5 13/8
13/15 16/21 27/8 40/24 46/9
51/4 63/7 70/9 72/16 85/4
85/17 87/8 88/12 88/25 90/25
91/1 94/4
though [1]   86/19
thought [10]   2/14 3/2 6/15
7/18 7/25 9/10 40/25 41/1
41/7 71/16
thousand [1]   22/9
three [9]   29/15 29/17 29/19
34/6 34/22 39/24 52/5 68/20
83/8
threshold [2]   27/1 41/5
through [23]   2/11 2/12 2/13
14/18 17/7 19/7 27/13 32/10
35/8 35/9 35/12 44/14 49/6
55/4 61/24 69/12 73/25 79/1
83/16 85/16 85/20 85/22
88/17
throughout [1]   51/8
Thursday [5]   9/17 19/12
68/23 88/21 90/20
ticket [2]   50/14 50/16

**T**

**Ticlavilca [1]**   57/12
**time [48]**   2/10 3/17 16/9 18/2 19/19 25/8 26/13 26/14 31/10 37/8 39/14 40/10 42/11 43/10 43/23 47/11 52/13 52/14 55/13 56/6 56/20 58/3 58/5 58/13 58/19 60/10 61/18 62/16 62/23 65/25 69/4 70/2 70/6 73/19 75/14 75/15 78/22 80/9 81/8 81/10 82/5 88/6 88/8 90/7 91/13 91/13 93/17 93/19
**times [9]**   4/24 8/16 22/10 39/8 44/15 51/7 54/24 61/10 79/3
**Timothy [1]**   34/8
**tipped [1]**   85/1
**today [22]**   18/1 18/7 18/22 20/12 20/13 26/2 26/18 55/2 55/12 57/19 58/5 61/20 70/8 75/9 75/20 83/8 85/21 90/8 91/12 93/5 93/7 93/15
**together [3]**   5/10 31/19 85/19
**told [6]**   44/17 51/7 52/23 93/4 93/7 94/18
**tomorrow [49]**   9/18 16/22 18/1 18/7 18/14 18/23 19/16 26/3 45/4 51/11 51/12 53/25 54/1 54/2 54/4 54/12 54/17 55/3 57/4 60/17 61/20 62/11 62/12 68/20 75/15 76/8 76/14 76/17 84/2 84/2 84/11 85/3 85/13 86/2 86/21 86/24 87/20 88/3 88/4 88/22 90/9 90/23 93/6 93/8 93/9 93/18 93/24 95/9 95/16
**tonight [7]**   51/9 51/13 54/16 57/4 76/8 84/10 95/2
**too [3]**   17/16 55/12 74/15
**took [5]**   21/10 56/25 69/10 69/14 80/9
**topic [1]**   81/10
**total [1]**   83/21
**Tots [1]**   38/3
**town [1]**   55/2
**traffic [1]**   29/14
**transcript [2]**   12/6 96/1
**transfers [1]**   83/8
**travel [5]**   26/17 69/8 69/9 88/7 90/10
**travels [1]**   68/19
**treat [1]**   74/9
**treated [2]**   53/24 64/23
**trial [43]**   1/10 3/10 8/14 13/14 18/1 19/7 19/23 24/18 25/16 25/20 25/21 25/25 26/18 34/7 34/8 34/13 35/7 35/24 43/21 46/19 48/5 48/17 50/12 53/4 54/25 56/6 56/7 57/13 61/6 61/21 62/10 62/22 64/16 65/17 66/4 67/16 67/24 70/25 79/19 80/21 88/19 88/21 91/23
**trip [1]**   68/22
**trouble [3]**   22/19 46/19

**true [2]**   4/19 87/2
**trust [1]**   70/4
**truthful [2]**   29/24 72/2
**try [8]**   19/13 25/17 31/10 45/20 60/2 63/21 71/23 93/18
**trying [4]**   2/11 22/16 59/20 85/12
**Tuesday [9]**   50/17 62/15 66/3 66/9 69/25 69/25 75/16 88/22 89/6
**TUNNAGE [3]**   1/17 2/5 23/8
**Turkey [1]**   73/6
**turn [3]**   32/4 85/22 94/19
**TV [6]**   10/17 69/2 70/20 94/14 94/19 94/21
**Twitter [1]**   92/4
**two [19]**   3/23 3/23 11/20 16/8 16/13 18/10 28/5 37/4 39/12 39/13 52/5 53/12 59/23 70/12 82/16 83/22 89/17 91/15 93/4
**type [1]**   3/16
**typically [1]**   12/5

**U**

**U.S [1]**   1/17
**Uh [1]**   48/10
**Uh-hum [1]**   48/10
**ultimately [1]**   83/23
**unavailable [1]**   21/12
**uncle [5]**   6/12 6/25 10/9 66/16 66/21
**under [6]**   11/1 18/21 19/5 27/4 60/21 81/16
**understand [10]**   27/1 34/11 39/16 40/25 45/19 45/20 45/21 54/11 92/11 94/6
**understanding [4]**   76/6 87/22 88/14 89/24
**understood [1]**   84/7
**unfair [5]**   37/2 60/11 71/17 71/18 71/20
**unions [2]**   4/9 4/12
**unit [1]**   73/6
**UNITED [8]**   1/1 1/4 1/11 1/14 2/3 21/23 23/4 23/7
**unless [1]**   8/16
**until [13]**   4/11 27/13 31/14 52/11 55/3 68/24 70/1 70/3 88/19 90/19 91/20 91/23 95/15
**unwed [1]**   61/8
**up [73]**   2/18 2/24 3/3 5/8 9/10 13/19 14/9 15/4 15/14 15/20 15/25 16/22 17/6 17/20 17/21 18/17 21/14 21/15 21/16 21/23 22/2 22/15 23/13 24/18 24/22 27/13 33/8 33/19 33/20 39/4 39/17 39/18 39/19 39/25 40/1 40/13 40/16 41/3 42/16 43/22 44/6 49/23 52/12 53/12 53/16 55/21 61/24 62/12 62/13 62/18 63/17 71/2 72/8 77/16 78/6 83/2 84/1 84/13 84/15 85/14 86/6 86/22 87/11 87/12 88/2 88/6 88/25 90/9 91/17 93/18 93/19 93/25

**upon [7]**   17/11 32/3 32/7 55/5 79/18 86/9 89/15
**us [15]**   3/21 13/2 23/8 38/9 47/17 56/14 56/25 79/10 80/17 81/7 83/13 83/23 87/24 90/8 91/18
**use [5]**   17/23 19/22 29/17 52/7 95/17
**used [3]**   5/9 5/16 29/16
**uses [1]**   92/16
**using [1]**   16/17
**usual [1]**   19/14
**usually [3]**   25/18 44/1 58/12

**V**

**VA [1]**   53/24
**valuable [1]**   26/13
**vehicle [2]**   29/15 29/15
**venire [5]**   21/19 30/11 33/6 87/16 95/10
**verdict [12]**   32/8 49/13 63/7 71/12 73/23 79/5 79/9 79/10 79/16 84/10 91/8 92/19
**versus [2]**   2/3 21/24
**very [25]**   2/18 6/14 6/20 9/9 15/15 16/2 18/16 25/18 26/8 32/19 35/7 35/13 35/19 38/21 44/1 46/9 49/3 50/1 63/21 89/4 90/7 90/11 91/4 91/4 92/11
**Veterans [1]**   26/1
**vicinity [1]**   36/15
**view [2]**   41/10 94/23
**views [4]**   9/9 56/17 64/17 64/18
**Villalobos [1]**   82/16
**Villaloloos [1]**   39/6
**Virginia [1]**   71/1
**Virtually [1]**   77/4
**visit [3]**   20/19 62/13 92/8
**voir [2]**   16/14 85/22
**VOLUME [1]**   1/10
**volunteers [1]**   4/18

**W**

**wait [5]**   31/14 33/3 68/7 68/8 68/24
**waiting [3]**   60/1 87/19 88/1
**waive [1]**   16/3
**waiving [1]**   15/18
**walk [6]**   40/5 51/1 54/15 61/11 68/1 76/4
**walk-in [1]**   61/11
**walked [2]**   22/8 34/9
**walking [2]**   36/13 57/2
**want [64]**   9/25 11/21 15/24 22/14 22/16 25/15 26/12 26/15 26/25 27/17 31/4 35/5 37/23 38/9 39/9 39/15 40/16 46/3 46/21 48/6 51/5 52/22 54/14 55/1 56/6 56/20 59/20 60/2 60/18 62/10 63/1 64/16 64/24 65/19 67/25 71/18 71/20 72/17 73/3 74/20 77/1 77/20 79/22 79/23 82/6 83/23 84/15 87/22 87/25 88/24 89/19 89/24 90/3 90/20 90/21

## W

**want... [9]**   91/13 91/16
91/21 91/25 93/14 93/21
93/23 94/14 95/2
**wanted [11]**   50/10 52/17
52/19 56/7 59/15 66/5 67/16
67/16 73/16 88/1 88/13
**wanting [1]**   18/21
**Warner [1]**   39/6
**Warzybok [2]**   59/12 82/18
**was [87]**   4/9 4/12 6/1 6/12
7/14 7/18 8/15 9/5 9/7 18/21
19/10 20/16 20/18 20/23
20/24 29/15 29/18 30/1 30/11
33/11 34/7 34/19 35/7 35/7
35/10 38/6 40/18 40/19 41/8
41/11 50/9 51/24 52/20 52/25
53/8 54/9 56/10 58/5 58/6
60/1 60/1 60/10 60/11 60/11
60/12 60/13 62/9 62/12 62/24
64/1 64/4 64/6 70/22 70/25
73/21 74/20 77/6 77/12 77/12
78/6 78/7 78/15 78/17 78/19
78/20 78/21 78/22 79/1 79/2
79/6 79/8 80/4 81/8 81/16
83/14 84/8 86/11 87/3 89/4
89/19 90/23 90/24 92/24
92/24 93/5 93/7 95/20
**Washington [2]**   1/19 36/22
**wasn't [3]**   52/23 70/23 80/8
**wasted [1]**   26/14
**watch [2]**   10/17 94/19
**watcher [1]**   94/15
**watching [2]**   94/21 95/1
**way [15]**   12/5 14/4 15/22
18/21 31/11 32/4 45/22 54/23
64/19 64/20 64/22 78/11
81/16 85/2 85/12
**ways [3]**   8/19 12/9 92/17
**wayside [1]**   19/18
**we [247]**
**we'll [8]**   6/23 16/3 18/14
22/17 26/3 41/15 86/5 89/8
**websites [1]**   92/4
**Wednesday [4]**   67/18 88/21
88/23 90/20
**week [14]**   55/4 55/11 59/21
59/22 59/25 68/23 69/10
69/13 69/14 70/1 88/22 88/23
89/6 93/10
**week's [1]**   73/7
**weekend [2]**   31/22 61/21
**weeks [1]**   59/23
**welcome [3]**   21/20 21/22 22/5
**well [30]**   3/15 6/6 9/6 18/13
24/14 25/19 36/14 40/3 40/22
41/9 45/14 48/20 49/6 50/23
57/7 60/15 60/16 63/25 64/24
76/5 77/9 77/23 78/9 79/13
80/6 85/1 85/9 86/11 86/23
89/25
**went [5]**   5/10 10/11 79/1
86/12 88/17
**were [28]**   17/25 20/2 20/5
20/14 21/7 29/24 34/11 36/16
41/19 46/18 48/17 49/6 51/7
58/23 59/14 62/18 63/9 68/13

69/12 71/21 77/13 77/15 77/24
79/7 83/21 87/4 88/10 88/13
**west [7]**   1/2 1/7 1/15 1/21
1/24 70/7 90/16
**Wester [2]**   12/17 82/16
**what [109]**
**whatever [6]**   35/23 38/12
42/15 45/20 51/3 64/16
**when [64]**   4/2 15/21 17/9
22/17 23/2 35/12 35/16 38/13
39/7 40/4 42/4 44/25 45/11
46/18 47/3 48/4 50/9 50/11
50/16 50/24 50/25 51/24
54/14 54/22 54/24 56/4 56/9
57/1 58/3 58/17 59/14 60/18
61/10 62/9 63/1 65/15 67/15
67/25 68/13 71/1 72/14 73/1
75/6 76/3 76/25 77/4 77/6
80/18 80/23 81/9 81/25 82/9
84/1 84/15 85/13 86/8 86/11
86/12 86/12 86/19 87/10 91/5
93/9 95/5
**whenever [2]**   20/9 88/23
**where [13]**   11/8 13/20 52/2
62/21 65/23 69/24 73/4 77/12
79/1 82/13 87/22 88/5 89/5
**whether [19]**   5/11 13/14
21/16 26/7 35/18 39/7 41/11
45/11 48/4 56/5 57/4 57/12
65/15 66/13 68/13 73/16
84/13 85/13 93/9
**which [21]**   9/23 10/7 13/1
13/5 19/24 20/10 20/15 26/10
27/1 29/14 32/8 37/23 47/1
62/20 66/6 66/17 67/4 74/1
79/10 83/23 92/25
**while [2]**   10/7 42/19
**whispered [1]**   32/11
**whittle [1]**   85/17
**who [54]**   3/1 3/8 7/16 7/16
8/15 12/1 12/16 13/6 14/12
15/13 22/6 22/8 22/12 23/10
23/13 23/18 24/7 24/17 27/8
29/9 31/4 32/24 34/5 38/18
39/19 39/25 41/20 43/19 44/5
50/9 51/24 55/10 56/12 61/14
63/2 63/12 63/13 64/11 66/22
69/8 74/5 82/4 82/14 83/4
85/8 85/17 85/24 87/8 88/9
88/14 88/15 94/2 94/4 94/6
**whole [7]**   13/20 17/19 20/7
60/12 69/14 85/16 91/8
**whom [1]**   88/18
**whose [1]**   83/7
**why [19]**   18/21 31/18 32/6
32/20 39/13 41/1 45/13 50/10
61/13 75/13 77/20 78/11
78/12 88/11 89/3 91/12 92/11
92/12 93/2
**wife [7]**   39/21 42/6 42/18
44/12 58/9 61/7 61/10
**wife's [2]**   38/2 44/13
**will [148]**
**Williams [1]**   25/13
**willing [1]**   87/4
**Wilson [1]**   22/22
**Wisconsin [1]**   73/5
**wish [2]**   57/7 89/8

**withdrawing [1]**   21/1
**withdrawn [1]**   20/18
**withdrew [1]**   21/8
**without [3]**   11/23 43/4 46/5
**witness [8]**   14/23 14/25 15/5
74/6 74/7 74/9 74/9 78/16
**witnesses [7]**   18/2 18/17
24/18 49/8 63/13 73/25 74/5
**woman [1]**   41/7
**won't [12]**   7/17 14/18 15/10
43/7 43/7 55/3 66/4 67/24
80/24 84/11 84/17 93/8
**words [3]**   35/1 53/2 92/16
**work [37]**   10/8 19/23 39/12
39/18 39/21 39/22 42/10
42/14 42/15 47/7 52/11 55/6
58/1 58/12 58/13 58/14 58/15
58/16 58/17 58/21 58/25 59/1
59/2 59/3 59/3 61/21 66/22
68/19 73/4 73/4 76/5 77/7
81/23 83/23 91/12 93/4 93/5
**worked [1]**   81/17
**working [3]**   8/13 42/9 58/24
**works [4]**   8/12 10/9 39/22
55/12
**world [1]**   94/13
**worry [1]**   74/16
**Worth [1]**   66/7
**would [90]**   5/3 5/23 6/11
6/20 6/21 7/1 9/10 10/18
11/6 12/6 13/17 13/25 14/8
15/1 16/2 18/10 20/6 20/6
22/5 26/3 27/5 27/15 31/1
35/3 35/5 35/16 36/18 36/19
36/24 37/2 39/7 40/1 40/3
46/23 48/5 48/17 49/6 50/10
50/11 51/9 52/5 52/12 53/1
53/10 54/1 54/7 54/9 55/15
56/18 57/13 58/23 60/7 60/13
61/17 61/19 61/21 62/19 63/7
64/22 65/2 66/8 66/22 68/15
68/21 69/16 69/16 69/19
69/20 70/7 70/17 71/2 71/24
72/9 72/13 73/16 77/19 77/23
78/13 80/18 82/3 82/3 84/10
84/11 84/22 85/1 85/2 85/15
88/4 88/5 95/3
**wouldn't [3]**   5/10 19/14
61/19
**write [2]**   49/10 94/14
**written [2]**   11/1 45/22
**wrong [1]**   60/9
**wrote [3]**   29/20 34/19 66/15

## Y

**ye [1]**   3/11
**yeah [2]**   77/13 77/14
**year [18]**   9/16 11/20 38/3
43/17 43/17 43/20 43/22 44/2
44/7 55/2 68/16 68/24 69/6
69/6 69/20 69/21 70/4 70/5
**years [13]**   4/9 4/13 7/15
39/24 45/16 46/22 50/13
52/20 57/24 62/11 64/15
77/11 81/18
**yes [93]**   4/6 6/12 6/25 7/21
8/9 10/18 11/2 12/23 14/7
14/15 14/21 14/22 15/9 16/7

**Y**

**yes... [79]**   16/10  17/24
 19/17  22/16  23/24  32/14
 34/14  34/16  34/18  34/20
 36/20  40/12  42/20  42/22
 42/24  43/3  43/14  43/18  44/3
 44/22  45/24  46/20  47/6  47/8
 48/14  48/16  48/19  48/24
 49/20  50/7  50/13  50/19  51/15
 51/23  52/1  52/18  52/21  53/7
 53/22  54/5  55/9  55/18  57/6
 57/25  58/2  58/10  58/12  58/22
 59/4  59/17  61/5  61/7  62/8
 62/25  63/4  65/14  65/18  67/18
 67/22  68/4  68/12  69/7  69/14
 70/20  73/12  73/18  74/4  74/13
 79/4  79/6  79/8  80/8  81/5
 81/19  81/22  82/25  83/13  89/3
 95/19
**yesterday [1]**   81/13
**yet [4]**   3/20  35/10  43/10
 59/25
**York [3]**   6/23  52/20  52/25
**you [693]**
**you'd [3]**   26/21  30/14  49/22
**you'll [1]**   93/8
**you've [1]**   79/17
**young [2]**   53/12  61/9
**your [181]**
**yourself [2]**   24/3  33/4
**yourselves [1]**   23/5

**Z**

**zero [3]**   75/11  75/19  75/21