```
 1                 UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA
 2                   WEST PALM BEACH DIVISION

 3                CASE NO. 17-CR-80102-ROSENBERG

 4      UNITED STATES OF AMERICA,      .
                                       .
 5      Plaintiff,                     .
                                       .
 6             vs.                     .
                                       .
 7                                     .  West Palm Beach, FL
        PHILLIP N. ANTICO,             .  November 13, 2017
 8                                     .

 9      Defendant.                     .

10                          VOLUME 3
                      JURY TRIAL PROCEEDINGS
11           BEFORE THE HONORABLE ROBIN L. ROSENBERG
                  UNITED STATES DISTRICT JUDGE
12
        APPEARANCES:
13
        FOR THE PLAINTIFF:      SUSAN R. OSBORNE
14                              United States Attorney's Office
                                500 Australian Avenue
15                              Suite 400
                                West Palm Beach, FL 33401
16                              561-209-1003

17                              DONALD W. TUNNAGE
                                U.S. Department of Justice
18                              Civil Rights Division
                                950 Pennsylvania Avenue NW
19                              Washington, D.C. 20530
                                202-305-2789
20
        FOR THE DEFENDANT:      GREG S. LERMAN, ESQ.
21                              330 Clematis Street
                                West Palm Beach, FL 33401
22                              561-832-5770

23      Official Court Reporter:  Pauline A. Stipes
                                  Official Federal Reporter
24                                HON. ROBIN L. ROSENBERG
                                  Fort Pierce/West Palm Beach
25                                772-467-2337
```

```
 1                          INDEX

 2        MICHAEL MUSTO

 3        Direct Examination by Ms. Osborne      Page 48
          Cross Examination by Mr. Lerman        Page 66
 4        Redirect Examination by Ms. Osborne    Page 73

 5        ELIZABETH CLOWES

 6        Direct Examination by Ms. Osborne      Page 80
          Cross Examination by Mr. Lerman        Page 104
 7        SEDRICK AIKEN

 8        Direct Examination by Mr. Tunnage      Page 111
          Cross Examination by Mr. Lerman        Page 156
 9        Redirect Examination by Mr. Tunnage    Page 173

10        JEFFREY KATZ

11        Direct Examination by Mr. Tunnage      Page 190
          Cross Examination by Mr. Lerman        Page 221
12        Redirect Examination by Mr. Tunnage    Page 238

13

14                          EXHIBITS

15                              I.D.          Received

16        Government Exhibit 3                    Page 53

17        Government Exhibits 2, 2-A             Page 87

18        Government Exhibit 1-A      Page 111

19        Government Exhibit 8-D                 Page 203

20        Government Exhibit 7-A                 Page 216

21

22

23

24

25
```

```
 1              THE COURT:  All right.  You may be seated.
 2              MS. OSBORNE:  We are invoking the Rule against
 3     witnesses, but asking for an exception for our case agent.
 4              THE COURT:  Is that acceptable to the Defense?
 5              MR. LERMAN:  Yes.
 6              THE COURT:  I will ask the witnesses not to be in the
 7     courtroom until such time as they have testified and completed
 8     their testimony and not needed any longer, and they are not to
 9     discuss their testimony with any other subsequent witness.
10              MS. OSBORNE:  I have Government Exhibits 1 and 1-A,
11     the supervisor's incident report which the Defendant filled
12     out, and attachments which are 1-A.
13              I intended to use the report in my opening statement
14     and Mr. Lerman has informed me he is objecting on relevancy
15     grounds.
16              THE COURT:  Government Exhibits 1 and 1-A, the
17     attachments?
18              MS. OSBORNE:  Yes.
19              THE COURT:  Okay.  Do I have a copy of that?
20              MS. OSBORNE:  You should have it electronically.
21              THE COURT:  Part of the original set.  These are
22     supervisory reports that Sergeant Antico filled out himself?
23              MS. OSBORNE:  One is the Antico report that coincides
24     with this case and A is the attachment.
25              THE COURT:  All right.  What is the relevancy of the
```

Pauline A. Stipes, Official Federal Reporter

1    report?

2              MS. OSBORNE:  They are admissions of the Defendant.

3    He is adopting the report by his fellow officers as to the

4    arrest on August 20, 2014.

5              THE COURT:  Okay.

6              MR. LERMAN:  There are two issues.  Issue number one,

7    this document is an internal document, not a document related

8    to the file packet that we heard about sometimes in what I will

9    refer to as the first trial, since I know some of those issues.

10              This is an internal document within the Boynton Beach

11   Police Department that is not used as part of the filing packet

12   that was referred -- as far as Byron Harris, a felony packet

13   that Detective Ramos put together.  It refers to issues that

14   are not part of the false issues as to Mike Brown and Justin

15   Harris and the arrest of Mr. Braswell for resisting arrest

16   without violence charge.

17              It also has, as I understand it, at least as to 1-B --

18              THE COURT:  I have 1.  1 and 1-A.

19              MR. LERMAN:  I am also objecting to 1-A.  The filing

20   packet for the SIR is not just the report, but everything

21   attached included as part of the report.

22              The problem with that is there -- 1-B is actually not

23   an accurate reflection of what was attached to the SIR.  There

24   are items that we believe were not included in the SIR --

25              THE COURT:  When you say SIR, is that what went to the

1    State Attorney's Office?

2            *MR. LERMAN:*  No, that is 1.

3            *THE COURT:*  The supervisory incident report.

4            *MR. LERMAN:*  Sorry, I got used to saying SIR.

5            *THE COURT:*  Okay.

6            *MR. LERMAN:*  The SIR is not just the written report by

7    Sergeant Antico, which is an internal document or review of the

8    officers' actions that night or what happened on August 20,

9    2014.  The SIR is actually this report and the attachments that

10   go with it.

11           What has been given to me this morning as the

12   attachments that go with it and make the report complete are

13   inaccurate.  They do not have the Use of Force Reports that

14   would have been made part of it by Sergeant Antico.  There is a

15   driver's license in it and a business card from the Sheriff's

16   Department in it, which Sergeant Antico would not include as an

17   email, and Sergeant Antico did not include some -- we don't

18   believe as they want to admit it, one, it is incomplete, and if

19   they include 1 and 1-B, it is not an accurate reflection of

20   what the actual SIR was.

21           *THE COURT:*  You keep saying 1-B, I only have 1 and

22   1-A.  I want to be clear on the record.

23           *MR. LERMAN:*  I am sorry, 1-A.  I apologize.

24           *THE COURT:*  There is a 1 and 1-A.

25           Is there a way to make reference without getting into

1    the attachments?  This is a fairly lengthy packet.

2              I don't know that we should be taking the time up now

3    to go through it page by page to go through these issues.  Are

4    you able to give your opening referencing the SIR and at a

5    break we can see about completeness, or lack thereof, as

6    relates to 1-A?

7              MS. OSBORNE:  That is fine.  I thought we should

8    address them together.

9              MR. LERMAN:  My problem is, if they can't put together

10   1 and 1-A as reflective of what actually was submitted within

11   the department, now they are referencing it in opening

12   statement and they can't come up with an accurate SIR to be

13   admitted into evidence.

14             If I am making myself clear.

15             THE COURT:  Are you going to be able to go through the

16   entire SIR and attachments and ensure that it is a complete

17   document?

18             MS. OSBORNE:  I will.  We have done that with the

19   witness, but we will go through it with her again.

20             Besides that, I believe the SIR are admissions by the

21   Defendant.  Even if the attachments don't come in, the SIR is

22   relevant and should come in.

23             THE COURT:  I will allow you to make reference to 1.

24   You are not, by agreement, going to make reference to 1-A

25   because of issues that are raised because of lack of

1    completeness.  And I ask counsel get together again as it is

2    brought before the Court as relates to 1-A, so we can iron out

3    what those problems are and pinpoint for the Court that which

4    you can't resolve for 1-A.

5              Objection overruled as to counsel for the Government

6    being able to refer to 1 in the opening statement.

7              *MR. LERMAN:*  There is one other issue.

8              *THE COURT:*  Yes.

9              *MR. LERMAN:*  I understand clearly, without any

10   question, that I cannot refer to what Sergeant Antico said on

11   April 2nd, 2015 since -- despite the representations the other

12   day that the Government is going to put in both statements.

13   They step back and say they will only put the February 15, 2015

14   statement in.

15             *THE COURT:*  Is that the latest notice, is that what

16   you filed over the weekend?

17             *MS. OSBORNE:*  I did not include our decision on the

18   April statement, your Honor, but I was planning to let the

19   Court know this morning we will not be using the April

20   statement in our case in chief.

21             *THE COURT:*  You are using the February statement only?

22             *MS. OSBORNE:*  Yes.

23             *THE COURT:*  Therefore, the April statement is not

24   coming in, is not going to be referred to.

25             *MR. LERMAN:*  That is the question.

1          *THE COURT:*  Is that what we are saying, is not going
2      to be referred to?
3          *MS. OSBORNE:*  That is my position.
4          *MR. LERMAN:*  I take the position, while I cannot talk
5      about what is in the April 2nd statement, that I should be able
6      to bring to the jury's attention that he was requested to come
7      back, he voluntarily came back on April 2nd, that he submitted
8      to an interview and the matter on which he was interviewed.
9          The major difference between the first interview and
10     second interview was that they had reports, the reports that we
11     have all heard a lot about in the first trial and we'll hear
12     about it again, and that they went over those reports, the
13     audit trail, with Sergeant Antico, and that helped him remember
14     what was going on.
15         I may not be able to talk about that he read it or
16     what he read, all of those things, but the rest of it is not
17     hearsay if I am asking he came in, he sat down with Agent Stu
18     Robertson, and another agent from the Sheriff's Department sat
19     down, I was there, he interviewed him, he answered the
20     questions.  They presented him with the audit trail that is in
21     evidence, and that was at least the techniques that took place
22     and what happened on that day, the physical things that
23     occurred.
24         *THE COURT:*  Okay.  Response?
25         *MR. TUNNAGE:*  Yes, your Honor, if I may.  The audit

1    trail that Mr. Antico was shown on the second interview was not

2    known to anyone in the police department, it was not something

3    that could refresh his recollection.  The FBI brought him in to

4    show him the audit trail, that was new information for the FBI.

5    He was brought in with the confrontation of the falsity of the

6    first statement.

7           He was impeached with the audit trail, and he made

8    self-serving statements to each piece of evidence.

9           THE COURT:  There are two different issues, whether it

10   can be referred to and how it can be referred to.

11           Is there an objection to a reference to a second

12   interview, just the fact?

13           MR. TUNNAGE:  Yes, because the second interview was a

14   confrontation about the first interview.

15           THE COURT:  What is the legal basis to object to a

16   reference to a second meeting, however it is -- is it

17   terminology, what it was called, or is it a reference to

18   anything happening in April?

19           MR. TUNNAGE:  Yes, your Honor, because at that second

20   meeting he was actually -- prior to that second interview, he

21   was told that the status changed.

22           MR. LERMAN:  Sorry.

23           THE COURT:  These are not matters that counsel

24   discussed before, this is coming up at 9:30 in the morning when

25   the jurors are asked to come back at 9:00.

```
 1              Can you go through the opening statement without
 2      reference to the April statement so we can have a full
 3      discussion about the issue?  We had a lot of time leading up
 4      before the Brown trial, we talked about this issue, this is not
 5      the first time the April statement was discussed.  There are
 6      motions in limine to address it.  I am not comfortable making a
 7      decision before the jury comes in.
 8              Present your argument so I know specifically what you
 9      are asking and specifically what the legal objection is.  This
10      is not how I prefer to handle matters that could have
11      consequences at trial.
12              So, can the opening statement be made without the
13      reference to the April statement?
14              I ask the Government not to make reference to the
15      attachments for purposes of opening.  I thought the openings
16      were going to be very brief.  These are important issues, and
17      we should spend the time that it warrants, but not when I have
18      a jury waiting.
19              MR. LERMAN:  If the Court tells me, that is what I
20      will do.
21              When we left for the weekend, we were listening to
22      both statements during trial, and then over the weekend the
23      statement was not going to be played.
24              THE COURT:  Would you be prejudiced if you just didn't
25      reference the statement for purposes of the opening?
```

Pauline A. Stipes, Official Federal Reporter

```
 1          MR. LERMAN:  I think I am prejudiced because the jury
 2    is going to sit here and be told by the Government that the
 3    whole case relies on -- at least the last count, Count 8, is
 4    this February statement and painting my client as an
 5    uncooperative individual that didn't want to be truthful and
 6    honest, and while Mr. Tunnage will sit here and describe the
 7    April 2nd interview was confrontational and impeachment and
 8    accusatory, I would disagree with that.  I have watched it a
 9    number of times, he wasn't told that his status was changed.
10          THE COURT:  You haven't withdrawn to have the April
11    statement as part of the trial.  The Government said they were
12    going to use it and now they withdraw it.
13          What I am going to say is this:  For purposes of
14    opening there won't be a discussion of the April statement.
15          I want everyone to talk among themselves so the
16    Government understands how you want to use the April statement
17    because they might not object.  If they still object we will
18    discuss it.  And I understand are we talking about the
19    characterization of it, starting to get into hearsay,
20    inadmissible representation, so I prefer to handle it that way.
21          MR. LERMAN:  If that is the Court's order, I will
22    abide by it.
23          THE COURT:  Thank you.
24          I am going to bring the jury in.  I will swear the
25    jury in, I will give them preliminary instructions and go into
```

1    opening.

2            I want you to remind me how much you need for opening.

3            *MS. OSBORNE:*  25 minutes, your Honor.

4            *THE COURT:*  Government 25 minutes for opening.  What

5    about from the Defense?

6            *MR. LERMAN:*  I would be surprised if I take 25

7    minutes.

8            *THE COURT:*  I will put 25 as well.

9            All right.  With that, let's bring our jury in,

10   please.  Thanks.

11      *(Thereupon, the jury enters the courtroom.)*

12           *THE COURT:*  Good morning, everyone, welcome back.

13           We will have you formally sworn in as our jurors in

14   this case.

15      *(Thereupon, the jury was duly sworn.)*

16           *THE COURT:*  Okay, you may be seated.

17           Members of the jury, now that you have been sworn, I

18   need to explain some basic principles about a criminal trial

19   and your duty as jurors.  These are preliminary instructions.

20   At the end of the trial I will give you more detailed

21   instructions.

22           It will be your duty to determine whether the

23   Defendant is guilty or not guilty of the crime charged in what

24   is referred to as the superseding indictment.

25           At the end of the trial, I will explain the law that

```
 1    you must follow to reach your verdict.  You must follow the law
 2    as I explain it to you even if you do not agree with the law.
 3            You must decide the case solely on the evidence
 4    presented here in the courtroom.
 5            Evidence can come in many forms.  It can be testimony
 6    about what someone saw or heard or smelled.  It cab be an
 7    exhibit admitted into evidence.  It can be someone's opinion.
 8    Some evidence proves a fact indirectly, such as a witness who
 9    saw wet grass outside and people walking into the courthouse
10    carrying wet umbrellas.
11            Indirect evidence, sometimes called circumstantial
12    evidence, is simply a chain of circumstances that proves a
13    fact.  As far as the law is concerned, it makes no difference
14    whether the evidence is direct or indirect.
15            You may choose to believe or disbelieve either kind
16    and should give every piece of evidence whatever weight you
17    think it deserves.
18            Certain things are not evidence and must not be
19    considered.
20            Statements and arguments of the lawyers.  In their
21    opening statements and closing arguments the lawyers will
22    discuss the case, but their remarks are not evidence.
23            Questions and objections by lawyers.  The lawyers'
24    questions are not evidence.  Only the witnesses' answers are
25    evidence.  You should not think something is true just because
```

1    a lawyer's question suggests that it is.  For instance, if a

2    lawyer asks a witness, you saw the Defendant hit his sister,

3    didn't you, that question is no evidence whatsoever of what the

4    witness saw or what the Defendant did unless the witness agrees

5    with it.

6            There are rules of evidence that control what can be

7    received into evidence.

8            When a lawyer asks a question or offers an exhibit and

9    a lawyer on the other side thinks that it is not permitted by

10   the rules of evidence, that lawyer may object.  If I overrule

11   the objection, then the question may be answered or the exhibit

12   received.

13           If I sustain the objection, then the question cannot

14   be answered and the exhibit cannot be received.  Whenever I

15   sustain an objection to a question, you must ignore the

16   question and not try to guess what the answer would have been.

17           Sometimes I may order that evidence be stricken and

18   that you disregard or ignore the evidence.  That means that

19   when you are deciding the case, you must not consider the

20   evidence.

21           Some evidence is admitted only for a limited purpose.

22           When I instruct you that an item of evidence has been

23   admitted for a limited purpose, you must consider it only for

24   that limited purpose and no other.

25           In reaching your verdict, you must decide what

Pauline A. Stipes, Official Federal Reporter

1   testimony to believe or what testimony not to believe.  You may

2   believe everything a witness says, or part of it, or none of

3   it.  In considering the testimony of any witness you may take

4   into account:

5           The opportunity and ability of the witness to see,

6   hear or know the things testified to.

7           The witness' memory.

8           The witness' manner while testifying.

9           The witness' interest in the outcome of the case and

10  any bias or prejudice.

11          Whether other evidence contradicted the witness'

12  testimony.

13          The reasonableness of the witness' testimony in light

14  of all of the evidence, and any other factors that bear on

15  believability.

16          I will give you additional guidelines for determining

17  credibility of witnesses at the end of the case.

18          As you know, this is a criminal case.  There are three

19  basic rules about a criminal case that you must keep in mind.

20  First, the Defendant is presumed innocent until proven guilty.

21  The superseding indictment against the Defendant is only an

22  accusation, nothing more.  It is not proof of guilt or anything

23  else.  The Defendant therefore starts out with a clean slate.

24          Second, the burden of proof is on the Government until

25  the very end of the case.  The Defendant has no burden to prove

1    his innocence or to present any evidence, or to testify.

2            Since the Defendant has the right to remain silent and

3    may choose whether to testify, you cannot legally put any

4    weight on a Defendant's choice not to testify.  It is not

5    evidence.

6            Third, the Government must prove the Defendant's guilt

7    beyond a reasonable doubt.  I will give you further

8    instructions on this point later, but bear in mind that the

9    level of proof required is high.

10           I will go over instructions that may sound familiar to

11   you on personal conduct.  Because it is so important I will say

12   the same rules today.

13           Our laws require jurors to follow certain instructions

14   regarding their personal conduct in order to help assure a just

15   and fair trial.  I will give you those instructions again.

16           Do not talk, either among yourselves or with anyone

17   else, about anything related to the case.  You may tell the

18   people with whom you live and your employer that you are a

19   juror and give them information about when you would be

20   required to be in court, but you may not discuss with them or

21   anyone else anything related to the case.

22           Do not, at any time during the trial, request, accept,

23   agree to accept, or discuss with any person, any type of

24   payment or benefit in return for supplying any information

25   about the trial.  You must promptly me about any incident you

1    know of involving an attempt by any person to improperly

2    influence you or any member of the jury.

3            Do not visit or view the premises or place where the

4    charged crime was allegedly committed, or any other premise or

5    place involved in the case.

6            Do not use internet maps, Google Earth, or any other

7    program or device to search for a view of any location

8    discussed in the testimony.

9            Do not read, watch, or listen to any accounts or

10   discussions related to the case which may be reported by

11   newspapers, television, radio, the internet, or any other news

12   media.

13           Do not attempt to research any fact, issue, or law

14   related to this case, whether by discussions with others, by

15   library or internet research, or by any other means or source.

16           In this age of instant electronic communication and

17   research, I want to emphasize that in addition to not talking

18   face-to-face with anyone about the case, you must not

19   communicate with anyone about the case by any other means,

20   including by telephone, text messages, email, chat rooms,

21   blogs, or social networking websites such as Facebook, My

22   Space, or Twitter.

23           You must not provide any information about the case to

24   anyone by any means whatsoever, that includes posting

25   information about the case, or what you are doing in the case,

1    on any device or internet site, including blogs, chat rooms,

2    social websites or any other means.

3          You also must not use Google or otherwise search for

4    any information about the case, or the laws that apply to the

5    case, or the people involved in the case, including the

6    Defendant, the witnesses, the lawyers, or the judge.

7          It is important that you understand why these rules

8    exist and why they are so important.

9          Our law does not permit jurors to talk with anyone

10   else about the case, or to permit anyone to talk to them about

11   the case, because only jurors are authorized to render a

12   verdict.  Only you have been found to be fair and only you have

13   promised to be fair, no one else is so qualified.

14         Our law also does not permit jurors to talk among

15   themselves about the case until the Court tells them to begin

16   deliberations because premature discussions can lead to a

17   premature final decision.

18         Our law also does not permit you to visit a place

19   discussed in the testimony.  First, you can't be sure that the

20   place is in the same condition as it was on the day in

21   question.  Second, even if it were in the same condition, once

22   you go to a place discussed in the testimony to evaluate the

23   evidence in light of what you see, you become a witness and not

24   a juror.

25         As a witness, you may have a mistaken view of the

1    scene that neither party may have a chance to correct.  That is

2    not fair.

3           Finally, our law requires that you not read or listen

4    to any news accounts of the case, and that you not attempt to

5    research any fact, issue, or law related to the case.  Your

6    decision must be based solely on the testimony and other

7    evidence presented in the courtroom.

8           Also, the law often uses words and phrases in special

9    ways, so it is important that any definitions you hear come

10   only from me, and not from any other source.  It wouldn't be

11   fair to the parties for you to base your decision on some

12   reporter's view or opinion, or upon other information you

13   acquire outside the courtroom.

14          These rules are to help guarantee a fair trial, and

15   our law accordingly sets forth serious consequences if the

16   rules are not followed.  I trust that you understand and

17   appreciate the importance of following these rules, and in

18   accord with your oath and promise, I know you will do so.

19          I think you have notebooks and pencils.

20          If you wish, you may take notes to help you remember

21   what witnesses said.  If you do take notes, please keep them to

22   yourself until you and your fellow jurors go to the jury room

23   to decide the case.  Do not let note-taking distract you so

24   that you do not hear other answers by witnesses.

25          When you leave the courtroom, your notes should be

```
 1   left in the jury room.  Whether or not you take notes, you
 2   should rely on your own memory of what was said.  Notes are to
 3   assist your memory only.  They are not entitled to any greater
 4   weight than your memory or impression about the testimony.
 5         The trial will now begin.  First, the Government will
 6   make an opening statement, which is simply an outline to help
 7   you understand the evidence as it comes in.  Next, the
 8   Defendant's attorney may, but does not have to, make an opening
 9   statement.  Opening statements are neither evidence nor
10   argument.
11         The Government will then present its witnesses, and
12   counsel for the Defendant may cross-examine them.  Following
13   the Government's case, the Defendant may, if he wishes, present
14   witnesses whom the Government may cross-examine.
15         After all the evidence is in, the attorneys will
16   present their closing arguments to summarize and interpret the
17   evidence for you, and I will instruct you on the law.  After
18   that, you will go to the jury room to decide your verdict.
19         I will turn this over to the Government for opening
20   statement.
21         (Pause.)
22         THE COURT:  We apologize, we have state of the art
23   equipment here and it is good if it works.  Here is the man of
24   the hour, he will solve all the problems.
25         Everything all set?
```

1          THE COURTROOM DEPUTY:  The jury has theirs and you
2     have yours.
3          THE COURT:  Okay.  Government may begin with your
4     opening statement.
5          MS. OSBORNE:  Thank you, your Honor.  May it please
6     the Court, counsel.  And members of the jury, good morning.
7          THE COURTROOM DEPUTY:  Don't touch it.
8          MS. OSBORNE:  On August 20, 2014, Boynton Beach
9     officers stopped a car with three people inside, this is after
10    a high-speed chase here in Palm Beach County, and when the
11    officers stopped the car, they swarmed it, pulled out the
12    driver and two passengers and they beat them.
13         Now, ladies and gentlemen, the supervising sergeant
14    that night was the Defendant, Philip Antico.  He was not at the
15    scene of that car stop that night, but he tried to take care of
16    his officers in the end, and he stands before you here in trial
17    because of the actions that he took to try to cover up what his
18    guys did.
19         Now, let me take you back to that night so you can
20    understand what happened with this car stop.
21         A Boynton Beach police officer tried to stop the car
22    at about 2:00 o'clock in the morning for a traffic violation.
23    The car did not stop, so the officer followed.  As the driver
24    drove away, not at a particularly high rate of speed, somebody
25    threw something out of the window which the officer thought was

 1   narcotics, and he radioed for backup.  As the car kept driving,

 2   the driver was about to go to the entrance ramp to the highway,

 3   and unfortunately there was an officer on foot in the middle of

 4   the street trying to stop the car, and this driver clipped him.

 5   More unfortunately, the officer that was following hit his

 6   fellow officer.

 7           So, this was a tragic event, although you will hear,

 8   thankfully, the officer that was hit is back at work.

 9           Going back to the car stop, it started as a traffic

10   violation and now turns into a high-speed chase.  You will hear

11   this driver was going up and down I-95 at 80, 90, a hundred

12   miles per hour, and eventually nine officers were following

13   him.

14           The driver pulled off the highway around 6th Avenue

15   and stopped in a residential neighborhood when those officers

16   caught up with the car.  This was a bad situation, after all,

17   one of their own had been hit, he was probably critically

18   injured, this driver led them on a high-speed chase for miles

19   and nine officers were converging on that car.

20           After the arrests this is what the people looked like.

21           Agent Thomas, if I could get 5-L.

22           This was the back seat passenger.

23           5-M, please.

24           This was the front seat passenger.

25           And 5-O, please.

1           This was the driver.  (Indicating.)

2           Now, that night, during the arrest there was a

3     helicopter flying overhead.  The officers called for the backup

4     helicopter, and it was not from Boynton Beach, it was actually

5     a PBSO officer.  While the officers knew the helicopter was

6     there, what they did not know is the helicopter was recording

7     them and recording their actions during that arrest.

8           In fact, you will hear from the pilot that after this

9     arrest he went back to his office and reviewed the video and

10    thought somebody really needs to take a look at this.  He sent

11    it up the chain of command and PBSO made sure the Chief of

12    Boynton Beach got a copy of the video.  Surely somebody needed

13    to review this and see what they had done that night.

14          The chief watched the video and he had grave concerns.

15    Why is that?

16          Clearly what was on the video was the beating, the

17    beating of the driver and two passengers.  What you can see on

18    the video is that there was an officer, Michael Brown, he was

19    the K-9 officer which means he has a dog, he had a bigger car,

20    an SUV.  You could see Michael Brown in the SUV bumped the car

21    to try to stop it, which is a policy violation, which becomes

22    important later, and drives the car next to the driver's side.

23          Michael Brown gets out of the car with his gun and

24    aimed at the windshield and front passenger side and he opens

25    the door and begins kicking the front passenger and he reaches

1    in and starts punching the passenger with his gun.  Eventually

2    another officer joins him and pulls the passenger out and they

3    continue kicking him.

4           Other officers go to the back seat of the car, there

5    is a passenger there as well.  Two officers approach the back

6    seat with their guns drawn, they realize there is no threat so

7    they reholster the guns.  They do that so they can open the

8    door and yank the driver out and pull him on the ground.

9           What you will see is four officers pushed and shoved

10   each other out of the way for the opportunity to kick this

11   driver while he is on the ground and they tased him and kicked

12   him and beat him.

13          Now, the chief saw all this on the video and he

14   thought, this does not look good for law enforcement, and what

15   I need to do is collect all of the reports from the officers

16   and see what they wrote.

17          In particular what he wanted, he wanted a supervisor's

18   incident report as well.  That is the report from the front

19   line sergeant who reviewed the incident and review the

20   officers' reports to let the chain of command know if there is

21   an issue.  And who is going to write the supervisor's incident

22   report?  That would be the Defendant.

23          Before he wrote that report a lieutenant gave him the

24   video, and he told him, watch that video with Michael Brown,

25   the officer, and the Defendant did.  And then he reviewed all

1    of the reports and he wrote his supervisory incident report.

2    And what did he say?  "The amount of the force officers

3    employed in the execution of their duties was necessary to take

4    all three suspects into custody and has been deemed appropriate

5    given the totality of the circumstances" and he concluded, "it

6    is my determination that no further action should be taken."

7         And that would have been the end because, after all,

8    the Defendant was not saying that anything needed to be done,

9    not even a verbal reprimand for the policy issue that I told

10   you about.  Not a recommendation for counseling for the

11   officers, and not further investigation.  So, the chief got the

12   video and supervisory report and he still had problems, and he

13   thought this case and this incident is bigger than the Boynton

14   Beach Police Department can handle.

15        So, he referred it out to the State Attorney's Office,

16   the public integrity unit, and the FBI for investigation.  At

17   some point, the FBI took over the investigation, and on

18   February 19, 2015 they questioned the Defendant.

19        At this point, the Defendant was purely a witness.

20   The FBI had the video and they had the officers' reports as to

21   what happened, and so they were asking the Defendant, as the

22   sergeant who they knew was not at the scene at the time, can we

23   trust these reports?  How accurate are these reports?

24        I must warn you this February interview was four hours

25   long and it was recorded.  We are not going to play all four

1    hours for you here, but we will have a witness here who will

2    point to the relevant parts and give you context, and Mr.

3    Lerman will have the same opportunity to show you any parts he

4    deems are relevant as well.

5            While you are deliberating you will have the entire

6    interview and transcript to review.

7            So, what did the Defendant say when the FBI asked him

8    about the reports?

9            He said, I never really had an issue with these guys

10   not being accurate in their report writing which would, you

11   know, paint a picture of what happened.  He admitted he read

12   all of the reports.  He said I read those reports word for word

13   and he explained while watching the video, "I mean, it is too

14   hard to tell the level of these guys' resistence of the, of the

15   suspects."

16           It was too hard to tell, talking about the people in

17   the car.  "So, okay, they" -- referring to his officers --

18   "they threw kicks and punches and it looks like a melee, but

19   they put it in their reports.  They didn't lie to me about it."

20           And here are the reports, just like the Defendant said

21   in the interview, a number of the reports from the officers on

22   the scene at the time, all dated, by the way, August 20, 2014,

23   the date of the incident.  And in these reports the officers

24   listed that they kicked people and punched people and they

25   tased people and they listed reasons for it, the justification,

Pauline A. Stipes, Official Federal Reporter

1     why they had to use force.

2           And so, after the interview of the Defendant, and

3     after reviewing the reports, where did this leave the FBI in

4     their investigation?  Because, after all, this video, it did

5     look bad, but they had a number of reports where officers

6     claimed we had to use force, here are the reasons why, and we

7     filled these out on August 20, 2014.

8           And maybe, maybe this was just a really bad night for

9     everyone, maybe this was a tough situation.  Maybe, maybe the

10    amount of force the officers employed in the execution of their

11    duties was necessary to take all three suspects into custody

12    just as the Defendant wrote in the supervisor's incident

13    report.  Maybe, no further action should be taken, just as the

14    Defendant wrote in the supervisor's incident report.

15          I said there was a problem with what the Defendant

16    told the FBI because there was something that he did not know

17    about the Boynton Beach Police Department writing system, the

18    report writing system.

19          In order for me to explain that to you, I will have to

20    talk to you about the two different kinds of reports that the

21    officers write.

22          The first kind is called a Use of Force Report.

23          Agent Thomas, if you could pull up 9-A, pages one and

24    two.

25          You will see that officers fill out the Use of Force

1    Report.  This is just a Word template, officers simply click

2    the boxes, print it out, fill it out by typing in what data

3    they want to, print it out, and sign it and date it.  They date

4    it themselves.

5            So, you are also going to hear, because this is a

6    printed out hard copy, old school, officers can reprint them,

7    date them whenever they want.  They can take the ones that are

8    turned in and replace them.  So, it is not a good tool to track

9    when officers wrote their reports.

10           There are two interesting things about the Use of

11   Force Report.  One is this is an internal Boynton Beach Police

12   Department document.  They check off the use of force box, it

13   is where they track where the officers use force.  This

14   document never sees the light of day after the Boynton Beach

15   Police Department, it is not part of a public filing.

16           And if you look to the reports for what happened,

17   where you have to go is to the officer reports.

18           The other interesting thing about the Use of Force

19   Report is that it actually says on the second page what you

20   must include in your offense report, which is the typed report.

21           Page two says, all of the elements of the criminal

22   charges and details of the arrest, the words, mannerisms and/or

23   actions that led you to believe force is necessary, the types

24   of force used and effects, and any aid they may have rendered.

25           Officers may check off boxes.  This use of force form

1    doesn't cut it.  You have to list what force you used and why

2    you used it in your officer report.

3           Now, this officer report is called many things, even

4    the use of force form calls it an offense report.  It may be

5    referred to as a narrative, incident report, but what they are

6    talking about is this report where the officers have to detail

7    what they did and have to include the words, mannerisms or

8    actions that led you to believe that force was necessary, and

9    the types of force used and the effects.

10          This officer report is different because it is

11   electronic.  Officers type their report in an electronic

12   system, and if they are not finished, they can leave it in

13   progress.  It can stay there forever.

14          Once they feel that they are done, they validate it,

15   the report gets marked as completed and gets sent to their

16   supervisor, a sergeant, for review.  The sergeant can reject it

17   or he can approve it.

18          Now, here is what the Defendant did not know about

19   this electronic database, which is that the database, the

20   electronic system, it saves every change, every change, every

21   rejection.  Every time an officer goes in and edits, makes a

22   change, has it rejected by his sergeant, has it reviewed again,

23   that is marked in the audit trail.

24          Here is the other thing the sergeant didn't know.

25   That audit trail is something saved in the Boynton Beach Police

1    Department by the IT department.  It is not available to the

2    officers.  Chain of command didn't know about it, the officers

3    didn't know about it, and the Defendant didn't know about it,

4    and certainly didn't know about it when he told the FBI on

5    February 15, 2015 that his officers were always accurate.

6         Remember I said the printed reports come out with the

7    date of the incident, that is what happens.  Whenever the final

8    approved report is printed, it is dated with the date of the

9    incident, doesn't have any prior incarnations of this report

10   and does not tell you the date that it was approved.  It

11   automatically prints the date of the incident.

12        So, the Defendant was unaware of the audit trail, but

13   the FBI figured it out and went and got the audit trail, and

14   got the audit trail of all nine officers on the scene of the

15   arrest that night.

16        What do you think they found?

17        Remember, let's go back, this incident happened on

18   August 20, 2014.  The night that this happened, the Defendant,

19   the sergeant, went to the hospital, he saw those injuries that

20   you saw on the screen, so he knew those officers had better put

21   in force and the reason why they used force in the reports.  In

22   fact, he told the FBI that at the interview.

23        He then went away on vacation for a short time and the

24   first day back is August 27th.  So, he was gone for about a

25   week and the reports just sat because the officers were

```
 1   completed and done with them.
 2           When he came back on August 27th, the first thing he
 3   did was watch that video, and discussed the reports that he had
 4   available to him on August 27th.
 5           Remember, there were nine officers on the scene.  Two
 6   did not use force, let's put those aside.  One, Matt Madeiros,
 7   injured his hand and later put in the report he hit his hand
 8   and -- hit his with her face.
 9           At the time the sergeant reviewed the report, Matt
10   Madeiros did not complete the report -- I am sorry, at the time
11   Sergeant Antico had seen the video, Matt Madeiros did not
12   complete the report.  Although the use of force form was
13   backdated to August 20, 2015, he didn't start his report, we
14   know that from the audit trail, until August 27th.  He was
15   getting his hand treated.
16           A fourth officer, Allen Martinez, said he was
17   struggling with the female passenger, and he had to tase her
18   and she fell out of the car as he was pulling her on to her
19   face.  Let's put him to the side.
20           Nine officers, that leaves five to explain what
21   happened to these two men, and of the five reports that the
22   Defendant had, one from Cory Herny said that I had used a taser
23   on the driver, but that he had punched him a few times in the
24   meaty portion of his back.  That doesn't explain this.
25           The other officer, Steven Maiorino, didn't say
```

```
 1    anything about hitting him.  He said the driver was fighting,
 2    he didn't say anything about he hit or struck the driver at
 3    all.
 4         Let's talk about the front seat passenger.  Three
 5    officers, Justin Harris, Ron Ryan, and Michael Brown, not one
 6    of their reports that was in front of the sergeant, in front of
 7    the Defendant reviewing this video, listed a single strike,
 8    hit, kick or punch.
 9         So, how do you explain this?  So, what happened?
10         The sergeant viewed the video and then he allowed his
11    people to make changes.
12         Let me explain using the audit trail.  We will go back
13    to the front seat passenger.
14         Agent Thomas, if I could get 8-D, page six.
15         Michael Brown, he wrote on August 20, 2014, "The front
16    passenger refused several loud verbal commands to exit the
17    vehicle, at which time I deployed my taser, striking the
18    subject in the right leg and chest.  The subject complied and
19    was removed from the vehicle and placed in handcuffs."
20         Ladies and gentlemen, that does not explain what
21    happened to the front seat passenger.
22         Michael Brown wrote this before he, himself, had seen
23    that video.  Remember, he watched it with Sergeant Antico.
24    After he and the Defendant watched the video, he changed the
25    report, Michael Brown, to say that he punched the passenger
```

1    several times in the body.  That didn't cover everything

2    because, remember, Michael Brown is the one who hit the

3    passenger with the gun, who kicked him, but the Defendant

4    approved that report anyway because at least there was some

5    force in there.

6            Let's move to Ron Ryan, 8-F, page five, please.

7            Ron Ryan writes essentially what Michael Brown wrote,

8    "The front passenger refused several loud verbal commands to

9    exit the vehicle, at which time Officer Brown deployed his

10   taser, striking the subject in the right leg and chest.  The

11   subject complied and was removed from the vehicle and placed in

12   handcuffs."

13           Again, no explanation for these injuries.  Again,

14   Officer Ryan wrote this before he knew about the video and

15   before the Defendant knew about the video.

16           After the Defendant watched the video, and thinks the

17   report he had in front of him is completed, he rejected it and

18   sent it back.  And Ron Ryan included, all right, I thought the

19   guy was reaching for a gun, and Sergeant Antico rejected it.

20   And Ron Ryan put in he struck the passenger three to four times

21   with his knee.  Again, it doesn't explain these injuries, but

22   there is some force in there.

23           Let's talk about Justin Harris, the third and final

24   person who dealt with this passenger.

25           Paragraph three, page eight.

1           Officer Harris wrote that, "I then deployed my taser,

2    however, it appeared to have not completed a circuit.  Officers

3    were able to eventually extract the front seat passenger out of

4    the vehicle.  Eventually the officers were able to detain the

5    suspect.  I had no further involvement with this case."

6           That doesn't sound like he touched the front seat

7    passenger at all.  If you look at all three reports from the

8    officers who handled the front seat passenger, there is no

9    explanation for these injuries on August 20th, or on

10   August 27th, when the Defendant sees the video.

11          The Defendant then rejects Officer Harris' report and

12   he allows him to put in use of force, and Officer Harris says,

13   "I hit him when he was handcuffed."  That went back right away

14   and Officer Harris changed that to I struck him, but just to

15   see if he was handcuffed, and the Defendant approved that

16   report.

17          So, now collectively we have three reports, three

18   officers admitting that they struck the front seat passenger.

19   Although it does not explain these injuries, it was better than

20   where they started.

21          What about the driver?  If you'd take a look at 8-J,

22   page seven.

23          Remember, Cory Herny said he had struck the driver in

24   the meaty portion of his back, which doesn't explain how this

25   happened.

1           Steve Maiorino in his first report writes, "As

2       officers were attempting to get the driver, Byron Harris, out

3       of the vehicle, he continued to pull away and try to fight

4       officers.  He was tased which struck him in the lower back" --

5       that is what it says -- "causing him to fall out of the vehicle

6       and on to the pavement.  During the taser deployment Byron was

7       able to get one of the probes out of his back and began

8       fighting the officers again.  After another struggle officers

9       were able to get one hand handcuffed at which time he pulled

10      away again.  With the handcuff on him, officers continued to

11      fight with Byron and were eventually able to detain him."

12          This was written before anybody knew about the video.

13      This is the version the Defendant had before him when he

14      watched the video.  This version, along with Cory Herny's

15      strikes to the meaty portion of the back, does not explain what

16      happened to this driver.

17          Sergeant Antico rejected the report after he saw the

18      video and he allowed Officer Maiorino to add "at which time I

19      began delivering strikes with fists and feet to the upper arm,

20      shoulder area of Byron in attempts to get him to comply.  A use

21      of force form was completed."

22          That is there, and that was August 28th, seven days or

23      more after the incident.  And by the way, Steve Maiorino's use

24      of force form is backdated to August 20, 2014.

25          Those are the most obvious changes in the reports, but

1    there are many more and we will be explaining those to you.

2    What you will see is that the Defendant, over a period of about

3    two days, two shifts after he saw this video, rejected reports

4    over and over again, ten reports, in the amount of time that he

5    had to try to get these reports in shape.

6           And he didn't do it so that there would be a more

7    truthful account of what happened; he did it so he could say

8    the amount of force the officers employed in the execution of

9    their duties was necessary to take all of the three suspects

10   into custody.  And that wasn't true, you will see that on the

11   video.  That is not true.

12          Sergeant Antico got the reports in line as much as he

13   could, even though they don't match the video, so he could put

14   that in the supervisory incident report.

15          He did it and the officers changed the reports so he

16   could write it is my determination that no further action

17   should be taken.

18          Now, ladies and gentlemen, that is essentially a road

19   map of our case.

20          You will see that video for yourself, and you will see

21   the first set of reports that the Defendant had and you will

22   see how those reports don't match that video in any way, shape

23   or form.  You will see the audit trail and you will see the

24   changes over and over again that the officers made with the

25   Defendant's help, and how from the 27th to the 29th he approved

1    report after report.

2          After you have seen all the evidence, the video and

3    audit trail, and all of the changed reports, Mr. Tunnage and I

4    will address you again and we will ask you to find the

5    Defendant guilty, guilty of helping to file the false reports

6    and guilty of lying to the FBI in trying to cover up for those

7    guys on February 19, 2015.

8          Thank you very much.

9          *THE COURT:*  Okay.  Any opening statement from the

10   Defense?

11         *MR. LERMAN:*  Yes.

12         *THE COURT:*  You may proceed.

13         *MR. LERMAN:*  Good morning, my name is Greg Lerman and

14   I have the pleasure of representing Sergeant Antico in this

15   case.

16         What is this case about?  What are you going to hear?

17   Well, there is another side to the coin in this particular

18   circumstance, not everything as the Government has laid out for

19   you.

20         What can you agree to?  A tragic set of events

21   occurred on August 20, 2014.  It is what is known as a critical

22   incident.  Critical incident.

23         What makes it a critical incident?  What makes it a

24   critical incident is that Officer Williams was struck by this

25   vehicle containing the three individuals that the Government

1    described to you, obviously somebody was driving, two other

2    people were passengers.

3          Officer Williams is down, he is hurt, apparently his

4    back is broken.  Other officers from the City of Boynton Beach

5    hear about that and become involved, as the Government

6    indicated, in a high-speed chase.

7          So, the critical incident occurs when Officer Williams

8    is struck.  The officers on the road, fellow officers on his

9    shift, do not even know whether he is alive or dead, they just

10   know he suffered serious injuries and, for lack of a better

11   term, all hell starts to break loose.

12         They go on a chase from Boynton Beach up to West Palm

13   Beach, get off at Okeechobee Boulevard, all the while this

14   other car is traveling, as the Government indicated, at 80, 90,

15   a hundred miles an hour.  Mike Brown is in pursuit as the first

16   car, other officers behind him.

17         They don't know how many people are in the car, there

18   may be two, three people in the car.  The car gets off at

19   Okeechobee Boulevard, travels some on Okeechobee Boulevard, and

20   makes a U-turn, and now again at a high rate of speed is

21   traveling southbound back towards Lake Worth, Boynton Beach.

22         These officers are driving at this high rate of speed,

23   they don't know what is going on in this car.  They may or may

24   not have heard that something earlier had been thrown out, and

25   they know their officer is down, their officer is down.

1          This is not something that occurred in Boynton Beach

2     before, it is something that is out of the ordinary, that is, a

3     high stress, high emotional situation for these officers and

4     what they are involved in.  It is certainly not something that

5     they planned for.  It is almost the end of their shift at this

6     point.

7          They get off at some point in Lake Worth, still

8     traveling at some rate of speed and now they are in a

9     residential area.

10          Mind you, while they are heading southbound this car

11     strikes Mike Brown -- Officer Brown's car.  So, he struck an

12     officer, now he struck another officer's car, a high rate of

13     speed, they are in a residential neighborhood, and despite the

14     Government's assertion on opening statement, Mike Brown doesn't

15     violate a policy, he rams the car.

16          You may hear later on it refers to something else, but

17     he rams the car under the circumstances to bring this event to

18     an end.

19          Now, what you have to understand in this case at this

20     point is that Sergeant Antico is the only sergeant on duty.  He

21     is it.  Normally Sergeant Llopis would have been there as well.

22     Sergeant Llopis had been on duty, but left early.  Sergeant

23     Antico cannot leave the city.  He has an officer down.  He has

24     this critical incident, he is monitoring the situation as best

25     he can because his officers are out of the jurisdiction, as

1    best he can and dealing with his downed officer, Officer

2    Williams.

3         That is what his real concern is at that moment,

4    although there are times -- and I would suspect that the

5    Government will play for you the radio traffic that is going on

6    while this is happening, and you will hear, can we take him

7    out, or something to that extent, while they are traveling at

8    the high rate of speed, and Sergeant Antico says no.

9         They know the eagle, which is the helicopter up in the

10   air, they want to make sure PBSO is involved, to see if PBSO is

11   there, and you will have transcripts to follow along.  What you

12   need to do is listen on your own.  They are not always as

13   perfectly accurate in this case, there are some questions about

14   what he said.

15        So, Sergeant Antico is monitoring it as best he can,

16   dealing with his officer, and then the stop occurs.  He is not

17   there, he is not controlling the situation.

18        There are two senior officers that are there, an

19   Officer Pat Monteith and Mike Brown, and you heard about Mike

20   Brown.  They have different tasks at that point.  Mike Brown is

21   the dog, K-9 officer, he is the one you heard about coming

22   around, and Pat Monteith arrives after Mike Brown is already

23   engaged, and Pat Monteith has a rifle and he is focused with

24   his rifle on this individual in the car.

25        You heard about the driver jumping in the back seat.

1    There is nobody in the driver's seat as it comes to a stop.

2    You will hear about this and read about it to some extent in

3    the reports.

4            Critical incidents, officer involved shootings, SWAT

5    team executions of search warrants, they all have one thing in

6    common, and that is that an officer should not necessarily

7    write their report the night of the incident.  The only thing

8    they have to do, have to do, is do the Use of Force Report,

9    basically that check list, I did this and this, and then they

10   are supposed to write their narrative, their supplement,

11   whatever you want to call it, at some later time.  That night

12   they have the report, boom, boom, boom, they need to get it

13   done.

14           Now, why?  Why do they not necessarily need to, or

15   should they, actually, should they write their narrative on

16   that night?

17           Well, what did we just talk about?  You will hear

18   testimony that it is an emotional, high stress situation.

19           They are concerned, and you will hear this, we

20   believe, on the radio traffic, they are concerned about their

21   officer.  They have their officers going to the hospital, they

22   want to know what is going on with their fellow officer.  They

23   have just been through a stressful situation.

24           We believe you will hear testimony from others, it is

25   best often times and not especially under the critical

1    situation that it was, and other situations I talked about, to

2    step back, decompress, think about what happened, maybe even

3    have a debriefing among the officers to make sure everybody is

4    on the same page and knows what happened.

5         But that is not what happened.  They got their report

6    started, started.  This is semantics.

7         One of the questions you will be asked is what is a

8    report?  When is a report a report?  Because what is important

9    to remember is something Ms. Osborne said, what the Government

10   talked about today, and that is that Sergeant Antico went on

11   vacation.

12        That is important for a number of reasons, and I will

13   come back to one of them in a little while.

14        It is important here because of the duty schedule.

15   So, at the end of the shift, which is around 5:00 a.m. in the

16   morning -- it happened at 2:00 a.m., Sergeant Antico never goes

17   out to the road where the incident happened.  He is focused on

18   Officer Williams, he goes to the hospital, he checks in and

19   peeks in on the other individuals when they are brought to the

20   various locations that they are brought to.  He is focused on

21   that.

22        At the end of his shift, or when he gets off, which is

23   not necessarily at the moment that he normally would because of

24   what has happened, he goes home.  He doesn't have to write a

25   report that night.

```
 1                Everything is aswirl, and he goes home and goes on

 2      technically -- the Government says vacation, he actually goes

 3      off duty, and then he goes on vacation and then off duty again.

 4                So, from the 20th at around 6:00 a.m. in the morning

 5      until 5:00 p.m. on the 27th, he is off duty.  He is not there.

 6                Some of these officers are also off duty and they know

 7      the supervisory sergeant is not there and is not going to be

 8      there.

 9                Some of them begin their reports.  Mike Brown actually

10      starts the report, stops, changes it.  He completes it, but is

11      able to go back in because of the way the system was set up

12      then and makes some additional changes, and then Sergeant

13      Antico comes back.

14                His job is the supervisory sergeant.  His job is to do

15      exactly what the Government accuses him of doing.  That is his

16      task as a sergeant at the Boynton Beach Police Department, to

17      do what he did in this case.

18                That is what he is being prosecuted for.

19                There are two issues that are important in the police

20      reports, timing and accuracy.  Timing in this case is not, or

21      should not have been as great an issue, and the officers should

22      have just been told to go home or go to the hospital and check

23      on Officer Williams and not write your narrative report.  That

24      is what they should have been told, but they started them.

25                And accuracy, it is the supervising sergeant's job to
```

 1    make sure they are accurate.

 2            So, when he gets back, his lieutenant hands him a

 3    video and tells him, watch this.  And Mike Brown is there, and

 4    Sergeant Llopis is somewhere in the area, but he doesn't

 5    necessarily watch the video, and Mike Brown and he watch the

 6    video together.

 7            Now, the Government says that Sergeant Antico was

 8    responsible for Mike Brown's changes in his report.

 9            First of all, Sergeant Llopis is the one who rejected

10    that report, and it was Sergeant Antico that approved it.  The

11    changes made the report more accurate.

12            How is that a crime?  Is he supposed to unsee what he

13    was told to see?

14            His job as a supervisory sergeant is to make sure

15    those in his charge, those who he supervises, file accurate

16    reports, not false reports.

17            Now, the Government says no one knew about the audit

18    trail, that the changes were preserved, that the original

19    report was preserved.  So what?

20            Those aren't reports.  A report is not a report, it is

21    not truly complete -- and this is where the semantics come in,

22    you hear about the word validate and complete and so on.

23            A supplement is not a report until it is approved by

24    the sergeant, and the report at that time should be accurate.

25    And that comes into play on February 19th.  And the vacation

1    comes into play on February 19th.

2          So, the reports that he approved, that is when they

3    are final.

4          Now, they say these other things are preserved.  What

5    is not preserved is, obviously, if he is counseled or has

6    spoken to somebody and says you need to fix this or that, which

7    is his job, or they send him notes.  There is something called

8    notes, that is not preserved.  Send them a message, basically,

9    like snap chat, and it disappears once it is read.

10         So, no one knows, including Sergeant Antico, what

11   exactly the notes were because those aren't preserved.

12         So, one of the issues you will have to address at the

13   end of this case is whether he intentionally assisted in the

14   falsification of reports that he didn't even know were written

15   until he got there and were only drafts on the 27th, and over

16   the 12 hours -- the Government likes to make it sound a lot

17   longer by saying over two days -- over the 12-hour shift from

18   the 27th to the 28th, whether or not having officers under your

19   charge file accurate police reports is somehow a violation of

20   the law that somebody should be subject to punishment of

21   criminal charges for.

22         Then we get to February 19th.  On February 19, 2015,

23   Sergeant Antico was invited to voluntarily come down, he is not

24   a target, in fact, he signs what is called a Kastigar letter, a

25   letter of use immunity to speak with agents in this case from

1   the FBI, one from PBSO, Palm Beach Sheriff's Office, and one

2   from the FBI.

3          You will see that on February 19th, you hear a lot of

4   I don't remember, I'm not sure, I don't know.  He has nothing

5   in front of him, he has no idea what they want to question him

6   about, none of that.  And it goes on for four hours.  I'm

7   sitting there, Sergeant Antico is sitting there.

8          The issue in that count, in that charge, is did he

9   intentionally, intentionally and knowingly lie to these agents.

10  Intentionally.  That is the issue that will be presented to you

11  there.

12         I indicated to you a moment ago that the vacation is

13  important not only because it is why there's a one-week delay

14  in the writing and true completion and finalization and

15  approval of the reports, but it is also an issue on

16  February 19th, because Sergeant Antico doesn't even remember

17  that he wasn't there for a week.  He doesn't even know that.

18  He doesn't have a clear memory of anything that occurred on

19  that day or the subsequent week.

20         At the end of the interview, they talk about if you

21  think of anything else, don't call us directly, but call Mr.

22  Lerman, me, and have Mr. Lerman call us and tell us that you

23  want to come back in.

24         And he says -- Stu Robertson, the agent, says make

25  sure you let your attorney know so that we can make sure we

1    understand it.  And he says, I can go back and check.  I mean,

2    like I said, the report thing after we saw the video, I don't

3    know whose was done and whose wasn't.

4         So, he is offering to go back and check, to look at

5    the reports and see if that jogs his memory, and the other

6    agent that is there says, don't worry about that.  And he

7    says -- they go on, that is the only thing that I -- sometimes

8    you can't hear everything.  And Stu Robertson says, no, they

9    can, they can get the time stamps.  No, we appreciate the

10   information.  We care more about when you saw the video, then

11   we can check for the report time stamps to compare.

12        The other agent says, no, no, I understand, I can't

13   remember what I did this morning.  And Stu Robertson says, some

14   moments are more memorable than others.  Sergeant Antico says,

15   I know, I just don't remember exactly when they said to look at

16   it and when these guys finished their reports.  Stu Robertson,

17   understood.  Antico says, mislead you guys.

18        His intent is not to mislead, not to lie.  He does not

19   have all the tools in front of him at that time to accurately

20   tell them what happened.  It is almost as if you are sandbagged

21   and you can't win one way or the other.

22        He comes in on that day voluntarily, he tries his best

23   to remember, and I think there are other times in the statement

24   that he talks about going back and looking at the report, at

25   least one other time, to help him refresh his memory, and when

1    he says he wants to do that, they tell him, don't bother, don't

2    do that.

3           At the end of this case, it will be clear to you

4    without any doubt, the Government certainly will not prove it

5    beyond a reasonable doubt, that Sergeant Antico is not guilty

6    of each and every accusation that the Government makes against

7    him.

8           It will be up to you to determine what those facts are

9    and we believe, Sergeant Antico believes that you will find,

10   and we know that you will find that he is not guilty of any of

11   these counts and that he was simply trying to do his job as a

12   sergeant at the Boynton Beach Police Department.

13          Thank you.

14          *THE COURT:*  Okay, thank you.

15          All right.  The Government may call your first

16   witness.

17          *MS. OSBORNE:*  Thank you.  The Government's first

18   witness is Sergeant Michael Musto.

19          MICHAEL MUSTO, GOVERNMENT'S WITNESS, SWORN

20          *THE WITNESS:*  Sergeant Michael Musto, M-U-S-T-O.

21          *MS. OSBORNE:*  May I inquire, your Honor?

22          *THE COURT:*  Yes, you may.

23                        **DIRECT EXAMINATION**

24   *BY MS. OSBORNE*:

25   *Q.*  Good morning, sir.

1    A.   Good morning.

2    Q.   Where are you employed?

3    A.   Palm Beach County Sheriff's Office.

4    Q.   What do you do there?

5    A.   I am commander of the aviation unit.

6    Q.   What do you in the aviation unit as commander?

7    A.   I supervise 14 flight crew members, three mechanics, and

8    operate three helicopters.

9    Q.   Before we get to all that, what did you do prior to the

10   aviation unit?

11   A.   I was a road deputy for three years.

12   Q.   Before that?

13   A.   Before that, I operated dump trucks and heavy equipment.

14   Q.   Okay.  So, what is the total amount of time you have been

15   with the Palm Beach Sheriff's Office?

16   A.   Approximately 12 years.

17   Q.   Let's talk about the aviation unit.

18        You mentioned there were some helicopters that you dealt

19   with?

20   A.   Yes.

21   Q.   Can you tell the jury about those helicopters?

22   A.   Those helicopters at the time were three Bell 40 XVX

23   helicopters.

24   Q.   When you say at the time, what are you referring to?

25   A.   The night that we are here for.

```
1    Q.   You are talking about August 20, 2014?

2    A.   Yes.

3    Q.   Have you upgraded since then?

4    A.   Yes.

5    Q.   In what way?

6    A.   We have a twin engine 429 Bell helicopter.

7    Q.   Could you explain the differences?

8    A.   The 429 is 30 percent heavier, bigger, the helicopter has

9    two engines now instead of one.

10   Q.   What kind of training do you have to operate these

11   helicopters?

12   A.   I have a commercial rotocraft rating and instrument rating

13   and commercial physical eye rating with instrument rating and

14   flight instructor ratings on both sides, along with Bell 407

15   factory initial training for the 407 and 429 as well.

16   Q.   Are those helicopters sometimes called the eagle?

17   A.   They are.

18   Q.   Why is that?

19   A.   That is the call sign we use with air traffic control and

20   with our dispatch.

21   Q.   Have you assisted officers in the past using an eagle?

22   A.   Yes.

23   Q.   Can you tell the jury how you would assist officers?

24   A.   When we get called to assist, we are typically assisting

25   the road units or tach squad units like that with robberies,
```

```
1    burglaries, missing people pursuits, stuff like that.
2    Q.  Let me draw your attention back to August 20, 2014.
3        Back then, were you a supervisor?
4    A.  I was not.
5    Q.  Were you a regular line pilot?
6    A.  That is correct.
7    Q.  As a pilot, what were your duties and responsibilities?
8    A.  A pilot would operate the helicopter, also kind of halfway
9    be in charge with the tactical flight officer who works the
10   camera and police equipment.
11       On that night, I was acting kind of as everything.  I was
12   the tactical flight officer, but I had a trainee in the
13   helicopter flying the helicopter and I was instructing him as
14   well as working the police equipment and being a flight
15   instructor.
16   Q.  So it is clear, on August 20, 2014, you were training
17   somebody who was flying the helicopter?
18   A.  Correct.
19   Q.  And you were operating a lot of equipment?
20   A.  Yes.
21   Q.  Can you explain to the jury what kind of equipment you were
22   operating?
23   A.  I would have been operating a night sun 30 mil candle
24   spotlight as well as an infrared camera which has high
25   definition and daytime capabilities as well.
```

1   *Q.*  Did you get a call around 2:00 a.m.?

2   *A.*  I did.

3   *Q.*  And did you respond to that call?

4   *A.*  We did.

5   *Q.*  How -- if you go out at night, do you use the infrared

6   camera or the other camera?

7   *A.*  We use the infrared camera.

8   *Q.*  Why is that?

9   *A.*  It let's you pick out things at night that you wouldn't be

10  able to see with the daytime camera.

11  *Q.*  What does the infrared camera pick up on?

12  *A.*  Mostly heat sources, heat anomalies is what it picks up.

13  *Q.*  We are talking about the call at 2:00 a.m.  Does the eagle

14  video when you go out?

15  *A.*  We do.

16  *Q.*  Does it routinely video?

17  *A.*  We do.

18  *Q.*  Did you video on August 20, 2014?

19  *A.*  I did.

20  *Q.*  Have you viewed that videotape in my office?

21  *A.*  I have.

22        *MS. OSBORNE:*  At this point, your Honor, I offer

23  Government Exhibit 3 into evidence.  I believe there is no

24  objection from the Defense.

25        *MR. LERMAN:*  No objection.

Pauline A. Stipes, Official Federal Reporter

1          *THE COURT:*  Okay.  So, Exhibit 3 is admitted without
2      objection, and that is the video.
3          *(Whereupon Government Exhibit 3 was marked for evidence.)*
4          *THE COURT:*  Ladies and gentlemen, when exhibits are
5      admitted into evidence, that means that the exhibits will go
6      back with you when you deliberate.  You will have access to all
7      of them back in the room when you deliberate.
8          Nevertheless, often times attorneys would like to
9      present the exhibits here in court.  Sometimes they do and
10     sometimes they don't.  Once it is admitted into evidence, it
11     goes back to the deliberation room when you deliberate.
12         You may proceed.
13         *MS. OSBORNE:*  Agent Thomas, if you would play --
14         (Thereupon, the video was played.)
15         *MS. OSBORNE:*  Stop it right there.
16     BY *MS. OSBORNE*:
17     Q.  Let's get the jury oriented to what is going on here.
18         If you look at the screen, can you tell the jury what is
19     depicted right now?
20     A.  This would be the camera in the stow mode, you are not
21     seeing any picture at all on this screen.  The camera is stowed
22     inside it so the lenses are not looking at anything at this
23     point.
24         *MS. OSBORNE:*  That is 2:16:10 on the video.  Agent
25     Thomas, play a few more seconds.

```
 1              (Thereupon, the video continued.)
 2          MS. OSBORNE:  Stop there.  That is at 2:16:12.
 3  BY MS. OSBORNE:
 4  Q.  Can you explain to the jury what happened between those two
 5  seconds?
 6  A.  The camera comes out of stow and you are looking at the
 7  daytime mode or high definition mode of the camera.
 8  Q.  How does this daytime mode differ from the high definition
 9  nighttime camera?
10  A.  This is mostly what we use it for, is daytime videos.
11      At night you don't see a whole lot with this mode of
12  camera.
13      The infrared, you see it switch over to that in a minute,
14  is 99 percent of what we use at night.
15  Q.  Okay.  Before we get to that, why don't we explain to the
16  jury some of the things on the screen.
17      There is a circle on the upper left?
18  A.  Yes.
19  Q.  Would you explain to the jury what that is?
20  A.  That is the date and time that the camera is operating
21  right now, at that time.
22  Q.  What about the circle in the middle left?
23  A.  Those are showing where the camera is pointing in relation
24  to the aircraft.
25  Q.  And then in the lower left corner?
```

Pauline A. Stipes, Official Federal Reporter

1    *A.*   That is the aircraft latitude and longitude, and also

2    700 feet would be the aircraft altitude.

3    *Q.*   And how about way over here on the right?

4    *A.*   Target latitude and longitude, showing 1.4 nautical miles,

5    that is the distance from the aircraft.

6    *Q.*   What does that mean, distance from the aircraft?

7    *A.*   Distance from the camera to where the center reticle

8    crosshairs is pointing at.

9    *Q.*   When you say the reticle, is that it?

10   *A.*   That is correct.

11   *Q.*   I circled the center of the screen.

12         *MS. OSBORNE:*  If we could play a little more, Agent

13   Thomas.

14         (Thereupon, the video continued.)

15         *MS. OSBORNE:*  Stop it there, 2:16:24.  Can you stop it

16   so it is not fuzzy.  That is good.

17         Now we are at 2:16:25.

18   *BY MS. OSBORNE:*

19   *Q.*   The cameras seem to switch at that moment.  Is that when it

20   switches from daytime mode to nighttime mode?

21   *A.*   Yes, correct.

22   *Q.*   And you said the infrared camera will pick up heat

23   differences?

24   *A.*   Yes.

25   *Q.*   I think we have an example a few seconds ahead.

```
 1            (Thereupon, the video continued.)
 2                 MS. OSBORNE:  If we could stop there, 2:16:29.
 3   BY MS. OSBORNE:
 4   Q.  There is a truck on the left side.  Can you explain to the
 5   jury what the camera is picking up?
 6   A.  In the truck image, the white spots on that truck are the
 7   hot spots.  You have the white parts in the front where the
 8   exhaust stacks are and the engine is, all glowing white, and
 9   the wheels are white.  There is a lot of friction from the
10   rubber meeting the road and the brakes and axles and all that
11   stuff.  There is a lot of heat there where the white spots are.
12        The dark spots are relatively cool, not a lot of heat
13   showing up on those.
14   Q.  And by the way, we are picking up voices and radio traffic.
15   Can you explain what that is?
16   A.  That is dispatch radio, police radio.
17                 MS. OSBORNE:  Okay.  Now if we could keep playing,
18   Agent Thomas.
19                 (Thereupon, the video continued.)
20                 MS. OSBORNE:  Stop right there, 2:16:49.
21   BY MS. OSBORNE:
22   Q.  What had you been doing up to this point?
23   A.  I'd been working on getting the camera aligned to where it
24   knows where it is at and locating the pursuit on the highway.
25   Q.  At 2:16:49, do you feel you have located the pursuit?
```

```
 1    A.  Yes.

 2              MS. OSBORNE:  Agent Thomas, I will ask you to play it

 3    to the end and we will come back.

 4              (Thereupon, the video continued.)

 5              MS. OSBORNE:  Agent Thomas, can you back it up to

 6    2:17:10.  You can stop it there, 2:17:11.

 7    BY MS. OSBORNE:

 8    Q.  We heard a distinctive voice, who is that?

 9    A.  That is my voice.

10    Q.  What were you calling out?

11    A.  I was calling to the units on the ground that we are

12    overhead.

13    Q.  As you are approaching, what is your role at this time?

14    A.  As we are approaching, I am watching the suspect vehicle

15    and waiting for the vehicle to stop and looking for a bailout

16    of the occupants in the vehicle and looking for officer safety

17    issues.

18    Q.  If there is a bailout, what could the eagle provide?

19    A.  We provide assistance by trying to follow the occupants

20    that bailed out.

21    Q.  And when you say you are concerned about officer safety,

22    where are you looking for?

23    A.  I am looking in the neighborhood for people to come out of

24    the neighborhood and looking at the vehicle for anyone to come

25    out of the vehicle.
```

1          *MS. OSBORNE:*  Okay.  Agent Thomas, if we could keep

2     playing.

3               (Thereupon, the video continued.)

4          *MS. OSBORNE:*  If we could stop it there, 2:17:33.

5     *BY MS. OSBORNE:*

6     *Q.*  What assistance are you providing from the eagle at this

7     point?

8     *A.*  I am looking for officer safety issues.

9     *Q.*  Do you see any?

10    *A.*  I see the two officers, one in the front and one in the

11    rear, pointed toward each other.

12    *Q.*  And why is that a problem?

13    *A.*  That is a problem if they had to use lethal force, they

14    have a risk of striking one another.

15    *Q.*  Do you, in fact, go ahead and warn the officers about that?

16    *A.*  I do.

17              *MS. OSBORNE:*  If we could play a few more seconds.

18              (Thereupon, the video continued.)

19              *MS. OSBORNE:*  Stop right there.

20    *BY MS. OSBORNE:*

21    *Q.*  Just before you said watch your cross fire, at that point,

22    how many officers were pointing guns at each other?

23    *A.*  Two at one point and maybe a third at the last part there.

24    *Q.*  By the way, in the bottom left corner it says 938 feet --

25    930 feet?

1    *A.*   930 feet.

2    *Q.*   Is that how high you are?

3    *A.*   That is right.

4    *Q.*   Are you watching with your naked eye at this point?

5    *A.*   I am not watching with my naked eye, I wear night goggles,

6    I am looking at a 10-inch screen which shows this image here

7    and looking through the goggles.

8    *Q.*   The 10-inch screen is the camera?

9    *A.*   Yes.

10   *Q.*   Can you look at the screen with the night vision goggles?

11   *A.*   It is just for out the window use.  You can't view the

12   screen with it.

13   *Q.*   At the same time, are you operating other equipment?

14   *A.*   I am watching over the trainee that is flying the

15   helicopter at the time as well.

16          *MS. OSBORNE:*  If you could continue playing, please.

17          (Thereupon, the video continued.)

18          *MS. OSBORNE:*  Stop right there at 2:17:46.

19   BY *MS. OSBORNE*:

20   *Q.*   The camera swung away.  Can you describe what happened?

21   *A.*   I can't tell you a hundred percent what happened, but the

22   Churchill navigation system, if you take the center and put it

23   on the rooftop there, it will give you an exact numerical

24   address for the street that house or parcel of land is located

25   on.

1    When you do enough of these you get a flow, you know what

2    needs to come out on the radio for responding units.  That is

3    what most likely I was doing in that situation.

4    *Q.*  At this point, when you swing away to give information, are

5    you concerned about the officers' safety on the ground?

6    *A.*  I am not.

7    *Q.*  Why aren't you?

8    *A.*  Because we have numerous officers on the scene now.

9         *MS. OSBORNE:*  If we could back up to 2:17:40, if you

10   can.

11        (Thereupon, the video continued.)

12        *MS. OSBORNE:*  No, back up a little more.

13        (Thereupon, the video continued.)

14   *BY MS. OSBORNE:*

15   *Q.*  Sergeant Musto, if you'd take a look at the two officers in

16   the back of the car, T 2:17:39.

17        Did you see what they just did?

18   *A.*  Holstered weapons.

19   *Q.*  Is that the type thing you would be looking for in terms of

20   officer safety?

21   *A.*  I would.  With them doing that, it tells me they don't see

22   a threat in the door that they just opened.

23   *Q.*  Why do you say that?

24   *A.*  Because, at least from my experience, if I did see a threat

25   I wouldn't be putting a weapon away at that point.

1          *MS. OSBORNE:*  Okay.  If we could keep playing.

2               (Thereupon, the video continued.)

3          *MS. OSBORNE:*  Stop right there, 2:17:58.

4    BY MS. OSBORNE:

5    Q.  So, the camera swung away and looked at a parcel of

6    property?

7    A.  Uh-hum.

8    Q.  You came back briefly and looked at the officers on the

9    ground.  At 2:17:58 or so, the camera moves away again.  Could

10   you explain what is going on there?

11   A.  I am trying to confirm that this is Elm Street we are

12   looking at as a cross street.  The overlay system we use, it

13   paints lines on top of the streets, kind of like the line of

14   scrimmage in a football game, it is not actually there, but on

15   the TV it looks like a yellow line or blue line going across

16   the TV, this is what our system does as well.

17        And sometimes you move it to get the name of the street to

18   pop up on the top of that street that you are seeing in the

19   video.

20   Q.  This is twice now you moved away from the officers in the

21   car.  Is it safe to say you are not concerned about their

22   safety?

23   A.  Yes, not at the car.  You see later on I am looking around

24   the neighborhood for people coming out of the neighborhood.

25   Q.  Just talking about this point, 2:17:58, why aren't you

1    concerned about the officers' safety?

2    A.  Because we have approximately eight to ten officers at the

3    vehicle now.

4    Q.  Did you feel these officers had things under control?

5    A.  I did.

6           MS. OSBORNE:  If you would continue.

7           (Thereupon, the video continued.)

8           MS. OSBORNE:  If we could stop right there.  The

9    camera panned back at 2:18:01 or 02, or so.

10   BY MS. OSBORNE:

11   Q.  Is that what you are talking about?

12   A.  Yes.  Right now if you zoom it back, you can get the scene

13   as a whole, you see anybody coming to the scene, or if one of

14   the suspects happened to run away, you would see them run away

15   as well.

16   Q.  Basically, you are checking the surrounding areas for

17   potential problems?

18   A.  Correct.

19   Q.  Did you, in fact, ever see anybody run away from the

20   vehicle?

21   A.  I did not.

22           MS. OSBORNE:  Okay.  If you would keep playing,

23   please.

24           (Thereupon, the video continued.)

25           MS. OSBORNE:  If we could stop right there, 2:17:27.

```
 1   BY MS. OSBORNE:
 2   Q.  The helicopter is circling around, and you can see some of
 3   the activity going on in the center of the screen.  Do you
 4   remember what, if anything, you were thinking?
 5   A.  At this point, I am kind of watching the video, looking
 6   outside for other units coming and watching my partner fly the
 7   aircraft.
 8       At this point, I am standing by waiting for if they have
 9   anyone in custody or if you can assist them in any way.
10   Q.  At this point, 2:18:27, do you have concerns for the
11   officers' safety on the ground?
12   A.  I do not.
13          MS. OSBORNE:  Keep playing, please.
14          (Thereupon, the video continued.)
15   BY MS. OSBORNE:
16   Q.  At 2:18:33, you just said "one detained so far."  Can you
17   describe who you meant?
18   A.  I would assume the one by the stop sign.
19   Q.  So, you are meaning that one is already safely in custody?
20   A.  Or appears to be, yes.
21          MS. OSBORNE:  If we can continue, please.
22          (Thereupon, the video continued.)
23          MS. OSBORNE:  If you could stop a second, at 2:18:55.
24   BY MS. OSBORNE:
25   Q.  The helicopter seems to be traveling around.  What are you
```

64

1   doing?

2   *A.*  We are orbiting the scene at this point.

3   *Q.*  At this point, do you have concern for the officers'

4   safety?

5   *A.*  I do not.

6   *Q.*  Why not?

7   *A.*  Because I see no issue for safety on their part or on ours,

8   no one is coming out of the houses, no one running away, and

9   they have numerous officers on the scene already.

10  *Q.*  So, had you seen any threat from that car in the time you

11  were up in the air?

12  *A.*  No.  No, I had not.

13         *MS. OSBORNE:*  If we could please keep playing.

14         (Thereupon, the video continued.)

15         *MS. OSBORNE:*  If we could stop it right there.

16  *BY MS. OSBORNE*:

17  *Q.*  You heard all in custody at 2:19:12 or so?

18  *A.*  Yes.

19  *Q.*  What did you take that to mean?

20  *A.*  That usually means for our part, it is pretty much over,

21  they don't need us anymore, the suspects are in custody, we can

22  go to the next call or go back to the hangar.

23  *Q.*  After that, did you back up and the camera stops?

24  *A.*  I did.

25         *MS. OSBORNE:*  Would you continue, please.

```
 1              (Thereupon, the video continued.)
 2         MS. OSBORNE:  All right.  Thank you.
 3  BY MS. OSBORNE:
 4  Q.  Did you have any concerns about what you just saw unfold as
 5  you were watching that night?
 6  A.  I did.  The video doesn't look good.  After I got back, I
 7  gave it to my supervisor and he sent it up the chain from
 8  there.
 9  Q.  What was it about the video that did not look good?
10  A.  The extended time it took to get them in custody with the
11  kicking and punching, that type of stuff.
12  Q.  Did you review the video once you got back to the Sheriff's
13  Office?
14  A.  Just a short time to make sure the video got put on the DVD
15  we burned it to on the recorder and it is on there as evidence.
16  Q.  Is that what you do with the videos?
17  A.  Yes.
18  Q.  As far as passing this to the supervisor, is that something
19  you routinely do?
20  A.  Not often.
21  Q.  How often have you done that?
22  A.  This would be the first one I remember doing that with.
23  Q.  Have you done one since?
24  A.  I don't believe so.
25  Q.  And you said you gave it to your supervisor?
```

1   *A.*   Yes.

2   *Q.*   Who would that be?

3   *A.*   That was Sergeant Robert Lucas at the time.

4   *Q.*   By the way, was there someone named Colonel Jim Stormes in

5   your office at the time?

6   *A.*   He wasn't a colonel at the time.

7   *Q.*   That is a high ranking officer?

8   *A.*   It is.

9   *Q.*   Where under Sheriff Bradshaw would he be?

10   *A.*   Probably number two or three at that point.

11          *MS. OSBORNE:*  May I have a moment, your Honor?

12          *THE COURT:*  Yes.

13          *MS. OSBORNE:*  I have no further questions, your Honor,

14   thank you.

15          *THE COURT:*  Any cross-examination?

16                    **CROSS-EXAMINATION**

17   *BY MR. LERMAN:*

18   *Q.*   Good morning, Sergeant.  How are you?

19   *A.*   Good morning.  Good.

20   *Q.*   As of now, you have been with PBSO 12 years?

21   *A.*   Almost 12 years, that is correct.

22   *Q.*   The first three you spent on the road?

23   *A.*   Yes.

24   *Q.*   And the remaining time you have been in the air basically?

25   *A.*   Yes.

1    Q.  Obviously, you have been involved with situations when you

2    were on the road certainly arresting individuals?

3    A.  Yes.

4    Q.  Every day is different when you are on the road?

5    A.  That is correct.

6    Q.  Every situation presents its own unique challenges, yes?

7    A.  Yes.

8    Q.  Sometimes they are simple, sometimes they are dangerous,

9    correct?

10   A.  That is correct.

11   Q.  Now, in this particular situation, you are up in the air,

12   you can zoom in, zoom out, obviously.  We see that occurring?

13   A.  That is right.

14   Q.  Sometimes you are looking out the window with your night

15   vision goggles and so then you are looking from the 930 feet

16   perspective obviously?

17   A.  Yes.

18   Q.  Other times you are looking at the 10-inch screen.  You

19   can't look at it with your goggles, so you are looking at it

20   like I am now with my glasses, looking over them?

21   A.  That is correct.

22   Q.  In the daytime when you have the HD, things are obviously

23   clearer as to what is going on or not going on, especially when

24   you can zoom in, correct?

25   A.  Yes.

1    *Q.*  When you are using the nighttime infrared camera, the

2    people kind of, for lack of a better term, are aglow,

3    basically?

4    *A.*  They are.

5    *Q.*  Because of the heat the body gives off?

6    *A.*  That is right.

7    *Q.*  One individual who is bald, as yourself, you can tell,

8    because the individual doesn't have any hair, that that

9    individual is bald because the entire head is glowing, so to

10   speak?

11   *A.*  That is right.

12   *Q.*  Now, while you can see the individuals and the movement of

13   the individuals, and you can identify what is a car and what is

14   not, you can't see what is inside the vehicle that you are

15   observing; is that correct?

16   *A.*  I cannot.

17   *Q.*  At the moment you are watching the event unfold, and

18   afterwards, when you are looking at the video itself, because

19   you went back and reviewed it, there is no X-ray going on that

20   tells you what that officer that is down on the scene, on the

21   road at that given moment is observing in the car?

22   *A.*  There is not.

23   *Q.*  You can't tell what dangers that individual that is inside

24   the car that they are trying to extricate is posing to them.

25   Is that a fair statement?

1    *A.*  Yes, sir.

2    *Q.*  You can't tell, obviously, what the individuals are saying

3    to each other, what directions the officer may be giving, or

4    what the individual is responding verbally to that officer.  Is

5    that a fair statement?

6    *A.*  That is fair.

7    *Q.*  You could see to some extent the actions they are taking in

8    possibly kicks or strikes, things of that sort?

9    *A.*  Correct.

10   *Q.*  You have previously arrested people, we talked about that?

11   *A.*  Right.

12   *Q.*  When you arrest people, you have people on the ground at

13   times, yes?

14   *A.*  Yes.

15   *Q.*  Sometimes their hands are underneath them, yes?

16   *A.*  Yes.

17   *Q.*  That would be a dangerous situation to you?

18   *A.*  It would.

19   *Q.*  You want to see, if you are the arresting officer, their

20   hands?

21   *A.*  Correct.

22   *Q.*  You want to get their hands behind them so you can handcuff

23   them?

24   *A.*  Correct.

25   *Q.*  You can't see everything going on in the video.  While you

1   see an individual or two individuals on the ground, you can't

2   see where their hands are and what they are doing from your

3   perspective?

4   A.  Not very well.

5   Q.  You could see an individual's feet clearly at one point

6   spread out, and you could tell somebody may be face down, but

7   you can't see what is going on between that individual and

8   whether they are pulling back or resisting or things of that

9   sort once they are on the ground, correct?

10  A.  That is correct.

11  Q.  Even when somebody is in handcuffs, there are opportunities

12  for that person to pull away or resist, correct?

13  A.  That is correct.

14  Q.  Somebody could kick, a number of these officers are male

15  officers, and kick the officer and injure them in a way male

16  officers wouldn't want to be injured; is that correct?

17  A.  That is correct.

18  Q.  And you have been in situations where individuals, despite

19  the number of officers that may have been around, have been in

20  handcuffs and tried to flee?

21  A.  Not often with that many officers around.

22  Q.  Okay.  And, obviously, persons can be pulling away and keep

23  from being handcuffed?

24  A.  Yes.

25  Q.  If they have their hands under them, you may be concerned a

1   person may have a weapon underneath them; true?

2   A.   True.

3   Q.   An individual could be pulling away and being obstinate,

4   refusing to be handcuffed?

5   A.   Correct.

6   Q.   If an individual is in a car, you want to the see where

7   their hands are?

8   A.   I do.

9   Q.   If an individual is not following directions and showing

10  their hands, that would be a concern of yours, correct?

11  A.   It would.

12  Q.   Those are all dangerous situations to the officer, correct?

13  A.   They are.

14  Q.   Is it more dangerous the closer you are sometimes to the

15  individual than further away?

16  A.   I would say yes.

17  Q.   So arm's length is more dangerous than 10 feet, 15 feet

18  away?

19  A.   It is.

20  Q.   Obviously, from your perspective, you thought it could be

21  handled better, things of that sort?

22  A.   Yes.

23  Q.   You were concerned because of the crossfire situation,

24  right?

25  A.   Right.

1    Q.  When you initially observed this, and even after you viewed

2    the video, based on what you could see on the video, you

3    originally believed there were two individuals who moved from

4    the car, correct?

5    A.  I --

6    Q.  At the time.

7    A.  At the time, and even the supplement that I did that night,

8    I say there were three subjects taken into custody.  So I don't

9    know where you guys are seeing that there are two subjects,

10   because on that night my summary says three subjects taken into

11   custody.

12       I may not have put that over the radio, but at the time,

13   three years ago, my summary says there are three subjects taken

14   into custody.  I would say I knew there were three subjects

15   taken into custody.

16   Q.  And just so we are clear, you panned away to confirm on

17   both occasions that -- you panned away to confirm the address?

18   A.  That is correct.

19   Q.  Not to hide something from what was going on on the street

20   --

21   A.  Absolutely.

22   Q.  -- correct?  That had already occurred, and you observed it

23   and it had been recorded, correct?

24   A.  That is correct.

25   Q.  At the time of the incident, you did not know the

```
 1   surrounding circumstances of what led to the chase.  Is that a
 2   fair statement?
 3   A.  That is fair.
 4   Q.  You knew that there had been a chase, obviously, up I-95
 5   north and then south?
 6   A.  Yes.  I assume it went up north because they are Boynton
 7   Beach officers and they were coming southbound, they went
 8   northbound and turned around coming back south.
 9   Q.  You didn't know about Officer Williams and the things that
10   led to this incident?
11   A.  I did not.
12           MR. LERMAN:  One second, your Honor.
13           I don't have anything else of this witness.
14           THE COURT:  Redirect.
15                        REDIRECT EXAMINATION
16   BY MS. OSBORNE:
17   Q.  Just a few questions, your Honor, thank you.
18       Mr. Lerman asked that you did not know the surrounding
19   circumstances of the chase and he referred to Officer Williams,
20   who had been hit.  Do you remember that?  Do you remember he
21   just asked you that?
22   A.  Yes.
23   Q.  If you had known that, would that have changed your
24   assessment of what was going on on the ground?
25   A.  It would not.
```

1    Q.   Why not?

2    A.   Because we are there to do the same job, it doesn't matter

3    what the circumstances are.

4    Q.   Now, Mr. Lerman also asked were you concerned about the

5    crossfire situation that was on the tape.  Did you have other

6    concerns?

7    A.   Not -- at that point, no.  We had nobody leaving the

8    vehicle and nobody coming out of the neighborhood toward the

9    officers, so, no.

10   Q.   You are talking about officer safety?

11   A.   Yes.

12   Q.   So, you didn't have any other concerns for officer safety?

13   A.   Not at that moment, no.

14   Q.   And actually, Mr. Lerman asked you a couple of questions

15   about dangerous situations to officers, people running, people

16   kicking, doing that type of thing?

17   A.   Yes.

18   Q.   Did you see any of that from the occupants of the car?

19   A.   At that time, no.

20   Q.   Did you see that from any point on the video?

21   A.   No, I did not.

22   Q.   And you stated it took a long time to get the people

23   handcuffed, to get them into custody?

24   A.   I did.

25   Q.   When did you feel concerned about that?

1           MR. LERMAN:  Objection, beyond the scope of cross,
2   asked and answered.
3           MS. OSBORNE:  I will rephrase, your Honor.
4   BY MS. OSBORNE:
5   Q.  So, from pretty early on, as Mr. Lerman asked you, you
6   panned away from the officers?
7   A.  Yes.
8   Q.  And you did it twice.  So, would you say pretty early on
9   you weren't concerned about the officers' safety at all?
10  A.  At that point, from early on, I was not concerned.
11  Q.  Why from early on were you not concerned?
12  A.  Because from early on we had a great officer presence at
13  the scene that didn't cause me to be alarmed by it.
14          MS. OSBORNE:  Thank you.  No further questions.
15          THE COURT:  Okay.  Thank you.  You may step down.
16          Ladies and gentlemen, we will take our mid-morning
17  break.  It is about 11:22 or so, we will be in recess for 15
18  minutes, what we call our mid-morning break, to stretch and get
19  comfortable.  We'll back and carry through to the lunch hour
20  with a few additional witnesses or at least one witness.
21          I want to remind you that when you are on your break
22  the same rules apply, do not speak about the case, and should
23  you leave and go into the hallway and come across the attorneys
24  or parties, please stay away from them in terms of
25  communication with them, and they will do the same with you.

```
 1    It might be harder because there are more of you.  There are a
 2    lot of people in the courthouse, actually, a lot of jurors are
 3    being selected.  Stay clear.  If they don't get in the elevator
 4    at any time, it is because they want to avoid any contact with
 5    you outside the courtroom.
 6              Have a nice mini recess this morning and we will see
 7    you back in 15 minutes.
 8         (Thereupon, the jury leaves the courtroom.)
 9              THE COURT:  Did you file jury instructions?
10              MS. OSBORNE:  I did give instructions to Mr. Lerman.
11              MR. LERMAN:  We are conferring.  Based on my review of
12    them yesterday, I didn't see any issues.  There was some
13    discussion whether the policy instruction you gave should be
14    included in this trial, and the Government said they didn't
15    think it was necessary, and I said it kind of depends on how
16    things play out in this trial.
17              THE COURT:  Why don't we do this, why don't we give
18    you the rest of today, you might have time over the lunch hour
19    or when we break this afternoon, by the end of today, a full
20    set be comprised, compiled and filed and either represent that
21    it is agreed to one hundred percent, or if there are
22    disagreements, that an alternative instruction be included, or
23    if someone is saying something should be omitted, it is clear
24    in the one set.  I will give you over the lunch hour and this
25    afternoon.
```

```
1            I don't want to have any unanticipated issues.  I am
2   not changing my ruling with what was brought up in the Brown
3   case.  I am looking at 1519, I may show you a red line version
4   for your consideration to avoid any possible concern, but I
5   expect your full set to be submitted.
6            I will ask you to meet and confer about the April
7   statement.  The way I see the issue is, although I will take a
8   closer look over the break right now, as I understand it, the
9   Government is not going to use it, and Defense withdrew its
10  argument that it should be able to be used.  It's not
11  permissible to be used under the rules of evidence, or at least
12  at this point it has been withdrawn so the Court has not made
13  that definitive ruling, but that is -- those were the issues
14  brought up in the briefing.
15           Now I see the issue, from the best I can understand in
16  the brief period before the jury came in, it was a matter of
17  what to call it, how to characterize it.
18           I prefer for you to agree on a statement and that is
19  how you refer to it.  You are all in the best position to do
20  that.  I want to give you an opportunity to do it first.
21           MR. LERMAN:  The Government is calling a witness they
22  didn't call in the last trial, which is Assistant Chief Harris.
23           Apparently she testified twice in front of the Grand
24  Jury and I found out over the weekend they were calling
25  Assistant Chief Harris, and today I was provided two different
```

1    transcripts from the Grand Jury.

2           Apparently Ms. Osborne could not scan them to me over

3    the weekend.  My lunch hour is going to be spent trying to get

4    through those transcripts.

5           THE COURT:  Like I said, not until the end of the day.

6    The very end of the day is when the instruction will be

7    required to be submitted.

8           Who is your next witness?

9           MS. OSBORNE:  Elizabeth Clowes, she is the dispatcher.

10          There is one other disagreement.  We have a

11   disagreement about the superseding indictment and how much to

12   redact.

13          THE COURT:  All right.  I want to have both of your

14   versions, Government version and Defense version, submitted to

15   the Court.  Have that filed by 11:59 tonight and I will have

16   them, and when we have a discussion about them, I can have it

17   in front of me so I understand what the arguments are that are

18   being made.

19          Thanks.  Let's let you take a break.

20      (Thereupon, a short recess was taken.)

21          THE COURT:  You may be seated.

22          Just to be clear, just going back to the April

23   statement, I think what needs to be done is that -- I don't

24   know when it is going to first come up.  If you want to include

25   that in your filings at the end of the day, if you do the jury

Pauline A. Stipes, Official Federal Reporter

```
 1    instructions and redacted superseding indictment, what you need

 2    to do is articulate how you intend to refer to the April

 3    statement, and then, you know -- not now --

 4         MR. LERMAN:  Ms. Osborne and I had a conversation and

 5    I explained to her what my intentions were with regard to that.

 6         THE COURT:  Write it down, and that will be the way it

 7    is always referred to.  You can hand it to me and I will have

 8    it and I will know it.  As long as you all agree on how it is

 9    always referred to so nobody gets up and objects unnecessarily,

10    that is fine.  So you agree, you have come up with an

11    agreement?

12         MR. LERMAN:  We haven't agreed we could mention it

13    yet, but we have agreed what my intention is.

14         THE COURT:  All right.  So the next witness is?

15         MS. OSBORNE:  Elizabeth Clowes.

16         THE COURT:  How long do you think you will be with

17    her?

18         MS. OSBORNE:  As much as 45 minutes.

19         THE COURT:  On direct?

20         MS. OSBORNE:  Yes.

21         THE COURT:  All right.  Maybe we'll break at that

22    time.

23         MS. OSBORNE:  I would like to pass out the notebooks

24    to the jury, however, there are other items in there.

25         THE COURT:  You tell me what exhibit it is, and I will
```

Pauline A. Stipes, Official Federal Reporter

1    do that like any other trial.

2              *MS. OSBORNE:*  2-A.

3              *THE COURT:*  All right.  If you let me know that at the

4    time, that will be fine.

5              Okay, we can bring our jury in.  You all will work on

6    1-A, and after trial today get that squared away with the 1-A

7    issue.

8              *MS. OSBORNE:*  Yes, your Honor.

9              *THE COURT:*  Let's remember at the end of today you

10   give your lineup of who your witnesses will be for tomorrow so

11   Mr. Lerman will prepare for those witnesses.

12        *(Thereupon, the jury returns to the courtroom.)*

13            **ELIZABETH CLOWES, GOVERNMENT'S WITNESS, SWORN**

14            *THE WITNESS:*  Elizabeth Clowes, C-L-O-W-E-S.

15            *MS. OSBORNE:*  May I inquire, your Honor?

16            *THE COURT:*  Yes.

17            *MS. OSBORNE:*  Thank you.

18                         **DIRECT EXAMINATION**

19   *BY MS. OSBORNE:*

20   *Q.*  Good morning.  Where are you employed?

21   *A.*  City of Boynton Beach Police Department.

22   *Q.*  What do you do for a living?

23   *A.*  I'm a 911 dispatcher.

24   *Q.*  How long have you been a 911 dispatcher?

25   *A.*  With the City of Boynton, 13 years.  I worked in West Palm

```
 1   Beach for a year.
 2   Q.  What are your duties and responsibilities as a 911
 3   dispatcher?
 4   A.  Take emergency calls in for the police and fire department.
 5   Q.  What kind of training have you had?
 6   A.  On-the-job training, nothing specific as far as classes or
 7   anything.
 8   Q.  Can you explain to the jury, when someone calls in, how do
 9   you deal with the call?
10   A.  You -- specifically 911 or any call?
11   Q.  Can you explain first a 911 call?
12   A.  Sure.  You confirm address, phone number and determine what
13   it is they need, and call for what they need, and either
14   dispatch a police dispatcher or fire dispatcher.
15          THE COURT:  Ms. Clowes, could you move the microphone
16   closer to you.  Speak into the microphone.  Mrs. Stipes is
17   taking everything down when you are talking.
18   BY MS. OSBORNE:
19   Q.  If you could slow down a little bit?
20   A.  Sure.
21   Q.  You talked about 911 calls.  What other calls do you get?
22   A.  Nonemergency calls on a regular digit line per se,
23   sometimes it is an emergency, and in-house city extensions.
24   Q.  Could you explain the in-house calls?
25   A.  During the day people that call from the city that need
```

1    assistance for some reason, typically, after hours it comes

2    from inside the fire department, police department, water

3    department.

4    Q.  Can you explain to the jury, do you also handle calls from

5    officers?

6    A.  Yes, on the in-house line or the seven digit line.

7    Q.  Could you explain how that works?

8    A.  I'm not sure what you mean.

9    Q.  If an officer calls in --

10   A.  Right.

11   Q.  -- what do you as a dispatcher do?

12   A.  We answer the phone, and depending what they ask, help them

13   out or transfer the call.

14   Q.  How are you able to identify the officer?

15   A.  Typically by voice.  If we are not sure we ask who they

16   are.  Sometimes a car ID.

17   Q.  Do officers identify themselves by a number?

18   A.  Not typically over the phone, but sometimes.

19   Q.  What about the radio, can you talk about the radio?

20   A.  Sure.  Anything specific?

21   Q.  Do officers call you, as a 911 dispatcher, over the radio

22   versus a telephone call?

23   A.  Yes, they use a radio to contact us.

24   Q.  Can you explain to the jury what your role is if an officer

25   calls on the radio?

 1   *A.*   Depending on what they ask for, if they ask us to do
 2   something, the computer could process the information.
 3   *Q.*   In that, does the officer identify themselves?
 4   *A.*   Yes, either by call number or ID number.
 5   *Q.*   What is a call sign?
 6   *A.*   What zone they work, or if they have a permanent position
 7   as a sergeant or traffic officer or something, they have an
 8   assigned call sign.
 9   *Q.*   Is there a particular shift you work?
10   *A.*   Night shift, 6:00 p.m. to 6:00 a.m.
11   *Q.*   How long have you worked that shift?
12   *A.*   Most of the 13 years.
13   *Q.*   Are you familiar with the Boynton Beach police officers who
14   work the night shift?
15   *A.*   Yes, typically -- it depends on what shift they pick.  Yes,
16   typically, if they are on the same shift for three or six
17   months, something like that.
18   *Q.*   Let me draw your attention back to August 2014.
19       Were you working the night of August 19th going into the
20   20th?
21   *A.*   I don't know the exact date, I have to check, but I worked
22   for this call if that is what you are discussing.
23   *Q.*   Were you familiar with that Boynton Beach Police Department
24   shift?
25   *A.*   Yes.

```
 1    Q.  What can you tell us about that shift?
 2    A.  When you say -- I remember which people were working
 3    together, but that also changes.
 4    Q.  What people do you remember?
 5    A.  Well, since we have gone over this, most of the people that
 6    were working.  If you ask me to list off who it is --
 7    Q.  If you could call off a couple names you remember?
 8    A.  I don't have the list.  Obviously the people that have been
 9    called here over the last week, Mike Brown, Ron Ryan, J.
10    Harris, Justin Harris.
11    Q.  So we are clear, those are officers you work with?
12    A.  Yes.  We discussed this, I read who was working.
13    Q.  Okay.  Let's talk about the incident that occurred on
14    August 20, 2014.
15        Are you nervous?
16    A.  Yes, this makes me uncomfortable.
17    Q.  Why is that?
18    A.  Just because it is negative towards people I work with.
19    Q.  All right.  Do you need a moment?  Are you okay?
20    A.  No, I am all right.
21    Q.  So let's go back to August 20, 2014.
22        And did something happen around 2:00 a.m.?
23    A.  The traffic stop in question, yes.
24    Q.  Can you briefly explain what you remember happening?
25    A.  Um-m-m, I remember that I believe one of the officers tried
```

1    to conduct a traffic stop and another one was in the same area

2    and the vehicle didn't stop, and as they were following

3    vehicles, they didn't stop, and the officer was struck by a

4    vehicle and then there was a chase following that to stop the

5    person who fled.

6    Q.  And were you the dispatcher who was handling most of the

7    radio traffic?

8    A.  Yes.

9    Q.  Can you explain to the jury how many channels there are?

10   A.  There is the main channel where they typically conduct

11   operations, an information channel where they run people for

12   warrants and check background information, and then there is

13   the off channel that we call it, two -- like a -- they converse

14   with each other so they don't disrupt other people in their

15   traffic.

16   Q.  There are three channels you work with?

17   A.  Typically, yes.

18   Q.  Do you hear the channels all the time or one?

19   A.  The main dispatch channel and the other information channel

20   is operated by someone all the time.  The other channel is

21   slightly turned up, if somebody turns the radio to that channel

22   we hear if they get into trouble.

23   Q.  The main channel was the channel where most of the traffic

24   occurs?

25   A.  Yes.

1    *Q.*  And then there is a second channel where officers are

2    talking to each other?

3    *A.*  Sometimes, yes.

4    *Q.*  And a third channel that is for warrant checks?

5    *A.*  Yes, basically.

6    *Q.*  Are all three recorded?

7    *A.*  As far as I know.

8    *Q.*  Do you know how long the recordings are saved?

9    *A.*  I don't have any idea.

10   *Q.*  We were talking about August 20, 2014, at 2:00 a.m.  Did

11   you have a chance to review the radio run traffic and

12   transcript in that case?

13   *A.*  Only when I was speaking with you.  I haven't done it

14   personally.

15   *Q.*  But did you have a chance to review these items?

16   *A.*  Yes.

17           *THE COURT:*  Was that a yes?

18           *THE WITNESS:*  Yes.

19           *MS. OSBORNE:*  I am going to offer 2 and 2-A.  2 is the

20   actual recording, 2-A is the transcript.  I believe there is no

21   objection from counsel.

22           *MR. LERMAN:*  No objection.

23           *THE COURT:*  2 and 2-A are admitted without objection.

24           *MS. OSBORNE:*  The transcript, they are in a notebook

25   for the jurors, however, there are other exhibits in that

```
 1   notebook.
 2            THE COURT:  Ladies and gentlemen, a recording will be
 3   played and there is a transcript for you to follow along.
 4            There may be other exhibits in that notebook under
 5   tabs, and those exhibits have not necessarily been introduced
 6   into evidence.  You may look at the notebook, but only the tab
 7   referenced 2-A at this point.  Don't look at anything else.
 8            (Whereupon Government Exhibits 2, 2-A were marked for
 9            evidence.)
10            THE COURT:  Again, as with any exhibits, counsel, if
11   they are admitted into evidence, leave them in front on the
12   table.
13            MS. OSBORNE:  Yes, your Honor.
14   BY MS. OSBORNE:
15   Q.  Okay, before we get started, can you explain to the jury
16   what are 10 codes?
17   A.  10 codes are numbers we use to shorten what we need to say,
18   you know, quicker and everyone, you know -- they stand for
19   standard phrases we use in the industry, it is clearer with
20   numbers.
21   Q.  10, 4, is that standard?
22   A.  Yes.
23   Q.  What does that stand for?
24   A.  We use it to check to make sure everything is okay, and
25   sometimes it is used as acknowledgment as well.
```

```
 1              MS. OSBORNE:  Officer Thomas, if you could play
 2     Government Exhibit 2.
 3              (Thereupon, the audio tape was played.)
 4              MS. OSBORNE:  Stop it right there.
 5     BY MS. OSBORNE:
 6     Q.  We stopped at 40 seconds.  You heard 6, 5, go ahead.
 7         First of all, who is that person speaking?
 8     A.  That is Justin Harris, I believe.
 9     Q.  Who is saying 6, 5, go ahead?
10     A.  That is me.
11     Q.  When someone says 6, 5, what is that officer referring to?
12     A.  That is the zone he was covering that night, the specific
13     zone, that is the call sign for the shift.
14     Q.  And you said that was Justin Harris?
15     A.  Yes.
16     Q.  Are there two Justin Harris' that worked at the Boynton
17     Beach Police Department?
18     A.  Yes.
19     Q.  Did this Justin Harris have a nickname?
20     A.  Yes, Too Tall.
21              MS. OSBORNE:  If you could keep playing.
22              (Thereupon, the audio tape continued.)
23     BY MS. OSBORNE:
24     Q.  What was Too Tall calling out there?
25     A.  A traffic stop where a vehicle wasn't stopping.
```

Pauline A. Stipes, Official Federal Reporter

1   *Q.* Do you know, is that the car that the officers ended up

2   chasing?

3   *A.* I believe so.

4        *MS. OSBORNE:* Keep going, please.

5        (Thereupon, the audio tape continued.)

6        *MS. OSBORNE:* Stop it right there.

7   *BY MS. OSBORNE:*

8   *Q.* Did you recognize that person who said I'm coming up to

9   Gateway and 95?

10  *A.* Yes. I believe when we went over this, it sounds like Ron

11  Ryan.

12  *Q.* There is not much space between the calls?

13  *A.* Right.

14  *Q.* Is this real time that we are hearing these calls?

15  *A.* It seems to be.

16       *MS. OSBORNE:* Okay. If we could keep going.

17       (Thereupon, the audio tape continued.)

18       *MS. OSBORNE:* If we could stop right there for a

19  second.

20  *BY MS. OSBORNE:*

21  *Q.* We are at 1:40, you said 54 green Mitsubishi out of Royal

22  Palm. What is 10, 54?

23  *A.* It means it is not stolen or wanted for anything.

24  Sometimes we cut out the 10 part.

25       *MS. OSBORNE:* Continue, please.

1            (Thereupon, the audio tape continued.)

2            *MS. OSBORNE:*  If you hold on right there, 1:56.

3    *BY MS. OSBORNE:*

4    *Q.*  We heard a female voice saying he just hit an officer.  Who

5    is that?

6    *A.*  Cynthia Rivera.

7    *Q.*  Yes, and someone says 10, 18?

8    *A.*  We dispatch the fire department, 10, 18 is an emergency, as

9    soon as possible.

10            *MS. OSBORNE:*  Go ahead.

11            (Thereupon, the audio tape continued.)

12    *BY MS. OSBORNE:*

13    *Q.*  Right there at 2:06, you heard 650, 65, 70 FD, 70 FD 1018?

14    *A.*  He was using his call sign to call out requesting the fire

15    department as soon as possible because the officer was injured.

16    *Q.*  What is your role as the dispatcher?

17    *A.*  Not in the radio room, I was in the room asking for the

18    fire department, making sure they were aware what was happening

19    and send them as soon as possible and where they were needed.

20        (Thereupon, the audio tape continued.)

21            *MS. OSBORNE:*  If you could stop right there.

22    *BY MS. OSBORNE:*

23    *Q.*  That was at 2:16, and you heard the same voice, Cynthia

24    Rivera, saying see if we can get the eagle out?

25    *A.*  Yes.

```
 1   Q.   What is that?
 2   A.   To request the eagle out from the Sheriff's Office.
 3        (Thereupon, the audio tape continued.)
 4          MS. OSBORNE:  If you'd stop right there at 2:30.
 5   BY MS. OSBORNE:
 6   Q.   Cynthia Rivera said "occupied two or three times."  Do you
 7   know what that means?
 8   A.   Yes, they typically say how many people are in the vehicle.
 9   Q.   Does that mean two or three people?
10   A.   Right.
11          MS. OSBORNE:  Okay.  Keep going.
12          (Thereupon, the audio tape continued.)
13          MS. OSBORNE:  If we could stop right there at 2:47.
14   BY MS. OSBORNE:
15   Q.   Someone was asking for the eagle.  Do you know who that
16   was?
17   A.   I believe that was the other Justin Harris.
18   Q.   Not the 6, 5, Justin Harris, this is the 3, 3, Justin
19   Harris?
20   A.   Yes.
21        (Thereupon, the audio tape continued.)
22   BY MS. OSBORNE:
23   Q.   Stop it right there at 3:18.  21, notify FHP, let them know
24   what we have.  Do you know who that is?
25   A.   I believe Sergeant Antico.
```

```
 1   Q.  That is his code, 21?

 2   A.  I suppose that was his call sign.  They change.

 3   Q.  Okay.

 4       What is he saying, notify FHP?

 5   A.  We were on the highway and tend to give them a call so they

 6   know what is going on.

 7           MS. OSBORNE:  Go ahead, please.

 8           (Thereupon, the audio tape continued.)

 9           MS. OSBORNE:  If you could stop right there, that was

10   3:27.

11   BY MS. OSBORNE:

12   Q.  Is that Justin Harris again asking for an update on the

13   eagle?

14   A.  Yes.

15           MS. OSBORNE:  Let's play it for a little while, Agent

16   Thomas.

17           (Thereupon, the audio tape continued.)

18           MS. OSBORNE:  If could you stop it right there at

19   4:42.

20   BY MS. OSBORNE:

21   Q.  So, in this sequence that we heard, could you explain to

22   the jury what is going on?

23   A.  They are following the vehicle on 95, they are not

24   stopping, and giving updates on what is going on.

25   Q.  Are you hearing different officers joining in the pursuit?
```

1    *A.*  It appears that way.

2              *MS. OSBORNE:*  If we could continue.

3              (Thereupon, the audio tape continued.)

4         *MS. OSBORNE:*  If you'd stop it right there, 5:21.

5    *BY MS. OSBORNE:*

6    *Q.*  You heard a sequence saying, Mike, you can get in front,

7    and all right, K-9 is in front.

8         Do you know why officers do that?

9    *A.*  I am not really sure, I don't know what the standard

10   practice is.

11             *MS. OSBORNE:*  Okay, if we could keep playing.

12             (Thereupon, the audio tape continued.)

13             *MS. OSBORNE:*  Stop right there, 5:53.

14   *BY MS. OSBORNE:*

15   *Q.*  You heard, 33, any update on the eagle?  Is that Justin

16   Harris asking about the eagle again?

17   *A.*  Yes.

18   *Q.*  Do you know what the point is of having the eagle?

19   *A.*  For them requesting it?

20   *Q.*  Yes.

21   *A.*  Yes, for overhead support to see what is going on, if they

22   can't tell what is going on with the car, if it turns off or

23   something.

24   *Q.*  Are you able to communicate with the eagle as well?

25   *A.*  If they are in service and we patch channels, we can speak

1    to them.

2              MS. OSBORNE:  Would you continue, please.

3              (Thereupon, the audio tape continued.)

4              MS. OSBORNE:  Stop it right there, 6:05.

5    BY MS. OSBORNE:

6    Q.  Who was that speaking?

7    A.  Sergeant Antico.

8              MS. OSBORNE:  Okay, keep going.

9              (Thereupon, the audio tape continued.)

10             MS. OSBORNE:  If you'd stop right there at 6:48.

11   BY MS. OSBORNE:

12   Q.  Is this you talking at this moment?

13   A.  Yes.

14   Q.  What does patching LE com 2 mean?

15   A.  There is a way with the radio system to patch a channel I

16   use and a channel the Sheriff's Office uses to monitor and the

17   eagle would be on that channel.

18   Q.  Does the chase continue for some time after this?

19   A.  I don't know the duration, yes.

20   Q.  Do you know if the drivers circled around and hopped on

21   I-95?

22   A.  I believe it did get off for a brief time and back on to

23   I-95.

24             MS. OSBORNE:  Can we hop ahead to 8:29.

25             (Thereupon, the audio tape continued.)

```
 1                MS. OSBORNE:  If you'd stop right there, at 8:39.
 2   BY MS. OSBORNE:
 3   Q.  You heard, "Mike still in the lead, I'm number two."  Did
 4   you recognize that voice, "I'm number two?"
 5   A.  Yes, Officer Herny.
 6   Q.  Officer Herny is calling out a lot?
 7   A.  Yes.
 8                MS. OSBORNE:  If you'd keep going, please.
 9                (Thereupon, the audio tape continued.)
10                MS. OSBORNE:  If you'd stop it right there, 9:55.
11   BY MS. OSBORNE:
12   Q.  At this point, are you just monitoring the chase through
13   the officers?
14   A.  Yes.
15   Q.  Are they going south on I-95?
16   A.  Yes.
17                MS. OSBORNE:  Please continue.
18                (Thereupon, the audio tape continued.)
19                MS. OSBORNE:  Can you stop it right there, 10:35.
20   BY MS. OSBORNE:
21   Q.  You heard someone say, "you get a shot, take him out."  Do
22   you recognize that persons?
23   A.  I believe Officer Medeiros.
24   Q.  And what happened after that, if you recall?
25   A.  You mean specifically with that -- I don't remember.
```

```
1              MS. OSBORNE:  Okay, why don't we keep playing.
2              (Thereupon, the audio tape continued.)
3    BY MS. OSBORNE:
4    Q.  When you said unreadable, what does that mean?
5    A.  At the time his traffic wasn't clear.
6              MS. OSBORNE:  Okay, go ahead.
7              (Thereupon, the audio tape continued.)
8              MS. OSBORNE:  Okay, if you'd stop right there, 11:32.
9    BY MS. OSBORNE:
10   Q.  We just heard, "33, just confirmed, did you say was a shot
11   fired or not?"  And you responded 54?
12   A.  Right.
13   Q.  What does that mean?
14   A.  They were trying to clarify what the radio traffic was.  I
15   did not hear him say that, 10, 54 means negative.
16   Q.  You are letting them know no shot was fired?
17   A.  Right.
18   Q.  Delta 21, could you identify what you want -- what are you
19   asking there?
20   A.  I believe they were copying the traffic of Madeiros.
21   Q.  You are asking the sergeant, do you want him to take him
22   out or someone else to take him out?
23   A.  No.  I am confirming whether he heard it or not.
24             MS. OSBORNE:  Play the next one.
25             (Thereupon, the audio tape continued.)
```

```
 1   BY MS. OSBORNE:

 2   Q.  11:37, "in response to your question Delta 2, 1, could you

 3   advise whether you want Bravo 40 advised to take him out, the

 4   advice was stay in pursuit."

 5       What does that mean?

 6   A.  That it was up to the officers, but they were to continue

 7   what they were doing.

 8   Q.  And who was that speaking?

 9   A.  Sergeant Antico.

10           MS. OSBORNE:  All right.  Keep playing, please.

11           (Thereupon, the audio tape continued.)

12           MS. OSBORNE:  If you could stop there, 12:03.

13   BY MS. OSBORNE:

14   Q.  We heard Officer Herny say, "stand by, he just hit Mikey,

15   stand by, going eastbound."  And you say, "going eastbound."

16   A.  I am mirroring the traffic, that is something we do to make

17   sure they are hearing it, because we have problems with the

18   radio.

19   Q.  Mikey is the K-9 officer?

20   A.  Yes.

21           MS. OSBORNE:  All right.  Keep playing, please.

22           (Thereupon, the audio tape continued.)

23           MS. OSBORNE:  If we could stop right there.

24   BY MS. OSBORNE

25   Q.  You just said -- we ended at 12:20.  You said, it dead ends
```

Pauline A. Stipes, Official Federal Reporter

1    shortly?"

2    *A.*   Right.

3    *Q.*   What are you referring to?

4    *A.*   The road they were traveling on.

5         *MS. OSBORNE:*  Okay, go ahead, please.

6         (Thereupon, the audio tape continued.)

7         *MS. OSBORNE:*  Stop right there.

8    *BY MS. OSBORNE*:

9    *Q.*   So, pretty much from the last time that Cory Herny says at

10   the bottom of page eight, "it looks like they might be bailing

11   out, stand by," were you getting any traffic from the Boynton

12   Beach officers?

13   *A.*   I don't believe so.  We were having problems, our radios

14   were down momentarily.

15   *Q.*   You don't know what happened during this time period?

16   *A.*   No.

17   *Q.*   The next thing you hear is people are in custody?

18   *A.*   Yes.

19        *MS. OSBORNE:*  Let's play a little bit more.

20        (Thereupon, the audio tape continued.)

21        *MS. OSBORNE:*  If you could stop it.

22   *BY MS. OSBORNE*

23   *Q.*   At 13:19, we heard, "21 confirmed, we have ten 15's?"

24        Could you explain who that is and what he is asking?

25   *A.*   Sergeant Antico, and he is asking if they have a 1015,

1    suspect in custody.

2            MS. OSBORNE:  Go ahead.

3            (Thereupon, the audio tape continued.)

4            MS. OSBORNE:  Okay, if we could stop right there.

5    BY MS. OSBORNE:

6    Q.  At this point, now arrests have been made?

7    A.  Yes.

8    Q.  Are you helping to deal with the aftermath of the arrests?

9    A.  I don't have anything physically to do with it, just take

10   the radio traffic as they give it.

11           MS. OSBORNE:  Hop ahead, Agent Thomas, if you can, to

12   14:25, page ten.

13           (Thereupon, the audio tape continued.)

14           MS. OSBORNE:  If we could stop there, 14:47.

15   BY MS. OSBORNE:

16   Q.  We just heard "Delta 21 to all units on the street."  Do

17   you see that?

18   A.  Yes.

19   Q.  Who is Delta 21?

20   A.  Sergeant Antico.

21   Q.  And response, K-9, 3, go ahead.  Who is that?

22   A.  Officer Brown.

23   Q.  And clear on 2, Mike?

24   A.  Speaking really clear, use that radio channel so they can

25   transmit on the radio channel.

1   *Q.* Did you ask shortly thereafter if Sergeant Antico would let

2   the eagle go?

3   *A.* Yes.

4           *MS. OSBORNE:* If we could play a little longer.

5           (Thereupon, the audio tape continued.)

6           *MS. OSBORNE:* Okay, if you could stop there, 15:10.

7   *BY MS. OSBORNE:*

8   *Q.* Were you just releasing the eagle?

9   *A.* Yes.  There was traffic that sounded like they were covered

10  up, I wanted to make sure to tell them what we were doing.

11  *Q.* Did you hear afterwards about the people who were arrested

12  and they were taken to Bethesda Hospital?

13  *A.* I don't remember specifically.

14          *MS. OSBORNE:* Let's keep playing, please.

15          (Thereupon, the audio tape continued.)

16          *MS. OSBORNE:* If we could stop there, 15:57.

17  *BY MS. OSBORNE:*

18  *Q.* We heard a number of people saying basically 51 Bethesda,

19  or 10, 15, I am going to be 51 to Bethesda?

20  *A.* Yes.

21  *Q.* Can you explain what that means?

22  *A.* They were taking the 10, 15's to the hospital.

23  *Q.* Bethesda is the hospital?

24  *A.* Yes.

25  *Q.* Okay, fine.

1              MS. OSBORNE:  Let's hop ahead, if you can, to 21:45,

2     which will be right around page 15.

3              (Thereupon, the audio tape continued.)

4              MS. OSBORNE:  If you could stop right there at 22:01.

5     BY MS. OSBORNE:

6     Q.  What just happened there?

7     A.  The sergeant was asking the units that were due to go home

8     to stay up until 4:00 o'clock.

9              MS. OSBORNE:  And if you could keep playing, please.

10             (Thereupon, the audio tape continued.)

11             MS. OSBORNE:  If you'd stop right there, 22:55.

12    BY MS. OSBORNE:

13    Q.  "Delta 21, show me out at Bethesda?"

14    A.  The sergeant was advising his location was Bethesda.

15    Q.  He is going to the hospital as well?

16    A.  At that time he says he is there.

17    Q.  Do you remember if the sergeant starts calling people about

18    writing their reports?

19    A.  No, I don't.

20             MS. OSBORNE:  Okay.  If we could hop ahead to 24:30,

21    please, and that is around page 18.

22             (Thereupon, the audio tape continued.)

23             MS. OSBORNE:  Stop for one second.  We are at the

24    bottom of page 17 right now.  If could you stop right there,

25    25:18.

1    *BY MS. OSBORNE:*

2    *Q.*   We heard "Delta 21, 65, 65."  Who is that and what is going

3    on?

4    *A.*   That is Sergeant Antico, he was trying to call the officer

5    65, Too Tall.

6    *Q.*   Sergeant Antico says, "hey, can you see if they still need

7    you down there?  If not, 53, and start on this 54."

8        Can you explain what that is?

9    *A.*   He is asking if he is busy.  If not, respond to the station

10   and start his report.

11   *Q.*   53 means to the station, and 54 means report?

12   *A.*   It generally means paperwork.

13   *Q.*   Now, was there also an overlap with the Alpha shift?

14   *A.*   They go in service between 4:00 and 5:00 a.m.

15   *Q.*   Can you explain to the jury what the Alpha shift is?

16   *A.*   The shift that works daytime hours.

17        *MS. OSBORNE:*  All right.  If we could hop ahead to

18   about 36:15, which should be around page 26.

19        (Thereupon, the audio tape continued.)

20        *MS. OSBORNE:*  Could you stop there at 36:50.

21   *BY MS. OSBORNE:*

22   *Q.*   We heard "Bravo shift units not tied up in something, have

23   been 10, 19, 44 and supplements."

24        Can you explain who is speaking and what does that mean?

25   *A.*   I believe it is Sergeant Hawkins asking people that work

```
1    the night shift -- 10, 19 means to respond to the station and
2    do paperwork.
3    Q.  When you say Sergeant Hawkins, is he the morning sergeant?
4    A.  I believe he was.
5    Q.  And you repeat "10, 6, 10, 44, for supplements?"
6    A.  10, 6, not busy.
7    Q.  10, 19, return to the station?
8    A.  Yes.
9    Q.  Is that basically the last you heard about this incident on
10   the shift?
11   A.  I believe so.
12   Q.  Was that a pretty stressful night for you?
13   A.  Yes.
14   Q.  You were able to manage to handle your job professionally;
15   is that right?
16   A.  I believe so.
17         MS. OSBORNE:  And in fact, let's just go to page 29,
18   and about 40:35.
19         (Thereupon, the audio tape continued.)
20         MS. OSBORNE:  If we could stop there, 41:01.
21   BY MS. OSBORNE:
22   Q.  The officer is saying "you did a professional job today?"
23   A.  Yes.
24         MS. OSBORNE:  May I have a moment, your Honor?
25         THE COURT:  Yes.
```

1           MS. OSBORNE:  I have no further questions, thank you.

2           THE COURT:  Okay.  Does Defense anticipate any kind of

3     a lengthy cross?

4           Now, it is time for lunch, but by the same token, if

5     it isn't much, we could let our witness go.

6           MR. LERMAN:  Can I just --

7           THE COURT:  Sure.

8           MR. LERMAN:  It is going to be brief, Judge.

9           THE COURT:  Okay.

10                        **CROSS-EXAMINATION**

11    BY MR. LERMAN:

12    Q.  Good afternoon.  You kept your composure during this -- you

13    kept your composure, correct?

14    A.  I believe so.

15    Q.  That was important to you, yes?

16    A.  Yes.

17    Q.  You would agree, though, as you just stated, it was a

18    stressful situation?

19    A.  Very.

20    Q.  You were concerned yourself about Officer Williams,

21    correct?

22    A.  Uh-hum.

23    Q.  That is a yes?

24    A.  Yes.

25    Q.  You wanted to know how he was doing, what occurred actually

```
 1    physically to him on the street, that was on your mind while
 2    you were there?
 3    A.  At the time, I didn't know who was hurt.
 4    Q.  You knew an officer was down?
 5    A.  Absolutely.
 6    Q.  That was a concern of yours?
 7    A.  Yes.
 8    Q.  You wanted to find out when you had the opportunity what
 9    occurred with that officer, what injuries he had sustained,
10    yes?
11    A.  I never specifically asked, but, yes, I wanted to know what
12    was happening.
13    Q.  That was in your mind?
14    A.  Yes.
15    Q.  At some point, we heard towards the end the sergeant for
16    the next shift, Hawkins?
17    A.  I believe so.
18    Q.  He directed officers that weren't doing something else from
19    the Bravo shift, from the night shift, to come in?
20    A.  Yes.
21    Q.  The term 44, that is paperwork, correct?
22    A.  Generally, yes.
23    Q.  And were you aware from listening and reviewing the
24    transcript and the audio that some of the officers were going
25    to the hospital?
```

1    *A.*  Yes.

2    *Q.*  Were you aware some of the officers were going to the

3    hospital to see how Officer Williams was doing?

4    *A.*  I don't recall specifically.

5    *Q.*  All right.  And you certainly -- although you didn't know

6    the name, that was an important fact to you that you were

7    waiting to find out?

8    *A.*  Yes.

9              *MR. LERMAN:*  I don't have any other questions, Judge.

10             *THE COURT:*  Okay.  Any redirect?

11             *MS. OSBORNE:*  No, your Honor, thank you.

12             *THE COURT:*  Thank you.  That allows us to conclude

13   your testimony, we appreciate it.  You can be excused.

14             Ladies and gentlemen, thank you for your patience.  If

15   I could ask you to be back in an hour, at 1:34, and at that

16   point we will pick up where we left off with the Government

17   calling its next witness.

18             The same instructions apply, don't discuss the case,

19   don't do any research about the case, don't have any

20   interaction with anyone associated with the case.  Have a nice

21   lunch, and we will see you back at 1:34.

22        *(Thereupon, the jury leaves the courtroom.)*

23             *THE COURT:*  I ask the Government, briefly, who your

24   witnesses are for the afternoon.

25             *MR. TUNNAGE:*  Yes, Sergeant Aiken.  During the last

```
 1    trial he was the use of force expert.
 2              THE COURT:  So, Sergeant Aiken, he is going to be your
 3    next one?
 4              MR. TUNNAGE:  Yes, followed by Chief Katz.
 5              THE COURT:  Okay.
 6              MR. TUNNAGE:  Chief Katz, followed by Assistant Chief
 7    Kelly Harris.
 8              THE COURT:  I don't see Kelly Harris on the list.  Is
 9    that the one you are speaking about?
10              MR. TUNNAGE:  Yes.
11              THE COURT:  So, Kelly Harris, H-A-R-R-I-S?
12              MR. TUNNAGE:  Yes, your Honor.
13              THE COURT:  That is the Assistant Chief of Police?
14              MR. TUNNAGE:  Yes.
15              THE COURT:  And that is going to be following Chief
16    Katz?
17              MR. TUNNAGE:  Yes.
18              THE COURT:  Okay, all right.  Do we anticipate any
19    issues that would arise with respect to any of these three
20    witnesses?
21              MR. TUNNAGE:  Just before the break Kelly Harris was
22    the one that Mr. Lerman said he just received the testimony,
23    and he wanted to read through it.
24              MR. LERMAN:  I'm trying to get through Grand Jury
25    testimony.
```

```
 1            THE COURT:  I won't take any more time.  I want to
 2    know if there are issues with any of the witnesses.
 3            MR. LERMAN:  No.  Not at this point.
 4            MR. TUNNAGE:  I guess there is one issue, an exhibit
 5    where you wanted the attachments that are there, but the
 6    supplemental reports in the final form, we would like to ask
 7    the witnesses about those.
 8            I don't know if Mr. Lerman has an objection to just
 9    that part of it.
10            THE COURT:  Show him over the lunch hour, and when you
11    all come back -- I asked the jury to come back at 1:34.  If we
12    are back at 1:30 -- I am sure Mr. Lerman needs to look at the
13    Grand Jury testimony and show him what you want to ask, and let
14    me know if there is an objection; and if so, what is it to and
15    why.
16            MR. TUNNAGE:  Yes.
17            THE COURT:  Thanks.  Have a good lunch.
18            (Thereupon, a luncheon recess was taken.)
19            MR. LERMAN:  May I ask a clarification of something?
20            THE COURT:  Yes.
21            MR. LERMAN:  The Government and I have been discussing
22    the April 2nd issue, and I know you want me to file something
23    by the end of the day.  I am unclear exactly what you want me
24    to file.
25            THE COURT:  Well, I want to know -- I was hoping there
```

```
 1    would be an agreement.  You try to learn from each situation,

 2    each trial.  Last trial there were agreements, but different

 3    understandings of the agreement.  I want to make sure if there

 4    is an agreement how to refer to it, you put it in writing.  You

 5    can hand it to me.  I figured you would be tied up all day, but

 6    as long as you are doing filings, it is a matter of what the

 7    agreement is on how you intend to refer to the April statement.

 8         MR. LERMAN:  Just as the April statement.

 9         THE COURT:  If it is a matter of referring -- you were

10    getting lengthy about other things, but if it is just making

11    reference to an April statement, I don't know what is

12    objectionable about that.  That is not content, hearsay, it is

13    a fact, April statement.

14         MR. LERMAN:  April statement, who was present, which

15    was the two agents, myself and my client.

16         THE COURT:  So, this is getting into more details.

17         MR. LERMAN:  We have been discussing it, and I think

18    the Government is going to try to give me an answer at some

19    point at the end of the day.

20         THE COURT:  By the end of the day, there would be an

21    agreement and we could get it on the record for everyone's

22    benefit, we could clarify it, so we don't have to look back at

23    three days of transcripts.  I am trying to learn from that to

24    make sure we attack this one maybe differently on the front

25    end.
```

Pauline A. Stipes, Official Federal Reporter

```
1              Yes, continue to talk, and by the end of the day, if
2     you have something, and if the Government has a position why
3     you can't even mention the statement, I can't imagine, but
4     unless it comes up with one of the witnesses, let's try to do
5     that at the end of the day.
6              MR. TUNNAGE:  We are in agreement with 1-A.
7              THE COURT:  As is?
8              MR. TUNNAGE:  There are actually two things that are
9     attached that we want to include.
10             One of them would be the totality of the reports that
11    were approved, and that actually is found in Exhibit 7 on pages
12    12 through 34, but we pulled it out and created a new exhibit
13    which would be Exhibit 7-A.  We provided a copy to Defense
14    counsel and provided it to the Court.
15             THE COURT:  So, is 1-A as it currently exists --
16             MR. TUNNAGE:  We are not going to move that in.
17             THE COURT:  You are not moving it in, 1-A is marked
18    only, and you are creating a new one that is called 7-A, and
19    the one you are referring to, what is that called?
20             MR. TUNNAGE:  Approved officer incident reports.
21             THE COURT:  Approved incident reports.
22             So, when you are ready to move that in, you let me
23    know.
24             MR. TUNNAGE:  Yes.  The other issue, Mr. Lerman
25    referred to a Use of Force Report that should have been with
```

```
1    the document.  Those reports have been marked 9-A through 9-G,

2    and so, those documents are available to be introduced

3    individually as marked.

4            THE COURT:  9 A through 9-G?

5            MR. TUNNAGE:  Yes.

6            THE COURT:  I see those on the list.  I am not

7    admitting them yet.

8            MR. TUNNAGE:  Yes, your Honor.

9            THE COURT:  All right.  Let's bring the jurors in, who

10   have eaten, and we are back ready to go.

11       (Whereupon Government Exhibit 1-A was marked for

12         identification.)

13       (Thereupon, the jury returns to the courtroom.)

14            THE COURT:  Welcome back, everyone, you may be seated.

15            All right.  Government, ready for your next witness?

16            MR. TUNNAGE:  Your Honor, I believe we are, but there

17   may be a brief comfort -- I will reconfirm.

18            THE COURT:  Okay.

19            MR. TUNNAGE:  Your Honor, the Government will call

20   Sedrick Aiken.

21            THE COURT:  Okay.

22            SEDRICK AIKEN, GOVERNMENT'S WITNESS, SWORN

23            THE WITNESS:  My name is Sedrick Aiken, S-E-D-R-I-C-K

24   A-I-K-E-N.

25                       DIRECT EXAMINATION
```

 1   *BY MR. TUNNAGE*:

 2   Q.   Thank you, your Honor.

 3        Good afternoon.  Where are you currently employed?

 4   A.   City of Boynton Beach Police Department.

 5   Q.   How long have you worked there?

 6   A.   Over 20 years.

 7   Q.   What is your current rank?

 8   A.   Sergeant.

 9   Q.   And what are your duties as a sergeant?

10   A.   I am a first class supervisor for the road patrol unit.

11   Q.   How long have you been in that particular duty?

12   A.   Sergeant or road patrol sergeant?

13   Q.   Road patrol sergeant.

14   A.   A little over two years.

15   Q.   And what are your duties?

16   A.   Depending on how many sergeants or captains are working

17   during the day, as first line supervisor, my duties, I come in

18   at 4:00 in the morning, I am the admin sergeant, I set the

19   schedule for the day, bringing guys in, giving zone

20   assignments, shift assignments.  I do inspections throughout

21   the department, officers, vehicles, uniforms, things of that

22   nature, and I am responsible for calls and emergencies,

23   supervising them, reading reports, signing affidavits, things

24   of that nature.

25   Q.   You said you are a first line supervisor.  What are the

1    duties of a first line supervisor?

2    A.  I am directly responsible for the road patrol guys, they

3    work for me.  I don't like to micro manage them, they do their

4    job.  I am there to help them do the job the right way, that is

5    how I see it.

6    Q.  Prior to becoming a road patrol sergeant, what was your

7    duty?

8    A.  I was the training sergeant for the police department.

9    Q.  Will you explain to the jurors what your duties were as a

10   training sergeant?

11   A.  Basically, all the training for the police department,

12   in-service training, remedial training, recruit hires, process

13   new employees, in-service training.  We also recertify all of

14   our officers and all of the -- any new ones that come in, they

15   become certified and we recertify the department in different

16   areas.

17   Q.  How long were you in that position?

18   A.  13 years.

19   Q.  Were you the sergeant the entire 13-year period?

20   A.  I was sergeant for ten years and three years I was a

21   recruiter and instructor for the department.

22   Q.  For three years you were the sergeant of the training

23   division?

24   A.  Ten years.

25   Q.  Ten years, excuse me, as sergeant for the training

1    division.  Was there an officer in that division that ranked

2    higher than you?

3    A.  I worked for -- at the time, it was a major in charge of

4    professional standards, lieutenant, and chief and major.  I had

5    a lieutenant or major higher than me in that position.

6    Q.  Within the actual training division, were you the highest

7    ranking officer?

8    A.  In my unit?

9    Q.  Yes.

10   A.  Yes, I was training coordinator, yes.

11   Q.  Will you explain to the jurors what in-service training is?

12   A.  We have two different systems, in-service training where we

13   brought in new recruits who graduated the Police Academy or

14   they came in from another agency, we brought them in, trained

15   them for six to eight weeks, and basically we went over all of

16   our policies, make sure they understood how to do things based

17   on our policies.

18        The other training would be mandatory training for the

19   department.  Our in-service personnel would have to do

20   training, driver training, safety legal stop training.  There's

21   two forms of in-service training, the one we did most of the

22   time was new hires, which is six to eight weeks, and cover

23   defensive tactics, firearms training, driving, the whole

24   gambit, to make sure they understood what they were doing.

25   Q.  Would you explain defensive tactics?

1    *A.*   Active counter measures, hand-to-hand combat up to deadly

2    force, responsive resistence, we explain that to them, hands-on

3    scenarios to make sure they know how to function.

4    *Q.*   As part of that training, are officers also instructed on

5    the circumstances in which they are permitted to use force that

6    you teach them how to deploy?

7    *A.*   Responsive resistence use of force?

8    *Q.*   Yes.

9    *A.*   Yes.

10   *Q.*   Would you explain that?

11   *A.*   We have response resistence guidelines.  Our jobs are

12   reactionary, totally reactionary, we can only apply force based

13   on the force received from the subject we are interacting with.

14   It's a step-by-step matrix, if you will, for each level of

15   resistence we meet from a subject.  We are allowed to use a

16   certain level of force to counteract the resistence we

17   encounter.

18   *Q.*   You said you are entirely reactionary.  Would you explain

19   what that means?

20   *A.*   Well, our job -- we can't wake up one day and say we go to

21   work and kill somebody.  Each call we go on or each call for

22   service you go on is totally up to the subjects' actions.

23   Behaviors dictate what we can do as far as police officers.

24   *Q.*   When you say what we can do, are you referring to the law

25   or to the policies?

*A.*   As officers, it is based on policy.

*Q.*   And are your policies based on any legal standard or what the law requires?

*A.*   Yes.

*Q.*   I am sorry?

*A.*   Yes.

*Q.*   So, there is a legal component to your policy?

*A.*   Yes.

*Q.*   As part of the concept of reactionary, you said it depends on what the suspect does that tells us what we can do?

*A.*   Correct.

*Q.*   Are you able to explain the concept to the jurors using an example?

*A.*   Based on the use of force matrix, officer presence, the first thing I do when I show up on the scene, me being there alone could get the subject to comply to my commands, I show up in a uniform and ask the subject to leave, and they may leave. That is verbal.

      If we go on and the subject refuses to comply with our commands and becomes passive resistent, which means they are not listening, they take flight and run from us, take aggressive advance courses, we are allowed to use soft control. Soft control at that point in time, we are allowed to pepper spray them, pressure point techniques, come-alongs, basically. If someone is in a bar and the bartender says I want the person

1    to leave, we put him in an escort position and escort him out,

2    that is soft control, I had to put hands on them, they are a

3    passive resistent person and soft control.

4    Q.  You said passive resistence.  Would you explain that

5    concept to the jurors?

6    A.  Passive resistence, subject not adhering to my verbal

7    commands, he takes off and runs from me.  If it is a protester

8    situation, he holds on to like a chair railing or staircase and

9    I can't get him to comply, at that point in time I utilize

10   pressure point techniques, pepper spray, come-alongs, and he

11   escort positions at that point in time.

12   Q.  What you just described is the limitation of force an

13   officer may use?

14   A.  Based on policy, yes.

15   Q.  Okay.  Is there a type of resistence that is greater than

16   passive resistence?

17   A.  The next thing would be active resistence.

18   Q.  Would you explain what active resistence is?

19   A.  If the subject takes a fighting stance, you escort him out,

20   and if he pulls or pushes away from you, not in a violent

21   manner, he is resistent, flailing arms and legs, trying to

22   escape, that is active resistence.

23   Q.  And what type of force is an officer under Boynton Beach

24   Police Department policy allowed to use in response to active

25   resistence?

Pauline A. Stipes, Official Federal Reporter

1   *A.*   It is called a hard control.  Different areas, that would

2   be we use our taser, baton, we use beanbag shotguns if they are

3   available to us, strikes to soft tissue areas, thigh, upper

4   torso area, closed hand strikes, if necessary, to areas of the

5   thigh, joint locks.  We take them down to the ground and

6   handcuff them at that point in time.

7   *Q.*   Is there a step above active resistence that a suspect may

8   engage in that he would use force?

9   *A.*   Active aggressive.

10  *Q.*   Explain what that means.

11  *A.*   The subject is combative, he is actively trying to assault

12  or batter the officer, he is taking a stance to fight, he wants

13  to fight.  Basically, he is coming at us, he wants to harm us,

14  that is active aggressive.

15  *Q.*   Would you tell the jurors what type of force police

16  officers are authorized to use in response to an active

17  aggressive fighting suspect?

18  *A.*   You can use all the soft control to cover it and all the

19  hard control to cover it, and now you use joint strikes, baton

20  strikes, knees, elbows, ankles, wrists, to try to do damage to

21  them to get them to comply.  At that point in time we can

22  target joints to take a person down, everything we covered

23  earlier with a taser and OC, all that stuff.

24  *Q.*   Is there a type of resistence above active aggressive?

25  *A.*   Deadly force.

1    Q.   Would you explain what that is?

2    A.   Subject is trying to incapacitate the officer, harm us,

3    kill us, deadly force.

4    Q.   And what type of force are officers from Boynton Beach

5    Police Department authorized to use when confronted with deadly

6    force?

7    A.   Deadly force.

8    Q.   Would you explain to the jurors what that is?

9    A.   Well, everything we covered so far to include strikes

10   targeting the head, spinal column, groin area, torso area, pull

11   our guns out and shoot them if we need to, whatever we need to

12   do to end the threat at that point in time, deadly force.

13   Q.   What type of force is punching a suspect?

14   A.   Punching would be a blow -- hard control, if you are

15   targeting the soft tissue area.

16   Q.   And if you are targeting an area other than soft tissue?

17   A.   If you escalate above that, active aggressive, and then

18   deadly force.

19        Targeting blows, strikes, you start at the subject's active

20   resistence, active resistence and active aggressive resistence

21   and deadly force, you could use strikes, depends on the target

22   area of the strikes.

23   Q.   Will you explain to the jurors what you mean when you

24   discuss a punch in deadly force?

25   A.   Well, yes, different target areas, so, an active resistence

Pauline A. Stipes, Official Federal Reporter

1    person, you target the soft tissue areas.  You use the triceps,

2    shoulders, quads, legs, you know, the back, high muscle areas.

3        As you escalate, the force targets different areas,

4    basically we target soft tissue areas and if he escalates his

5    resistence and goes toward the joints, I could dislocate his

6    knee, things of that nature, and use the deadly force

7    situation, we could target the head, spine, groin, target the

8    sternum area where the heart is.

9    Q.  So, is it a correct statement that punching someone in the

10   head, the heart area, groin, is considered deadly force by the

11   officer?

12   A.  It is a target area, yes.

13   Q.  Okay.  What type of force is kicking someone?

14   A.  The same concept, you have kicks that go into the different

15   strikes also.

16       If the subject is actively resisting, you could use kicks

17   in the tissue areas and go up to the areas of resistence.  Do

18   you understand what I mean?

19   Q.  I do.  I want you to explain the same way you did with

20   punches, the same as with respect to a kick.

21   A.  Active resistence, we are allowed to kick the subject in

22   the quadriceps, torso area back here, triceps, high tissue,

23   muscle areas.

24       If he escalates his resistence, active aggressive, we could

25   target joints, knees, elbows, ankles, any type of joint we can

1    target with a kick.  If it escalates to deadly force, the head,

2    spine, groin and torso sternum area with the kicks, and deadly

3    force.

4    Q.  Is there a red zone?

5    A.  Those are the deadly force areas.

6    Q.  Would you describe the red zone on a person's body?

7    A.  When it comes to strikes, batons, strikes, things of that

8    nature, the red zones would be the head area, sternum area

9    where the heart is, groin area and spinal column.

10   Q.  And like the punch, is it possible that kicking could be

11   considered deadly force under the Boynton Beach Police

12   Department's policy?

13   A.  If you target the red areas, yes.

14   Q.  I am sorry?

15   A.  If you target the red areas, yes.

16   Q.  Okay.  And at each level of force that you described for

17   the jurors, you said that first an officer must perceive a

18   threat or be reacting to behavior by a suspect.  How does the

19   Boynton Beach Police Department determine the threat that was

20   perceived or what an officer was reacting to?

21   A.  How does the Defendant or an officer?

22   Q.  If an officer has used force in the department, how would

23   you review that force?  Where would the department look to

24   determine the threat that the officer was confronted with?

25   A.  The officer would write a Use of Force Report and put the

1    use of force in his narrative that he wrote as far as the

2    report goes.

3    Q.  Is it a correct statement that the department would look to

4    see what the officer wrote about the incident?

5    A.  Yes.

6    Q.  And the Defendant would look to an officer incident report

7    to find that information?

8    A.  You look to the Use of Force Report to see if there is

9    force used.  The Use of Force Report would dictate that force

10   was used during this incident and look toward the officer's

11   narrative, the report he wrote, to see what happened at the

12   scene as far as the force that was used.

13   Q.  Are you describing two different reports?

14   A.  Yes.

15   Q.  Will you explain to the jurors each report and how it is

16   completed?

17   A.  A Use of Force Report is a Word document that is used

18   basically to track the use of force throughout the police

19   department.

20        Basically, if the officer encountered the subject and uses

21   force or witnesses another officer use force, in the Use of

22   Force Report he checks punches, OC, taser, whatever he did, and

23   the other boxes would be what the subject's actions were to

24   justify the use of force.  You sign it and date it and turn it

25   in.  In the shift it goes up through the chain all the way up

Pauline A. Stipes, Official Federal Reporter

```
 1    to the division commander.

 2         Once a year the police department does an audit, a use of

 3    force audit, in which we compile all of the Use of Force

 4    Reports and try to find a trend to see if there are areas we

 5    need to focus on as far as training we need to accomplish to

 6    make sure everybody knows what they are doing.

 7    Q.  And you described the different reports.  You called it the

 8    officer narrative or the written report?

 9    A.  The written report.

10    Q.  Yes.

11    A.  Yes.

12    Q.  Can you explain what that is and how that is created?

13    A.  The written report is the report the officer takes every

14    day.  Every call we go on requires a written report.  I came, I

15    saw, I did this, I left.  All reports have all this information

16    in it.  All reports are initialed, computerized, you turn them

17    in for approval and they are in there.

18         Everything you handle as far as the calls for service, you

19    arrive, you get the subject's name, you include that in the

20    report and the actions you took and things of that nature, and

21    you include that in the report.

22    Q.  You earlier mentioned the Use of Force form with the

23    narrative.

24         Is there a requirement that the narrative include if force

25    was used and the reasons why force was used?
```

1    A.   The narrative itself should have the -- basically the

2    outline of what happened in the use of force, yes.

3    Q.   Could you explain for the jurors, when you say the outline

4    of what happened, what do you mean by that?  What is the

5    information that should be included?

6    A.   Well, you are telling a story, I had to use the Use of

7    Force Report saying you used force.  I need to see what is in

8    the report.  I have checked boxes over here in the report over

9    here.  I have to read the report to see why the boxes are

10   checked on this form, if that makes sense.

11   Q.   Is there a requirement requiring when a Use of Force form

12   should be turned in?

13   A.   All paperwork should be turned in before the end of shift.

14   Q.   And is there a requirement when a written narrative should

15   be turned in?

16   A.   End of shift.

17   Q.   Is there a requirement, when the Use of Force form is

18   completed, that there must also be a description of that force

19   in the written narrative?

20   A.   Yes, sir.

21   Q.   That is a requirement?

22   A.   Yes.

23   Q.   And are both of those required to be completed by the end

24   of the shift?

25   A.   They should be, yes.

1   Q.  Are there consequences for not completing the two forms you

2   mentioned, Use of Force and written narrative?

3   A.  I mean, they are supposed to be turned in by the end of

4   shift, they are supposed to be in before RDO's, regular days

5   off.  Unless you get approval because it is not a serious

6   crime, or you got injured and you couldn't complete the report,

7   it should be turned in before the end of the shift.

8   Q.  Where would an officer from the Boynton Beach Police

9   Department receive approval to not turn in a narrative or Use

10  of Force form?

11  A.  You have to ask the supervisor.

12  Q.  What is the rank of a patrol officer to a supervisor?

13  A.  Well, it should be a sergeant, unless you have an OIC,

14  officer in charge, and then you have corporals running around

15  in the PTO division.

16  Q.  So, in the case if a sergeant is present, is that the

17  person who has the authority to authorize an officer to turn in

18  a report later than the end of shift?

19  A.  Yes.

20  Q.  And you said one of the instances would be if a person is

21  injured?

22  A.  Yes.

23  Q.  Are there other instances you are aware of that a sergeant

24  can authorize an officer to turn in a report at a later time?

25  A.  The officer went home sick, he had the flu or something,

1    stomach sick, family illness, he had to rush home, different

2    situations.

3    Q.  You mentioned that there are two different ways of

4    completing the Use of Force form and then the written

5    narrative.  The Use of Force form, you said, was a Word

6    document; is that correct?

7    A.  It is a Word document, yes.

8    Q.  When that document is completed, how is it given to the

9    sergeant for review?

10   A.  It is the hard copy.  The officer completes the Word

11   document on a computer and it's printed out as a hard copy and

12   the officer has to sign it and date it before he passes it to

13   the chain of command.

14   Q.  With respect to the written narrative, the officer written

15   report, or the supplement, they do the same with those three

16   documents; is that correct?

17   A.  The Use of Force hard copy, that you print out and hand it

18   to the supervisor, the regular narrative report is

19   computerized, it is in the computer, we don't print that out,

20   we approve it.

21   Q.  How do officers present or deliver the written narrative to

22   a sergeant for review for approval?

23   A.  In our computer system they write the reports.  When you

24   complete the report you are supposed to validate it to go

25   through.  As a sergeant, we go through the queue, and if you

1  see officers who work for us, their last names would be in the

2  queue.  So, all my officers that work for me on my shift, I

3  look for the last names, I pop up the reports and read them to

4  see if they are completed, and then I approve them.

5  Q.  You said the officers validate.  Can you explain what that

6  process means?

7  A.  It means they wrote a report and the report is completed at

8  times and validated through for approval.

9  Q.  Does the Boynton Beach Police Department treat validated

10 reports as rough drafts?

11 A.  It is considered a completed report at that time.

12 Q.  And by validating the report as complete, the officer has

13 turned over the report to the sergeant; is that correct?

14 A.  Yes, it is in the computer for review from the supervisor.

15 Q.  Is it possible for officers to maintain their reports and

16 continue working on them before validating?

17 A.  Um-m-m, I'm not sure.  I don't think so.  I'm not sure.

18 Q.  I want to ask you a little more about the traffic stops you

19 discussed.

20      Traffic stops and safe traffic stops, are you familiar with

21 something called a felony stop?

22 A.  Yes.

23 Q.  Would you explain to the jurors what a felony stop is?

24 A.  We call it a felony traffic stop, a high risk traffic stop,

25 something out of the ordinary.  In a regular traffic stop a

1    police officer pulls somebody over for speeding, running a red
2    light, and the officer stops the vehicle.
3        In another case we get suspects who don't stop.  If we had
4    to chase or pursue this vehicle, it is a high risk stop, we
5    call it a felony traffic stop, at which point in time we
6    position our vehicle in a certain manner and call the persons
7    out and take them into custody.
8    Q.  Would you explain how the positions -- you said the cars
9    are positioned in a certain manner?
10   A.  They should be.
11   Q.  Using the clock as a frame of reference, can you describe
12   for the jurors the position that the officers place their cars
13   during a felony stop?
14   A.  In an ideal situation the subject's car is at the twelve
15   o'clock position and we have two vehicles at the seven o'clock
16   position and five o'clock position, these set the vehicles up,
17   and you turn the lights on.  The lights are already on if it is
18   night time, and we have the take-down light on, it's called a
19   light curtain, bright lights.  We position those in the mirrors
20   and we open up all of our doors to set up -- for concealment
21   purposes to order the people to be taken into custody.
22       I hope that makes sense.
23   Q.  And from that position, at the seven o'clock and five
24   o'clock, with the patrol vehicles with the headlights shining,
25   take-down lights shining and the doors open -- what you refer

1    to as a wall of light?

2    A.   A light curtain.

3    Q.   Does that light curtain provide additional protection for

4    officers?

5    A.   Concealment, the subjects in the car won't be able to see

6    our location, they will be blinded by the light.  If they were

7    trying to hurt the officers, they wouldn't have a target to

8    shoot at or throw a rock at, whatever they want to do to the

9    officers.

10   Q.   Can a felony stop be conducted if there are more than two

11   cars?

12   A.   Yes.

13   Q.   Would you explain how that is accomplished?

14   A.   Ideally, you want the cars at the two o'clock, five o'clock

15   and seven o'clock position.  Me, I would take the position of

16   the front driver side of the car, the seven o'clock position,

17   so I could see the driver side of the subject car and I would

18   order the subjects out.

19       The officers to supplement us would take the position of

20   the front driver side door -- front passenger side door and the

21   other rear passenger side doors, so you have four officers to

22   take people into custody.

23   Q.   Would you explain how people are called back?

24   A.   The vehicles have a PA system, we get on a PA system and

25   tell the drivers and occupants what we want them to do.

Pauline A. Stipes, Official Federal Reporter

1    Hopefully they comply and come back to our location and we take
2    them into custody.
3    Q.  Does this maneuver you described provide a level of
4    protection or reduce the risk for officers who are conducting a
5    potentially violent car stop of occupants of a car?
6    A.  Yes.
7    Q.  Is that why officers are trained on it?
8    A.  Yes.  It gives us distance from a vehicle, which is good,
9    we want to position cars, in ideal situations, one and a half,
10   two car lengths from the subject vehicle.  By having the
11   subjects come out of the car, we control them with verbal
12   commands, we have four sets of eyes on the person, we have them
13   turn, lift their shirt up and show us everything you have, and
14   take them into custody.
15       This gives us safety.  Distance equals time, people's
16   safety.
17   Q.  During your tenure as head of training for the Boynton
18   Beach Police Department, did you ever receive a video or
19   recording of Boynton Beach police officers conducting a traffic
20   stop on or about August 20, 2014?
21   A.  Yes, I was shown the video.
22           MR. TUNNAGE:  Your Honor, I would like to present to
23   the witness Exhibit Number 3.  It has been moved and entered
24   into evidence already.
25           THE COURT:  Yes, it is.

```
 1              MR. TUNNAGE:  May I publish?

 2              THE COURT:  Yes.

 3    BY MR. TUNNAGE:

 4    Q.  Sergeant Aiken, I am going to have Agent Thomas bring to

 5    your attention what is marked Exhibit Number 3.

 6         Based on the video you reviewed, does this appear to be a

 7    copy of the video you viewed?

 8    A.  Yes.

 9    Q.  While the video is playing, I would like for you to stop

10    each time you see any conduct or action you believe is not

11    consistent with Boynton Beach policy or creates a hazardous or

12    risk situation.  Do you understand what I am asking?

13    A.  Yes.

14    Q.  In order to do that as the video is playing, I will wait

15    for you, and if you raise your hand, I will have the video

16    stopped.  Will you do that?

17    A.  Yes.

18    Q.  Okay.  Once the video stops, I would like you to explain to

19    the jurors what it is you observed, and the concern you have.

20    A.  Okay.

21    Q.  Okay.  We will start.  It is up to you, you have to

22    indicate.

23    A.  Okay.

24         (Thereupon, the video was played.)

25
```

```
 1    BY MR. TUNNAGE:

 2    Q.  Sergeant Aiken, would you tell the jurors why you asked us

 3    to pause the video at 2:17:16?

 4    A.  Right before you stopped right now, you see the SUV made

 5    contact with the vehicle, gave it a tap, the truck tapped the

 6    car, struck the car.

 7    Q.  Okay.  And why is that a concern to you?

 8    A.  It made contact with the vehicle.  I don't know if he was

 9    trying to do the PIT maneuver or ram the vehicle.  We are not

10    taught to make contact with vehicles like that.

11    Q.  And just for record implementation, when you refer to the

12    SUV, are you referring to the vehicle that appears to be -- if

13    the top of the video were a clock -- just before the 12:00

14    position?

15    A.  Correct.

16    Q.  Based on your experience with the Boynton Beach Police

17    Department, and review of the video, do you know who is the

18    driver of the SUV?

19    A.  Mike Brown.

20    Q.  Okay.  Is it okay to continue?

21    A.  Yes.

22        (Thereupon, the tape continued.)

23    BY MR. TUNNAGE:

24    Q.  We stopped the video at 2:17:23, indicated by the time on

25    the top left-hand side of the video.  Would you explain why you
```

1   asked us to pause here?

2   A.  In this particular scene you see the SUV is basically

3   parked right next to the subject vehicle, pinning the doors

4   closed on the vehicle.

5       If we were conducting a proper felony traffic stop, we

6   wouldn't park our position there, we wouldn't like that

7   position in that situation.

8   Q.  From this position, will you explain to the jurors whether

9   this increases the threat, or potential threat to the officer

10  or reduces the threat as compared to the felony stop?

11  A.  It would increase the threat to the officer because he is

12  this close to the subject and the windows aren't bullet proof.

13      So, if the subject was armed or anything of that nature, he

14  would be able to shoot the weapon through the window or the

15  officer's window and make contact with the officer at that

16  time.  The plus is he's close to the subject and increases the

17  safety measures in my opinion.

18  Q.  With respect to the other officers -- and you described a

19  7:00 and 5:00 position felony stop, and the line of light and

20  the curtain?

21  A.  Uh-hum.

22  Q.  At this point, is it still possible to conduct a felony

23  stop?

24  A.  He could modify it.  If he got out of the vehicle, the

25  Tahoe -- the two cars behind him are positioned at 7:00 and

Pauline A. Stipes, Official Federal Reporter

1    5:00, but the light curtain would be obstructed by the Tahoe

2    being in the way.  He could conduct a felony stop and call the

3    subjects back.

4    Q.  I don't think you completed your statement.  You spoke

5    about the driver of the SUV, you said if he exited his vehicle

6    and what?

7    A.  If he were to exit the vehicle and come back to the car

8    with the other officers, he could conduct a felony traffic stop

9    in that manner.

10   Q.  Okay.  Can we continue?

11   A.  Yes.

12       (Thereupon, the tape continued.)

13   BY MR. TUNNAGE:

14   Q.  Would you explain to the jurors why you stopped the video

15   at 2:17:30?

16   A.  The situation you are looking at now, you have officers to

17   the rear of the subject vehicle pointing the firearms toward

18   the front and an officer pointing in a position, what is

19   essentially called a crossfire, and that is not good.

20   Q.  Would you tell us why that is not good?

21   A.  Yes, crossfire, if one of the officers comes to a vehicle

22   and it seems to be a deadly force situation, and he opened fire

23   on the subject vehicle, the officers may do sympathetic fire

24   and officers may strike each other with their firearms,

25   crossfire.

1    Q.   Okay.

2         (Thereupon, the tape continued.)

3    *BY MR. TUNNAGE*:

4    Q.   Sergeant Aiken, can you tell us why you asked us to stop

5    the tape at 12:41?

6    A.   The officer came to the front of the vehicle, walked around

7    to the front passenger side and opened the door, and based on

8    the video, he appears to have kicked into the vehicle at the

9    front passenger.

10   Q.   Why is that a concern to you?

11   A.   Based on the timing of the video, how much time lapsed, I

12   don't think he was able to give the subject time to comply to

13   any commands at that point in time.  He opened the door and

14   appears to kick him.  I don't know if he had verbal commands

15   prior to, but he opened the door and gave him a kick.

16        If he was passive resistent in there, the kick wouldn't be

17   authorized, if the kick came in rapidly when he opened the

18   door.

19   Q.   You said you don't know if he was passive resistent.

20        If you wanted to determine the level of resistence that the

21   person in the front seat displayed, where would you look as a

22   sergeant?

23   A.   The reports.

24   Q.   Which reports?

25   A.   So, basically, if he used force it should be documented in

Pauline A. Stipes, Official Federal Reporter

1   his report, either the Use of Force Report and the narrative

2   report we were talking about earlier.

3   Q.  And you would look to those reports to determine the level

4   of resistence that the passenger was or was not displaying at

5   that time?

6   A.  We have to explain why we use force.  If we explain why we

7   use force, it should be written in the reports.

8   Q.  Continue describing what you observe and why you asked us

9   to pause.

10   A.  Well, again, like I said, this wasn't a felony traffic

11   stop, they didn't call the officer's vehicle back.  The

12   officers went towards the vehicle and started extricating

13   subjects from the vehicle instead of telling the subjects to

14   exit the vehicle and come back to the officers in a safe

15   position.

16   Q.  You said the officers extricated subjects from the vehicle.

17   What do you mean by that?

18   A.  The rear passenger is on the ground, he grabbed the rear

19   passenger out of the vehicle and took him to the ground.

20   Q.  Agent, could you back up to before.

21       Now, I want to call your attention to only the officers who

22   past the rear passenger door.

23       (Thereupon, the tape continued.)

24   BY MR. TUNNAGE:

25   Q.  Keeping your attention only on the officers approaching the

Pauline A. Stipes, Official Federal Reporter

1    rear passenger door, I will ask Agent Thomas to pause, will you

2    keep your focus there?

3    A.  Okay.

4    Q.  Are you able to describe the conduct that happened with the

5    person coming out the rear door?

6    A.  The subjects?

7    Q.  Or the officers, or whatever you observed, can you describe

8    how the passenger came to be outside of the car?

9    A.  Well, based on what I just saw, he came out on his own.

10   Q.  I am sorry?

11   A.  He came out on his own, but he fell out of the car, if you

12   will.

13       (Thereupon, the tape continued.)

14   BY MR. TUNNAGE:

15   Q.  Looking at it now, how do you believe the passenger came

16   out of the back door?

17   A.  They pulled him out.

18   Q.  When you say "they", can you explain for the jurors who

19   they are?

20   A.  The officers on the scene.

21   Q.  So, the officers pulled him out?

22   A.  Yes.

23   Q.  Okay.  If an officer wrote that the person coming out of

24   the back passenger door was fighting, a taser was deployed and

25   the person fell out of the car onto the ground, would that be

Pauline A. Stipes, Official Federal Reporter

1    consistent with what you observed on this video?

2    A.   No.

3    Q.   I am sorry?

4    A.   No.

5    Q.   Are you able to see the conduct that happens after the

6    officers pulled the person from the back door on to the ground,

7    are you able to see the actions of the officers?

8    A.   Some kicks were made.

9    Q.   Earlier, you described to the jurors zones.  Are you able

10   to determine as you are looking at this what zones the kicks

11   were being delivered?

12   A.   Not right now, there is a hodgepodge, things are going on.

13   I think the kicks were targeting the upper shoulder area.  It

14   happened fast, kicks were done towards the upper torso area of

15   the body.

16   Q.   You also earlier described for the grand -- excuse me, for

17   the jurors permissible uses for kicking.

18       Based on your experience as a ten-year training supervisor,

19   is this the circumstance you were referring to when you

20   testified that officers are permitted to kick a person in a

21   life or death situation?

22   A.   A deadly force situation?

23   Q.   Yes.

24   A.   No.

25   Q.   Why not?

1    *A.*  Well, the subject isn't exhibiting deadly force resistence

2    to have a kick targeting deadly force areas on the body.

3    *Q.*  We will continue to play the video now and I will ask you

4    to raise your hand when would you like us to stop again.

5    *A.*  Okay.

6         (Thereupon, the tape continued.)

7    *BY MR. TUNNAGE*:

8    *Q.*  We paused at 2:17:44.

9    *A.*  The officer at the front passenger side of the vehicle

10   appears to be punching into the vehicle.

11   *Q.*  Okay.  And will you explain to the jurors why that causes

12   you concern?

13   *A.*  Well, if you follow the video all the way around, you don't

14   see the officer holster his firearm.

15   *Q.*  So, based on your review of the video and what you are

16   looking at, the officer is punching and using the firearm as he

17   is punching?

18   *A.*  It appears to be in his hand while he is punching.

19   *Q.*  Why is that a concern?

20   *A.*  We teach the officers about sympathetic reactions and teach

21   the officers not to go hands on with subjects with the firearm

22   in your hand in case you have a negligent discharge.

23   Sympathetic reaction is what this hand is doing, this one

24   will -- if I have a firearm in this hand and I grab somebody

25   with this, my trigger hand could accidentally cause a

1    discharge.

2    Q.  What would happen with an accidental discharge?

3    A.  All the way up to death, wounding someone.  I don't know

4    what you are asking.  Damage could happen.

5    Q.  You said damage leading up to death?

6    A.  Yes.

7             MR. TUNNAGE:  And you may continue the video.

8             (Thereupon, the tape continued.)

9    BY MR. TUNNAGE:

10   Q.  Are you able to see the suspects on the ground?  We are at

11   2:17:55.  Are you able to see the suspects on the ground?

12   A.  At the rear passenger side door?

13   Q.  Yes.

14   A.  Yes.

15   Q.  Were you able to see the actions seconds before we stopped?

16   A.  His legs kicking a little bit, yes.

17   Q.  Based on your training and experience, what is happening at

18   that time?

19   A.  It looks like to me at that point in time the subject was

20   tased with a taser, but in my opinion, the probes were limited

21   to the upper torso of the body.  He didn't hit the belt line,

22   he didn't get a complete lockout of the body.

23       You have a cartridge on the front with two probes, there is

24   a laser, the top goes where the laser goes and the bottom at an

25   8-degree downward angle.  We tell the officers 17 to 15 away to

1    get one foot to two foot prepared.  If we get one in the back

2    and one around the belt line, you get a complete lockout of the

3    body.

4        If it were closer than that, both probes in the upper torso

5    area, the top of the body locks out.  I have seen officers over

6    and over again -- they want to run when they are being tased,

7    the probe hits the upper torso and the body wants to get out of

8    there, it is painful.  It looks like the legs are moving from

9    that in my opinion.

10   Q.  And before, just going back on the video, what you are

11   describing as tasing, did that occur after what you described

12   as kicks to the red zone or to this person that came out of the

13   back seat of the car?

14   A.  Is this the same subject?

15   Q.  Yes.

16   A.  It would be after, yes.

17   Q.  I am sorry?

18   A.  Yes, it would be after.

19       (Thereupon, the tape continued.)

20   BY MR. TUNNAGE:

21   Q.  Were you able to see any conduct happening to the person --

22   A.  Right now, the back -- that is the car moving --

23   Q.  I didn't hear you.  Start from the beginning.

24   A.  Right above this little -- right there in the screen the

25   officer appears to be kicking the subject, right there.

1    *Q.*   Okay.   I want to go back maybe five seconds on the video

2    and keeping your focus there, we are at 2:18:22.   Go back five

3    seconds, but keeping your focus on the officers, and for

4    purposes of the record, we are referring to officers who

5    gathered around a person to the right of the SUV.   Just a

6    little bit more.   Keeping your attention -- yes.

7         (Thereupon, the tape continued.)

8    *BY MR. TUNNAGE:*

9    *Q.*   Pause?

10   *A.*   Yes.   Punches.

11   *Q.*   Punches to whom?

12   *A.*   The suspect.

13   *Q.*   And that is 2:18:09.

14          *MR. TUNNAGE:*   Continue.

15          (Thereupon, the tape continued.)

16          *MR. TUNNAGE:*   Pause.

17   *A.*   Some kicks are being done right now.

18   *BY MR. TUNNAGE:*

19   *Q.*   Is that to the same suspect?

20   *A.*   Yes, sir.

21          *MR. TUNNAGE:*   You can continue.

22          (Thereupon, the tape continued.)

23   *BY MR. TUNNAGE:*

24   *Q.*   That is a pause?

25   *A.*   I was scratching my eye.   There were more kicks.

1   Q.  Now, the additional kicks you saw and you didn't say pause,

2   did those cause you concern?

3   A.  Based on the video alone, yes.

4   Q.  And you said that in order to kick in the manner that you

5   are seeing that the person would have to describe, I think when

6   you first described it for the jurors, deadly force?

7   A.  If they were targeting a red zone, yes.

8   Q.  Okay.  What other zone could they target in kicks you see

9   depicted on this video?

10   A.  They were targeting the soft tissue area, the tricep, the

11   quadriceps area of the body, those would be a lesser level of

12   force.

13   Q.  Would there have to be active resistence for that type of

14   force?

15   A.  Yes.

16   Q.  Would it have to be active or active aggressive?

17   A.  Targeting just the soft tissue areas, just active

18   resistence.  When you increase it up to the joints, that is

19   aggravated active.

20   Q.  Are Boynton Beach police officers allowed to kick suspects

21   into position in order to put handcuffs on them?

22   A.  No.

23   Q.  Why not?

24   A.  You don't use force to put people in submission.

25          MR. TUNNAGE:  Okay.  You may continue.

Pauline A. Stipes, Official Federal Reporter

```
 1              (Thereupon, the tape continued.)

 2         MR. TUNNAGE:  Pause.

 3   BY MR. TUNNAGE:

 4   Q.  Based on your review of the video, are you able to

 5   determine -- or can you see if the suspect is standing up and

 6   fighting officers?

 7   A.  No.

 8   Q.  Okay.  Do you believe the suspect, based on the video, is

 9   standing up fighting officers?

10         MR. LERMAN:  Objection, speculation.

11         THE COURT:  Rephrase.

12         MR. TUNNAGE:  I am asking, based on the review of the

13   video and what he has seen, is there any indication the suspect

14   was standing up fighting officers.

15         THE COURT:  The witness can testify to what you see.

16         THE WITNESS:  No.

17   BY MR. TUNNAGE:

18   Q.  You have not seen that?

19   A.  No, sir.

20   Q.  At any point in the video?

21   A.  No, sir.

22         MR. TUNNAGE:  You may continue playing.

23         (Thereupon, the tape continued.)

24         MR. TUNNAGE:  Can you back up maybe three seconds,

25   Agent Thomas.
```

1    *BY MR. TUNNAGE*:

2    *Q.*  Calling your attention again to the original position, I

3    point to 2:18:59, the area where you first describe a suspect

4    was tased, that first area there, would you focus and describe

5    what you see happening?

6    *A.*  A kick.

7    *Q.*  I'm sorry?

8    *A.*  A kick happened just now.

9          MR. TUNNAGE:  Okay.  You can continue, Agent Thomas.

10          (Thereupon, the tape continued.)

11   *BY MR. TUNNAGE*:

12   *Q.*  I would like to go over a few more things with you.

13       The last thing, there was a announcement, "all in custody."

14       As a 13, 14-year veteran in the police department, what

15   does in custody mean to you?

16   *A.*  All subjects were handcuffed and in custody.

17   *Q.*  I am sorry?

18   *A.*  Handcuffed and in custody.

19   *Q.*  Is that based on your training that you believe all in

20   custody means the person is in handcuffs and in custody?

21   *A.*  Yes.

22   *Q.*  Does training you received as an officer in the Boynton

23   Beach Police Department lead you to believe all in custody

24   means a suspect --

25   *A.*  Yes, we have terminology, if we use 10 codes, we say all

Pauline A. Stipes, Official Federal Reporter

1    suspects are 10, 15.  But plain talk is all in custody, that

2    leads me to believe they are all in custody.

3         *MR. TUNNAGE:*  And if you continue -- if you'd continue

4    playing the video just for a moment.

5              (Thereupon, the tape continued.)

6    *BY MR. TUNNAGE:*

7    *Q.*  Calling your attention back to 2:18:03 of Exhibit 3.  Stop

8    there.

9         At any point in the video did you ever see flashes of

10   light?

11   *A.*  No.

12   *Q.*  When describing the conduct of the officer driving the SUV

13   that you identify as Mike Brown, you describe walking to the

14   front passenger side, and you say, based on the review of the

15   video, there wasn't sufficient time for anyone to respond to

16   the order, would you explain why that matters?

17   *A.*  When we give verbal commands, we have to give the subject

18   the opportunity to comply with the command, I want you to do

19   something, and have an opportunity to do it.

20        The time frame of the video when he opened the door until

21   the time he kicked into the vehicle was like a millisecond, or

22   a second, I don't know the exact time, but I don't think he had

23   enough time to give the person the order at that point in time

24   and have a person comply to a command at that time.

25   *Q.*  Okay.  Also, the SUV in the beginning of the video actually

1    maneuvered to a point where you say pinned the driver's door

2    closed.  Do you recall that?

3    A.  Yes.

4    Q.  Given the position of the SUV and the fact that it was

5    pinning the driver's side doors closed, based on your

6    experience, how -- what is the possible -- how will a suspect

7    who is a driver be able to comply with the command to exit the

8    vehicle?

9    A.  If he was told -- the driver was told to exit the vehicle,

10   you have to exit through the passenger side door.

11   Q.  Is that because the SUV pinned the other doors closed?

12   A.  He can't open the door.  If you want him out of the car he

13   would have to exit out of the passenger side.

14   Q.  If the driver of the car got out of the driver seat, does

15   that act in and of itself indicate he is actively resisting?

16   A.  If he was asked to exit the vehicle?

17   Q.  Yes.

18   A.  No.

19   Q.  Does it in fact -- is it possible that he demonstrates that

20   if the person who climbed out of the driver's seat was

21   attempting to comply with the order --

22              MR. LERMAN:  Objection, speculation.

23              THE COURT:  You want to rephrase?

24              MR. TUNNAGE:  Sure.

25

1    *BY MR. TUNNAGE*:

2    *Q.*  If a driver is sitting in a car and if an officer has

3    driven a car in a manner that it blocked the driver from

4    bolting to exit from the driver's side of the car, if the

5    officer gave the driver a command to get out of the car, exit

6    the vehicle, if the driver climbed out of the driver seat, does

7    that act by itself indicate, based on your experience and

8    training and how you train officers, does that act alone

9    indicate the officer is actively resisting the officer?

10             *MR. LERMAN:*  Objection, speculation.

11             *THE COURT:*  Well, the sergeant can testify to, based

12   on his observation, what he would conclude, but obviously he

13   can't speculate what was in the mind of the driver.

14             *MR. TUNNAGE:*  Yes.  The question is based on training

15   and if he observed that.

16   *BY MR. TUNNAGE*:

17   *Q.*  Based on your training, would that act alone indicate the

18   person is resisting?

19   *A.*  No.

20   *Q.*  If a person is seated in a car and an officer gives loud

21   verbal commands for the person to exit the car, are officers

22   permitted to tase the person at that point?

23   *A.*  For not exiting the car alone?

24   *Q.*  Yes.

25   *A.*  No.

1    Q.  Why not?

2    A.  Just -- if the person is sitting in the car and I ask him

3    to exit the car and he refuses to exit, no, he doesn't meet the

4    criteria, he is not active resistent at that point in time.

5    Q.  Based on your understanding and how you train officers, are

6    tasers -- do tasers that the officers at the Boynton Beach

7    Police Department use, do they electronically record

8    deployments?

9    A.  Yes.

10   Q.  Would you explain to the jurors how that is done?

11   A.  Well, a taser has a switch, you turn them on, the laser

12   comes on, a flashlight comes on, and you pull the trigger on

13   the taser.  You pull the trigger and let go, it is five seconds

14   on the taser.  The taser records the date, day of the week, it

15   tells you how many times the trigger was pulled, so it keeps a

16   record of it.

17   Q.  And that record is stored -- do you know how long that

18   record is stored?

19   A.  It is in the taser, so it is stored -- I don't know exactly

20   how many trigger pulls or -- are stored in tasers, but we

21   download them once a year, they are in there for at least a

22   year before we download them.

23   Q.  And when an officer deploys his or her taser, is that

24   officer required to do a Use of Force form?

25   A.  Yes.

1    *Q.*  So, no matter what happens, if an officer deploys a taser,

2    whether it connected or didn't connect, the officer must

3    complete a Use of Force form?

4    *A.*  Yes.

5    *Q.*  Does the officer also have to describe in the written

6    narrative why he used the taser or she used the taser?

7    *A.*  Yes.

8    *Q.*  I am going to continue --

9           *MR. TUNNAGE:*  Your Honor, may I have a moment?

10          *THE COURT:*  Yes.

11   *BY MR. TUNNAGE:*

12   *Q.*  Sergeant, on the video at 2:18:39, I ask you to focus in

13   the area where the first subject you describe is being tased.

14       (Thereupon, the tape continued.)

15          *MR. TUNNAGE:*  Can you pause.

16   *BY MR. TUNNAGE:*

17   *Q.*  Do you see the flashes?

18   *A.*  Yes.

19   *Q.*  Based on your training and experience, what do you believe

20   those flashes to be?

21   *A.*  It could be the arc from a taser.

22   *Q.*  Can you explain what the arc of a taser is?

23   *A.*  It is like on a stun gun, you see them in the movies, if

24   the cartridge is not connected or you have a bad connection

25   from a taser, it arcs, so you see electricity coming through

1    the arc in the front of the taser through the wires.

2    Q.  Does it arc when it is in dry stun mode?

3    A.  Dry stun mode?

4    Q.  If the cartridge is not there or you are dry stunning?

5    A.  Dry stun mode, the way we teach dry stun now is not from

6    the cartridge.  In order to dry stun someone, you are close

7    enough to place cuffs on him, and he is resisting, so I could

8    take my taser, pull two, three inches away from the taser, and

9    I put both probes the one spot, I take my taser and go to

10   another area of the body and it completes the circuit, so you

11   have a complete lockout.  That is what we use with the dry stun

12   technique.

13       In the past, you took the cartridge off, it is like a stun

14   gun, and what would happen, the subject will only feel pain in

15   one area and create a charlie horse and you do it until he

16   complies.

17   Q.  You testified the SUV was a K-9 vehicle.  Would you explain

18   what that is?

19   A.  Police dog.

20   Q.  Is there something special about that particular vehicle?

21   A.  It has a dog in it.

22   Q.  Is there anything that keeps the dog maintained or detained

23   in the vehicle?

24   A.  They have a cage inside the vehicle for the -- where the

25   dog resides during the shift.

```
 1    Q.  And can you explain to the jurors why there is a cage in

 2    there?

 3    A.  Well, it is for safety of the driver and, you know, anybody

 4    getting into the front compartment of that vehicle per se.

 5         So, if you -- now, if a K-9 officer told me to grab my

 6    phone off the front seat of the car, and I was silly enough to

 7    do it, and you didn't have a cage there, I probably would get

 8    bit by a dog.  Basically, it is a safety measure.

 9    Q.  If there is an inside joke I would like you to let the

10    jurors in on it.

11         You said if I was silly enough to do it.  Would you explain

12    why you made that comment?

13    A.  No one goes into a K-9 officer's car at any point in time

14    unless you were training with him and the dog and you know the

15    mannerisms of the dog.  Me, personally, I would not go into a

16    K-9 vehicle.

17    Q.  Why not?

18    A.  I would get bit by a dog.

19    Q.  You told me there is a cage there.

20    A.  That is why the cage is there.

21    Q.  Even with the cage, you wouldn't go into the car?

22    A.  Me, personally, no.

23    Q.  Okay.  You have gone through the video with the jurors and

24    you raised your hand where you saw areas of concern and you

25    stopped and discussed them.
```

1     At the time this event occurred, were you the training

2  coordinator at that time?

3  A.  Yes.

4  Q.  Did you receive any referral regarding any of the conduct

5  that you have seen on this videotape?

6  A.  No.

7  Q.  Did you receive notification or requests to do training for

8  any of the conduct that you see on this video today?

9  A.  After it occurred we did remedial pursuit -- pursuit

10  training.

11  Q.  Was that because there had been a referral?  Had anyone

12  recommended this be done?

13  A.  No.  No.  We had a pursuit and refresher after this.

14  Basically, at this point in time, I was in the agency 18 years

15  and we had never done a refresher on pursuit policy.  The

16  pursuit policy came into being because of the video in my

17  opinion.

18  Q.  I am sorry?

19  A.  The refresher for the pursuit policy came to be because of

20  the video.

21  Q.  Who brought the video to you?

22  A.  She at the time was a major, Kelly Harris.

23  Q.  Okay.  To your knowledge, was anyone disciplined for any of

24  the conduct that you saw on this video?

25          MR. LERMAN:  Objection, relevance.

1          THE COURT:  Response.

2          MR. TUNNAGE:  He was the training sergeant at the time

3     and he would have responsibility for any person who was

4     disciplined and may have participated in recommending

5     disciplinary actions.

6          THE COURT:  I will allow you to answer the question.

7          THE WITNESS:  No.

8     BY MR. TUNNAGE:

9     Q.  Prior to becoming a sergeant, were you ever a patrol

10    officer?

11    A.  Yes.

12    Q.  And during your tenure at Boynton Beach, have you ever used

13    force on a suspect?

14    A.  Yes.

15    Q.  At the time you used force, did you complete a Use of Force

16    form?

17    A.  Yes.

18    Q.  Did you write in your -- write in the narrative why you

19    used force?

20    A.  Yes.

21    Q.  Did you do both before you left duty that night?

22    A.  Yes.

23    Q.  Have you ever completed a Use of Force form and not written

24    in your narrative why you used force in circumstances that

25    called you to use force?

1    *A.* No.

2    *Q.* You never have?

3    *A.* No.

4    *Q.* Throughout the entire time you were the training sergeant,

5    were you ever made aware of any such occurrence by another

6    officer?

7    *A.* No.

8    *Q.* So, you have never completed a Use of Force form and not

9    described that force, how it was used and why it was used, in a

10   narrative before leaving shift?

11        *MR. LERMAN:* Asked and answered.

12        *MR. TUNNAGE:* Your Honor, I will ask the next

13   question.

14   *BY MR. TUNNAGE:*

15   *Q.* Have you ever received a recommendation that an officer be

16   retrained or disciplined or counseled for failing to write any

17   narrative that he or she used force?

18   *A.* No.

19   *Q.* And during your tenure as the training sergeant director,

20   was retraining officers on policies and correct procedures, was

21   that part of your duty and responsibility?

22   *A.* Yes.

23        *MR. TUNNAGE:* Your Honor, if I may have a brief

24   moment?

25        *THE COURT:* Yes.

```
 1          MR. TUNNAGE:  Your Honor, no further questions.
 2          THE COURT:  Any cross-examination?
 3                      CROSS-EXAMINATION
 4   BY MR. LERMAN:
 5   Q.  Good afternoon, Sergeant.  How are you?
 6   A.  Good.  How are you?
 7   Q.  All right.  So, you were the training officer for ten years
 8   on use of force, correct?
 9   A.  Training sergeant, yes, sir.
10   Q.  Training sergeant.  When did you become a sergeant?
11   A.  2004, February 28th.
12   Q.  Now, when you talk about in-house training, that is formal
13   training when you bring a group of officers together to go
14   through training?
15   A.  Yes, we have in-service training.  In-house was a remedial
16   training, new concepts or mandatory that we had to train the
17   whole police department on or new hires.
18   Q.  That was in-house, those types of training?
19   A.  Yes, sir.
20   Q.  As a sergeant, or when you became a sergeant, did you go
21   through training just on the road with another sergeant driving
22   around or did you go through that in-house or in-service
23   training to become a sergeant?
24   A.  Me, personally?
25   Q.  Yes.
```

1    A.   No, I didn't have to go on the road when I was a sergeant.

2    Q.   You never went on the road at all.  You went from patrolman

3    to sergeant with no formal training for sergeant?

4    A.   I got promoted to sergeant and we had a vacancy in the

5    training unit, and the chief of police thought I had what it

6    took to be a training sergeant.

7    Q.   You went from patrol to training sergeant?

8    A.   Patrol to training to training sergeant.

9    Q.   You went from patrol to training and then you became the

10   training sergeant once you were in training?

11   A.   Yes, sir.

12   Q.   That is when you became a sergeant, when you were in the

13   training division of the department?

14   A.   Yes.

15   Q.   Okay.  All right.

16       When you talk about report writing when you were a

17   patrolman, before you were in training, there was no QED

18   system, correct?

19   A.   Correct.

20   Q.   The QED system is the system that the department uses now

21   for their report writing, correct?

22   A.   Correct.

23   Q.   That is a system where you describe where some officer

24   opens a report and then you get the initial case number,

25   Boynton Beach case number assigned?

Pauline A. Stipes, Official Federal Reporter

1    *A.*  Correct.

2    *Q.*  That is the case number that all the other officers use in

3    writing their narratives?

4    *A.*  Yes, to write their reports.

5    *Q.*  And that is on the Use of Force Report?

6    *A.*  Correct.

7    *Q.*  And in the QED system we are talking about, that is when

8    they write the report, it is in progress, it is validated?

9    *A.*  Yes.

10   *Q.*  That is in the QED system?

11   *A.*  Yes.

12   *Q.*  And once it is validated, it is in what you describe as the

13   queue from which the supervising sergeant is to review?

14   *A.*  Correct.

15   *Q.*  Let's talk about that.

16        The supervising sergeant can reject the report, correct?

17   *A.*  Yes, sir.

18   *Q.*  If the supervising sergeant rejects the report, he may

19   verbally communicate with that patrol officer that is under his

20   supervision why the report is being rejected, correct?

21   *A.*  Yes, sir.

22   *Q.*  Kind of like counseling?

23   *A.*  Yes, sir.

24   *Q.*  He may send notes through the system kind of like a

25   messenger, or we used the term earlier snapchat, where you type

1    out as a supervising sergeant notes and the officer can review

2    those notes as to why the report is going to be reejected,

3    correct?

4    A.  Yes, sir.

5    Q.  Now, whatever -- we know now that there is an audit trail,

6    correct?

7    A.  Correct.

8    Q.  Back then, you didn't know there was an audit trail back in

9    2014?

10   A.  Correct.

11   Q.  That is a correct statement?

12   A.  Correct.

13   Q.  So, we know that when a report is open and when it begins

14   to get typed out, as it is saved, it is maintained within the

15   system.  You understand that today, yes?

16          MR. TUNNAGE:  Objection, your Honor, beyond the scope.

17          THE COURT:  Response.

18          MR. LERMAN:  I'm trying -- he testified about his

19   understanding of the reports, what reports he has done, what he

20   has done as a supervising sergeant and reviewing reports.

21          THE COURT:  Okay, I will overrule.

22   BY MR. LERMAN:

23   Q.  So, as you understand it, as the reports are typed now,

24   they are maintained as they are validated.  If you reject them

25   there is an old narrative, new narrative, and all of those

```
 1    things are maintained as you understand them?
 2              MR. TUNNAGE:  Objection, facts not in evidence.
 3              MR. LERMAN:  His understanding of the system.
 4              THE COURT:  Overruled.
 5    BY MR. LERMAN:
 6    Q.  Correct?
 7    A.  Yes.
 8    Q.  The notes, however, that you may send to one of your
 9    patrolmen under your supervision, that is not maintained, that
10    disappears once it has been opened and reviewed as you
11    understand it, correct?
12    A.  Yes.
13    Q.  All right.  An officer can come to you and ask you to
14    reject a report, yes?
15    A.  Yes.
16    Q.  And if you reject the report, that officer, once he has it
17    back, so to speak, can make whatever adjustments need to be
18    made; true?
19    A.  Yes, sir.
20    Q.  Based on whatever your notes may be, your counseling, or
21    whatever other information he may decide to add to the report,
22    correct?
23    A.  Yes.
24    Q.  Sometimes an officer may have learned other things that he
25    thinks are necessary to add to the report so, therefore, he
```

Pauline A. Stipes, Official Federal Reporter

1    asks you to rejected or she asks you to reject the report?

2    A.   Yes.

3    Q.   One second.

4         You were on SWAT, correct?

5    A.   Was.

6    Q.   I said was.

7    A.   Yes.

8    Q.   Now you testified that -- correct me -- if I understood, at

9    some point what you said -- you testified about not knowing

10   reasons why something may not be totally included in a report,

11   why a report may appear to be incomplete despite being

12   validated, whether there are some reasons for that, and you

13   can't think of any?

14   A.   Correct.

15   Q.   All right.  You are familiar with officer involved

16   shootings?

17   A.   Yes, sir.

18   Q.   You are involved with what goes on after a SWAT team

19   executes a search warrant?

20   A.   Yes, sir.

21   Q.   You understand the term "critical incident"?

22   A.   Yes, sir.

23   Q.   Now, you are obviously familiar with the total dynamics of

24   the August 20th incident and why we are here, correct?

25   A.   Yes, sir.

1    *Q.*  You would agree that the overall dynamics of that incident

2    would be considered a critical incident, correct?

3    *A.*  Yes, sir.

4    *Q.*  You have an officer that was down, right?

5    *A.*  Yes, sir.

6    *Q.*  You have a high-speed chase on I-95 north and then back

7    south, yes?

8    *A.*  Yes, sir.

9    *Q.*  You have at one -- did you -- I am not sure what the answer

10   to this is.  Did you listen to the radio transmissions as well

11   as watch the video?

12   *A.*  Just the video.  I didn't particularly listen to the

13   transmissions.

14   *Q.*  In all that you learned, were you aware that Officer

15   Brown's vehicle had been struck at some point prior to the

16   actual stop on A and Elm?

17   *A.*  Yes, I was aware of that.

18   *Q.*  That is another incident that occurred during this

19   high-speed chase, correct?

20   *A.*  Yes, sir.

21   *Q.*  You are aware and know, and you describe the term "ram",

22   that Officer Brown's vehicle may have rammed, from what you

23   observed on the video, the back of the car that contained these

24   three individuals, yes?

25   *A.*  Yes, sir.

1    *Q.*   Let's talk about that before I move on.

2         At this point, it is obvious they are off the highway in a

3    residential neighborhood, yes?

4    *A.*   Yes, sir.

5    *Q.*   At some point this has to come to an end, yes?

6    *A.*   Yes.

7    *Q.*   Hopefully without civilians being struck during a chase,

8    correct?

9    *A.*   Yes, sir.

10   *Q.*   Now, you are in a civilian neighborhood -- not necessarily

11   you, but officers want to bring this to an end, that makes

12   sense, as quickly as possible now that they are not traveling

13   90 or a hundred miles an hour, correct?

14   *A.*   Yes, sir.

15   *Q.*   So, it is within policy, if the officer determines it is in

16   the best interest to bring this to an end, to ram the vehicle

17   and stop -- to bring that vehicle to a dead stop, correct?

18   *A.*   He has that option, yes.

19   *Q.*   All right.

20        One of the things -- did you note in this video that when

21   the vehicles first come to a stop Mike Brown, also Brown's

22   vehicle, the Tahoe, and the vehicle the three individuals were

23   contained in, they were side-by-side initially?

24   *A.*   Yes.

25   *Q.*   At some point, if you continue to watch the video, and it

1    is not that long, that vehicle that the three individuals is in

2    has moved forward and away from Mike Brown's vehicle, correct?

3    A.  Yes, sir.

4    Q.  So, in a critical incident or those other two situations,

5    sometimes it is best -- let me rephrase.

6         When there is a critical incident situation, it is a good

7    idea, and in fact it is policy in officer involved shootings --

8    which are similar to a critical incident; would you agree?

9    A.  Yes, sir.

10   Q.  -- that the officers involved actually not write a report

11   that night, correct?

12   A.  Correct.

13   Q.  That's so they can sort of decompress, take a step back,

14   think about what actually happened that night, kind of get the

15   emotions off to the side, correct?

16   A.  Yes, sir.

17   Q.  And in fact, it may be in the SWAT situation, it is the

18   same thing, if you had an execution of a search warrant and you

19   don't necessarily want to write your report about what happened

20   during the execution of the search warrant or SWAT warrant, you

21   want to step back and decompress, correct?

22   A.  You do a debrief.

23   Q.  I was going to get to that.

24   A.  Sorry.

25   Q.  You just mentioned a debrief.  In that particular

1    situation, in a SWAT situation and execution of a warrant

2    situation, there are a lot of officers involved?

3    *A.*  Yes, sir.

4    *Q.*  So, you kind of all step back, sit down and go over what

5    occurred?

6    *A.*  Yes.

7    *Q.*  That is a reasonable thing to do, that the department's

8    policy is to do that?

9    *A.*  Yes.

10   *Q.*  In an officer involved shooting, the policy of the

11   department is to make sure everybody takes a step back and

12   decompresses and thinks about things before the reports are

13   written, correct?

14   *A.*  Yes.

15   *Q.*  And in a critical incident such as this, it would also be

16   the reasonable thing to have done, to step back and not start

17   writing the narrative reports, correct?

18   *A.*  Yes, sir.

19   *Q.*  There is Use of Force Reports.  Those are obviously two

20   separate things, Use of Force Reports and narrative report,

21   right?

22   *A.*  Yes, sir.

23   *Q.*  The Use of Force Report is not particularly complicated to

24   fill out?

25   *A.*  No, sir.

1    Q.  All the Use of Force Report is, is basically check off --

2    fill the form out, make sure the case number is right, check

3    off the generalization of the type of force you use, hand

4    strikes or this other information for to you check off,

5    correct?

6    A.  Yes, sir.

7    Q.  All right.  And that has to be done and only should take a

8    matter of moments to get done before the end of shift, before

9    you leave for the night, or the officer leaves for the night?

10   A.  Yes, sir.

11   Q.  When it comes to the narrative, if you have done a Use of

12   Force Report that separate narrative report is what needs to be

13   more informative or detailed, correct?

14   A.  Yes, sir.

15   Q.  And you are not expecting the officers to sit down and

16   write a book, you know, that has all kinds of -- every minor

17   detail of what happened, you want a description of what

18   occurred and why, basically, correct?

19   A.  Yes.

20   Q.  As A report is submitted to you for your review and

21   rejected and submitted again, it's not a final report as that

22   draft, in essence, that narrative is submitted back and forth,

23   submitted, rejected, maybe you get notes, maybe you give

24   counsel.  It is not a final report, that narrative, until you

25   give the stamp of approval, correct?

1    *A.*  Correct.

2    *Q.*  So, although the system, the QED system that you guys use,

3    uses the word validate or complete, it really is not complete

4    for all intents and purposes until you have reviewed it and

5    accepted it, correct?

6    *A.*  Correct.

7    *Q.*  You are familiar with Chapter 119, yes?

8    *A.*  Uh --

9    *Q.*  Public records.

10   *A.*  Yes.

11   *Q.*  In the State of Florida, yes?

12   *A.*  Yes.

13   *Q.*  Are you aware, for the purpose of public records, a report

14   is not a report until it has been approved?  Are you aware of

15   that?

16   *A.*  Yes.

17   *Q.*  All right.  Were you aware that at the time of this

18   incident the system still allowed an officer to go back in and

19   change their report even if they had validated it and submitted

20   it for review?

21        *MR. TUNNAGE:*  Objection, beyond the scope and

22   foundation.

23        *MR. LERMAN:*  I asked if he is aware of it.

24        *THE COURT:*  I will permit the question.

25

Pauline A. Stipes, Official Federal Reporter

1    BY MR. LERMAN:

2    Q.  Are you aware that back in August of 2014, that the system,

3    if the officer was aware of it himself, he could go in and

4    change the report after validating and indicating it is

5    complete?

6    A.  If it had been rejected?

7    Q.  Without being reejected.

8    A.  No.

9    Q.  You weren't aware of that?

10   A.  No, sir.

11   Q.  All right.  There has been some discussion about policy.

12   If something violates policy of the department, that does not

13   necessarily mean that it violates the law; is that a fair

14   statement?

15   A.  Yes.

16   Q.  It may not be either a constitutional violation, correct?

17   A.  Correct.

18   Q.  It may not be something that rises to the level of a

19   criminal violation, correct?

20   A.  Correct.

21   Q.  It may just be that, a violation of policy, yes?

22   A.  Yes, sir.

23   Q.  Now, as a sergeant who is reviewing your subordinates'

24   reports, if an officer does something, there may be -- in their

25   report writing, there may be various levels of -- I will use

Pauline A. Stipes, Official Federal Reporter

1    discipline for lack of another term, correct?

2    A.  Correct.

3    Q.  The first time you may say, all right, fix it, you talk to

4    them, you are done, right?

5    A.  Yes.

6    Q.  Another time you may say, come and see me, we need to do

7    this -- especially with your background -- further training

8    about what is going on here, correct?

9    A.  Yes, sir.

10   Q.  And depending on how many times or how lousy a report

11   writer somebody is, you may have to increase -- I am using the

12   term disciplinary, maybe you have a better term -- increase

13   what is going on as far as their experience goes as a road

14   patrol officer?

15   A.  Yes, sir.

16   Q.  You talked about a felony stop.  Obviously this is not what

17   you describe as a felony stop in this case?

18   A.  Correct.

19   Q.  In a perfect world you would have liked this to be

20   conducted differently, correct?

21   A.  Yes, sir.

22   Q.  Prior to August 20th of 2014 -- and you had been there at

23   that point for 18 years, right?

24   A.  Yes, sir.

25   Q.  Do you recall an incident where an officer had been run

```
 1   over in the City of Boynton Beach by, it turns out, a suspect

 2   and, unfortunately, a fellow officer?

 3   A.  No.

 4   Q.  So, this was an unusual situation, correct?

 5   A.  Yes, sir.

 6   Q.  Do you recall in your 18 years at that time, now in your 20

 7   years, where a group of officers had conducted or gotten

 8   involved in a high-speed chase up and down I-95?

 9   A.  Yes.

10   Q.  At that rate of speed?

11   A.  Yes.

12   Q.  All right.  With this many officers?

13   A.  Not that many, no, sir.

14   Q.  It is not something that happens very often, correct?

15   A.  No, sir.

16   Q.  It would be described as a rare experience?

17   A.  Yes, sir.

18   Q.  Now, it would be great if we were -- our officers were just

19   simply robots, but they are not, they are human?

20   A.  Correct.

21   Q.  Despite all the training you may give them on use of force

22   and remedial measures regarding how to conducted pursuits and

23   things of that sort, would you agree all officers suffer those

24   type of human frailties of how they react to any given

25   situation, yes?
```

1    A.   Yes, sir.

2    Q.   And especially where a fellow officer is down and they

3    don't know what is happening, correct?

4    A.   Correct.

5    Q.   Let's talk about the video for a minute.

6         At some point you receive the video, yes?

7    A.   I reviewed it, I didn't receive it.

8    Q.   You reviewed it.  Did you review it with others?

9    A.   Yes.

10   Q.   You reviewed it with Major Harris?

11   A.   Yes.

12   Q.   And was it a sergeant or just an Officer Thomas?

13   A.   Officer Thomas.

14   Q.   Thomas?

15   A.   Yes, sir.

16   Q.   How long, if you recall, was it after August 20th that you

17   did that?

18   A.   A week or two.

19   Q.   So, it wasn't within the eight days between August 20th and

20   August 27th and 28th?

21   A.   I don't believe so.

22   Q.   If you recall, was the quality of the video that you

23   watched the same quality as that that we have seen in court

24   today?

25   A.   No.

1    *Q.*  It was grainier, correct?

2    *A.*  Correct.

3    *Q.*  So, the video that we are watching with the jurors and

4    everyone else in the courtroom, that is an enhanced version of

5    what you saw some week or two after the incident, correct?

6         *MR. TUNNAGE:*  Objection, your Honor, facts not in

7    evidence, beyond the scope.

8         *MR. LERMAN:*  He indicated the video is of better

9    quality than what he saw that day.

10        *THE COURT:*  Overruled.

11   *BY MR. LERMAN:*

12   *Q.*  Correct?

13   *A.*  Correct.

14   *Q.*  Your job, ultimately, as a supervising officer is to make

15   sure the reports officers submit are accurate?

16   *A.*  Correct.

17   *Q.*  If you see something or know something that they have

18   submitted -- regarding an incident about which they reported to

19   you, you want to make sure they are submitting accurate

20   reports, correct?

21   *A.*  Yes, sir.

22   *Q.*  Because, ultimately, these reports become part of a

23   criminal case.  If there is a criminal case and it gets

24   submitted to the Attorney's Office and some defense attorney

25   like me is going to see it, you don't want an inaccurate police

1   report going up the chain, correct?

2   A.   Correct.

3   Q.   So, if you saw an error, not just talking about a comma was

4   missing or somebody spelled there one way and it should have

5   been the other their, I am talking about if there are factual

6   errors that you are aware of when you review the report you

7   will counsel them or through notes to make sure that report is

8   correct and accurate, yes?

9   A.   Yes, sir.

10  Q.   That is your job, your task as defined by the policies of

11  the Boynton Beach Police Department as a sergeant, supervising

12  sergeant, correct?

13  A.   Yes, sir.

14       MR. LERMAN:   Nothing further.

15       THE COURT:   Any redirect?

16       MR. TUNNAGE:   Yes, your Honor.

17                     **REDIRECT EXAMINATION**

18  BY MR. TUNNAGE:

19  Q.   Sergeant Aiken, you were asked about your duties as a

20  sergeant and if you had to return a report.  You stated that

21  there is a way to write notes that disappear; is that correct?

22  A.   When you reject a report, there is a spot at the top of the

23  report where you write notes.

24       So, if the officer went home and you have to reject the

25  report and you don't come in at a later shift and are not here

1    tomorrow, there are notes in there telling them how to correct

2    a report.  You could put in the notes what you saw wrong with

3    the report and have them to correct it.

4    Q.  Mr. Lerman asked you if that was kind of like counseling.

5    Do you remember that?

6    A.  I remember him asking about counseling.

7    Q.  Could you explain what counseling is in the context of a

8    sergeant speaking with an officer?

9    A.  A counseling session would be if you made a mistake and I

10   asked you to correct the mistake and you made the same mistake

11   again, I would call you in and we would sit down and have a

12   conversation about why we continue to have this problem.

13       At that point in time, hopefully we nip it in the bud and

14   you straighten it out and we don't have an issue any more and

15   we give a counseling session at that time.

16   Q.  At Boynton Beach, do they document that in a journal?

17   A.  Each sergeant has a journal, and they can document them in

18   there.

19   Q.  Is that how they are documented at Boynton Beach?

20   A.  You use progressive discipline.  If this talk didn't take,

21   and you continue to have the problem, we have to show a

22   pattern, we have diary entries, so on and so on, to go ahead

23   and impress discipline.  Yes, he would put it in a diary.

24   Q.  That is part of Boynton Beach's official records?

25   A.  Yes.  If you have one, yes.

1   *Q.*  Like that diary that is there, a diary entry, is it the

2   duty and obligation of every officer in Boynton Beach when

3   making a report or making a statement to be truthful and honest

4   in the statement?

5   *A.*  Yes.

6   *Q.*  Is there any time when a Boynton Beach police officer who

7   has a duty to report, document, or otherwise advise of an

8   action, that that officer does not also have a duty to make a

9   complete, accurate and truthful statement?

10  *A.*  No.

11  *Q.*  The QED description you described that writes a narrative

12  and sends the report to the sergeant, is there a duty to be

13  truthful and honest in the submission that is validated and

14  complete?

15          *MR. LERMAN:*  Objection, leading.

16          *THE COURT:*  Not as framed, overruled.  You can answer

17  the question.

18          *THE WITNESS:*  Yes.

19  *BY MR. TUNNAGE*:

20  *Q.*  Now, I want to go back, you were asked a question about the

21  radio runs and Michael Brown's car being hit?

22          *MR. TUNNAGE:*  Agent Thomas, if you could pull the

23  video up.  Thank you.

24          (Thereupon, the tape continued.)

25          *MR. TUNNAGE:*  Could you pause.  Actually, can you go

Pauline A. Stipes, Official Federal Reporter

1    back five seconds.  Pause.

2    *BY MR. TUNNAGE:*

3    *Q.*  Based on your understanding of the vehicle, can you

4    identify where the SUV is at the screen shot 2:15:61?

5    *A.*  Basically behind the lead vehicle.

6    *Q.*  The lead vehicle, is that the suspect vehicle?

7    *A.*  I assume so.

8    *Q.*  Keep your attention and focus on those vehicles and the

9    location of them.

10         (Thereupon, the tape continued.)

11             *MR. TUNNAGE:*  Go back five seconds from wherever you

12   are now.

13             (Thereupon, the tape continued.)

14             *MR. TUNNAGE:*  Pause.

15   *BY MR. TUNNAGE:*

16   *Q.*  At the time he said "did you see Mikey," did you see the

17   lead vehicle striking the SUV?

18   *A.*  No.

19   *Q.*  When you were asked questions about the suspect vehicle

20   having struck an officer, do you see evidence of that on the

21   video at the time it was announced on the radio?

22   *A.*  No.

23   *Q.*  And to the extent that you were asked that question about

24   the suspect vehicle striking the SUV which would justify the

25   use of a PIT, do you see any evidence --

1          MR. LERMAN:  Objection, facts not in evidence.  He

2    never described it as a PIT, he described it as a ramming or

3    something else.

4          MR. TUNNAGE:  I am referring to Mr. Lerman's question

5    on cross.

6          MR. LERMAN:  I didn't use the term PIT.

7          MR. TUNNAGE:  To strike the car.

8          THE COURT:  Restate the question.

9    BY MR. TUNNAGE:

10   Q.  You were asked questions about situations that would

11   justify using the extraordinary measure of striking a car and

12   then you were also asked to consider and factor in if a suspect

13   vehicle had hit a patrol vehicle, and you were asked if, under

14   those circumstances, an officer may be permitted or may make

15   the decision to use an extraordinary measure of striking a car.

16   Do you remember that question?

17   A.  Yes.

18   Q.  Based on what you just observed with respect to the suspect

19   vehicle potentially hitting the SUV, is that circumstance,

20   based on your training and based on your position as head of

21   training for ten years, does that circumstance as you see

22   depicted on the video justify using the vehicle to strike a

23   moving vehicle?

24   A.  No.

25   Q.  You also were asked questions about a critical incident and

1    officers being given time to stop -- excuse me, time to pause

2    and turn in a report later.

3        On direct examination you testified that a sergeant can

4    make the decision to allow an officer to delay or turn in the

5    report later; is that correct?

6    A.   Yes.

7    Q.   So, in this particular incidence, if the sergeant believed

8    that it was necessary for officers to have time to reflect or

9    turn in the report a day later, does the sergeant have the

10   authority to grant that permission?

11   A.   In this situation?

12   Q.   Yes.

13   A.   Not in this situation.

14   Q.   Why not?

15   A.   I would want to get approval -- well, he was a watch

16   commander at that point in time.  The watch commander would

17   make the decision.

18   Q.   So we understand the answer, you are saying a sergeant --

19   is it your statement that the sergeant would not have the

20   authority?  Is that the first part?

21   A.   In this situation here, I would seek out permission from my

22   boss, which would be the watch commander.  If I am working and

23   I am the sergeant and watch commander, I make that decision.

24   Q.   The decision of when officers turn in the reports is made

25   in this situation by the sergeant?

1    *A.* Yes.

2    *Q.* He had the authority to make that decision?

3    *A.* That night, yes.

4    *Q.* Okay.  Now, you were asked questions about the first

5    submission that is validated and turned in, and you were asked

6    questions about minor details that may not be included.

7        Is using three to four knee strikes against a suspect a

8    minor detailed that could be omitted from a written narrative?

9    *A.* No.

10   *Q.* Is punching someone in handcuffs three times or striking

11   that person in handcuffs three times a minor detail that could

12   be omitted from a report?

13            *MR. LERMAN:* Objection, leading.

14   *BY MR. TUNNAGE:*

15   *Q.* Is it permissible for a person who has punched a handcuffed

16   suspect three times to omit that use of force from the written

17   narrative?

18            *MR. LERMAN:* Objection, leading.

19            *THE COURT:* Overruled.

20            *THE WITNESS:* No.

21   *BY MR. TUNNAGE:*

22   *Q.* Is it permissible for someone who is turning in a written

23   narrative to omit that he kicked a suspect?

24   *A.* No.

25   *Q.* Is it permissible for an officer to omit from a narrative

1    that he struck a car in order to make it stop?

2    A.  No.

3    Q.  Is it permissible for an officer to admit -- to omit from

4    his written narrative that he punched a suspect while holding a

5    gun in his hand?

6    A.  No.

7    Q.  Is it ever permissible for an officer to omit from his

8    written narrative that he kicked a suspect?

9    A.  No.

10   Q.  Is it ever permissible for an officer to omit from his

11   narrative that he punched a suspect with a gun?

12   A.  No.

13   Q.  You were also asked about counseling officers and speaking

14   to them, and I think Mr. Lerman said the first time you may

15   tell them to fix it.  If an officer turned in a written

16   narrative that did not mention that that officer had used his

17   knee to strike a person three times, and that the sergeant

18   returns the report to them -- to the officer, and allows the

19   officer to make revisions, and then the officer revalidates the

20   report that still does not mention knee strikes, what action

21   should the sergeant take?

22   A.  I would -- first time, counseling session and -- I would

23   consider the first time a counseling session.  It could have

24   been an incident or accident he forgot to include it.  At the

25   second time I would have a counseling session with the officer

Pauline A. Stipes, Official Federal Reporter

1   and say it is varying from the report and what should be done.

2   At that time I would consider a counseling session.

3   Q.  And what if that officer who didn't put it in the written

4   narrative had turned in a Use of Force Report, actually force

5   saying he used hands, feet, checking that box, and the officer

6   didn't write it in the narrative, is that a problem?

7   A.  Yes.

8   Q.  Why is it a problem?

9   A.  Whenever you generate a Use of Force Report, you have to

10  have the narrative describing the force.

11      A Use of Force Report is just a bunch of checks and boxes.

12  I need to see what the force is in the report.

13  Q.  And in that instance where an officer has turned in a Use

14  of Force form checking a box, but validated a narrative that

15  did not have force, in that circumstance, would you counsel the

16  person or talk to him or tell him it needs to be changed?

17  A.  The first time?

18  Q.  Yes.

19  A.  The first time I would call him in.  Me, personally, I

20  would print out the report that he turned in, I would have the

21  Use of Force Report and I will ask him why didn't he enter that

22  in the report.  That is what I would ask him.

23  Q.  If you return the report to the officer, and that same

24  officer, after you do what you just described, revalidates the

25  report eight days after the incident and does not include force

```
 1    that he used, what is the next step you would take as a
 2    sergeant?
 3    A.   That is when I would do a diary entry for a counseling
 4    session.
 5    Q.   Okay.
 6         Now, moving on from that, but a different officer, if a
 7    different officer turns in a Use of Force Report that has a box
 8    checked off that that officer used feet, hands or fists or
 9    strikes, and then turns in a written narrative that did not at
10    all mention any physical force used against a suspect, what
11    would you do in that circumstance?
12    A.   Same thing.
13    Q.   Now, if you return the report after going through the same
14    thing you mentioned before, to that officer --
15    A.   Uh-hum.
16    Q.   -- and that the officer revalidated the report and still
17    did not put in use of force, what would you do?
18    A.   The same area, I would bring him in and give him a
19    counseling session.
20    Q.   And then, what if at that point it is still not there?
21    A.   I have an issue.
22    Q.   Why do you have an issue with it?
23    A.   I spoke to him twice about it and he intentionally -- if he
24    intentionally omitted the fact from the report on purpose after
25    I spoke to him twice about it, I would have an issue.
```

```
 1    Q.  When you say would you have an issue, would you explain to
 2    the jurors what you mean by an issue?
 3    A.  Well, if I was courteous enough to give you the opportunity
 4    to fix your report the first time, and you brought it back the
 5    second time, and if you bring it back the third time, I am
 6    wondering why you brought it the third time with the same
 7    issues, if you did it on purpose.
 8    Q.  Would you describe that person, in your experience, as
 9    being a very good report writer?
10    A.  No.
11    Q.  Would you describe that person as always writing accurate
12    narratives?
13    A.  Well, it all depends.  You know, we are on the same shift
14    with the same people for six months to a year before a shift
15    change happens.  If in the whole year I never had an incident
16    with that person at all, it is hard to say he is not a good
17    report writer based on one report.
18    Q.  If you had that incident where you had to have three
19    different revisions, up to four reports -- in your experience,
20    have you ever had it happen where it has taken you four valid
21    reports to get an officer to describe the force that he used?
22    A.  No.
23    Q.  Have you ever had, in your experience, three different
24    drafts to get an officer to describe and write the force that
25    he used?
```

1    *A.*  No.

2    *Q.*  So, based on your experience, if you had that occurrence on

3    one day, on one shift with several officers, is that something

4    you would recall?

5    *A.*  Yes.

6    *Q.*  Why?

7    *A.*  I would recall it, it would stick out to me.

8    *Q.*  Why would it stick out to you?

9    *A.*  I have a pretty good memory, so, I remember it, so it would

10   stick out to me.

11   *Q.*  So, outside of your memory, and your supervisory role as

12   sergeant, how often have you had to have repeated sessions with

13   an officer to get him or her to describe using physical force

14   against a subject?

15   *A.*  Not many.

16   *Q.*  How many?

17   *A.*  I don't have a number, not many, less than 20.

18   *Q.*  Where you had to have more than one session to get someone

19   describing physical force against someone?

20   *A.*  It has happened before, yes.

21   *Q.*  Can you tell us what were the circumstances?

22   *A.*  Well, you have different situations where -- I had one the

23   other day, we had two officers that Baker Acted an individual

24   and both wrote up reports and tried to figure out who pepper

25   sprayed the person first and pepper sprayed the officer.  The

1   officer was pepper sprayed, the person being Baker Acted pepper
2   sprayed the officer.  He had a Use of Force Report and spray on
3   the officer as well.
4       In the other situation, they both tased him, and they both
5   had to tase him and tried to figure out -- one report had the
6   taser and pepper spray, and the other didn't have the pepper
7   spray.  That is the most recent I had.
8   Q.  So, one person just didn't write he used any force at all?
9   A.  He didn't write he didn't use force, but the force used in
10  the Use of Force Report was conflicting based on the two
11  reports side-by-side.
12      I had to read two Use of Force Reports.  I had to call the
13  officers in at the same time and try to figure out what went
14  on.
15  Q.  How long ago did that happen?
16  A.  Three, four months ago.
17  Q.  And you remember that incident?
18  A.  Yes.
19  Q.  And you remember the circumstances of what happened and
20  what you did?
21  A.  Yes.
22  Q.  Okay.  You were asked questions about Officer Jeff
23  Williams -- excuse me, about officers being concerned about
24  Officer Jeff Williams.  Do you remember that?
25  A.  Yes.

```
1    Q.  To your knowledge, is Officer Jeff Williams okay and back
2    on duty?
3              MR. LERMAN:  Objection, relevance.
4              THE COURT:  It has already been brought out in court.
5    I will overrule the objection.
6              THE WITNESS:  What is the question?
7    BY MR. TUNNAGE:
8    Q.  To your knowledge, are you aware whether Officer Jeff
9    Williams is back on duty?
10   A.  Yes.
11   Q.  I like to hear that.
12        Does concern for an officer -- if someone is concerned,
13   does that permit or provide justification for officers to take
14   punitive action or retribution against a suspect?
15   A.  No.
16   Q.  Are officers trained not to allow their emotions to dictate
17   their actions?
18   A.  Yes.
19   Q.  Why is that?
20   A.  We are held to higher standards, we are told that.
21   Q.  Explain what you mean by we are held to higher standards?
22   A.  For example, if I get dispatched to a domestic call between
23   a husband and wife, and they are having a domestic dispute and
24   emotions got the best of them and they strike each other, we
25   have to take both of them into custody, even though their
```

1    motions got the best of them.

2    Q.  And what is the standard for an officer who is operating

3    under emotions?

4    A.  We are operating under extreme emotions.  I don't

5    understand the question exactly.

6    Q.  Sure.  Is there an allowance for officers who are operating

7    under extreme emotion to use more force than necessary in

8    dealing with a suspect?

9    A.  No.

10          THE COURT:  Are you almost concluded had with your

11   redirect?

12          MR. TUNNAGE:  Yes, your Honor.

13   BY MR. TUNNAGE:

14   Q.  With respect to misdemeanor arrests, what is your

15   understanding of what a misdemeanor arrest -- the documentation

16   of a probable cause affidavit, when is that required to be

17   submitted?

18          MR. LERMAN:  Beyond the scope of cross.

19          MR. TUNNAGE:  He asked about arrests and when

20   narratives needed to be completed in reference to an arrest.

21          THE WITNESS:  Would you repeat the question again.

22   BY MR. TUNNAGE:

23   Q.  Sure.  A misdemeanor arrest and probable cause affidavit,

24   the rough arrest form, when are those required to be submitted

25   to Boynton Beach Police Department?

1    A.   For a misdemeanor?

2    Q.   Misdemeanor arrest.

3    A.   They are to be turned in at the end of shift.

4    Q.   In the event of a misdemeanor arrest, the officer's

5    narrative and probable cause affidavit, they are all due that

6    day?

7    A.   Yes.

8    Q.   For misdemeanors they are required?

9    A.   Yes.

10   Q.   To your knowledge, are you aware if any occupants in the

11   car were charged with misdemeanors?

12   A.   I don't know.

13        MR. TUNNAGE:   Thank you, your Honor, no further

14   questions.

15        THE COURT:   All right.   Thank you.

16        All right.   You may step down, that concludes your

17   testimony.

18        We will take our mid-afternoon break, we will be in

19   recess for 15 minutes.   I ask you be back -- I think that

20   brings us to five minutes of 4:00.

21        The same instruction not to discuss the case, not to

22   have any interaction with anyone associated with the case.   We

23   will see you back at five minutes of IV.   Thank you.

24        (Thereupon, the jury leaves the courtroom.)

25        THE COURT:   All right.   We will be in recess until

Pauline A. Stipes, Official Federal Reporter

```
1    five minutes to 4:00.  And you will be calling Jeffrey Katz
2    next?
3              MR. TUNNAGE:  Yes, your Honor.
4              THE COURT:  Okay.
5         (Thereupon, a short recess was taken.)
6              THE COURT:  Okay, bring our jury in.
7              MR. TUNNAGE:  We were talking, Chief Katz is next, and
8    we were thinking that is probably the only witness.
9              MR. LERMAN:  He was short last time.
10             MR. TUNNAGE:  He is at least an hour.
11             MR. LERMAN:  Equal cross to what I just did.
12             THE COURT:  You want to see how it goes?  Are you
13   wanting to know whether to release Kelly Harris?  Are we on
14   schedule, is everyone confident?
15             MR. TUNNAGE:  Yes, the Government would probably
16   conclude by tomorrow.
17             THE COURT:  Who are your other witnesses?
18             MS. OSBORNE:  Joseph DeGiulio, Doug Solomon, Stuart
19   Robinson, and Ellen Thomas.
20             THE COURT:  Not Patrick Monteith?
21             MS. OSBORNE:  I think we will be done maybe early
22   Wednesday.
23             THE COURT:  I have to leave at 11:00.  We will finish
24   by Wednesday morning.  If Jeffrey Katz is going to take us
25   close to 5:00 --
```

```
 1              MR. LERMAN:  We will get close to 5:00.

 2              THE COURT:  Okay, that is fine.

 3              MR. TUNNAGE:  That is fine.

 4              THE COURT:  All right.

 5              (Thereupon, the jury returned to the courtroom).

 6              THE COURT:  All right.  Welcome back, you may be

 7       seated.

 8              Call your next witness.

 9              JEFFREY KATZ, GOVERNMENT'S WITNESS, SWORN

10              THE WITNESS:  My name is Jeffrey Katz, K-A-T-Z.

11                         DIRECT EXAMINATION

12       BY MR. TUNNAGE:

13       Q.  Thank you, your Honor.

14           Good afternoon, sir.  Would you please tell the jury where

15       you are employed?

16       A.  Sure, Police Chief with the City of Boynton Beach, Florida

17       Police Department.

18       Q.  What are your duties and responsibilities as chief of the

19       department?

20       A.  As CEO, I am responsible for the management of all

21       personnel, assets and operations of the agency.

22       Q.  How large is the personnel?

23       A.  We have 216 employees, of those, 156 have arrest authority,

24       60 civilians, support staff.

25       Q.  How long have you been the Chief of the Boynton Beach
```

1    Police Department?

2    A.  I was appointed interim chief in July 2013, and I believe

3    made permanent chief in September 2013.

4    Q.  Prior to your employment as interim chief, were you

5    employed by the Boynton Beach Police Department?

6    A.  Yes, I have been employed since February 5, 1998.

7    Q.  Just briefly, can you describe your tenure, starting with

8    your employment in 1998?

9    A.  Certainly.  I was a patrol officer in 1998, I came to

10   Boynton Beach having had experience from another agency, and

11   soon after starting with the City of Boynton Beach, I was

12   assigned to the training unit, I was a high liability

13   instructor and recruiting officer.  In that capacity, I was

14   responsible for teaching those types of discipline having

15   liability associated with them, defensive tactics, firearms,

16   human diversity, legal updates, etc.  I was also responsible

17   for running prospective personnel through the preemployment

18   selection process as well as conducting background

19   investigations.

20        From that position I was promoted to the rank of sergeant

21   and led a squad on patrol.  I did that for about a year and a

22   half and I was asked to serve as special services sergeant.  In

23   that capacity, I was involved with most of the specialty units

24   in patrol, marine, K-9, things of that nature.

25        From that capacity I was promoted lieutenant and served as

1    watch commander in charge of a platoon.

2         From that capacity I was asked to serve as the department's

3    special standards commander.  I was responsible for

4    accreditation, Internal Affairs relations, grant procurement,

5    accreditation, and I served in that capacity for eight years,

6    which is what I did prior to being appointed as interim police

7    chief.

8    Q.  You mentioned you were part of the training unit.  What was

9    your position in the training unit?

10   A.  I was a high liability instructor.

11   Q.  And what were your duties as a high liability instructor?

12   A.  I taught disciplines ranging from firearms to use of force,

13   human diversity, legal updates, a variety of different topics.

14   Q.  And the persons that you taught, were these new recruits?

15   A.  They were new recruits and departmental members.

16   Q.  Could you explain the difference between the new recruits

17   and departmental members?

18   A.  It is basically the same, you are dealing with new people,

19   the curriculum is essentially the same.

20   Q.  Are officers of the Boynton Beach Police Department

21   required to continue training throughout their tenure or

22   service throughout the department?

23   A.  Yes.

24   Q.  Can you explain the intervals or required training periods?

25   A.  I am not familiar with them right now.  I believe every

1    four years you have to have 80 hours of additional training,

2    but that is just going off the top of my head.

3    Q.  When we say additional training, is that new training or

4    training over topics that have already been trained?

5    A.  It is a variety.  Use of force is a topic that must be

6    covered every four years.

7    Q.  Okay.  Now, you also mentioned you were head of

8    professional standards?

9    A.  Yes.

10   Q.  Would you explain what that unit or department is?

11   A.  Essentially the administrative section of the department, I

12   was responsible for primarily Internal Affairs, which is the

13   administrative investigation of potential or alleged wrongdoing

14   by members of the department.  I was responsible for media

15   relations, academic accreditation, 250 or 260 standards,

16   benchmarks, if you will, of professionalism the agency has to

17   attain in a review every four years.  I was responsible for

18   that as well.

19       Grant procurement, a variety of topics, promotional

20   assessments, things of that nature.

21   Q.  Calling your attention to Internal Affairs, you said that

22   Internal Affairs had responsibility for potential wrongdoing?

23   A.  Yes, administrative investigations, there's a difference

24   between administrative investigation -- a policy manual is a

25   lot like an employment handbook for your job, rules and

1    regulations that employees are expected to follow.

2         So that the job of Internal Affairs is to evaluate member

3    performance, employee performance relative to those standards.

4    Q.   Is that the only standard Internal Affairs reviews?

5    A.   Internal affairs only looks at internal investigations,

6    yes, sir.

7    Q.   Is there another document or guiding principle that may

8    govern what you call officer wrongdoing?

9    A.   Fundamentally, law enforcement personnel are guided by

10   three sets of documents, the first being the United States

11   Constitution, special emphasis on the Bill of Rights to the

12   U.S. Constitution.  We have 156 sworn officers, they are sworn

13   by the oath we take to uphold and defend the Constitution.  By

14   taking that oath you are given the authority to make an arrest

15   under, first and foremost, the United States Constitution;

16   secondly the laws of the State of Florida, as well as county

17   ordinances and city ordinances; and thirdly, administrative

18   guidelines and policies for the department.

19   Q.   Okay, so working backwards, with respect to violations of

20   policy and wrongdoing which agency -- or who reviews that

21   matter?

22   A.   Administrative investigations would be authorized by the

23   Chief of Police and those investigations would be carried out

24   by investigators who were trained on conducting administrative

25   investigations.

```
 1    Q.   Is that Internal Affairs?

 2    A.   Yes, sir.

 3    Q.   In your experience and understanding, is it possible for an

 4    officer to commit a policy violation that also violates state

 5    or federal law?

 6    A.   Yes, sir.  There actually is an agency rule or regulation

 7    in our department called conformance to the law, and

 8    conformance to the law as a rule for an employee, that is

 9    members of the department will comport with all laws that --

10    that we expect members of the public to adhere to.

11    Q.   And the officers are trained on that?

12    A.   Yes.

13    Q.   All right.  So, then, it is possible for an officer's -- is

14    it possible for an officer's conduct to be a violation of the

15    policy and that conduct also be in violation of a law, state or

16    federal?

17    A.   It is possible.

18    Q.   Okay.  Is excessive force such an action that could violate

19    policy and state law and federal law?

20    A.   Yes, sir.

21    Q.   Could you explain to the jurors how that is?

22    A.   Well, state law, for example, allows law enforcement

23    officers in the lawful performance of their duties to touch

24    someone against their consent.

25         That is one of the exceptions to the battery statute.  For
```

1    example, battery, in the State of Florida you are not allowed

2    to be touched by another person without giving consent unless

3    you are engaged in a sporting event or being lawfully arrested

4    or something of that nature.

5        With respect to the battery statute or the use of force

6    statute, if we were to conduct an administrative investigation

7    relating to that, we would look at the policy as far as whether

8    or not the member followed through with our training and

9    maintained the standards of the agency, and we would also look

10   at whether or not their contact with someone was lawful.

11       So, was their engagement with the citizen lawful, was their

12   touching of that person appropriate based on the circumstances,

13   and we look at the entire event to evaluate whether or not

14   there was criminal culpability or administrative culpability

15   and there are two standards for that.

16       Criminal culpability would be proof beyond a reasonable

17   doubt, and administrative culpability would be based on what is

18   called a preponderance of the evidence standard, which would be

19   more likely than not.

20   Q.  So, is excessive force a matter that could be in violation

21   of both agency policy, but also be in violation of state or

22   federal law?

23   A.  Yes, sir, that is possible.

24   Q.  Okay.  And in the context of that matter, whether excessive

25   force was used or not, are you aware if that is something that

1   a federal agency can investigate?

2   A.  Yes, sir.

3   Q.  Okay.  Can you tell us which agency that is, if you know?

4   A.  That would be the Department of Justice.

5   Q.  And by the Department of Justice, do you also mean the

6   Federal Bureau of Investigation?

7   A.  Yes, the Department of Justice.

8   Q.  Okay.  And your Internal Affairs would also have authority

9   to investigate that matter as well; is that correct?

10  A.  Yes, sir.  To be clear, our Internal Affairs investigators,

11  they strictly investigate administrative wrongdoing from the

12  employee handbook.

13  Q.  Okay.  You mentioned three levels of review,

14  administrative, state law and constitutional law.

15      Is there a document that relates to each level of review

16  you just described?

17  A.  Every individual action evaluated and scrutinized is looked

18  at on a case-by-case basis on the standards and principles.

19  Q.  Are there guiding documents that instruct you for such a

20  review of the department employees?

21  A.  I don't understand the question, sorry.

22  Q.  Sure.  Do you have a set of printed rules or regulations

23  that you use to instruct officers of what is appropriate

24  behavior and also advise them of what is permissible and not

25  permissible?

1   *A.*   Yes, we do.

2   *Q.*   And what are those rules called or how are they assembled?

3   *A.*   We have a book of policies or directives.

4        Each of these directives are considered guidelines.  We

5   recognize that we cannot, for the comfort of our officers,

6   create standards of conduct or rules and regulations that will

7   cover every scenario one of our personnel might face.  All of

8   our directives are considered guidelines with the exception of

9   one, which is Index Code 302, which is our rules and

10  regulations, and specifically in the regulations it says the

11  rules and regulations are not flexible, they are not

12  guidelines, they will be adhered to.

13  *Q.*   And that is in your index codes?

14  *A.*   Yes, sir.

15  *Q.*   What about the United States Constitution, does that have

16  any application to the officers that you supervise with respect

17  to performance of their duties?

18  *A.*   Well, as I said earlier, everything we do as members of the

19  Government by virtue of our sworn oath is covered under the

20  Bill of Rights and the U.S. Constitution.

21       So, when we exercise our law enforcement authority, we are

22  doing so what is called under the color of law, doing so given

23  the authority that has been granted to us by virtue of the fact

24  that we have sworn the oath.

25  *Q.*   I would like to call your attention to August 20, 2014.

1    Was there any matter of significance that occurred within your

2    department on that date?

3    *A.*  Yes, sir.

4    *Q.*  Would you tell the jurors what that was?

5    *A.*  That would be the arrest and/or detention of Byron Harris

6    and two occupants of his vehicle following an incident where it

7    is believed that Mr. Harris struck Officer Jeffrey Williams in

8    which case Officer Williams suffered -- I believe his back was

9    broken in two different places, and he had a variety of other

10   issues, injuries as a result.

11   *Q.*  How did you first learn of that incident?

12   *A.*  I believe it was a telephone call.  I was in Orlando

13   attending a class for new police chiefs, and I believe it was a

14   phone call I received in the middle of the night letting me

15   know one of our officers was in critical condition.

16   *Q.*  Do you know who made that phone call to you?

17   *A.*  I do not recall.

18   *Q.*  Okay.  Did you receive any other calls relating to the

19   incident?

20   *A.*  Not that early morning, but I did receive a call, I believe

21   it was later that afternoon, or perhaps the next afternoon,

22   received a voice mail from Colonel Jim Stormes, who is a

23   retired colonel of the Palm Beach Sheriff's Office, at the time

24   he was active.  Colonel Stormes left me a voice mail.

25   *Q.*  Can you tell the jurors what was the content of that voice

```
 1    mail?
 2              MR. LERMAN:  Objection, hearsay.
 3              MR. TUNNAGE:  Not for the truth of the matter, simply
 4    to show the witness's state of mind.
 5              THE COURT:  The witness's state of mind?
 6              MR. TUNNAGE:  Yes.
 7              THE COURT:  Why is that relevant?
 8              MR. TUNNAGE:  Actions that he took in response to the
 9    phone call.
10              THE COURT:  Why don't you just ask the witness what
11    actions he took in response to the phone call.  Will that
12    accomplish that?
13              MR. TUNNAGE:  Yes, your Honor.
14              THE COURT:  Try that and see.
15              MR. TUNNAGE:  Yes.
16    BY MR. TUNNAGE:
17    Q.  The calls you received -- did you take any actions in
18    response to the call you received from Colonel Stormes?
19    A.  Yes, I did.
20    Q.  What actions did you take?
21    A.  During the voice mail Colonel Stormes left me, he indicated
22    that there was a helicopter video that may be something, but
23    may be nothing, but he wanted me to know there was a helicopter
24    video taken of the pursuit and subsequent arrest and detention
25    of the suspects.
```

1   Q.   Prior to the phone call, had you ever received such a call

2   to your office regarding video of your officers?

3   A.   No, sir.

4   Q.   That was the first time?

5   A.   Yes, sir.

6   Q.   Have you ever since received a phone call from the Palm

7   Beach Sheriff's Office relating to a video taken of your

8   officers in the performance of your duties?

9   A.   No, sir.

10  Q.   What action did you take after receiving that phone call

11  and that message?

12  A.   I reached out to Major Susan Guido who was in charge of the

13  administrative services function, which is the position I just

14  left, and I asked her to reach out to Colonel Stormes and

15  obtain a copy of the video.

16  Q.   Did she do that?

17  A.   Yes, sir.

18  Q.   Did you watch the video?

19  A.   I did.

20  Q.   Did you have a reaction after seeing the video?

21  A.   Yes, sir.

22  Q.   Would you tell the jurors what your reaction was?

23  A.   I had a lot of questions, I was concerned about the content

24  of the video, but I had a great deal of questions.

25  Q.   What type of questions did you have?

1    *A.*  First and foremost, the question I had was whether or not

2    the officers' actions were justified.

3    *Q.*  Did you take any efforts to learn the answer to that

4    question, whether the officers' actions were justified?

5    *A.*  Yes, sir.

6    *Q.*  What did you do?

7    *A.*  Ultimately, I reached out to the Federal Bureau of

8    Investigation and Palm Beach County State Attorney's Office.

9    *Q.*  You said ultimately.  Were there actions before you took

10   that ultimate action?

11   *A.*  Yes, sir.

12   *Q.*  Would you explain what the actions were that you took?

13   *A.*  Certainly.  I reviewed the video when I returned back from

14   Orlando with my command staff.  My command staff at the time

15   would have been three majors.

16       I went over the video with them.  I asked the major in

17   charge of patrol, Major Kelly Harris at the time, to collect

18   any and all documents relating to this incident, including an

19   in-car video, to give an additional perspective of what

20   transpired, written reports, dispatch tapes, any information or

21   documentation that would help give us some sense of what

22   happened in a greater context than the flier video that we had.

23   *Q.*  And to your knowledge, did Major Harris collect that

24   information?

25   *A.*  Yes.

1    *Q.*  Chief Katz, I am going to show you Plaintiff's 3.  I will

2    play the entire exhibit from beginning to end without stopping.

3        (Thereupon, the tape was played.)

4    *BY MR. TUNNAGE*:

5    *Q.*  Chief, I just had Agent Thomas play for you Government

6    Exhibit 3.  Does this appear to be the video you watched and

7    testified having received from the Palm Beach Sheriff's Office?

8    *A.*  Yes, sir.

9    *Q.*  After reviewing the video, did you have a reaction to it?

10   *A.*  Yes, sir.

11   *Q.*  Did you ever tell anyone you were okay with the video?

12   *A.*  Oh, absolutely not.

13   *Q.*  Did you ever tell anyone you were fine with what was

14   displayed on the video?

15   *A.*  No.

16   *Q.*  Okay.  Chief Katz --

17        *MR. TUNNAGE:*  Your Honor, are we able to switch --

18   actually, I would like to call your attention to 8-D.

19        Your Honor, Exhibit 8-D was provided to Defense

20   counsel before trial, and based on the stipulation between

21   parties, I would like to move 8-D into evidence.

22        *THE COURT:*  8-D is admitted without objection.

23        (Whereupon Government Exhibit 8-D was marked for evidence.)

24   *BY MR. TUNNAGE*:

25   *Q.*  Now, Chief Katz, I would like to show you what is marked

Pauline A. Stipes, Official Federal Reporter

```
1    into evidence as Exhibit 8-D.
2         Calling your attention to the top of this document, do you
3    recognize this document?
4    A.   I do.
5    Q.   What do you recognize it to be?
6    A.   It appears to be a police report from the City of Boynton
7    Beach Police Department.
8    Q.   Are you able to identify the officer whose report this is?
9    A.   Yes, sir, it looks like Mike Brown.
10   Q.   When you say Mike Brown, is it the same officer you
11   identified as B?
12   A.   Yes, sir.
13   Q.   Based on review of the video and knowledge of the officers
14   that night, do you know who was the driver of the SUV?
15   A.   I believe the driver of the SUV was Mike Brown.
16   Q.   Okay.  Calling your attention now to page six of this
17   document, calling your attention to the top I have just
18   indicated, can you tell the date and time that this document
19   was validated as complete?
20   A.   August 20, 2014, at 5:29 in the morning.
21   Q.   Okay.  Calling your attention now to the paragraph, I will
22   have Agent Thomas highlight starting with "the driver continued
23   exiting I-95."  She will highlight it for you in just a moment.
24        Can you read for the jurors, starting with "the driver,"
25   what was written and submitted as complete on August 20th?
```

1   *A.*   Yes, sir.  "The driver continued to exit" -- I am sorry,

2   "the driver continued exiting I-95 on 6th Avenue South then

3   turned east.  The driver turned right, south, on to South A

4   Street and came to a stop at Elm Street.  I exited my patrol

5   vehicle and drew my weapon and took cover at the front of my

6   vehicle.  I gave the suspects loud verbal commands to exit the

7   vehicle with their hands in the air.  The front passenger,

8   being a black male, Jeffrey Braswell, 8/25/88, date of birth,

9   received several verbal commands to exit the vehicle, at which

10  time I deployed my X26 taser (cartridge number 310125MM)

11  striking the subject in the right leg and chest.  The subject

12  complied and was removed from the vehicle and placed in

13  handcuffs, spaced and double locked.  Photos to the damage of

14  my vehicle 4212 were taken by crime scene tech Eichorst.

15  *Q.*  Based on what you saw in the video, with the driver

16  continuing -- the second sentence, "the driver turned right on

17  to South A Street and came to a stop at Elm Street," based on

18  your review of the video, is that a complete and accurate

19  statement of how the vehicle came to a stop?

20  *A.*  No, sir.

21  *Q.*  Going to the next paragraph that says "the front passenger,

22  Jeffrey Braswell, received several loud verbal commands at

23  which time I deployed my taser, striking the right leg and

24  chest," is that an accurate description of Michael Brown's

25  engagement of the front seat passenger?

Pauline A. Stipes, Official Federal Reporter

```
1    A.   No, sir.

2    Q.   Per Boynton Beach Police Department's policies regarding

3    report writing, was Michael Brown obligated to provide a full

4    and accurate account of what happened on the night of the

5    incident, including the full extent of all force used against

6    the occupants of the vehicle?

7    A.   Yes, sir.

8    Q.   Does what is written here and submitted on August 20 as

9    complete satisfy that requirement?

10   A.   No, sir.

11   Q.   Okay.  I want to come out of this now, out of the document.

12        You stated you asked Major Harris to collect documents; is

13   that correct?

14   A.   Documents, videos, audio.

15   Q.   To your knowledge, did Major Harris collect the documents?

16   A.   Yes, sir.  It did take time, but she did.

17   Q.   What was your -- why did you want her to collect those

18   documents?

19   A.   I wanted her to collect the documents so we could put it

20   together and synthesize it to try to marry it with what we

21   could see on the video.  What we had on the video is the known

22   evidence, although it is hard to follow, and it is somewhat

23   incomplete.

24        So, my goal was to collect all of the documentation and

25   additional perspectives, audio, and be able to look to see
```

1    whether or not we could take what was not known, which is the

2    officers' account and perspective, and marry it up to what is

3    known, which is the video.

4    Q.   Can you explain the concept of marrying up?

5    A.   Sure.  I saw the video as an opportunity to validate or not

6    validate the experiences of the personnel on the scene.

7         The officers on the scene were governed by what is called

8    reasonable -- use of force that is reasonably objective based

9    on a Supreme Court case ruling, and, really, the emphasis on

10   that particular case is, when reviewing use of force it is

11   important to look through the eyes of the officers engaged in

12   the use of force based on the knowledge that they had at the

13   time if they engage in use of force.

14        So, it was my desire to take a look at all evidence that we

15   had in this particular case and then be able to use the video

16   as a tool to validate or invalidate the experiences as

17   described by the personnel on the scene.

18   Q.   Taking the first word, when you said validate, can you

19   describe for the jurors how the video, in your thinking, would

20   have validated the reports?

21   A.   Well, there is a lot that we don't know about what we see

22   on the video because what we are looking at are key signatures

23   of people and cars in a very fluid situation, so we are left

24   with a lot of questions.

25        I can see that force is being used.  What I can't see is, I

```
 1   can't see what resistence, if any, the officers are facing, I
 2   can't hear what the subjects are saying to the officers, I
 3   don't see the hands of anybody involved, so there are a lot of
 4   questions.
 5       So, what I was looking for, if I had a bunch of reports
 6   that came in and the reports indicated that, you know, I
 7   administered multiple knee strikes, I administered several
 8   kicks, I attempted to, you know, throw the subject on the
 9   ground or handcuff him, if I could look at specific actions
10   that were documented by an officer on the scene, I might be
11   able to look at the video and say, okay, that is so and so.
12   All I have are the key signatures of the people that are on
13   scene.
14       So, what I wanted to be able to do is look and determine if
15   I could ascribe the responsibility and perspective by the
16   members on the scene to the video that we had.
17   Q.  You said the alternative was that the video could possibly
18   not validate the officers' report.  Could you explain what you
19   mean by that?
20   A.  Sure.  What you just shared is an example of that.
21       What we know is that the officer driving the SUV attempted
22   to PIT or use a vehicle strike to stop the suspect vehicle.
23   That is not indicated on this report.  That would be an area of
24   additional concern.
25   Q.  And you gave an example, but can you explain the process of
```

1   not validating just so the jurors more fully understand what

2   your intent of review was?

3   A.  Sure.  If there were things seen on the video that are not

4   depicted on anyone's report, that would mean there are

5   omissions in the reports and that would be something serious to

6   take into consideration.

7   Q.  And the omissions that you are referring to would be

8   something serious to take into consideration.

9       When you say into consideration, into consideration as to

10  what?

11  A.  Into consideration as to how to proceed forward with this.

12  Q.  Okay.  Can you explain what you mean by how to proceed

13  forward?

14  A.  Certainly.  If the officers' actions were not justified or

15  don't appear to be appropriately justified, it would be

16  appropriate to defer this to the FBI under the civil rights

17  issues, as well as the state prosecutor for the state for

18  potential violations of state laws.

19      I felt this particular case, given the fact we had an

20  officer almost killed and given the fact we had almost an

21  entire shift on scene of an arrest, I felt it was appropriate

22  to have an outside entity take a look at that.

23      We are a law enforcement agency, we can conduct our own

24  criminal investigations.  Given the nature of this video and

25  our lack of capacity to do forensic analysis on videos, as well

1    as jurisdictional considerations, I felt it appropriate to

2    refer.

3    Q.  You just described a criminal referral, but within the

4    department, was it also possible to have Internal Affairs -- is

5    it possible what you were concerned about, is that something

6    Internal Affairs could review as well to see if there are

7    departmental considerations involved?

8    A.  Under the police officer Bill of Rights we have an Internal

9    Affairs case attached to this incident, but we have not started

10   our Internal Affairs investigation.  Even though this is 2014,

11   we are required to let the criminal investigation and

12   proceedings play out before we engage in any administrative

13   investigation.  At this point we have not conducted the

14   administrative investigation.

15   Q.  Just with respect to the subject matter of what is in the

16   video context, the matter of an officer using force that may or

17   may not be reasonable, that is a matter that Internal Affairs

18   can investigate at some point?

19   A.  Yes, sir.

20   Q.  Is it a matter that the state can investigate?

21   A.  Certainly.

22   Q.  Is it also a matter that the FBI can investigate?

23   A.  Yes, sir.

24   Q.  So, all three can investigate that matter, whether a police

25   officer used excessive force or too much force?

1    *A.*  Yes, sir.

2    *Q.*  Okay.  You described wanting to look to the officers'

3    reports to determine what was the threat perceived and the

4    officers' perception.

5         Can you tell the jurors what type of report you are

6    referring to specifically with respect to an officer's

7    perception about a perceived threat?

8    *A.*  I guess the best way to answer that would be the

9    supplemental reports of the officers on scene, I would be

10   looking to see what their observations were.  I would hope they

11   would be notating their perceptions, their observations and the

12   actions that they took, as well as substantive actions that

13   they witnessed others take.

14   *Q.*  You called it a supplemental report.

15        Would you describe for the jurors how that report is

16   created?

17   *A.*  Sure.  With any police call for service and whether you

18   call in and complain or an officer initiates it on the radio,

19   it creates what is called a call slip.  That call slip has a

20   police case number, and the officer who handles that complaint

21   or handles that call is the primary, writing a police report

22   associated with that case number if that incident requires

23   written documentation.

24        In this case, it would merit written documentation.

25        Anybody else who has some substantive involvement with the

1    case would write what is called a supplement report.  What that

2    would be, you have the original case number and then the

3    supplement number.

4        If three people are involved in the case, and three people

5    have supplements, you have supp one, two, three, all attached

6    to the same case number, it is a way of keeping order of the

7    documentation of an incident.

8    Q.  Even though you call it a supplemental report, is it a

9    correct statement that the report is actually the officer's

10   written narrative of why force was used or the officer's

11   perception of what happened at the incident?

12   A.  Yes, sir.  The supplemental notations of the report is

13   merely an effort to try to keep order, you have multiple people

14   providing their input or perspective into a single case.

15   Q.  Are officers trained on the forms that must be included in

16   the supplemental report or the officer incident report?

17   A.  Yes.

18   Q.  Would you tell the jurors what that information is?

19   A.  Reports, the standard for reporting is that the reports

20   should be accurate and timely.

21   Q.  By accurate, would you explain what would be necessary in

22   order for a report to be accurate?

23   A.  Sure, that the substantive facts, observations, actions

24   would be documented.

25        I used to teach police report writing, I used to use the

```
 1    example of a Polaroid picture, if you remember the picture, you
 2    take the picture, lay it on the counter, and it would begin to
 3    develop.  Over time, as it started to develop, a clear picture
 4    would emerge, and a police written report should be very much
 5    in the same way.
 6       As you read a report, you should start to get a complete
 7    and accurate picture of what it was being memorialized in the
 8    document.
 9    Q.  In addition to what goes in the report, like a Polaroid
10    picture, is there a time period when that report must be
11    submitted?
12    A.  It should be timely, it should be -- it is really based on
13    the circumstances, but ultimately, it is ideal to have a report
14    at the end of the shift, if not the end of someone's work week.
15    Q.  At the end of the work week, is that the last working day
16    before a regular scheduled day off?
17    A.  Yes, sir.
18    Q.  Is that what you refer to as an RDO?
19    A.  Yes, sir.
20    Q.  All right.  Does Boynton Beach consider a police officer's
21    validated and completed incident report a rough draft?
22    A.  When an officer submits a report to a supervisor, that is a
23    complete report.
24    Q.  Is it a work draft?
25    A.  No, a submitted work product.
```

1    *Q.*  Whether electronic or hard copy, are officers required to

2    submit truthful and accurate information to their superiors

3    when communicating their official conduct on the job?

4    *A.*  Yes.

5    *Q.*  Are there consequences for not providing accurate and

6    truthful statements with respect to an officer's conduct on the

7    job?

8    *A.*  Yes, sir.

9    *Q.*  Would you explain what those are?

10   *A.*  It could lead to disciplinary action and including

11   termination.

12        Police officers are more or less licensed.  There is a

13   governing body that evaluates potential misconduct on the part

14   of an officer.  So, if there is a sustained complaint that is

15   investigated by an agency and it is determined that an officer

16   lied or omitted information on the report, the State of Florida

17   can take action against that individual officer's license or

18   ability to practice as a law enforcement officer in the State

19   of Florida.

20        On top of that, if it is a sworn document, the officer

21   could violate -- could offend or violate the law of perjury

22   when they swear to, for instance, a probable cause affidavit,

23   and I guess that would be it.

24   *Q.*  Now, aside from the legal consequences from the state, you

25   said it can include termination.

```
 1        Is termination a Boynton Beach policy, the possibility of
 2   termination, that is a Boynton Beach policy?
 3   A.  That would be for violating an administrative rule or
 4   regulation.
 5   Q.  Based on your understanding of the running of the
 6   department, why is termination an appropriate consequence for
 7   submitting an inaccurate report or report that omits material
 8   facts?
 9   A.  Because we trust our officers to document their actions,
10   observations and perceptions in a way that is accurate and
11   truthful, because if you don't have the ability to trust an
12   officer's official representation of an incident as documented,
13   then it calls into question everything that that officer does
14   and says in the future.
15        So, the credibility of that employee and the credibility of
16   the agency and profession in general would be suspect if we did
17   not take appropriate action.
18   Q.  Okay.  I want to call your attention to what has been
19   marked as Government Exhibit 7-A.
20        MR. TUNNAGE:  Your Honor, I provided a copy to Defense
21   counsel.
22        THE COURT:  Is there any objection?
23        MR. LERMAN:  No objection.
24        MR. TUNNAGE:  I provided a copy to Defense counsel and
25   I would like to move 7-A into evidence.
```

1          *THE COURT:*  7-A is admitted without objection.

2          (Whereupon Government Exhibit 7-A was marked for evidence.)

3    *BY MR. TUNNAGE:*

4    *Q.*  Chief Katz, showing you what is marked 7-A, I ask you to

5    take a look at this and tell me if you can identify what this

6    document is?

7    *A.*  It appears to be a Boynton Beach police report.

8    *Q.*  And just based on your experience, what type of information

9    is included in a police report such as this?

10   *A.*  Participants in the activity, classification of an action,

11   a narrative account of what an officer observed or did, as well

12   as any documentation related to followup investigations,

13   interviews of witnesses, things of that nature.

14   *Q.*  Okay.

15          Calling your attention to page nine of the document and

16   just the area I have just indicated here, is this narrative

17   what you were just referring to when you said it would include

18   the officer's narrative of the incident?

19   *A.*  Yes, sir.

20   *Q.*  Okay.  At the bottom of the page, if you can see where I

21   indicated -- no, that entire front part.  Is that an indication

22   of another officer's narrative?

23   *A.*  Yes, sir, it looks like it is the narrative of Patrick

24   Monteith.

25   *Q.*  Okay.  And if we continue on to page ten, I have just

1    indicated another area here.  Is that an indication of a third

2    officer's narrative?

3    *A.*  It appears so, yes.

4    *Q.*  Okay.  Coming out of the document, Chief Katz, based on

5    your review of documentation, did you ever receive any

6    narrative other than the narratives as you have just

7    displayed -- as you just referenced as displayed in 7-A of this

8    document?

9    *A.*  No, sir.

10   *Q.*  You did not?

11   *A.*  No.

12   *Q.*  Were you ever notified or informed that the narratives that

13   are in Exhibit 7-A had been materially changed and revised?

14   *A.*  No, sir.

15   *Q.*  You were not?

16   *A.*  No.

17   *Q.*  Okay.  Would that be important for you to know?

18   *A.*  Yes, sir.

19   *Q.*  Why?

20   *A.*  Well, again, in our preliminary collection of the

21   information associated with this incident, it was important to

22   understand exactly what transpired, and if there were multiple

23   accounts of what transpired, it would reduce the credibility of

24   what was finally submitted.

25   *Q.*  Chief Katz, did you ever give a press conference relating

1    to the release of this video?

2    A.   Yes, I did.

3    Q.   Can you briefly explain to the jurors what was the nature

4    of your press conference?

5    A.   Absolutely.  I referred to this case, as I testified to

6    earlier, I referred this case out to a criminal investigation,

7    both to the state and federal level.

8         It was my hope the investigation would conclude before we

9    released the video.  I wanted to make sure when we released the

10   video we would say the officer was appropriate or not

11   appropriate and give the public a resolution of the disturbing

12   video they were going to see.

13        It became apparent the time frame did not pan out because

14   one of the Defendants was going to be on trial, and as part of

15   the discovery process, the video was going to be presented to

16   Defendant's counsel.  At that point I realized the video was

17   going to be public, and even though it was in the midst of

18   being investigated at the state and federal level from a

19   criminal standpoint, I thought the best thing to do is release

20   the video with a context.

21        I held a press conference and played the video and I

22   explained we were concerned about what we saw, we were

23   committed to finding out what transpired and we were working in

24   partnership with a variety of agencies to do so.

25        I wanted to make sure we put the video out with context as

1    opposed to people filling in the blanks what they were seeing.

2    Q.  During that press conference, did you advise the public the

3    officers who used force had submitted written reports

4    describing the force that they used?

5    A.  Yes, sir.

6    Q.  Did you also highlight that was an important point?

7         MR. LERMAN:  Objection to relevancy as to this line of

8    questioning.

9         THE COURT:  Overruled.

10   BY MR. TUNNAGE:

11   Q.  You may answer the question.

12   A.  Yes.

13   Q.  Why was that significant?

14   A.  Why was it significant that they documented their actions?

15   Q.  No, why you pointed it out to the public as an important

16   point.

17   A.  I felt it important to point out everyone who was there

18   represented their actions and observations in an official

19   police report.  I believe an official police report does carry

20   some weight in terms of its credibility because of the

21   standards I discussed earlier with respect to the quality

22   assurance of these reports.

23   Q.  Did you advise the public at that time that the officer had

24   written and turned in those reports describing use of force

25   before being made aware that the video even existed?

1    *A.*  Yes.

2    *Q.*  Did you learn that was not a correct statement?

3    *A.*  I did.

4    *Q.*  How did you first learn that wasn't a correct statement?

5    *A.*  Speaking with you and --

6           *MR. LERMAN:*  Objection, hearsay.

7           *THE COURT:*  Sustained if calls for an out-of-court

8    statement.

9           *MR. TUNNAGE:*  I am sorry?

10          *THE COURT:*  Sustained if it calls for an out-of-court

11    statement.

12          *MR. TUNNAGE:*  Okay.

13    *BY MR. TUNNAGE:*

14    *Q.*  Did you ever learn from anyone in your department that that

15    was not a true statement?

16    *A.*  No.

17    *Q.*  Did you ever learn at some point that it was not a true

18    statement?

19    *A.*  Yes.

20    *Q.*  Did that knowledge come from a person outside your

21    department?

22    *A.*  Yes.

23          *MR. TUNNAGE:*  Your Honor, may I have a moment to

24    confer with counsel?

25          *THE COURT:*  Yes.

Pauline A. Stipes, Official Federal Reporter

1    *BY MR. TUNNAGE:*

2    *Q.*  One final question, Chief Katz.  Prior to the investigation

3    by the Federal Bureau of Investigation, did you ever know there

4    was an audit trail maintained of the officers' reports and

5    changes made?

6    *A.*  No, sir.  I had no familiarity with the records management

7    system whatsoever.

8         *MR. TUNNAGE:*  Thank you, no further questions of this

9    witness.

10        *THE COURT:*  Okay, cross-examination.

11                    **CROSS-EXAMINATION**

12   *BY MR. LERMAN:*

13   *Q.*  Almost evening.  Good afternoon.

14   *A.*  Good afternoon.

15   *Q.*  Chief, you were in Orlando when the incident involving

16   Officer Williams occurred, correct?

17   *A.*  Yes, sir.

18   *Q.*  And after learning about that, you remained in Orlando and

19   didn't return until the following Monday, correct?

20   *A.*  That is correct.

21   *Q.*  What time would you arrive at the station on Monday, if you

22   know?

23   *A.*  I don't know, customarily around 9:00 a.m.

24   *Q.*  So, we can presume, based on custom, you would have been

25   there at 9:00 a.m.?

1    *A.*  Yes, sir.

2    *Q.*  You obviously had spoken to others in your department,

3    including Assistant Chief Crawford, or Major Crawford at the

4    time, as well as possibly Major Harris over the weekend,

5    correct?

6    *A.*  I believe I had conversations with Major Steele and Major

7    Gitto, she was Gitto before she was Crawford.

8    *Q.*  So, if jurors hear Gitto and Crawford, we are talking about

9    the same person?

10   *A.*  Yes.

11   *Q.*  Major Gitto was the individual who was standing in for you,

12   basically acting as chief while you were in Orlando?

13   *A.*  I am not certain who was the acting chief at the time, I

14   rotate them.  It is possible, but I am not certain.

15   *Q.*  Now, this incident occurs on the 20th of August, correct?

16   *A.*  Yes, sir.

17   *Q.*  As you understand it.

18       You obviously know Sergeant Antico?

19   *A.*  Yes, sir.

20   *Q.*  You have known Sergeant Antico for some time?

21   *A.*  Yes, sir.

22   *Q.*  Did you know that between the 20th and the late afternoon

23   of the 27th of August, that Sergeant Antico was not in the

24   station, he was out?

25   *A.*  Yes, sir.

1    Q.  All right.  When did you learn that?

2    A.  When I asked Major Harris how she was coming getting the

3    documentation I requested, she shared with me that Sergeant

4    Antico was on vacation and that was delaying the process.

5    Q.  So, was that while you were still in Orlando or when you

6    returned on Monday morning?

7    A.  No, sir, that was when I returned.

8    Q.  You get back on Monday, Sergeant Antico doesn't return

9    until Wednesday, late in the afternoon, sometime between 3:00

10   and five o'clock.  You understood that, yes?

11   A.  Yes, sir.

12   Q.  Because the Bravo shift begins roughly around 5:00 p.m. in

13   the afternoon?

14   A.  Yes, sir.

15   Q.  It is an overnight shift.

16       Now, you understood that Sergeant Antico was the

17   supervising sergeant for these officers that were involved in

18   the arrest of the individual Byron Harris and the other two

19   individuals, and this whole chase up and down I=95, including

20   Officer Williams and Justin "Too Tall" Harris.

21       All those individuals were on his shift?

22   A.  Yes, sir.

23   Q.  So, normally, it would be expected that he would be the

24   supervising sergeant to review any reports, correct?

25   A.  Yes, sir.

Pauline A. Stipes, Official Federal Reporter

1    Q.  But he was gone for a week, right?

2    A.  Yes, sir.

3    Q.  You understand that reports are not final reports, not

4    using the word complete, final reports for the purpose of

5    Chapter 119 of the public records until approved by whatever,

6    in this case, the supervising sergeant, correct?

7    A.  Yes, sir.

8    Q.  So, while an officer may have -- may start to write a

9    report, maybe validated the report, maybe indicated the report

10   is complete, it is not a final report until the supervising

11   sergeant or somebody above, obviously that patrolman assigned

12   by the department, approves that report, correct?

13   A.  In the context of public records law, absolutely.

14   Q.  Before a report is approved, you understood that a report

15   could be rejected by a supervising sergeant, correct?

16   A.  Yes, sir.

17   Q.  Knowing that -- you wanted to see what was going on in this

18   case, what happened according to the officers, right?

19   A.  Yes, sir.

20   Q.  When you got back on that Monday, you watched the video

21   that Monday, correct?

22   A.  I believe it was, yes, sir.

23   Q.  With your command staff, with three majors?

24   A.  That is correct.

25   Q.  You assigned the task to Major Harris to collect the

1    information, the reports, both Use of Force Reports and

2    narrative reports, correct?

3    A.  Yes, sir.

4    Q.  If there were in-car cameras and video, which it tuned out

5    there was not, correct?

6    A.  Correct.

7    Q.  Any radio calls or transcripts, whatever may exist of the

8    radio conversations going on, correct?

9    A.  Yes, sir.

10   Q.  And any other information that could be provided, yes?

11   A.  Yes, sir.

12   Q.  And you wanted that, as we understand it, to see whether

13   the reports matched up with what you were seeing on video, to

14   marry those things together, so to speak, was your language,

15   correct?

16   A.  Yes, sir.

17   Q.  It seems that the word validate is used in a lot of

18   different contexts.  You used the word validate, correct?

19   A.  Yes.

20   Q.  Knowing that, when you got back Monday, Tuesday, late into

21   Wednesday, the supervising sergeant hadn't even looked at the

22   reports, correct?

23   A.  I didn't have any specific knowledge of that, but I would

24   stipulate that is the case.

25   Q.  Well, you knew that the incident happened sometime between,

296

1    let's say, 2:00 a.m. and 2:30 a.m. on the 20th, right?

2    A.  Yes, sir.

3    Q.  You knew that Sergeant Antico was -- the term I have gotten

4    used to is ROD, regular off duty days, would have been starting

5    that morning, afternoon, and evening of the 20th and then going

6    into at least the next day or two, if it was two or three days

7    off, and you knew he was on vacation and he would have had ROD

8    again just after vacation?

9    A.  Certainly.

10   Q.  All right.  You, as the chief, didn't direct Kelly Harris

11   to, if these reports hadn't been approved, knowing Sergeant

12   Antico is not coming back for three days basically, Monday,

13   Tuesday and most of Wednesday, pull up the reports and approve

14   them or get another sergeant to look at them if you wanted

15   somebody outside of Kelly Harris, Major Harris' position,

16   somebody take care of this, let's get this going.  That wasn't

17   done by you, correct?

18   A.  No, sir.

19   Q.  You agree that it's the supervising sergeant's duty,

20   obligation of the policies and description of his job to review

21   the reports of his subordinates, those officers working on

22   patrol under him or her, correct?

23   A.  Yes, sir.

24   Q.  If a report is submitted to that supervising sergeant that

25   is not sufficiently detailed, it is the sergeant's obligation

1   to reject that report and require the officer to augment that

2   report and fix it, correct?

3   A.  Yes, sir.

4   Q.  Now, in this particular case, you had the video, you -- the

5   video was in the department, it had arrived before you actually

6   got back on that Monday, right?

7   A.  Yes, sir.

8   Q.  So, you take the video -- not you, ultimately Major Harris

9   has the video, it is in her possession?

10  A.  Yes.

11  Q.  It is the only copy that the Boynton Beach Police

12  Department has?

13  A.  Yes, sir.

14  Q.  You didn't have someone from the department, Kelly

15  Harris -- excuse me, Major Harris to burn a copy, this is the

16  copy the department had?

17  A.  Yes, sir.

18  Q.  It was not your intent that anyone other than the command

19  staff see that video, correct?

20  A.  That is correct.

21  Q.  You didn't know that Major Harris had given the video to

22  Lieutenant DeGiulio?

23  A.  No, I didn't.

24  Q.  You know that now?

25  A.  Yes.

```
 1    Q.  You have known that for some time?

 2    A.  Yes.

 3    Q.  You didn't know that ultimately Lieutenant DeGiulio had

 4    given the video to Sergeant Antico, correct?

 5    A.  That is correct --

 6            MR. TUNNAGE:  Objection, your Honor, facts not in

 7    evidence.

 8            THE COURT:  Whether he knew or didn't know?  You can

 9    ask the witness if he knows or not.

10            You stated as if it were a fact.  If you want to ask

11    him.

12    BY MR. LERMAN:

13    Q.  Do you know whether or not Lieutenant DeGiulio had given

14    the video to Sergeant Antico?

15    A.  I didn't know that until later.

16    Q.  It was not your intent that Sergeant Antico review the

17    video when he got that?

18    A.  That is correct.

19    Q.  If a sergeant has information, and they haven't spoken to

20    you or to Major Harris, if a sergeant has information, they

21    learned about a particular set of circumstances in a case where

22    they are reviewing the reports, and they see the reports don't

23    match the forms that they have, you would expect the sergeant

24    to reject those reports, correct?

25    A.  Yes, sir.
```

1    *Q.*  Because you don't want reports to be approved that are

2    incorrect, that are -- that don't have all the information

3    available, correct?

4    *A.*  That is correct.

5    *Q.*  Because you indicated two things were important when it

6    comes to the narrative, especially the narrative, timing and

7    accuracy, correct?

8    *A.*  Yes, sir.

9    *Q.*  As far as accuracy goes, if the sergeant has the

10   information and the report doesn't appear accurate, that

11   sergeant should speak with or send notes to or somehow

12   communicate to their subordinate to fix his report and this is

13   what is wrong with it, correct?

14   *A.*  Correct.

15   *Q.*  It is not a gotcha moment, a guessing game, they are to be

16   informed what the problem is?

17   *A.*  Yes, sir.

18   *Q.*  It wasn't your intention that this is a gotcha moment,

19   correct?

20   *A.*  Absolutely.

21   *Q.*  Now, you're obviously completely aware of what occurred in

22   this case from top to bottom at this point, right, as far as

23   the facts, what happened that -- I will step back, I will

24   rephrase it.  Forget that question.

25        You know the term "critical incident"?

Pauline A. Stipes, Official Federal Reporter

1    A.   Yes.

2    Q.   You are familiar with that term?

3    A.   Yes, sir.

4    Q.   You would consider what happened the night -- or early

5    morning hours of August 20th between 2:00 a.m. and ultimately

6    3:00 American, let's use a full hour, as a critical incident,

7    yes?

8    A.   Yes, sir.

9    Q.   When you hear about it in Orlando you have grave concerns

10   yourself about how Officer Williams is doing?

11   A.   Yes, sir.

12   Q.   You have an officer down, he is in the hospital, and I

13   gather in critical condition at that point, correct?

14   A.   Yes, sir, I believe so.

15   Q.   You wanted to be made aware of what was going on?

16   A.   Yes, sir.

17   Q.   Sometimes when we are dealing with accuracy and timing,

18   there is a tension between the two, correct?

19   A.   I believe so.

20   Q.   Because there are reasons that having an accurate report

21   may be effect -- the time of getting that accurate report may

22   be affected by the surrounding circumstances, what is going on

23   in a particular event, yes?

24   A.   Yes, sir.

25   Q.   And you talked about -- like the video, before you had not

Pauline A. Stipes, Official Federal Reporter

1    gotten a video from PBSO and since you have not gotten one,

2    there hadn't be an incident when you were chief and with the

3    police department where an officer had been struck and run over

4    by a suspect and then possibly run over by a fellow officer.

5    This was a unique situation, correct?

6    A.  Yes.

7    Q.  Not something that anybody necessarily wanted to prepare

8    for or looked for, it is just out of the ordinary; fair

9    statement?

10   A.  Yes, sir.

11   Q.  Including and adding on to the hundred mile an hour chase

12   up 95 and back down 5, and ultimately what we have seen on the

13   video, taking that together makes this a critical incident,

14   right?

15   A.  Yes, sir.

16   Q.  And unusual situation?

17   A.  Yes, sir.

18   Q.  That causes high stress with the officers involved, yes?

19   A.  Yes, sir.

20   Q.  A rush of emotions regarding the officers involved and what

21   they are thinking regarding their fellow officer who is down,

22   yes?

23   A.  Yes, sir.

24   Q.  Some officers may handle that situation as far as their

25   emotions go better than others; fair statement?

1    A.   Yes.

2    Q.   All right.  You -- not you, but you have your department

3    train officers to try to kind of take those emotions and put

4    them in a box and that is your hope and desire in a perfect

5    world?

6    A.   Whenever possible.

7    Q.   You want them to perform their duties, follow the

8    Constitution and follow the laws of the State of Florida and

9    cross their T's and dot their I's despite the situation they

10   are facing, correct?

11   A.   Yes, sir.

12   Q.   Just before I forget, sometimes you can violate policy, but

13   it doesn't violate the Constitution or the laws, and vice

14   versa, you could possibly commit a criminal act and it does not

15   violate your policy, both, either way?

16   A.   You can violate agency policy and not break the law.  If

17   you break the law, you would always violate policy.

18   Q.   Okay, fair statement.

19        You can perform a task that may not rise to the level of

20   criminal prosecution, but may rise to the level of department

21   discipline, correct, depends on the act?

22   A.   Yes, sir.

23   Q.   Similar to the policy versus violating the Constitution

24   concept?

25   A.   Yes, sir.

1    *Q.*  Now, on the issue of the critical incident, it is

2    similar -- the policy is similar to that that you use with an

3    officer involved shooting or what the SWAT team uses with

4    regard to post SWAT debriefings, sitting back and making sure

5    everybody is decompressed and making sure the reports are

6    accurate, correct?

7    *A.*  Yes, sir.

8    *Q.*  All right.  And if there was an officer involved shooting,

9    you would expect everybody not to complete their reports, if it

10   was in the evening, that evening or that day.  You want them to

11   step back and decompress and try to get their mind clear,

12   correct?

13   *A.*  Yes, sir.

14   *Q.*  If there are a bunch of officers that were involved in a

15   situation, maybe set up a debriefing so everybody is on the

16   same page and knows and can discuss what happened that night

17   and why it happened before they sit down and write the reports,

18   correct?

19       That is what they do in a SWAT situation?

20   *A.*  In a team environment, yes, I would say from a team

21   environment, performance accountability standpoint.

22   *Q.*  Okay.  Here maybe the team is not necessarily the right

23   word, but you have all these officers on the same shift that

24   work together, that at various times back each other up, and in

25   this case, all were involved in the same basic incident after

1    Officer Williams was struck and down, correct?

2    A.  Yes, sir.

3    Q.  And there is a number of reasons why someone may be better

4    off stepping back.  In this particular case, they are all at

5    the end of the shift, basically, at this point, right?

6    A.  Yes, sir.

7    Q.  The Bravo shift started at 5:00, if they get there -- for

8    roll call they may have gotten there before five o'clock, they

9    may have been there between 4:00 and five o'clock at the police

10   department, at Boynton Beach Police Department, correct?

11   A.  Yes.

12   Q.  And then they are out on road patrol performing normal

13   duties, and hopefully the city is peaceful at that point, but

14   driving around, right?

15   A.  Yes, sir.

16   Q.  And ultimately -- obviously this incident happened around

17   2:00, 2:30 in the morning, and all those things, you know, go

18   on that happened, and then they've got their officer in the

19   hospital, correct?

20   A.  Yes, sir.

21   Q.  You are waiting for another word, it is getting late, and

22   then they are going back to the department.  At this point they

23   have been on shift 12 to 13, 14 hours according to when these

24   reports are being written, and you have seen some of the

25   reports and the times that are included, 5:30 in the morning

1    and 6:00 in the morning?

2    *A.*  Yes.

3    *Q.*  You have fatigue setting in as well as the emotional

4    draining experience that they went through, correct?

5    *A.*  Yes, sir.

6    *Q.*  Now, you are aware that a number of -- well, if not all of

7    the officers, most of the officers on that day wrote Use of

8    Force Reports, correct?

9    *A.*  Yes, sir.

10   *Q.*  All right.  Now, Use of Force Reports aren't particularly

11   complicated, it is a check list, fill out the top, put in the

12   correct number as far as where the case number goes, that is an

13   easy one, doesn't take a lot of brain power to get that done;

14   fair statement?

15   *A.*  Yes, sir.

16   *Q.*  But to do a full detailed report, that may be a little more

17   than just a check list, correct?

18   *A.*  Certainly, yes, sir.

19   *Q.*  You are not expecting a great literary work when they are

20   writing this report, but you want it to be accurate and as much

21   detail as some officers are capable of, correct?

22   *A.*  Yes, sir.

23   *Q.*  You talked briefly about the SIR, supervisory incident

24   report, that is one of the things you wanted to see, correct?

25   *A.*  Yes, sir.

1   Q.  You wanted that to be part of what was gathered by Major

2   Harris, correct?

3   A.  Yes, sir.

4   Q.  The supervisor incident report, that was prepared in this

5   case by Sergeant Antico who had just gotten back, right?

6   A.  Yes, sir.

7   Q.  That is not signed off on, as you are aware, until early

8   September by Sergeant Antico, correct?

9   A.  I don't recall.

10  Q.  Do you recall you didn't sign off -- that you did sign off

11  on it, but you didn't sign off on it until December of 2014?

12  A.  I recall receiving it in December and signing it in

13  December.

14  Q.  And you don't know what the September, October, November

15  delay would have been?

16  A.  I'm not sure what the delay would have been.  I believe

17  whoever had it before me signed off on it also in December.

18  Q.  The SIR report is basically an internal document of the

19  department, correct?

20  A.  Yes, sir.

21  Q.  It is not something that goes to the State Attorney's

22  Office?

23  A.  No, sir.

24  Q.  It is a review by the supervising sergeant of whatever

25  incident or reports have been filed, isn't it?

1    *A.*  That is correct.

2    *Q.*  To some extent it may include an opinion of the supervising

3    sergeant?

4    *A.*  Yes, sir.

5    *Q.*  And it is based on whatever information the sergeant has

6    been able to gather, correct?

7    *A.*  That is correct.

8    *Q.*  Ultimately, as relates to the supervising sergeant and his

9    duties in any case, but even in this case, you want him -- most

10   importantly in this case, you want the supervising sergeant to

11   review the reports and make sure they are accurate based on all

12   the information that he had at the time, that he is reviewing

13   the reports before him, correct?

14   *A.*  Yes, sir.

15   *Q.*  And that if there are problems with those reports, to make

16   sure those problems are corrected; true?

17   *A.*  That is correct.

18   *Q.*  So that they are accurate reports, correct?

19   *A.*  That is correct.

20   *Q.*  If an individual officer has written reports -- if an

21   individual officer has begun his report or submitted a draft

22   that is not accurate, depending on the individual and his

23   history as far as progressive discipline, which is a term used

24   here, it is up to the supervising sergeant what to do with that

25   individual, correct?

1    *A.*  Yes, sir.

2    *Q.*  And that may be affected by the given circumstances that

3    surrounded the writing of that report and ultimately what it

4    involved, like in this case, the critical incident of Officer

5    Williams being struck by fleeing suspects?

6    *A.*  Yes, sir.

7              *MR. LERMAN:*  Nothing further.

8              *THE COURT:*  Anything on redirect?

9              *MR. TUNNAGE:*  Yes, your Honor.

10                        **REDIRECT EXAMINATION**

11   *BY MR. TUNNAGE*:

12   *Q.*  Chief Katz, you were asked if reports are not final until

13   they are approved.

14        The fact that a report is not final until it is approved,

15   does it excuse an officer's duty to provide an accurate report

16   to his sergeant for approval?

17   *A.*  No, it does not.  Just to be clear, what I said was in the

18   context of public record law it is not a final document, but as

19   I stated in my previous testimony, when an officer submits a

20   report the expectation is that report they are submitting to

21   their supervisor is an accurate representation and their final

22   product.

23        A supervisor can return it and confer with the officer to

24   ensure that the appropriate documentation is within the report,

25   but when an officer submits a report, it is our expectation

1    that that report is a complete and accurate document.

2    Q.  Is it true that an officer's validated and completed report

3    is essentially that officer's official account of what

4    happened?

5    A.  Yes, sir.

6    Q.  And with that, is it true that an officer is required, as

7    you stated, to provide accurate information and failure to do

8    that could result in termination?

9    A.  Yes, sir, and that happens on a fairly frequent basis, that

10   an officer will write a report and miss an element of a crime

11   or forget to put certain information, in a burglary, forget the

12   value of something stolen, and we rely on our supervisors to

13   review the documentation.

14   Q.  You were asked questions about information that may be

15   forgotten in a report or omissions.

16       I would like you to address false claims in a report.  Is

17   it permissible for an officer to falsely claim that something

18   happened when in fact it didn't happen?

19   A.  No.  Absolutely not.

20   Q.  For example, if an officer stated that he asked an occupant

21   to get out of the car and the occupant refused and he deployed

22   his taser and the occupant complied, if that did not in fact

23   occur, is that a false statement?

24   A.  Yes, sir.

25   Q.  And an officer writing a report that falsely claims that he

1   deployed the taser and the passenger complied, is there an

2   excuse or permissible reason to make such a statement if it

3   didn't happen?

4   A.   No.   Reports need to be accurate and timely.

5   Q.   Similarly, if an officer wrote that the passenger exited

6   the rear of the vehicle, was tased and fell out of the car on

7   to the asphalt, if that did not in fact occur, is an officer

8   justified in making that false claim in a report that he

9   submits or she submits to his or her supervisor for approval?

10  A.   No.   Officers are not permitted to knowingly make false

11  claims in their report.

12  Q.   If an officer made such a false claim that is verifiable or

13  able to be validated by reviewing a video, does an officer have

14  an obligation to notify his superior of a false statement?

15  A.   Or submit a recommendation for disciplinary action, one or

16  the other.

17  Q.   In an instance where a sergeant receives a written report

18  that makes a false claim about an occurrence, and the officer

19  has objective evidence, as you describe, that invalidates that

20  false claim, the sergeant has two courses of action to take?

21  A.   Yes, sir.

22  Q.   And what are those two courses of action?

23  A.   They can forward it for further inquiry or they can submit

24  a request for disciplinary action based on their belief that

25  the policy violation has occurred and that policy violation

1    would relate to submitting an inaccurate report.

2    *Q.*  To your knowledge, was there any forward from Sergeant

3    Antico regarding any of the reports that were submitted in this

4    incident?

5    *A.*  Not to my knowledge, no.

6    *Q.*  To your knowledge, was there any submitted report for

7    further review by Sergeant Antico for any of the reports that

8    were submitted in this incident?

9    *A.*  No, sir, not to my knowledge.

10   *Q.*  Was there any disciplinary action taken by Sergeant Antico

11   with respect to any of the reports submitted in this incident?

12   *A.*  Not to my knowledge.

13   *Q.*  You spoke of a validate or invalidate based on the video.

14   Mr. Lerman asked you about a gotcha moment.  Is there a

15   distinction between a gotcha moment and how he described how

16   you got the video to validate or invalidate the officers'

17   conduct?

18   *A.*  No, sir.

19   *Q.*  I am sorry?

20   *A.*  No, sir.

21   *Q.*  Let me ask the question differently.  He asked you, did you

22   intend for it to be a gotcha moment, and your response was no?

23   *A.*  That is correct.

24   *Q.*  Did you intend for it to be a possible invalidating moment

25   where the video would validate or invalidate what the officers

1    wrote?

2    A.   It was not my intention to have an invalidating moment, it

3    was to take a look at this, marry everything up, and determine

4    if I could make sense of what was happening or not make sense.

5    It is not a gotcha moment, it is a matter of can I understand

6    what is transpiring here, and to this day, I cannot.

7    Q.   In the instance where you refer to invalidate, if an

8    officer submitted a report that was inconsistent or

9    contradicted by the video and then a sergeant referred that

10   matter or that discrepancy to a lieutenant, would you consider

11   that a gotcha moment?

12   A.   No.   That is the normal course of business, the way things

13   should be done.

14   Q.   Is it a correct statement in fact you would expect Sergeant

15   Antico, if such an occurrence had occurred, he would refer the

16   matter for further review?

17   A.   Yes, sir.

18   Q.   Now, was it your intent for anyone to take this video and

19   use it to recraft through several drafts a report that had been

20   submitted as validated and complete?

21   A.   No, sir, not at all.

22   Q.   Why not?

23   A.   Because if people had seen the video that were documenting

24   the incident, I felt that would eliminate our ability to use

25   the video as potentially a validating tool of what was written.

```
 1   Q.  You were asked questions about a high-speed chase.
 2        The fact of a high-speed chase, that is something that
 3   never occurred with Boynton Beach police officers?
 4   A.  No.  That happens.
 5   Q.  Are those officers trained on an appropriate correct
 6   procedure in handling high-speed chases?
 7   A.  Yes, sir.
 8   Q.  Is a watch commander or sergeant -- does a watch commander
 9   or sergeant have the authority to allow an officer extra time
10   to complete a written narrative if the watch commander or
11   sergeant believes it is appropriate in an exceptional
12   circumstance?
13   A.  Yes.
14   Q.  That is the authority of the watch commander or sergeant?
15   A.  Yes.
16   Q.  Based on his representation and assessment of the
17   situation, he can make that determination alone?
18   A.  Yes.
19   Q.  If a sergeant or watch commander did not make that
20   determination, did not grant leave, do you think that is a
21   problem in the situation -- in the current incident, if a watch
22   commander did not discuss or did not tell officers that they
23   need -- did not allow them additional time?
24   A.  I'm sorry, I don't understand the question.
25   Q.  Okay.  I withdraw the question.  I have a different
```

1    question.
2        You were asked about SWAT and a debriefing.  Do you recall
3    that?
4    A.  Yes.
5    Q.  You said it is appropriate in a team environment.  Would
6    you explain what you mean by team environment?
7    A.  Members of a team are accountable to one another for
8    individual performance and contribution to that team, so it is
9    common and in fact it is routine for members of the team to
10   debrief after an incident and to honestly and critically
11   evaluate one another's performance and discuss how they might
12   be able to improve their performance in the future.
13   Q.  And the team environment you are speaking to, is that
14   applicable in the case of general road patrol?
15   A.  Not wholly.
16   Q.  And with respect to the responsibility for each person's
17   actions, is that in the general context of road patrol?
18   A.  It is done, we do critical debriefs for major incidents.
19   If we have a barricaded subject, the shift will get together
20   and have a discussion about how they performed and how they can
21   do better in the future.  That is done, but not in the context
22   of the SWAT team.
23   Q.  I am sorry?
24   A.  Not in the context -- the way the SWAT team would do it.
25   Q.  A debriefing, is that the decision of a sergeant?

1    A.  Sure.

2    Q.  A sergeant can conduct and have a debriefing if the

3    sergeant thinks it is appropriate?

4    A.  Yes, sir.

5    Q.  You were asked about the submission of the Use of Force

6    form and asked if an officer also has to write a narrative, if

7    you are expecting a great literary work.

8        Intentionally striking a moving car, is that a great

9    literary work that you would expect an officer to include in

10   the narrative?

11   A.  I would not expect it to be a great literary work.

12   Q.  Would you expect it to be a basic narrative?

13   A.  Yes.

14   Q.  What about punching someone with a gun?

15   A.  I would expect that to be documented accurately.

16   Q.  What about three to four knee strikes to a suspect, would

17   you expect that to be documented?

18   A.  I would.

19   Q.  What about three hits to a person in handcuffs?

20          MR. LERMAN:  Objection, leading.

21   BY MR. TUNNAGE:

22   Q.  If an officer struck a handcuffed suspect three times,

23   would an officer be expected to document that?

24   A.  He would.

25   Q.  If an officer submitted a Use of Force form indicating he

Pauline A. Stipes, Official Federal Reporter

1    used feet, hands, fists or other body parts to strike someone,

2    would you expect that same officer in the written narrative to

3    describe which body part the officer used to make the strike

4    and the reasons why that officer used his or her body part to

5    make a strike?

6    A.   I would.

7    Q.   And you would expect that from every officer who submitted

8    a Use of Force form?

9    A.   Yes, sir.

10   Q.   You were asked questions about the supervisor incident

11   report and what is included.  If a sergeant were to make a --

12   make recommendations regarding disciplinary actions or a

13   referral to a lieutenant, is that a document where a sergeant

14   would advise a recommendation or request?

15   A.   Yes.

16   Q.   And in your experience, how would you look for that, what

17   would be the notation?

18   A.   The supervisor would indicate in the supervisory incident

19   report, based upon their initial review of this incident, there

20   appears to be violations of departmental directives.  They may

21   elaborate specifically what those violations are thought to be.

22        If the supervisor believes they have enough information to

23   administer disciplinary action they will also attach a memo

24   requesting discipline -- negative discipline be imposed on the

25   employee and that would be routed up the chain of command to me

1    ultimately for approval.

2        If they don't have enough information to determine whether

3    a policy had been violated they would refer it upward and I

4    would refer it to Internal Affairs based on the request.

5    Q.  Regarding this particular incident, after you received all

6    of the documentation, and that in conjunction with the video,

7    did you make a referral of how that matter should be treated?

8    A.  Yes, sir.

9    Q.  What was your referral?

10   A.  To the Federal Bureau of Investigation and Palm Beach

11   County State Attorney's Office public corruption task force.

12   Q.  Why did you make that recommendation?

13   A.  Because it could very well constitute a civil rights issue,

14   and they would be the appropriate agency for that.

15   Q.  And you testified that your department has -- told its

16   Internal Affairs not to investigate, but is it possible that at

17   some point your Internal Affairs division may conduct its

18   investigation and make a final determination of the exact same

19   matter that you referred to the FBI also violates policy?

20       MR. LERMAN:  Objection, speculation.

21       MR. TUNNAGE:  I am speaking about the authority to

22   make a conclusion.

23       THE COURT:  The witness may answer the question.

24   Overruled.

25

1    BY MR. TUNNAGE:

2    Q.  Would you like me to restate it?

3    A.  Sure.

4    Q.  You stated you told your Internal Affairs not to

5    investigate until after the investigation.  At some point in

6    the future when your Internal Affairs division conducts an

7    investigation of this incident, is it possible your Internal

8    Affairs division has the authority to conclude that the use of

9    force, that that matter also violates the division -- or

10   department's policy?

11   A.  Yes.

12           MR. TUNNAGE:  Thank you, no further questions.

13           THE COURT:  Okay, all right.  Thank you very much, you

14   may step down.

15           Thank you, ladies and gentlemen, that does conclude

16   our evening, a full day of trial.  Thank you for your patience.

17           We'll resume again tomorrow at 9:00 a.m.  So, with all

18   the same instructions about being vigilant of resisting talking

19   about the case with anyone, including yourselves, researching

20   about the case, no viewing any media, should there be any media

21   about the case, no interaction associated with the case, we are

22   grateful for your attention and time, and we look forward to

23   seeing everybody beginning at 9:00 a.m. tomorrow.  Have a nice

24   evening.

25           (Thereupon, the jury leaves the courtroom.)

```
1              THE COURT:  All right.  I want to go through a couple
2    of things.
3              I did want to hand out a red line version of the jury
4    instruction for 1519, just so you all can take a look at it and
5    see what you think in light of the question that came up in the
6    last trial.  You can agree with it or disagree with it, but I
7    want to get that to you because by the evening, I want you to
8    submit joint agreed upon proposed instructions.
9              I will submit it in the same format to make it easier
10   with no page numbers and no authority, the same order, really
11   along the lines we did it last time, last trial, and just point
12   out as we do this --
13             MR. LERMAN:  We are pretty much in agreement with the
14   jury instructions.
15             THE COURT:  Okay.  Submit them and point out in some
16   clear manner what that issue is, and maybe we can take that up
17   tomorrow morning.  Do you want to resume a little earlier than
18   9:00 to take that up?  Do you want to get together at quarter
19   of 9:00 to take up the jury instructions or 8:30?
20             MS. OSBORNE:  Quarter of 9:00.  There is one special
21   instruction we are having a problem with.
22             THE COURT:  At quarter of 9:00 we will get together
23   and resolve the issue with Exhibit 1-A.
24             What are you doing about the reference to the April
25   statement, are you still talking about it?
```

```
1              MR. TUNNAGE:  We'll confer and try to come up --

2              THE COURT:  Something you agree upon and submit that

3    as well.

4              MR. TUNNAGE:  Yes.

5              THE COURT:  So, I am confirming the witnesses for

6    tomorrow.  You got through four witnesses today, so I don't

7    know how you are going to get through -- you have one, two,

8    three, four, five, six witnesses, unless you think they are

9    going to be shorter.

10             Joseph DeGiulio, Jason Llopis, Stuart Robinson,

11   Douglas Solomon, Kelly Harris and Ellen Thomas.

12             MR. TUNNAGE:  We do think they will be shorter and

13   given the time for opening arguments, we did start later.  The

14   two longest witnesses we anticipate will be Douglas Solomon and

15   Agent Thomas.

16             The other witnesses, I do think -- Assistant Harris,

17   Lieutenant DeGiulio and Llopis are factually showing the course

18   that the video traveled.  We don't think they will be long

19   factual witnesses, their acknowledge is limited in this case.

20             THE COURT:  Okay.  Does Defense know if they are going

21   to put on any evidence?

22             MR. LERMAN:  The only evidence we will put on

23   potentially, depending on what Assistant Chief DeGiulio

24   testifies to, there's a possibility he will be called as a

25   Defense witness.
```

```
 1              I am not sure what we are doing as far as Sergeant

 2       Antico.

 3              THE COURT:  All right.  Well, plot ahead.

 4              I would have all witnesses on standby to be called

 5       tomorrow so we can get, if possible, through all of your

 6       witnesses and then we'll figure out the schedule after that

 7       point based on how we do tomorrow.

 8              All right.  Have a good evening and we will see

 9       everybody at 8:45 tomorrow.

10              MR. TUNNAGE:  Thank you, your Honor.

11              MS. OSBORNE:  Good night, your Honor.

12                              * * *

13              I certify that the foregoing is a correct transcript

14       from the record of proceedings in the above matter.

15

16          Date:  April 6, 2018

17                    /s/ Pauline A. Stipes, Official Federal Reporter

18                         Signature of Court Reporter

19

20

21

22

23

24

25
```

Pauline A. Stipes, Official Federal Reporter

MR. LERMAN: [66]   3/4 4/5
4/18 5/1 5/3 5/5 5/22 6/8
7/6 7/8 7/24 8/3 9/21 10/18
10/25 11/20 12/5 37/10 37/12
52/24 73/11 74/25 76/10
77/20 79/3 79/11 86/21 104/5
104/7 106/8 107/23 108/2
108/18 108/20 109/7 109/13
109/16 144/9 147/21 148/9
153/24 155/10 159/17 160/2
167/22 172/7 173/13 175/14
176/25 177/5 179/12 179/17
186/2 187/17 189/8 189/10
189/25 200/1 215/22 219/6
220/5 238/6 245/19 247/19
249/12 250/24
MR. TUNNAGE: [82]   8/24 9/12
9/18 106/24 107/3 107/5
107/9 107/11 107/13 107/16
107/20 108/3 108/15 110/5
110/7 110/15 110/19 110/23
111/4 111/7 111/15 111/18
130/21 130/25 140/6 142/13
142/15 142/20 143/24 144/1
144/11 144/21 144/23 145/8
146/2 147/23 148/13 150/8
150/14 154/1 155/11 155/22
155/25 159/15 160/1 167/20
172/5 173/15 175/21 175/24
176/10 176/13 177/3 177/6
187/11 187/18 188/12 189/2
189/6 189/9 189/14 190/2
200/2 200/5 200/7 200/12
200/14 203/16 215/19 215/23
220/8 220/11 220/22 221/7
228/5 238/8 247/20 248/11
249/25 250/3 250/11 251/9
MS. OSBORNE: [135]   3/1 3/9
3/17 3/19 3/22 4/1 6/6 6/17
7/16 7/21 8/2 12/2 21/4 21/7
48/16 48/20 52/21 53/12
53/14 53/23 54/1 55/11 55/14
56/1 56/16 56/19 57/1 57/4
57/25 58/3 58/16 58/18 59/15
59/17 60/8 60/11 60/25 61/2
62/5 62/7 62/21 62/24 63/12
63/20 63/22 64/12 64/14
64/24 65/1 66/10 66/12 75/2
75/13 76/9 78/8 79/14 79/17
79/19 79/22 80/1 80/7 80/14
80/16 86/18 86/23 87/12
87/25 88/3 88/20 89/3 89/5
89/15 89/17 89/24 90/1 90/9
90/20 91/3 91/10 91/12 92/6
92/8 92/14 92/17 93/1 93/3
93/10 93/12 94/1 94/3 94/7
94/9 94/23 94/25 95/7 95/9
95/16 95/18 95/25 96/5 96/7
96/23 97/9 97/11 97/20 97/22
98/4 98/6 98/18 98/20 99/1
99/3 99/10 99/13 100/3 100/5
100/13 100/15 100/25 101/3
101/8 101/10 101/19 101/22
102/16 102/19 103/16 103/19
103/23 103/25 106/10 189/17
189/20 249/19 251/10

THE COURT: [290.51]   2/20 3/3
3/5 3/15 3/18 3/20 3/24 4/4
4/17 4/24 5/2 5/4 5/20 5/23
6/14 6/22 7/7 7/14 7/20 7/22
7/25 8/23 9/8 9/14 9/22
10/23 11/9 11/22 12/3 12/7
12/11 12/15 20/21 21/2 37/8
37/11 48/13 48/21 52/25 53/3
66/11 66/14 73/13 75/14 76/8
76/16 78/4 78/12 78/20 79/5
79/13 79/15 79/18 79/20
79/24 80/2 80/8 80/15 81/14
86/16 86/22 87/1 87/9 103/24
104/1 104/6 104/8 106/9
106/11 106/22 107/1 107/4
107/7 107/10 107/12 107/14
107/17 107/25 108/9 108/16
108/19 108/24 109/8 109/15
109/19 110/6 110/14 110/16
110/20 111/3 111/5 111/8
111/13 111/17 111/20 130/24
131/1 144/10 144/14 147/22
148/10 150/9 153/25 154/5
155/24 156/1 159/16 159/20
160/3 167/23 172/9 173/14
175/15 177/7 179/18 186/3
187/9 188/14 188/24 189/3
189/5 189/11 189/16 189/19
189/22 190/1 190/3 190/5
200/4 200/6 200/9 200/13
203/21 215/21 215/25 219/8
220/6 220/9 220/24 221/9
228/7 238/7 247/22 248/12
248/25 249/14 249/21 250/1
250/4 250/19 251/2
THE COURTROOM DEPUTY: [2]
20/25 21/6
THE WITNESS: [11]   48/19
80/13 86/17 111/22 144/15
154/6 175/17 179/19 186/5
187/20 190/9

/

/s [1]   251/17

0

02 [1]   62/9

1

1-A [21]   2/18 3/10 3/12 3/16
4/18 4/19 5/22 5/23 5/24 6/6
6/10 6/24 7/2 7/4 80/6 80/6
110/6 110/15 110/17 111/11
249/23
1-B [4]   4/17 4/22 5/19 5/21
1.4 [1]   55/4
10 [18]   87/16 87/17 87/21
89/22 89/24 90/7 90/8 96/15
100/19 100/22 102/23 103/1
103/5 103/5 103/6 103/7
145/25 146/1
10 feet [1]   71/17
10-inch [3]   59/6 59/8 67/18
1003 [1]   1/16
1015 [1]   98/25
1018 [1]   90/13
104 [1]   2/6
10:35 [1]   95/19

111 [2]   2/8 2/18
119 [2]   167/7 224/5
11:00 [1]   189/23
11:22 [1]   75/17
11:32 [1]   96/8
11:37 [1]   97/2
11:59 [1]   78/15
12 [6]   45/16 49/16 66/20
66/21 110/12 234/23
12-hour [1]   45/17
12:00 [1]   132/13
12:03 [1]   97/12
12:20 [1]   97/25
12:41 [1]   135/5
13 [6]   1/7 80/25 83/12
113/18 145/14 234/23
13-year [1]   113/19
13:19 [1]   98/23
14 [2]   49/7 234/23
14-year [1]   145/14
14:25 [1]   99/12
14:47 [1]   99/14
15 [9]   7/13 30/5 75/17 76/7
100/19 101/2 140/25 146/1
188/19
15 feet [1]   71/17
15's [2]   98/23 100/22
1519 [2]   77/3 249/4
156 [3]   2/8 190/23 194/12
15:10 [1]   100/6
15:57 [1]   100/16
17 [2]   101/24 140/25
17-CR-80102-ROSENBERG [1]
1/3
173 [1]   2/9
18 [6]   90/7 90/8 101/21
153/14 169/23 170/6
19 [6]   25/18 37/7 45/22
102/23 103/1 103/7
190 [1]   2/11
1998 [3]   191/6 191/8 191/9
19th [6]   44/25 45/1 45/22
46/3 46/16 83/19
1:30 [1]   108/12
1:34 [3]   106/15 106/21
108/11
1:40 [1]   89/21
1:56 [1]   90/2

2

2-A [7]   2/17 80/2 86/19
86/20 86/23 87/7 87/8
20 [24]   4/4 5/8 21/8 26/22
27/7 30/18 31/13 32/15 35/24
37/21 50/1 51/2 51/16 52/18
84/14 84/21 86/10 112/6
130/20 170/6 184/17 198/25
204/20 206/8
2004 [1]   156/11
2013 [2]   191/2 191/3
2014 [25]   4/4 5/9 21/8 26/22
27/7 30/18 32/15 35/24 37/21
50/1 51/2 51/16 52/18 83/18
84/14 84/21 86/10 130/20
159/9 168/2 169/22 198/25
204/20 210/10 236/11
2015 [7]   7/11 7/13 25/18
30/5 31/13 37/7 45/22

**2**

**2017 [1]**  1/7
**2018 [1]**  251/16
**202-305-2789 [1]**  1/19
**203 [1]**  2/19
**20530 [1]**  1/19
**20th [13]**  34/9 43/4 83/20
161/24 169/22 171/16 171/19
204/25 222/15 222/22 226/1
226/5 230/5
**21 [8]**  91/23 92/1 96/18
98/23 99/16 99/19 101/13
102/2
**216 [2]**  2/20 190/23
**21:45 [1]**  101/1
**221 [1]**  2/11
**22:01 [1]**  101/4
**22:55 [1]**  101/11
**2337 [1]**  1/25
**238 [1]**  2/12
**24:30 [1]**  101/20
**25 [4]**  12/3 12/4 12/6 12/8
**250 [1]**  193/15
**25:18 [1]**  101/25
**26 [1]**  102/18
**260 [1]**  193/15
**2789 [1]**  1/19
**27th [11]**  30/24 31/2 31/4
31/14 34/10 36/25 43/5 45/15
45/18 171/20 222/23
**28th [4]**  35/22 45/18 156/11
171/20
**29 [1]**  103/17
**29th [1]**  36/25
**2:00 [8]**  42/16 52/1 52/13
84/22 86/10 226/1 230/5
234/17
**2:00 o'clock [1]**  21/22
**2:06 [1]**  90/13
**2:15:61 [1]**  176/4
**2:16 [1]**  90/23
**2:16:10 [1]**  53/24
**2:16:12 [1]**  54/2
**2:16:24 [1]**  55/15
**2:16:25 [1]**  55/17
**2:16:29 [1]**  56/2
**2:16:49 [2]**  56/20 56/25
**2:17:10 [1]**  57/6
**2:17:11 [1]**  57/6
**2:17:16 [1]**  132/3
**2:17:23 [1]**  132/24
**2:17:27 [1]**  62/25
**2:17:30 [1]**  134/15
**2:17:33 [1]**  58/4
**2:17:39 [1]**  60/16
**2:17:40 [1]**  60/9
**2:17:44 [1]**  139/8
**2:17:46 [1]**  59/18
**2:17:55 [1]**  140/11
**2:17:58 [3]**  61/3 61/9 61/25
**2:18:01 [1]**  62/9
**2:18:03 [1]**  146/7
**2:18:09 [1]**  142/13
**2:18:22 [1]**  142/2
**2:18:27 [1]**  63/10
**2:18:33 [1]**  63/16
**2:18:39 [1]**  150/12

**2:18:55 [1]**  3/23
**2:18:59 [1]**  145/3
**2:19:12 [1]**  64/17
**2:30 [3]**  91/4 226/1 234/17
**2:47 [1]**  91/13
**2nd [5]**  7/11 8/5 8/7 11/7
108/22

**3**

**30 mil [1]**  51/23
**30 percent [1]**  50/8
**302 [1]**  198/9
**310125MM [1]**  205/10
**33 [2]**  93/15 96/10
**330 [1]**  1/21
**33401 [2]**  1/15 1/21
**34 [1]**  110/12
**36:15 [1]**  102/18
**36:50 [1]**  102/20
**3:00 [2]**  223/9 230/6
**3:18 [1]**  91/23
**3:27 [1]**  92/10

**4**

**40 [3]**  49/22 88/6 97/3
**400 [1]**  1/15
**407 [2]**  50/14 50/15
**40:35 [1]**  103/18
**41:01 [1]**  103/20
**4212 [1]**  205/14
**429 [3]**  50/6 50/8 50/15
**44 [3]**  102/23 103/5 105/21
**45 [1]**  79/18
**48 [1]**  2/3
**4:00 [5]**  102/14 112/18
188/20 189/1 234/9
**4:00 o'clock [1]**  101/8
**4:42 [1]**  92/19

**5**

**5-L [1]**  22/21
**5-M [1]**  22/23
**5-O [1]**  22/23
**500 [1]**  1/14
**51 [2]**  100/18 100/19
**53 [3]**  2/16 102/7 102/11
**54 [6]**  89/21 89/22 96/11
96/15 102/7 102/11
**561-209-1003 [1]**  1/16
**561-832-5770 [1]**  1/22
**5770 [1]**  1/22
**5:00 [8]**  42/15 102/14 133/19
134/1 189/25 190/1 223/12
234/7
**5:00 p.m [1]**  43/5
**5:21 [1]**  93/4
**5:29 [1]**  204/20
**5:30 [1]**  234/25
**5:53 [1]**  93/13

**6**

**60 [1]**  190/24
**65 [4]**  90/13 102/2 102/2
102/5
**650 [1]**  90/13
**66 [1]**  2/3
**6:00 [3]**  43/4 83/10 235/1
**6:00 p.m [1]**  83/10

**6:05 [1]**  94/4
**6:48 [1]**  94/10
**6th [2]**  22/14 205/2

**7**

**7-A [10]**  2/20 110/13 110/18
215/19 215/25 216/1 216/2
216/4 217/7 217/13
**70 [2]**  90/13 90/13
**700 feet [1]**  55/2
**73 [1]**  2/4
**772-467-2337 [1]**  1/25
**7:00 [2]**  133/19 133/25

**8**

**8-D [8]**  2/19 32/14 203/18
203/19 203/21 203/22 203/23
204/1
**8-degree [1]**  140/25
**8-F [1]**  33/6
**8-J [1]**  34/21
**8/25/88 [1]**  205/8
**80 [4]**  2/6 22/11 38/14 193/1
**87 [1]**  2/17
**88 [1]**  205/8
**8:29 [1]**  94/24
**8:30 [1]**  249/19
**8:39 [1]**  95/1
**8:45 [1]**  251/9

**9**

**9-A [2]**  27/23 111/1
**9-G [2]**  111/1 111/4
**90 [3]**  22/11 38/14 163/13
**911 [7]**  80/23 80/24 81/2
81/10 81/11 81/21 82/5
**930 feet [3]**  58/25 59/1
67/15
**938 feet [1]**  58/24
**95 [13]**  22/11 73/4 89/9
92/23 94/21 94/23 95/15
162/6 170/8 204/23 205/2
223/19 231/12
**950 [1]**  1/18
**99 percent [1]**  54/14
**9:00 [9]**  9/25 221/23 221/25
248/17 248/23 249/18 249/19
249/20 249/22
**9:30 [1]**  9/24
**9:55 [1]**  95/10

**A**

**a view [1]**  17/7
**A-I-K-E-N [1]**  111/24
**a.m [16]**  42/15 42/16 43/4
52/1 52/13 83/10 84/22 86/10
102/14 221/23 221/25 226/1
226/1 230/5 248/17 248/23
**abide [1]**  11/22
**ability [4]**  15/5 214/18
215/11 242/24
**able [39]**  6/4 6/15 7/6 8/5
8/15 34/3 34/4 35/7 35/9
35/11 43/11 52/10 77/10
82/14 93/24 103/14 116/12
129/5 133/14 135/12 137/4
138/5 138/7 138/9 140/10
140/11 140/15 141/21 144/4

**A**

**able... [10]**  147/17 203/17
204/8 206/25 207/15 208/11
208/14 237/6 240/13 244/12
**about [191]**  4/8 6/5 8/5 8/11
8/12 8/15 9/14 10/3 10/4
11/18 12/5 12/18 13/6 15/19
16/17 16/19 16/25 16/25
17/18 17/19 17/23 17/25 18/4
18/10 18/10 18/15 20/4 21/22
22/2 25/10 26/8 26/16 26/19
27/17 27/20 28/10 28/18 29/6
29/18 30/2 30/3 30/3 30/4
30/24 32/1 32/2 32/4 33/14
33/15 33/23 34/21 35/12 36/2
37/16 38/5 40/13 40/19 40/21
40/25 41/2 41/2 41/17 41/20
42/1 42/2 42/10 44/17 44/22
46/6 46/20 47/6 47/10 47/24
49/17 49/21 50/1 52/13 54/22
55/3 57/21 58/15 60/5 61/21
61/25 62/1 62/11 65/4 65/9
69/10 73/9 74/4 74/10 74/15
74/25 75/9 75/17 75/22 77/6
78/11 78/16 81/24 82/19
82/19 84/1 84/13 86/10 93/16
100/11 101/17 102/18 103/9
103/18 104/20 106/19 107/9
108/7 109/10 109/12 122/4
127/18 130/20 134/5 136/2
139/20 151/20 156/12 157/16
158/7 158/15 159/18 161/9
163/1 164/14 164/19 165/12
168/11 169/8 169/16 171/5
172/18 173/3 173/5 173/19
174/6 174/12 175/20 176/19
176/23 177/10 177/25 179/4
179/6 180/13 182/23 182/25
185/22 185/23 185/23 187/19
191/21 198/15 201/23 207/21
210/5 211/7 218/22 221/18
222/8 228/21 230/9 230/10
230/25 235/23 239/14 240/18
241/14 243/1 244/2 244/20
245/5 245/14 245/16 245/19
246/10 247/21 248/18 248/19
248/20 248/21 249/24 249/25
**about when [1]**  47/10
**above [6]**  118/7 118/24
119/17 141/24 224/11 251/14
**absolutely [7]**  72/21 105/5
203/12 218/5 224/13 229/20
239/19
**academic [1]**  193/15
**Academy [1]**  114/13
**accept [2]**  16/22 16/23
**acceptable [1]**  3/4
**accepted [1]**  167/5
**access [1]**  53/6
**accident [1]**  180/24
**accidental [1]**  140/2
**accidentally [1]**  139/25
**accomplish [2]**  123/5 200/12
**accomplished [1]**  129/13
**accord [1]**  19/18
**according [2]**  224/18 234/23
**accordingly [1]**  19/15

**account [6]**  296 5/4 36/7 206/4
207/2 216/11 239/3
**accountability [1]**  233/21
**accountable [1]**  244/7
**accounts [3]**  17/9 19/4
217/23
**accreditation [3]**  192/4
192/5 193/15
**accuracy [5]**  43/20 43/25
229/7 229/9 230/17
**accurate [40]**  4/23 5/19 6/12
25/23 26/10 30/5 40/13 44/1
44/11 44/15 44/24 45/19
172/15 172/19 173/8 175/9
183/11 205/18 205/24 206/4
212/20 212/21 212/22 213/7
214/2 214/5 215/10 229/10
230/20 230/21 233/6 235/20
237/11 237/18 237/22 238/15
238/21 239/1 239/7 240/4
**accurately [2]**  47/19 245/15
**accusation [2]**  15/22 48/6
**accusatory [1]**  11/8
**accuses [1]**  43/15
**acknowledge [1]**  250/19
**acknowledgment [1]**  87/25
**acquire [1]**  19/13
**across [2]**  61/15 75/23
**act [6]**  147/15 148/7 148/8
148/17 232/14 232/21
**Acted [2]**  184/23 185/1
**acting [3]**  51/11 222/12
222/13
**action [21]**  25/6 27/13 36/16
131/10 175/8 180/20 186/14
195/18 197/17 201/10 202/10
214/10 214/17 215/17 216/10
240/15 240/20 240/22 240/24
241/10 246/23
**actions [31]**  5/8 21/17 23/7
28/23 29/8 69/7 115/22
122/23 123/20 138/7 140/15
154/5 186/17 200/8 200/11
200/17 200/20 202/2 202/4
202/9 202/12 208/9 209/14
211/12 211/12 212/23 215/9
219/14 219/18 244/17 246/12
**active [24]**  115/1 117/17
117/18 117/22 117/24 118/7
118/9 118/14 118/16 118/24
119/17 119/19 119/20 119/20
119/25 120/21 120/24 143/13
143/16 143/16 143/17 143/19
149/4 199/24
**actively [4]**  118/11 120/16
147/15 148/9
**activity [1]**  63/3 216/10
**actual [4]**  5/20 86/20 114/6
162/16
**actually [24]**  4/22 5/9 6/10
9/20 23/4 28/19 41/15 43/2
43/9 61/14 74/14 76/2 104/25
110/8 110/11 146/25 164/10
164/14 175/25 181/4 195/6
203/18 212/9 227/5
**add [3]**  35/18 160/21 160/25
**adding [1]**  231/11
**addition [2]**  17/17 213/9

**additional [11]**  15/16 43/12
75/20 129/13 143/1 193/1
193/3 202/19 206/25 208/24
243/23
**address [8]**  6/8 10/6 37/4
45/12 59/24 72/17 81/12
239/16
**adhere [1]**  195/10
**adhered [1]**  198/12
**adhering [1]**  117/6
**adjustments [1]**  160/17
**admin [1]**  112/18
**administer [1]**  246/23
**administered [2]**  208/7 208/7
**administrative [16]**  193/11
193/13 193/23 193/24 194/17
194/22 194/24 196/6 196/14
196/17 197/11 197/14 201/13
210/12 210/14 215/3
**admissions [2]**  4/2 6/20
**admit [2]**  5/18 180/3
**admitted [12]**  6/13 13/7
14/21 14/23 26/11 53/1 53/5
53/10 86/23 87/11 203/22
216/1
**admitting [2]**  34/18 111/7
**adopting [1]**  4/3
**advance [1]**  116/22
**advice [1]**  97/4
**advise [6]**  97/3 175/7 197/24
219/2 219/23 246/14
**advised [1]**  97/3
**advising [1]**  101/14
**affairs [21]**  192/4 193/12
193/21 193/22 194/2 194/4
194/5 195/1 197/8 197/10
210/4 210/6 210/9 210/10
210/17 247/4 247/16 247/17
248/4 248/6 248/8
**affected [2]**  230/22 238/2
**affidavit [4]**  187/16 187/23
188/5 214/22
**affidavits [1]**  112/23
**after [53]**  20/15 20/17 21/9
22/16 22/20 23/8 25/7 27/2
27/3 27/4 28/14 32/24 33/16
35/8 35/17 35/23 36/3 37/1
37/2 40/22 47/2 64/23 65/6
72/1 80/6 82/1 94/18 95/24
138/5 141/11 141/16 141/18
153/9 153/13 161/18 168/4
171/16 172/5 181/24 181/25
182/13 182/24 191/11 201/10
201/20 203/9 221/18 226/8
233/25 244/10 247/5 248/5
251/6
**aftermath [1]**  99/8
**afternoon [16]**  76/19 76/25
104/12 106/24 112/3 156/5
188/18 190/14 199/21 199/21
221/13 221/14 222/22 223/9
223/13 226/5
**afterwards [2]**  68/18 100/11
**again [29]**  6/19 7/1 8/12
16/15 29/22 33/13 33/13
33/21 35/8 35/10 36/4 36/24
37/4 38/20 43/3 61/9 87/10
92/12 93/16 136/10 139/4

**A**

**again... [8]**   141/6 145/2
166/21 174/11 187/21 217/20
226/8 248/17

**against [11]**   3/2 15/21 48/6
179/7 182/10 184/14 184/19
186/24 195/24 206/5 214/17

**age [1]**   17/16

**agencies [1]**   218/24

**agency [16]**   114/14 153/14
190/21 191/10 193/16 194/20
195/6 196/9 196/21 197/1
197/3 209/23 214/15 215/16
232/16 247/14

**agent [27]**   3/3 8/17 8/18
22/21 27/23 32/14 46/24 47/6
47/12 53/13 53/24 55/12
56/18 57/2 57/5 58/1 92/15
99/11 131/4 136/20 137/1
144/25 145/9 175/22 203/5
204/22 250/15

**agents [3]**   45/25 46/9 109/15

**aggravated [1]**   143/19

**aggressive [9]**   116/22 118/9
118/14 118/17 118/24 119/17
119/20 120/24 143/16

**aglow [1]**   68/2

**ago [4]**   46/12 72/13 185/15
185/16

**agree [13]**   13/2 16/23 37/20
77/18 79/8 79/10 104/17
162/1 164/8 170/23 226/19
249/6 250/2

**agreed [4]**   76/21 79/12 79/13
249/8

**agreement [9]**   6/24 79/11
109/1 109/3 109/4 109/7
109/21 110/6 110/6

**agreements [1]**   109/2

**agrees [1]**   14/4

**ahead [17]**   55/25 58/15 88/6
88/9 90/10 92/7 94/2 96/6
98/5 99/2 99/11 99/21 101/1
101/20 102/17 174/22 251/3

**aid [1]**   28/24

**AIKEN [10]**   2/7 106/25 107/2
111/20 111/22 111/23 131/4
132/2 135/4 173/19

**aimed [1]**   23/24

**air [6]**   40/10 50/19 64/11
66/24 67/11 205/7

**aircraft [6]**   54/24 55/1 55/2
55/5 55/6 63/7

**alarmed [1]**   75/13

**aligned [1]**   56/23

**alive [1]**   38/9

**all [157]**   3/1 3/25 8/11 8/16
12/9 15/14 20/15 20/24 20/25
22/16 24/13 24/15 24/25 25/4
25/7 25/25 26/12 26/22 27/4
27/11 28/21 30/14 32/3 33/18
34/7 34/7 36/9 37/2 37/3
38/11 38/13 41/5 44/9 47/19
48/15 49/9 53/6 53/21 56/8
56/10 64/17 65/2 71/12 75/9
77/19 78/13 79/8 79/14 79/21
80/3 80/5 84/19 84/20 85/18

85/20 86/1 86/7 93/7 97/10
97/21 99/16 102/17 106/5
107/18 108/11 109/5 111/9
111/15 113/11 113/13 113/14
114/15 118/18 118/18 118/23
122/25 123/3 123/15 123/15
123/16 124/13 127/2 128/20
139/13 140/3 145/13 145/16
145/19 145/23 145/25 146/1
146/2 156/7 157/2 157/15
158/2 159/25 160/13 161/15
162/14 163/19 165/4 166/1
166/7 166/16 167/4 167/17
168/11 169/3 170/12 170/21
170/23 182/10 183/13 183/16
185/8 188/5 188/15 188/16
188/25 190/4 190/6 190/20
195/9 195/13 198/7 202/18
206/5 206/24 207/14 208/12
210/24 212/5 213/20 223/1
223/21 226/10 229/2 232/2
233/8 233/23 233/25 234/4
234/17 235/6 235/10 237/11
242/21 247/5 248/13 248/17
249/1 249/4 251/3 251/4
251/5 251/8

**alleged [1]**   193/13

**allegedly [1]**   17/4

**Allen [1]**   31/16

**allow [6]**   6/23 154/6 178/4
186/16 243/9 243/23

**allowance [1]**   187/6

**allowed [10]**   32/10 35/18
115/15 116/22 116/23 117/24
120/21 143/20 167/18 196/1

**allows [4]**   34/12 106/12
180/18 195/22

**almost [7]**   39/5 47/20 66/21
187/10 209/20 209/20 221/13

**alone [6]**   116/16 143/3 148/8
148/17 148/23 243/17

**along [5]**   35/14 40/11 50/14
87/3 249/11

**alongs [2]**   116/24 117/10

**Alpha [2]**   102/13 102/15

**already [8]**   40/22 63/19 64/9
72/22 128/17 130/24 186/4
193/4

**also [45]**   4/17 4/19 18/3
18/14 18/18 19/8 28/5 43/6
46/15 51/8 55/1 74/4 82/4
84/3 102/13 113/13 115/4
120/15 124/18 138/16 146/25
150/5 163/21 165/15 175/8
177/12 177/25 180/13 191/16
193/7 195/4 195/15 196/9
196/21 197/5 197/8 197/24
210/4 210/22 219/6 236/17
245/6 246/23 247/19 248/9

**alternative [2]**   76/22 208/17

**although [8]**   22/7 31/12
34/19 40/4 77/1 106/5 167/2
206/22

**altitude [1]**   55/2

**always [6]**   30/5 40/12 79/7
79/9 183/11 232/17

**am [69]**   4/19 5/23 6/14 8/17
10/6 11/1 11/13 11/24 31/10

85/20 86/7 93/7 97/10
49/5 57/14 57/23 58/8 59/5
59/6 59/14 60/6 61/11 61/23
63/5 63/8 67/20 77/1 77/3
84/20 86/19 93/9 96/23 97/16
100/19 108/12 108/23 109/23
111/6 112/10 112/18 112/22
113/2 113/4 116/5 121/14
131/4 131/12 137/10 138/3
141/17 144/12 145/17 150/8
153/18 162/9 169/11 173/5
177/4 178/22 178/23 183/5
190/20 192/25 203/1 205/1
220/9 222/13 222/14 241/19
244/23 247/21 250/5 251/1

**AMERICA [1]**   1/4

**American [1]**   230/6

**among [4]**   11/15 16/16 18/14
42/3

**amount [5]**   25/2 27/10 36/4
36/8 49/14

**analysis [1]**   209/25

**and/or [2]**   28/22 199/5

**angle [1]**   140/25

**ankles [2]**   118/20 120/25

**announced [1]**   176/21

**announcement [1]**   145/13

**anomalies [1]**   52/12

**another [24]**   8/18 24/2 35/8
37/17 39/12 58/14 85/1
114/14 122/21 128/3 151/10
155/5 156/21 162/18 169/1
169/6 191/10 194/7 196/2
216/22 217/1 226/14 234/21
244/7

**another's [1]**   244/11

**answer [11]**   14/16 82/12
109/18 154/6 162/9 175/16
178/18 202/3 211/8 219/11
247/23

**answered [5]**   8/19 14/11
14/14 75/2 155/11

**answers [2]**   13/24 19/24

**anticipate [3]**   104/2 107/18
250/14

**ANTICO [60]**   1/7 3/22 3/23
5/7 5/14 5/16 5/17 7/10 8/13
9/1 21/14 31/11 32/23 33/19
35/17 36/12 37/14 39/20
39/23 40/8 40/15 42/10 42/16
43/13 44/7 44/10 45/10 45/23
46/7 46/16 47/14 47/17 48/5
48/9 91/25 94/7 97/9 98/25
99/20 100/1 102/4 102/6
222/18 222/20 222/23 223/4
223/8 223/16 226/3 226/12
228/4 228/14 228/16 236/5
236/8 241/3 241/7 241/10
242/15 251/2

**any [125]**   3/8 3/9 7/9 15/3
15/10 15/14 16/1 16/3 16/22
16/23 16/23 16/24 16/25 17/1
17/2 17/4 17/6 17/7 17/9
17/11 17/13 17/15 17/19
17/23 17/24 18/1 18/2 18/4
19/4 19/5 19/9 19/10 20/3
26/3 28/24 30/9 36/22 37/9
48/4 48/10 53/21 58/9 63/9
64/10 65/4 66/15 68/8 74/12

**A**

**any... [77]** 74/18 74/20 76/4 76/4 76/12 77/1 77/4 80/1 81/10 86/9 87/10 93/15 98/11 104/2 106/9 106/10 106/19 106/19 107/18 107/19 108/1 108/2 113/14 116/2 120/25 131/10 135/13 141/21 144/13 144/20 146/9 152/13 153/4 153/4 153/8 153/23 154/3 155/5 155/16 156/2 161/13 170/24 173/15 174/14 175/6 176/25 182/10 185/8 188/10 188/22 198/16 199/1 199/18 200/17 202/3 202/18 202/20 208/1 210/12 211/17 215/22 216/12 217/5 223/24 225/7 225/10 225/23 237/9 241/2 241/3 241/6 241/7 241/10 241/11 248/20 248/20 250/21
**anybody [7]** 35/12 62/13 62/19 152/3 208/3 211/25 231/7
**anymore [1]** 64/21
**anyone [21]** 9/2 16/16 16/21 17/18 17/19 17/24 18/9 18/10 57/24 63/9 106/20 146/15 153/11 153/23 188/22 203/11 203/13 220/14 227/18 242/18 248/19
**anyone's [1]** 209/4
**anything [20]** 9/18 15/22 16/17 16/21 25/8 32/1 32/2 46/18 46/21 53/22 63/4 73/13 81/7 82/20 87/7 89/23 99/9 133/13 151/22 238/8
**anyway [1]** 33/4
**apologize [2]** 5/23 20/22
**apparent [1]** 218/13
**apparently [3]** 38/3 77/23 78/2
**appear [5]** 131/6 161/11 203/6 209/15 229/10
**APPEARANCES [1]** 1/12
**appeared [1]** 34/2
**appears [12]** 63/20 93/1 132/12 135/8 135/14 139/10 139/18 141/25 204/6 216/7 217/3 246/20
**applicable [1]** 244/14
**application [1]** 198/16
**apply [4]** 18/4 75/22 106/18 115/12
**appointed [2]** 191/2 192/6
**appreciate [3]** 19/17 47/9 106/13
**approach [1]** 24/5
**approaching [3]** 57/13 57/14 136/25
**appropriate [16]** 25/4 196/12 197/23 209/16 209/21 210/1 215/6 215/17 218/10 218/11 238/24 243/5 243/11 244/5 245/3 247/14
**appropriately [1]** 209/15
**approval [11]** 46/15 123/17 125/5 125/9 126/22 127/8

166/25 172/25 238/16 240/9 247/1
**approve [4]** 29/17 126/20 127/4 226/13
**approved [18]** 30/8 30/10 33/4 34/15 36/25 44/10 44/23 45/2 110/11 110/20 110/21 167/14 224/5 224/14 226/11 229/1 238/13 238/14
**approves [1]** 224/12
**approximately [2]** 49/16 62/2
**April [25]** 7/11 7/18 7/19 7/23 8/5 8/7 9/18 10/2 10/5 10/13 11/7 11/10 11/14 11/16 77/6 78/22 79/2 108/22 109/7 109/8 109/11 109/13 109/14 249/24 251/16
**arc [4]** 150/21 150/22 151/1 151/2
**arcs [1]** 150/25
**are [466]**
**area [32]** 35/20 39/9 44/4 85/1 118/4 119/10 119/10 119/15 119/16 119/22 120/8 120/10 120/12 120/22 121/2 121/8 121/8 121/9 138/13 138/14 141/5 143/10 143/11 145/3 145/4 150/13 151/10 151/15 182/18 208/23 216/16 217/1
**areas [20]** 62/16 113/16 118/1 118/3 118/4 119/25 120/1 120/2 120/3 120/4 120/17 120/17 120/23 121/5 121/13 121/15 123/4 139/2 143/17 152/24
**aren't [6]** 44/20 45/11 60/7 61/25 133/12 235/10
**argument [3]** 10/8 20/10 77/10
**arguments [5]** 13/20 13/21 20/16 78/17 250/13
**arise [1]** 107/19
**arm [1]** 35/19
**arm's [1]** 71/17
**armed [1]** 133/13
**arms [1]** 117/21
**around [26]** 22/14 40/22 42/15 43/4 52/1 61/23 63/2 63/25 70/19 70/21 73/8 84/22 94/20 101/2 101/21 102/18 125/14 135/6 139/13 141/2 142/5 156/22 221/23 223/12 234/14 234/16
**arrest [21]** 4/4 4/15 4/15 23/2 23/7 23/9 28/22 30/15 69/12 187/15 187/20 187/23 187/24 188/2 188/4 190/23 194/14 199/5 200/24 209/21 223/18
**arrested [3]** 69/10 100/11 196/3
**arresting [2]** 67/2 69/19
**arrests [5]** 22/20 99/6 99/8 187/14 187/19
**arrive [2]** 123/19 221/21
**arrived [1]** 227/5
**arrives [1]** 40/22

**art [1]** 20/22
**articulate [1]** 79/2
**as [288]**
**ascribe [1]** 208/15
**aside [2]** 31/6 214/24
**ask [34]** 3/6 7/1 10/14 37/4 57/2 77/6 82/12 82/15 83/1 83/1 84/6 100/1 106/15 106/23 108/6 108/13 108/19 116/17 125/11 127/18 137/1 139/3 149/2 150/12 155/12 160/13 181/21 181/22 188/19 200/10 216/4 228/9 228/10 241/21
**asked [49]** 9/25 26/7 42/7 73/18 73/21 74/4 74/14 75/2 75/5 105/11 108/11 132/2 133/1 135/4 136/8 147/16 155/11 167/23 173/19 174/4 174/10 175/20 176/19 176/23 177/10 177/12 177/13 177/25 179/4 179/5 180/13 185/22 187/19 191/22 192/2 201/14 202/16 206/12 223/2 238/12 239/14 239/20 241/14 241/21 243/1 244/2 245/5 245/6 246/10
**asking [19]** 3/3 8/17 10/9 25/21 90/17 91/15 92/12 93/16 96/19 96/21 98/24 98/25 101/7 102/9 102/25 131/12 140/4 144/12 174/6
**asks [4]** 14/2 14/8 161/1 161/1
**asphalt [1]** 240/7
**assault [1]** 118/11
**assembled [1]** 198/2
**assertion [1]** 39/14
**assessment [2]** 73/24 243/16
**assessments [1]** 193/20
**assets [1]** 190/21
**assigned [5]** 83/8 157/25 191/12 224/11 224/25
**assignments [2]** 112/20 112/20
**assist [4]** 20/3 50/23 50/24 63/9
**assistance [3]** 57/19 58/6 82/1
**Assistant [7]** 77/22 77/25 107/6 107/13 222/3 250/16 250/23
**assisted [2]** 45/13 50/21
**assisting [1]** 50/24
**associated [6]** 106/20 188/22 191/15 211/22 217/21 248/21
**assume [3]** 63/18 73/6 176/7
**assurance [1]** 219/22
**assure [1]** 16/14
**aswirl [1]** 43/1
**attach [1]** 246/23
**attached [5]** 4/21 4/23 110/9 210/9 212/5
**attachment [1]** 3/24
**attachments [9]** 3/12 3/17 5/9 5/12 6/1 6/16 6/21 10/15 108/5
**attack [1]** 109/24

257

**A**

**attain [1]**   193/17
**attempt [3]**   17/1 17/13 19/4
**attempted [2]**   208/8 208/21
**attempting [2]**   35/2 147/21
**attempts [1]**   35/20
**attending [1]**   199/13
**attention [20]**   8/6 51/2
83/18 131/5 136/21 136/25
142/6 145/2 146/7 176/8
193/21 198/25 203/18 204/2
204/16 204/17 204/21 215/18
216/15 248/22
**attorney [3]**   20/8 46/25
172/24
**Attorney's [7]**   1/14 5/1
25/15 172/24 202/8 236/21
247/11
**attorneys [3]**   20/15 53/8
75/23
**audio [38]**   88/3 88/22 89/5
89/17 90/1 90/11 90/20 91/3
91/12 91/21 92/8 92/17 93/3
93/12 94/3 94/9 94/25 95/9
95/18 96/2 96/7 96/25 97/11
97/22 98/6 98/20 99/3 99/13
100/5 100/15 101/3 101/10
101/22 102/19 103/19 105/24
206/14 206/25
**audit [20]**   8/13 8/20 8/25
9/4 9/7 29/23 29/25 30/12
30/13 30/14 31/14 32/12
36/23 37/3 44/17 123/2 123/3
159/5 159/8 221/4
**augment [1]**   227/1
**August [40]**   4/4 5/8 21/8
26/22 27/7 30/18 30/24 31/2
31/4 31/13 31/14 32/15 34/9
34/10 35/22 35/24 37/21 50/1
51/2 51/16 52/18 83/18 83/19
84/14 84/21 86/10 130/20
161/24 168/2 169/22 171/16
171/19 171/20 198/25 204/20
204/25 206/8 222/15 222/23
230/5
**August 19th [1]**   83/19
**August 20 [20]**   4/4 21/8
26/22 27/7 30/18 31/13 32/15
35/24 37/21 50/1 51/2 51/16
52/18 84/14 84/21 86/10
130/20 198/25 204/20 206/8
**August 2014 [1]**   83/18
**August 20th [7]**   34/9 161/24
169/22 171/16 171/19 204/25
230/5
**August 27th [6]**   30/24 31/2
31/4 31/14 34/10 171/20
**August 28th [1]**   35/22
**Australian [1]**   1/14
**authority [14]**   125/17 178/10
178/20 179/2 190/23 194/14
197/8 198/21 198/23 243/9
243/14 247/21 248/8 249/10
**authorize [2]**   125/17 125/24
**authorized [5]**   18/11 118/16
119/5 135/17 194/22
**automatically [1]**   30/11

**available [29]**   30/1 31/4
111/2 118/3 229/3
**Avenue [4]**   1/14 1/18 22/14
205/2
**aviation [4]**   49/5 49/6 49/10
49/17
**avoid [2]**   76/4 77/4
**aware [24]**   90/18 105/23
106/2 125/23 155/5 162/14
162/17 162/21 167/13 167/14
167/17 167/23 168/2 168/3
168/9 173/6 186/8 188/10
196/25 219/25 229/21 230/15
235/6 236/7
**away [29]**   21/24 30/23 34/13
35/3 35/10 59/20 60/4 60/25
61/5 61/9 61/20 62/14 62/14
62/19 64/8 70/12 70/22 71/3
71/15 71/18 72/16 72/17 75/6
75/24 80/6 117/20 140/25
151/8 164/2
**axles [1]**   56/10

**B**

**back [127]**   7/13 8/7 8/7 9/25
12/12 21/19 22/8 22/9 22/22
23/9 24/4 24/5 30/17 30/24
31/2 31/24 32/12 33/18 34/13
34/24 35/4 35/7 35/15 38/4
38/21 40/25 42/2 42/13 43/11
43/13 44/2 46/23 47/1 47/4
47/24 51/2 51/3 53/6 53/7
53/11 57/3 57/5 60/9 60/12
60/16 61/8 62/9 62/12 64/22
64/23 65/6 65/12 68/19 70/8
73/8 75/19 76/7 78/22 83/18
84/21 94/22 106/15 106/21
108/11 108/11 108/12 109/22
111/10 111/14 120/2 120/22
129/23 130/1 134/3 134/7
136/11 136/14 136/20 137/16
137/24 138/6 141/1 141/10
141/13 141/22 142/1 142/2
144/24 146/7 159/8 159/8
160/17 162/6 162/23 164/13
164/21 165/4 165/11 165/16
166/22 167/18 168/2 175/20
176/1 176/11 183/4 183/5
186/1 186/9 188/19 188/23
190/6 199/8 202/13 223/8
224/20 225/20 226/12 227/6
229/23 231/12 233/4 233/11
233/24 234/4 234/22 236/5
**backdated [2]**   31/13 35/24
**background [3]**   85/12 169/7
191/18
**backup [2]**   22/1 23/3
**backwards [1]**   194/19
**bad [4]**   22/16 27/5 27/8
150/24
**bailed [1]**   57/20
**bailing [1]**   98/10
**bailout [2]**   57/15 57/18
**Baker [2]**   184/23 185/1
**bald [2]**   68/7 68/9
**bar [1]**   116/25
**barricaded [1]**   244/19
**bartender [1]**   116/25

**base [1]**   19/11
**based [59]**   19/6 72/2 76/11
114/16 112/12 116/1 116/2
116/14 117/14 131/6 132/16
135/7 135/11 137/9 138/18
139/15 140/17 143/3 144/4
144/8 144/12 145/19 146/14
147/5 148/7 148/11 148/14
148/17 149/5 150/19 160/20
176/3 177/18 177/20 177/20
183/17 184/2 185/10 196/12
196/17 203/20 204/13 205/15
205/17 207/8 207/12 213/12
215/5 216/8 217/4 221/24
237/5 237/11 240/24 241/13
243/16 246/19 247/4 251/7
**basic [4]**   12/18 15/19 233/25
245/12
**basically [28]**   41/9 45/8
62/16 66/24 68/3 86/5 100/18
103/9 113/11 114/15 116/24
118/13 120/4 122/18 122/20
124/1 133/2 135/25 152/8
153/14 166/1 166/18 176/5
192/18 222/12 226/12 234/5
236/18
**basis [3]**   9/15 197/18 239/9
**baton [2]**   118/2 118/19
**batons [1]**   121/7
**batter [1]**   118/12
**battery [3]**   195/25 196/1
196/5
**be [302]**
**BEACH [76]**   1/2 1/7 1/15 1/21
1/24 4/10 21/8 21/10 21/21
23/4 23/12 25/14 27/17 28/11
28/14 29/25 38/4 38/12 38/13
38/21 39/1 43/16 46/1 48/12
49/3 49/15 73/7 80/21 81/1
83/13 83/23 88/17 98/12
112/4 117/23 119/4 121/11
121/19 125/8 127/9 130/18
130/19 131/11 132/16 143/20
145/23 149/6 154/12 157/25
170/1 173/11 174/16 174/19
175/2 175/6 187/25 190/16
190/25 191/5 191/10 191/11
192/20 199/23 201/7 202/8
203/7 204/7 206/2 213/20
215/1 215/2 216/7 227/11
234/10 243/3 247/10
**Beach's [1]**   174/24
**beanbag [1]**   118/2
**bear [2]**   15/14 16/8
**beat [2]**   21/12 24/12
**beating [2]**   23/16 23/17
**became [4]**   156/20 157/9
157/12 218/13
**because [64]**   6/25 6/25 9/13
9/19 11/1 11/17 13/25 16/11
18/11 18/16 21/17 25/7 27/4
27/16 28/5 29/10 30/25 33/2
33/4 39/25 42/8 42/14 42/23
43/11 45/11 46/13 46/16 60/8
60/24 62/2 64/7 68/5 68/8
68/9 68/18 71/23 72/10 73/6
74/2 75/12 76/1 76/4 84/18
90/15 97/17 125/5 133/11

258

**B**

**because... [17]**   147/11
153/11 153/16 153/19 172/22
207/12 215/9 215/11 218/13
219/20 223/12 229/1 229/5
230/20 242/23 247/13 249/7
**become [6]**   18/23 38/5 113/15
156/10 156/23 172/22
**becomes [2]**   23/21 116/20
**becoming [2]**   113/6 154/9
**been [71]**   5/11 5/14 12/17
14/16 14/22 18/12 22/17 25/4
25/7 38/24 39/21 39/22 41/23
43/21 43/22 43/24 49/14
51/23 56/22 56/23 66/20
66/24 67/1 70/18 70/19 70/19
72/23 73/4 73/20 77/12 80/24
84/8 87/5 99/6 102/23 108/21
109/17 110/25 111/1 112/11
130/23 153/11 160/10 162/15
167/14 168/6 168/11 169/22
169/25 173/5 180/24 186/4
190/25 191/6 193/4 198/23
202/15 215/18 217/13 221/24
226/4 226/11 231/3 234/9
234/23 236/15 236/16 236/25
237/6 242/19 247/3
**before [57]**   1/11 7/2 9/24
10/4 10/7 21/16 24/23 32/22
33/14 33/15 35/12 35/13 39/2
49/9 49/12 49/13 54/15 58/21
77/16 87/15 107/21 124/13
125/4 125/7 126/12 127/16
132/4 132/13 136/20 140/15
141/10 149/22 154/21 155/10
157/17 163/1 165/12 166/8
166/8 182/14 183/14 184/20
202/9 203/20 210/12 213/16
218/8 219/25 222/7 224/14
227/5 230/25 232/12 233/17
234/8 236/17 237/13
**began [2]**   35/7 35/19
**begin [5]**   18/15 20/5 21/3
43/9 213/2
**beginning [4]**   141/23 146/25
203/2 248/23
**begins [3]**   23/25 159/13
223/12
**begun [1]**   237/21
**behavior [2]**   121/18 197/24
**Behaviors [1]**   115/23
**behind [4]**   38/16 69/22
133/25 176/5
**being [35]**   7/6 26/10 43/18
51/14 70/23 71/3 76/3 78/18
116/15 134/2 138/11 141/6
142/17 150/13 153/16 158/20
161/11 163/7 168/7 175/21
178/1 183/9 185/1 185/23
192/6 194/10 196/3 205/8
207/25 213/7 218/18 219/25
234/24 238/5 248/18
**belief [1]**   240/24
**believability [1]**   15/15
**believe [53]**   4/24 5/18 6/20
13/15 15/1 15/1 15/2 28/23
29/8 41/20 41/24 48/9 52/23

65/24 84/24 85/6 86/20 88/8 89/3
89/10 91/17 91/25 94/22
95/23 96/20 98/13 102/25
103/4 103/11 103/16 104/14
105/17 111/16 131/10 137/15
144/8 145/19 145/23 146/2
150/19 171/21 191/2 192/25
199/8 199/12 199/13 199/20
204/15 219/19 222/6 224/22
230/14 230/19 236/16
**believed [3]**   72/3 178/7
199/7
**believes [3]**   48/9 243/11
246/22
**Bell [3]**   49/22 50/6 50/14
**belt [2]**   140/21 141/2
**benchmarks [1]**   193/16
**benefit [2]**   16/24 109/22
**Besides [1]**   6/20
**best [13]**   39/24 40/1 40/15
41/25 47/22 77/15 77/19
163/16 164/5 186/24 187/1
211/8 218/19
**Bethesda [6]**   100/12 100/18
100/19 100/23 101/13 101/14
**better [10]**   30/20 34/19
38/10 68/2 71/21 169/12
172/8 231/25 234/3 244/21
**between [17]**   8/9 54/4 70/7
89/12 102/14 171/19 186/22
192/16 193/24 203/20 222/22
223/9 225/25 230/5 230/18
234/9 241/15
**beyond [8]**   16/7 48/5 75/1
159/16 167/21 172/7 187/18
196/16
**bias [1]**   15/10
**bigger [3]**   23/19 25/13 50/8
**Bill [3]**   194/11 198/20 210/8
**birth [1]**   205/8
**bit [6]**   81/19 98/19 140/16
142/6 152/8 152/18
**black [1]**   205/8
**blanks [1]**   219/1
**blinded [1]**   129/6
**blocked [1]**   148/3
**blogs [2]**   17/21 18/1
**blow [1]**   119/14
**blows [1]**   119/19
**blue [1]**   61/15
**body [16]**   33/1 68/5 121/6
138/15 139/2 140/21 140/22
141/3 141/5 141/7 143/11
151/10 214/13 246/1 246/3
246/4
**bolting [1]**   148/4
**book [2]**   166/16 198/3
**boom [3]**   41/12 41/12 41/12
**boss [1]**   178/22
**both [17]**   7/12 10/22 50/14
72/17 78/13 124/23 141/4
151/9 154/21 184/24 185/4
185/4 186/25 196/21 218/7
225/1 232/15
**bother [1]**   48/1
**bottom [6]**   58/24 98/10
101/24 140/24 216/20 229/22
**Boulevard [3]**   38/13 38/19

38/19
**box [5]**   28/12 181/5 181/14
182/7 232/4
**boxes [6]**   28/2 28/25 122/23
124/8 124/9 181/11
**Boynton [62]**   4/10 21/8 21/21
23/4 23/12 25/13 27/17 28/11
28/14 29/25 38/4 38/12 38/21
39/1 43/16 48/12 73/6 80/21
80/25 83/13 83/23 88/16
98/11 112/4 117/23 119/4
121/11 121/19 125/8 127/9
130/17 130/19 131/11 132/16
143/20 145/22 149/6 154/12
157/25 170/1 173/11 174/16
174/19 174/24 175/2 175/6
187/25 190/16 190/25 191/5
191/10 191/11 192/20 204/6
206/2 213/20 215/1 215/2
216/7 227/11 234/10 243/3
**Bradshaw [1]**   66/9
**brain [1]**   235/13
**brakes [1]**   56/10
**Braswell [3]**   4/15 205/8
205/22
**Bravo [5]**   97/3 102/22 105/19
223/12 234/7
**break [13]**   6/5 38/11 75/17
75/18 75/21 76/19 77/8 78/19
79/21 107/21 188/18 232/16
232/17
**brief [6]**   10/16 77/16 94/22
104/8 111/17 155/23
**briefing [1]**   77/14
**briefly [6]**   61/8 84/24
106/23 191/7 218/3 235/23
**bright [1]**   128/19
**bring [14]**   8/6 11/24 12/9
39/17 80/5 111/9 131/4
156/13 163/11 163/16 163/17
182/18 183/5 189/6
**bringing [1]**   112/19
**brings [1]**   188/20
**broken [2]**   38/4 199/9
**brought [13]**   7/2 9/3 9/5
42/19 42/20 77/2 77/14
114/13 114/14 153/21 183/4
183/6 186/4
**Brown [33]**   4/14 10/4 23/18
23/20 23/23 24/24 32/5 32/15
32/22 32/25 33/2 33/7 33/9
38/15 39/11 39/14 40/19
40/20 40/20 40/22 43/9 44/3
44/5 77/2 84/9 99/22 132/19
146/13 163/21 204/9 204/10
204/15 206/3
**Brown's [8]**   39/11 44/8
162/15 162/22 163/21 164/2
175/21 205/24
**bud [1]**   174/13
**bullet [1]**   133/12
**bumped [1]**   23/20
**bunch [3]**   181/11 208/5
233/14
**burden [2]**   15/24 15/25
**Bureau [4]**   197/6 202/7 221/3
247/10
**burglaries [1]**   51/1

**B**
burglary [1]   239/11
burn [1]   227/15
burned [1]   65/15
business [2]   5/15 242/12
busy [2]   102/9 103/6
Byron [7]   4/12 35/2 35/6
  35/11 35/20 199/5 223/18

**C**

C-L-O-W-E-S [1]   80/14
cab [1]   13/6
cage [6]   151/24 152/1 152/7
  152/19 152/20 152/21
call [70]   41/11 46/21 46/21
  46/22 48/15 50/19 52/1 52/3
  52/13 64/22 75/18 77/17
  77/22 81/9 81/10 81/11 81/13
  81/25 82/13 82/21 82/22 83/4
  83/5 83/8 83/22 84/7 85/13
  88/13 90/14 90/14 92/2 92/5
  102/4 111/19 115/21 115/21
  123/14 127/24 128/5 128/6
  134/2 136/11 136/21 174/11
  181/19 185/12 186/22 190/8
  194/8 198/25 199/12 199/14
  199/16 199/20 200/9 200/11
  200/18 201/1 201/1 201/6
  201/10 203/18 211/17 211/18
  211/19 211/19 211/21 212/8
  215/18 234/8
called [29]   9/17 13/11 23/3
  27/22 29/3 45/7 45/24 50/16
  50/24 84/9 110/18 110/19
  118/1 123/7 127/21 128/18
  129/23 134/19 154/25 195/7
  196/18 198/2 198/22 207/7
  211/14 211/19 212/1 250/24
  251/4
calling [17]   57/10 57/11
  77/21 77/24 88/24 95/6
  101/17 106/17 145/2 146/7
  189/1 193/21 204/2 204/16
  204/17 204/21 216/15
calls [20]   29/4 81/4 81/8
  81/21 81/21 81/22 81/24 82/4
  82/9 82/25 89/12 89/14
  112/22 123/18 199/18 200/17
  215/13 220/7 220/10 225/7
came [22]   8/7 8/17 31/2 61/8
  77/16 114/14 123/14 135/6
  135/17 137/8 137/9 137/11
  137/15 141/12 153/16 153/19
  191/9 205/4 205/17 205/19
  208/6 249/5
camera [26]   51/10 51/24 52/6
  52/6 52/7 52/10 52/11 53/20
  53/21 54/6 54/7 54/9 54/12
  54/20 54/23 55/7 55/22 56/5
  56/23 59/8 59/20 61/5 61/9
  62/9 64/23 68/1
cameras [2]   55/19 225/4
can [164]   6/5 7/2 9/10 9/10
  10/1 10/2 10/12 13/5 13/5
  13/7 14/6 18/16 21/19 23/17
  24/7 25/14 25/22 28/6 28/7
  29/12 29/13 29/16 29/17

37/20 39/22 40/1 40/6 40/15
46/25 47/1 47/9 47/9 47/11
49/21 50/23 51/21 53/18 54/4
55/15 56/4 56/15 57/5 57/6
59/10 59/20 60/10 62/12 63/2
63/9 63/16 63/21 64/21 67/12
67/24 68/7 68/12 68/13 69/22
70/22 77/15 78/16 79/7 80/5
81/8 81/11 82/4 82/19 82/24
84/1 84/24 85/9 87/15 90/24
93/6 93/25 94/24 95/19 99/11
99/24 100/21 101/1 102/6
102/8 102/15 102/24 104/6
106/13 109/5 115/12 115/23
115/24 116/10 118/18 118/21
120/25 123/12 125/24 127/5
128/11 129/10 134/10 135/4
137/7 137/18 142/21 144/5
144/15 144/24 145/9 148/11
150/15 150/22 152/1 158/16
159/1 160/13 160/17 164/13
174/17 175/16 175/25 176/3
178/3 184/21 191/7 192/24
197/1 197/3 199/25 204/18
204/24 207/4 207/18 207/25
208/25 209/12 209/23 210/18
210/20 210/22 210/24 211/5
214/17 214/25 216/5 216/20
218/3 221/24 228/8 232/12
232/16 232/19 233/16 238/23
240/23 240/23 242/5 243/17
244/20 245/2 249/4 249/6
249/16 251/5
can't [27]   6/9 6/12 7/4
18/19 47/8 47/12 47/21 59/11
59/21 67/19 68/14 68/23 69/2
69/25 70/1 70/7 93/22 110/3
110/3 115/20 117/9 147/12
148/13 161/13 207/25 208/1
208/2
candle [1]   51/23
cannot [9]   7/10 8/4 14/13
14/14 16/3 39/23 68/16 198/5
242/6
capabilities [1]   51/25
capable [1]   235/21
capacity [6]   191/13 191/23
191/25 192/2 192/5 209/25
captains [1]   112/16
car [85]   21/9 21/11 21/15
21/20 21/21 21/23 22/1 22/4
22/9 22/16 22/19 23/19 23/20
23/22 23/23 24/4 26/17 31/18
38/14 38/16 38/17 38/18
38/18 38/23 39/11 39/13
39/12 39/15 39/17 40/24
60/16 61/21 61/23 64/10
68/13 68/21 68/24 71/6 72/4
74/18 82/16 89/1 93/22
128/14 129/5 129/16 129/17
130/5 130/5 130/10 130/11
132/6 132/6 134/7 137/8
137/11 137/25 141/13 141/22
147/12 147/14 148/2 148/3
148/4 148/5 148/20 148/21
148/23 149/2 149/3 152/6
152/13 152/21 162/23 175/21
177/7 177/11 177/15 180/1

188/11 202/19 225/4 239/21
240/6 245/8
card [1]   5/15
care [3]   21/15 47/10 226/16
carried [1]   194/23
carry [2]   75/19 219/19
carrying [1]   13/10
cars [7]   128/8 128/12 129/11
129/14 130/9 133/25 207/23
cartridge [6]   140/23 150/24
151/4 151/6 151/13 205/10
case [102]   1/3 3/3 3/24 7/20
11/3 12/14 13/3 13/22 14/19
15/9 15/17 15/18 15/19 15/25
16/17 16/21 17/5 17/10 17/14
17/18 17/19 17/23 17/25
17/25 18/4 18/5 18/5 18/10
18/11 18/15 19/4 19/5 19/23
20/13 25/13 34/5 36/19 37/15
37/16 39/19 40/13 43/17
43/20 45/13 45/25 48/3 75/22
77/3 86/12 106/18 106/19
106/20 125/16 128/3 139/22
157/24 157/25 158/2 166/2
169/17 172/23 172/23 188/21
188/22 197/18 197/18 199/8
207/9 207/10 207/15 209/19
210/9 211/20 211/22 211/24
212/1 212/2 212/4 212/6
212/14 218/5 218/6 224/6
224/18 225/24 227/4 228/21
229/22 233/25 234/4 235/12
236/5 237/9 237/9 237/10
238/4 244/14 248/19 248/20
248/21 248/21 250/19
case-by-case [1]   197/18
caught [1]   22/16
cause [7]   75/13 139/25 143/2
187/16 187/23 188/5 214/22
causes [2]   139/11 231/18
causing [1]   35/5
center [4]   55/7 55/11 59/22
63/3
CEO [1]   190/20
certain [8]   13/18 16/13
115/16 128/6 128/9 222/13
222/14 239/11
certainly [11]   30/4 39/4
48/4 67/2 106/5 191/9 202/13
209/14 210/21 226/9 235/18
certified [1]   113/15
certify [1]   251/13
chain [9]   13/12 23/11 24/20
30/2 65/7 122/25 126/13
173/1 246/25
chair [1]   117/8
challenges [1]   67/6
chance [3]   19/1 86/11 86/15
change [7]   29/20 29/20 29/22
92/2 167/19 168/4 183/15
changed [9]   9/21 11/9 32/24
34/14 36/15 37/3 73/23
181/16 217/13
changes [10]   32/11 35/25
36/24 43/10 43/12 44/8 44/11
44/18 84/3 221/5
changing [1]   77/2
channel [16]   85/10 85/11

**C**

channel... [14]   85/13 85/19 85/19 85/20 85/21 85/23 85/23 86/1 86/4 94/15 94/16 94/17 99/24 99/25

channels [4]   85/9 85/16 85/18 93/25

Chapter [2]   167/7 224/5

characterization [1]   11/19

characterize [1]   77/17

charge [10]   4/16 44/15 45/19 46/8 51/9 114/3 125/14 192/1 201/12 202/17

charged [3]   12/23 17/4 188/11

charges [2]   28/22 45/21

charlie [1]   151/15

chase [20]   21/10 22/10 22/18 38/6 38/12 73/1 73/4 73/19 85/4 94/18 95/12 128/4 162/6 162/19 163/7 170/8 223/19 231/11 243/1 243/2

chases [1]   243/6

chasing [1]   89/2

chat [3]   17/20 18/1 45/9

check [15]   28/12 28/25 41/9 43/22 47/1 47/4 47/11 83/21 85/12 87/24 166/1 166/2 166/4 235/11 235/17

checked [3]   124/8 124/10 182/8

checking [3]   62/16 181/5 181/14

checks [4]   42/18 86/4 122/22 181/11

chest [4]   32/18 33/10 205/11 205/24

chief [39]   7/20 23/11 23/14 24/13 25/11 77/22 77/25 107/4 107/6 107/6 107/13 107/15 114/4 157/5 189/7 190/16 190/18 190/25 191/2 191/3 191/4 192/7 194/23 203/1 203/5 203/16 203/25 216/4 217/4 217/25 221/2 221/15 222/3 222/12 222/13 226/10 231/2 238/12 250/23

chiefs [1]   199/13

choice [1]   16/4

choose [2]   13/15 16/3

Churchill [1]   59/22

circle [2]   54/17 54/22

circled [2]   55/11 94/20

circling [1]   63/2

circuit [2]   34/2 151/10

circumstance [7]   37/18 138/19 177/19 177/21 181/15 182/11 243/12

circumstances [16]   13/12 25/5 39/17 73/1 73/19 74/3 115/5 154/24 177/14 184/21 185/19 196/12 213/13 228/21 230/22 238/2

circumstantial [1]   13/11

citizen [1]   196/11

city [13]   38/4 39/23 80/21 80/25 81/23 81/25 112/4

170/1 190/20 191/11 194/17 204/6 234/13

civil [3]   1/18 209/16 247/13

civilian [1]   163/10

civilians [2]   163/7 190/24

claim [5]   239/17 240/8 240/12 240/18 240/20

claimed [1]   27/6

claims [3]   239/16 239/25 240/11

clarification [1]   108/19

clarify [2]   96/14 109/22

class [2]   112/10 199/13

classes [1]   81/6

classification [1]   216/10

clean [1]   15/23

clear [18]   5/22 6/14 46/18 48/3 51/16 72/16 76/3 76/23 78/22 84/11 96/5 99/23 99/24 197/10 213/3 233/11 238/17 249/16

clearer [2]   67/23 87/19

clearly [3]   7/9 23/16 70/5

Clematis [1]   1/21

click [1]   28/1

client [2]   11/4 109/15

climbed [2]   147/20 148/6

clipped [1]   22/4

clock [2]   128/11 132/13

close [5]   133/12 133/16 151/6 189/25 190/1

closed [5]   118/4 133/4 147/2 147/5 147/11

closer [4]   71/14 77/8 81/16 141/4

closing [2]   13/21 20/16

CLOWES [6]   2/5 78/9 79/15 80/13 80/14 81/15

code [2]   92/1 198/9

codes [4]   87/16 87/17 145/25 198/13

coin [1]   37/17

coincides [1]   3/23

collect [9]   24/15 202/17 202/23 206/12 206/15 206/17 206/19 206/24 224/25

collection [1]   217/20

collectively [1]   34/17

colonel [8]   66/4 66/6 199/22 199/23 199/24 200/18 200/21 201/14

color [1]   198/22

column [2]   119/10 121/9

com [1]   94/14

combat [1]   115/1

combative [1]   118/11

come [38]   6/12 6/21 6/22 8/6 9/25 13/5 19/9 30/6 42/13 44/21 45/23 46/23 57/3 57/23 57/24 60/2 75/23 78/24 79/10 105/19 108/11 108/11 112/17 113/14 116/24 117/10 130/1 130/11 134/7 136/14 160/13 163/5 163/21 169/6 173/25 206/11 220/20 250/1

come-alongs [2]   116/24 117/10

comes [16]   10/7 20/7 41/1

43/13 44/25 45/1 47/22 54/6 82/1 110/4 121/7 134/21 149/12 149/12 166/11 229/6

comfort [2]   111/17 198/5

comfortable [2]   10/6 75/19

coming [18]   7/24 9/24 40/21 61/24 62/13 63/6 64/8 73/7 73/8 74/8 89/8 118/13 137/5 137/23 150/25 217/4 223/2 226/12

comma [1]   173/3

command [13]   23/11 24/20 30/2 126/13 146/18 146/24 147/7 148/5 202/14 202/14 224/23 227/18 246/25

commander [15]   49/5 49/6 123/1 178/16 178/16 178/22 178/23 192/1 192/3 243/8 243/8 243/10 243/14 243/19 243/22

commands [13]   32/16 33/8 116/16 116/20 117/7 130/12 135/13 135/14 146/17 148/21 205/6 205/9 205/22

comment [1]   152/12

commercial [2]   50/12 50/13

commit [2]   195/4 232/14

committed [2]   17/4 218/23

common [2]   41/6 244/9

communicate [4]   17/19 93/24 158/19 229/12

communicating [1]   214/3

communication [2]   17/16 75/25

compare [1]   47/11

compared [1]   133/10

compartment [1]   152/4

compile [1]   123/3

compiled [1]   76/20

complain [1]   211/18

complaint [2]   211/20 214/14

complete [31]   5/12 6/16 31/10 31/12 44/21 44/22 125/6 126/24 127/12 140/22 141/2 150/3 151/11 154/15 167/3 167/3 168/5 175/9 175/14 204/19 204/25 205/18 206/9 213/6 213/23 224/4 224/10 233/9 239/1 242/20 243/10

completed [19]   3/7 29/15 31/1 33/17 34/2 35/21 122/16 124/18 124/23 126/8 127/4 127/7 127/11 134/4 154/23 155/8 187/20 213/21 239/2

completely [1]   229/21

completeness [2]   6/5 7/1

completes [3]   43/10 126/10 151/10

completing [2]   125/1 126/4

completion [1]   46/14

complicated [2]   165/23 235/11

complied [5]   32/18 33/11 205/12 239/22 240/1

complies [1]   151/16

comply [11]   35/20 116/16 116/19 117/9 118/21 130/1

**C**

**comply... [5]** 135/12 146/18
146/24 147/7 147/21
**component [1]** 116/7
**comport [1]** 195/9
**composure [2]** 104/12 104/13
**comprised [1]** 76/20
**computer [5]** 83/2 126/11
126/19 126/23 127/14
**computerized [2]** 123/16
126/19
**concealment [2]** 128/20 129/5
**concept [6]** 116/9 116/12
117/5 120/14 207/4 232/24
**concepts [1]** 156/16
**concern [14]** 40/3 64/3 71/10
77/4 105/6 131/19 132/7
135/10 139/12 139/19 143/2
152/24 186/12 208/24
**concerned [20]** 13/13 41/19
41/20 57/21 60/5 61/21 62/1
70/25 71/23 74/4 74/25 75/9
75/10 75/11 104/20 185/23
186/12 201/23 210/5 218/22
**concerns [6]** 23/14 63/10
65/4 74/6 74/12 230/9
**conclude [6]** 106/12 148/12
189/16 218/8 248/8 248/15
**concluded [2]** 25/5 187/10
**concludes [1]** 188/16
**conclusion [1]** 247/22
**condition [4]** 18/20 18/21
199/15 230/13
**conduct [25]** 16/11 16/14
85/1 85/10 131/10 133/22
134/2 134/8 137/4 138/5
141/21 146/12 153/4 153/8
153/24 195/14 195/15 196/6
198/6 209/23 214/3 214/6
241/17 245/2 247/17
**conducted [5]** 129/10 169/20
170/7 170/22 210/13
**conducting [5]** 130/4 130/19
133/5 191/18 194/24
**conducts [1]** 248/6
**confer [4]** 77/6 220/24
238/23 250/1
**conference [4]** 217/25 218/4
218/21 219/2
**conferring [1]** 76/11
**confident [1]** 189/14
**confirm [4]** 61/11 72/16
72/17 81/12
**confirmed [2]** 96/10 98/23
**confirming [2]** 96/23 250/5
**conflicting [1]** 185/10
**conformance [2]** 195/7 195/8
**confrontation [2]** 9/5 9/14
**confrontational [1]** 11/7
**confronted [2]** 119/5 121/24
**conjunction [1]** 247/6
**connect [1]** 150/2
**connected [2]** 150/2 150/24
**connection [1]** 150/24
**consent [2]** 195/24 196/2
**consequence [1]** 215/6
**consequences [5]** 10/11 19/15

125/1 214/20 214/24
**consider [8]** 14/19 14/23
177/12 180/23 181/2 213/20
230/4 242/10
**consideration [6]** 77/4 209/6
209/8 209/9 209/9 209/11
**considerations [2]** 210/1
210/7
**considered [7]** 13/19 120/10
121/11 127/11 162/2 198/4
198/8
**considering [1]** 15/3
**consistent [2]** 131/11 138/1
**constitute [1]** 247/13
**Constitution [9]** 194/11
194/12 194/13 194/15 198/15
198/20 232/8 232/13 232/23
**constitutional [2]** 168/16
197/14
**contact [7]** 76/4 82/23 132/5
132/8 132/10 133/15 196/10
**contained [2]** 162/23 163/23
**containing [1]** 37/25
**content [3]** 109/12 199/25
201/23
**context [12]** 26/2 174/7
196/24 202/22 210/16 218/20
218/25 224/13 238/18 244/17
244/21 244/24
**contexts [1]** 225/18
**continue [31]** 24/3 59/16
62/6 63/21 64/25 89/25 93/2
94/2 94/18 95/17 97/6 110/1
127/16 132/20 134/10 136/8
139/3 140/7 142/14 142/21
143/25 144/22 145/9 146/3
146/3 150/8 163/25 174/12
174/21 192/21 216/25
**continued [75]** 35/3 35/10
54/1 55/14 56/1 56/19 57/4
58/3 58/18 59/17 60/11 60/13
61/2 62/7 62/24 63/14 63/22
64/14 65/1 88/22 89/5 89/17
90/1 90/11 90/20 91/3 91/12
91/21 92/8 92/17 93/3 93/12
94/3 94/9 94/25 95/9 95/18
96/2 96/7 96/25 97/11 97/22
98/6 98/20 99/3 99/13 100/5
100/15 101/3 101/10 101/22
102/19 103/19 132/22 134/12
135/2 136/23 137/13 139/6
140/8 141/19 142/7 142/15
142/22 144/1 144/23 145/10
146/5 150/14 175/24 176/10
176/13 204/22 205/1 205/2
**continuing [1]** 205/16
**contradicted [2]** 15/11 242/9
**contribution [1]** 244/8
**control [12]** 14/6 50/19 62/4
116/22 116/23 117/2 117/3
118/1 118/18 118/19 119/14
130/11
**controlling [1]** 40/17
**converging [1]** 22/19
**conversation [2]** 79/4 174/12
**conversations [2]** 222/6
225/8
**converse [1]** 85/13

**cool [1]** 56/12
**coordinator [2]** 114/10 153/2
**copy [15]** 3/19 23/12 28/6
110/13 126/10 126/11 126/17
131/7 201/15 214/1 215/20
215/24 227/11 227/15 227/16
**copying [1]** 96/20
**corner [2]** 54/25 58/24
**corporals [1]** 125/14
**correct [183]** 19/1 51/6
51/18 55/10 55/21 62/18
66/21 67/5 67/9 67/10 67/21
67/24 68/15 69/9 69/21 69/24
70/9 70/10 70/12 70/13 70/16
70/17 71/5 71/10 71/12 72/4
72/18 72/22 72/23 72/24
104/13 104/21 105/21 116/11
120/9 122/3 126/6 126/16
127/13 132/15 155/20 156/8
157/18 157/19 157/21 157/22
158/1 158/6 158/14 158/16
158/20 159/3 159/6 159/7
159/10 159/11 159/12 160/6
160/11 160/22 161/4 161/8
161/14 161/24 162/2 162/19
163/8 163/13 163/17 164/2
164/11 164/12 164/15 164/21
165/13 165/17 166/5 166/13
166/18 166/25 167/1 167/5
167/6 168/16 168/17 168/19
168/20 169/1 169/2 169/8
169/18 169/20 170/4 170/14
170/20 171/3 171/4 172/1
172/2 172/5 172/12 172/13
172/16 172/20 173/1 173/2
173/8 173/12 173/21 174/1
174/3 174/10 178/5 197/9
206/13 212/9 220/2 220/4
221/16 221/19 221/20 222/5
222/15 223/24 224/6 224/12
224/15 224/21 224/24 225/2
225/5 225/6 225/8 225/15
225/18 225/22 226/17 226/22
227/2 227/19 227/20 228/4
228/5 228/18 228/24 229/3
229/4 229/7 229/13 229/14
229/19 230/13 230/18 231/5
232/10 232/21 233/6 233/12
233/18 234/1 234/10 234/19
235/4 235/8 235/12 235/17
235/21 235/24 236/2 236/8
236/19 237/1 237/6 237/7
237/13 237/17 237/18 237/19
237/25 241/23 242/14 243/5
251/13
**corrected [1]** 237/16
**corruption [1]** 247/11
**Cory [4]** 31/22 34/23 35/14
98/9
**could [122]** 9/3 10/10 22/21
23/20 27/23 32/14 36/7 36/13
36/13 36/16 50/7 55/12 56/2
56/17 57/18 58/1 58/4 58/17
59/16 60/9 61/1 61/9 62/8
62/25 63/23 64/13 64/15 69/7
70/5 70/6 70/14 71/3 71/20
72/2 78/2 79/12 81/15 81/19
81/24 82/7 83/2 84/7 88/1

**C**

**could... [79]**   88/21 89/16
89/18 90/21 91/13 92/9 92/18
92/21 93/2 93/11 96/18 97/2
97/12 97/23 98/21 98/24 99/4
99/14 100/4 100/6 100/16
101/4 101/9 101/20 101/24
102/17 102/20 103/20 104/5
106/15 109/21 109/22 116/16
119/21 120/5 120/7 120/16
120/24 121/10 124/3 129/17
133/24 134/2 134/8 136/20
139/25 140/4 143/8 150/21
151/7 168/3 174/2 174/7
175/22 175/25 179/8 179/11
180/23 192/16 195/18 195/21
196/20 206/19 206/21 207/1
208/9 208/15 208/17 208/18
210/6 214/10 214/21 214/21
224/15 225/10 232/14 239/8
242/4 247/13
**couldn't [1]**   125/6
**counsel [16]**   7/1 7/5 9/23
20/12 21/6 86/21 87/10
110/14 166/24 173/7 181/15
203/20 215/21 215/24 218/16
220/24
**counseled [2]**   45/5 155/16
**counseling [15]**   25/10 158/22
160/20 174/4 174/6 174/7
174/9 174/15 180/13 180/22
180/23 180/25 181/2 182/3
182/19
**count [3]**   11/3 11/3 46/8
**counter [2]**   115/1 213/2
**counteract [1]**   115/16
**counts [1]**   48/11
**county [5]**   21/10 49/3 194/16
202/8 247/11
**couple [3]**   74/14 84/7 249/1
**course [2]**   242/12 250/17
**courses [3]**   116/22 240/20
240/22
**court [19]**   1/1 1/23 7/2 7/3
7/19 10/19 16/20 18/15 21/6
53/9 77/12 78/15 110/14
171/23 186/4 207/9 220/7
220/10 251/18
**Court's [1]**   11/21
**courteous [1]**   183/3
**courthouse [2]**   13/9 76/2
**courtroom [15]**   3/7 12/11
13/4 19/7 19/13 19/25 76/5
76/8 80/12 106/22 111/13
172/4 188/24 190/5 248/25
**cover [8]**   21/17 33/1 37/6
114/22 118/18 118/19 198/7
205/5
**covered [5]**   100/9 118/22
119/9 193/6 198/19
**covering [1]**   88/12
**CR [1]**   1/3
**Crawford [4]**   222/3 222/3
222/7 222/8
**create [2]**   151/15 198/6
**created [3]**   110/12 123/12
211/16

**creates [2]**   296 31/11 211/19
**creating [1]**   110/18
**credibility [5]**   15/17 215/15
215/15 217/23 219/20
**crew [1]**   49/7
**crime [6]**   12/23 17/4 44/12
125/6 205/14 239/10
**criminal [17]**   12/18 15/18
15/19 28/21 45/21 168/19
172/23 172/23 196/14 196/16
209/24 210/3 210/11 218/6
218/19 232/14 232/20
**criteria [1]**   149/4
**critical [23]**   37/21 37/22
37/23 37/24 38/7 39/24 41/4
41/25 161/21 162/2 164/4
164/6 164/8 165/15 177/25
199/15 229/25 230/6 230/13
231/13 233/1 238/4 244/18
**critically [2]**   22/17 244/10
**cross [21]**   2/3 2/6 2/8 2/11
20/12 20/14 58/21 61/12
66/15 66/16 75/1 104/3
104/10 156/2 156/3 177/5
187/18 189/11 221/10 221/11
232/9
**cross-examination [7]**   66/15
66/16 104/10 156/2 156/3
221/10 221/11
**cross-examine [2]**   20/12
20/14
**crossfire [5]**   71/23 74/5
134/19 134/21 134/25
**crosshairs [1]**   55/8
**cuffs [1]**   151/7
**culpability [4]**   196/14
196/14 196/16 196/17
**current [2]**   112/7 243/21
**currently [2]**   110/15 112/3
**curriculum [1]**   192/19
**curtain [5]**   128/19 129/2
129/3 133/20 134/1
**custody [20]**   25/4 27/11
36/10 63/9 63/19 64/17 64/21
65/10 72/8 72/11 72/14 72/15
74/23 98/17 99/1 128/7
128/21 129/22 130/2 130/14
145/13 145/15 145/16 145/18
145/20 145/20 145/23 146/1
146/2 186/25
**custom [1]**   221/24
**customarily [1]**   221/23
**cut [2]**   29/1 89/24
**Cynthia [3]**   90/6 90/23 91/6

**D**

**D.C [1]**   1/19
**damage [4]**   118/20 140/4
140/5 205/13
**dangerous [6]**   67/8 69/17
71/12 71/14 71/17 74/15
**dangers [1]**   68/23
**dark [1]**   56/12
**data [1]**   28/2
**database [2]**   29/19 29/19
**date [17]**   26/23 28/3 28/3
28/7 30/7 30/8 30/10 30/11
54/20 83/21 122/24 126/12

149/14 199/2 204/18 205/8
251/16
**dated [2]**   26/22 30/8
**day [35]**   7/12 8/22 18/20
28/14 30/24 46/19 47/22 67/4
78/5 78/6 78/25 81/25 108/23
109/5 109/19 109/20 110/1
110/5 112/17 112/19 115/20
123/14 149/14 172/9 178/9
184/3 184/23 188/6 213/15
213/16 226/6 233/10 235/7
242/6 248/16
**days [10]**   35/22 36/3 45/17
109/23 125/4 171/19 181/25
226/4 226/6 226/12
**daytime [8]**   51/25 52/10 54/7
54/8 54/10 55/20 67/22
102/16
**dead [3]**   38/9 97/25 163/17
**deadly [20]**   115/1 118/25
119/3 119/5 119/7 119/12
119/18 119/21 119/24 120/6
120/10 121/1 121/2 121/5
121/11 134/22 138/22 139/1
139/2 143/6
**deal [3]**   81/9 99/8 201/24
**dealing [5]**   40/1 40/16 187/8
192/18 230/17
**dealt [2]**   33/24 49/18
**death [3]**   138/21 140/3 140/5
**debrief [3]**   164/22 164/25
244/10
**debriefing [5]**   42/3 233/15
244/2 244/25 245/2
**debriefings [1]**   233/4
**debriefs [1]**   244/18
**December [4]**   236/11 236/12
236/13 236/17
**decide [5]**   13/3 14/25 19/23
20/18 160/21
**deciding [1]**   14/19
**decision [12]**   7/17 10/7
18/17 19/6 19/11 177/15
178/4 178/17 178/23 178/24
179/2 244/25
**decompress [4]**   42/2 164/13
164/21 233/11
**decompressed [1]**   233/5
**decompresses [1]**   165/12
**deemed [1]**   25/4
**deems [1]**   26/4
**defend [1]**   194/13
**Defendant [48]**   1/9 1/20 3/11
4/2 6/21 12/23 14/2 14/4
15/20 15/21 15/23 15/25 16/2
18/6 20/12 20/13 21/14 24/22
24/25 25/8 25/18 25/19 25/21
26/7 26/20 27/2 27/12 27/14
27/15 29/18 30/3 30/12 30/18
31/22 32/7 32/24 33/3 33/15
33/16 34/10 34/11 34/15
35/13 36/2 36/21 37/5 121/21
122/6
**Defendant's [5]**   16/4 16/6
20/8 36/25 218/16
**Defendants [1]**   218/14
**defense [14]**   3/4 12/5 37/10
52/24 77/9 78/14 104/2

**D**

**defense... [7]**   110/13 172/24
203/19 215/20 215/24 250/20
250/25
**defensive [3]**   114/23 114/25
191/15
**defer [1]**   209/16
**defined [1]**   173/10
**definition [3]**   51/25 54/7
54/8
**definitions [1]**   19/9
**definitive [1]**   77/13
**DeGiulio [7]**   189/18 227/22
228/3 228/13 250/10 250/17
250/23
**degree [1]**   140/25
**delay [4]**   46/13 178/4 236/15
236/16
**delaying [1]**   223/4
**deliberate [3]**   53/6 53/7
53/11
**deliberating [1]**   26/5
**deliberation [1]**   53/11
**deliberations [1]**   18/16
**deliver [1]**   126/21
**delivered [1]**   138/11
**delivering [1]**   35/19
**Delta [6]**   96/18 97/2 99/16
99/19 101/13 102/2
**demonstrates [1]**   147/19
**department [89]**   1/17 4/11
5/16 6/11 8/18 9/2 25/14
27/17 28/12 28/15 30/1 30/1
43/16 48/12 80/21 81/4 82/2
82/2 82/3 83/23 88/17 90/8
90/15 90/18 112/4 112/21
113/8 113/11 113/15 113/21
114/19 117/24 119/5 121/19
121/22 121/23 122/3 122/19
123/2 125/9 127/9 130/18
132/17 145/14 145/23 149/7
156/17 157/13 157/20 165/11
168/12 173/11 187/25 190/17
190/19 191/1 191/5 192/20
192/22 193/10 193/11 193/14
194/18 195/7 195/9 197/4
197/5 197/7 197/20 199/2
204/7 210/4 215/6 220/14
220/21 222/2 224/12 227/5
227/12 227/14 227/16 231/3
232/2 232/20 234/10 234/10
234/22 236/19 247/15
**department's [5]**   121/12
165/7 192/2 206/2 248/10
**departmental [4]**   192/15
192/17 210/7 246/20
**depending [6]**   82/12 83/1
112/16 169/10 237/22 250/23
**depends [6]**   76/15 83/15
116/9 119/21 183/13 232/21
**depicted [4]**   53/19 143/9
177/22 209/4
**deploy [1]**   115/6
**deployed [8]**   32/17 33/9 34/1
137/24 205/10 205/23 239/21
240/1
**deployment [1]**   35/6

**deployment [2]** 290 **[3]**   149/8
**deploys [2]**   149/23 150/1
**deputy [1]**   49/11
**describe [27]**   11/6 59/20
63/17 121/6 128/11 137/4
137/7 143/5 145/3 145/4
146/13 150/5 150/13 157/23
158/12 162/21 169/17 183/8
183/11 183/21 183/24 184/13
191/7 207/19 211/15 240/19
246/3
**described [21]**   38/1 117/12
121/16 123/7 130/3 133/18
138/9 138/16 141/11 143/6
155/9 170/16 175/11 177/2
177/2 181/24 197/16 207/17
210/3 211/2 241/15
**describing [8]**   122/13 136/8
141/11 146/12 181/10 184/19
219/4 219/24
**description [5]**   124/18
166/17 175/11 205/24 226/20
**deserves [1]**   13/17
**desire [2]**   207/14 232/4
**despite [6]**   7/11 39/13 70/18
161/11 170/21 232/9
**detail [4]**   29/6 166/17
179/11 235/21
**detailed [5]**   12/20 166/13
179/8 226/25 235/16
**details [3]**   28/22 109/16
179/6
**detain [2]**   34/4 35/11
**detained [2]**   63/16 151/22
**Detective [1]**   4/13
**detention [2]**   199/5 200/24
**determination [5]**   25/6 36/16
243/17 243/20 247/18
**determine [13]**   12/22 48/8
81/12 121/19 121/24 135/20
136/3 138/10 144/5 208/14
211/3 242/3 247/2
**determined [1]**   214/15
**determines [1]**   163/15
**determining [1]**   15/16
**develop [2]**   213/3 213/3
**device [2]**   17/7 18/1
**diary [5]**   174/22 174/23
175/1 175/1 182/3
**dictate [3]**   115/23 122/9
186/16
**did [161]**   5/17 7/17 14/4
21/18 21/23 23/6 24/25 25/2
26/7 27/3 27/4 27/16 29/7
29/18 31/3 31/6 31/10 31/11
36/7 36/15 41/9 41/17 43/17
46/8 47/13 49/9 52/1 52/2
52/3 52/4 52/18 52/19 60/17
60/17 60/24 62/4 62/5 62/19
62/21 64/19 64/23 64/24 65/4
65/6 65/9 65/12 72/7 72/25
73/11 73/18 74/5 74/18 74/20
74/21 74/24 74/25 75/8 76/9
76/10 84/22 86/10 86/15
88/19 89/8 94/22 95/3 96/10
96/15 100/1 100/11 103/22
114/21 120/19 122/22 123/15
130/18 141/11 143/2 146/9

153/4 153/7 153/9 154/15
154/18 154/21 156/10 156/20
156/22 162/9 162/10 163/20
171/8 171/17 176/16 176/16
180/16 181/15 182/9 182/17
183/7 185/15 185/20 189/11
191/21 192/6 199/11 199/18
199/20 200/17 200/19 200/20
201/10 201/16 201/18 201/19
201/20 201/25 202/3 202/6
202/23 203/9 203/11 203/13
206/15 206/16 206/16 206/17
215/16 216/11 217/5 217/10
217/25 218/2 218/13 219/2
219/6 219/23 220/2 220/3
220/4 220/14 220/17 220/20
221/3 222/22 223/1 236/10
239/22 240/7 241/21 241/24
243/19 243/20 243/22 243/22
243/23 247/7 247/12 249/3
249/11 250/13
**didn't [58]**   10/24 11/5 14/3
26/19 29/24 30/2 30/3 30/3
30/4 31/13 31/25 32/2 33/1
36/6 45/14 73/9 74/12 75/13
76/12 76/14 77/22 85/2 85/3
105/3 106/5 136/11 140/21
140/22 141/23 143/1 150/2
152/7 157/1 159/8 162/12
171/7 174/20 177/6 181/3
181/6 181/21 185/6 185/8
185/9 185/9 221/19 225/23
226/10 227/14 227/21 227/23
228/3 228/8 228/15 236/10
236/11 239/18 240/3
**differ [1]**   54/8
**difference [4]**   8/9 13/13
192/16 193/23
**differences [2]**   50/7 55/23
**different [27]**   9/9 27/20
29/10 40/20 67/4 77/25 92/25
109/2 113/15 114/12 118/1
119/25 120/3 120/14 122/13
123/7 126/1 126/3 182/6
182/7 183/19 183/23 184/22
192/13 199/9 225/18 243/25
**differently [3]**   109/24
169/20 241/21
**digit [2]**   81/22 82/6
**direct [12]**   2/3 2/6 2/8 2/11
13/14 48/23 79/19 80/18
111/25 178/3 190/11 226/10
**directed [1]**   105/18
**directions [2]**   69/3 71/9
**directives [4]**   198/3 198/4
198/8 246/20
**directly [2]**   46/21 113/2
**director [1]**   155/19
**disagree [2]**   11/8 249/6
**disagreement [2]**   78/10 78/11
**disagreements [1]**   76/22
**disappear [1]**   173/21
**disappears [2]**   45/9 160/10
**disbelieve [1]**   13/15
**discharge [3]**   139/22 140/1
140/2
**disciplinary [8]**   154/5
169/12 214/10 240/15 240/24

**D**

**disciplinary... [3]** 241/10 246/12 246/23
**discipline [8]** 169/1 174/20 174/23 191/14 232/21 237/23 246/24 246/24
**disciplined [3]** 153/23 154/4 155/16
**disciplines [1]** 192/12
**discovery [1]** 218/15
**discrepancy [1]** 242/10
**discuss [11]** 3/9 11/18 13/22 16/20 16/23 106/18 119/24 188/21 233/16 243/22 244/11
**discussed [10]** 9/24 10/5 17/8 18/19 18/22 31/3 84/12 127/19 152/25 219/21
**discussing [3]** 83/22 108/21 109/17
**discussion [6]** 10/3 11/14 76/13 78/16 168/11 244/20
**discussions [3]** 17/10 17/14 18/16
**dislocate [1]** 120/5
**dispatch [6]** 50/20 56/16 81/14 85/19 90/8 202/20
**dispatched [1]** 186/22
**dispatcher [10]** 78/9 80/23 80/24 81/3 81/14 81/14 82/11 82/21 85/6 90/16
**displayed [4]** 135/21 203/14 217/7 217/7
**displaying [1]** 136/4
**dispute [1]** 186/23
**disregard [1]** 14/18
**disrupt [1]** 85/14
**distance [5]** 55/5 55/6 55/7 130/8 130/15
**distinction [1]** 241/15
**distinctive [1]** 57/8
**distract [1]** 19/23
**DISTRICT [3]** 1/1 1/1 1/11
**disturbing [1]** 218/11
**diversity [2]** 191/16 192/13
**division [13]** 1/2 1/18 113/23 114/1 114/1 114/6 123/1 125/15 157/13 247/17 248/6 248/8 248/9
**do [188]** 3/19 5/13 10/20 13/2 16/16 16/22 17/3 17/6 17/9 17/13 19/18 19/21 19/23 19/24 24/7 24/15 30/16 32/9 36/6 38/9 40/12 41/8 41/8 41/8 41/14 43/14 43/17 48/1 48/2 48/11 49/4 49/4 49/6 49/9 50/10 52/5 52/15 52/17 53/9 56/25 58/9 58/15 58/16 60/1 60/23 63/3 63/10 63/12 64/3 64/5 65/16 65/19 71/8 73/20 73/20 74/2 75/22 75/25 76/17 77/19 77/20 78/25 79/2 79/16 80/1 80/22 80/22 81/8 81/21 82/4 82/11 82/11 82/17 82/21 83/1 84/4 84/19 85/18 86/8 89/1 91/6 91/15 91/24 93/8 93/8 93/18 94/20 95/21 96/21 97/16 99/9 99/16

101/17 102/24 106/19 107/18 110/4 112/20 113/3 113/4 114/16 114/19 115/23 115/24 116/10 116/15 118/20 119/12 120/17 120/19 124/4 126/15 126/21 129/8 129/25 131/12 131/14 131/16 132/9 132/17 134/23 136/17 137/15 144/8 146/18 146/19 147/2 149/6 149/7 149/17 149/24 150/17 150/19 151/15 152/7 152/11 153/7 154/21 164/22 165/7 165/8 169/6 169/25 170/6 174/5 174/16 176/20 176/25 177/16 181/24 182/3 182/11 182/17 182/22 185/24 197/5 197/22 198/1 198/18 199/16 199/17 201/16 202/6 204/2 204/4 204/5 204/14 208/14 209/25 218/19 218/24 228/13 233/19 235/16 236/10 237/24 239/7 243/20 244/2 244/18 244/21 244/24 249/12 249/17 249/18 250/12 250/16 251/7
**document [36]** 4/7 4/7 4/7 4/10 5/7 6/17 28/12 28/14 111/1 122/17 126/6 126/7 126/8 126/11 174/16 174/17 175/7 194/7 197/15 204/2 204/3 204/17 204/18 206/11 213/8 214/20 215/9 216/6 216/15 217/4 217/8 236/18 238/18 239/1 245/23 246/13
**documentation [12]** 187/15 202/21 206/24 211/23 211/24 212/7 216/12 217/5 223/3 238/24 239/13 247/6
**documented [8]** 135/25 174/19 208/10 212/24 215/12 219/14 245/15 245/17
**documenting [1]** 242/23
**documents [10]** 111/2 126/16 194/10 197/19 202/18 206/12 206/14 206/15 206/18 206/19
**does [64]** 18/9 18/14 18/18 20/8 24/14 30/10 32/20 34/19 35/15 47/18 52/11 52/13 52/16 54/8 55/6 61/16 83/3 87/23 91/9 94/14 94/18 96/4 96/13 97/5 102/24 104/2 116/10 121/18 121/21 123/2 127/9 129/3 130/3 131/6 145/15 145/22 147/14 147/19 148/6 148/8 150/5 151/2 168/12 168/24 175/8 177/21 178/9 180/20 181/25 186/12 186/13 198/15 203/6 206/8 213/20 215/13 219/19 232/14 238/15 238/17 240/13 243/8 248/15 250/20
**doesn't [20]** 29/1 30/9 31/24 33/21 34/6 34/24 39/14 42/24 44/4 46/16 46/17 46/18 65/6 68/8 74/2 149/3 223/8 229/10 232/13 235/13
**dog [10]** 23/19 40/21 151/19 151/21 151/22 151/25 152/8 152/14 152/15 152/18

**doing [23]** 17/25 43/15 56/22 60/3 60/21 64/1 65/22 70/2 74/16 97/7 100/10 104/25 105/18 106/3 109/6 114/24 123/6 139/23 198/22 198/22 230/10 249/24 251/1
**domestic [2]** 186/22 186/23
**don't [92]** 5/17 6/2 6/21 21/7 36/13 36/22 38/17 38/23 46/4 46/4 46/21 47/2 47/6 47/15 48/1 48/1 53/10 54/11 54/15 60/21 64/21 65/24 72/8 73/13 76/3 76/17 76/17 77/1 78/23 83/21 84/8 85/14 86/9 87/7 93/9 94/19 95/25 96/1 98/13 98/15 99/9 100/13 101/19 106/4 106/9 106/18 106/19 106/19 107/8 108/8 109/11 109/22 113/3 126/19 127/17 128/3 132/8 134/4 135/12 135/14 135/19 139/13 140/3 143/24 146/22 146/22 149/19 164/19 171/3 171/21 172/25 173/25 174/14 184/17 187/4 188/12 197/21 200/10 207/21 208/3 209/15 215/11 221/23 228/22 229/1 229/2 236/9 236/14 243/24 247/2 250/6 250/18
**DONALD [1]** 1/17
**done [30]** 6/18 23/13 25/8 29/14 31/1 41/13 47/3 65/21 65/23 78/23 86/13 138/14 142/17 149/10 153/12 153/15 159/19 159/20 165/16 166/7 166/8 166/11 169/4 181/1 189/21 226/17 235/13 242/13 244/18 244/21
**door [20]** 23/25 24/8 60/22 129/20 129/20 135/7 135/13 135/15 135/18 136/22 137/1 137/5 137/16 137/24 138/6 140/12 146/20 147/1 147/10 147/12
**doors [6]** 128/20 128/25 129/21 133/3 147/5 147/11
**dot [1]** 232/9
**double [1]** 205/13
**doubt [4]** 16/7 48/4 48/5 196/17
**Doug [1]** 189/18
**Douglas [2]** 250/11 250/14
**down [35]** 8/17 8/19 22/11 38/3 38/25 38/25 39/23 45/23 68/20 70/6 75/15 79/6 81/17 81/19 98/14 102/7 105/4 118/5 118/22 128/18 128/25 162/4 165/4 166/15 170/8 171/2 174/11 188/16 223/19 230/12 231/12 231/21 233/17 234/1 248/14
**downed [1]** 40/1
**download [2]** 149/21 149/22
**downward [1]** 140/25
**draft [4]** 166/22 213/21 213/24 237/21
**drafts [4]** 45/15 127/10 183/24 242/19

**D**

**draining [1]** 235/4
**draw [2]** 51/2 83/18
**drawn [1]** 24/6
**drew [1]** 205/5
**driven [1]** 148/3
**driver [45]** 21/12 21/23 22/2
22/4 22/11 22/14 22/18 23/1
23/17 24/8 24/11 31/23 32/1
32/2 34/21 34/23 35/2 35/16
40/25 114/20 129/16 129/17
129/20 132/18 134/5 147/7
147/9 147/14 147/14 148/2
148/3 148/5 148/6 148/6
148/13 152/3 204/14 204/15
204/22 204/24 205/1 205/2
205/3 205/15 205/16
**driver's [7]** 5/15 23/22 41/1
147/1 147/5 147/20 148/4
**drivers [2]** 94/20 129/25
**drives [1]** 23/22
**driving [8]** 22/1 38/1 38/22
114/23 146/12 156/21 208/21
234/14
**drove [1]** 21/24
**dry [7]** 151/2 151/3 151/4
151/5 151/5 151/6 151/11
**due [2]** 101/7 188/5
**duly [1]** 12/15
**dump [1]** 49/13
**duration [1]** 94/19
**during [21]** 10/22 16/22 23/2
23/7 35/6 81/25 98/15 104/12
106/25 112/17 122/10 128/13
130/17 151/25 154/12 155/19
162/18 163/7 164/20 200/21
219/2
**duties [19]** 25/3 27/11 36/9
51/7 81/2 112/9 112/15
112/17 113/1 113/9 173/19
190/18 192/11 195/23 198/17
201/8 232/7 234/13 237/9
**duty [22]** 12/19 12/22 39/20
39/22 42/14 43/3 43/3 43/5
43/6 112/11 113/7 154/21
155/21 175/2 175/7 175/8
175/12 186/2 186/9 226/4
226/19 238/15
**DVD [1]** 65/14
**dynamics [2]** 161/23 162/1

**E**

**each [23]** 9/8 24/10 48/6
58/11 58/22 69/3 85/14 86/2
109/1 109/2 115/14 115/21
115/21 121/16 122/15 131/10
134/24 174/17 186/24 197/15
198/4 233/24 244/16
**eagle [17]** 40/9 50/16 50/21
52/13 57/18 58/6 90/24 91/2
91/15 92/13 93/15 93/16
93/18 93/24 94/17 100/2
100/8
**earlier [11]** 38/24 118/23
123/22 136/2 138/9 138/16
158/25 198/18 218/6 219/21
249/17

**early [10]** 296/22 75/5 75/8
75/10 75/11 75/12 189/21
199/20 230/4 236/7
**Earth [1]** 17/6
**easier [1]** 249/9
**east [1]** 205/3
**eastbound [2]** 97/15 97/15
**easy [1]** 235/13
**eaten [1]** 111/10
**edits [1]** 29/21
**effect [1]** 230/21
**effects [2]** 28/24 29/9
**effort [1]** 212/13
**efforts [1]** 202/3
**Eichorst [1]** 205/14
**eight [8]** 33/25 62/2 98/10
114/15 114/22 171/19 181/25
192/5
**either [8]** 13/15 16/16 76/20
81/13 83/4 136/1 168/16
232/15
**elaborate [1]** 246/21
**elbows [2]** 118/20 120/25
**electricity [1]** 150/25
**electronic [6]** 17/16 29/11
29/11 29/19 29/20 214/1
**electronically [2]** 3/20
149/7
**element [1]** 239/10
**elements [1]** 28/21
**elevator [1]** 76/3
**eliminate [1]** 242/24
**ELIZABETH [5]** 2/5 78/9 79/15
80/13 80/14
**Ellen [2]** 189/19 250/11
**Elm [4]** 61/11 162/16 205/4
205/17
**else [14]** 15/23 16/17 16/21
18/10 18/13 39/16 46/21
73/13 87/7 96/22 105/18
172/4 177/3 211/25
**email [2]** 5/17 17/20
**emerge [1]** 213/4
**emergencies [1]** 112/22
**emergency [3]** 81/4 81/23
90/8
**emotion [1]** 187/7
**emotional [3]** 39/3 41/18
235/3
**emotions [8]** 164/15 186/16
186/24 187/3 187/4 231/20
231/25 232/3
**emphasis [2]** 194/11 207/9
**emphasize [1]** 17/17
**employed [9]** 25/3 27/10 36/8
49/2 80/20 112/3 190/15
191/5 191/6
**employee [5]** 194/3 195/8
197/12 215/15 246/25
**employees [4]** 113/13 190/23
194/1 197/20
**employer [1]** 16/18
**employment [3]** 191/4 191/8
193/25
**encounter [1]** 115/17
**encountered [1]** 122/20
**end [43]** 12/20 12/25 15/17
15/25 21/16 25/7 39/5 39/18

42/15 42/22 45/13 46/20 48/3
57/3 76/19 78/5 78/6 78/25
80/9 105/15 108/23 109/19
109/20 109/25 110/1 110/5
119/12 124/13 124/16 124/23
125/3 125/7 125/18 163/5
163/11 163/16 166/8 188/3
203/2 213/14 213/14 213/15
234/5
**ended [2]** 89/1 97/25
**ends [1]** 97/25
**enforcement [6]** 24/14 194/9
195/22 198/21 209/23 214/18
**engage [3]** 118/8 207/13
210/12
**engaged [3]** 40/23 196/3
207/11
**engagement [2]** 196/11 205/25
**engine [2]** 50/6 56/8
**engines [1]** 50/9
**enhanced [1]** 172/4
**enough [8]** 60/1 146/23 151/7
152/6 152/11 183/3 246/22
247/2
**ensure [2]** 6/16 238/24
**enter [1]** 181/21
**entered [1]** 130/23
**enters [1]** 12/11
**entire [9]** 6/16 26/5 68/9
113/19 155/4 196/13 203/2
209/21 216/21
**entirely [1]** 115/18
**entitled [1]** 20/3
**entity [1]** 209/22
**entrance [1]** 22/2
**entries [1]** 174/22
**entry [2]** 175/1 182/3
**environment [5]** 233/20
233/21 244/5 244/6 244/13
**Equal [1]** 189/11
**equals [1]** 130/15
**equipment [7]** 20/23 49/13
51/10 51/14 51/19 51/21
59/13
**error [1]** 173/3
**errors [1]** 173/6
**escalate [2]** 119/17 120/3
**escalates [3]** 120/4 120/24
121/1
**escape [1]** 117/22
**escort [4]** 117/1 117/1
117/11 117/19
**especially [5]** 41/25 67/23
169/7 171/2 229/6
**ESQ [1]** 1/20
**essence [1]** 166/22
**essentially [6]** 33/7 36/18
134/19 192/19 193/11 239/3
**etc [1]** 191/16
**evaluate [4]** 18/22 194/2
196/13 244/11
**evaluated [1]** 197/17
**evaluates [1]** 214/13
**even [24]** 6/21 13/2 18/21
25/9 29/3 36/13 38/9 42/2
45/14 46/16 46/17 70/11 72/1
72/7 110/3 152/21 167/19
186/25 210/10 212/8 218/17

**E**

**even... [3]**   219/25 225/21
237/9
**evening [8]**   221/13 226/5
233/10 233/10 248/16 248/24
249/7 251/8
**event [8]**   22/7 39/17 68/17
153/1 188/4 196/3 196/13
230/23
**events [1]**   37/20
**eventually [5]**   22/12 24/1
34/3 34/4 35/11
**ever [22]**   62/19 130/18 146/9
154/9 154/12 154/23 155/5
155/15 180/7 180/10 183/20
183/23 201/1 201/6 203/11
203/13 217/5 217/12 217/25
220/14 220/17 221/3
**every [18]**   13/16 29/20 29/20
29/20 29/21 48/6 67/4 67/6
123/13 123/14 166/16 175/2
192/25 193/6 193/17 197/17
198/7 246/7
**everybody [8]**   42/3 123/6
165/11 233/5 233/9 233/15
248/23 251/9
**everyone [8]**   11/15 12/12
27/9 87/18 111/14 172/4
189/14 219/17
**everyone's [1]**   109/21
**everything [18]**   4/20 15/2
20/25 33/1 37/18 43/1 47/8
51/11 69/25 81/17 87/24
118/22 119/9 123/18 130/13
198/18 215/13 242/3
**evidence [62]**   6/13 8/21 9/8
13/3 13/5 13/7 13/8 13/11
13/12 13/14 13/16 13/18
13/22 13/24 13/25 14/3 14/6
14/7 14/10 14/17 14/18 14/20
14/21 14/22 15/11 15/14 16/1
16/5 18/23 19/7 20/7 20/9
20/15 20/17 37/2 52/23 53/3
53/5 53/10 65/15 77/11 87/6
87/9 87/11 130/24 160/2
172/7 176/20 176/25 177/1
196/18 203/21 203/23 204/1
206/22 207/14 215/25 216/2
228/7 240/19 250/21 250/22
**exact [4]**   59/23 83/21 146/22
247/18
**exactly [7]**   43/15 45/11
47/15 108/23 149/19 187/5
217/22
**examination [26]**   2/3 2/3 2/4
2/6 2/6 2/8 2/8 2/9 2/11
2/11 2/12 48/23 66/15 66/16
73/15 80/18 104/10 111/25
156/2 156/3 173/17 178/3
190/11 221/10 221/11 238/10
**examine [2]**   20/12 20/14
**example [9]**   55/25 116/13
186/22 195/22 196/1 208/20
208/25 213/1 239/20
**exception [2]**   3/3 198/8
**exceptional [1]**   243/11
**exceptions [1]**   195/25

**excessive [2]**   195/18 196/20
196/24 210/25
**excuse [7]**   113/25 138/16
178/1 185/23 227/15 238/15
240/2
**excused [1]**   106/13
**executes [1]**   161/19
**execution [6]**   25/3 27/10
36/8 164/18 164/20 165/1
**executions [1]**   41/5
**exercise [1]**   198/21
**exhaust [1]**   56/8
**exhibit [30]**   2/16 2/18 2/19
2/20 13/7 14/8 14/11 14/14
52/23 53/1 53/3 79/25 88/2
108/4 110/11 110/12 110/13
111/11 130/23 131/5 146/7
203/2 203/6 203/19 203/23
204/1 215/19 216/2 217/13
249/23
**exhibiting [1]**   139/1
**exhibits [12]**   2/14 2/17 3/10
3/16 53/4 53/5 53/9 86/25
87/4 87/5 87/8 87/10
**exist [2]**   18/8 225/7
**existed [1]**   219/25
**exists [1]**   110/15
**exit [17]**   32/16 33/9 134/7
136/14 147/7 147/9 147/10
147/13 147/16 148/4 148/5
148/21 149/3 149/3 205/1
205/6 205/9
**exited [3]**   134/5 205/4 240/5
**exiting [3]**   148/23 204/23
205/2
**expect [12]**   77/5 195/10
228/23 233/9 242/14 245/9
245/11 245/12 245/15 245/17
246/2 246/7
**expectation [2]**   238/20
238/25
**expected [3]**   194/1 223/23
245/23
**expecting [3]**   166/15 235/19
245/7
**experience [18]**   60/24 132/16
138/18 140/17 147/6 148/7
150/19 169/13 170/16 183/8
183/19 183/23 184/2 191/10
195/3 216/8 235/4 246/16
**experiences [2]**   207/6 207/16
**expert [1]**   107/1
**explain [88]**   12/18 12/25
13/2 27/19 31/20 31/24 32/9
32/12 32/20 33/21 34/19
34/24 35/15 50/7 51/21 54/4
54/15 54/19 56/4 56/15 61/10
81/8 81/11 81/24 82/4 82/7
82/24 84/24 85/9 87/15 92/21
98/24 100/21 102/8 102/15
102/24 113/9 114/11 114/25
115/2 115/10 115/18 116/12
117/4 117/18 118/10 119/1
119/8 119/23 120/19 122/15
123/12 124/3 127/5 127/23
128/8 129/13 129/23 131/18
132/25 133/8 134/14 136/6
136/6 137/18 139/11 146/16

149/10 150/22 151/17 152/1
152/11 174/7 183/1 186/21
192/16 192/24 193/10 195/21
202/12 207/4 208/18 208/25
209/12 212/21 214/9 218/3
244/6
**explained [3]**   26/13 79/5
218/22
**explaining [1]**   36/1
**explanation [2]**   33/13 34/9
**extended [1]**   65/10
**extensions [1]**   81/23
**extent [6]**   40/7 41/2 69/7
176/23 206/5 237/2
**extra [1]**   243/9
**extract [1]**   34/3
**extraordinary [2]**   177/11
177/15
**extreme [2]**   187/4 187/7
**extricate [1]**   68/24
**extricated [1]**   136/16
**extricating [1]**   136/12
**eye [4]**   50/13 59/4 59/5
142/25
**eyes [2]**   130/12 207/11

**F**

**face [6]**   17/18 17/18 31/8
31/19 70/6 198/7
**face-to-face [1]**   17/18
**Facebook [1]**   17/21
**facing [2]**   208/1 232/10
**fact [29]**   9/12 13/8 13/13
17/13 19/5 23/8 30/22 45/24
58/15 62/19 103/17 106/6
109/13 147/4 147/19 164/7
164/17 182/24 198/23 209/19
209/20 228/10 238/14 239/18
239/22 240/7 242/14 243/2
244/9
**factor [1]**   177/12
**factors [1]**   15/14
**factory [1]**   50/15
**facts [8]**   48/8 160/2 172/6
177/1 212/23 215/8 228/6
229/23
**factual [2]**   173/5 250/19
**factually [1]**   250/17
**failing [1]**   155/16
**failure [1]**   239/7
**fair [16]**   16/15 18/12 18/13
19/2 19/11 19/14 68/25 69/5
69/6 73/2 73/3 168/13 231/8
231/25 232/18 235/14
**fairly [2]**   6/1 239/9
**fall [1]**   35/5
**false [11]**   4/14 37/5 44/16
239/16 239/23 240/8 240/10
240/12 240/14 240/18 240/20
**falsely [2]**   239/17 239/25
**falsification [1]**   45/14
**falsity [1]**   9/5
**familiar [9]**   16/10 83/13
83/23 127/20 161/15 161/23
167/7 192/25 230/2
**familiarity [1]**   221/6
**family [1]**   126/1
**far [20]**   4/12 13/13 63/16

**F**

**far... [17]**   65/18 81/6 86/7
115/23 119/9 122/1 122/12
123/5 123/18 169/13 196/7
229/9 229/22 231/24 235/12
237/23 251/1
**fast [1]**   138/14
**fatigue [1]**   235/3
**FBI [17]**   9/3 9/4 25/16 25/17
25/20 26/7 27/3 27/16 30/4
30/13 30/22 37/6 46/1 46/2
209/16 210/22 247/19
**FD [2]**   90/13 90/13
**February [15]**   7/13 7/21 11/4
25/18 25/24 30/5 37/7 44/25
45/1 45/22 45/22 46/3 46/16
156/11 191/6
**February 15 [2]**   7/13 30/5
**February 19 [3]**   25/18 37/7
45/22
**February 19th [5]**   44/25 45/1
45/22 46/3 46/16
**February 28th [1]**   156/11
**February 5 [1]**   191/6
**federal [13]**   1/23 195/5
195/16 195/19 196/22 197/1
197/6 202/7 218/7 218/18
221/3 247/10 251/17
**feel [5]**   29/14 56/25 62/4
74/25 151/14
**feet [12]**   35/19 55/2 58/24
58/25 59/1 67/15 70/5 71/17
71/17 181/5 182/8 246/1
**fell [4]**   31/18 137/11 137/25
240/6
**fellow [9]**   4/3 19/22 22/6
38/8 41/22 170/2 171/2 231/4
231/21
**felony [16]**   4/12 127/21
127/23 127/24 128/5 128/13
129/10 133/5 133/10 133/19
133/22 134/2 134/8 136/10
169/16 169/17
**felt [5]**   209/19 209/21 210/1
219/17 242/24
**female [2]**   31/17 90/4
**few [7]**   31/23 53/25 55/25
58/17 73/17 75/20 145/12
**FHP [2]**   91/23 92/4
**fight [4]**   35/3 35/11 118/12
118/13
**fighting [8]**   32/1 35/8
117/19 118/17 137/24 144/6
144/9 144/14
**figure [4]**   184/24 185/5
185/13 251/6
**figured [2]**   30/13 109/5
**file [7]**   4/8 37/5 44/15
45/19 76/9 108/22 108/24
**filed [4]**   7/16 76/20 78/15
236/25
**filing [3]**   4/11 4/19 28/15
**filings [2]**   78/25 109/6
**fill [5]**   27/25 28/2 165/24
166/2 235/11
**filled [3]**   3/11 3/22 27/7
**filling [1]**   219/1

**final [16]**   26/17 30/7 33/23
45/3 108/6 166/21 166/24
221/2 224/3 224/4 224/10
238/12 238/14 238/18 238/21
247/18
**finalization [1]**   46/14
**finally [2]**   19/3 217/24
**find [7]**   37/4 48/9 48/10
105/8 106/7 122/7 123/4
**finding [1]**   218/23
**fine [7]**   6/7 79/10 80/4
100/25 190/2 190/3 203/13
**finish [1]**   189/23
**finished [2]**   29/12 47/16
**fire [9]**   58/21 81/4 81/14
82/2 90/8 90/14 90/18 134/22
134/23
**firearm [4]**   139/14 139/16
139/21 139/24
**firearms [5]**   114/23 134/17
134/24 191/15 192/12
**fired [2]**   96/11 96/16
**first [52]**   4/9 8/9 8/11 9/6
9/14 10/5 15/20 18/19 20/5
27/22 30/24 31/2 35/1 36/21
38/15 44/9 48/15 48/17 65/22
66/22 77/20 78/24 81/11 88/7
112/10 112/17 112/25 113/1
116/15 121/17 143/6 145/3
145/4 150/13 163/21 169/3
178/20 179/4 180/14 180/22
180/23 181/17 181/19 183/4
184/25 194/10 194/15 199/11
201/4 202/1 207/18 220/4
**fists [3]**   35/19 182/8 246/1
**five [18]**   31/20 31/21 33/6
128/16 128/23 129/14 142/1
142/2 149/13 176/1 176/11
188/20 188/23 189/1 223/10
234/8 234/9 250/8
**fix [6]**   45/6 169/3 180/15
183/4 227/2 229/12
**FL [3]**   1/7 1/15 1/21
**flailing [1]**   117/21
**flashes [3]**   146/9 150/17
150/20
**flashlight [1]**   149/12
**fled [1]**   85/5
**flee [1]**   70/20
**fleeing [1]**   238/5
**flexible [1]**   198/11
**flier [1]**   202/22
**flight [6]**   49/7 50/14 51/9
51/12 51/14 116/21
**FLORIDA [8]**   1/1 167/11
190/16 194/16 196/1 214/16
214/19 232/8
**flow [1]**   60/1
**flu [1]**   125/25
**fluid [1]**   207/23
**fly [1]**   63/6
**flying [4]**   23/3 51/13 51/17
59/14
**focus [7]**   123/5 137/2 142/2
142/3 145/4 150/12 176/8
**focused [3]**   40/23 42/17
42/20
**follow [11]**   13/1 13/1 16/13

40/11 57/19 87/3 139/13
194/1 206/22 232/7 232/8
**followed [5]**   19/16 21/23
107/4 107/6 196/8
**following [11]**   19/17 20/12
22/5 22/12 71/9 85/2 85/4
92/23 107/15 199/6 221/19
**followup [1]**   216/12
**foot [3]**   22/3 141/1 141/1
**football [1]**   61/14
**force [178]**   5/13 25/2 27/1
27/6 27/10 27/22 27/25 28/11
28/12 28/13 28/18 28/23
28/24 28/25 29/1 29/4 29/8
29/9 30/21 30/21 31/6 31/12
33/5 33/22 34/12 35/21 35/24
36/8 41/8 58/13 107/1 110/25
115/2 115/5 115/7 115/12
115/13 115/16 116/14 117/12
117/23 118/8 118/15 118/25
119/3 119/4 119/6 119/7
119/12 119/13 119/18 119/21
119/24 120/3 120/6 120/10
120/13 121/1 121/3 121/5
121/11 121/16 121/22 121/23
121/25 122/1 122/8 122/9
122/9 122/9 122/12 122/17
122/18 122/21 122/21 122/22
122/24 123/3 123/3 123/22
123/24 123/25 124/2 124/7
124/7 124/11 124/17 124/18
125/2 125/10 126/4 126/5
126/17 134/22 135/25 136/1
136/6 136/7 138/22 139/1
139/2 143/6 143/12 143/14
143/24 149/24 150/3 154/13
154/15 154/15 154/19 154/23
154/24 154/25 155/8 155/9
155/17 156/8 158/5 165/19
165/20 165/23 166/1 166/3
166/12 170/21 179/16 181/4
181/4 181/9 181/10 181/11
181/12 181/14 181/15 181/21
181/25 182/7 182/10 182/17
183/21 183/24 184/13 184/19
185/2 185/8 185/9 185/9
185/10 185/12 187/7 192/12
193/5 195/18 196/5 196/20
196/25 206/5 207/8 207/10
207/12 207/13 207/25 210/16
210/25 210/25 212/10 219/3
219/4 219/24 225/1 235/8
235/10 245/5 245/25 246/8
247/11 248/9
**foregoing [1]**   251/13
**foremost [2]**   194/15 202/1
**forensic [1]**   209/25
**forever [1]**   29/13
**forget [4]**   229/24 232/12
239/11 239/11
**forgot [1]**   180/24
**forgotten [1]**   239/15
**form [25]**   28/25 29/4 31/12
35/21 35/24 36/23 108/6
123/22 124/10 124/11 124/17
125/10 126/4 126/5 149/24
150/3 154/16 154/23 155/8
166/2 181/14 187/24 245/6

**F**

**form... [2]**   245/25 246/8
**formal [2]**   156/12 157/3
**formally [1]**   12/13
**format [1]**   249/9
**forms [5]**   13/5 114/21 125/1
 212/15 228/23
**Fort [1]**   1/24
**forth [2]**   19/15 166/22
**forward [6]**   164/2 209/11
 209/13 240/23 241/2 248/22
**found [4]**   18/12 30/16 77/24
 110/11
**foundation [1]**   167/22
**four [17]**   24/9 25/24 25/25
 33/20 46/6 129/21 130/12
 179/7 183/19 183/20 185/16
 193/1 193/6 193/17 245/16
 250/6 250/8
**fourth [1]**   31/16
**frailties [1]**   170/24
**frame [3]**   128/11 146/20
 218/13
**framed [1]**   175/16
**frequent [1]**   239/9
**friction [1]**   56/9
**front [45]**   22/24 23/24 23/25
 24/18 32/4 32/6 32/6 32/13
 32/15 32/21 33/8 33/17 34/3
 34/6 34/8 34/18 46/5 47/19
 56/7 58/10 77/23 78/17 87/11
 93/6 93/7 109/24 129/16
 129/20 129/20 134/18 135/6
 135/7 135/9 135/21 139/9
 140/23 146/14 151/1 152/4
 152/6 205/5 205/7 205/21
 205/25 216/21
**full [8]**   10/2 76/19 77/5
 206/3 206/5 230/6 235/16
 248/16
**fully [1]**   209/1
**function [2]**   115/3 201/13
**Fundamentally [1]**   194/9
**further [20]**   16/7 25/6 25/11
 27/13 34/5 36/16 66/13 71/15
 75/14 104/1 156/1 169/7
 173/14 188/13 221/8 238/7
 240/23 241/7 242/16 248/12
**future [4]**   215/14 244/12
 244/21 248/6
**fuzzy [1]**   55/16

**G**

**gambit [1]**   114/24
**game [2]**   61/14 229/15
**Gateway [1]**   89/9
**gather [2]**   230/13 237/6
**gathered [2]**   142/5 236/1
**gave [9]**   24/23 65/7 65/25
 76/13 132/5 135/15 148/5
 205/6 208/25
**general [3]**   215/16 244/14
 244/17
**generalization [1]**   166/3
**generally [2]**   102/12 105/22
**generate [1]**   181/9
**gentlemen [8]**   21/13 32/20

36/18 53/23 83/16 87/2/16
248/15
**get [81]**   7/1 11/19 22/21
 32/14 35/2 35/7 35/9 35/20
 36/5 38/13 39/7 41/12 45/22
 47/9 49/9 50/24 52/1 53/17
 54/15 60/1 61/17 62/12 65/10
 69/22 74/22 74/23 75/18 76/3
 78/3 80/6 81/21 85/22 87/15
 90/24 93/6 94/22 95/21
 107/24 109/21 116/16 117/9
 118/21 123/19 125/5 128/3
 129/24 140/22 141/1 141/1
 141/2 141/7 148/5 152/7
 152/18 157/24 159/14 164/14
 164/23 166/8 166/23 178/15
 183/21 183/24 184/13 184/18
 186/22 190/1 213/6 223/8
 226/14 226/16 233/11 234/7
 235/13 239/21 244/19 249/7
 249/18 249/22 250/7 251/5
**gets [8]**   23/23 29/15 29/15
 38/18 42/22 44/2 79/9 172/23
**getting [10]**   5/25 31/15
 56/23 98/11 109/10 109/16
 152/4 223/2 230/21 234/21
**Gitto [4]**   222/7 222/7 222/8
 222/11
**give [33]**   6/4 11/25 12/20
 13/16 15/16 16/7 16/15 16/19
 26/2 59/23 60/4 76/10 76/17
 76/24 77/20 80/10 92/5 99/10
 109/18 135/12 146/17 146/17
 146/23 166/23 166/25 170/21
 174/15 182/18 183/3 202/19
 202/21 217/25 218/11
**given [17]**   5/11 25/5 68/21
 126/8 147/4 170/24 178/1
 194/14 198/22 209/19 209/20
 209/24 227/21 228/4 228/13
 238/2 250/13
**gives [4]**   68/5 130/8 130/15
 148/20
**giving [4]**   69/3 92/24 112/19
 196/2
**glasses [1]**   67/20
**glowing [2]**   56/8 68/9
**go [77]**   5/10 5/12 6/3 6/3
 6/15 6/19 10/1 11/25 16/10
 18/22 19/22 20/18 22/2 24/4
 28/17 30/17 32/12 38/12
 43/11 43/22 43/22 47/1 47/4
 47/7 52/5 52/14 53/5 58/15
 64/22 64/22 75/23 84/21 88/6
 88/9 90/10 92/7 96/6 98/5
 99/2 99/21 100/2 101/7
 102/14 103/17 104/5 111/10
 115/20 115/21 115/22 116/19
 120/14 120/17 123/14 126/24
 126/25 139/21 142/1 142/2
 145/12 149/13 151/9 152/15
 152/16 153/16 156/20 156/22
 157/1 165/4 167/18 168/3
 174/22 175/20 175/25 176/11
 231/25 234/17 249/1
**goal [1]**   206/24
**goes [23]**   29/21 42/16 42/18
 42/24 43/1 43/1 43/2 43/3

46/6 53/11 120/5 122/2
 122/25 140/24 140/24 152/13
 161/18 169/13 189/12 213/9
 229/9 235/12 236/21
**goggles [5]**   59/5 59/7 59/10
 67/15 67/19
**going [93]**   6/15 6/24 7/12
 7/24 8/1 8/14 10/16 10/23
 11/2 11/12 11/13 11/24 22/9
 22/11 24/21 25/25 28/5 37/16
 38/23 40/5 41/21 41/22 43/7
 47/24 53/17 61/10 61/15 63/3
 67/23 67/23 68/19 69/25 70/7
 72/19 73/24 77/9 78/3 78/22
 78/24 83/19 86/19 89/4 89/16
 91/11 92/6 92/22 92/24 93/21
 93/22 94/8 95/8 95/15 97/15
 97/15 100/19 101/15 102/2
 104/8 105/24 106/2 107/2
 107/15 109/18 110/16 131/4
 138/12 141/10 150/8 159/2
 164/23 169/8 169/13 172/25
 173/1 182/13 189/24 193/2
 203/1 205/21 218/12 218/14
 218/15 218/17 224/17 225/8
 226/5 226/16 230/15 230/22
 234/22 250/7 250/9 250/20
**gone [4]**   30/24 84/5 152/23
 224/1
**good [32]**   12/12 20/23 21/6
 24/14 28/8 37/13 48/25 49/1
 55/16 65/6 65/9 66/18 66/19
 66/19 80/20 104/12 108/17
 112/3 130/8 134/19 134/20
 156/5 156/6 164/6 183/9
 183/16 184/9 190/14 221/13
 221/14 251/8 251/11
**Google [2]**   17/6 18/3
**got [24]**   5/4 23/12 25/11
 30/13 30/14 36/12 42/5 45/15
 65/6 65/12 65/14 125/6
 133/24 147/14 157/4 186/24
 187/1 224/20 225/20 227/6
 228/17 234/18 241/16 250/6
**gotcha [7]**   229/15 229/18
 241/14 241/15 241/22 242/5
 242/11
**gotten [6]**   170/7 226/3 231/1
 231/1 234/8 236/5
**govern [1]**   194/8
**governed [1]**   207/7
**governing [1]**   214/13
**Government [57]**   2/16 2/17
 2/18 2/19 2/20 3/10 3/16 7/5
 7/12 10/14 11/2 11/11 11/16
 12/4 15/24 16/6 20/5 20/11
 20/14 20/19 21/3 37/18 37/25
 38/5 38/14 40/5 42/9 43/2
 43/15 44/7 44/17 45/16 48/4
 48/6 48/15 52/23 53/3 76/14
 77/9 77/21 78/14 87/8 88/2
 106/16 106/23 108/21 109/18
 110/2 111/11 111/15 111/19
 189/15 198/19 203/5 203/23
 215/19 216/2
**Government's [7]**   20/13 39/14
 48/17 48/19 80/13 111/22
 190/9

## G

**grab [2]** 139/24 152/5
**grabbed [1]** 136/18
**graduated [1]** 114/13
**grainier [1]** 172/1
**grand [5]** 77/23 78/1 107/24 108/13 138/16
**grant [4]** 178/10 192/4 193/19 243/20
**granted [1]** 198/23
**grass [1]** 13/9
**grateful [1]** 248/22
**grave [2]** 23/14 230/9
**great [8]** 43/21 75/12 170/18 201/24 235/19 245/7 245/8 245/11
**greater [3]** 20/3 117/15 202/22
**green [1]** 89/21
**GREG [2]** 1/20 37/13
**groin [5]** 119/10 120/7 120/10 121/2 121/9
**ground [18]** 24/8 24/11 57/11 60/5 61/9 63/11 69/12 70/1 70/9 73/24 118/5 136/18 136/19 137/25 138/6 140/10 140/11 208/9
**grounds [1]** 3/15
**group [2]** 156/13 170/7
**guarantee [1]** 19/14
**guess [4]** 14/16 108/4 211/8 214/23
**guessing [1]** 229/15
**guided [1]** 194/9
**guidelines [6]** 15/16 115/11 194/18 198/4 198/8 198/12
**guiding [2]** 194/7 197/19
**Guido [1]** 201/12
**guilt [2]** 15/22 16/6
**guilty [8]** 12/23 12/23 15/20 37/5 37/5 37/6 48/5 48/10
**gun [9]** 23/23 24/1 33/3 33/19 150/23 151/14 180/5 180/11 245/14
**guns [4]** 24/6 24/7 58/22 119/11
**guy [1]** 33/19
**guys [9]** 21/18 26/9 37/7 47/16 47/17 72/9 112/19 113/2 167/2
**guys' [1]** 26/14

## H

**H-A-R-R-I-S [1]** 107/11
**had [128]** 8/10 10/3 22/17 23/13 23/14 23/19 25/12 25/20 25/20 26/9 27/1 27/5 27/6 30/20 31/3 31/11 31/17 31/22 31/22 31/23 32/22 33/17 34/5 34/23 35/13 36/5 36/21 38/24 39/22 51/12 56/22 58/13 62/4 64/10 64/12 72/22 72/23 73/4 73/20 73/23 74/7 75/12 79/4 81/5 105/8 105/9 114/4 117/2 124/6 125/25 126/1 128/3 135/14 146/22 153/11 153/11 153/13
153/15 152/96 157/4 157/5 162/15 164/18 167/19 168/6 169/22 169/25 170/7 173/20 177/13 179/2 180/16 181/4 183/15 183/18 183/18 183/20 183/23 184/2 184/12 184/18 184/22 184/23 185/2 185/5 185/5 185/7 185/12 185/12 187/10 191/10 193/22 199/9 201/1 201/23 201/24 202/1 202/22 203/5 206/21 207/12 207/15 208/5 208/16 209/19 209/20 217/13 219/3 219/23 221/6 222/2 222/6 226/7 227/4 227/5 227/16 227/21 228/3 228/13 230/25 231/3 236/5 236/17 237/12 242/15 242/19 242/23 247/3
**hadn't [3]** 225/21 226/11 231/2
**hair [1]** 68/8
**half [2]** 130/9 191/12
**halfway [1]** 51/8
**hallway [1]** 75/23
**hand [22]** 31/7 31/7 31/15 35/9 79/7 109/5 115/1 115/1 118/4 126/17 131/15 132/25 139/4 139/18 139/22 139/23 139/24 139/25 152/24 166/3 180/5 249/3
**hand-to-hand [1]** 115/1
**handbook [2]** 193/25 197/12
**handcuff [4]** 35/10 69/22 118/6 208/9
**handcuffed [10]** 34/13 34/15 35/9 70/23 71/4 74/23 145/16 145/18 179/15 245/22
**handcuffs [10]** 32/19 33/12 70/11 70/20 143/21 145/20 179/10 179/11 205/13 245/19
**handle [7]** 10/10 11/20 25/14 82/4 103/14 123/18 231/24
**handled [2]** 34/8 71/21
**handles [2]** 211/20 211/21
**handling [2]** 85/6 243/6
**hands [16]** 44/2 69/15 69/20 69/22 70/2 70/25 71/7 71/10 115/2 117/2 139/21 181/5 182/8 205/7 208/3 246/1
**hands-on [1]** 115/2
**hangar [1]** 64/22
**happen [8]** 84/22 140/2 140/4 151/14 183/20 185/15 239/18 240/3
**happened [52]** 5/8 8/22 21/20 25/21 26/11 28/16 30/17 30/18 31/21 32/9 32/21 34/25 35/16 36/7 42/2 42/4 42/5 42/16 42/17 42/24 47/20 54/4 59/20 59/21 62/14 95/24 98/15 101/6 122/11 124/2 124/4 137/4 138/14 145/8 164/14 164/19 166/17 184/20 185/19 202/22 206/4 212/11 224/18 225/25 229/23 230/4 233/16 233/17 234/16 234/18 239/4 239/18
**happening [10]** 9/18 40/6
84/24 90/18 105/12 140/17 141/21 145/5 171/3 242/4
**happens [7]** 30/7 138/5 150/1 170/14 183/15 239/9 243/4
**hard [12]** 26/14 26/16 28/6 118/1 118/19 119/14 126/10 126/11 126/17 183/16 206/22 214/1
**harder [1]** 76/1
**harm [2]** 118/13 119/2
**Harris [48]** 4/12 4/15 32/5 33/23 34/1 34/12 34/14 35/2 77/22 77/25 84/10 84/10 88/8 88/14 88/19 91/17 91/18 91/19 92/12 93/16 107/7 107/8 107/11 107/21 153/22 171/10 189/13 199/5 199/7 202/17 202/23 206/12 206/15 222/4 223/2 223/18 223/20 224/25 226/10 226/15 227/8 227/15 227/15 227/21 228/20 236/2 250/11 250/16
**Harris' [3]** 34/11 88/16 226/15
**has [72]** 3/14 4/17 5/11 14/22 15/25 16/2 21/1 23/19 25/4 29/22 29/22 37/18 39/23 39/23 40/23 42/24 45/5 46/4 46/5 50/8 51/24 77/12 77/12 108/8 110/2 121/22 125/17 126/12 127/12 130/23 144/13 148/2 149/11 151/21 159/19 159/20 160/10 160/16 163/5 163/18 164/2 166/7 166/16 167/14 168/11 174/17 175/7 179/15 181/13 182/7 183/20 184/20 186/4 193/16 198/23 211/19 211/25 215/18 227/9 227/12 228/19 228/20 229/9 237/5 237/20 237/21 240/19 240/20 240/25 245/6 247/15 248/8
**have [335]**
**haven't [4]** 11/10 79/12 86/13 228/19
**having [11]** 45/18 93/18 98/13 130/10 176/20 186/23 191/10 191/14 203/7 230/20 249/21
**Hawkins [3]** 102/25 103/3 105/16
**hazardous [1]** 131/11
**HD [1]** 67/22
**he [339]**
**he's [1]** 133/16
**head [10]** 68/9 119/10 120/7 120/10 121/1 121/8 130/17 177/20 191/2 193/7
**heading [1]** 39/10
**headlights [1]** 128/24
**hear [29]** 8/11 15/6 19/9 19/24 22/7 22/10 23/8 28/5 37/16 38/5 39/16 40/6 41/2 41/17 41/19 41/24 44/22 46/3 47/8 85/18 85/22 96/15 98/17 100/11 141/23 186/11 208/2 222/8 230/9
**heard [28]** 4/8 8/11 13/6

## H

**heard... [25]** 38/24 40/19 40/21 40/25 57/8 64/17 88/6 90/4 90/13 90/23 92/21 93/6 93/15 95/3 95/21 96/10 96/23 97/14 98/23 99/16 100/18 102/2 102/22 103/9 105/15
**hearing [3]** 89/14 92/25 97/17
**hearsay [5]** 8/17 11/19 109/12 200/2 220/6
**heart [3]** 120/8 120/10 121/9
**heat [6]** 52/12 52/12 55/22 56/11 56/12 68/5
**heavier [1]** 50/8
**heavy [1]** 49/13
**held [3]** 186/20 186/21 218/21
**helicopter [16]** 23/3 23/4 23/5 23/6 40/9 50/6 50/8 51/8 51/13 51/13 51/17 59/15 63/2 63/25 200/22 200/23
**helicopters [7]** 49/8 49/18 49/21 49/22 49/23 50/11 50/16
**hell [1]** 38/11
**help [9]** 16/14 19/14 19/20 20/6 36/25 47/25 82/12 113/4 202/21
**helped [1]** 8/13
**helping [2]** 37/5 99/8
**her [16]** 6/19 31/8 31/17 31/18 31/18 79/5 79/17 149/23 184/13 201/14 206/17 206/19 226/22 227/9 240/9 246/4
**here [34]** 11/2 11/6 13/4 20/23 20/23 21/10 21/16 26/1 26/1 26/20 27/6 29/18 29/24 42/14 49/25 53/9 53/17 55/3 59/6 84/9 120/22 124/8 124/9 133/1 161/24 169/8 173/25 178/21 206/8 216/16 217/1 233/22 237/24 242/6
**Herny [6]** 31/22 34/23 95/5 95/6 97/14 98/9
**Herny's [1]** 35/14
**hey [1]** 102/6
**hide [1]** 72/19
**high [32]** 16/9 21/10 21/24 22/10 22/18 38/6 38/20 38/22 39/3 39/3 39/12 40/8 41/18 51/24 54/7 54/8 59/2 66/7 120/2 120/22 127/24 128/4 162/6 162/19 170/8 191/12 192/10 192/11 231/18 243/1 243/2 243/6
**high-speed [10]** 21/10 22/10 22/18 38/6 162/6 162/19 170/8 243/1 243/2 243/6
**higher [4]** 114/2 114/5 186/20 186/21
**highest [1]** 114/6
**highlight [3]** 204/22 204/23 219/6
**highway [5]** 22/2 22/14 56/24 92/5 163/2

**him [85]** 8/18 8/19 8/20 9/3 9/4 22/4 22/13 24/2 24/3 24/8 24/11 24/12 24/12 24/23 24/24 26/7 31/4 31/19 31/23 32/1 33/3 33/17 34/12 34/13 34/14 35/4 35/5 35/10 35/11 35/13 35/20 38/16 40/6 43/15 44/2 44/3 45/7 46/5 46/5 47/19 47/25 48/1 48/7 51/13 95/21 96/15 96/21 96/21 96/22 97/3 105/1 108/10 108/13 117/1 117/1 117/19 117/19 133/25 135/14 135/15 136/19 137/17 137/21 147/12 149/2 151/7 152/14 174/6 181/16 181/16 181/19 181/21 181/22 182/18 182/18 182/23 182/25 184/13 185/4 185/5 208/9 226/22 228/11 237/9 237/13
**himself [3]** 3/22 32/22 168/3
**hires [3]** 113/12 114/22 156/17
**his [90]** 4/3 9/3 11/9 14/2 16/1 21/16 21/17 22/5 23/9 23/23 24/1 25/1 26/17 29/22 30/5 31/7 31/7 31/8 31/13 31/15 31/24 32/10 33/9 33/21 34/24 35/1 35/7 38/3 38/8 39/25 40/1 40/3 40/16 40/24 42/22 43/14 43/14 43/15 44/2 44/8 44/14 44/15 45/7 47/5 47/18 47/22 47/25 48/11 90/14 92/1 92/2 96/5 101/14 102/10 120/4 120/5 120/24 122/1 134/5 136/1 137/9 137/11 139/14 139/18 140/16 148/12 149/23 158/19 159/18 160/3 180/4 180/5 180/7 180/10 180/16 199/6 199/8 223/21 226/20 226/21 229/12 237/8 237/21 237/22 238/16 239/22 240/9 240/14 243/16 246/4
**history [1]** 237/23
**hit [16]** 14/2 22/5 22/8 22/17 31/7 31/8 32/2 32/8 33/2 34/13 73/20 90/4 97/14 140/21 175/21 177/13
**hits [2]** 141/7 245/19
**hitting [2]** 32/1 177/19
**hodgepodge [1]** 138/12
**hold [1]** 90/2
**holding [1]** 180/4
**holds [1]** 117/8
**holster [1]** 139/14
**Holstered [1]** 60/18
**home [7]** 42/24 43/1 43/22 101/7 125/25 126/1 173/24
**HON [1]** 1/24
**honest [3]** 11/6 175/3 175/13
**honestly [1]** 244/10
**Honor [43]** 7/18 8/25 9/19 12/3 21/5 48/21 52/22 66/11 66/13 73/12 73/17 75/3 80/8 80/15 87/13 103/24 106/11 107/12 111/8 111/16 111/19 112/2 130/22 150/9 155/12

155/23 156/1 159/16 172/6 173/16 187/12 188/13 189/3 190/13 200/13 203/17 203/19 215/20 220/23 228/6 238/9 251/10 251/11
**HONORABLE [1]** 1/11
**hop [5]** 94/24 99/11 101/1 101/20 102/17
**hope [4]** 128/22 211/10 218/8 232/4
**hopefully [4]** 130/1 163/7 174/13 234/13
**hoping [1]** 108/25
**hopped [1]** 94/20
**horse [1]** 151/15
**hospital [12]** 30/19 41/21 42/18 43/22 100/12 100/22 100/23 101/15 105/25 106/3 230/12 234/19
**hot [1]** 56/7
**hour [14]** 20/24 22/12 38/15 45/17 75/19 76/18 76/24 78/3 106/15 108/10 163/13 189/10 230/6 231/11
**hours [9]** 25/24 26/1 45/16 46/6 82/1 102/16 193/1 230/5 234/23
**house [8]** 59/24 81/23 81/24 82/6 156/12 156/15 156/18 156/22
**houses [1]** 64/8
**how [103]** 9/10 10/10 11/16 12/2 25/23 32/9 34/24 36/22 36/25 38/17 44/12 50/23 52/5 54/8 55/3 58/22 59/2 65/21 66/18 76/15 77/17 77/19 78/11 79/2 79/8 79/16 80/24 81/8 82/7 82/14 83/11 85/9 86/8 91/8 104/25 106/3 109/4 109/7 112/5 112/11 112/16 113/5 113/17 114/16 115/3 115/6 121/18 121/21 121/22 122/15 123/12 126/8 126/21 128/8 129/13 129/23 135/11 137/8 137/15 147/6 147/6 148/8 149/5 149/10 149/15 149/17 149/20 155/9 156/5 156/6 169/10 169/10 170/22 170/24 171/16 174/1 174/19 184/12 184/16 185/15 189/12 190/22 190/25 195/21 198/2 199/11 205/19 207/19 209/11 209/12 211/15 220/4 223/2 230/10 241/15 241/15 244/11 244/20 244/20 246/16 247/7 250/7 251/7
**however [5]** 9/16 34/2 79/24 86/25 160/8
**hum [4]** 61/7 104/22 133/21 182/15
**human [4]** 170/19 170/24 191/16 192/13
**hundred [6]** 22/11 38/15 59/21 76/21 163/13 231/11
**hurt [3]** 38/3 105/3 129/7
**husband [1]** 186/23

**I**

**I'm [14]**  46/4 46/6 80/23
82/8 89/8 95/3 95/4 107/24
127/17 127/17 145/7 159/18
236/16 243/24
**I's [1]**  232/9
**I-95 [9]**  22/11 73/4 94/21
94/23 95/15 162/6 170/8
204/23 205/2
**I.D [1]**  2/15
**ID [2]**  82/16 83/4
**idea [3]**  46/5 86/9 164/7
**ideal [3]**  128/14 130/9
213/13
**Ideally [1]**  129/14
**identification [1]**  111/12
**identified [1]**  204/11
**identify [9]**  68/13 82/14
82/17 83/3 96/18 146/13
176/4 204/8 216/5
**ignore [2]**  14/15 14/18
**illness [1]**  126/1
**image [2]**  56/6 59/6
**imagine [1]**  110/3
**immunity [1]**  45/25
**impeached [1]**  9/7
**impeachment [1]**  11/7
**implementation [1]**  132/11
**importance [1]**  19/17
**important [20]**  10/16 16/11
18/7 18/8 19/9 23/22 42/8
42/12 42/14 43/19 46/13
104/15 106/6 207/11 217/17
217/21 219/6 219/15 219/17
229/5
**importantly [1]**  237/10
**imposed [1]**  246/24
**impress [1]**  174/23
**impression [1]**  20/4
**improperly [1]**  17/1
**improve [1]**  244/12
**in-car [2]**  202/19 225/4
**in-house [7]**  81/23 81/24
82/6 156/12 156/15 156/18
156/22
**in-service [8]**  113/12 113/13
114/11 114/12 114/19 114/21
156/15 156/22
**inaccurate [4]**  5/13 172/25
215/7 241/1
**inadmissible [1]**  11/20
**incapacitate [1]**  119/2
**incarnations [1]**  30/9
**inch [3]**  59/6 59/8 67/18
**inches [1]**  151/8
**incidence [1]**  178/7
**incident [93]**  3/11 5/3 16/25
24/18 24/19 24/21 25/1 25/13
26/23 27/12 27/14 29/5 30/7
30/9 30/11 30/17 35/23 36/14
37/22 37/22 37/23 37/24 38/7
39/24 41/7 42/17 72/25 73/10
84/13 103/9 110/20 110/21
122/4 122/6 122/10 161/21
161/24 162/1 162/2 162/18
164/4 164/6 164/8 165/15
167/18 169/25 172/5 172/18

177/25 182/20 181/25 183/15
183/18 185/17 199/6 199/11
199/19 202/18 206/5 210/9
211/22 212/7 212/11 212/16
213/21 215/12 216/18 217/21
221/15 222/15 225/25 229/25
230/6 231/2 231/13 233/1
233/25 234/16 235/23 236/4
236/25 238/4 241/4 241/8
241/11 242/24 243/21 244/10
246/10 246/18 246/19 247/5
248/7
**incidents [2]**  41/4 244/18
**include [18]**  5/16 5/17 5/19
7/17 28/20 29/7 78/24 110/9
119/9 123/19 123/21 123/24
180/24 181/25 214/25 216/17
237/2 245/9
**included [12]**  4/21 4/24
33/18 76/14 76/22 124/5
161/10 179/6 212/15 216/9
234/25 246/11
**includes [1]**  17/24
**including [11]**  17/20 18/1
18/5 45/10 202/18 206/5
214/10 222/3 223/19 231/11
248/19
**incomplete [3]**  5/18 161/11
206/23
**inconsistent [1]**  242/8
**incorrect [1]**  229/2
**increase [4]**  133/11 143/18
169/11 169/12
**increases [2]**  133/9 133/16
**index [3]**  2/1 198/9 198/13
**indicate [6]**  131/22 147/15
148/7 148/9 148/17 246/18
**indicated [14]**  38/6 38/14
46/12 132/24 172/8 200/21
204/18 208/6 208/23 216/16
216/21 217/1 224/9 229/5
**indicating [3]**  23/1 168/4
245/25
**indication [3]**  144/13 216/21
217/1
**indictment [4]**  12/24 15/21
78/11 79/1
**indirect [2]**  13/11 13/14
**indirectly [1]**  13/8
**individual [23]**  11/5 40/24
68/7 68/8 68/9 68/23 69/4
70/1 70/7 71/3 71/6 71/9
71/15 184/23 197/17 214/17
222/11 223/18 237/20 237/21
237/22 237/25 244/8
**individual's [1]**  70/5
**individually [1]**  111/3
**individuals [14]**  37/25 42/19
67/2 68/12 68/13 69/2 70/1
70/18 72/3 162/24 163/22
164/1 223/19 223/21
**industry [1]**  87/19
**influence [1]**  17/2
**information [38]**  9/4 16/19
16/24 17/23 17/25 18/4 19/12
47/10 60/4 83/2 85/11 85/12
85/19 122/7 123/15 124/5
160/21 166/4 202/20 202/24

212/18 214/2 214/16 216/8
217/21 225/1 225/10 228/19
228/20 229/2 229/10 237/5
237/12 239/7 239/11 239/14
246/22 247/2
**informative [1]**  166/13
**informed [3]**  3/14 217/12
229/16
**infrared [7]**  51/24 52/5 52/7
52/11 54/13 55/22 68/1
**initial [3]**  50/15 157/24
246/19
**initialed [1]**  123/16
**initially [2]**  72/1 163/23
**initiates [1]**  211/18
**injure [1]**  70/15
**injured [6]**  22/18 31/7 70/16
90/15 125/6 125/21
**injuries [8]**  30/19 33/13
33/21 34/9 34/19 38/10 105/9
199/10
**innocence [1]**  16/1
**innocent [1]**  15/20
**input [1]**  212/14
**inquire [2]**  48/21 80/15
**inquiry [1]**  240/23
**inside [7]**  21/9 53/22 68/14
68/23 82/2 151/24 152/9
**inspections [1]**  112/20
**instance [5]**  14/1 181/13
214/22 240/17 242/7
**instances [2]**  125/20 125/23
**instant [1]**  17/16
**instead [2]**  50/9 136/13
**instruct [4]**  14/22 20/17
197/19 197/23
**instructed [1]**  115/4
**instructing [1]**  51/13
**instruction [6]**  76/13 76/22
78/6 188/21 249/4 249/21
**instructions [15]**  11/25
12/19 12/21 16/8 16/10 16/13
16/15 76/9 76/10 79/1 106/18
248/18 249/8 249/14 249/19
**instructor [6]**  50/14 51/15
113/21 191/13 192/10 192/11
**instrument [2]**  50/12 50/13
**integrity [1]**  25/16
**intend [4]**  79/2 109/7 241/22
241/24
**intended [1]**  3/13
**intent [5]**  47/18 209/2
227/18 228/16 242/18
**intention [3]**  79/13 229/18
242/2
**intentionally [7]**  45/13 46/9
46/9 46/10 182/23 182/24
245/8
**intentions [1]**  79/5
**intents [1]**  167/4
**interacting [1]**  115/13
**interaction [3]**  106/20
188/22 248/21
**interest [2]**  15/9 163/16
**interesting [2]**  28/10 28/18
**interim [3]**  191/2 191/4
192/6
**internal [27]**  4/7 4/10 5/7

**I**

**internal... [24]**   28/11 192/4
193/12 193/21 193/22 194/2
194/4 194/5 194/5 195/1
197/8 197/10 210/4 210/6
210/8 210/10 210/17 236/18
247/4 247/16 247/17 248/4
248/6 248/7
**internet [4]**   17/6 17/11
17/15 18/1
**interpret [1]**   20/16
**intervals [1]**   192/24
**interview [15]**   8/8 8/9 8/10
9/1 9/12 9/13 9/14 9/20 11/7
25/24 26/6 26/21 27/2 30/22
46/20
**interviewed [2]**   8/8 8/19
**interviews [1]**   216/13
**introduced [2]**   87/5 111/2
**invalidate [5]**   207/16 241/13
241/16 241/25 242/7
**invalidates [1]**   240/19
**invalidating [2]**   241/24
242/2
**investigate [9]**   197/1 197/9
197/11 210/18 210/20 210/22
210/24 247/16 248/5
**investigated [2]**   214/15
218/18
**investigation [21]**   25/11
25/16 25/17 27/4 193/13
193/24 196/6 197/6 202/8
210/10 210/11 210/13 210/14
218/6 218/8 221/2 221/3
247/10 247/18 248/5 248/7
**investigations [8]**   191/19
193/23 194/5 194/22 194/23
194/25 209/24 216/12
**investigators [2]**   194/24
197/10
**invited [1]**   45/23
**invoking [1]**   3/2
**involved [26]**   17/5 18/5 38/5
39/4 40/10 41/4 67/1 161/15
161/18 164/7 164/10 165/2
165/10 170/8 191/23 208/3
210/7 212/4 223/17 231/18
231/20 233/3 233/8 233/14
233/25 238/4
**involvement [2]**   34/5 211/25
**involving [2]**   17/1 221/15
**iron [1]**   7/2
**is [1003]**
**isn't [3]**   104/5 139/1 236/25
**issue [30]**   4/6 7/7 10/3 10/4
17/13 19/5 24/21 25/9 26/9
43/21 46/8 46/10 46/15 64/7
77/7 77/15 80/7 108/4 108/22
110/24 174/14 182/21 182/22
182/25 183/1 183/2 233/1
247/13 249/16 249/23
**issues [20]**   4/6 4/9 4/13
4/14 6/3 6/25 9/9 10/16
43/19 45/12 57/17 58/8 76/12
77/1 77/13 107/19 108/2
183/7 199/10 209/17
**it [665]**

**it's [6]**   86/10 115/14 126/11
128/18 166/21 226/19
**item [1]**   14/22
**items [3]**   4/24 79/24 86/15
**its [7]**   20/11 67/6 77/9
106/17 219/20 247/15 247/17
**itself [4]**   68/18 124/1
147/15 148/7
**IV [1]**   188/23

**J**

**Jason [1]**   250/10
**Jeff [4]**   185/22 185/24 186/1
186/8
**JEFFREY [8]**   2/10 189/1
189/24 190/9 190/10 199/7
205/8 205/22
**Jim [2]**   66/4 199/22
**job [20]**   43/14 43/14 43/25
44/14 45/7 48/11 74/2 81/6
103/14 103/22 113/4 113/4
115/20 172/14 173/10 193/25
194/2 214/3 214/7 226/20
**jobs [1]**   115/11
**jogs [1]**   47/5
**joining [1]**   92/25
**joins [1]**   24/2
**joint [4]**   118/5 118/19
120/25 249/8
**joints [4]**   118/22 120/5
120/25 143/18
**joke [1]**   152/9
**Joseph [2]**   189/18 250/10
**journal [2]**   174/16 174/17
**judge [4]**   1/11 18/6 104/8
106/9
**July [1]**   191/2
**July 2013 [1]**   191/2
**jumping [1]**   40/25
**jurisdiction [1]**   39/25
**jurisdictional [1]**   210/1
**juror [2]**   16/19 18/24
**jurors [50]**   9/25 12/13 12/19
16/13 18/9 18/11 18/14 19/22
76/2 86/25 111/9 113/9
114/11 116/12 117/5 118/15
119/8 119/23 121/17 122/15
124/3 127/23 128/12 131/19
132/2 133/8 134/14 137/18
138/9 138/17 139/11 143/6
149/10 152/1 152/10 152/23
172/3 183/2 195/21 199/4
199/25 201/22 204/24 207/19
209/1 211/5 211/15 212/18
213/8 222/8
**jury [54]**   1/10 10/7 10/18
11/1 11/24 11/25 12/9 12/11
12/15 12/17 17/2 19/22 20/1
20/18 21/1 21/6 49/21 50/23
51/21 53/17 53/18 54/4 54/16
54/19 56/5 76/8 76/9 77/16
77/24 78/1 78/25 79/24 80/5
80/12 81/8 82/4 82/24 85/9
87/15 92/22 102/15 106/22
107/24 108/11 108/13 111/13
188/24 189/6 190/5 190/14
248/25 249/3 249/14 249/19
**jury's [1]**   8/6

**just [100]**   4/20 5/6 9/12
10/24 13/25 16/14 26/20 27/8
27/12 27/13 28/1 30/25 34/14
38/9 41/17 41/23 43/22 47/15
58/21 59/11 60/17 60/22
61/25 63/16 65/4 65/14 72/16
73/17 73/21 78/22 78/22
84/18 90/4 95/12 96/10 96/10
97/14 97/25 99/9 99/16 100/8
101/6 103/17 104/6 104/17
107/21 107/22 108/8 109/8
109/10 117/12 132/11 132/13
137/9 141/10 142/5 143/17
143/17 145/8 146/4 149/2
156/21 162/12 164/25 168/21
170/18 171/12 173/3 177/18
181/11 181/24 185/8 189/11
191/7 193/2 197/16 200/10
201/13 203/5 204/17 204/23
208/20 209/1 210/3 210/15
216/8 216/16 216/16 216/17
216/25 217/6 217/7 226/8
231/8 232/12 235/17 236/5
238/17 249/4 249/11
**Justice [4]**   1/17 197/4 197/5
197/7
**justification [2]**   26/25
186/13
**justified [5]**   202/2 202/4
209/14 209/15 240/8
**justify [4]**   122/24 176/24
177/11 177/22
**Justin [14]**   4/14 32/5 33/23
84/10 88/8 88/14 88/16 88/19
91/17 91/18 91/18 92/12
93/15 223/20

**K**

**K-9 [10]**   23/19 40/21 93/7
97/19 99/21 151/17 152/5
152/13 152/16 191/24
**K-A-T-Z [1]**   190/10
**Kastigar [1]**   45/24
**KATZ [17]**   2/10 107/4 107/6
107/16 189/1 189/7 189/24
190/9 190/10 203/1 203/16
203/25 216/4 217/4 217/25
221/2 238/12
**keep [25]**   5/21 15/19 19/21
56/17 58/1 61/1 62/22 63/13
64/13 70/22 88/21 89/4 89/16
91/11 93/11 94/8 95/8 96/1
97/10 97/21 100/14 101/9
137/2 176/8 212/13
**keeping [5]**   136/25 142/2
142/3 142/6 212/6
**keeps [2]**   149/15 151/22
**Kelly [11]**   107/7 107/8
107/11 107/21 153/22 189/13
202/17 226/10 226/15 227/14
250/11
**kept [3]**   22/1 104/12 104/13
**key [2]**   207/22 208/12
**kick [17]**   24/10 32/8 70/14
70/15 120/20 120/21 121/1
135/14 135/15 135/16 135/17
138/20 139/2 143/4 143/20
145/6 145/8

273

## K

**kicked [7]**   24/11 26/24 33/3 135/8 146/21 179/23 180/8
**kicking [9]**   23/25 24/3 65/11 74/16 120/13 121/10 138/17 140/16 141/25
**kicks [15]**   26/18 69/8 120/14 120/16 121/2 138/8 138/10 138/13 138/14 141/12 142/17 142/25 143/1 143/8 208/8
**kill [2]**   115/21 119/3
**killed [1]**   209/20
**kind [18]**   13/15 27/22 50/10 51/8 51/11 51/21 61/13 63/5 68/2 76/15 81/5 104/2 158/22 158/24 164/14 165/4 174/4 232/3
**kinds [2]**   27/20 166/16
**knee [7]**   33/21 120/6 179/7 180/17 180/20 208/7 245/16
**knees [2]**   118/20 120/25
**knew [14]**   23/5 25/22 30/20 33/14 33/15 35/12 44/17 72/14 73/4 105/4 225/25 226/3 226/7 228/8
**know [120]**   4/9 6/2 7/19 10/8 15/6 15/18 17/1 19/18 23/6 24/20 26/11 27/16 29/18 29/24 30/2 30/3 30/3 30/4 31/14 38/9 38/10 38/17 38/23 38/25 40/9 41/22 43/6 45/14 46/4 46/17 46/25 47/3 47/15 48/10 60/1 72/9 72/25 73/9 73/18 78/24 79/3 79/8 80/3 83/21 86/7 86/8 87/18 87/18 89/1 91/7 91/15 91/23 91/24 92/6 93/8 93/9 93/18 94/19 94/20 96/16 98/15 104/25 105/3 105/11 106/5 108/2 108/8 108/14 108/22 108/25 109/11 110/23 115/3 120/2 132/8 132/17 135/14 135/19 140/3 146/22 149/17 149/19 152/3 152/14 159/5 159/8 159/13 162/21 166/16 171/3 172/17 183/13 188/12 189/13 197/3 199/15 199/16 200/23 204/14 207/21 208/6 208/8 208/21 217/17 221/3 221/22 221/23 222/18 222/22 227/21 227/24 228/3 228/8 228/13 228/15 229/25 234/17 236/14 250/7 250/20
**knowing [4]**   161/9 224/17 225/20 226/11
**knowingly [2]**   46/9 240/10
**knowledge [15]**   153/23 186/1 186/8 188/10 202/23 204/13 206/15 207/12 220/20 225/23 241/2 241/5 241/6 241/9 241/12
**known [8]**   9/2 37/21 73/23 206/21 207/1 207/3 222/20 228/1
**knows [6]**   42/4 45/10 56/24 123/6 228/9 233/16

## L

**lack [6]**   6/5 6/25 38/10 68/2 169/1 209/25
**ladies [8]**   21/13 32/20 36/18 53/4 75/16 87/2 106/14 248/15
**laid [1]**   37/18
**Lake [2]**   38/21 39/7
**land [1]**   59/24
**language [1]**   225/14
**lapsed [1]**   135/11
**large [1]**   190/22
**laser [3]**   140/24 140/24 149/11
**last [16]**   11/3 58/23 77/22 84/9 98/9 103/9 106/25 109/2 127/1 127/3 145/13 189/9 213/15 249/6 249/11 249/11
**late [4]**   222/22 223/9 225/20 234/21
**later [15]**   16/8 23/22 31/7 39/16 41/11 61/23 125/18 125/24 173/25 178/2 178/5 178/9 199/21 228/15 250/13
**latest [1]**   7/15
**latitude [2]**   55/1 55/4
**law [39]**   12/25 13/1 13/2 13/13 17/13 18/9 18/14 18/18 19/3 19/5 19/8 19/15 20/17 24/14 45/20 115/24 116/3 168/13 194/9 195/5 195/7 195/8 195/15 195/19 195/19 195/22 195/22 196/22 197/14 197/14 198/21 198/22 209/23 214/18 214/21 224/13 232/16 232/17 238/18
**lawful [3]**   195/23 196/10 196/11
**lawfully [1]**   196/3
**laws [7]**   16/13 18/4 194/16 195/9 209/18 232/8 232/13
**lawyer [4]**   14/2 14/8 14/9 14/10
**lawyer's [1]**   14/1
**lawyers [4]**   13/20 13/21 13/23 18/6
**lawyers' [1]**   13/23
**lay [1]**   213/2
**LE [1]**   94/14
**lead [7]**   18/16 95/3 145/23 176/5 176/6 176/17 214/10
**leading [6]**   10/3 140/5 175/15 179/13 179/18 245/20
**leads [1]**   146/2
**learn [9]**   109/1 109/23 199/11 202/3 220/2 220/4 220/14 220/17 223/1
**learned [3]**   160/24 162/14 228/21
**learning [1]**   221/18
**least [11]**   4/17 8/21 11/3 33/4 47/25 60/24 75/20 77/11 149/21 189/10 226/6
**leave [12]**   19/25 27/3 29/12 39/23 75/23 87/11 116/17 116/17 117/1 166/9 189/23 243/20

## L

**leaves [6]**   31/20 76/8 106/22 166/9 188/24 248/25
**leaving [2]**   74/7 155/10
**led [6]**   22/18 28/23 29/8 73/1 73/10 191/21
**left [16]**   10/21 20/1 39/22 54/17 54/22 54/25 56/4 58/24 106/16 123/15 132/25 154/21 199/24 200/21 201/14 207/23
**left-hand [1]**   132/25
**leg [4]**   32/18 33/10 205/11 205/23
**legal [8]**   9/15 10/9 114/20 116/2 116/7 191/16 192/13 214/24
**legally [1]**   16/3
**legs [4]**   117/21 120/2 140/16 141/8
**length [1]**   71/17
**lengths [1]**   130/10
**lengthy [3]**   6/1 104/3 109/10
**lenses [1]**   53/22
**LERMAN [23]**   1/20 2/3 2/6 2/8 2/11 3/14 26/3 37/13 46/22 46/22 73/18 74/4 74/14 75/5 76/10 80/11 107/22 108/8 108/12 110/24 174/4 180/14 241/14
**Lerman's [1]**   177/4
**less [2]**   184/17 214/12
**lesser [1]**   143/11
**let [20]**   7/18 19/23 21/19 24/20 32/12 46/25 51/2 78/19 80/3 83/18 91/23 100/1 104/5 108/13 110/22 149/13 152/9 164/5 210/11 241/21
**let's [27]**   12/9 30/17 31/6 31/19 32/4 33/6 33/23 49/17 52/9 53/17 78/19 80/9 84/13 84/21 92/15 98/19 100/14 101/1 103/17 110/4 111/9 158/15 163/1 171/5 226/1 226/16 230/6
**lethal [1]**   58/13
**letter [2]**   45/24 45/25
**letting [2]**   96/16 199/14
**level [15]**   16/9 26/14 115/14 115/16 121/16 130/3 135/20 136/3 143/11 168/18 197/15 218/7 218/18 232/19 232/20
**levels [2]**   168/25 197/13
**liability [4]**   191/12 191/15 192/10 192/11
**library [1]**   17/15
**license [2]**   5/15 214/17
**licensed [1]**   214/12
**lie [3]**   26/19 46/9 47/18
**lied [1]**   214/16
**lieutenant [11]**   24/23 44/2 114/4 114/5 191/25 227/22 228/3 228/13 242/10 246/13 250/17
**life [1]**   138/21
**lift [1]**   130/13
**light [14]**   15/13 18/23 28/14 128/2 128/18 128/19 129/1 129/2 129/3 129/6 133/19 134/1 146/10 249/5

**L**

**lights [4]** 128/17 128/17 128/19 128/25

**like [57]** 22/20 26/18 26/20 34/6 45/9 47/2 50/25 51/1 53/8 61/13 61/15 67/20 78/5 79/23 80/1 83/17 85/13 89/10 98/10 100/9 108/6 113/3 117/8 121/10 130/22 131/9 131/18 132/10 133/6 136/10 139/4 140/19 141/8 145/12 146/21 150/23 151/13 152/9 158/22 158/24 172/25 174/4 175/1 186/11 193/25 198/25 203/18 203/21 203/25 204/9 213/9 215/25 216/23 230/25 238/4 239/16 248/2

**liked [1]** 169/19

**likely [2]** 60/3 196/19

**likes [1]** 45/16

**limine [1]** 10/6

**limitation [1]** 117/12

**limited [5]** 14/21 14/23 14/24 140/20 250/19

**line [18]** 24/19 36/12 51/5 61/13 61/15 61/15 77/3 81/22 82/6 82/6 112/17 112/25 113/1 133/19 140/21 141/2 219/7 249/3

**lines [2]** 61/13 249/11

**lineup [1]** 80/10

**list [8]** 29/1 41/9 84/6 84/8 107/8 111/6 235/11 235/17

**listed [3]** 26/24 26/25 32/7

**listen [5]** 17/9 19/3 40/12 162/10 162/12

**listening [3]** 10/21 105/23 116/21

**literary [4]** 235/19 245/7 245/9 245/11

**little [14]** 42/13 55/12 60/12 81/19 92/15 98/19 100/4 112/14 127/18 140/16 141/24 142/6 235/16 249/17

**live [1]** 16/18

**living [1]** 80/22

**Llopis [6]** 39/21 39/22 44/4 44/9 250/10 250/17

**located [2]** 56/25 59/24

**locating [1]** 56/24

**location [5]** 17/7 101/14 129/6 130/1 176/9

**locations [1]** 42/20

**locked [1]** 205/13

**lockout [3]** 140/22 141/2 151/11

**locks [2]** 118/5 141/5

**long [17]** 25/25 74/22 79/8 79/16 80/24 83/11 86/8 109/6 112/5 112/11 113/17 149/17 164/1 171/16 185/15 190/25 250/18

**longer [3]** 3/8 45/17 100/4

**longest [1]** 250/14

**longitude [2]** 55/1 55/4

**look [44]** 23/10 24/14 27/5 28/16 34/7 34/21 47/4 47/15

53/18 59/3 60/15 65/6 65/9 67/19 77/8 87/6 87/7 108/12 109/22 121/23 122/3 122/6 122/8 122/10 127/3 135/21 136/3 196/7 196/9 196/13 206/25 207/11 207/14 208/9 208/11 208/14 209/22 211/2 216/5 226/14 242/3 246/16 248/22 249/4

**looked [6]** 22/20 61/5 61/8 197/17 225/21 231/8

**looking [29]** 47/24 53/22 54/6 57/15 57/16 57/22 57/23 57/24 58/8 59/6 59/7 60/19 61/12 61/23 63/5 67/14 67/15 67/18 67/19 67/20 68/18 77/3 134/16 137/15 138/10 139/16 207/22 208/5 211/10

**looks [8]** 26/18 61/15 98/10 140/19 141/8 194/5 204/9 216/23

**loose [1]** 38/11

**lot [20]** 8/11 10/3 45/16 46/3 51/19 54/11 56/9 56/11 56/12 76/2 76/2 95/6 165/2 193/25 201/23 207/21 207/24 208/3 225/17 235/13

**loud [5]** 32/16 33/8 148/20 205/6 205/22

**lousy [1]** 169/10

**lower [2]** 35/4 54/25

**Lucas [1]** 66/3

**lunch [8]** 75/19 76/18 76/24 78/3 104/4 106/21 108/10 108/17

**luncheon [1]** 108/18

**lying [1]** 37/6

**M**

**M-U-S-T-O [1]** 48/20

**made [24]** 5/14 9/7 10/12 23/11 36/24 44/11 77/12 78/18 99/6 132/4 132/8 138/8 152/12 155/5 160/18 174/9 174/10 178/24 191/3 199/16 219/25 221/5 230/15 240/12

**Madeiros [4]** 31/6 31/10 31/11 96/20

**mail [4]** 199/22 199/24 200/1 200/21

**main [3]** 85/10 85/19 85/23

**maintain [1]** 127/15

**maintained [7]** 151/22 159/14 159/24 160/1 160/9 196/9 221/4

**Maiorino [3]** 31/25 35/1 35/18

**Maiorino's [1]** 35/23

**major [26]** 8/9 114/3 114/4 114/5 153/22 171/10 201/12 202/16 202/17 202/23 206/12 206/15 222/3 222/4 222/6 222/6 222/11 223/2 224/25 226/15 227/8 227/15 227/21 228/20 236/1 244/18

**majors [2]** 202/15 224/23

**make [61]** 5/12 5/25 6/23 6/24 10/14 20/6 20/8 32/11

40/10 42/3 44/1 44/14 45/16 46/24 46/25 65/14 87/24 97/16 100/10 109/3 109/24 114/16 114/24 115/3 123/6 132/10 133/15 160/17 165/11 166/2 172/14 172/19 173/7 175/8 177/14 178/4 178/17 178/23 179/2 180/1 180/19 194/14 218/9 218/25 237/11 237/15 240/2 240/10 242/4 242/4 243/17 243/19 246/3 246/5 246/11 246/12 247/7 247/12 247/18 247/22 249/9

**makes [13]** 13/13 29/21 37/23 37/23 38/20 43/12 48/6 84/16 124/10 128/22 163/11 231/13 240/18

**making [9]** 6/14 10/6 90/18 109/10 175/3 175/2 233/4 233/5 240/8

**male [3]** 70/14 70/15 205/8

**man [1]** 20/23

**manage [2]** 103/14 113/3

**management [2]** 190/20 221/6

**mandatory [2]** 114/18 156/16

**maneuver [2]** 130/3 132/9

**maneuvered [1]** 147/1

**manner [8]** 15/8 117/21 128/6 128/9 134/9 143/4 148/3 249/16

**mannerisms [3]** 28/22 29/7 152/15

**manual [1]** 193/24

**many [17]** 13/5 29/3 36/1 38/17 58/22 70/21 85/9 91/8 112/16 149/15 149/20 169/10 170/12 170/13 184/15 184/16 184/17

**map [1]** 36/19

**maps [1]** 17/6

**marine [1]** 191/24

**marked [14]** 29/15 29/23 53/3 87/8 110/17 111/1 111/3 111/11 131/5 203/23 203/25 215/19 216/2 216/4

**marry [4]** 206/20 207/2 225/14 242/3

**marrying [1]** 207/4

**Martinez [1]** 31/16

**match [3]** 36/13 36/22 228/23

**matched [1]** 225/13

**material [1]** 215/7

**materially [1]** 217/13

**matrix [2]** 115/14 116/14

**Matt [3]** 31/6 31/9 31/11

**matter [26]** 8/8 74/2 77/16 109/6 109/9 150/1 166/8 194/21 196/20 196/24 197/9 199/1 200/3 210/15 210/16 210/17 210/20 210/22 210/24 242/5 242/10 242/16 247/7 247/19 248/9 251/14

**matters [3]** 9/23 10/10 146/16

**may [116]** 3/1 8/15 8/25 12/16 13/15 14/10 14/11 14/17 15/1 15/3 16/3 16/10 16/17 16/20 17/10 18/25 19/1

**M**

**may...** **[99]**   19/20 20/8 20/12
20/13 20/14 21/3 21/5 28/24
28/25 29/4 37/12 38/18 38/23
38/23 39/16 48/15 48/21
48/22 53/12 66/11 69/3 70/6
70/19 70/25 71/1 72/12 75/15
77/3 78/21 80/15 87/4 87/6
103/24 108/19 111/14 111/17
116/17 117/13 118/7 131/1
134/23 134/24 140/7 143/25
144/22 150/9 154/4 155/23
158/18 158/24 160/8 160/20
160/21 160/24 161/10 161/11
162/22 164/17 168/16 168/18
168/21 168/24 168/25 169/3
169/6 169/11 170/21 177/14
177/14 179/6 180/14 188/16
190/6 194/7 200/22 200/23
210/16 210/17 219/11 220/23
224/8 224/8 225/7 230/21
230/21 231/24 232/19 232/20
234/3 234/8 234/9 235/16
237/2 238/2 239/14 246/20
247/17 247/23 248/14
**maybe** **[21]**   27/8 27/8 27/9
27/9 27/9 27/13 42/2 58/23
79/21 109/24 142/1 144/24
166/23 166/23 169/12 189/21
224/9 224/9 233/15 233/22
249/16
**me** **[65]**   3/14 5/11 10/19 12/2
16/25 19/10 21/19 26/19
27/19 32/12 46/22 51/2 60/21
75/13 78/2 78/17 79/7 79/25
80/3 83/18 84/6 84/16 88/10
101/13 108/14 108/22 108/23
109/5 109/18 110/22 113/3
113/25 114/5 116/15 117/7
127/2 129/15 138/16 140/19
146/2 152/5 152/15 152/19
152/22 156/24 161/8 164/5
169/6 172/25 178/1 181/19
184/7 184/10 185/23 199/14
199/24 200/21 200/23 216/5
223/3 227/15 236/17 241/21
246/25 248/2
**mean** **[26]**   26/13 47/1 55/6
64/19 82/8 91/9 94/14 95/25
96/4 96/13 97/5 102/24
119/23 120/18 124/4 125/3
136/17 145/15 168/13 183/2
186/21 197/5 208/19 209/4
209/12 244/6
**meaning** **[1]**   63/19
**means** **[23]**   14/18 17/15 17/19
17/24 18/2 23/19 53/5 64/20
89/23 91/7 96/15 100/21
102/11 102/11 102/12 103/1
115/19 116/20 118/10 127/6
127/7 145/20 145/24
**meant** **[1]**   63/17
**measure** **[3]**   152/8 177/11
177/15
**measures** **[3]**   115/1 133/17
170/22
**meaty** **[3]**   31/24 34/24 35/15

**mechanics** **[?]**   49/7
**Medeiros** **[1]**   95/23
**media** **[4]**   17/12 193/14
248/20 248/20
**meet** **[3]**   77/6 115/15 149/3
**meeting** **[3]**   9/16 9/20 56/10
**melee** **[1]**   26/18
**member** **[3]**   17/2 194/2 196/8
**members** **[12]**   12/17 21/6 49/7
192/15 192/17 193/14 195/9
195/10 198/18 208/16 244/7
244/9
**memo** **[1]**   246/23
**memorable** **[1]**   47/14
**memorialized** **[1]**   213/7
**memory** **[9]**   15/7 20/2 20/3
20/4 46/18 47/5 47/25 184/9
184/11
**men** **[1]**   31/21
**mention** **[5]**   79/12 110/3
180/16 180/20 182/10
**mentioned** **[9]**   49/18 123/22
125/2 126/3 164/25 182/14
192/8 193/7 197/13
**merely** **[1]**   212/13
**merit** **[1]**   211/24
**message** **[2]**   45/8 201/11
**messages** **[1]**   17/20
**messenger** **[1]**   158/25
**MICHAEL** **[17]**   2/2 23/18 23/20
23/23 24/24 32/5 32/15 32/22
32/25 33/2 33/7 48/18 48/19
48/20 175/21 205/24 206/3
**micro** **[1]**   113/3
**microphone** **[2]**   81/15 81/16
**mid** **[3]**   75/16 75/18 188/18
**mid-afternoon** **[1]**   188/18
**mid-morning** **[2]**   75/16 75/18
**middle** **[3]**   22/3 54/22 199/14
**midst** **[1]**   218/17
**might** **[7]**   11/17 76/1 76/18
98/10 198/7 208/10 244/11
**Mike** **[23]**   4/14 38/15 39/11
39/14 40/19 40/19 40/20
40/22 43/9 44/3 44/5 44/8
84/9 93/6 95/3 99/23 132/19
146/13 163/21 164/2 204/9
204/10 204/15
**Mikey** **[3]**   97/14 97/19 176/16
**mil** **[1]**   51/23
**mile** **[1]**   231/11
**miles** **[5]**   22/12 22/18 38/15
55/4 163/13
**millisecond** **[1]**   146/21
**mind** **[9]**   15/19 16/8 39/10
105/1 105/13 148/13 200/4
200/5 233/11
**mini** **[1]**   76/6
**minor** **[4]**   166/16 179/6 179/8
179/11
**minute** **[2]**   54/13 171/5
**minutes** **[10]**   12/3 12/4 12/7
75/18 76/7 79/18 188/19
188/20 188/23 189/1
**mirroring** **[1]**   97/16
**mirrors** **[1]**   128/19
**misconduct** **[1]**   214/13
**misdemeanor** **[6]**   187/14

187/15 187/23 188/1 188/2
188/4
**misdemeanors** **[2]**   188/8
188/11
**mislead** **[2]**   47/17 47/18
**miss** **[1]**   239/10
**missing** **[2]**   51/1 173/4
**mistake** **[3]**   174/9 174/10
174/10
**mistaken** **[1]**   18/25
**Mitsubishi** **[1]**   89/21
**mode** **[10]**   53/20 54/7 54/7
54/8 54/11 55/20 55/20 151/2
151/3 151/5
**modify** **[1]**   133/24
**moment** **[25]**   40/3 42/23 46/12
55/19 66/11 68/17 68/21
74/13 84/19 94/12 103/24
146/4 150/9 155/24 204/23
220/23 229/15 229/18 241/14
241/15 241/22 241/24 242/2
242/5 242/11
**momentarily** **[1]**   98/14
**moments** **[2]**   47/14 166/8
**Monday** **[9]**   221/19 221/21
223/6 223/8 224/20 224/21
225/20 226/12 227/6
**monitor** **[1]**   94/16
**monitoring** **[3]**   39/24 40/15
95/12
**Monteith** **[5]**   40/19 40/22
40/23 189/20 216/24
**months** **[3]**   83/17 183/14
185/16
**more** **[32]**   12/20 15/22 22/5
35/23 36/1 36/6 44/11 47/10
47/14 53/25 55/12 58/17
60/12 71/14 71/17 76/1 98/19
108/1 109/16 127/18 129/10
142/6 142/25 145/12 166/13
174/14 184/18 187/7 196/19
209/1 214/12 235/16
**morning** **[30]**   5/11 7/19 9/24
12/12 21/6 21/22 37/13 42/16
43/4 47/13 48/25 49/1 66/18
66/19 75/16 75/18 76/6 80/20
103/3 112/18 189/24 199/20
204/20 223/6 226/5 230/5
234/17 234/25 235/1 249/17
**most** **[12]**   35/25 60/3 83/12
84/5 85/6 85/23 114/21 185/7
191/23 226/13 235/7 237/9
**mostly** **[2]**   52/12 54/10
**motions** **[2]**   10/6 187/1
**move** **[8]**   33/6 61/17 81/15
110/16 110/22 163/1 203/21
215/25
**moved** **[4]**   61/20 72/3 130/23
164/2
**movement** **[1]**   68/12
**moves** **[1]**   61/9
**movies** **[1]**   150/23
**moving** **[6]**   110/17 141/8
141/22 177/23 182/6 245/8
**Mr** **[31]**   2/3 2/6 2/8 2/8 2/9
2/11 2/11 2/12 3/14 4/15 9/1
11/6 26/2 37/3 46/21 46/22
73/18 74/4 74/14 75/5 76/10

**M**

**Mr... [10]**   80/11 107/22
108/8 108/12 110/24 174/4
177/4 180/14 199/7 241/14
**Mrs. [1]**   81/16
**Mrs. Stipes [1]**   81/16
**Ms [3]**   2/3 2/4 2/6
**Ms. [4]**   42/9 78/2 79/4 81/15
**Ms. Clowes [1]**   81/15
**Ms. Osborne [3]**   42/9 78/2
79/4
**much [15]**   12/2 36/12 37/8
64/20 78/11 79/18 89/12 98/9
104/5 135/11 210/25 213/4
235/20 248/13 249/13
**multiple [3]**   208/7 212/13
217/22
**muscle [2]**   120/2 120/23
**must [23]**   13/1 13/1 13/3
13/18 14/15 14/19 14/23
14/25 15/19 16/6 16/25 17/18
17/23 18/3 19/6 25/24 28/20
121/17 124/18 150/2 193/5
212/15 213/10
**MUSTO [5]**   2/2 48/18 48/19
48/20 60/15
**my [60]**   3/13 6/9 8/3 11/4
17/21 25/6 32/17 34/1 36/16
37/13 52/20 57/9 59/5 60/24
63/6 65/7 67/20 72/10 72/13
76/11 77/2 78/3 79/5 79/13
109/15 111/23 112/17 114/8
116/16 117/6 127/2 127/2
133/17 139/25 140/20 141/9
142/25 151/8 151/9 152/5
153/16 178/21 190/10 193/2
202/14 202/14 205/4 205/5
205/5 205/10 205/14 205/23
206/24 207/14 218/8 238/19
241/5 241/9 241/12 242/2
**myself [2]**   6/14 109/15

**N**

**naked [2]**   59/4 59/5
**name [6]**   37/13 61/17 106/6
111/23 123/19 190/10
**named [1]**   66/4
**names [3]**   84/7 127/1 127/3
**narcotics [1]**   22/1
**narrative [63]**   29/5 41/10
41/15 43/23 122/1 122/11
123/8 123/23 123/24 124/1
124/14 124/19 125/2 125/9
126/5 126/14 126/18 126/21
136/1 150/6 154/18 154/24
155/10 155/17 159/25 159/25
165/17 165/20 166/11 166/12
166/22 166/24 175/11 179/8
179/17 179/23 179/25 180/4
180/8 180/11 180/16 181/4
181/6 181/10 181/14 182/9
188/5 212/10 216/11 216/16
216/18 216/22 216/23 217/2
217/6 225/2 229/6 229/6
243/10 245/6 245/10 245/12
246/2
**narratives [5]**   158/3 183/12

**nature [12]**   112/22 112/24
120/6 121/8 123/20 133/13
191/24 193/20 196/4 209/24
216/13 218/3
**nautical [1]**   55/4
**navigation [1]**   59/22
**necessarily [10]**   41/6 41/14
42/23 44/5 87/5 163/10
164/19 168/13 231/7 233/22
**necessary [11]**   25/3 27/11
28/23 29/8 36/9 76/15 118/4
160/25 178/8 187/7 212/21
**need [25]**   12/2 12/18 24/15
40/12 41/12 41/14 45/6 64/21
79/1 81/13 81/13 81/25 84/19
87/17 102/6 119/11 119/11
123/5 123/5 124/7 160/17
169/6 181/12 240/4 243/23
**needed [5]**   3/8 23/12 25/8
90/19 187/20
**needs [6]**   23/10 60/2 78/23
108/12 166/12 181/16
**negative [3]**   84/18 96/15
246/24
**negligent [1]**   139/22
**neighborhood [9]**   22/15 39/13
57/23 57/24 61/24 61/24 74/8
163/3 163/10
**neither [2]**   19/1 20/9
**nervous [1]**   84/15
**networking [1]**   17/21
**never [11]**   26/9 28/14 42/16
105/11 153/15 155/2 155/8
157/2 177/2 183/15 243/3
**Nevertheless [1]**   53/8
**new [16]**   9/4 110/12 110/18
113/13 113/14 114/13 114/22
156/16 156/17 159/25 192/14
192/15 192/16 192/18 193/3
199/13
**news [2]**   17/11 19/4
**newspapers [1]**   17/11
**next [21]**   20/7 23/22 64/22
78/8 79/14 96/24 98/17
105/16 106/17 107/3 111/15
117/17 133/3 155/12 182/1
189/2 189/7 190/8 199/21
205/21 226/6
**nice [3]**   76/6 106/20 248/23
**nickname [1]**   88/19
**night [46]**   5/8 21/14 21/15
21/19 23/2 23/13 27/8 30/15
30/18 41/7 41/11 41/16 42/25
49/25 51/11 51/23 52/5 52/9
54/11 54/14 59/5 59/10 65/5
67/14 72/7 72/10 83/10 83/14
83/19 88/12 103/1 103/12
105/19 128/18 154/21 164/11
164/14 166/9 166/9 179/3
199/14 204/14 206/4 230/4
233/16 251/11
**nighttime [3]**   54/9 55/20
68/1
**nine [6]**   22/12 22/19 30/14
31/5 31/20 216/15
**nip [1]**   174/13
**no [139]**   1/3 5/2 13/13 14/3

187/20 212/6 217/12
**296**
14/24 15/25 18/13 24/6 25/6
27/13 33/13 34/5 34/8 36/16
40/8 44/17 45/10 46/5 47/8
47/9 47/12 47/12 52/23 52/25
60/12 64/7 64/8 64/8 64/12
64/12 66/13 68/19 74/7 74/9
74/13 74/19 74/21 75/14
84/20 86/20 86/22 96/16
96/23 98/16 101/19 104/1
106/11 108/3 138/2 138/4
138/24 143/22 144/7 144/16
144/19 144/21 146/11 147/18
148/19 148/25 149/3 150/1
152/13 152/22 153/6 153/13
153/13 154/7 155/1 155/3
155/7 155/18 156/1 157/1
157/3 157/17 165/25 168/8
168/10 170/3 170/13 170/15
171/25 175/10 176/18 176/22
177/24 179/9 179/20 179/24
180/2 180/6 180/9 180/12
183/10 183/22 184/1 186/15
187/9 188/13 201/3 201/9
203/15 205/20 206/1 206/10
213/25 215/23 216/21 217/9
217/11 217/14 217/16 219/15
220/16 221/6 221/6 221/8
223/7 226/18 227/23 236/23
238/17 239/19 240/4 240/10
241/5 241/9 241/18 241/20
241/22 242/12 242/21 243/4
248/12 248/20 248/21 249/10
249/10
**nobody [4]**   41/1 74/7 74/8
79/9
**none [2]**   15/2 46/6
**Nonemergency [1]**   81/22
**normal [2]**   234/12 242/12
**normally [3]**   39/21 42/23
223/23
**north [3]**   73/5 73/6 162/6
**northbound [1]**   73/8
**not [370]**
**notating [1]**   211/11
**notation [1]**   246/17
**notations [1]**   212/12
**note [2]**   19/23 163/20
**note-taking [1]**   19/23
**notebook [4]**   86/24 87/1 87/4
87/6
**notebooks [2]**   19/19 79/23
**notes [20]**   19/20 19/21 19/25
20/1 20/2 45/7 45/8 45/11
158/24 159/1 159/2 160/8
160/20 166/23 173/7 173/21
173/23 174/1 174/2 229/11
**nothing [6]**   15/22 46/4 81/6
173/14 200/23 238/7
**notice [1]**   7/15
**notification [1]**   153/7
**notified [1]**   217/12
**notify [3]**   91/23 92/4 240/14
**November [2]**   1/7 236/14
**now [89]**   6/2 6/11 11/12
12/17 20/5 21/13 21/19 22/10
23/2 24/13 29/3 29/18 34/17
36/18 38/20 39/8 39/12 39/19
41/14 44/7 44/17 45/4 50/9

**N**

**now... [66]**   53/19 54/21
55/17 56/17 60/8 61/20 62/3
62/12 66/20 67/11 67/20
68/12 74/4 77/8 77/15 79/3
99/6 101/24 102/13 104/4
118/19 132/4 134/16 136/21
137/15 138/12 139/3 141/22
142/17 143/1 145/8 151/5
152/5 156/12 157/20 159/5
159/5 159/23 161/8 161/23
163/10 163/12 168/23 170/6
170/18 175/20 176/12 179/4
182/6 182/13 192/25 193/7
203/25 204/16 204/21 206/11
214/24 222/15 223/16 227/4
227/24 229/21 233/1 235/6
235/10 242/18

**number [32]**   4/6 11/9 26/21
27/5 42/12 66/10 70/14 70/19
81/12 82/17 83/4 83/4 95/3
95/4 100/18 130/23 131/5
157/24 157/25 158/2 166/2
184/17 205/10 211/20 211/22
212/2 212/3 212/6 234/3
235/6 235/12 235/12

**numbers [3]**   87/17 87/20
249/10

**numerical [1]**   59/23

**numerous [2]**   60/8 64/9

**NW [1]**   1/18

**O**

**o'clock [14]**   21/22 101/8
128/15 128/15 128/16 128/23
128/24 129/14 129/14 129/15
129/16 223/10 234/8 234/9

**oath [5]**   19/18 194/13 194/14
198/19 198/24

**object [4]**   9/15 11/17 11/17
14/10

**objecting [2]**   3/14 4/19

**objection [39]**   7/5 9/11 10/9
14/11 14/13 14/15 52/24
52/25 53/2 75/1 86/21 86/22
86/23 108/8 108/14 144/10
147/22 148/10 153/25 159/16
160/2 167/21 172/6 175/15
177/1 179/13 179/18 186/3
186/5 200/2 203/22 215/22
215/23 216/1 219/7 220/6
228/6 245/20 247/20

**objectionable [1]**   109/12

**objections [1]**   13/23

**objective [2]**   207/8 240/19

**objects [1]**   79/9

**obligated [1]**   206/3

**obligation [4]**   175/2 226/20
226/25 240/14

**observation [1]**   148/12

**observations [5]**   211/10
211/11 212/23 215/10 219/18

**observe [1]**   136/8

**observed [9]**   72/1 72/22
131/19 137/7 138/1 148/15
162/23 177/18 216/11

**observing [2]**   68/15 68/21

**obstinate [1]**   71/3

**obstructed [1]**   134/1

**obtain [1]**   201/15

**obvious [2]**   35/25 163/2

**obviously [20]**   38/1 45/5
67/1 67/12 67/16 67/22 69/2
70/22 71/20 73/4 84/8 148/12
161/23 165/19 169/16 222/2
222/18 224/11 229/21 234/16

**OC [2]**   118/23 122/22

**occasions [1]**   72/17

**occupant [3]**   239/20 239/21
239/22

**occupants [8]**   57/16 57/19
74/18 129/25 130/5 188/10
199/6 206/6

**occupied [1]**   91/6

**occur [3]**   141/11 239/23
240/7

**occurred [19]**   8/23 37/21
39/1 46/18 72/22 84/13
104/25 105/9 153/1 153/9
162/18 165/5 166/18 199/1
221/16 229/21 240/25 242/15
243/3

**occurrence [4]**   155/5 184/2
240/18 242/15

**occurring [1]**   67/12

**occurs [4]**   38/7 40/16 85/24
222/15

**October [1]**   236/14

**off [38]**   22/14 28/12 28/25
38/13 38/18 39/7 42/22 43/3
43/3 43/5 43/6 68/5 84/6
84/7 85/13 93/22 94/22
106/16 117/7 125/5 151/13
152/6 163/2 164/15 166/1
166/3 166/4 182/8 193/2
213/16 226/4 226/7 234/4
236/7 236/10 236/10 236/11
236/17

**offend [1]**   214/21

**offense [2]**   28/20 29/4

**offer [2]**   52/22 86/19

**offering [1]**   47/4

**offers [1]**   14/8

**office [20]**   1/14 5/1 23/9
25/15 46/1 49/3 49/15 52/20
65/13 66/5 91/2 94/16 172/24
199/23 201/2 201/7 202/8
203/7 236/22 247/11

**officer [276]**

**officer's [21]**   39/12 122/10
133/15 136/11 152/13 188/4
195/13 195/14 211/6 212/9
212/10 213/20 214/6 214/17
215/12 216/18 216/22 217/2
238/15 239/2 239/3

**officers [213]**   4/3 21/9
21/11 21/16 22/12 22/15
22/19 23/3 23/5 24/4 24/5
24/9 24/15 25/2 25/11 26/17
26/21 26/23 27/5 27/10 27/21
27/25 28/1 28/6 28/9 28/13
28/25 29/6 29/11 30/2 30/2
30/5 30/14 30/20 30/25 31/5
31/20 32/5 34/2 34/4 34/8
34/18 35/2 35/4 35/8 35/8

35/10 36/8 36/15 36/24 38/4
38/8 38/8 38/16 38/22 39/3
39/25 40/18 41/21 42/3 43/6
43/21 45/18 50/21 50/23
58/10 58/15 58/22 60/8 60/15
61/8 61/20 62/2 62/4 64/9
70/14 70/15 70/16 70/19
70/21 73/7 74/9 74/15 75/6
82/5 82/17 82/21 83/13 84/11
84/25 86/1 89/1 92/25 93/8
95/13 97/6 98/12 105/18
105/24 106/2 112/21 113/14
115/4 115/23 116/1 118/16
119/4 126/21 127/1 127/2
127/5 127/15 128/12 129/4
129/7 129/9 129/19 129/21
130/4 130/7 130/19 133/18
134/8 134/16 134/21 134/23
134/24 136/12 136/14 136/16
136/21 136/25 137/7 137/20
137/21 138/6 138/7 138/20
139/20 139/21 140/25 141/5
142/3 142/4 143/20 144/6
144/9 144/14 148/8 148/21
149/5 149/6 155/20 156/13
158/2 163/11 164/10 165/2
166/15 170/7 170/12 170/18
170/23 172/15 178/1 178/8
178/24 180/13 184/3 184/23
185/13 185/23 186/13 186/16
187/6 192/20 194/12 195/11
195/23 197/23 198/5 198/16
199/15 201/2 201/8 204/13
207/7 207/11 208/1 208/2
211/9 212/15 214/1 214/12
215/9 219/3 223/17 224/18
226/21 231/18 231/20 231/24
232/3 233/14 233/23 235/7
235/7 235/21 240/10 241/25
243/3 243/5 243/22

**officers' [17]**   5/8 24/20
25/20 60/5 62/1 63/11 64/3
75/9 202/2 202/4 207/2
208/18 209/14 211/2 211/4
221/4 241/16

**official [9]**   1/23 1/23
174/24 214/3 215/12 219/18
219/19 239/3 251/17

**often [8]**   19/8 41/25 53/8
65/20 65/21 70/21 170/14
184/12

**Oh [1]**   203/12

**OIC [1]**   125/13

**okay [106]**   3/19 4/5 5/8 8/24
12/16 21/3 26/17 37/9 48/14
49/14 53/1 54/15 56/17 58/1
61/1 62/22 70/22 75/15 80/5
84/13 84/19 87/15 87/24
89/16 91/11 92/3 93/11 94/8
96/1 96/6 96/8 98/5 99/4
100/6 100/25 101/20 104/2
104/9 106/10 107/5 107/18
111/18 111/21 117/15 120/13
121/16 131/18 131/20 131/21
131/23 132/7 132/20 132/20
134/10 135/1 137/3 137/23
139/5 139/11 142/1 143/8
143/25 144/8 145/9 146/25

278

O

**okay...** **[41]** 152/23 153/23
157/15 159/21 179/4 182/5
185/22 186/1 189/4 189/6
190/2 193/7 194/19 195/18
196/24 197/3 197/8 197/13
199/18 203/11 203/16 204/16
204/21 206/11 208/11 209/12
211/2 215/18 216/14 216/20
216/25 217/4 217/17 220/12
221/10 232/18 233/22 243/25
248/13 249/15 250/20
**Okeechobee** **[3]** 38/13 38/19
38/19
**old** **[2]** 28/6 159/25
**omissions** **[3]** 209/5 209/7
239/15
**omit** **[6]** 179/16 179/23
179/25 180/3 180/7 180/10
**omits** **[1]** 215/7
**omitted** **[5]** 76/23 179/8
179/12 182/24 214/16
**On-the-job** **[1]** 81/6
**once** **[13]** 18/21 29/14 45/9
53/10 65/12 70/9 123/2
131/18 149/21 157/10 158/12
160/10 160/16
**one** **[101]** 3/23 4/6 5/18 7/7
18/13 22/17 27/23 28/11 31/6
31/22 32/5 33/2 35/7 35/9
40/21 41/5 42/7 42/13 44/9
44/17 45/10 45/12 46/1 46/1
46/13 47/21 47/25 50/9 58/10
58/10 58/14 58/23 62/13
63/16 63/18 63/19 64/8 64/8
65/22 65/23 68/7 70/5 73/12
75/20 76/21 76/24 78/10
84/25 85/1 85/18 96/24
101/23 107/3 107/9 107/22
108/4 109/24 110/4 110/10
110/18 110/19 114/21 115/20
125/20 130/9 134/21 139/23
141/1 141/1 141/2 151/9
151/15 152/13 160/8 161/3
162/9 163/20 173/4 174/25
183/17 184/3 184/3 184/18
184/22 185/5 185/8 195/25
198/7 198/9 199/15 212/5
218/14 221/2 231/1 235/13
235/24 240/15 244/7 244/11
249/20 250/7
**one-week** **[1]** 46/13
**ones** **[2]** 28/7 113/14
**only** **[30]** 5/21 7/13 7/21
13/24 14/21 14/23 15/21
18/11 18/12 18/12 19/10 20/3
39/20 41/7 45/15 46/13 47/7
86/13 87/6 110/18 115/12
136/21 136/25 151/14 166/7
189/8 194/4 194/5 227/11
250/22
**open** **[5]** 24/7 128/20 128/25
147/12 159/13
**opened** **[8]** 60/22 134/22
135/7 135/13 135/15 135/17
146/20 160/10
**opening** **[21]** 3/13 6/4 6/11

7/6 10/1 10/2 10/15 10/25
11/14 12/1 12/2 12/4 13/21
20/6 20/8 20/9 20/19 21/4
37/9 39/14 250/13
**openings** **[1]** 10/15
**opens** **[2]** 23/24 157/24
**operate** **[3]** 49/8 50/10 51/8
**operated** **[2]** 49/13 85/20
**operating** **[8]** 51/19 51/22
51/23 54/20 59/13 187/2
187/4 187/6
**operations** **[2]** 85/11 190/21
**opinion** **[7]** 13/7 19/12
133/17 140/20 141/9 153/17
237/2
**opportunities** **[1]** 70/11
**opportunity** **[9]** 15/5 24/10
26/3 77/20 105/8 146/18
146/19 183/3 207/5
**opposed** **[1]** 219/1
**option** **[1]** 163/18
**or social** **[1]** 17/21
**orbiting** **[1]** 64/2
**order** **[18]** 11/21 14/17 16/14
27/19 128/21 129/18 131/14
143/4 143/21 146/16 146/23
147/21 151/6 180/1 212/6
212/13 212/22 249/10
**ordinances** **[2]** 194/17 194/17
**ordinary** **[3]** 39/2 127/25
231/8
**oriented** **[1]** 53/17
**original** **[4]** 3/21 44/18
145/2 212/2
**originally** **[1]** 72/3
**Orlando** **[7]** 199/12 202/14
221/15 221/18 222/12 223/5
230/9
**OSBORNE** **[7]** 1/13 2/3 2/4 2/6
42/9 78/2 79/4
**other** **[89]** 3/9 7/7 7/11 14/9
14/24 15/11 15/14 17/4 17/6
17/11 17/15 17/19 18/2 19/6
19/10 19/12 19/24 24/4 24/10
28/18 29/24 31/25 38/1 38/4
38/14 38/16 42/1 42/19 45/4
47/5 47/12 47/21 47/23 47/25
52/6 58/11 58/22 59/13 63/6
67/18 69/3 74/5 74/12 78/10
79/24 80/1 81/21 85/14 85/14
85/19 85/20 86/2 86/25 87/4
91/17 106/9 109/10 110/24
114/18 119/16 122/23 125/23
129/21 133/18 134/8 134/24
143/8 147/11 158/2 160/21
160/24 164/4 166/4 173/5
184/23 185/4 185/6 186/24
189/17 199/9 199/18 217/6
223/18 225/10 227/18 233/24
240/16 246/1 250/16
**others** **[7]** 17/14 41/24 47/14
171/8 211/13 222/2 231/25
**otherwise** **[2]** 18/3 175/7
**our** **[57]** 3/3 7/17 7/20 12/9
12/13 16/13 18/9 18/14 18/18
19/3 19/15 36/19 50/20 61/16
64/20 75/16 75/18 80/5 98/13
104/5 113/14 114/16 114/17

114/19 115/11 115/20 116/19
118/2 119/11 126/23 128/6
128/20 129/6 130/1 133/6
170/18 188/18 189/6 195/7
196/8 197/10 198/5 198/7
198/8 198/9 198/19 198/21
199/15 209/23 209/25 210/10
215/9 217/20 238/25 239/12
242/24 248/16
**ours** **[1]** 64/7
**out** **[138]** 3/12 3/22 7/2
15/23 21/11 21/25 23/23 24/2
24/8 24/10 25/15 27/7 27/25
28/2 28/2 28/3 28/6 30/6
30/13 31/18 34/3 35/2 35/5
35/7 37/18 38/24 39/2 39/25
40/7 42/17 52/5 52/9 52/14
54/6 57/10 57/20 57/23 57/25
59/11 60/2 61/24 64/8 67/12
67/14 70/6 74/8 76/16 77/24
79/23 82/13 88/24 89/21
89/24 90/14 90/24 91/2 95/6
95/21 96/22 96/22 97/3 98/11
101/13 105/8 106/7 110/12
117/1 117/19 119/11 126/11
126/17 126/19 127/25 128/7
129/18 130/11 133/24 136/19
137/5 137/9 137/11 137/11
137/16 137/17 137/21 137/23
137/25 141/5 141/7 141/12
147/12 147/13 147/14 147/20
148/5 148/6 159/1 159/14
165/24 166/2 170/1 174/14
178/21 181/20 184/7 184/8
184/10 184/24 185/5 185/13
186/4 194/23 201/12 201/14
202/7 206/11 206/11 210/12
217/4 218/6 218/13 218/23
218/25 219/15 219/17 220/7
220/10 222/24 225/4 231/8
234/12 235/11 239/21 240/6
249/3 249/12 249/15 251/6
**out-of-court** **[2]** 220/7
220/10
**outcome** **[1]** 15/9
**outline** **[3]** 20/6 124/2 124/3
**outside** **[9]** 13/9 19/13 63/6
76/5 137/8 184/11 209/22
220/20 226/15
**over** **[49]** 7/16 8/12 10/22
16/10 20/19 25/17 36/2 36/4
36/4 36/24 36/24 45/15 45/17
45/17 54/13 55/3 59/14 64/20
67/20 72/12 76/18 76/24 77/8
77/24 78/2 82/18 82/21 84/5
84/9 89/10 108/10 112/6
112/14 114/15 124/8 124/8
127/13 128/1 141/5 141/6
145/12 165/4 170/1 193/4
202/16 213/3 222/4 231/3
231/4
**overall** **[1]** 162/1
**overhead** **[3]** 23/3 57/12
93/21
**overlap** **[1]** 102/13
**overlay** **[1]** 61/12
**overnight** **[1]** 223/15
**overrule** **[3]** 14/10 159/21

**O**

overrule... [1]   186/5
overruled [7]   7/5 160/4
172/10 175/16 179/19 219/9
247/24
own [7]   20/2 22/17 40/12
67/6 137/9 137/11 209/23

**P**

p.m [3]   43/5 83/10 223/12
PA [2]   129/24 129/24
packet [5]   4/8 4/11 4/12
4/20 6/1
page [38]   2/3 2/3 2/4 2/6
2/6 2/8 2/8 2/9 2/11 2/11
2/12 2/16 2/17 2/18 2/19
2/20 6/3 6/3 28/19 28/21
32/14 33/6 33/25 34/22 42/4
98/10 99/12 101/2 101/21
101/24 102/18 103/17 204/16
216/15 216/20 216/25 233/16
249/10
pages [2]   27/23 110/11
pain [1]   151/14
painful [1]   141/8
paint [1]   26/11
painting [1]   11/4
paints [1]   61/13
PALM [17]   1/2 1/7 1/15 1/21
1/24 21/10 38/12 46/1 49/3
49/15 80/25 89/22 199/23
201/6 202/8 203/7 247/10
pan [1]   218/13
panned [4]   62/9 72/16 72/17
75/6
paperwork [4]   102/12 103/2
105/21 124/13
paragraph [3]   33/25 204/21
205/21
parcel [2]   59/24 61/5
park [1]   133/6
parked [1]   133/3
part [26]   3/21 4/11 4/14
4/21 5/14 11/11 15/2 28/15
58/23 64/7 64/20 89/24 108/9
115/4 116/9 155/21 172/22
174/24 178/20 192/8 214/13
216/21 218/14 236/1 246/3
246/4
Participants [1]   216/10
participated [1]   154/4
particular [17]   24/17 37/17
67/11 83/9 112/11 133/2
151/20 164/25 178/7 207/10
207/15 209/19 227/4 228/21
230/23 234/4 247/5
particularly [4]   21/24
162/12 165/23 235/10
parties [3]   19/11 75/24
203/21
partner [1]   63/6
partnership [1]   218/24
parts [4]   26/2 26/3 56/7
246/1
party [1]   19/1
pass [1]   79/23
passenger [43]   22/22 22/24

23/24 23/24 24/1 24/2 24/5
31/17 32/4 32/13 32/16 32/21
32/25 33/3 33/8 33/20 33/24
34/3 34/7 34/8 34/18 129/20
129/21 135/7 135/9 136/4
136/18 136/19 136/22 137/1
137/8 137/15 137/24 139/9
140/12 146/14 147/10 147/13
205/7 205/21 205/25 240/1
240/5
passengers [3]   21/12 23/17
38/2
passes [1]   126/12
passing [1]   65/18
passive [7]   116/20 117/3
117/4 117/6 117/16 135/16
135/19
past [3]   50/21 136/22 151/13
Pat [3]   40/19 40/22 40/23
patch [2]   93/25 94/15
patching [1]   94/14
patience [2]   106/14 248/16
Patrick [2]   189/20 216/23
patrol [23]   112/10 112/12
112/13 113/2 113/6 125/12
128/24 154/9 157/7 157/8
157/9 158/19 169/14 177/13
191/9 191/21 191/24 202/17
205/4 226/22 234/12 244/14
244/17
patrolman [3]   157/2 157/17
224/11
patrolmen [1]   160/9
pattern [1]   174/22
Pauline [2]   1/23 251/17
pause [15]   20/21 132/3 133/1
136/9 137/1 142/9 142/16
142/24 143/1 144/2 150/15
175/25 176/1 176/14 178/1
paused [1]   139/8
pavement [1]   35/6
payment [1]   16/24
PBSO [7]   23/5 23/11 40/10
40/10 46/1 66/20 231/1
peaceful [1]   234/13
peeks [1]   42/19
pencils [1]   19/19
Pennsylvania [1]   1/18
people [52]   13/9 16/18 18/5
21/9 22/20 26/16 26/24 26/24
26/25 32/11 38/2 38/17 38/18
51/1 57/23 61/24 68/2 69/10
69/12 69/12 74/15 74/15
74/22 76/2 81/25 84/2 84/4
84/5 84/8 84/18 85/11 85/14
91/8 91/9 98/17 100/11
100/18 101/17 102/25 128/21
129/22 129/23 143/24 183/14
192/18 207/23 208/12 212/4
212/4 212/13 219/1 242/23
people's [1]   130/15
pepper [8]   116/23 117/10
184/24 184/25 185/1 185/1
185/6 185/6
per [4]   22/12 81/22 152/4
206/2
perceive [1]   121/17
perceived [3]   121/20 211/3

211/7
percent [4]   50/8 54/14 59/21
76/21
perception [3]   211/4 211/7
212/11
perceptions [2]   211/11
215/10
perfect [2]   169/19 232/4
perfectly [1]   40/13
perform [2]   232/7 232/19
performance [9]   194/3 194/3
195/23 198/17 201/8 233/21
244/8 244/11 244/12
performed [1]   244/20
performing [1]   234/12
perhaps [1]   199/21
period [5]   36/2 77/16 98/15
113/19 213/10
periods [1]   192/24
perjury [1]   214/21
permanent [2]   83/6 191/3
permissible [12]   77/11
138/17 179/15 179/22 179/25
180/3 180/7 180/10 197/24
197/25 239/17 240/2
permission [2]   178/10 178/21
permit [6]   18/9 18/10 18/14
18/18 167/24 186/13
permitted [6]   14/9 115/5
138/20 148/22 177/14 240/10
person [50]   16/23 17/1 33/24
70/12 71/1 85/5 88/7 89/8
116/25 117/3 118/22 120/1
125/17 125/20 130/12 135/21
137/5 137/23 137/25 138/6
138/20 141/12 141/21 142/5
143/5 145/20 146/23 146/24
147/20 148/18 148/20 148/21
148/22 149/2 154/3 179/11
179/15 180/17 181/16 183/8
183/11 183/16 184/25 185/1
185/8 196/2 196/12 220/20
222/9 245/19
person's [2]   121/6 244/16
personal [2]   16/11 16/14
personally [5]   86/14 152/15
152/22 156/24 181/19
personnel [8]   114/19 190/21
190/22 191/17 194/9 198/7
207/6 207/17
persons [4]   70/22 95/22
128/6 192/14
perspective [7]   67/16 70/3
71/20 202/19 207/2 208/15
212/14
perspectives [1]   206/25
Philip [1]   21/14
PHILLIP [1]   1/7
phone [11]   81/12 82/12 82/18
152/6 199/14 199/16 200/9
200/11 201/1 201/6 201/10
Photos [1]   205/13
phrases [2]   19/8 87/19
physical [5]   8/22 50/13
182/10 184/13 184/19
physically [2]   99/9 105/1
pick [5]   52/9 52/11 55/22
83/15 106/16

**P**

**picking [2]**  56/5 56/14
**picks [1]**  52/12
**picture [8]**  26/11 53/21
213/1 213/1 213/2 213/3
213/7 213/10
**piece [2]**  9/8 13/16
**Pierce [1]**  1/24
**Pierce/West [1]**  1/24
**pilot [4]**  23/8 51/5 51/7
51/8
**pinned [2]**  147/1 147/11
**pinning [2]**  133/3 147/5
**pinpoint [1]**  7/3
**PIT [5]**  132/9 176/25 177/2
177/6 208/22
**place [8]**  8/21 17/3 17/5
18/18 18/20 18/22 128/12
151/7
**placed [3]**  32/19 33/11
205/12
**places [1]**  199/9
**plain [1]**  146/1
**Plaintiff [2]**  1/5 1/13
**Plaintiff's [1]**  203/1
**planned [1]**  39/5
**planning [1]**  7/18
**platoon [1]**  192/1
**play [19]**  25/25 40/5 44/25
45/1 53/13 53/25 55/12 57/2
58/17 76/16 88/1 92/15 96/24
98/19 100/4 139/3 203/2
203/5 210/12
**played [7]**  10/23 53/14 87/3
88/3 131/24 203/3 218/21
**playing [18]**  56/17 58/2
59/16 61/1 62/22 63/13 64/13
88/21 93/11 96/1 97/10 97/21
100/14 101/9 131/9 131/14
144/22 146/4
**please [26]**  12/10 19/21 21/5
22/23 22/25 33/6 59/16 62/23
63/13 63/21 64/13 64/25
75/24 89/4 89/25 92/7 94/2
95/8 95/17 97/10 97/21 98/5
100/14 101/9 101/21 190/14
**pleasure [1]**  37/14
**plot [1]**  251/3
**plus [1]**  133/16
**point [85]**  16/8 25/17 25/19
26/2 39/6 39/7 39/20 40/20
52/22 53/23 56/22 58/7 58/21
58/23 59/4 60/4 60/25 61/25
63/5 63/8 63/10 64/2 64/3
66/10 70/5 74/7 74/20 75/10
77/12 87/7 93/18 95/12 99/6
105/15 106/16 108/3 109/19
116/23 116/24 117/9 117/10
117/11 118/6 118/21 119/12
128/5 133/22 135/13 140/19
144/20 145/3 146/9 146/23
147/1 148/22 149/4 152/13
153/14 161/9 162/15 163/2
163/5 163/25 169/23 171/6
174/13 178/16 182/20 210/13
210/18 218/16 219/6 219/16
219/17 220/17 229/22 230/13

234/5 234/25 234/22 247/17
248/5 249/11 249/15 251/7
**pointed [2]**  58/11 219/15
**pointing [5]**  54/23 55/8
58/22 134/17 134/18
**Polaroid [2]**  213/1 213/9
**police [81]**  4/11 9/2 21/21
25/14 27/17 28/11 28/15
29/25 43/16 43/19 45/19
48/12 51/10 51/14 56/16
80/21 81/4 81/14 82/2 83/13
83/23 88/17 107/13 112/4
113/8 113/11 114/13 115/23
117/24 118/15 119/5 121/11
121/19 122/18 123/2 125/8
127/9 128/1 130/18 130/19
132/16 143/20 145/14 145/23
149/7 151/19 156/17 157/5
172/25 173/11 175/6 187/25
190/16 190/17 191/1 191/5
192/6 192/20 194/23 199/13
204/6 204/7 206/2 210/8
210/24 211/17 211/20 211/21
212/25 213/4 213/20 214/12
216/7 216/9 219/19 219/19
227/11 231/3 234/9 234/10
243/3
**policies [10]**  114/16 114/17
115/25 116/2 155/20 173/10
194/18 198/3 206/2 226/20
**policy [40]**  23/21 25/9 39/15
76/13 116/1 116/7 117/14
117/24 121/12 131/11 153/15
153/16 153/19 163/15 164/7
165/8 165/10 168/11 168/12
168/21 193/24 194/20 195/4
195/15 195/19 196/7 196/21
215/1 215/2 232/12 232/15
232/16 232/17 232/23 233/2
240/25 240/25 247/3 247/19
248/10
**pop [2]**  61/18 127/3
**portion [3]**  31/24 34/24
35/15
**posing [1]**  68/24
**position [35]**  8/3 8/4 77/19
83/6 110/2 113/17 114/5
117/1 128/6 128/12 128/15
128/16 128/16 128/19 128/23
129/15 129/15 129/16 129/19
130/9 132/14 133/6 133/7
133/8 133/19 134/18 136/15
143/21 145/2 147/4 177/20
191/20 192/9 201/13 226/15
**positioned [2]**  128/9 133/25
**positions [2]**  117/11 128/8
**possession [1]**  227/9
**possibility [2]**  215/1 250/24
**possible [23]**  77/4 90/9
90/15 90/19 121/10 127/15
133/22 147/6 147/19 163/12
195/3 195/13 195/14 195/17
196/23 210/4 210/5 222/14
232/6 241/24 247/16 248/7
251/5
**possibly [5]**  69/8 208/17
222/4 231/4 232/14
**post [1]**  233/4

**posting [1]**  17/24
**potential [6]**  62/17 133/9
193/13 193/22 209/18 214/13
**potentially [4]**  130/5 177/19
242/25 250/23
**power [1]**  235/13
**practice [2]**  93/10 214/18
**preemployment [1]**  191/17
**prefer [3]**  10/10 11/20 77/18
**prejudice [1]**  15/10
**prejudiced [2]**  10/24 11/1
**preliminary [3]**  11/25 12/19
217/20
**premature [2]**  18/16 18/17
**premise [1]**  17/4
**premises [1]**  17/3
**prepare [2]**  80/11 231/7
**prepared [2]**  141/1 236/4
**preponderance [1]**  196/18
**presence [2]**  75/12 116/14
**present [10]**  10/8 16/1 20/11
20/13 20/16 53/9 109/14
125/16 126/21 130/22
**presented [5]**  8/20 13/4 19/7
46/10 218/15
**presents [1]**  67/6
**preserved [6]**  44/18 44/19
45/4 45/5 45/8 45/11
**press [4]**  217/25 218/4
218/21 219/2
**pressure [2]**  116/24 117/10
**presume [1]**  221/24
**presumed [1]**  15/20
**pretty [7]**  64/20 75/5 75/8
98/9 103/12 184/9 249/13
**previous [1]**  238/19
**previously [1]**  69/10
**primarily [1]**  193/12
**primary [1]**  211/21
**principle [1]**  194/7
**principles [2]**  12/18 197/18
**print [5]**  28/2 28/3 126/17
126/19 181/20
**printed [5]**  28/6 30/6 30/8
126/11 197/22
**prints [1]**  30/11
**prior [12]**  9/20 30/9 49/9
113/6 135/15 154/9 162/15
169/22 191/4 192/6 201/1
221/2
**probable [4]**  187/16 187/23
188/5 214/22
**probably [5]**  22/17 66/10
152/7 189/8 189/15
**probe [1]**  141/7
**probes [5]**  35/7 140/20
140/23 141/4 151/9
**problem [12]**  4/22 6/9 27/15
58/12 58/13 174/12 174/21
181/6 181/8 229/16 243/21
249/21
**problems [8]**  7/3 20/24 25/12
62/17 97/17 98/13 237/15
237/16
**procedure [1]**  243/6
**procedures [1]**  155/20
**proceed [4]**  37/12 53/12
209/11 209/12

**P**

**proceedings [3]**  1/10 210/12 251/14
**process [7]**  83/2 113/12 127/6 191/18 208/25 218/15 223/4
**procurement [2]**  192/4 193/19
**product [2]**  213/25 238/22
**profession [1]**  215/16
**professional [3]**  103/22 114/4 193/8
**professionalism [1]**  193/16
**professionally [1]**  103/14
**program [1]**  17/7
**progress [2]**  29/13 158/8
**progressive [2]**  174/20 237/23
**promise [1]**  19/18
**promised [1]**  18/13
**promoted [3]**  157/4 191/20 191/25
**promotional [1]**  193/19
**promptly [1]**  16/25
**proof [5]**  15/22 15/24 16/9 133/12 196/16
**proper [1]**  133/5
**property [1]**  61/6
**proposed [1]**  249/8
**prosecuted [1]**  43/18
**prosecution [1]**  232/20
**prosecutor [1]**  209/17
**prospective [1]**  191/17
**protection [2]**  129/3 130/4
**protester [1]**  117/7
**prove [3]**  15/25 16/6 48/4
**proven [1]**  15/20
**proves [2]**  13/8 13/12
**provide [9]**  17/23 57/18 57/19 129/3 130/3 186/13 206/3 238/15 239/7
**provided [7]**  77/25 110/13 110/14 203/19 215/20 215/24 225/10
**providing [3]**  58/6 212/14 214/5
**PTO [1]**  125/15
**public [14]**  25/16 28/15 167/9 167/13 195/10 218/11 218/17 219/2 219/15 219/23 224/5 224/13 238/18 247/11
**publish [1]**  131/1
**pull [10]**  24/8 27/23 35/3 70/12 119/10 149/12 149/13 151/8 175/22 226/13
**pulled [8]**  21/11 22/14 35/9 110/12 137/17 137/21 138/6 149/15
**pulling [4]**  31/18 70/8 70/22 71/3
**pulls [4]**  24/2 117/20 128/1 149/20
**punch [3]**  32/8 119/24 121/10
**punched [6]**  26/24 31/23 32/25 179/15 180/4 180/11
**punches [5]**  26/18 120/20 122/22 142/10 142/11
**punching [11]**  24/1 65/11

119/13 119/16 120/9 139/10 139/16 139/17 139/18 179/10 245/14
**punishment [1]**  45/20
**punitive [1]**  186/14
**purely [1]**  25/19
**purpose [7]**  14/21 14/23 14/24 167/13 182/24 183/7 224/4
**purposes [6]**  10/15 10/25 11/13 128/21 142/4 167/4
**pursue [1]**  128/4
**pursuit [12]**  38/15 56/24 56/25 92/25 97/4 153/9 153/9 153/13 153/15 153/16 153/19 200/24
**pursuits [2]**  51/1 170/22
**pushed [1]**  24/9
**pushes [1]**  117/20
**put [35]**  4/13 6/9 7/12 7/13 12/8 16/3 26/19 30/20 31/6 31/7 31/19 33/20 34/12 36/13 59/22 65/14 72/12 109/4 117/1 117/2 121/25 143/21 143/24 151/9 174/2 174/23 181/3 182/17 206/19 218/25 232/3 235/11 239/11 250/21 250/22
**putting [1]**  60/25

**Q**

**QED [6]**  157/17 157/20 158/7 158/10 167/2 175/11
**quadriceps [2]**  120/22 143/11
**quads [1]**  120/2
**qualified [1]**  18/13
**quality [4]**  171/22 171/23 172/9 219/21
**quarter [3]**  249/18 249/20 249/22
**question [39]**  7/10 7/25 14/1 14/3 14/8 14/11 14/13 14/15 14/16 18/21 46/5 84/23 97/2 148/14 154/6 155/13 167/24 175/17 175/20 176/23 177/4 177/8 177/16 186/6 187/5 187/21 197/21 202/1 202/4 215/13 219/11 221/2 229/24 241/21 243/24 243/25 244/1 247/23 249/5
**questioned [1]**  25/18
**questioning [1]**  219/8
**questions [29]**  8/20 13/23 13/24 40/13 42/7 66/13 73/17 74/14 75/14 104/1 106/9 156/1 176/19 177/10 177/25 179/4 179/6 185/22 188/14 201/23 201/24 201/25 207/24 208/4 221/8 239/14 243/1 246/10 248/12
**queue [3]**  126/25 127/2 158/13
**quicker [1]**  87/18
**quickly [1]**  163/12

**R**

**radio [29]**  17/11 40/5 41/20 56/14 56/16 56/16 60/2 72/12

82/19 82/19 82/21 82/23 82/25 85/7 85/21 86/11 90/17 94/15 96/14 97/18 99/10 99/24 99/25 162/10 175/21 176/21 211/18 225/7 225/8
**radioed [1]**  22/1
**radios [1]**  98/13
**railing [1]**  117/8
**raise [2]**  131/15 139/4
**raised [2]**  6/25 152/24
**ram [3]**  132/9 162/21 163/16
**rammed [1]**  162/22
**ramming [1]**  177/2
**Ramos [1]**  4/13
**ramp [1]**  22/2
**rams [2]**  39/15 39/17
**ranging [1]**  192/12
**rank [3]**  112/7 125/12 191/20
**ranked [1]**  114/1
**ranking [2]**  66/7 114/7
**rapidly [1]**  135/17
**rare [1]**  170/16
**rate [7]**  21/24 38/20 38/22 39/8 39/12 40/8 170/10
**rating [4]**  50/12 50/12 50/13 50/13
**ratings [1]**  50/14
**ray [1]**  68/19
**RDO [1]**  213/18
**RDO's [1]**  125/4
**reach [2]**  13/1 201/14
**reached [2]**  201/12 202/7
**reaches [1]**  23/25
**reaching [2]**  14/25 33/19
**react [1]**  170/24
**reacting [2]**  121/18 121/20
**reaction [4]**  139/23 201/20 201/22 203/9
**reactionary [4]**  115/12 115/12 115/18 116/9
**reactions [1]**  139/20
**read [15]**  8/15 8/16 17/9 19/3 26/11 26/12 41/2 45/9 84/12 107/23 124/9 127/3 185/12 204/24 213/6
**reading [1]**  112/23
**ready [3]**  110/22 111/10 111/15
**real [2]**  40/3 89/14
**realize [1]**  24/6
**realized [1]**  218/16
**really [9]**  23/10 26/9 27/8 93/9 99/24 167/3 207/9 213/12 249/10
**rear [10]**  58/11 129/21 134/17 136/18 136/18 136/22 137/1 137/5 140/12 240/6
**reason [3]**  30/21 82/1 240/2
**reasonable [7]**  16/7 48/5 165/7 165/16 196/16 207/8 210/17
**reasonableness [1]**  15/13
**reasonably [1]**  207/8
**reasons [9]**  26/25 27/6 42/12 123/25 161/10 161/12 230/20 234/3 246/4
**recall [14]**  95/24 106/4 147/2 169/25 170/6 171/16

**R**

**recall... [8]**   171/22 184/4
184/7 199/17 236/9 236/10
236/12 244/2
**receive [9]**   125/9 130/18
153/4 153/7 171/6 171/7
199/18 199/20 217/5
**received [18]**   2/15 14/7
14/12 14/14 107/22 115/13
145/22 155/15 199/14 199/22
200/17 200/18 201/1 201/6
203/7 205/9 205/22 247/5
**receives [1]**   240/17
**receiving [2]**   201/10 236/12
**recent [1]**   185/7
**recertify [2]**   113/13 113/15
**recess [7]**   75/17 76/6 78/20
108/18 188/19 188/25 189/5
**recognize [6]**   89/8 95/4
95/22 198/5 204/3 204/5
**recollection [1]**   9/3
**recommendation [5]**   25/10
155/15 240/15 246/14 247/12
**recommendations [1]**   246/12
**recommended [1]**   153/12
**recommending [1]**   154/4
**reconfirm [1]**   111/17
**record [10]**   5/22 109/21
132/11 142/4 149/7 149/16
149/17 149/18 238/18 251/14
**recorded [3]**   25/25 72/23
86/6
**recorder [1]**   65/15
**recording [5]**   23/6 23/7
86/20 87/2 130/19
**recordings [1]**   86/8
**records [7]**   149/14 167/9
167/13 174/24 221/6 224/5
224/13
**recraft [1]**   242/19
**recruit [1]**   113/12
**recruiter [1]**   113/21
**recruiting [1]**   191/13
**recruits [4]**   114/13 192/14
192/15 192/16
**red [10]**   77/3 121/4 121/6
121/8 121/13 121/15 128/1
141/12 143/7 249/3
**redact [1]**   78/12
**redacted [1]**   79/1
**redirect [11]**   2/4 2/9 2/12
73/14 73/15 106/10 173/15
173/17 187/11 238/8 238/10
**reduce [2]**   130/4 217/23
**reduces [1]**   133/10
**reejected [2]**   159/2 168/7
**refer [15]**   4/9 7/6 7/10
77/19 79/2 109/4 109/7
128/25 132/11 210/2 213/18
242/7 242/15 247/3 247/4
**reference [14]**   5/25 6/23
6/24 9/11 9/16 9/17 10/2
10/13 10/14 10/25 109/11
128/11 187/20 249/24
**referenced [2]**   87/7 217/7
**referencing [2]**   6/4 6/11
**referral [6]**   153/4 153/11

210/3 246/20 247/7 247/9
**referred [16]**   4/12 7/24 8/2
9/10 9/10 12/24 25/15 29/5
73/19 79/7 79/9 110/25 218/5
218/6 242/9 247/19
**referring [14]**   26/17 49/24
88/11 98/3 109/9 110/19
115/24 132/12 138/19 142/4
177/4 209/7 211/6 216/17
**refers [2]**   4/13 39/16
**reflect [1]**   178/8
**reflection [2]**   4/23 5/19
**reflective [1]**   6/10
**refresh [2]**   9/3 47/25
**refresher [3]**   153/13 153/15
153/19
**refused [3]**   32/16 33/8
239/21
**refuses [2]**   116/19 149/3
**refusing [1]**   71/4
**regard [2]**   79/5 233/4
**regarding [11]**   16/14 153/4
170/22 172/18 201/2 206/2
231/20 231/21 241/3 246/12
247/5
**regular [7]**   51/5 81/22 125/4
126/18 127/25 213/16 226/4
**regulation [2]**   195/6 215/4
**regulations [6]**   194/1 197/22
198/6 198/10 198/10 198/11
**reholster [1]**   24/7
**reject [10]**   29/16 158/16
159/24 160/14 160/16 161/1
173/22 173/24 227/1 228/24
**rejected [12]**   29/22 33/17
33/19 35/17 36/3 44/9 158/20
161/1 166/21 166/23 168/6
224/15
**rejection [1]**   29/21
**rejects [2]**   34/11 158/18
**relate [1]**   241/1
**related [7]**   4/7 16/17 16/21
17/10 17/14 19/5 216/12
**relates [4]**   6/6 7/2 197/15
237/8
**relating [5]**   196/7 199/18
201/7 202/18 217/25
**relation [1]**   54/23
**relations [2]**   192/4 193/15
**relative [1]**   194/3
**relatively [1]**   56/12
**release [3]**   189/13 218/1
218/19
**released [2]**   218/9 218/9
**releasing [1]**   100/8
**relevance [2]**   153/25 186/3
**relevancy [3]**   3/14 3/25
219/7
**relevant [4]**   6/22 26/2 26/4
200/7
**relies [1]**   11/3
**rely [2]**   20/2 239/12
**remain [1]**   16/2
**remained [1]**   221/18
**remaining [1]**   66/24
**remarks [1]**   13/22
**remedial [4]**   113/12 153/9
156/15 170/22

**remember [35]**   8/13 19/20
30/6 30/17 31/5 32/23 33/2
34/23 42/9 46/4 46/16 47/13
47/15 47/23 63/4 65/22 73/20
73/20 80/9 84/2 84/4 84/7
84/24 84/25 95/25 100/13
101/17 174/5 174/6 177/16
184/9 185/17 185/19 185/24
213/1
**remind [2]**   12/2 75/21
**removed [3]**   32/19 33/11
205/12
**render [1]**   18/11
**rendered [1]**   28/24
**repeat [2]**   103/5 187/21
**repeated [1]**   184/12
**rephrase [5]**   75/3 144/11
147/23 164/5 229/24
**replace [1]**   28/8
**report [257]**
**reported [2]**   17/10 172/18
**Reporter [4]**   1/23 1/23
251/17 251/18
**reporter's [1]**   19/12
**reporting [1]**   212/19
**reports [140]**   3/22 5/13 8/10
8/10 8/12 24/15 24/20 25/1
25/20 25/23 25/23 26/8 26/12
26/12 26/19 26/20 26/21
26/23 27/3 27/5 27/20 28/9
28/16 28/17 30/6 30/21 30/25
31/3 31/21 32/6 34/7 34/17
35/25 36/3 36/4 36/5 36/12
36/15 36/21 36/22 37/3 37/5
41/3 43/9 43/20 44/16 44/16
44/20 45/2 45/14 45/19 46/15
47/5 47/16 101/18 108/6
110/10 110/20 110/21 111/1
112/23 122/13 123/4 123/7
123/15 123/16 126/23 127/3
127/10 127/15 135/23 135/24
136/3 136/7 158/4 159/19
159/19 159/20 159/23 165/12
165/17 165/19 165/20 168/24
172/15 172/20 172/22 178/24
183/19 183/21 184/24 185/11
185/12 202/20 207/20 208/5
208/6 209/5 211/3 211/9
212/19 212/19 219/3 219/22
219/24 221/4 223/24 224/3
224/3 224/4 225/1 225/1
225/2 225/13 225/22 226/11
226/13 226/21 228/22 228/22
228/24 229/1 233/5 233/9
233/17 234/24 234/25 235/8
235/10 236/25 237/11 237/13
237/15 237/18 237/20 238/12
240/4 241/3 241/7 241/11
**represent [1]**   76/20
**representation [4]**   11/20
215/12 238/21 243/16
**representations [1]**   7/11
**represented [1]**   219/18
**representing [1]**   37/14
**reprimand [1]**   25/9
**reprint [1]**   28/6
**request [5]**   16/22 91/2
240/24 246/14 247/4

283

**R**

**requested [2]**  8/6 223/3
**requesting [3]**  90/14 93/19
246/24
**requests [1]**  153/7
**require [2]**  16/13 227/1
**required [13]**  16/9 16/20
78/7 124/23 149/24 187/16
187/24 188/8 192/21 192/24
210/11 214/1 239/6
**requirement [6]**  123/24
124/11 124/14 124/17 124/21
206/9
**requires [4]**  19/3 116/3
123/14 211/22
**requiring [1]**  124/11
**research [5]**  17/13 17/15
17/17 19/5 106/19
**researching [1]**  248/19
**residential [4]**  22/15 39/9
39/13 163/3
**resides [1]**  151/25
**resist [1]**  70/12
**resistence [30]**  26/14 115/2
115/7 115/11 115/15 115/16
117/4 117/6 117/15 117/16
117/17 117/18 117/22 117/25
118/7 118/24 119/20 119/20
119/20 119/25 120/5 120/17
120/21 120/24 135/20 136/4
139/1 143/13 143/18 208/1
**resistent [6]**  116/20 117/3
117/21 135/16 135/19 149/4
**resisting [8]**  4/15 70/8
120/16 147/15 148/9 148/18
151/7 248/18
**resolution [1]**  218/11
**resolve [2]**  7/4 249/23
**respect [15]**  107/19 120/20
126/14 133/18 177/18 187/14
194/19 196/5 198/16 210/15
211/6 214/6 219/21 241/11
244/16
**respond [4]**  52/3 102/9 103/1
146/15
**responded [1]**  96/11
**responding [2]**  60/2 69/4
**response [12]**  8/24 97/2
99/21 115/11 117/24 118/16
154/1 159/17 200/8 200/11
200/18 241/22
**responsibilities [3]**  51/7
81/2 190/18
**responsibility [5]**  154/3
155/21 193/22 208/15 244/16
**responsible [10]**  44/8 112/22
113/2 190/20 191/14 191/16
192/3 193/12 193/14 193/17
**responsive [2]**  115/2 115/7
**rest [2]**  8/16 76/18
**restate [2]**  177/8 248/2
**result [2]**  199/10 239/8
**resume [2]**  248/17 249/17
**reticle [2]**  55/7 55/9
**retired [1]**  199/23
**retrained [1]**  155/16
**retraining [1]**  155/20

**retribution [1]**  186/14
**return [8]**  16/24 103/7
173/20 181/23 182/13 221/19
223/8 238/23
**returned [4]**  190/5 202/13
223/6 223/7
**returns [3]**  80/12 111/13
180/18
**revalidated [1]**  182/16
**revalidates [1]**  180/19
181/24
**review [42]**  5/7 23/13 24/19
26/6 29/16 65/12 76/11 86/11
86/15 121/23 126/19 126/22
127/14 132/17 139/15 144/4
144/12 146/14 158/13 159/1
166/20 167/20 171/8 173/6
193/17 197/13 197/15 197/20
204/13 205/18 209/2 210/6
217/5 223/24 226/20 228/16
236/24 237/11 239/13 241/7
242/16 246/19
**reviewed [13]**  23/9 24/19
24/25 29/22 31/9 68/19 131/6
160/10 167/4 171/7 171/8
171/10 202/13
**reviewing [10]**  27/3 32/7
105/23 159/20 168/23 203/9
207/10 228/22 237/12 240/13
**reviews [2]**  194/4 194/20
**revised [1]**  217/13
**revisions [2]**  180/19 183/19
**rifle [2]**  40/23 40/24
**right [135]**  3/1 3/25 12/9
16/2 32/18 33/10 33/18 34/13
48/15 53/15 53/19 54/21 55/3
56/20 58/19 59/3 59/18 61/3
62/8 62/12 62/25 64/15 65/2
67/13 68/6 68/11 69/11 71/24
71/25 77/8 78/13 79/14 79/21
80/3 82/10 84/19 84/20 88/4
89/6 89/13 89/18 90/2 90/13
90/21 91/4 91/10 91/13 91/23
92/9 92/18 93/4 93/7 93/13
94/4 94/10 95/1 95/10 95/19
96/8 96/12 96/17 97/10 97/21
97/23 98/2 98/7 99/4 101/2
101/4 101/11 101/24 101/24
102/17 103/15 106/5 107/18
111/9 111/15 113/4 132/4
132/4 133/3 138/12 141/22
141/24 141/24 141/25 142/5
142/17 156/7 157/15 160/13
161/15 162/4 163/19 165/21
166/2 166/7 167/17 168/11
169/3 169/4 169/23 170/12
188/15 188/16 188/25 190/4
190/6 192/25 195/13 205/3
205/11 205/16 205/23 213/20
223/1 224/1 224/18 226/1
226/10 227/6 229/22 231/14
232/2 233/8 233/22 234/5
234/14 235/10 236/5 248/13
249/1 251/3 251/8
**rights [6]**  1/18 194/11
198/20 209/16 210/8 247/13
**rise [2]**  232/19 232/20
**rises [1]**  168/18

**risk [5]**  58/14 127/24 128/4
130/4 131/12
**Rivera [3]**  90/6 90/24 91/6
**road [23]**  36/18 38/8 42/17
49/11 50/25 56/10 66/22 67/2
67/4 68/21 98/4 112/10
112/12 112/13 113/2 113/6
156/21 157/1 157/2 169/13
234/12 244/14 244/17
**robberies [1]**  50/25
**Robert [1]**  66/3
**Robertson [5]**  8/18 46/24
47/8 47/13 47/16
**ROBIN [2]**  1/11 1/24
**Robinson [2]**  189/19 250/10
**robots [1]**  170/19
**rock [1]**  129/8
**ROD [2]**  226/4 226/7
**role [4]**  57/13 82/24 90/16
184/11
**roll [1]**  234/8
**Ron [7]**  32/5 33/6 33/7 33/18
33/20 84/9 89/10
**rooftop [1]**  59/23
**room [7]**  19/22 20/1 20/18
53/7 53/11 90/17 90/17
**rooms [2]**  17/20 18/1
**ROSENBERG [3]**  1/3 1/11 1/24
**rotate [1]**  222/14
**rotocraft [1]**  50/12
**rough [3]**  127/10 187/24
213/21
**roughly [1]**  223/12
**routed [1]**  246/25
**routine [1]**  244/9
**routinely [2]**  52/16 65/19
**Royal [1]**  89/21
**rubber [1]**  56/10
**rule [4]**  3/2 195/6 195/8
215/3
**rules [16]**  14/6 14/10 15/19
16/12 18/7 19/14 19/16 19/17
75/22 77/11 193/25 197/22
198/2 198/6 198/9 198/11
**ruling [3]**  77/2 77/13 207/9
**run [10]**  62/14 62/14 62/19
85/11 86/11 116/21 141/6
169/25 231/3 231/4
**running [6]**  64/8 74/15
125/14 128/1 191/17 215/5
**runs [2]**  117/7 175/21
**rush [2]**  126/1 231/20
**Ryan [8]**  32/5 33/6 33/7
33/14 33/18 33/20 84/9 89/11

**S**

**S-E-D-R-I-C-K [1]**  111/23
**safe [3]**  61/21 127/20 136/14
**safely [1]**  63/19
**safety [19]**  57/16 57/21 58/8
60/5 60/20 61/22 62/1 63/11
64/4 64/7 74/10 74/12 75/9
114/20 130/15 130/16 133/17
152/3 152/8
**said [61]**  7/10 11/11 19/21
20/2 26/9 26/12 26/20 27/15
30/6 31/16 31/22 32/1 34/23
40/14 42/9 47/2 47/15 55/22

**S**

**said... [43]**  58/21 63/16
65/25 76/14 76/15 78/5 88/14
89/8 89/21 91/6 96/4 97/25
97/25 107/22 112/25 115/18
116/9 117/4 121/17 125/20
126/5 127/5 128/8 134/5
135/19 136/10 136/16 140/5
143/4 152/11 161/6 161/9
176/16 180/14 193/21 198/18
202/9 207/18 208/17 214/25
216/17 238/17 244/5
**same [46]**  16/12 18/20 18/21
26/3 42/4 59/13 74/2 75/22
75/25 83/16 85/1 90/23 104/4
106/18 120/14 120/19 120/20
126/15 141/14 142/19 164/18
171/23 174/10 181/23 182/12
182/13 182/18 183/6 183/13
183/14 185/13 188/21 192/18
192/19 204/10 212/6 213/5
222/9 233/16 233/23 233/25
246/2 247/18 248/18 249/9
249/10
**sandbagged [1]**  47/20
**sat [3]**  8/17 8/18 30/25
**satisfy [1]**  206/9
**saved [3]**  29/25 86/8 159/14
**saves [1]**  29/20
**saw [24]**  13/6 13/9 14/2 14/4
24/13 30/19 30/20 35/17 36/3
47/2 47/10 65/4 123/15 137/9
143/1 152/24 153/24 172/5
172/9 173/3 174/2 205/15
207/5 218/22
**say [49]**  4/25 7/13 11/13
16/11 25/2 26/7 31/25 32/2
32/25 36/7 45/4 49/24 55/9
57/21 60/23 61/21 71/16 72/8
72/14 75/8 84/2 87/17 91/8
95/21 96/10 96/15 97/14
97/15 103/3 115/20 115/24
124/3 137/18 143/1 145/25
146/14 147/1 169/3 169/6
181/1 183/1 183/16 193/3
204/10 208/11 209/9 218/10
226/1 233/20
**saying [18]**  5/4 5/21 8/1
25/8 45/17 69/2 76/23 88/9
90/4 90/24 92/4 93/6 100/18
103/22 124/7 178/18 181/5
208/2
**saying 6 [1]**  88/9
**says [33]**  15/2 28/19 28/21
34/12 35/5 40/8 43/2 44/7
44/17 45/6 46/24 46/24 47/1
47/6 47/7 47/8 47/12 47/13
47/14 47/17 48/1 58/24 72/10
72/13 88/11 90/7 98/9 101/16
102/6 116/25 198/10 205/21
215/14
**scan [1]**  78/2
**scenario [1]**  198/7
**scenarios [1]**  115/3
**scene [26]**  19/1 21/15 25/22
26/22 30/14 31/5 60/8 62/12
62/13 64/2 64/9 68/20 75/13
116/15 122/9<sup></sup> 133/2 137/20
205/14 207/6 207/7 207/17
208/10 208/13 208/16 209/21
211/9
**schedule [4]**  42/14 112/19
189/14 251/6
**scheduled [1]**  213/16
**school [1]**  28/6
**scope [5]**  75/1 159/16 167/21
172/7 187/18
**scratching [1]**  142/25
**screen [13]**  30/20 53/18
53/21 54/16 55/11 59/6 59/8
59/10 59/12 63/3 67/18
141/24 176/4
**scrimmage [1]**  61/14
**scrutinized [1]**  197/17
**se [2]**  81/22 152/4
**search [6]**  17/7 18/3 41/5
161/19 164/18 164/20
**seat [20]**  22/22 22/24 24/4
24/6 32/4 32/13 32/21 34/3
34/6 34/8 34/18 40/25 41/1
135/21 141/13 147/14 147/20
148/6 152/6 205/25
**seated [6]**  3/1 12/16 78/21
111/14 148/20 190/7
**second [20]**  8/10 9/1 9/11
9/13 9/16 9/19 9/20 15/24
18/21 28/19 63/23 73/12 86/1
89/19 101/23 146/22 161/3
180/25 183/5 205/16
**secondly [1]**  194/16
**seconds [12]**  53/25 54/5
55/25 58/17 88/6 140/15
142/1 142/3 144/24 149/13
176/1 176/11
**section [1]**  193/11
**SEDRICK [4]**  2/7 111/20
111/22 111/23
**see [121]**  6/5 15/5 18/23
23/13 23/17 23/20 24/9 24/16
27/25 34/15 36/2 36/10 36/20
36/20 36/22 36/23 36/23
40/10 44/13 46/3 47/5 52/10
54/11 54/13 58/9 58/10 60/17
60/21 60/24 61/23 62/13
62/14 62/19 63/2 64/7 67/12
68/12 68/14 69/7 69/19 69/25
70/1 70/2 70/5 70/7 71/6
72/2 74/18 74/20 76/6 76/12
77/7 77/15 90/24 93/21 99/17
102/6 106/3 106/21 107/8
111/6 113/5 122/4 122/8
122/11 123/4 124/7 124/9
127/1 127/4 129/5 129/17
131/10 132/4 133/2 138/5
138/7 139/14 140/10 140/11
140/15 141/21 143/8 144/5
144/15 145/5 146/9 150/17
150/23 150/25 153/8 169/6
172/17 172/25 176/16 176/16
176/20 176/25 177/21 181/12
188/23 189/12 200/14 206/21
206/25 207/21 207/25 207/25
208/1 208/3 210/6 211/10
216/20 218/12 224/17 225/12
227/19 228/22 235/24 249/5
**seeing [8]**  53/21 61/18 72/9
143/5 201/20 219/1 225/13
248/23
**seek [1]**  178/21
**seem [1]**  55/19
**seems [4]**  63/25 89/15 134/22
225/17
**seen [13]**  31/11 32/22 37/2
64/10 141/5 144/13 144/18
153/5 171/23 209/3 231/12
234/24 242/23
**sees [2]**  28/14 34/10
**selected [1]**  76/3
**selection [1]**  191/18
**self [1]**  9/8
**self-serving [1]**  9/8
**semantics [2]**  42/6 44/21
**send [6]**  45/7 45/8 90/19
158/24 160/8 229/11
**sends [1]**  175/12
**senior [1]**  40/18
**sense [6]**  124/10 128/22
163/12 202/21 242/4 242/4
**sent [4]**  23/10 29/15 33/18
65/7
**sentence [1]**  205/16
**separate [2]**  165/20 166/12
**September [3]**  191/3 236/8
236/14
**September 2013 [1]**  191/3
**sequence [2]**  92/21 93/6
**sergeant [200]**  3/22 5/7 5/14
5/16 5/17 7/10 8/13 21/13
24/19 25/22 29/16 29/16
29/22 29/24 30/19 31/9 31/11
32/6 32/10 32/23 33/19 35/17
36/12 37/14 39/20 39/20
39/21 39/22 39/22 40/8 40/15
42/10 42/16 43/7 43/12 43/14
43/16 44/4 44/7 44/9 44/10
44/14 44/24 45/10 45/23 46/7
46/16 47/14 48/5 48/9 48/12
48/18 48/20 60/15 66/3 66/18
83/7 91/25 94/7 96/21 97/9
98/25 99/20 100/1 101/7
101/14 101/17 102/4 102/6
102/25 103/3 103/3 105/15
106/25 107/2 112/8 112/9
112/12 112/12 112/13 112/18
113/6 113/8 113/10 113/19
113/20 113/22 113/25 125/13
125/16 125/23 126/9 126/22
126/25 127/13 131/4 132/2
135/4 135/22 148/11 150/12
154/2 154/9 155/4 155/19
156/5 156/9 156/10 156/10
156/20 156/20 156/21 156/23
157/1 157/3 157/3 157/4
157/6 157/7 157/8 157/10
157/12 158/13 158/16 158/18
159/1 159/20 168/23 171/12
173/11 173/12 173/19 173/20
174/8 174/17 175/12 178/3
178/7 178/9 178/18 178/19
178/23 178/25 180/17 180/21
182/2 184/12 191/20 191/22
222/18 222/20 222/23 223/3

**S**

**sergeant... [47]**   223/8
223/16 223/17 223/24 224/6
224/11 224/15 225/21 226/3
226/11 226/14 226/24 228/4
228/14 228/16 228/19 228/20
228/23 229/9 229/11 236/5
236/8 236/24 237/3 237/5
237/8 237/10 237/24 238/16
240/17 240/20 241/2 241/7
241/10 242/9 242/14 243/8
243/9 243/11 243/14 243/19
244/25 245/2 245/3 246/11
246/13 251/1

**sergeant's [3]**   43/25 226/19
226/25

**sergeants [1]**   112/16

**serious [5]**   19/15 38/10
125/5 209/5 209/8

**serve [2]**   191/22 192/2

**served [2]**   191/25 192/5

**service [14]**   93/25 102/14
113/12 113/13 114/11 114/12
114/19 114/21 115/22 123/18
156/15 156/22 192/22 211/17

**services [2]**   191/22 201/13

**serving [1]**   9/8

**session [9]**   174/9 174/15
180/22 180/23 180/25 181/2
182/4 182/19 184/18

**sessions [1]**   184/12

**set [14]**   3/21 20/25 36/21
37/20 43/11 76/20 76/24 77/5
112/18 128/16 128/20 197/22
228/21 233/15

**sets [3]**   19/15 130/12 194/10

**setting [1]**   235/3

**seven [7]**   34/22 35/22 82/6
128/15 128/23 129/15 129/16

**seven o'clock [4]**   128/15
128/23 129/15 129/16

**several [8]**   32/16 33/1 33/8
184/3 205/9 205/22 208/7
242/19

**shape [2]**   36/5 36/22

**shared [2]**   208/20 223/3

**she [15]**   31/18 77/23 78/9
150/6 153/22 155/17 161/1
201/16 204/23 206/16 222/7
222/7 223/2 223/3 240/9

**Sheriff [1]**   66/9

**Sheriff's [11]**   5/15 8/18
46/1 49/3 49/15 65/12 91/2
94/16 199/23 201/7 203/7

**shift [50]**   38/9 39/5 42/15
42/22 45/17 83/9 83/10 83/11
83/14 83/15 83/16 83/24 84/1
88/13 102/13 102/15 102/16
102/22 103/1 103/10 105/16
105/19 105/19 112/20 122/25
124/13 124/16 124/24 125/4
125/7 125/18 127/2 151/25
155/10 166/8 173/25 183/13
183/14 184/3 188/3 209/21
213/14 223/12 223/15 223/21
233/23 234/5 234/7 234/23
244/19

**shifts [1]**   296/3

**shining [2]**   128/24 128/25

**shirt [1]**   130/13

**shoot [3]**   119/11 129/8
133/14

**shooting [3]**   165/10 233/3
233/8

**shootings [3]**   41/4 161/16
164/7

**short [5]**   30/23 65/14 78/20
189/5 189/9

**shorten [1]**   87/17

**shorter [2]**   250/9 250/12

**shortly [2]**   98/1 100/1

**shot [4]**   95/21 96/10 96/16
176/4

**shotguns [1]**   118/2

**should [51]**   3/20 6/2 6/7
6/22 8/5 10/17 13/16 13/25
19/25 20/2 25/6 27/13 36/17
41/6 41/15 41/15 43/21 43/21
43/24 44/24 45/20 75/22
76/13 76/23 77/10 102/18
110/25 124/1 124/5 124/12
124/13 124/14 124/25 125/7
125/13 128/10 135/25 136/7
166/7 173/4 180/21 181/1
212/20 213/4 213/6 213/12
213/12 229/11 242/13 247/7
248/20

**shoulder [2]**   35/20 138/13

**shoulders [1]**   120/2

**shoved [1]**   24/9

**show [13]**   9/4 26/3 77/3
101/13 108/10 108/13 116/15
116/16 130/13 174/21 200/4
203/1 203/25

**showing [6]**   54/23 55/4 56/13
71/9 216/4 250/17

**shown [2]**   9/1 130/21

**shows [1]**   59/6

**sick [2]**   125/25 126/1

**side [25]**   14/9 23/22 23/24
31/19 37/17 56/4 129/16
129/17 129/20 129/20 129/21
132/25 135/7 139/9 140/12
146/14 147/5 147/10 147/13
148/4 163/23 163/23 164/15
185/11 185/11

**side-by-side [2]**   163/23
185/11

**sides [1]**   50/14

**sign [13]**   28/3 50/19 63/18
83/5 83/8 88/13 90/14 92/2
122/24 126/12 236/10 236/10
236/11

**Signature [1]**   251/18

**signatures [2]**   207/22 208/12

**signed [2]**   236/7 236/17

**significance [1]**   199/1

**significant [2]**   219/13
219/14

**signing [2]**   112/23 236/12

**signs [1]**   45/24

**silent [1]**   16/2

**silly [2]**   152/6 152/11

**similar [4]**   164/8 232/23
233/2 233/2

**Similarly [1]**   240/5

**simple [1]**   67/8

**simply [6]**   13/12 20/6 28/1
48/11 170/19 200/3

**since [9]**   4/9 7/11 16/2 50/3
65/23 84/5 191/6 201/6 231/1

**single [2]**   32/7 212/14

**sir [184]**   4/20 4/23 4/24
4/25 5/4 5/6 5/9 5/20 6/4
6/12 6/16 6/20 6/21 48/25
69/1 124/20 142/20 144/19
144/21 156/9 156/19 157/11
158/17 158/21 158/23 159/4
160/19 161/17 161/20 161/22
161/25 162/3 162/5 162/8
162/20 162/25 163/4 163/9
163/14 164/3 164/9 164/16
165/3 165/18 165/22 165/25
166/6 166/10 166/14 168/10
168/22 169/9 169/15 169/21
169/24 170/5 170/13 170/15
170/17 171/1 171/15 172/21
173/9 173/13 190/14 194/6
195/2 195/6 195/20 196/23
197/2 197/10 198/14 199/3
201/3 201/5 201/9 201/17
201/21 202/5 202/11 203/8
203/10 204/9 204/12 205/1
205/20 206/1 206/7 206/10
206/16 210/19 210/23 211/1
212/12 213/17 213/19 214/8
216/19 216/23 217/9 217/14
217/18 219/5 221/6 221/17
222/1 222/16 222/19 222/21
222/25 223/7 223/11 223/14
223/22 223/25 224/2 224/7
224/16 224/19 224/22 225/3
225/9 225/11 225/16 226/2
226/18 226/23 227/3 227/7
227/13 227/17 228/25 229/8
229/17 230/3 230/8 230/11
230/14 230/16 230/24 231/10
231/15 231/17 231/19 231/23
232/11 232/22 232/25 233/7
233/13 234/2 234/6 234/15
234/20 235/5 235/9 235/15
235/18 235/22 235/23 235/25
236/3 236/6 236/18 236/20
236/23 237/4 237/14 238/1
238/6 239/5 239/9 239/24
240/21 241/9 241/18 241/20
242/17 242/21 243/7 245/4
246/9 247/8

**sister [1]**   14/2

**sit [6]**   11/2 11/6 165/4
166/15 174/11 233/17

**site [1]**   18/1

**sitting [5]**   46/7 46/7 148/2
149/2 233/4

**situation [46]**   22/16 27/9
39/3 39/24 40/17 41/18 41/23
42/1 60/3 67/6 67/11 69/17
71/23 74/5 104/18 109/1
117/8 120/7 128/14 131/12
133/7 134/16 134/22 138/21
138/22 164/6 164/17 165/1
165/1 165/2 170/4 170/25
178/11 178/13 178/21 178/25

**S**

**situation... [10]**  185/4
  207/23 231/5 231/16 231/24
  232/9 233/15 233/19 243/17
  243/21
**situations [10]**  42/1 67/1
  70/18 71/12 74/15 126/2
  130/9 164/4 177/10 184/22
**six [7]**  32/14 83/16 114/15
  114/22 183/14 204/16 250/8
**slate [1]**  15/23
**slightly [1]**  85/21
**slip [2]**  211/19 211/19
**slow [1]**  81/19
**smelled [1]**  13/6
**snap [1]**  45/9
**snapchat [1]**  158/25
**so [187]**  7/2 10/2 10/8 10/12
  11/15 11/20 16/11 18/8 18/13
  19/9 19/18 19/23 21/19 21/23
  22/7 24/6 24/7 25/11 25/15
  25/21 26/7 26/17 27/2 28/5
  28/8 30/12 30/20 30/24 32/9
  32/9 34/17 36/6 36/7 36/13
  36/15 38/7 39/11 40/15 42/15
  43/4 44/2 44/19 44/22 45/2
  45/10 45/12 46/25 47/4 49/14
  51/16 53/1 53/22 55/16 61/5
  61/9 62/9 63/16 63/19 64/10
  64/17 65/24 67/15 67/19 68/9
  69/22 71/17 72/8 72/16 74/9
  74/12 75/5 75/8 75/17 77/12
  78/17 79/9 79/10 79/14 80/10
  84/11 84/21 85/14 89/3 92/5
  92/21 98/9 98/13 99/24
  103/11 103/16 104/14 105/17
  107/2 107/11 108/14 109/16
  109/22 110/15 110/22 111/2
  116/7 119/9 119/25 120/9
  125/16 127/2 127/17 129/17
  129/21 133/13 135/25 137/21
  139/15 149/15 149/19 150/1
  150/25 151/7 151/10 152/5
  155/8 156/7 159/13 159/23
  160/17 160/25 163/15 164/4
  164/13 165/4 167/2 170/4
  171/19 171/21 172/3 173/3
  173/24 174/22 174/22 176/7
  178/7 178/18 184/2 184/9
  184/9 184/11 185/8 194/2
  194/19 195/13 196/11 196/20
  198/21 198/22 198/22 206/19
  206/24 207/14 207/23 208/3
  208/5 208/11 208/11 208/14
  209/1 210/24 214/14 215/15
  217/3 218/24 221/24 222/8
  223/5 223/23 224/8 225/14
  227/8 230/14 230/19 233/15
  237/18 244/8 248/17 249/4
  250/5 250/6 251/5
**social [2]**  17/21 18/2
**soft [12]**  116/22 116/23
  117/2 117/3 118/3 118/18
  119/15 119/16 120/1 120/4
  143/10 143/17
**solely [2]**  13/3 19/6
**Solomon [3]**  189/18 250/11

**solve [1]**  20/24
**some [56]**  4/9 5/17 12/18
  13/8 14/21 19/11 25/17 33/4
  33/22 38/19 39/7 39/8 40/13
  41/2 41/11 43/6 43/9 43/12
  47/13 49/18 54/16 63/2 69/7
  76/12 82/1 94/18 105/15
  105/24 106/2 109/18 138/8
  142/17 157/23 161/9 161/12
  162/15 163/5 163/25 168/11
  171/6 172/5 172/24 202/21
  210/18 211/25 219/20 220/17
  222/20 228/1 231/24 234/24
  235/21 237/2 247/17 248/5
  249/15
**somebody [19]**  21/24 23/10
  23/12 38/1 45/6 45/20 51/17
  70/6 70/11 70/14 85/21
  115/21 128/1 139/24 169/11
  173/4 224/11 226/15 226/16
**somehow [2]**  45/19 229/11
**someone [26]**  13/6 66/4 76/23
  81/8 85/20 88/11 90/7 91/15
  95/21 96/22 116/25 120/9
  120/13 140/3 151/6 179/10
  179/22 184/18 184/19 186/12
  195/24 196/10 227/14 234/3
  245/14 246/1
**someone's [2]**  13/7 213/14
**something [53]**  9/2 13/25
  21/25 27/16 29/25 38/24 39/1
  39/2 39/4 39/16 40/7 42/9
  45/7 65/18 72/19 76/23 83/2
  83/7 83/17 84/22 93/23 97/16
  102/22 105/18 108/19 108/22
  110/2 125/25 127/21 127/25
  146/19 151/20 161/10 168/12
  168/18 168/24 170/14 172/17
  172/17 177/3 184/3 196/4
  196/25 200/22 209/5 209/8
  210/5 231/7 236/21 239/12
  239/17 243/2 250/2
**sometime [2]**  223/9 225/25
**sometimes [23]**  4/8 13/11
  14/17 47/7 50/16 53/9 53/10
  61/17 67/8 67/8 67/14 69/15
  71/14 81/23 82/16 82/18 86/3
  87/25 89/24 160/24 164/5
  230/17 232/12
**somewhat [1]**  206/22
**somewhere [1]**  44/4
**soon [4]**  90/9 90/15 90/19
  191/11
**sorry [19]**  5/4 5/23 9/22
  31/10 116/5 121/14 137/10
  138/3 141/17 145/7 145/17
  153/18 164/24 197/21 205/1
  220/9 241/19 243/24 244/23
**sort [5]**  69/8 70/9 71/21
  164/13 170/23
**sound [3]**  16/10 34/6 45/16
**sounded [1]**  100/9
**sounds [1]**  89/10
**source [2]**  17/15 19/10
**sources [1]**  52/12
**south [8]**  73/5 73/8 95/15
  162/7 205/2 205/3 205/3

205/17
**southbound [3]**  38/21 39/10
  73/7
**SOUTHERN [1]**  1/1
**space [2]**  17/22 89/12
**spaced [1]**  205/13
**speak [4]**  45/25 68/10 75/22
  81/16 93/25 160/17 225/14
  229/11
**speaking [12]**  86/13 88/7
  94/6 97/8 99/24 102/24 107/9
  174/8 180/13 220/5 244/13
  247/21
**special [6]**  19/8 151/20
  191/22 192/3 194/11 249/20
**specialty [1]**  191/23
**specific [5]**  81/6 82/20
  88/12 208/9 225/23
**specifically [10]**  10/8 10/9
  81/10 95/25 100/13 105/11
  106/4 198/10 211/6 246/21
**speculate [1]**  148/13
**speculation [4]**  144/10
  147/22 148/10 247/20
**speed [17]**  21/10 21/24 22/10
  22/18 38/6 38/20 38/22 39/8
  39/13 40/8 162/6 162/19
  170/8 170/10 243/1 243/2
  243/6
**speeding [1]**  128/1
**spelled [1]**  173/4
**spend [1]**  10/17
**spent [2]**  66/22 78/3
**spinal [2]**  119/10 121/9
**spine [2]**  120/7 121/2
**spoke [4]**  134/4 182/23
  182/25 241/13
**spoken [3]**  45/6 222/2 228/19
**sporting [1]**  196/3
**spot [2]**  151/9 173/22
**spotlight [1]**  51/24
**spots [4]**  56/6 56/7 56/11
  56/12
**spray [5]**  116/24 117/10
  185/2 185/6 185/7
**sprayed [4]**  184/25 184/25
  185/1 185/2
**spread [1]**  70/6
**squad [2]**  50/25 191/21
**squared [1]**  80/6
**stacks [1]**  56/8
**staff [5]**  190/24 202/14
  202/14 224/23 227/19
**staircase [1]**  117/8
**stamp [1]**  166/25
**stamps [2]**  47/9 47/11
**stance [2]**  117/19 118/12
**stand [5]**  87/18 87/23 97/14
  97/15 98/11
**standard [8]**  87/19 87/21
  93/9 116/2 187/2 194/4
  196/18 212/19
**standards [12]**  114/4 186/20
  186/21 192/3 193/8 193/15
  194/3 196/9 196/15 197/18
  198/6 219/21
**standby [1]**  251/4
**standing [5]**  63/8 144/5

S

standing... **[3]**   144/9 144/14 222/11
standpoint **[2]**   218/19 233/21
stands **[2]**   21/16
start **[10]**   31/13 102/7 102/10 119/19 131/21 141/23 165/16 213/6 224/8 250/13
started **[10]**   22/9 34/20 42/6 42/6 43/24 87/15 136/12 210/9 213/3 234/7
starting **[6]**   11/19 191/7 191/11 204/22 204/24 226/4
starts **[5]**   15/23 24/1 38/11 43/10 101/17
state **[27]**   5/1 20/22 25/15 167/11 194/16 195/4 195/15 195/19 195/22 196/1 196/21 197/14 200/4 200/5 202/8 209/17 209/17 209/18 210/20 214/16 214/18 214/24 218/7 218/18 232/8 236/21 247/11
stated **[9]**   74/22 104/17 173/20 206/12 228/10 238/19 239/7 239/20 248/4
statement **[67]**   3/13 6/12 7/6 7/14 7/18 7/20 7/21 7/23 8/5 9/6 10/1 10/2 10/5 10/12 10/13 10/23 10/25 11/4 11/11 11/14 11/16 20/6 20/9 20/20 21/4 37/9 39/14 47/23 68/25 69/5 73/2 77/7 77/18 78/23 79/3 109/7 109/8 109/11 109/13 109/14 110/3 120/9 122/3 134/4 159/11 168/14 175/3 175/4 175/9 178/19 205/19 212/9 220/2 220/4 220/8 220/11 220/15 220/18 231/9 231/25 232/18 235/14 239/23 240/2 240/14 242/14 249/25
statements **[7]**   7/12 9/8 10/22 13/20 13/21 20/9 214/6
STATES **[7]**   1/1 1/4 1/11 1/14 194/10 194/15 198/15
station **[6]**   102/9 102/11 103/1 103/7 221/21 222/24
status **[2]**   9/21 11/9
statute **[3]**   195/25 196/5 196/6
stay **[5]**   29/13 75/24 76/3 97/4 101/8
Steele **[1]**   222/6
step **[16]**   7/13 42/2 75/15 115/14 115/14 118/7 164/13 164/21 165/4 165/11 165/16 182/1 188/16 229/23 233/11 248/14
step-by-step **[1]**   115/14
stepping **[1]**   234/4
sternum **[3]**   120/8 121/2 121/8
Steve **[2]**   35/1 35/23
Steven **[1]**   31/25
stick **[3]**   184/7 184/8 184/10
still **[12]**   11/17 25/12 39/7 95/3 102/6 133/22 167/18

180/20 182/16 182/20 223/5 249/25
Stipes **[3]**   1/23 81/16 251/17
stipulate **[1]**   225/24
stipulation **[1]**   203/20
stolen **[2]**   89/23 239/12
stomach **[1]**   126/1
stop **[99]**   21/15 21/20 21/21 21/23 22/4 22/9 23/21 40/16 41/1 53/15 54/2 55/15 55/15 56/2 56/20 57/6 57/15 58/4 58/19 59/18 61/3 62/8 62/25 63/18 63/23 64/15 84/23 85/1 85/2 85/3 85/4 88/4 88/25 89/6 89/18 90/21 91/4 91/13 91/23 92/9 92/18 93/4 93/13 94/4 94/10 95/1 95/10 95/19 96/8 97/12 97/23 98/7 98/21 99/4 99/14 100/6 100/16 101/4 101/11 101/23 101/24 102/20 103/20 114/20 127/21 127/23 127/24 127/24 127/25 128/3 128/4 128/5 128/13 129/10 130/5 130/20 131/9 133/5 133/10 133/19 133/23 134/2 134/8 135/4 136/11 139/4 146/7 162/16 163/17 163/17 163/21 169/16 169/17 178/1 180/1 205/4 205/17 205/19 208/22
stopped **[10]**   21/9 21/11 22/15 88/6 131/16 132/4 132/24 134/14 140/15 152/25
stopping **[3]**   88/25 92/24 203/2
stops **[7]**   43/10 64/23 127/18 127/20 127/20 128/2 131/18
stored **[4]**   149/17 149/18 149/19 149/20
Stormes **[6]**   66/4 199/22 199/24 200/18 200/21 201/14
story **[1]**   124/6
stow **[2]**   53/20 54/6
stowed **[1]**   53/21
straighten **[1]**   174/14
street **[14]**   1/21 22/4 59/24 61/11 61/12 61/17 61/18 72/19 99/16 105/1 205/4 205/4 205/17 205/17
streets **[1]**   61/13
stress **[3]**   39/3 41/18 231/18
stressful **[3]**   41/23 103/12 104/18
stretch **[1]**   75/18
stricken **[1]**   14/17
strictly **[1]**   197/11
strike **[10]**   32/7 134/24 177/7 177/22 180/17 186/24 208/22 246/1 246/3 246/5
strikes **[21]**   35/15 35/19 39/11 69/8 118/3 118/4 118/19 118/20 119/19 119/21 119/22 120/15 121/7 121/7 166/4 179/7 180/20 182/9 208/7 245/16
striking **[11]**   32/17 33/10 58/14 176/17 176/24 177/11 177/15 179/10 205/11 205/23

245/8
struck **[21]**   32/2 33/20 34/14 34/18 34/23 35/4 37/24 38/8 39/11 39/12 85/3 132/6 162/15 163/7 176/20 180/1 199/7 231/3 234/1 238/5 245/22
struggle **[1]**   35/8
struggling **[1]**   31/17
Stu **[5]**   8/17 46/24 47/8 47/13 47/16
Stuart **[2]**   189/18 250/10
stuff **[4]**   51/1 56/11 65/11 118/23
stun **[8]**   150/23 151/2 151/3 151/5 151/5 151/6 151/11 151/13
stunning **[1]**   151/4
subject **[39]**   32/18 32/18 33/10 33/11 45/20 115/13 115/15 116/16 116/17 116/19 117/6 117/19 118/11 119/2 120/16 120/21 122/20 129/17 130/10 133/3 133/12 133/13 133/16 134/17 134/23 135/12 139/1 140/19 141/14 141/25 146/17 150/13 151/14 184/14 205/11 205/11 208/8 210/15 244/19
subject's **[4]**   119/19 122/23 123/19 128/14
subjects **[16]**   72/8 72/9 72/10 72/13 72/14 129/5 129/18 130/11 134/3 136/13 136/13 136/16 137/6 139/21 145/16 208/2
subjects' **[1]**   115/22
submission **[4]**   143/24 175/13 179/5 245/5
submit **[8]**   172/15 214/2 240/15 240/23 249/8 249/9 249/15 250/2
submits **[5]**   213/22 238/19 238/25 240/9 240/9
submitted **[30]**   6/10 8/7 77/5 78/7 78/14 166/20 166/21 166/22 166/23 167/19 172/18 172/24 187/17 187/24 204/25 206/8 213/11 213/25 217/24 219/3 226/24 237/21 241/3 241/6 241/8 241/11 242/8 242/20 245/25 246/7
submitting **[4]**   172/19 215/7 238/20 241/1
subordinate **[1]**   229/12
subordinates **[1]**   226/21
subordinates' **[1]**   168/23
subsequent **[3]**   3/9 46/19 200/24
substantive **[3]**   211/12 211/25 212/23
such **[12]**   3/7 13/8 17/21 155/5 165/15 195/18 197/19 201/1 216/9 240/2 240/12 242/15
suffer **[1]**   170/23
suffered **[2]**   38/10 199/8
sufficient **[1]**   146/15

288

**S**

**sufficiently [1]**   226/25
**suggests [1]**   14/1
**Suite [1]**   1/15
**summarize [1]**   20/16
**summary [2]**   72/10 72/13
**sun [1]**   51/23
**superior [1]**   240/14
**superiors [1]**   214/2
**superseding [4]**   12/24 15/21
78/11 79/1
**supervise [2]**   49/7 198/16
**supervises [1]**   44/15
**supervising [23]**   21/13 43/25
112/23 158/13 158/16 158/18
159/1 159/20 172/14 173/11
223/17 223/24 224/6 224/10
224/15 225/21 226/19 226/24
236/24 237/2 237/8 237/10
237/24
**supervision [2]**   158/20 160/9
**supervisor [22]**   29/16 51/3
65/7 65/18 65/25 112/10
112/17 112/25 113/1 125/11
125/12 126/18 127/14 138/18
213/22 236/4 238/21 238/23
240/9 246/10 246/18 246/22
**supervisor's [5]**   3/11 24/17
24/21 27/12 27/14
**supervisors [1]**   239/12
**supervisory [11]**   3/22 5/3
25/1 25/12 36/14 43/7 43/14
44/14 184/11 235/23 246/18
**supp [1]**   212/5
**supplement [7]**   41/10 44/23
72/7 126/15 129/19 212/1
212/3
**supplemental [6]**   108/6 211/9
211/14 212/8 212/12 212/16
**supplements [3]**   102/23 103/5
212/5
**supplying [1]**   16/24
**support [2]**   93/21 190/24
**suppose [1]**   92/2
**supposed [5]**   41/10 44/12
125/3 125/4 126/24
**Supreme [1]**   207/9
**sure [56]**   18/19 23/11 40/10
42/3 44/1 44/14 46/4 46/25
46/25 65/14 81/12 81/20 82/8
82/15 82/20 87/24 90/18 93/9
97/17 100/10 104/7 108/12
109/3 109/24 114/16 114/24
115/3 123/6 127/17 127/17
147/24 162/9 165/11 166/2
172/15 172/19 173/7 187/6
187/23 190/16 197/22 207/5
208/20 209/3 211/17 212/23
218/9 218/25 233/4 233/5
236/16 237/11 237/16 245/1
248/3 251/1
**Surely [1]**   23/12
**surprised [1]**   12/6
**surrounded [1]**   238/3
**surrounding [4]**   62/16 73/1
73/18 230/22
**SUSAN [2]**   1/13 201/12

**suspect [39]**   234/5 40/4 57/14
99/1 116/10 118/7 118/17
119/13 121/18 142/12 142/19
144/5 144/8 144/13 145/3
145/24 147/6 154/13 170/1
176/6 176/19 176/24 177/12
177/18 179/7 179/16 179/23
180/4 180/8 180/11 182/10
186/14 187/8 208/22 215/16
231/4 245/16 245/22
**suspects [14]**   25/4 26/15
27/11 36/9 62/14 64/21 128/3
140/10 140/11 143/20 146/1
200/25 205/6 238/5
**sustain [2]**   14/13 14/15
**sustained [4]**   105/9 214/14
220/7 220/10
**SUV [20]**   23/20 23/20 132/4
132/12 132/18 133/2 134/5
142/5 146/12 146/25 147/4
147/11 151/17 176/4 176/17
176/24 177/19 204/14 204/15
208/21
**swarmed [1]**   21/11
**SWAT [12]**   41/4 161/4 161/18
164/17 164/20 165/1 233/3
233/4 233/19 244/2 244/22
244/24
**swear [2]**   11/24 214/22
**swing [1]**   60/4
**switch [4]**   54/13 55/19
149/11 203/17
**switches [1]**   55/20
**sworn [12]**   12/13 12/15 12/17
48/19 80/13 111/22 190/9
194/12 194/12 198/19 198/24
214/20
**swung [2]**   59/20 61/5
**sympathetic [3]**   134/23
139/20 139/23
**synthesize [1]**   206/20
**system [26]**   27/17 27/18
29/12 29/20 43/11 59/22
61/12 61/16 94/15 126/23
129/24 129/24 157/18 157/20
157/20 157/23 158/7 158/10
158/24 159/15 160/3 167/2
167/2 167/18 168/2 221/7
**systems [1]**   114/12

**T**

**T's [1]**   232/9
**tab [1]**   87/6
**table [1]**   87/12
**tabs [1]**   87/5
**tach [1]**   50/25
**tactical [2]**   51/9 51/12
**tactics [3]**   114/23 114/25
191/15
**Tahoe [3]**   133/25 134/1
163/22
**take [78]**   8/4 12/6 15/3
19/20 19/21 20/1 21/15 21/19
23/10 25/3 27/11 28/7 34/21
36/9 40/6 59/22 60/15 64/19
75/16 77/7 78/19 81/4 95/21
96/21 96/22 97/3 99/9 108/1
116/21 116/21 118/5 118/22

128/7 128/18 128/25 129/15
129/19 129/22 130/1 130/14
151/8 151/9 164/13 166/7
174/20 180/21 182/1 186/13
186/25 188/18 189/24 194/13
200/17 200/20 201/10 202/3
206/16 207/1 207/14 209/6
209/8 209/22 211/13 213/2
214/17 215/17 216/5 226/16
227/8 232/3 235/13 240/20
242/3 242/18 249/4 249/16
249/18 249/19
**take-down [2]**   128/18 128/25
**taken [17]**   25/6 27/13 36/17
72/8 72/10 72/13 72/15 78/20
100/12 108/18 128/21 183/20
189/5 200/24 201/7 205/14
241/10
**takes [4]**   117/7 117/19
123/13 165/11
**taking [9]**   6/2 19/23 69/7
81/17 100/22 118/12 194/14
207/18 231/13
**talk [25]**   8/4 8/15 11/15
16/16 18/9 18/10 18/14 27/20
32/4 33/23 41/17 46/20 49/17
82/19 84/13 110/1 146/1
156/12 157/16 158/15 163/1
169/3 171/5 174/20 181/16
**talked [8]**   10/4 42/1 42/10
69/10 81/21 169/16 230/25
235/23
**talking [21]**   11/18 17/17
26/16 29/6 50/1 52/13 61/25
62/11 74/10 81/17 86/2 86/10
94/12 136/2 158/7 173/3
173/5 189/7 222/8 248/18
249/25
**talks [1]**   47/24
**Tall [4]**   88/20 88/24 102/5
223/20
**tap [1]**   132/5
**tape [57]**   74/5 88/3 88/22
89/5 89/17 90/1 90/11 90/20
91/3 91/12 91/21 92/8 92/17
93/3 93/12 94/3 94/9 94/25
95/9 95/18 96/2 96/7 96/25
97/11 97/22 98/6 98/20 99/3
99/13 100/5 100/15 101/3
101/10 101/22 102/19 103/19
132/22 134/12 135/2 135/5
136/23 137/13 139/6 140/8
141/19 142/7 142/15 142/22
144/1 144/23 145/10 146/5
150/14 175/24 176/10 176/13
203/3
**tapes [1]**   202/20
**tapped [1]**   132/5
**target [16]**   45/24 55/4
118/22 119/21 119/25 120/1
120/4 120/7 120/7 120/12
120/25 121/1 121/13 121/15
129/7 143/8
**targeting [9]**   119/10 119/15
119/16 119/19 138/13 139/2
143/7 143/10 143/17
**targets [1]**   120/3
**tase [3]**   31/17 148/22 185/5

**T**

**tased [9]**   24/11 26/25 35/4 140/20 141/6 145/4 150/13 185/4 240/6
**taser [31]**   31/22 32/17 33/10 34/1 35/6 118/2 118/23 122/22 137/24 140/20 149/11 149/13 149/14 149/14 149/19 149/23 150/1 150/6 150/6 150/21 150/22 150/25 151/1 151/8 151/8 151/9 185/6 205/10 205/23 239/22 240/1
**tasers [3]**   149/6 149/6 149/20
**tasing [1]**   141/11
**task [5]**   43/16 173/10 224/25 232/19 247/11
**tasks [1]**   40/20
**taught [3]**   132/10 192/12 192/14
**teach [5]**   115/6 139/20 139/20 151/5 212/25
**teaching [1]**   191/14
**team [14]**   41/5 161/18 233/3 233/20 233/20 233/22 244/5 244/6 244/7 244/8 244/9 244/13 244/22 244/24
**tech [1]**   205/14
**technically [1]**   43/2
**technique [1]**   151/12
**techniques [3]**   8/21 116/24 117/10
**telephone [3]**   17/20 82/22 199/12
**television [1]**   17/11
**tell [40]**   16/17 26/14 26/16 30/10 46/22 47/20 48/1 49/21 50/23 53/18 59/21 68/7 68/23 69/2 70/6 79/25 84/1 93/22 100/10 118/15 129/25 132/2 134/20 135/4 140/25 180/15 181/16 184/21 190/14 197/3 199/4 199/25 201/22 203/11 203/13 204/18 211/5 212/18 216/5 243/22
**telling [3]**   124/6 136/13 174/1
**tells [7]**   10/19 18/15 44/3 60/21 68/20 116/10 149/15
**template [1]**   28/1
**ten [11]**   36/4 62/2 98/23 99/12 113/20 113/24 113/25 138/18 156/7 177/21 216/25
**ten-year [1]**   138/18
**tend [1]**   92/5
**tension [1]**   230/18
**tenure [5]**   130/17 154/12 155/19 191/7 192/21
**term [14]**   38/11 68/2 105/21 158/25 161/21 162/21 169/1 169/12 169/12 177/6 226/3 229/25 230/2 237/23
**termination [6]**   214/11 214/22 215/1 215/2 215/6 239/8
**terminology [2]**   9/17 145/25
**terms [3]**   60/19 75/24 219/20

**testified [29]**   3/7 15/6 77/23 138/20 151/17 159/18 161/8 161/9 178/3 203/7 218/5 247/15
**testifies [1]**   250/24
**testify [5]**   16/1 16/3 16/4 144/15 148/11
**testifying [1]**   15/8
**testimony [21]**   3/8 3/9 13/5 15/1 15/1 15/3 15/12 15/13 17/8 18/19 18/22 19/6 20/4 41/18 41/24 106/13 107/22 107/25 108/13 188/17 238/19
**text [1]**   17/20
**than [24]**   20/4 25/13 34/19 47/14 71/15 71/17 114/2 114/5 117/19 119/16 125/18 129/10 141/4 172/9 184/17 184/18 187/7 196/19 202/22 217/6 227/18 231/25 235/17 249/17
**thank [28]**   11/23 21/5 37/8 48/13 48/14 48/17 65/2 66/14 73/17 75/14 75/15 80/17 104/1 106/11 106/12 106/14 112/2 175/23 188/13 188/15 188/23 190/13 221/8 248/12 248/13 248/15 248/16 251/10
**thankfully [1]**   22/8
**Thanks [3]**   12/10 78/19 108/17
**that [1247]**
**That's [1]**   164/13
**the question [1]**   14/13
**their [92]**   3/8 3/9 13/20 13/22 16/14 20/16 22/17 23/7 24/6 25/3 26/10 26/19 27/4 27/10 28/9 29/11 29/15 32/6 36/9 38/25 38/25 39/5 41/7 41/10 41/10 41/15 41/20 41/21 41/22 42/5 43/9 47/16 61/21 64/7 69/15 69/19 69/22 70/2 70/25 71/7 71/10 85/14 101/18 113/3 127/1 127/15 128/12 130/13 134/24 157/21 158/3 158/4 167/19 168/24 169/13 173/5 186/16 186/17 186/25 192/21 195/23 195/24 196/10 196/11 196/11 198/17 205/7 211/10 211/11 211/11 212/14 214/2 214/3 215/9 219/14 219/18 229/12 231/21 231/24 232/7 232/9 232/9 233/9 233/11 234/18 238/21 238/21 240/11 240/24 244/12 246/19 250/19
**theirs [1]**   21/1
**them [108]**   6/8 11/25 16/19 16/20 18/10 18/15 19/21 20/12 21/12 22/18 23/7 28/6 28/7 28/8 31/1 42/13 43/9 43/24 45/8 47/20 53/7 60/21 62/14 63/9 65/10 67/20 68/24 69/15 69/22 69/23 70/15 70/25 71/1 74/23 75/24 75/25 76/12 78/2 78/16 78/16 82/12 87/11 90/19 91/23 92/5 93/19 94/1 96/16 100/10 110/10

111/7 112/23 113/3 113/4 114/14 114/15 115/2 115/6 116/24 117/2 118/5 118/6 118/21 118/21 119/11 123/16 127/3 127/17 127/16 128/7 129/25 130/2 130/11 130/12 130/14 143/21 149/11 149/21 149/22 150/23 152/25 159/24 160/1 169/4 170/21 173/7 174/1 174/3 174/17 176/9 180/14 180/15 180/18 186/24 186/25 187/1 191/15 192/25 197/24 202/16 222/14 226/14 226/14 232/4 232/7 233/10 243/23 249/15
**themselves [5]**   11/15 18/15 28/4 82/17 83/3
**then [50]**   10/22 14/11 14/13 20/11 24/25 30/23 32/10 34/1 34/11 40/16 41/9 43/3 43/3 43/12 43/12 45/22 47/10 50/3 51/3 54/25 67/15 73/5 79/3 85/4 85/12 86/1 119/17 125/14 126/4 127/4 157/9 157/24 159/8 162/6 177/12 180/19 182/9 182/20 195/13 205/2 207/15 212/2 215/13 226/5 231/4 234/12 234/18 242/24 242/9 251/6
**there [285]**
**there's [4]**   46/13 114/20 193/23 250/24
**thereafter [1]**   100/1
**therefore [3]**   7/23 15/23 160/25
**thereof [1]**   6/5
**Thereupon [86]**   12/11 12/15 53/14 54/1 55/14 56/1 56/19 57/4 58/3 58/18 59/17 60/11 60/13 61/2 62/7 62/24 63/14 63/22 64/14 65/1 76/8 78/20 80/12 88/3 88/22 89/5 89/17 90/1 90/11 90/20 91/3 91/12 91/21 92/8 92/17 93/3 93/12 94/3 94/9 94/25 95/9 95/18 96/2 96/7 96/25 97/11 97/22 98/6 98/20 99/3 99/13 100/5 100/15 101/3 101/10 101/22 102/19 103/19 106/22 108/18 111/13 131/24 132/22 134/12 135/2 136/23 137/13 139/6 140/8 141/19 142/7 142/15 142/22 144/1 144/23 145/10 146/5 150/14 175/24 176/10 176/13 188/24 189/5 190/5 203/3 248/25
**these [44]**   3/21 6/3 9/23 10/16 12/19 18/7 19/14 19/17 25/23 25/23 26/9 26/14 26/23 27/7 31/21 33/13 33/21 34/9 34/19 36/5 38/22 39/3 43/6 45/4 46/9 47/16 48/11 50/10 60/1 62/4 70/14 86/15 89/14 107/19 128/16 162/23 172/22 192/14 198/4 219/22 223/17 226/11 233/23 234/23
**they [309]**
**they've [1]**   234/18

**T**

**thigh [2]**   118/3 118/5
**thing [19]**   28/18 29/24 31/2
41/5 41/7 47/2 47/7 60/19
74/16 98/17 116/15 117/17
145/13 164/18 165/7 165/16
182/12 182/14 218/19
**things [42]**   8/16 8/22 13/18
15/6 28/10 29/3 45/4 52/9
54/16 62/4 67/22 69/8 70/8
71/21 73/9 76/16 109/10
110/8 112/21 112/23 114/16
120/6 121/7 123/20 138/12
145/12 160/1 160/24 163/20
165/12 165/20 170/23 191/24
193/20 209/3 216/13 225/14
229/5 234/17 235/24 242/12
249/2
**think [30]**   11/1 13/17 13/25
19/19 30/16 42/2 46/21 47/23
55/25 76/15 78/23 79/16
109/17 127/17 134/4 135/12
138/13 143/5 146/22 161/13
164/14 180/14 188/19 189/21
243/20 249/5 250/8 250/12
250/16 250/18
**thinking [4]**   63/4 189/8
207/19 231/21
**thinks [5]**   14/9 33/16 160/25
165/12 245/3
**third [7]**   16/6 33/23 58/23
86/4 183/5 183/6 217/1
**thirdly [1]**   194/17
**this [276]**
**Thomas [26]**   22/21 27/23
32/14 53/13 53/25 55/13
56/18 57/2 57/5 58/1 88/1
92/16 99/11 131/4 137/1
144/25 145/9 171/12 171/13
171/14 175/22 189/19 203/5
204/22 250/11 250/15
**those [71]**   4/9 7/3 8/12 8/16
16/15 22/15 26/12 30/19
30/20 31/6 35/25 36/1 36/22
37/6 44/15 44/15 44/20 45/11
48/8 49/21 49/22 50/16 54/4
54/23 56/13 71/12 77/13 78/4
80/11 84/11 87/5 108/7 111/1
111/2 111/6 121/5 124/23
126/15 128/19 136/3 143/2
143/11 150/20 156/18 159/2
159/25 164/4 165/19 170/23
176/8 177/14 187/24 190/23
191/14 194/3 194/23 198/2
206/17 214/9 219/24 223/21
225/14 226/21 228/24 232/3
234/17 237/15 237/16 240/22
243/5 246/21
**though [6]**   36/13 104/17
186/25 210/10 212/8 218/17
**thought [11]**   6/7 10/15 21/25
23/10 24/14 25/13 33/18
71/20 157/5 218/19 246/21
**threat [14]**   24/6 60/22 60/24
64/10 119/12 121/18 121/19
121/24 133/9 133/9 133/10
133/11 211/3 211/7

**three [61]**   296/18 21/9 25/4
27/11 32/4 33/20 33/25 34/7
34/17 34/17 36/9 37/25 38/18
49/7 49/8 49/11 49/22 66/10
66/22 72/8 72/10 72/13 72/13
72/14 83/16 85/16 86/6 91/6
91/9 107/19 109/23 113/20
113/22 126/15 144/24 151/8
162/24 163/22 164/1 179/7
179/10 179/11 179/16 180/17
183/18 183/23 185/16 194/10
197/13 202/15 210/24 212/4
212/4 212/5 224/23 226/6
226/12 245/16 245/19 245/22
250/8
**three inches [1]**   151/8
**threw [2]**   21/25 26/18
**through [39]**   6/3 6/3 6/15
6/19 10/1 41/23 59/7 75/19
78/4 95/12 107/23 107/24
110/12 111/1 111/4 122/25
126/25 126/25 127/8 133/14
147/10 150/25 151/1 152/23
156/14 156/21 156/22 158/24
173/7 182/13 191/17 196/8
207/11 235/4 242/19 249/1
250/6 250/7 251/5
**throughout [5]**   112/20 122/18
155/4 192/21 192/22
**throw [2]**   129/8 208/8
**thrown [1]**   38/24
**tied [2]**   102/22 109/5
**time [149]**   3/7 6/2 10/3 10/5
10/17 16/22 25/22 26/22
29/21 30/23 31/9 31/10 32/17
33/9 35/9 35/18 36/4 41/11
44/24 47/9 47/11 47/19 47/25
49/14 49/22 49/24 54/20
54/21 57/13 59/13 59/15
64/10 65/10 65/14 66/3 66/5
66/6 66/24 72/6 72/7 72/12
72/25 74/19 74/22 76/4 76/18
79/22 80/4 85/18 85/20 89/14
94/18 94/22 96/5 98/9 98/15
101/16 104/4 105/3 108/1
114/3 114/22 116/23 117/9
117/11 118/6 118/21 119/12
125/24 127/11 128/5 128/18
130/15 131/10 132/24 133/16
135/11 135/12 135/13 136/5
140/18 140/19 146/15 146/20
146/21 146/22 146/23 146/23
146/24 149/4 152/13 153/1
153/2 153/14 153/22 154/2
154/15 155/4 167/17 169/3
169/6 170/6 174/13 174/15
175/6 176/16 176/21 178/1
178/1 178/8 178/16 180/14
180/22 180/23 180/25 181/2
181/17 181/19 183/4 183/5
183/5 183/6 185/13 189/9
199/23 201/4 202/14 202/17
204/18 205/10 205/23 206/16
207/13 213/3 213/10 218/13
219/23 221/21 222/4 222/13
222/20 228/1 230/21 237/12
243/9 243/23 248/22 249/11
250/13

**timely [3]**   212/20 213/12
240/4
**times [21]**   11/9 31/23 33/1
33/20 40/4 41/25 47/23 53/8
67/18 69/13 91/6 127/8
149/15 169/10 179/10 179/11
179/16 180/17 233/24 234/25
245/22
**timing [5]**   43/20 43/20
135/11 229/6 230/17
**tissue [9]**   118/3 119/15
119/16 120/1 120/4 120/17
120/22 143/10 143/17
**to research [1]**   17/13
**today [12]**   16/12 42/10 76/18
76/19 77/25 80/6 80/9 103/22
153/8 159/15 171/24 250/6
**together [14]**   4/13 6/8 6/9
7/1 44/6 84/3 156/13 206/20
225/14 231/13 233/24 244/19
249/18 249/22
**token [1]**   104/4
**told [18]**   9/21 11/2 11/9
24/24 25/9 27/16 30/4 30/22
43/22 43/24 44/13 147/9
147/9 152/5 152/19 186/20
247/15 248/4
**told its [1]**   247/15
**tomorrow [10]**   80/10 174/1
189/16 248/17 248/23 249/17
250/6 251/5 251/7 251/9
**tonight [1]**   78/15
**too [7]**   26/13 26/16 88/20
88/24 102/5 210/25 223/20
**took [15]**   8/21 21/17 25/17
65/10 74/22 123/20 136/19
151/13 157/6 200/8 200/11
202/9 202/12 205/5 211/12
**tool [3]**   28/8 207/16 242/25
**tools [1]**   47/19
**top [13]**   61/13 61/18 132/13
132/25 140/24 141/5 173/22
193/2 204/2 204/17 214/20
229/22 235/11
**topic [1]**   193/5
**topics [3]**   192/13 193/4
193/19
**torso [8]**   118/4 119/10
120/22 121/2 138/14 140/21
141/4 141/7
**total [2]**   49/14 161/23
**totality [2]**   25/5 110/10
**totally [3]**   115/12 115/22
161/10
**touch [2]**   21/7 195/23
**touched [2]**   34/6 196/2
**touching [1]**   196/12
**tough [1]**   27/9
**toward [5]**   58/11 74/8 120/5
122/10 134/17
**towards [5]**   38/21 84/18
105/15 136/12 138/14
**track [3]**   28/8 28/13 122/18
**traffic [32]**   21/22 22/9 40/5
41/20 50/19 54/8 83/7 84/23
85/1 85/7 85/15 85/23 86/11
88/25 96/5 96/14 96/20 97/16
98/11 99/10 100/9 127/18

291

**T**

**traffic... [10]**   127/20
127/20 127/24 127/24 127/25
128/5 130/19 133/5 134/8
136/10
**tragic [2]**   22/7 37/20
**trail [18]**   8/13 8/20 9/1 9/4
9/7 29/23 29/25 30/12 30/13
30/14 31/14 32/12 36/23 37/3
44/18 159/5 159/8 221/4
**train [4]**   148/8 149/5 156/16
232/3
**trained [8]**   114/14 130/7
186/16 193/4 194/24 195/11
212/15 243/5
**trainee [2]**   51/12 59/14
**training [78]**   50/10 50/15
51/16 81/5 81/6 113/8 113/10
113/11 113/12 113/12 113/13
113/22 113/25 114/6 114/10
114/11 114/12 114/18 114/18
114/20 114/20 114/20 114/21
114/23 115/4 123/5 130/17
138/18 140/17 145/19 145/22
148/8 148/14 148/17 150/19
152/14 153/1 153/7 153/10
154/2 155/4 155/19 156/7
156/9 156/10 156/12 156/13
156/14 156/15 156/16 156/18
156/21 156/23 157/3 157/5
157/6 157/7 157/8 157/8
157/9 157/10 157/10 157/13
157/17 169/7 170/21 177/20
177/21 191/12 192/8 192/9
192/21 192/24 193/1 193/3
193/3 193/4 196/8
**transcript [7]**   26/6 86/12
86/20 86/24 87/3 105/24
251/13
**transcripts [5]**   40/11 78/1
78/4 109/23 225/7
**transfer [1]**   82/13
**transmissions [2]**   162/10
162/13
**transmit [1]**   99/25
**transpired [4]**   202/20 217/22
217/23 218/23
**transpiring [1]**   242/6
**traveled [1]**   250/18
**traveling [7]**   38/14 38/21
39/8 40/7 63/25 98/4 163/12
**travels [1]**   38/19
**treat [1]**   127/9
**treated [2]**   31/15 247/7
**trend [1]**   123/4
**trial [29]**   1/10 4/9 8/11
10/4 10/11 10/22 11/11 12/18
12/20 12/25 16/15 16/22
16/25 19/14 20/5 21/16 76/14
76/16 77/22 80/1 80/6 107/1
109/2 109/2 203/20 218/14
248/16 249/6 249/11
**tricep [1]**   143/10
**triceps [2]**   120/1 120/22
**tried [6]**   21/15 21/21 70/20
84/25 184/24 185/5
**tries [1]**   47/22

**trigger [5]**   96/3 139/25 149/12
149/13 149/15 149/20
**trouble [1]**   85/22
**truck [4]**   56/4 56/6 56/6
132/5
**trucks [1]**   49/13
**true [12]**   13/25 36/10 36/11
46/14 71/1 71/2 160/18
220/15 220/17 237/16 239/2
239/6
**truly [1]**   44/21
**trust [4]**   19/16 25/23 215/9
215/11
**truth [1]**   200/3
**truthful [8]**   11/5 36/7 175/3
175/9 175/13 214/2 214/6
215/11
**try [17]**   14/16 21/17 23/21
35/3 36/5 109/1 109/18 110/4
118/20 123/4 185/13 200/14
206/20 212/13 232/3 233/11
250/1
**trying [17]**   22/4 37/6 48/11
57/19 61/11 68/24 78/3 96/14
102/4 107/24 109/23 117/21
118/11 119/2 129/7 132/9
159/18
**Tuesday [2]**   225/20 226/13
**tuned [1]**   225/4
**TUNNAGE [7]**   1/17 2/8 2/9
2/11 2/12 2/12 11/6 37/3
**turn [14]**   20/19 38/20 122/24
123/16 125/9 125/17 125/24
128/17 130/13 149/11 178/2
178/4 178/9 178/24
**turned [19]**   28/8 73/8 85/21
124/12 124/13 124/15 125/3
125/7 127/13 179/5 180/15
181/4 181/13 181/20 188/3
205/3 205/3 205/16 219/24
**turning [1]**   179/22
**turns [6]**   22/10 85/21 93/22
170/1 182/7 182/9
**TV [2]**   61/15 61/16
**twelve [1]**   128/14
**twice [5]**   61/20 75/8 77/23
182/23 182/25
**twin [1]**   50/6
**Twitter [1]**   17/22
**two [70]**   4/6 9/9 21/12 23/17
24/5 27/20 27/24 28/10 28/21
31/5 31/21 36/3 36/3 38/1
38/18 40/18 43/19 45/17 50/9
54/4 58/10 58/23 60/15 66/10
70/1 72/3 72/9 77/25 85/13
88/16 91/6 91/9 95/3 95/4
109/15 110/8 112/14 114/12
114/21 122/13 125/1 126/3
128/15 129/10 129/14 130/10
133/25 140/23 141/1 151/8
164/4 165/19 171/18 172/5
184/23 185/10 185/12 196/15
199/6 199/9 212/5 223/18
226/6 226/6 229/5 230/18
240/20 240/22 250/7 250/14
**two o'clock [1]**   129/14
**type [20]**   16/23 29/11 60/19
65/11 74/16 117/15 117/23

118/15 118/24 119/4 119/13
120/13 120/25 143/13 158/25
166/3 170/24 201/25 211/5
216/8
**typed [3]**   28/20 159/14
159/23
**types [4]**   28/23 29/9 156/18
191/14
**typically [9]**   50/24 82/1
82/15 82/18 83/15 83/16
85/10 85/17 91/8
**typing [1]**   28/2

**U**

**U-turn [1]**   38/20
**U.S [3]**   1/17 194/12 198/20
**Uh [5]**   61/7 104/22 133/21
167/8 182/15
**Uh-hum [4]**   61/7 104/22
133/21 182/15
**ultimate [1]**   202/10
**ultimately [13]**   172/14
172/22 202/7 202/9 213/13
227/8 228/3 230/5 231/12
234/16 237/8 238/3 247/1
**Um [2]**   84/25 127/17
**Um-m-m [2]**   84/25 127/17
**umbrellas [1]**   13/10
**unanticipated [1]**   77/1
**unaware [1]**   30/12
**unclear [1]**   108/23
**uncomfortable [1]**   84/16
**uncooperative [1]**   11/5
**under [22]**   39/17 41/25 45/18
62/4 66/9 70/25 77/11 87/4
117/23 121/11 158/19 160/9
177/13 187/3 187/4 187/7
194/15 198/19 198/22 209/16
210/8 226/22
**underneath [2]**   69/15 71/1
**understand [30]**   4/17 7/9
11/18 18/7 19/16 20/7 21/20
39/19 47/1 47/12 77/8 77/15
78/17 120/18 131/12 159/15
159/23 160/1 160/11 161/21
178/18 187/5 197/21 209/1
217/22 222/17 224/3 225/12
242/5 243/24
**understanding [7]**   149/5
159/19 160/3 176/3 187/15
195/3 215/5
**understandings [1]**   109/3
**understands [1]**   11/16
**understood [7]**   47/1 114/16
114/24 161/8 223/10 223/16
224/14
**unfold [2]**   65/4 68/17
**unfortunately [3]**   22/3 22/5
170/2
**uniform [1]**   116/17
**uniforms [1]**   112/21
**unique [2]**   67/6 231/5
**unit [12]**   25/16 49/5 49/6
49/10 49/17 112/10 114/8
157/5 191/12 192/8 192/9
193/10
**UNITED [7]**   1/1 1/4 1/11 1/14
194/10 194/15 198/15

**U**

**units [9]**   50/25 50/25 57/11
60/2 63/6 99/16 101/7 102/22
191/23
**unless [7]**   14/4 110/4 125/5
125/13 152/14 196/2 250/8
**unnecessarily [1]**   79/9
**unreadable [1]**   96/4
**unsee [1]**   44/12
**until [27]**   3/7 15/20 15/24
18/15 19/22 31/14 43/5 44/23
45/15 78/5 101/8 146/20
151/15 166/24 167/4 167/14
188/25 221/19 223/9 224/5
224/10 228/15 236/7 236/11
238/12 238/14 248/5
**unusual [2]**   170/4 231/16
**up [89]**   6/2 6/12 9/24 10/3
21/17 22/11 22/16 23/11
27/23 37/6 38/12 40/9 43/11
48/8 52/11 52/12 55/22 56/5
56/13 56/14 56/22 57/5 60/9
60/12 61/18 64/11 64/23 65/7
67/11 73/4 73/6 77/2 77/14
78/24 79/9 79/10 85/21 89/1
89/8 97/6 100/10 101/8
102/22 106/16 109/5 110/4
115/1 115/20 115/22 116/15
116/16 120/17 122/25 122/25
127/3 128/16 128/20 128/20
130/13 131/21 136/20 140/3
140/5 143/18 144/5 144/9
144/14 144/24 170/8 173/1
175/23 183/19 184/24 207/2
207/4 223/19 225/13 226/13
231/12 233/15 233/24 237/24
242/3 246/25 249/5 249/16
249/18 249/19 250/1
**update [2]**   92/12 93/15
**updates [3]**   92/24 191/16
192/13
**upgraded [1]**   50/3
**uphold [1]**   194/13
**upon [4]**   19/12 246/19 249/8
250/2
**upper [8]**   35/19 54/17 118/3
138/13 138/14 140/21 141/4
141/7
**upward [1]**   247/3
**us [33]**   46/21 46/22 46/22
64/21 82/23 83/1 84/1 106/12
116/10 116/21 118/3 118/13
118/13 119/2 119/3 127/1
129/19 130/8 130/13 130/15
132/2 133/1 134/20 135/4
135/4 136/8 139/4 184/21
188/20 189/24 197/3 198/23
202/21
**use [145]**   3/13 5/13 11/12
11/16 17/6 18/3 27/1 27/6
27/22 27/25 28/10 28/12
28/13 28/18 28/25 29/4 31/6
31/12 34/12 35/20 35/23 41/8
45/25 50/19 52/5 52/7 54/10
54/14 58/13 59/11 61/12 77/9
82/23 87/17 87/19 87/24
94/16 99/24 107/1 110/25

115/5 115/20 115/15 116/14
116/22 117/13 117/24 118/2
118/2 118/8 118/16 118/18
118/19 119/5 119/21 120/1
120/6 120/16 121/25 122/1
122/8 122/9 122/17 122/18
122/21 122/21 122/24 123/2
123/3 123/22 124/2 124/6
124/6 124/11 124/17 125/2
125/9 126/4 126/5 126/17
136/1 136/6 136/7 143/24
145/25 149/7 149/24 150/3
151/11 154/15 154/23 154/25
155/8 156/8 158/2 158/5
165/19 165/20 165/23 166/1
166/3 166/11 167/2 168/25
170/21 174/20 176/25 177/6
177/15 179/16 181/4 181/9
181/11 181/13 181/21 182/7
182/17 185/2 185/9 185/10
185/12 187/7 192/12 193/5
196/5 197/23 207/8 207/10
207/12 207/13 207/15 208/22
212/25 219/24 225/1 230/6
233/2 235/7 235/10 242/19
242/24 245/5 245/25 246/8
248/8
**used [55]**   4/11 5/4 28/24
29/1 29/2 29/9 30/21 31/22
77/10 77/11 87/25 121/22
122/9 122/10 122/12 122/17
123/25 123/25 124/7 135/25
150/6 150/6 154/12 154/15
154/19 154/24 155/9 155/9
155/17 158/25 180/16 181/5
182/1 182/8 182/10 183/21
183/25 185/8 185/9 196/25
206/5 207/25 210/25 212/10
212/25 212/25 219/3 219/4
225/17 225/18 226/4 237/23
246/1 246/3 246/4
**uses [7]**   19/8 94/16 122/20
138/17 157/20 167/3 233/3
**using [16]**   7/19 7/21 32/12
50/21 68/1 90/14 116/12
128/11 139/16 169/11 177/11
177/22 179/7 184/13 210/16
224/4
**usually [1]**   64/20
**utilize [1]**   117/9

**V**

**vacancy [1]**   157/4
**vacation [9]**   30/23 42/11
43/2 43/3 44/25 46/12 223/4
226/7 226/8
**valid [1]**   183/20
**validate [15]**   29/14 44/22
126/24 127/5 167/3 207/5
207/6 207/16 207/18 208/18
225/17 225/18 241/13 241/16
241/25
**validated [17]**   127/8 127/9
158/8 158/12 159/24 161/12
167/19 175/13 179/5 181/14
204/19 207/20 213/21 224/9
239/2 240/13 242/20
**validating [5]**   127/12 127/16

168/4 209/1 242/25
**value [1]**   239/12
**variety [5]**   192/13 193/5
193/19 199/9 218/24
**various [3]**   42/20 168/25
233/24
**varying [1]**   181/1
**vehicle [92]**   32/17 32/19
33/9 33/11 34/4 35/3 35/5
37/25 57/14 57/15 57/16
57/24 57/25 62/3 62/20 68/14
74/8 85/2 85/4 88/25 91/8
92/23 128/2 128/4 128/6
130/8 130/10 132/5 132/8
132/9 132/12 133/3 133/4
133/24 134/5 134/7 134/17
134/21 134/23 135/6 135/8
136/11 136/12 136/13 136/14
136/16 136/19 139/9 139/10
146/21 147/8 147/9 147/16
148/6 151/17 151/20 151/23
151/24 152/4 152/16 162/15
162/22 163/16 163/17 163/22
163/22 164/1 164/2 176/3
176/5 176/6 176/6 176/17
176/19 176/24 177/13 177/13
177/19 177/22 177/23 199/6
205/5 205/6 205/7 205/9
205/12 205/14 205/19 206/6
208/22 208/22 240/6
**vehicles [9]**   85/3 112/21
128/15 128/16 128/24 129/24
132/10 163/21 176/8
**verbal [12]**   25/9 32/16 33/8
116/18 117/6 130/11 135/14
146/17 148/21 205/6 205/9
205/22
**verbally [2]**   69/4 158/19
**verdict [4]**   13/1 14/25 18/12
20/18
**verifiable [1]**   240/12
**versa [1]**   232/14
**version [7]**   35/13 35/14 77/3
78/14 78/14 172/4 249/3
**versions [1]**   78/14
**versus [2]**   82/22 232/23
**very [12]**   10/16 15/25 37/8
70/4 78/6 104/19 170/14
183/9 207/23 213/4 247/13
248/13
**veteran [1]**   145/14
**vice [1]**   232/13
**video [192]**   23/9 23/12 23/14
23/16 23/18 24/13 24/24
24/24 25/12 25/20 26/13 27/4
31/3 31/11 32/7 32/10 32/23
32/24 33/14 33/15 33/16
34/10 35/12 35/14 35/18 36/3
36/11 36/13 36/20 36/22 37/2
44/3 44/5 44/6 47/2 47/10
52/14 52/16 52/18 53/2 53/14
53/24 54/1 55/14 56/1 56/19
57/4 58/3 58/18 59/17 60/11
60/13 61/2 61/19 62/7 62/24
63/5 63/14 63/22 64/14 65/1
65/6 65/9 65/12 65/14 68/18
69/25 72/2 72/2 74/20 130/18
130/21 131/6 131/7 131/9

**V**

**video... [117]** 131/14 131/15
131/18 131/24 132/3 132/13
132/17 132/24 132/25 134/14
135/8 135/11 138/1 139/3
139/13 139/15 140/7 141/10
142/1 143/3 143/9 144/4
144/8 144/13 144/20 146/4
146/9 146/15 146/20 146/25
150/12 152/23 153/8 153/16
153/20 153/21 153/24 162/11
162/12 162/23 163/20 163/25
171/5 171/6 171/22 172/3
172/8 175/23 176/21 177/22
200/22 200/24 201/2 201/7
201/15 201/18 201/20 201/24
202/13 202/16 202/19 202/22
203/6 203/9 203/11 203/14
204/13 205/15 205/18 206/21
206/21 207/3 207/5 207/15
207/19 207/22 208/11 208/16
208/17 209/3 209/24 210/16
218/1 218/9 218/10 218/12
218/15 218/16 218/20 218/21
218/25 219/25 224/20 225/4
225/13 227/4 227/5 227/8
227/9 227/19 227/21 228/4
228/14 228/17 230/25 231/1
231/13 240/13 241/13 241/16
241/25 242/9 242/18 242/23
242/25 247/6 250/18
**videos [4]** 52/14 10 65/16
206/14 209/25
**videotape [2]** 52/20 153/5
**view [5]** 17/3 17/7 18/25
19/12 59/11
**viewed [4]** 32/10 52/20 72/1
131/7
**viewing [1]** 248/20
**vigilant [1]** 248/18
**violate [9]** 39/15 195/18
214/21 214/21 232/12 232/13
232/15 232/16 232/17
**violated [1]** 247/3
**violates [5]** 168/12 168/13
195/4 247/19 248/9
**violating [2]** 215/3 232/23
**violation [14]** 21/22 22/10
23/21 45/19 168/16 168/19
168/21 195/4 195/14 195/15
196/20 196/21 240/25 240/25
**violations [4]** 194/19 209/18
246/20 246/21
**violence [1]** 4/16
**violent [2]** 117/20 130/5
**virtue [2]** 198/19 198/23
**vision [2]** 59/10 67/15
**visit [2]** 17/3 18/18
**voice [10]** 57/8 57/9 82/15
90/4 90/23 95/4 199/22
199/24 199/25 200/21
**voices [1]** 56/14
**VOLUME [1]** 1/10
**voluntarily [3]** 8/7 45/23
47/22

**W**

**wait [1]** 131/14

**waiting [5]** 296 10/18 57/15 63/8
106/7 234/21
**wake [1]** 115/20
**walked [1]** 135/6
**walking [2]** 13/9 146/13
**wall [1]** 129/1
**want [72]** 5/18 5/22 11/5
11/15 11/16 12/2 17/17 28/3
28/7 40/10 41/11 41/22 46/5
46/23 69/19 69/22 70/16 71/6
75/21 76/4 77/1 77/20 78/13
78/24 96/18 96/21 97/3 108/1
108/13 108/22 108/23 108/25
109/3 110/9 116/25 120/19
127/18 129/8 129/14 129/25
130/9 136/21 141/6 142/1
146/18 147/12 147/23 163/11
164/19 164/21 166/17 172/19
172/25 175/20 178/15 189/12
206/11 206/17 215/18 228/10
229/1 232/7 233/10 235/20
237/9 237/10 249/1 249/3
249/7 249/7 249/17 249/18
**wanted [22]** 24/17 24/17
89/23 100/10 104/25 105/8
105/11 107/23 108/5 135/20
200/23 206/19 208/14 218/9
218/25 224/17 225/12 226/14
230/15 231/7 235/24 236/1
**wanting [2]** 189/13 211/2
**wants [4]** 48/1 118/12 118/13
141/7
**warn [2]** 25/24 58/15
**warrant [6]** 86/4 161/19
164/18 164/20 164/20 165/1
**warrants [3]** 10/17 41/5
85/12
**was [379]**
**Washington [1]** 1/19
**wasn't [13]** 11/9 36/10 46/17
47/3 66/6 88/25 96/5 136/10
146/15 171/19 220/4 226/16
229/18
**watch [21]** 17/9 24/24 31/3
44/3 44/5 44/5 58/21 162/11
163/25 178/15 178/16 178/22
178/23 192/1 201/18 243/8
243/8 243/10 243/14 243/19
243/21
**watched [9]** 11/8 23/14 32/23
32/24 33/16 35/14 171/23
203/6 224/20
**watching [10]** 26/13 57/14
59/4 59/5 59/14 63/5 63/6
65/5 68/17 172/3
**water [1]** 82/2
**way [35]** 5/25 11/20 24/10
26/22 35/23 36/22 43/11
47/21 50/5 55/3 56/14 58/24
63/9 66/4 70/15 77/7 79/6
93/1 94/15 113/4 120/19
122/25 134/2 139/13 140/3
151/5 173/4 173/21 211/8
212/6 213/5 215/10 232/15
242/12 244/24
**ways [2]** 19/9 126/3
**we [392]**
**we'll [6]** 8/11 75/19 79/21

248/17 250/1 251/6
**weapon [4]** 60/25 71/1 133/14
205/5
**weapons [1]** 60/18
**wear [1]** 59/5
**websites [2]** 17/21 18/2
**Wednesday [5]** 189/22 189/24
223/9 225/21 226/13
**week [11]** 30/25 46/13 46/17
46/19 84/9 149/14 171/18
172/5 213/14 213/15 224/1
**weekend [6]** 7/16 10/21 10/22
77/24 78/3 222/4
**weeks [2]** 114/15 114/22
**weight [4]** 13/16 16/4 20/4
219/20
**welcome [3]** 12/12 111/14
190/6
**well [58]** 12/8 24/5 24/18
26/4 37/17 39/21 41/17 50/15
51/14 51/24 51/25 59/15
61/16 62/15 70/4 84/5 87/25
93/24 101/15 108/25 115/20
119/9 119/25 124/6 125/13
136/10 137/9 139/1 139/13
148/11 149/11 152/3 162/10
178/15 183/3 183/13 184/22
185/3 191/18 193/18 194/16
195/22 197/9 198/18 207/21
209/17 209/25 210/6 211/12
216/11 217/20 222/4 225/25
235/3 235/6 247/13 250/3
251/3
**went [23]** 4/25 8/12 23/9
30/13 30/19 30/23 34/13
42/10 68/19 73/6 73/7 89/10
114/15 125/25 136/12 157/2
157/2 157/7 157/9 173/24
185/13 202/16 235/4
**were [192]** 4/24 10/16 10/21
11/11 18/21 22/12 22/19
25/21 30/5 30/25 31/5 34/3
34/4 35/2 35/9 35/11 38/2
44/18 45/11 45/14 45/15
49/18 49/22 51/3 51/5 51/7
51/16 51/19 51/21 57/10
58/22 63/4 64/11 65/5 67/2
71/23 72/3 72/8 72/14 73/7
74/4 75/11 77/13 77/24 79/5
83/19 83/23 84/2 84/6 85/2
85/6 86/10 87/8 90/18 90/19
92/5 96/14 96/20 97/6 97/7
98/4 98/11 98/13 98/14 100/8
100/9 100/10 100/11 100/12
100/22 101/7 103/14 104/20
105/2 105/23 105/24 106/2
106/2 106/6 109/2 109/9
110/11 113/9 113/17 113/19
113/22 114/6 114/24 122/23
129/6 132/13 133/5 134/7
136/2 138/8 138/11 138/13
138/14 138/19 140/15 140/20
141/4 141/21 142/25 143/7
143/10 145/16 152/14 153/1
154/9 155/4 155/5 156/7
157/10 157/12 157/16 157/17
161/4 162/14 163/22 163/23
167/17 170/18 170/18 173/19

W

**were... [67]** 175/20 176/19
176/23 177/10 177/12 177/13
177/25 179/4 179/5 180/13
184/21 185/22 188/11 189/7
189/8 191/4 192/8 192/11
192/14 192/15 193/7 194/24
196/6 202/2 202/4 202/9
202/12 203/11 203/13 205/14
207/7 208/10 209/3 209/14
210/5 211/10 216/17 217/12
217/15 217/22 218/12 218/22
218/22 218/23 219/1 221/15
222/12 223/5 223/17 223/21
225/4 225/13 228/10 229/5
231/2 233/14 233/25 238/12
239/14 241/3 241/8 242/23
243/1 244/2 245/5 246/10
246/11
**weren't [3]** 75/9 105/18
168/9
**WEST [7]** 1/2 1/7 1/15 1/21
1/24 38/12 80/25
**wet [2]** 13/9 13/10
**what [470]**
**whatever [14]** 13/16 41/11
119/11 122/22 129/8 137/7
159/5 160/17 160/20 160/21
224/5 225/7 236/24 237/5
**whatsoever [3]** 14/3 17/24
221/7
**wheels [1]** 56/9
**when [147]** 4/25 9/24 10/17
10/21 14/8 14/19 14/22 16/19
19/25 21/10 22/15 26/7 28/9
30/4 31/2 34/10 34/13 35/13
38/7 42/8 42/19 42/22 44/2
45/2 47/10 47/15 47/16 47/25
49/24 50/24 52/14 53/4 53/6
53/7 53/11 55/9 55/19 57/21
60/1 60/4 67/1 67/4 67/22
67/23 68/1 68/18 69/12 70/11
72/1 74/25 75/21 76/19 78/6
78/16 78/24 81/8 81/17 84/2
86/13 88/11 89/10 96/4 103/3
105/8 108/10 110/22 115/24
116/15 119/5 119/23 121/7
124/3 124/11 124/14 124/17
126/8 126/23 132/11 135/17
137/18 138/19 139/4 141/6
143/5 143/18 146/12 146/17
146/20 149/23 151/2 156/10
156/12 156/13 156/20 157/1
157/12 157/12 157/16 157/16
158/7 159/13 159/13 163/20
164/6 166/11 173/6 173/22
175/2 175/6 176/19 178/24
182/3 183/1 187/16 187/19
187/24 193/3 198/21 202/13
204/10 207/10 207/18 209/9
213/10 213/22 214/3 214/22
216/17 218/9 221/15 223/1
223/2 223/5 223/7 224/20
225/20 228/17 229/5 230/9
230/17 231/2 234/23 235/19
238/19 238/25 239/18 248/6
**whenever [5]** 14/14 28/7 30/7

181/9 232/24 **296**
**where [68]** 17/3 27/3 27/5
28/13 28/13 28/17 29/6 34/20
42/17 44/21 49/2 54/23 55/7
56/7 56/11 56/23 56/24 57/22
66/9 70/2 70/18 71/6 72/9
80/20 85/10 85/11 85/23 86/1
88/25 90/19 106/16 108/5
112/3 114/12 120/8 121/9
121/23 125/8 135/21 140/24
145/3 147/1 150/13 151/24
152/24 157/23 157/23 158/25
169/25 170/7 171/2 173/23
176/4 181/13 183/18 183/20
184/18 184/22 190/14 199/6
216/20 228/21 231/3 235/12
240/17 241/25 242/7 246/13
**Whereupon [5]** 53/3 87/8
111/11 203/23 216/2
**wherever [1]** 176/11
**whether [33]** 9/9 12/22 13/14
15/11 16/3 17/14 20/1 38/9
45/13 45/18 70/8 76/13 96/23
97/3 133/8 150/2 161/12
186/8 189/13 196/7 196/10
196/13 196/24 202/1 202/4
207/1 210/24 211/17 214/1
225/12 228/8 228/13 247/2
**which [61]** 3/11 3/12 5/7
5/16 7/3 8/8 17/10 20/6
21/25 23/19 23/21 23/21
26/10 28/20 29/19 32/17 33/9
34/24 35/4 35/9 35/18 40/9
42/15 42/22 45/6 51/24 59/6
77/22 84/2 101/2 102/18
109/14 110/13 114/22 115/5
116/20 123/3 128/5 130/8
135/24 158/13 164/8 172/18
176/24 178/22 192/6 193/12
194/20 196/18 197/3 198/9
198/9 199/8 201/13 205/9
205/23 207/1 207/3 225/4
237/23 246/3
**while [22]** 8/4 11/6 15/8
23/5 24/11 26/5 26/13 38/13
39/10 40/6 40/7 42/13 68/12
69/25 92/15 105/1 131/9
139/18 180/4 222/12 223/5
224/8
**white [5]** 56/6 56/7 56/8
56/9 56/11
**who [82]** 13/8 24/19 24/21
25/22 26/1 33/2 33/3 33/24
34/8 44/9 44/15 51/9 51/17
57/8 63/17 66/2 68/7 72/3
73/20 78/8 80/10 82/15 83/13
84/6 84/12 85/5 85/6 88/7
88/9 89/8 90/4 91/15 91/24
94/6 97/8 98/24 99/19 99/21
100/11 102/2 102/24 105/3
106/23 109/14 111/9 114/13
125/17 127/1 128/13 130/4
132/17 136/21 137/18 142/4
147/7 147/20 153/21 154/3
168/23 175/6 179/15 179/22
181/3 184/24 187/2 187/6
189/17 194/20 194/24 199/16
199/22 201/14 204/14 211/20

211/25 219/3 219/17 222/11
222/13 231/21 236/5 246/7
**whoever [1]** 236/17
**whole [7]** 11/3 54/11 62/13
114/23 156/17 183/15 223/19
**wholly [1]** 244/15
**whom [3]** 16/18 20/14 142/11
**whose [3]** 47/3 47/3 204/8
**why [83]** 18/7 18/8 23/15
27/1 27/6 29/1 30/21 41/14
41/14 46/13 50/18 52/8 54/15
58/12 60/7 60/23 61/25 64/6
74/1 75/11 76/17 76/17 84/17
93/8 96/1 108/15 110/2
123/25 124/9 130/7 132/2
132/7 132/25 134/14 134/20
135/4 135/10 136/6 136/6
136/8 138/25 139/11 139/19
143/23 146/16 149/1 150/6
152/1 152/12 152/17 152/20
154/18 154/24 155/9 158/20
159/2 161/10 161/11 161/24
166/18 174/12 178/14 181/8
181/21 182/22 183/6 184/6
184/8 186/19 200/7 200/10
206/17 212/10 215/6 217/19
219/13 219/14 219/15 233/17
234/3 242/22 246/4 247/12
**wife [1]** 186/23
**will [159]** 3/6 4/8 6/18 6/19
6/23 7/13 7/19 10/20 11/6
11/17 11/21 11/24 11/25 12/8
12/13 12/20 12/22 12/25
13/21 15/16 16/7 16/10 16/11
16/15 19/18 20/5 20/5 20/11
20/15 20/17 20/18 20/19
20/24 22/7 22/10 23/8 24/9
26/1 26/1 26/3 26/5 27/19
27/25 32/12 36/1 36/2 36/10
36/20 36/20 36/21 36/23
36/23 37/4 37/4 40/5 40/6
40/11 41/2 41/17 41/19 41/24
42/7 42/12 45/12 46/3 46/10
48/3 48/4 48/8 48/9 48/10
53/5 53/6 55/22 57/2 57/3
59/23 75/3 75/16 75/17 75/25
76/6 76/24 77/6 77/7 78/6
78/15 79/6 79/7 79/8 79/16
79/25 80/4 80/5 80/10 80/11
87/2 101/2 106/16 106/21
111/17 111/19 113/9 114/11
115/14 119/23 122/15 129/6
131/14 131/15 131/16 131/21
133/8 137/1 137/1 137/12
139/3 139/3 139/11 139/24
147/6 151/14 154/6 155/12
159/21 167/24 168/25 173/7
181/21 186/5 188/18 188/18
188/23 188/25 189/1 189/21
189/23 190/1 193/16 195/9
198/6 198/12 200/11 203/1
204/21 204/23 229/23 229/23
239/10 244/19 246/23 249/9
249/22 250/12 250/14 250/18
250/22 250/24 251/8
**Williams [21]** 37/24 38/3
38/7 40/2 42/18 43/23 73/9
73/19 104/20 106/3 185/23

**W**

**Williams... [10]**  185/24 186/1 186/9 199/7 199/8 221/16 223/20 230/10 234/1 238/5
**win [1]**  47/21
**window [5]**  21/25 59/11 67/14 133/14 133/15
**windows [1]**  133/12
**windshield [1]**  23/24
**wires [1]**  151/1
**wish [1]**  19/20
**wishes [1]**  20/13
**withdraw [2]**  11/12 243/25
**withdrawn [2]**  11/10 77/12
**withdrew [1]**  77/9
**within [9]**  4/10 6/10 114/6 159/14 163/15 171/19 199/1 210/3 238/24
**without [14]**  4/16 5/25 7/9 10/1 10/12 48/4 53/1 86/23 163/7 168/7 196/2 203/2 203/22 216/1
**witness [36]**  3/9 6/19 13/8 14/2 14/4 14/4 15/2 15/3 15/5 18/23 18/25 25/19 26/1 48/16 48/18 48/19 73/13 75/20 77/21 78/8 79/14 80/13 104/5 106/17 111/15 111/22 130/23 144/15 189/8 190/8 190/9 200/10 221/9 228/9 247/23 250/25
**witness' [5]**  15/7 15/8 15/9 15/11 15/13
**witness's [2]**  200/4 200/5
**witnessed [1]**  211/13
**witnesses [27]**  3/3 3/6 15/17 18/6 19/21 19/24 20/11 20/14 75/20 80/10 80/11 106/24 107/20 108/2 108/7 110/4 122/21 189/17 216/13 250/5 250/6 250/8 250/14 250/16 250/19 251/4 251/6
**witnesses' [1]**  13/24
**won't [3]**  11/14 108/1 129/5
**wondering [1]**  183/6
**word [15]**  26/12 26/12 28/1 44/22 122/17 126/5 126/7 126/10 167/3 207/18 224/4 225/17 225/18 233/23 234/21
**words [3]**  19/8 28/22 29/7
**work [22]**  22/8 80/5 83/6 83/9 83/14 84/11 84/18 85/16 102/25 113/3 115/21 127/1 127/2 213/14 213/15 213/24 213/25 233/24 235/19 245/7 245/9 245/11
**worked [6]**  80/25 83/11 83/21 88/16 112/5 114/3
**working [13]**  51/14 56/23 83/19 84/2 84/6 84/12 112/16 127/16 178/22 194/19 213/15 218/23 226/21
**works [4]**  20/23 51/9 82/7 102/16
**world [2]**  169/19 232/5
**worry [1]**  47/6

**Worth [2]**  296 21 39/7
**would [262]**
**wouldn't [9]**  19/10 52/9 60/25 70/16 129/7 133/6 133/6 135/16 152/21
**wounding [1]**  140/3
**wrists [1]**  118/20
**write [30]**  24/21 27/21 36/16 41/7 41/10 41/15 42/24 43/23 79/6 121/25 126/23 154/18 154/18 155/16 158/4 158/8 164/10 164/19 166/16 173/21 173/23 181/6 183/24 185/8 185/9 212/1 224/8 233/17 239/10 245/6
**writer [3]**  169/11 183/9 183/17
**writes [3]**  33/7 35/1 175/11
**writing [18]**  26/10 27/17 27/18 46/14 101/18 109/4 157/16 157/21 158/3 165/17 168/25 183/11 206/3 211/21 212/25 235/20 238/3 239/25
**written [41]**  5/6 35/12 45/14 123/8 123/9 123/13 123/14 124/14 124/19 125/2 126/4 126/14 126/14 126/21 136/7 150/5 154/23 165/13 179/8 179/16 179/22 180/4 180/8 180/15 181/3 182/9 202/20 204/25 206/8 211/23 211/24 212/10 213/4 219/3 219/24 234/24 237/20 240/17 242/25 243/10 246/2
**wrong [2]**  174/2 229/13
**wrongdoing [5]**  193/13 193/22 194/8 194/20 197/11
**wrote [20]**  24/16 24/23 25/1 27/12 27/14 28/9 32/15 32/22 33/7 33/14 34/1 122/1 122/4 122/11 127/7 137/23 184/24 235/7 240/5 242/1

**X**

**X-ray [1]**  68/19
**X26 [1]**  205/10
**XVX [1]**  49/22

**Y**

**yank [1]**  24/8
**year [10]**  81/1 113/19 123/2 138/18 145/14 149/21 149/22 183/14 183/15 191/21
**years [25]**  49/11 49/16 66/20 66/21 72/13 80/25 83/12 112/6 112/14 113/18 113/20 113/20 113/22 113/24 113/25 153/14 156/7 169/23 170/6 170/7 177/21 192/5 193/1 193/6 193/17
**yellow [1]**  61/15
**yes [451]**
**yesterday [1]**  76/12
**yet [2]**  79/13 111/7
**you [1445]**
**you'd [11]**  34/21 60/15 91/4 93/4 94/10 95/1 95/8 95/10 96/8 101/11 146/3

**you're [1]**  229/21
**your [235]**  6/4 7/18 8/25 9/19 10/8 12/3 12/19 12/22 13/1 14/25 16/18 19/5 19/11 19/18 19/22 19/25 20/2 20/3 20/4 20/18 21/3 21/5 28/20 29/2 40/12 43/23 45/18 46/25 48/15 48/21 51/2 51/7 52/22 57/13 58/21 59/4 65/25 66/5 66/11 66/13 67/14 67/19 70/2 71/20 73/12 73/17 73/23 75/3 75/21 77/4 77/5 78/8 78/13 78/25 80/8 80/10 80/10 80/15 81/2 82/24 83/18 87/13 90/16 97/2 103/14 103/24 104/12 104/13 105/1 105/13 106/11 106/13 106/14 106/23 107/2 107/12 111/8 111/15 111/16 111/19 112/2 112/7 112/9 112/15 113/6 113/9 116/2 116/7 130/17 130/22 131/5 131/15 132/16 134/4 136/21 136/25 137/2 138/18 139/4 139/15 139/22 140/17 142/2 142/3 142/6 144/4 145/2 145/19 146/7 147/5 148/7 148/17 149/5 150/9 150/19 152/24 153/23 154/12 154/18 154/24 155/12 155/19 155/21 155/23 156/1 159/16 160/8 160/9 160/20 160/20 164/19 166/20 168/23 169/7 170/6 170/6 172/6 172/14 173/10 173/10 173/16 173/19 176/3 176/8 177/20 177/20 178/19 183/4 183/8 183/19 183/23 184/2 184/11 184/11 186/1 186/8 187/10 187/12 187/14 188/10 188/13 188/16 189/3 189/17 190/8 190/13 190/18 191/4 191/7 191/8 192/9 192/11 193/21 193/25 195/3 197/8 198/13 198/25 199/1 200/13 201/2 201/2 201/7 201/8 201/22 202/23 203/17 203/18 203/19 204/2 204/16 204/17 204/21 205/18 206/15 206/17 207/19 209/2 215/5 215/18 215/20 216/8 216/15 217/5 218/4 220/14 220/20 220/23 222/2 224/23 225/14 227/18 228/6 228/16 229/18 232/2 232/4 232/15 238/9 241/2 241/6 241/22 242/18 246/16 247/9 247/15 247/17 248/4 248/6 248/7 248/16 248/22 251/5 251/10 251/11
**yours [3]**  21/2 71/10 105/6
**yourself [5]**  19/22 36/20 68/7 104/20 230/10
**yourselves [2]**  16/16 248/19

**Z**

**zone [9]**  83/6 88/12 88/13 112/19 121/4 121/6 141/12 143/7 143/8
**zones [3]**  121/8 138/9 138/10
**zoom [4]**  62/12 67/12 67/12

**Z**

**zoom...** **[1]**   67/24